Are you looking for the Generator Repair Form? CLICK HERE



# Tanks, Generators and Immersible Transducers
Precision Ultrasonic Cleaning at its Best



A generator, transducer, and tank make up an ultrasonic cleaning system, and Crest's systems are designed to provide the most effective precision cleaning results.

## Genesis™ Generators



• Outstanding and consistent performance, process control and the ability to monitor output for consistent cleaning time after time.

• TRU-SWEEP™ sweep frequency eliminates inconsistent cleaning by sweeping a +/- 1kHz around the center frequency at a set repetitive rate.

• Standard two power options to vary cleaning from gentle for delicate parts to periodic short blasts of power for hard to clean parts.

• 3 controls including Amplitude control to vary ultrasonic power, Duty Cycle Control to control the amount of ultrasonic energy delivered and Frequency control to adjust the frequency of the ultrasonic energy reducing audible noise from subharmonics.

• Available in 25, 40 or 68 kHz frequencies and in either 250 or 500 watt models.

## Transducerized Tanks



• Provides the optimum environment for precision cleaning with extended service life.

• Constructed of cavitation resistant, bright annealed 316L stainless steel.

• Welded inside and out for long-term stability and sturdy performance.

• Cove corner construction with ground and polished welds available.

• Sloped bottoms for easy draining.

## Vibra-Bar™ Transducers



These specially bonded, durable transducers offer enhanced cleaning performance. The Vibra-Bar design consists of two transducer stacks which permit simultaneous multiple frequencies. They are available in the form of transducerized tanks and separate immersibles which are fully sealed so they can be inserted into an existing tank to convert it into an ultrasonic cleaning system.

# Technical Information

**Genesis™ Ultrasonic Generators**

Power Output (watts)

| Model | Full Wave | Half Wave | Full & Half Wave | Max. Power Input 120V/50-60 Hz | Dimensions L x W x H | # of Plug-in Modules |
|---|---|---|---|---|---|---|
| G-250-3 | 250 | 125 | 500 | 3A/360W | 5.25"x14"x12" | 1 |
| G-500-6 | 500 | 250 | 1000 | 5A/600W | 5.25"x14"x12" | 1 |
| G-750-9 | 750 | 375 | 1500 | 8A/960W | 10.5"x14"x12" | 2 |
| G-1000-12 | 1000 | 500 | 2000 | 10A/1200W | 10.5"x14"x12" | 2 |
| G-1500-18 | 1500 | 750 | 3000 | 15A/1800W | 15.75"x14"x12" | 3 |
| G-2000-24 | 2000 | 1000 | 4000 | 20A/2400W | 21"x14"x12" | 4 |

NOTE: Prefix X in model number should be substituted with a 2 (for 25 kHz) or 4 (for 40 kHz) when ordering. Last digits in model number indicate the number of Vibra-Bars on the unit.

**STANDARD FEATURES:** Amplitude control • sweep frequency.

**OPTIONS:** Power intensity control (duty cycle type) • Timer: 0-30 minutes • Other input voltages • Nema 12 enclosure • Sealed generator (coated with heat sink) • CWF watt frequency meter (generator mounted or remote) • Adjustable sweep frequency • Remote power control • Single channel computer interface (power monitor and control) • Three channel computer interface (amplitude, duty cycle, frequency control and power monitor).

## Transducerized Tanks

| Model | Capacity (Gallons) | Internal Dimensions W x L x D | Overall Dimensions W x L x H | Power Req. (heated tank) | Generator Required |
|---|---|---|---|---|---|
| HT-710-3 | 3 | 7"x10"x10" | 10"x13"x14.5" | 120V/4.2A/500W | 250W |
| HT-1014-6 | 5 | 10"x14"x10" | 13"x17"x14.5" | 120V/8.4A/1000W | 500W |
| HT-1218-9 | 10 | 12"x18"x12" | 15"x21"x16.25" | 240V/8.4A/2000W | 750W |
| HT-1524-12 | 19 | 15"x24"x14" | 18"x27"x18.75" | 240V/12.6A/3000W | 1000W |
| HT-1622-12 | 22 | 16"x22"x16" | 19"x25"x20.75" | 240V/12.6A/3000W | 1000W |
| HT-1826-18 | 33 | 18"x26"x18" | 21"x29"x22.75" | 240V/16.8A/4000W | 1500W |
| HT-2426-30 | 49 | 24"x26"x20" | 27"x29"x24" | 240V/21A/5000W | 2500W |
| HT-2436-42 | 68 | 24"x36"x20" | 27"x39"x24" | 240V/34A/8000W | 3500W |
| HT-2446-54 | 86 | 24"x46"x20" | 27"x49"x24" | 240V/42A/10,000W | 4500W |
| HT-1236-24 | 34 | 12"x36"x20" | 15"x39"x24" | 240V/17A/4000W | 2000W |
| HT-1246-30 | 43 | 12"x46"x20" | 15"x49"x24" | 240V/21A/5000W | 2500W |

NOTE: All tanks have 1" wide flange around top edge. Flange not included in overall dimensions. Prefix X in model number should be substituted with a 2 (for 25 kHz) or 4 (for 40 kHz) when ordering.

**OPTIONS:** Stainless steel tank cover • stainless steel work basket • water jacket • condensing collar • overflow well • cove corner construction • ground and polished welds • drain valve - ball type (brass or stainless steel) • recirculating filter system (brass or stainless steel) • matching rinse tank - no transducers (heated or unheated) • ChemCrest chemicals • custom sizes • sealed skirts • different voltages • sound dampening.

## Immersible Transducers

| Model* | Mounting Types Available* | Dimensions W x L x H** | Generator Required |
|---|---|---|---|
| CI-320-3 | FC, EB, DBB | 3.5"x20"x3" | 250W |
| CI-710-3 | FC, EB, BB | 7"x10"x3" | 250W |
| CI-720-6 | FC, EB, DBB | 7"x20"x3" | 500W |
| CI-817-6 | FC, EB, DBB | 8"x17"x3" | 500W |
| CI-1218-12 | FC, DBB | 12"x18"x3" | 1000W |

| CI-732-12 | FC, DBB | 7"x32"x3" | 1000W |

\* When ordering, add mounting type desired as model suffix (e.g. 4CI-710-3-EB)
\*\* Height listed is for 40 kHz. Height for 25 kHz is 4 ".

NOTE: Prefix X in model number should be substituted with a 2 (for 25 kHz) or 4 (for 40 kHz) when ordering.

**OPTIONS:** Titanium nitride coating • custom sizes.

## Download The Generator Repair Form
You can download this as a PDF document.
Note, you will need Adobe Acrobat Reader to view the file.
If you don't already have Acrobat Reader, you can get it free from Adobe's web site.

Return to top of page

---

## To submit an E-MAIL PRICE QUOTE request,
or for more information on this product, visit the Contact Crest page.