**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Ultrasonic Power Corporation, an Illinois corporation, | ) ) ) | Case No. _____ |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Crest Ultrasonics Corp., a New Jersey corporation, | ) ) ) | |
| Defendant. | ) | |

**NOTIFICATION OF AFFILIATES**

To comply with Local Rule 3.2, plaintiff Ultrasonic Power Corporation, a non-governmental corporate party, states by and through its undersigned counsel that it has no entity owns more than 5% of the corporation and, therefore, the plaintiff has no publicly held affiliates.

Dated this 6th day of November, 2007.

Respectfully submitted,

By_____
William H. Dietrich
Jeffery J. Makeever
Attorneys for Plaintiff
Ultrasonic Power Corporation
Reinhart Boerner Van Deuren P.C.
2215 Perrygreen Way
Rockford, IL 61107
Telephone: 815/633-5300

MW\1473533WHD:WHD 11/05/07