UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST , SERIES2004-IN1, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>          Plaintiff,<br>v.<br><br>SUSAN J. MCMILLAN, et al.,<br><br>          Defendant. | No.<br>Judge<br><br>(Formerly No. 07 CH 254<br>Circuit Court of DeKalb County) |

**NOTICE OF REMOVAL**
**TO THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

The federal defendant, UNITED STATES OF AMERICA, respectfully states as follows:

1. The federal defendant has been made a party to the civil action now pending in the Circuit Court of DeKalb County, Illinois, entitled, *HSBC Bank USA, N.A., v. Susan J. McMillan, et al.,* Case No. 07 CH 254.

2. If the United States has waived its sovereign immunity to be sued, such waiver would be pursuant to 28 U.S.C. § 2410.

3. This case is removable to the United States District Court for the Northern District Court of Illinois, Western Division, pursuant to 28 U.S.C. §§ 1442 and 1444.

4. A copy of the process and pleading served upon the federal defendant, UNITED STATES OF AMERICA, are attached hereto.

5. No previous application for removal in this case has been made.

WHEREFORE, the UNITED STATES OF AMERICA respectfully requests that this case be removed to this Court as a properly removed case, and entered upon the docket of

this Court and, upon filing a copy of this notice with the Clerk of Circuit Court of DeKalb County, Illinois, the said state court shall proceed no further unless this case is remanded.

                                        Respectfully submitted,

                                        /s/ Joel Nathan
                                        JOEL NATHAN (ARDC 2019566)
                                        Assistant United States Attorney
                                        219 South Dearborn Street
                                        Chicago, Illinois 60604
                                        (312) 353-8449