07-5964D

This is an attempt to collect a debt and any information obtained will be used for that purpose.

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT OF ILLINOIS,
DEKALB COUNTY, ILLINOIS

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-IN1, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>PLAINTIFF,<br><br>-vs-<br><br>SUSAN J. MCMILLAN; ROBERT A. MCMILLAN; UNITED STATES OF AMERICA; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS<br><br>DEFENDANTS | NO. 07CH254<br><br>Amount Claimed $ _____<br><br>file stamp here<br>(SEE ATTACHED FOR SERVICE LIST) |

Fisher and Shapiro, LLC  Code:6244552
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717



## FIRST DUPLICATE ORIGINAL SUMMONS

To each defendant:
YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court, DEKALB COUNTY COURTHOUSE, 133 W. STATE STREET, SYCAMORE, IL 60178, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF PRAYED IN THE COMPLAINT.

To the officer:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS  10/10, 2007

_____
(Clerk of the Circuit Court)

By: _____
        (Deputy)

Date of Service  10/19, 2007
(To be inserted by officer on copy left with defendant or other person.)

NOTICE TO DEFENDANT IN SMALL CLAIMS UNDER $10,000 – SEE REVERSE SIDE

Law (L) ($50,001 and over)
0101 TORT $DAMG AUTO-PROP
0102 TORT $DAMG AUTO-PROP/PER INJ
0103 TORT $DAMG AUTO-PER INJ
0104 TORT $DAMG AUTO-PER INJ/DEATH
0105 TORT $DAMG AUTO-DEATH
0106 TORT $DAMG-OTHER
0107 CONTRACT-MONEY DAMAGES
0108 CONFESSION OF JUDGMENT
0109 FORCE ENTRY/DETAINER-POSS/$
0110 FORCE ENTRY/DETAINER-POSS ONLY
0111 DISTRESS FOR RENT
0112 STAT ACT/STATE/RECR SUPPT
0113 ARBITRATION & AWARD
0114 DETINUE
0115 EJECTMENT
0116 REPLEVIN
0117 TROVER
0118 MALPRACTICE-MEDICAL
0119 MALPRACTICE-LEGAL
0120 MALPRACTICE-OTHER
0121 ALIENATION OF AFFECTION
0122 CLASS ACTION SUIT
0123 REGISTRATION OF FOREIGN JUDG
0130 OTHER (SPECIFY)

Law Medium (LM) ($5,001 to $50,000)
0201 TORT $DAMG AUTO-PROP
0202 TORT $DAMG AUTO-PROP/PER INJ
0203 TORT $DAMG AUTO-PER INJ
0204 TORT $DAMG AUTO-PER INJ/DEATH
0205 TORT $DAMG AUTO-DEATH
0206 TORT $DAMG-OTHER
0207 CONTRACT-MONEY DAMAGES
0208 CONFESSION OF JUDGMENT
0209 FORCE ENTRY/DETAINER-POSS/$
0210 FORCE ENTRY/DETAINER-POSS ONLY
0211 DISTRESS FOR RENT
0212 STAT ACT/STATE/RECR SUPPT
0213 ARBITRATION & AWARD
0214 DETINUE
0215 EJECTMENT
0216 REPLEVIN
0217 TROVER
0218 MALPRACTICE-MEDICAL
0219 MALPRACTICE-LEGAL
0220 MALPRACTICE-OTHER
0221 ALIENATION OF AFFECTION
0222 CLASS ACTION SUIT
0223 REGISTRATION OF FOREIGN JUDG
0230 OTHER (SPECIFY)

Small Claims (SC)(up to $5000)
0301 CONTRACT-MONEY-DAMAGES
0302 TORT-$DAMG-AUTO
0303 TORT-$DAMG-OTHER
0304 TAX COLLECTION
0305 REGISTRATION OF FOREIGN JUDG
0330 OTHER (SPECIFY)

Eminent Domain (ED)
0501 CONDEMNATION
0530 OTHER (SPECIFY)

Mental Health (MH)
1101 PETN FOR HOSPITALIZATION
1102 PETN FOR DISCHARGE
1103 PETN FOR RESTORATION
1104 AUTH EMGCY MED/DENTAL TRETMNT
1105 AUTH PSYCHOTROPIC MEDICATION
1106 ADMINISTRATOR TO ADMIN TRETMNT
1130 OTHER (SPECIFY)

Miscellaneous Remedies (MR)
0601 JUDICIAL REVIEW/ADMIN
0602 JUDICIAL REVIEW/WORKERS COMP
0603 JUDICIAL REVIEW/UNEMPLOYMENT
0604 DECLARATORY JUDGMENT
0605 CORPORATION DISSOLUTION
0606 CHANGE OF NAME
0607 HABEAS CORPUS
0608 MANDAMUS
0609 PROHIBITION
0610 QUO WARRANTO
0611 ATTACH/ORIGINAL ACTION
0612 NE EXEAT/ORIGINAL ACTION
0613 ESCHEAT
0614 LOST GOODS OR MONEY
0615 BURNT RECORDS
0616 ELECTION CONTEST
0617 DISCOVERY
0618 SEARCH WARRANT
0619 FORFEITURE OF SEIZED PROPERTY
0620 CONTEMPT OF COURT
0621 REG OF FICTITIOUS RECORD
0622 SEX TRANSMISS DISEASE CONTROL
0623 CONTAGIOUS/INFECTIOUS DISEASE
0624 REGISTRATION OF FOREIGN JUDG
0625 PETN ISSUE FOREIGN SUBPOENA
0626 EASVESDROPPING/CRIMINAL SURVEY
0627 DEMOLITION
0628 EXTRADITION
0630 OTHER (SPECIFY)
0631 SEXUALLY VIOLENT PERSONS ACT

Chancery (CH)
0701 INJUNCTION (EXCEPT TX OR D CASES)
0702 REAL ESTATE MORTG FORECLOSURE
0703 MECHANIC LIEN FORECLOSE
0704 FORECLOSURE SEC/INTEREST/PERS-PROP
0705 PARTNERSHIP DISSOLUTION
0706 SPECIFIC PERFORMANCE
0707 PARTITION
0710 CONST/INTER VIVOS TRUST
0711 CONST/TESTAMENTARY TRUST
0712 TRUST ADMINISTRATION
0713 QUIET TITLE
0714 COMPLAINT IN EQUITY
0715 ACCOUNTING
0716 RECEIVERSHIP
0717 RECESSION OF CONTRACT
0718 CREDITOR'S COMPLAINT
0719 UNIFORM GIFT TO MINOR ACT
0720 SETTING ASIDE A DEED
0721 FORECLOSURE ON CONDO ASSMT
0722 INTERPLEADER
0723 REGISTRATION OF FOREIGN JUDG
0724 STRUCTURED SETLMNT (ORIG ACT TO ASSIGN)
0730 OTHER (SPECIFY)

Tax (TX)
0401 REC OF DELIN PERS PROP TAXES
0402 RETAILERS OCCUPATION TAX
0403 PETITION FOR TAX REFUND
0404 TAX FORECLOSURE
0405 TAX INJUNCTION
0406 ANNUAL TAX SALE
0407 SCAVENGER TAX SALE
0408 TAX OFJECTION
0409 TAX COMMISSION (REV DEC)
0410 DRAINAGE ASSESSMENT
0411 SPECIAL ASSESSMENT
0412 FORECLOSE LIEN/SPEC ASSMT
0413 SUIT/RESTRAIN COLL/SPEC ASSMT
0414 TAX DEED

0415 PETITION FOR RECOVERY
0416 REGISTRATION OF FOREIGN JUDG
0417 SALE IN ERROR
0430 OTHER (SPECIFY)

Municipal Corporation (MC)
1301 PETN/ORGANIZE MUN CORP
1302 PETN/DISSOLVE MUN CORP
1303 PETN/CREATION OF DRAINAGE
1304 PETN/CHANGE OF GOVERNMENT
1330 OTHER/SPECIFY

Adoption (AD)
0801 ADOPTION
0817 ADOPTION UNBORN CHILD

Divorce (D)
0901 DISSOLUTION
0902 INVALIDITY
0903 LEGAL SEPARATION
0906 SIMPLIFIED DISSOLUTION
0907 REGISTRATION OF FOREIGN JUDG
0930 OTHER (SPECIFY)

Family (F)
0802 PUTATIVE FATHER
0803 PATERNITY
0804 PARENT & CHILD RELATIONSHIP
0806 RECIPROCAL NON-SUPPORT
0807 NEGLECT & REFUSAL TO SPPT
0808 CIVIL ACTION TO COMPEL SUPPORT
0809 URESA-INCOMING
0810 URESA-OUTGOING
0811 REGISTRATION OF FOREIGN JUDG
0812 MEDICAL ASST NO GRANT (MANG)
0813 PATERNITY (MANG)
0814 NEGLECT & REFUSAL TO SUPPT (MANG)
0815 URESA-INCOMING (MANG)
0816 URESA-OUTGOING (MANG)
0818 CONFIDENTIAL INTERMEDIARY
0830 OTHER (SPECIFY)
0904 PETITION FOR CUSTODY
0905 PETITION FOR VISITATION
1005 EMANCIPATION
1006 ORDER FOR MARRIAGE LICENSE

Order of Protection (OP)
0805 ORDER OF PROTECTION
0819 REGISTRATION OF FOREIGN JUDG

Juvenile (J)
1002 SUPERVISION
1003 DEPENDENCY
1007 ADDICTED MINOR
1008 TRUANCY
1009 MINOR REQ AUTH INTERVENTION
1030 OTHER (SPECIFY)

Juvenile Neglect and Abuse (JA)
1004 NEGLECT AND ABUSE

Juvenile Delinquency (JD)
1001 DELINQUENCY

07-5964D

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-IN1, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>PLAINTIFF,<br><br>-vs-<br><br>SUSAN J. MCMILLAN; ROBERT A. MCMILLAN; UNITED STATES OF AMERICA; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS<br><br>DEFENDANTS | NO. |

Please Serve:

Susan J. McMillan - 26450 Clare Road, Clare, IL 60111

Robert A. McMillan - 26450 Clare Road, Clare, IL 60111

United States of America - c/o U.S. Attorney, 219 South Dearborn, Chicago, IL 60604

United States of America - c/o Attorney General, 5111 Main Justice Building 10th Street and Constitution Avenue, N.W., Washington, DC 20530 (certified mail)

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

07-5964D

**IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DEKALB COUNTY, SYCAMORE, ILLINOIS**

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-IN1, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>PLAINTIFF,<br><br>-vs-<br><br>SUSAN J. MCMILLAN; ROBERT A. MCMILLAN; UNITED STATES OF AMERICA; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS<br><br>DEFENDANTS | NOTICE<br>BY ORDER OF COURT THIS CASE IS HEREBY SET FOR CASE MANAGEMENT CONFERENCE TO BE CONDUCTED AT THE DeKALB COUNTY COURTHOUSE, SYCAMORE, IL IN ACCORDANCE WITH SUPREME COURT RULE 213 BEFORE JUDGE _Klein_ ON _4/8/08_ AT _9:30_ AM/PM. FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.<br><br>FILED<br>OCT 1 0 2007<br>Maureen A. Josh<br>Clerk of the Circuit Court<br>DeKalb County, Illinois<br><br>07CH254 |

NO.

## COMPLAINT TO FORECLOSE MORTGAGE

Plaintiff, by its Attorneys, FISHER AND SHAPIRO, LLC, states as follows:

1. Plaintiff files this complaint pursuant to 735 ILCS 5/15-1101 et. seq., to foreclose the mortgage, trust deed or other conveyance in the nature of a mortgage (hereinafter called "Mortgage") hereinafter described and joins the following persons as defendants:

Susan J. McMillan
Robert A. McMillan
United States of America
Unknown Owners and Non-Record Claimants

2. Plaintiff has heretofore elected to declare the whole of the principal sum remaining unpaid together with interest thereon to become immediately due and payable and by the filing of this complaint Plaintiff has confirmed said election.

3. Attached as "EXHIBIT A" is a true copy of the Mortgage. Attached as "EXHIBIT B" is a true copy of the note secured thereby.

4. Information concerning said mortgage:

    a) Nature of the instrument: Mortgage
    b) Date of the Mortgage: June 25, 2003
    c) Name or Names of the Mortgagors: Robert A. McMillan and Susan J. McMillan
    d) Name of the mortgagee, trustee or grantee in the Mortgage: IndyMac Bank, F.S.B.
    e) Date and place of recording:

        Mortgage Date and Place of recording: July 22, 2003   DeKalb County Recorder's Office

    f) Identification of recording:

    Mortgage: Document No. 2003020711

    g) Interest subject to the mortgage: Fee simple
    h) Amount of original Indebtedness, including subsequent advances made under the mortgage: $155,200.00
    i) Legal description of Mortgaged premises and common address (hereinafter "Mortgaged Premises"):

ALL THE CERTAIN PARCEL OF LAND SITUATE IN THE COUNTY OF DEKALB AND STATE OF ILLINOIS, PART OF THE FRACTIONAL NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 19, TOWNSHIP 41 NORTH, RANGE 4, EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING NORTH OF THE CHICAGO AND NORTHWESTERN RAILROAD COMPANY, BEING KNOWN AND DESIGNATED AS FOLLOWS:

LOT 6 IN BLOCK 2 IN SHUEY'S ADDITION TO THE VILLAGE OF CHADWICK IN PLAT BOOK "B" PAGE 81. SITUATED IN DEKALB COUNTY, ILLINOIS.

Commonly known as 26450 Clare Road, Clare, IL 60111

Permanent Index No.: 05-19-300-001

    j) Statement as to defaults: The Mortgage is in default due to the failure of the mortgagor to pay the monthly installments of principal, interest, taxes and insurance, and any other escrow items that may apply, for the period June 2007 through the present. There remains an outstanding principal balance of $147,231.55 with interest accruing at $24.20 per diem plus attorneys fees, foreclosure costs, late charges, advances and expenses incurred by the Plaintiff as a result of the default.

k)  Name of present owner(s) of the real estate:

Robert A. McMillan and Susan J. McMillan, as joint tenants

l)  Names of other persons who are joined as defendants and whose interest in or lien on the mortgaged real estate is sought to be terminated:

United States of America, by virtue of a Lease made by Robert A. McMillan and Susan J. McMillan to The United States Postal Service recorded August 5, 1991 as Document No. 91007796, in the amount of $27,000.00. The interest of United States of America is subordinate to the lien and interest of the Plaintiff, in that, upon information and belief, the underlying debt due said defendant has been satisfied.

(1). That in addition to person(s) designated by name herein, there are other person(s) who have or claim to have an interest in the mortgaged real estate which is not disclosed of record by recorded notice or proceeding which would give constructive notice and who are more fully defined in 735 ILCS 5/15-1210, and whose interest falls in any of the following categories: (1) right of homestead, (2) judgment creditor, (3) beneficiary interest under any trust other than the beneficial interest of a beneficiary of a trust in actual possession of all or part of the real estate, (4) unrecorded mechanics' lien claimant, or (5) any other entity or person who claims an interest in the Mortgaged Premises. That the name or names of these claimants and all such other persons are made party defendants to this action by the name and description of "UNKNOWN OWNERS AND/OR NON-RECORD CLAIMANTS".

m)  Names of defendants claimed to be personally liable for deficiency, if any:

Susan J. McMillan

unless any of such defendants have been discharged in Bankruptcy, in which case no such deficiency is sought.

n)  Capacity in which Plaintiff brings this foreclosure:

Plaintiff is the legal holder of the indebtedness and owner of the mortgage given as security therefore.

o)  Facts in support of redemption period, shorter than the longer of: (i) 7 months from the date the mortgagor or, if more than one, all the mortgagors (I) have been served with summons or by publication or (II) have otherwise submitted to the jurisdiction of the Court, if residential real estate; (ii) 6 months from the date the mortgagor or, if more than one, all

the mortgagors (I) have been served with summons or by publication or (II) have otherwise submitted to the jurisdiction of the Court, if commercial real estate; or (iii) 3 months from the entry of the judgment of foreclosure, whichever is later.

That pursuant to the terms of the 735 ILCS 5/15-1603, the Court determine the length of the redemption period upon making a finding based on the facts and circumstances available to the Court at the time of judgment that the property is either residential, non-residential or abandoned.

p) Facts in support of request for attorney's fees and of costs and expenses:

That pursuant to the terms of the Note and Mortgage, the mortgagee is entitled to recover attorney's fees, court costs, title costs, and other expenses which plaintiff has been and will be required to expend in the prosecution of this foreclosure.

q) Determination as to residential real estate:

(1). That pursuant to the terms of 735 ILCS 5/15-1219, Plaintiff requests that the court make a finding based upon facts and circumstances available to the court at the time of Judgment that the subject real estate is either "residential real estate" occupied as a principal residence either (i) if a mortgagor is an individual, by that mortgagor, that mortgagor's spouse or that mortgagor's descendants, or (ii) if a mortgagor is a trustee of a trust or an executor or administrator of an estate, by a beneficiary of that trust or estate or by such beneficiary's spouse or descendants or (iii) if a mortgagor is a corporation, by persons owning collectively at least 50 percent of the shares of voting stock of such corporation or by a spouse or descendants of such persons and subject to a 7 month redemption period.

(2). In the event that the court finds that either: (1) the real estate is residential, then the real estate shall be subject to a seven (7) month redemption period, or (2) The real estate is non-residential, then the real estate is subject to a six (6) month redemption period.

r) Facts in support of a request for appointment of mortgagee in possession or for appointment of a receiver, and identity of such receiver, if sought:

None at this time; Plaintiff reserves the right to file a separate Petition for Appointment of Mortgagee in Possession or Receiver if applicable.

## REQUEST FOR RELIEF

Plaintiff request:

1. A judgment to foreclose such mortgage and Judicial sale by the Sheriff of DeKalb County or Judicial Sales Officer appointed for that purpose.

2. An order granting a shortened redemption period, as applicable.

3. A personal judgment for a deficiency, if sought, only against those defendants/obligors not discharged in Bankruptcy.

4. An order granting possession, if sought.

5. An order placing the mortgagee in possession or appointing a receiver, if sought.

6. A judgment including attorneys' fees, costs and expenses including but not limited to payments for taxes, insurance, securing, inspections and other expenses of the plaintiff.

7. For a finding that the interests of all named defendants are junior and subservient to the mortgage lien being foreclosed herein and the termination of leaseholds, if any.

8. An order enforcing its assignment of rents derived from said real estate, if applicable.

9. For such other and further relief as the Court deems just, including, but not limited to, declaratory and injunctive relief.

## ADDITIONAL REQUEST FOR RELIEF

10. A sale by public auction

11. A cash sale by open bid

12. A provision that a Sales Officer, the Sheriff of DeKalb County, or a special commissioner shall conduct the sale for a reasonable fee, which fee shall be recoverable by Plaintiff in the event of redemption.

13. An order that title in the real estate may be subject, at the sale, to exceptions including general real estate taxes for the current year and for preceding years which have not become due and payable as of the date of entry of the judgment of foreclosure, any special assessments upon real estate, and easements and restrictions of record.

14. That the plaintiff be entitled to recover in any reinstatement or redemption, any additional taxes paid, or advances paid for expenses including, but not limited to, insurance, inspection, boarding and securing said premises, or other expenses to preserve and protect said security.

Respectfully submitted,

*/s/ Dexter L. Holt*

One of Plaintiff's Attorneys

Marny Joy Abbott (6238958)
Randal S. Berg (6277119)
Christopher A. Cieniawa (6187452)
Olivia P. Dirig (6286043)
Michael Fisher (6216064)
Matthew Hamilton (6286320)
Joseph M. Herbas (6277645)
Dexter L. Holt (6244552)
Kevin Hunt (6283126)
Alan Kaufman (6289893)
Lee Scott Perres (6181244)
Todd J. Ruchman (6271827)
Rosemary Schnepf (6183151)
Edward J. Stawicki (6287471)
Elaina V. Tramel (6284153)

Fisher and Shapiro, LLC
Attorneys for Plaintiff
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717