UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST , SERIES2004-IN1, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br>v.<br><br>SUSAN J. MCMILLAN, et al.,<br><br>Defendant. | No.<br>Judge<br><br>(Formerly No.  07 CH 254<br>Circuit Court of DeKalb County) |

### NOTICE OF FILING PAPERS REMOVING ACTION TO THE UNITED STATES DISTRICT COURT

TO:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on November 15, 2007, a Notice of Removal of the complaint in the above-titled action was filed with the Clerk of the United States District Court for the Northern District of Illinois.  The notice was filed by and on behalf of the named federal defendant, UNITED STATES OF AMERICA.

TAKE FURTHER NOTICE that, as provided by 28 U.S.C. §1446(d), the Circuit Court of DeKalb County, Illinois, "shall proceed no further on HSBC Bank's complaint unless and until the case is remanded."

A copy of the Notice of Removal, with attachments, is annexed to this Notice.

This Notice is furnished and shall be filed as provided by 28 U.S.C. §1446(d).

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        /s/ Joel Nathan
        JOEL NATHAN (ARDC 2019566)
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-8449

CERTIFICTION OF SERVICE

JOEL NATHAN, an attorney at law, certifies that he is employed in the office of the United States Attorney for the Northern District of Illinois; that on the 15th day of November 2007, he placed a copy of its Notice of Filing of Papers Removing Action to the United States District Court and Notice of Removal to the United States District Court for the Northern District of Illinois in an envelope addressed to each of the following named individuals and caused each envelope to be deposited in the United States mail chute located in the Everett McKinley Dirksen Building, Chicago, Illinois, on said date.

Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062

Susan J. McMillan
26450 Clare Road
Clare, IL 60111

Robert A. McMillan
26450 Clare Road
Clare, IL 60111

/s/ Joel Nathan
JOEL NATHAN (ARDC 2019566)