UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

---

JADES CREATIONS, LLC

                Plaintiff,

                v.                                            Case No.

STEPHANIE WHITE d/b/a

SW Creations.,

                Defendant.

---

### NOTICE OF APPEARANCE

---

To:    Clerk of Court
        United States District Court
        Northern District of Illinois
        Western Division
        211 South Court Street
        Rockford, IL 61101

PLEASE TAKE NOTICE that I will be one of the attorneys appearing for Plaintiff Jades Creations, LLC in this action. I request that copies of all notices and other papers in this action also be served upon me at the address below.

Dated this 16th day of November, 2007.

                                            /s/ Amy L. Lindner
                                            David G. Hanson
                                            Amy L. Lindner
                                            William H. Dietrich
                                            Attorneys for Plaintiff
                                            Reinhart Boerner Van Deuren s.c.
                                            1000 North Water Street, Suite 2100
                                            Milwaukee, WI 53202
                                            Telephone: 414-298-1000
                                            Facsimile: 414-298-8097
                                            alindner@reinhartlaw.com

MW\1477560