UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

JADES CREATIONS, LLC,

    Plaintiff,

v.                                                              Case No. _____

STEPHANIE WHITE d/b/a SW
CREATIONS,

    Defendant.

**DISCLOSURE STATEMENT**

The Plaintiff, Jades Creations, LLC ("Jades"), by its attorneys, for its disclosure statement pursuant to FRCP 7.1 and Local Rule 3.2, states as follows:

1. Jades is an Illinois limited liability company.

2. Jades has not parent corporation, and no corporate stockholder owns 10% or more of its stock.

Dated this 16th day of November, 2007.

                                              /s/ Amy L. Lindner
                                              David G. Hanson
                                              Amy L. Lindner
                                              William H. Dietrich
                                              Attorneys for Plaintiff
                                              Reinhart Boerner Van Deuren s.c.
                                              1000 North Water Street, Suite 2100
                                              Milwaukee, WI 53202
                                              Telephone: 414-298-1000
                                              Facsimile: 414-298-8097
                                              alindner@reinhartlaw.com

MW\1477447