IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| TARGET MARKETING WORLDWIDE, INC., a Massachusetts corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Case No. _____ |
| ANDERSON INTERNATIONAL GLOBAL, LLC dba WORLDWIDE PAPER CO., an Illinois limited liability company, and Clare Anderson, an individual, | ) ) ) ) ) ) | Judge _____  Amount Claimed: $94,379.37 plus interest, attorneys' fees, and costs. |
| Defendants. | ) ) | |

## COMPLAINT AT LAW

Plaintiff, TARGET MARKETING WORLDWIDE, INC. ("Plaintiff"), by and through its attorneys, Wildman, Harrold, Allen & Dixon LLP, bring this action for breach of contract and fraudulent misrepresentation against Defendants, ANDERSON INTERNATIONAL GLOBAL, LLC dba WORLDWIDE PAPER CO. ("Anderson International") and Clare Anderson ("Anderson")(sometimes referred to herein as "Defendants"), and states as follows:

### THE PARTIES

1. Plaintiff is a Massachusetts corporation with its principal place of business in Athol, Massachusetts.

2. Anderson International is an Illinois limited liability company with its principal place of business in Cary, Illinois.

3. Anderson is an individual who, on information and belief, resides in Cary, Illinois.

1829750

## JURISDICTION AND VENUE

4. This Court has diversity jurisdiction over the claims asserted against Defendants pursuant to 28 U.S.C. § 1332, as Plaintiff and Defendants are completely diverse and the amount in controversy exceeds $75,000.

5. Venue is proper in the Northern District of Illinois (Western Division) pursuant to 28 U.S.C. § 1391(b) because the Defendants reside in this District.

## GENERAL ALLEGATIONS

6. This is an action for breach of contract and fraudulent misrepresentation.

7. In April 2007, Defendants approached Plaintiff about purchasing a large quantity of rolled napkin stock for export. Plaintiff had never before done business with Defendants.

8. On several occasions in April, May and June 2007, Defendants represented to Plaintiff that Defendants had an Assignable Letter of Credit (the "Letter of Credit") that could be assigned to Plaintiff for payment on Defendants' account. Based upon this representation, Plaintiff agreed to enter into an contract with Anderson International under which Plaintiff would supply and Defendant Anderson International would purchase an agreed upon quantity of rolled napkin stock.

9. Plaintiff and Defendants agreed to, and executed, a Purchase Order on or about June 20, 2007 (the "Purchase Order"). A true and accurate copy of the Purchase Order is attached hereto, and incorporated herein by reference, as Exhibit A. Based upon Defendants' representations regarding the Letter of Credit, Plaintiff and Defendants agreed that Anderson International's payment under the Purchase Order was to be made via a one hundred percent assignment of the Letter of Credit proceeds. This agreed upon condition is set forth in Section 6 of the Purchase Order.

1829750

10. Thereafter, Plaintiff provided, and Anderson International accepted, 352,820 pounds, or 519 rolls, of napkin stock pursuant to the Purchase Order.

11. Plaintiff invoiced Anderson International on or about July 19, 2007 (the "**Invoice**"). A true and accurate copy of the Invoice is attached hereto, and incorporated herein by reference, as Exhibit B. The "Terms" section of the Invoice requires that Defendant's payment to Plaintiff was to be made via "100% LC assignment." In total, Defendant owes Plaintiff $94,379.37 for the 519 rolls of napkin stock.

## COUNT ONE
### (Breach of Contract)

12. Plaintiff incorporates paragraphs 1 through 11 of this Complaint as though fully set forth herein.

13. Plaintiff has performed all of its obligations under the Purchase Order.

14. Despite numerous demands for payment, Defendants have failed and refused to assign to Plaintiff the proceeds of any Letter of Credit or otherwise make any payment under the Purchase Order, which constitutes a breach of the Purchase Order.

15. As a direct and proximate result of Defendants' breach of the Purchase Order, Plaintiff has been damaged in the amount of $94,379.37, plus interest, attorneys' fees, and costs.

WHEREFORE, Plaintiff, Target Marketing Worldwide, Inc., requests that the Court enter judgment against Defendant, Anderson International Global, LLC dba Worldwide Paper Co., in an amount of $94,379.37, plus interest, attorneys' fees, costs, and for such other relief as the Court deems just and proper.

## COUNT TWO

### (Fraudulent Misrepresentation)

16. Plaintiff incorporates paragraphs 1 through 11 of this Complaint as though fully set forth herein.

17. In April 2007, Defendants, through Clare Anderson, represented to Plaintiff that Defendants had a Letter of Credit that could be assigned to Plaintiff for payment on Anderson International's account.

18. On May 16, 2007, Defendants again represented to Plaintiff, via e-mail and through Clare Anderson, that Defendants had a Letter of Credit that could be assigned to Plaintiff for payment on Defendant's account. Defendants told Plaintiff that accepting payment via assignment of the proceeds of the Letter of Credit would be "a seamless, easy, safe way to guarantee payments for large orders." Defendants attached to the May 16, 2007 e-mail a sample Assignment of Proceeds for Commercial Letter of Credit and a detailed explanation of how the assignment process would work.

19. Defendants intended Plaintiff to rely upon their representations regarding the Letter of Credit.

20. Based upon Defendants' representations, Plaintiff agreed to do business with Defendants.

21. In fact, Defendants did not have the Letter of Credit. Defendants, through Clare Anderson, admitted this to Plaintiff in a telephone conversation on August 21, 2007, approximately one month after Defendants had picked up the 519 rolls of napkin stock from Plaintiff's warehouse.

22. Defendants have failed and refused to assign to Plaintiff the proceeds of any Letter of Credit or otherwise make any payment under the Purchase Order.

WHEREFORE, Plaintiff, Target Marketing Worldwide, Inc., respectfully requests that the Court enter judgment against Defendants, Anderson International Global, LLC dba Worldwide Paper Co. and Clare Anderson, in an amount of $94,379.37, plus interest, attorneys' fees, costs, and for such other relief as the Court deems just and proper.

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all causes of action, claims and issues.

Respectfully submitted,

**TARGET MARKETING WORLDWIDE, INC.**

By: /s/ Megan C. Millirons
 One of Its Attorneys

John S. Letchinger - # 6207361
Megan C. Millirons - #6290249
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
(312) 201-2000
Fax: (312) 201-2555
Attorney No. 10535

1829750

4