# EXHIBIT A

Case 1:07-cv-59999   Document 8-2   Filed 11/16/2007   Page 1 of 4

## PURCHASE ORDER

Contract No: WWP-TGT062007-001                              Date: 20 June, 2007

The Buyers: Worldwide Paper Co.
Address: 2615 Three Oaks Road, Suite 2A2,
Cary, IL 60013
TEL: 1-847-639-4955
FAX: 1-847-841-4747

The Sellers: Target Marketing Worldwide, Inc.
P.O. Box 604 Athol, Massachusetts 01331
(978)249-3370
Fax (978)249-9905
E-mail: tgt@targetpaper.com

This Contract is made by and between the Buyer and the Seller; whereby the Buyers agree to buy and the Sellers agree to sell the under mentioned commodity according to the terms and Conditions stipulated below:

| Item | Commodities, Specifications | Unit | Price in USD | Qty. | Total Amount in USD |
|---|---|---|---|---|---|
| 01 | GP Rolled napkin stock<br>Basis Weight is 9.5# per ply, 2 ply.<br>Width is 20" and diameters are 60" +. | ST | 535 | 200 | 107000 |
| | TOTAL FOB 54305, Appleton, WI | | | | 107,000 |

2. COUNTRY OF ORIGIN AND MANUFACTURERS:
   USA

3. PACKING: To be packed in closed trailers, suitable for long distance sea transportation and to change of climate, well protected against moisture and shocks. 40,000# minimum weight per trailer.

4. TIME OF SHIPMENT: As soon as possible

5. PLACE OF SHIPMENT: Appleton, WI, USA

6. PAYMENT: 100% assignment of LC proceeds

7. DOCUMENTS:
(1) Signed courier bills of lading
(2) Invoice in 3 originals indicating contract number made out in details as per the relative contract.

THE BUYERS:                                    THE SELLERS:
WORLDWIDE PAPER CO.                            TARGET MARKETING

*[signature]*

1/2

# EXHIBIT B



# Invoice

**1302 Main Street**
**P.O. Box 604**
**Athol, MA 01331**

Phone #  1-978-249-3370   Fax #  1-978-249-9905

| Date | Invoice # |
|---|---|
| 7/19/2007 | 062007-001 |

**Bill To**

Worldwide Paper Co.
2615 Three Oaks Road
Suite 2A2
Cary, IL 60013

**Ship To**

| P.O. Number | Terms | Due Date | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
| WWP-TGT062007-001 | 100% LC assignment | 8/19/2007 | KLM | 7/31/2007 | Cust Truck | Green Bay WI |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | CONTRACT NO: WWP-TGT062007-001 | | |
| | | 9.5# 2 Ply GP Rolled napkin stock  20" width | | |
| 22,789 | Napkin | lbs.Rel.# 387569  07/03 35 rolls T-V824378  Seal # | 0.2675 | 6,096.06 |
| 20,808 | Napkin | lbs.Rel.# 387570  07/13 30 rolls T-V824378  Seal #306472 | 0.2675 | 5,566.14 |
| 29,962 | Napkin | lbs.Rel.# 387571  07/10 45 rolls T-V822535  Seal #306442 | 0.2675 | 8,014.84 |
| 31,643 | Napkin | lbs.Rel.# 387572  07/13 45 rolls T-V822535  Seal #307683 | 0.2675 | 8,464.50 |
| 31,524 | Napkin | lbs.Rel.# 387573  07/16 45 rolls T-V822535  Seal #308968 | 0.2675 | 8,432.67 |
| 30,799 | Napkin | lbs.Rel.# 387574  07/16 45 rolls T-V822378  Seal #308917 | 0.2675 | 8,238.73 |
| 31,350 | Napkin | lbs.Rel.# 387575  07/17 45 rolls T-V822535  Seal #308919 | 0.2675 | 8,386.13 |
| 29,997 | Napkin | lbs.Rel.# 387576  07/18 45 rolls T-V822535  Seal #308934 | 0.2675 | 8,024.20 |
| 33,410 | Napkin | lbs.Rel.# 387577  07/18 50 rolls T-V790908  Seal #308955 | 0.2675 | 8,937.18 |
| 30,541 | Napkin | lbs.Rel.# 387578  07/20 45 rolls T-V822535  Seal #308949 | 0.2675 | 8,169.72 |
| 30,401 | Napkin | lbs.Rel.# 387579  07/23 45 rolls T-V822535  Seal #305469 | 0.2675 | 8,132.27 |
| 29,596 | Napkin | lbs.Rel.# 387580  07/24 44 rolls T-V822535  Seal #305482 | 0.2675 | 7,916.93 |

REMIT TO   P.O. Box 847329, Boston, MA  02284-7329

**Total**  $94,379.37