## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:

Target Marketing Worldwide, Inc., a Massachusetts corporation,
vs. Anderson International Global, LLC d/b/a Worldwide Paper
Co., an Illinois Limited Liability Company and Clare Anderson,
an individual

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Target Marketing Worldwide, Inc., a Massachusetts corporation

| | |
|---|---|
| **NAME (Type or print)**<br>Megan C. Millirons | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Megan C. Millirons | |
| **FIRM**<br>Wildman, Harrold, Allen & Dixon, LLP | |
| **STREET ADDRESS**<br>225 W. Wacker Drive, Suite 2800 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6290249 | **TELEPHONE NUMBER**<br>312-201-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |