## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| **RICHARD L. PERSINO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. |
| | ) |
| **UNUM GROUP d/b/a UNUM LIFE INSURANCE COMPANY OF AMERICA,** | ) ) ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF FILING NOTICE OF REMOVAL

To:   R.M. Lee                                   Circuit Court of the Twenty Second Judicial Circuit
       Gummerson & Rausch              McHenry County Courthouse
       101 S. Benton, Suite 101              2200 North Seminary Ave.
       Woodstock, Illinois 60098           Woodstock, Illinois 60098

PLEASE TAKE NOTICE that on this 3rd day of January, 2008, defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA incorrectly named as UNUM GROUP d/b/a UNUM LIFE INSURANCE COMPANY OF AMERICA , defendant in the above entitled action, filed a NOTICE OF REMOVAL, a copy of which is attached hereto, of the above entitled action to the United States District Court for the Northern District of Illinois Western Division.

You are also advised that defendants, on filing of such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Illinois, Western Division, also filed a copy thereof with the Clerk of the Circuit Court of the Twenty Second Judicial Circuit, McHenry County, Illinois to effect removal pursuant to 28 U.S.C. §1446(d).

Michael J. Smith
Warren von Schleicher                                By: /s/ Michael J. Smith
Smith, von Schleicher & Associates                   Attorney for Defendant, Unum Life Insurance
39 S. LaSalle St., Suite 1005                        Company of America incorrectly named as
Chicago, Illinois 60603 (312) 541-0300               Unum Group d/b/a Unum Life Insurance
                                                     Company of America