## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number:

TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA
v
YOUNG CONSTRUCTION & PAVING, LLC;
et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRAVELERS CASUALTY AND SURETY COMAPNY OF AMERICA

| | |
|---|---|
| NAME (Type or print)<br>James M. Allen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James M. Allen | |
| FIRM<br>Hinshaw & Culbertson LLP | |
| STREET ADDRESS<br>100 Park Avenue, P.O. Box 1389 | |
| CITY/STATE/ZIP<br>Rockford, Illinois 61105 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6257714 | TELEPHONE NUMBER<br>815-490-4901 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐