IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(WESTERN DIVISION)

| | |
|---|---|
| TITAN TIRE CORPORATION OF FREEPORT, | ) ) ) CASE NO. _____ |
| Plaintiff, | ) ) |
| | ) NOTICE OF MOTION TO |
| | ) VACATE ARBITRATION |
| v. | ) AWARD |
| | ) |
| UNITED STEELWORKERS OF AMERICA, LOCAL 745L, | ) ) ) |
| | ) |
| Defendant. | ) |

COMES NOW Titan Tire Corporation of Freeport ("Titan Tire") and hereby gives notice of the filing of its Motion to Vacate Arbitration Award.

/s/ Michael R. Lied
Michael R. Lied
Tracy C. Litzinger
Howard & Howard
One Technology Plaza, Ste. 600
211 Fulton Street
Peoria, IL  61602-1350
Telephone:  (309) 999-6313
Facsimile:  (309) 672-1568
E-mail:  MLied@howardandhoward.com
E-mail:  TLitzinger@howardandhoward.com

Gene R. La Suer
Davis, Brown, Koehn, Shors & Roberts, P.C.
666 Walnut Street, Suite 2500
Des Moines, Iowa 50309-3993
Telephone:  (515) 288-2500
Facsimile:  (515) 243-0654
E-mail:  GeneLaSuer@davisbrownlaw.com

ATTORNEYS FOR PLAINTIFF

#337588-v1

CERTIFICATE OF SERVICE

The undersigned caused a copy of the foregoing document to be served on all persons listed below, via courier and facsimile 815-232-7762, on this 21st day of January 2008.

```
President of the United Steel Workers
Local 745 – Freeport, IL
2496 East Maize Road
Freeport, IL  61032
```

Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Serve are true and accurate.

```
                              /s/ Michael R. Lied
                              Michael R. Lied
                              Tracy C. Litzinger
                              Howard & Howard
                              One Technology Plaza, Ste. 600
                              211 Fulton Street
                              Peoria, IL  61602-1350
                              Telephone:  (309) 999-6313
                              Facsimile:  (309) 672-1568
                              E-mail:  MLied@howardandhoward.com
                              E-mail:  TLitzinger@howardandhoward.com
```