IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| NANCY J. SCHABELL, | ) | |
| | ) | |
| Plaintiff, | ) | NO. |
| | ) | |
| vs. | ) | Judge Frederick J. Kapala |
| | ) | |
| MICHIKO L. NOZAWA-JOFFE, | ) | Magistrate Judge P. Michael Mahoney |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff NANCY J. SCHABELL, by and through her attorneys WILLIAMSMCCARTHY LLP, for her Complaint against the defendant MICHIKO L. NOZAWA-JOFFE, states as follows:

### The Parties

1. Plaintiff NANCY J. SCHABELL is a citizen of the State of Illinois residing at 5145 East State Street, #208A, Rockford, Illinois.

2. Defendant MICHIKO L. NOZAWA-JOFFE, on information and belief, is a citizen of the country of Japan and is currently enrolled as a college student in the State of New York.

3. That on January 31, 2006, the defendant was the operator of a 2005 automobile which she was driving westbound on East State Street in the City of Rockford, County of Winnebago, State of Illinois.

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332, as complete diversity exists amongst the parties and the amount in controversy exceeds the sum of value of $75,000.00, exclusive of costs and interest.

5. This Court has personal jurisdiction over the defendant as the operative facts giving rise to this Complaint and the tortious conduct of the defendant occurred in the Northern District of Illinois, Western Division, as alleged in more detail below.

6. Venue is proper within this District under 28 U.S.C. §1391 because this is a diversity action and a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## Factual Allegations

7. As stated above, on the day of the occurrence, namely January 31, 2006, the defendant was an operator of a 2005 Saturn Ion automobile which she was driving westbound on East State Street in the City of Rockford, County of Winnebago, State of Illinois.

8. That at that time and place, the plaintiff NANCY J. SCHABELL was the operator of a Buick automobile which she was driving in an easterly direction on East State Street in the City of Rockford, County of Winnebago, State of Illinois.

9. That at all times relevant, the defendant MICHIKO L. NOZAWA-JOFFE had a duty to exercise ordinary care in the operation of her motor vehicle so as to avoid causing injuries to members of the public including the plaintiff.

10. That on January 31, 2006, the defendant without forewarning turned left in front of the vehicle operated by the plaintiff, causing a violent collision with the plaintiff's vehicle, wherein after the defendant's vehicle struck yet a third vehicle.

11. That the defendant MICHIKO L. NOZAWA-JOFFE was then and there guilty of one or more of the following negligent acts or omissions:

    a. Failed to keep a proper lookout while operating a motor vehicle.

    b. Failed to yield to oncoming traffic while attempting to make a left hand turn in front of the vehicle driven by the plaintiff.

    c. Failed to apply her brakes in a timely fashion.

    d. Operated her vehicle too fast for the then existing traffic conditions.

    e. Failed to operate her vehicle in such a manner as to avoid striking the vehicle operated by the plaintiff.

    f. Otherwise failed to operate her vehicle in a reasonably safe manner.

12. That as a proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant, the plaintiff NANCY J. SCHABELL suffered devastating personal injuries, has incurred and will continue to incur in the future medical expenses, wage loss, pain and suffering, disfigurement, and other disabling injuries.

WHEREFORE, the plaintiff NANCY J. SCHABELL prays for judgment against the defendant MICHIKO L. NOZAWA-JOFFE in a sum in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, plus costs of suit.

**<u>PLAINTIFF DEMANDS TRIAL BY JURY</u>**

NANCY J. SCHABELL
By WILLIAMSMCCARTHY LLP


By: _____/s/ John J. Holevas_____


John J. Holevas, Esq.
Marc C. Gravino, Esq.
WilliamsMcCarthy, LLP
120 West State Street, Suite 400
P. O. Box 219
Rockford, IL 61105-0219
815-987-8900