7/18/02

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

DENISE L. MCCLESKY
_____
Plaintiff

v.

MICHAEL J. ASTRUE
_____
Defendant(s)

CASE NUMBER _____

JUDGE _____

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Denise L. McClesky _____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1.   Are you currently incarcerated?      ☐Yes     ☒No    (If "No," go to Question 2)
     I.D. # _____ Name of prison or jail: _____
     Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount: _____

2.   Are you currently employed?        ☐Yes     ☒No
     Monthly salary or wages: _____
     Name and address of employer: _____
     _____

   a.   If the answer is "No":
        Date of last employment: 2003
        Monthly salary or wages: $37-50/Hr
        Name and address of last employer: Subway, Marengo, IL

   b.   Are you married?            ☐Yes     ☒No
        Spouse's monthly salary or wages: _____
        Name and address of employer: _____

3.   Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a.   Salary or wages                                      ☐Yes     ☒No
        Amount _____ Received by _____

b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
       compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                ☐Yes    ☒No
Amount_____Received by_____

e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____Received by_____

f.    ☒Any other sources (state source: _Township_____)    ☒Yes    ☐No
Amount _225.⁰⁰/mo_  Received by _Self_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
       savings accounts?              ☐Yes    ☒No       Total amount:_____
       In whose name held:_____  Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
       financial instruments?                                  ☐Yes    ☒No
       Property:_____  Current Value:_____
       In whose name held:_____  Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
       condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
       Address of property:_____
       Type of property:_____  Current value:_____
       In whose name held:_____  Relationship to you:_____
       Amount of monthly mortgage or loan payments:_____
       Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
       homes or other items of personal property with a current market value of more than $1000?
                                                                ☐Yes    ☒No
       Property:_____
       Current value:_____
       In whose name held:_____  Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
       indicate how much you contribute monthly to their support.  If none, check here ☒No dependents
       _____
       _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _1-17-08_

_Denise McCleskey_
Signature of Applicant

_Denise McCleskey_
(Print Name)

-----------------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.

I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 7/18/02