# EXHIBIT A

**EDWARD CRUZ QUEVEDO**
Traductor Público Juramentado

OFFICIAL TRANSLATION

3005-07

# THE REPUBLIC OF PERU
## NATIONAL IDENTIFICATION REGISTRY AND VITAL STATISTICS OFFICE

### BIRTH CERTIFICATE No. 60694607

**RECORDING OFFICE**

| | |
|---|---|
| Date: | September 21, 2000 |
| Department: | Lima |
| Province: | Lima |
| District: | San Isidro |

| | |
|---|---|
| Full Name: | Valeria Carla VITERI PFLUCKER |
| Sex: | Female |
| Place of Birth: | Italian Private Hospital<br>Esq. Tomas Edison y Burgos s/n<br>District of San Isidro<br>Province and Department of Lima |
| Date of Birth: | August 24, 2000 at 10:06 a.m. |

| | |
|---|---|
| Mother: | Gabriela Maria PFLUCKER LOPEZ |
| Age: | 27 |
| Nationality: | Peruvian |

Edward Cruz Quevedo
Certified Public Translator
Reg. No. 17

| | |
|---|---|
| Birthplace: | Lima |
| Identity Document: | National Identity Document No. 07880901 |
| Address: | Jr. Tarapaca No. 255 – 301, Miraflores |

------------------------------------

| | |
|---|---|
| Father: | Carlos Medardo Jesus VITERI PEREZ |
| Age: | 39 |
| Nationality: | Peruvian |
| Birthplace: | Lima |
| Identity Document: | National Identity Document No. 07611248 |

------------------------------------

| | |
|---|---|
| Informant: | The father and the mother |

------------------------------------

| | |
|---|---|
| Registrar's name: | Maria del Carmen AGUILAR ALVAREZ |
| Identity Document: | National Identity Document No. 07810175 |

------------------------------------

(SIGNED)
Informant I
Fingerprint

(SIGNED)
Informant II
Fingerprint

(SIGNED)
Maria del Carmen Aguilar Alvarez
Registrar

Edward Cruz Quevedo
Certified Public Translator
Reg. No. 17

**NATIONAL IDENTIFICATION REGISTRY
AND VITAL STATISTICS OFFICE
RECORDING OFFICE
BAR CODE No. 00462196**

The undersigned DOES HEREBY CERTIFY THAT this is a true and accurate copy of the original Certificate registered in the respective book and kept with the files of RENIEC.

Jesus Maria, November 14, 2007

(SIGNED)
Edgard Omar Chavez Breña
Certificates – Jesus Maria Recording Office
National Identification Registry and Vital Statistics Office
Fingerprint

------------------------------

**THE REPUBLIC OF PERU
MINISTRY OF FOREIGN AFFAIRS
CONSULAR AFFAIRS BUREAU
Authentication No. 132888**

This is to legalize the signature of Edgard O. CHAVEZ BREÑA appearing above.
No responsibility is assumed for the contents of the document.

Lima, December 18, 2007

(SIGNED)
Gladys Mercedes Martinez Ledesma
Authentications Department
Consular Affairs Bureau

SEALS

------------------------------

VC/ECQ

The undersigned, Certified Public Translator, does hereby certify that the above is a true and correct translation of the original text In SPANISH hereto enclosed. No Responsibility is assumed for the authenticity of the content of the translated text.
    In witness whereof, I have hereunto set my hand and seal in Lima this......day of ..............

Edward Cruz Quevedo
Certified Public Translator
Reg. No. 17



República del Perú — RENIEC — Registro Nacional de Identificación y Estado Civil — Acta de Nacimiento — Municipalidad de San Isidro