# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In Re Application Of:

CARLOS MEDARDO JESUS VITERI PEREZ, )
                                                                  )
       Petitioner,                  )
                                                                    )
vs.                                            )
                                                               ) Case No.
GABRIELA MARIA PFLUCKER LOPEZ,    )
                                                                    )
       Respondent.              )
                                                                    )

## AFFIDAVIT OF CARLOS VITERI IN SUPPORT OF PETITION FOR RETURN OF CHILD UNDER TO THE HAGUE CONVENTION

BEFORE ME, the undersigned authority, on this day personally appeared Carlos Viteri, known to me to be the person whose name is subscribed below, and who being by me first duly sworn, deposed as follows:

My name is Carlos Viteri. I am over eighteen years of age and otherwise competent to make this Affidavit. I am the father of Valeria Carla Viteri Pflucker. I have personal knowledge of the facts in this affidavit and each fact is true and correct.

1. On August 24, 2000, Gabriela Maria Pflucker ("Gabriela") and I gave birth to a child named Valeria Carla Viteri Pflucker ("Valeria"). Gabriela and I are both Peruvian citizens and resided in Peru at the time of Valeria's birth. Gabriela and I were never married and our relationship ended in October of 2003.

2. In or about October 2003, I filed a petition in a Peruvian family court seeking visitation rights over Valeria ("Regimen de Visita") under case number 183504-2003-00113-00. The petition was granted and I was awarded visitation on weekends and every Wednesday.

Gabriella appealed this order which was then affirmed by the Peruvian Superior Court ("Corte Superior de Justicia de Lima") on October 31, 2005.

3. However, Gabriela refused to honor the visitation order entered and I was permitted to see Valeria only occasionally, usually at Gabriela's whim. I last saw my daughter on or about August 15, 2005.

4. It is my understanding that Gabriela secured travel documents for Valeria by filing a petition in another jurisdiction within Perú and falsely claiming that she did not know my whereabouts. The Peruvian judge apparently granted Gabriela a 30 day tourist visa for travel to the United States based on her representations in Court.

5. Gabriela left Perú with Valeria on September 3, 2005.

6. I would not have consented to allowing Gabriela to take Valeria to the United States if I had known her intent to remain there.

7. Gabriela should have returned to Perú on or before October 3, 2005 based on her tourist visa, but she did not return to my knowledge.

8. After Gabriela did not return with Valeria, I contacted both the United States and Canadian consulates seeking information as to the whereabouts of Valeria and requesting her return to Perú. I also contacted Peruvian agencies to enlist their assistance in finding and returning Valeria to Perú.

9. I subsequently learned that Valeria is presently residing with Gabriela at 321 W. Roosevelt Street in Freeport, Illinois.

10. Given Gabriela's false statements to Peruvian authorities and her violation of her visa, I expect she will flee the jurisdiction of this Court when she learns of this Petition.

11. The assistance of this Court is needed to ensure that the child is brought before the Court for purposes of resolving this matter on the merits.

CARLOS MEDARDO JESUS VITERI PEREZ

CHICAGO\2418100.1
ID\RMT



**CERTIFICO:** QUE LA FIRMA QUE ANTECEDE CORRESPONDE A CARLOS MEDARDO JESUS VITERI PEREZ IDENTIFICADO(A) CON DNI 07611248

LIMA, 06 FEB 2008

ALEJANDRO RAMIREZ CARRANZA
NOTARIO DE LIMA




NOTARIA RAMIREZ CARRANZA
AV. ARENALES 2649 LINCE-LIMA
TELF.: 222-6281/222-5582 FAX: 440-3640
E-mail: notariaramirez@speedy.com.pe

3



