# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In Re Application Of:

CARLOS VITERI,   )
                )
    Petitioner,  )
                )
vs.             )
                ) Case No.
GABRIELLA MARIA PFLUCKER,  )
                )
    Respondent.  )
                )

Rosa M. Tumialán
Katharine N. Dunn
Elizabeth A. Graham
Dykema Gossett PLLC
Attorneys for Petitioner
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700

## DECLARATION ESTABLISHING THE HABITUAL RESIDENCE OF THE CHILD

1.0   The identifying information and residence of the minor child for the last five (5) years is as follows:

| | |
|---|---|
| Child's Name: | VALERIA CARLA VITERI PFLUCKER |
| Place of Birth: | Lima, Peru |
| Date of Birth: | August 24, 2000 |
| Sex: | Female |
| Period of Residence: | The child lived in Peru from August 24, 2000 through September 2005. She is believed to be in Illinois, U.S.A., since that time |

2.0   Have you participated as a party or a witness or in some other capacity in another litigation or custody proceeding concerning a child subject to this proceeding or do you have information about a custody proceeding pending in any court concerning a child subject to this proceeding?

Petitioner secured an order of visitation and support relating to the minor child. The child's mother failed to comply with the visitation order which prompted the Petition to seek relief in the Peruvian court.

3.0    Do you know any person who is not a party to this proceeding who has physical custody or claims to have custody of or visitation rights with any child subject to this proceeding?

No.

**Verification**

I am the attorney for the Petitioner; I make this verification on behalf of the Petitioner because Petitioner is absent from State of Illinois; the above document is true of my own knowledge, except as to the matters that are stated in it on my information and belief and as to those matters I believe it to be true. I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 28, 2008 at 10 South Wacker, Chicago, Illinois 60606

_____
Attorney for Petitioner