**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| S.G. and S.G., as parents and Guardians of L.G., a minor vs. Rockford Board of Education and Kenneth Held, in his capacity as Principal of Rolling Green Elementary School | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

S.G. and S.G., as parents and Guardians of L.G., a minor

| NAME (Type or print) |
|---|
| Joyce O'Neill Austin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ /s/ Joyce O'Neill Austin |
| FIRM |
| Shriver, O'Neill & Thompson |
| STREET ADDRESS |
| 515 N. Court Street |
| CITY/STATE/ZIP |
| Rockford/IL/61103-6807 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6192790 | 815-963-4895 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐