# EXHIBIT A - 2

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO. IIN 13050
PAGE 1
DATE 04/18/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

25

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 2 | 15.500 | 1.740 | 13.760 | 1,585.00000 | 2,757.90 |

CI: 162991-VTECH 6789
Item: 035429
Description: USMERCHANTS-VTECH 6789
U/M: K
Date Shipped: 04/18/07
** Packing Slip: 11377
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



ISO 9001
Registered

| SALES AMOUNT | 2,757.90 |
|--------------|----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **2,757.90** |

EXPORT



## SCA

SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

MAIN PLANT
DEKALB, IL. 60115
Tel: (815) 756-8451
Fax: (815) 756-5187

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

Page: 1
Pack Slip# 11377

```
Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
```

```
Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA
```

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 4/18/07 | I002587 | 26881 OP | PREPAIDTL | 3,360.00 | 168 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035429<br>USMERCHANTS-VTECH 6789<br>R2378<br>C/I: 162991-VTECH 6789 | K | 3.300 | 3.300 |
| 2 | 035429<br>USMERCHANTS-VTECH 6789<br>R2370<br>C/I: 162991-VTECH 6789 | K | 15.500 | 1.740 |

CAPTURADO 4/18
FECHA _____

# CTNS  168   PCS/CTN.  30   TOTAL PIECES  5,040

THIS SHIPPING ORDER    must be legibly filled in, in ink, indelible Pencil, or in
Carbon, and retained by the Agent.

Uop16 x/b8554u6u6ur
F.O. OO/BOL : 4152                                        Date: 04/16/07    Page: 1 of 1
Pro Number: SAV35.
Carrier: SAV HOLENA

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

onsignor                                          Consignee
**SCA Consumer Packaging, Inc.**                  US MERCHANTS
Paseo Cucapah #5290                               6737 142 ROD EAST
Parque Industrial El Lago                         STE 1
Tijuana, B.C., MX 22550                           TORONTO ON M8M96
                                                  USA
SCA CONSUMER PACKAGING, INC.,  REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

nvoicee                                           Special Instructions
US MERCHANTS                                      SCA product to be top load only.
6737 WILSHIRE BLVD                                Do not stack in transit.
BEVERLY HILLS CA 90211
USA                                               26PALLETS OF PLASTIC ARTICLES
                                                  SAV967

eight charge terms: (freight charges
re collect unless marked otherwise)
repaid: ___X___        third party: ___

| # | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|---|------|----------|-------------------------------|------|-------------|------|-------------|-------------|
| 1 | 120 | CTN | 143255  11274 | 156600 | 2,717.00 | | I002586 | 26880 OP |
| 2 | 110 | CTN | 162993  11377 | 156600 | 2,556.00 | | I002587 | 26881 OP |
| 3 | 58  | CTN | 167991  11377 | 156600 | 1,160.00 | | I002587 | 26881 OP |
| 4 | 336 | CTN | 174633  11378 | 156600 | 7,575.00 | | I002578 | 26835 OP |

# Packages: 624                                   Total Charges:        0.00
Total Weight:    14,008.00

rrier
gnature:

Date:    /    /

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

le is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
ippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
roperly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
an to the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO tju Y5106
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

*26*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036804 | 26924 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 5.000 | 4.800 | 0.200 | 1,666.12000 | 7,997.38 |

```
          CI: 184487-PNSNC 1035
        Item: 036262
 Description: USMERCH-184487-PNSNC 1035
         U/M: K
Date Shipped: 04/21/07
** Packing Slip: 11456
    ** BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| | |
|---|---|
| SALES AMOUNT | 7,997.38 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 7,997.38 |



MEMBER
PMMI

ISO 9001
Registered



```
                                                                    Reprint Packing Slip
                                                                              Page:        1
                                                              Pack Slip#    11410
```

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

```
ll To: C013116                    Ship To: (9)
   MERCHANTS                      US MERCHANTS
37 WILSHIRE BLVD                  3324 142 AVE EAST
VERLY HILLS CA 90211              STE C
A                                 SUMNER WA 98390
                                  USA
```

```
er Contact:  CHRIS GHIZORI
====================================================================================
k Date Order #   Cust PO              Ship Via              Weight Pkgs #
------ -------   -------              --------              ------ ------
19/07  I002578   26835 OP             PREPAIDTL             4,910.00  240
21/07
====================================================================================
e/Rel  Item                      U/M       Qty Ordered    Qty To Pack
------  ----                      ---       -----------    -----------
       035351                    K             29.000          7.200
       USMERCH-VTECH NEW BOX SET

       C/I: 174633-PNSNC 6074 PHONE WB
```



CAPTURADO
FECHA 8 21 07

cancelled
CAPTURADO 1-19
FECHA

```
                        # CTNS   240    PCS/CTN   30    TOTAL      7200
                                                        PIECES
```

Packing Slip

Page: 1

Pack Slip# 11411

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ll To: C013116
MERCHANTS
37 WILSHIRE BLVD
VERLY HILLS CA 90211
A

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

er Contact: CHRIS GHIZORI

| k Date | Order # | Cust PO | | Ship Via | Weight | Pkgs # |
|--------|---------|---------|---|----------|--------|--------|
| 19707 21|07 | I002587 | 26881 OP | | PREPAIDTL | 4,730.00 | 214 24 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 035429 USMERCHANTS-VTECH 6789 | K | 15.600 | 6.420 720 |
| | C/I: 162991-VTECH 6789 | | | |

CAPTURADO
FECHA 09/29/07

CAPTURADO
FECHA 4-19       cancelled

2378

# CTNS 214   PCS/CTN. 30   TOTAL PIECES 6420

A 2401 Rv 02/06   TRAFFIC PACKING LIST

**Page:** 1

**Pack Slip#** 11421



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
A

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

er Contact:  CHRIS GHIZORI

| k Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|--------|---------|---------|----------|--------|--------|
| 19/07 | I002586 | 26880 OP | PREPAIDTL | 3,392.40 | 165 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 034875A | K | 22.150 | 4.950 |
| | USMERCH-143255 VTECH 6889/6896 4PK | | | |

C/I: 143255 VTECH 6889/6896 4PK

CAPTURADO
FECHA 09/21/07

R2374

| # CTNS | 165 | PCS/CTN. | 30 | TOTAL PIECES | 4950 |
|--------|-----|----------|-----|-------------|------|

A 2401 Rv 02/06    TRAFFIC PACKING LIST

Packing Slip

Page#: 1
Pack Slip# 11456



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX, 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**SCA**

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 4/21/07 | D036804 | 26924 OP | PREPAIDTL | 4,224.00 | 192 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036262 / USMERCH-184487-PNSNC 1035 | K | 5.000 | 4.800 |

C/I: 184487-PNSNC 1035

# CTNS 192   PCS/CTN. 25   TOTAL PIECES 4.800

```
J0p16v67h8.5v0s0b0T
.  ·    DO/BOL: 4172                         Date: 04/19/07   Page:  1 of  1
  Pro Number: TRUCK 5354
    Carrier: SCA (SANCHOTENA)  DELIVERING CARRIER INSTRUCTIONS:
                          DO NOT BREAK DOWN PALLETS.
                          DO NOT DOUBLE STACK
                    TOP LOAD ONLY - DO NOT REFRIGERATE
```

| Consignor | Consignee |
|---|---|
| **SCA Consumer Packaging, Inc.**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>SCA CONSUMER PACKAGING, INC., REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>9737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | SCA product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: [X]        Third Party: _____

| |Pkg|Pkg Type|Package Description References|NMFC|Weight(LB)|Rate|Order # Ref|Ln|Cust PO #|Pck Slip|
|---|---|---|---|---|---|---|---|---|---|---|
|1|165|CTNS|143255<br>11421|156600|3,742.40||I002586|1|26880 OP||
|2|240|CTNS|174633 V TECH NEW BO<br>11410|156600|5,410.00||I002578|1|26835 OP||
|3|24|CTNS|V TECH 6789<br>11411|156600|530.00||I002587|2|26881 OP||
|4|192|CTN|184487<br>11456|156600|4,624.00||D036804|1|26924 OP||

```
  # Packages: 621                        Total Charges:            0.00
Total Weight:    14,306.40 LBS
```

Carrier
Signature:

Date: 4/21/07          NINO

1

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DATE 04/21/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

DEKALB, IL          SPARTANBURG, SC
BRANFORD, CT        JUNCOS, PR
TIJUANA, MX         NOGALES, MX

27

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002578 | 26835 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 29.000 | 7.200 | 0.200 | 1,666.12000 | 11,996.06 |

```
              CI: 174633-PNSNC 6074 PHONE WB
           Item: 035351
    Description: USMERCH-VTECH NEW BOX SET
            U/M: K
   Date Shipped: 04/21/07
**  Packing Slip: 0
       **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA


MEMBER
PMMI

ISO 9001
Registered

| SALES AMOUNT | 11,996.06 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **11,996.06** |

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 13125
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

*28*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.150 | 4.950 | 13.600 | 1,585.00000 | 7,845.75 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 04/21/07
** Packing Slip: 0
** BOL #:



SCA

| | |
|---|---|
| SALES AMOUNT | 7,845.75 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **7,845.75** |



MEMBER
PMMI

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 13126
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*29*

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 15.500 | 0.720 | 13.040 | 1,585.00000 | 1,141.20 |

```
                 CI: 162991-VTECH 6789
               Item: 035429
        Description: USMERCHANTS-VTECH 6789
                U/M: K
       Date Shipped: 04/21/07
   **  Packing Slip: 0
         **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 1,141.20 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **1,141.20** |



MEMBER
PMMI
ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NUMBER I002586

PAGE 1
DATE 04/24/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

*30*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 22.150 | 10.800 | 2.800 | 1,585.00000 | 17,118.00 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 04/24/07
** Packing Slip: 11477
** BOL #: 4197

**REMIT TO:**
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


SCA

| | |
|---|---|
| SALES AMOUNT | 17,118.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **17,118.00** |


MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO. 0013167
PAGE 1
DATE 04/24/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

*31*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 44.900 | 7.920 | 36.980 | 1,585.00000 | 12,553.20 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 04/24/07
** Packing Slip: 11478
** BOL #: 4197

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| | |
|---|---|
| SALES AMOUNT | 12,553.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,553.20 |



MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip

Pack Slip #    11477    1



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 1/24/07 | I002586 | 26880 OP | PREPAIDTL | 7,401.60 | 360 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 034875A | K | 22.150 | 10.800 |
|  | USMERCH-143255 VTECH 6889/6896 4PK | | | |

C/I: 143255 VTECH 6889/6896 4PK

# CTNS  360   PCS/CTN  30   TOTAL PIECES  10,800

SCA 2401 Rev 02/06    ACCOUNTING COPY

Packing Slip



Pack Slip# 11478    1



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX 32550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 4/24/07 | 1002688 | 026883 OP | PREPAIDTL | 5,280.00 | 264 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 005359 | K | 44.900 | 7.920 |
|   | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

# CTNS  264    PCS/CTN.  30    TOTAL PIECES  7,920

SCA 2401 Rev. 08/98

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

```
UDp16.67h8.5vosoba
        DO/BOL: 4197                                   Date: 04/24/07   Page:  1 of  1
  Pro Number: SA5329
    Carrier: SANCHOTENA          DELIVERING CARRIER INSTRUCTIONS:
                                     DO NOT BREAK DOWN PALLETS.
                                       DO NOT DOUBLE STACK
                                 TOP LOAD ONLY - DO NOT REFRIGERATE
```

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

nvoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
SA5329

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: ___ X ___          Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 360 | CTN | 143255 | 156600 | 8,151.60 | | I002586 | 1 | 26880 OP | 11477 |
| 2 264 | CTN | 174932 | 156600 | 5,830.00 | | I002588 | 1 | 026883 OP | 11478 |

```
 # Packages: 624
Total Weight:   13,981.60                  Total Charges:          0.00
```

rrier
gnature:

    Date:    /    /

1

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is is to certify that the above named articles are property classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

ipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
ect on the date hereof, if this is a rail or a water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
oghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and so to each at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO 8413276
PAGE 1
DATE 04/26/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

DEKALB, IL          SPARTANBURG, SC
BRANFORD, CT        JUNCOS, PR
TIJUANA, MX         NOGALES, MX

*32*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 22.150 | 2.820 | 0.000 | 1,585.00000 | 4,469.70 |

```
              CI: 143255 VTECH 6889/6896 4PK
            Item: 034875A
     Description: USMERCH-143255 VTECH 6889/6896 4PK
             U/M: K
   Date Shipped: 04/26/07
   **  Packing Slip: 11535
       **  BOL #: 4209
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| SALES AMOUNT | 4,469.70 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **4,469.70** |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

PAGE 1
DATE 04/26/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

33

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 44.900 | 15.840 | 21.140 | 1,585.00000 | 25,106.40 |

```
           CI: 174932-RZ6053 SET
         Item: 035359
  Description: USMERCHANTS- 174932-RZ6053 SET
         U/M: K
Date Shipped: 04/26/07
** Packing Slip: 11536
   ** BOL #: 4209
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 25,106.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 25,106.40 |



MEMBER
PMMI USA

ISO 9001
Registered



Packing Slip
Pack Slip# 11536

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C. MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT: 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP. 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 1/26/07 | I002686 | 26880 QP | PREPAIDTL | 1,932.64 | 94 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | O34875A | K | 22,150 | 2,820 |
| | USMERCH-143255 VTECH 6889/6896 4PK | | | |
| | C/I: 143255 VTECH 6889/6896 4PK | | | |

# CTNS  94    PCS/CTN.  30    TOTAL PIECES  2820

SCA 2401 Rv 02/06                    ACCOUNTING COPY

Reprint Packing Slip
Pack Slip# 11636

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C. MX 22550
Tel 011-52-664-637-3521
Fax 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 840**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

```
Bill To: CO13116            Ship To: (9)
US MERCHANTS               US MERCHANTS
8737 WILSHIRE BLVD         3324 142 AVE EAST
BEVERLY HILLS CA 90211     STE C
USA                        SUMNER WA 98390
                           USA
```

Order Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 4/26/07 | 1002588 | 026883 OP | PREPAIDTL | 10,860.00 | 528 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035359 | K | 44.900 | 15.840 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

# CTNS  528   PCS/CTN  30   TOTAL PIECES  15,840

SCA 2401 Rv 02/06

ACCOUNTING COPY

U0p16.67h8.5v0s0b0T

DO/BOL: 4209                          Date: 04/26/07    Page: 1 of 1
Pro Number: JRS03
        Carrier: SANCHOTENA JRS03 **DELIVERING CARRIER INSTRUCTIONS:**
                            **DO NOT BREAK DOWN PALLETS.**
                               **DO NOT DOUBLE STACK**
                         **TOP LOAD ONLY - DO NOT REFRIGERATE**

---

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC.,  REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee

US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

---

nvoicee

JS MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
JSA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
JRS03

---

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____    Third Party: _____

| |Pkg| Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 94 | CTN | 143255 | 156600 | 1,932.64 | | I002586 | 1 | 26880 OP | 11535 |
| 2 | 528 | CTN | 174932 | 156600 | 10,560.00 | | I002588 | 1 | 026883 OP | 11536 |

---

  # Packages: 622                  |Total Charges:
Total Weight:   12,492.64 LBS      |                    0.00

---

rrier
gnature:

Date: 26 / 04 / 07                    MIKE

1

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
  agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official,  Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
he said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO. D036804
PAGE 1
DATE 04/30/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*34*

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036804 | 26924 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|-------------|--------------|-------------------|------------|----------------|
| 1 | 5.000 | 0.200 | 0.000 | 1,666.12000 | 333.22 |

CI: 184487-PNSNC 1035
Item: 036262
Description: USMERCH-184487-PNSNC 1035
U/M: K
Date Shipped: 04/28/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| | |
|---|---|
| SALES AMOUNT | 333.22 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 333.22 |



MEMBER
PMMI USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 60.000 | 8.640 | 51.360 | 1,578.00000 | 13,633.92 |

```
            CI: 184452-VTECH 5884 PHONE WB
          Item: 036094
   Description: USMERCH-184452 VTECH 5884 PHONE WB
           U/M: K
  Date Shipped: 04/28/07
**  Packing Slip: 0
      **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 13,633.92 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **13,633.92** |

MEMBER
PMMI
USA

ISO 9001
Registered





**SCA**

Page:    1
Pack Slip#    11552

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /28/07 | D036879 | 26876 OP | PREPAIDTL | 5,904.00 | 288 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036094 | K | 60.000 | 8,640 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

# CTNS  288    PCS/CTN.  30    TOTAL PIECES  8,640



Packing Slip

Page: 1

Pack Slip# 11563

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC, 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
1737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /28/07 | I002588 | 026883 OP | PREPAIDTL | 6,240.00 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 030556 | K | 44,900 | 9,360 |
|   | USMERCHANTS- 174932-RZ6063 SET | | | |

C/I: 174932-RZ6063 SET

# CTNS 312    PCS/CTN 30    TOTAL PIECES 9,360

JUP16.67h8.5v0gu6u1



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5230
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**SCA**

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /28/07 | D03680A | 26924 OP | PREPAIDTL | 176.00 | 8 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| | 035262 | K | 8.000 | 8.200 |
| | USMERCH-184487-PNSNC 1036 | | | |
| | C/I: 184487-PNSNC 1036 | | | |

# CTNS   8    PCS/CTN   25    TOTAL PIECES   200



Page: 1
Pack Slip# 11555

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

```
ill To: C013116                    Ship To: (9)
S MERCHANTS                        US MERCHANTS
737 WILSHIRE BLVD                  3324 142 AVE EAST
EVERLY HILLS CA 90211              STE C
SA                                 SUMNER WA 98390
                                   USA
```

der Contact: CHRIS GHIZONI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /28/07  | 1002878 | 26835 DP | PREPAIDTL | 122.76 | 6 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| i | 0353B1 | K | 29.000 | 0.180 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/T: 174633-PNSNC 6074 PHONE WB

| # CTNS | 6 | PCS/CTN. | 30 | TOTAL PIECES | 180 |

10p16.67h8.5v0s0b0T
DQ/BOL: 4218
Pro Number: SA5341                          Date: 04/28/07    Page: 1 of 1
Carrier: SANCHOTENA

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

---

nsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE**

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

---

voice
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

| Special Instructions
| SCA product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES
| SA5341

---

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid:  X        Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 288 | CTN | 184452 11552 | 156600 | 6,504.00 | | D036879 | 1 | 26876 OP | 11552 |
| 312 | CTN | 174932 11553 | 156600 | 6,890.00 | | I002588 | 1 | 026883 OP | 11553 |
| 8 | CTN | 184487 11554 | 156600 | 226.00 | | D036804 | 1 | 26924 OP | 11554 |
| 6 | CTN | 174633 11555 | 156600 | 122.76 | | I002578 | 1 | 26835 OP | 11555 |

# Packages: 614
otal Weight:    13,742.76

| Total Charges:              0.00

rier
nature:                    [signature: Sergio Silva]

Date:     /    /

1

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.
shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
e date hereof, (1) on its own or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

ED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications.