# EXHIBIT A - 5



INVOICE NO tiju 14306
PAGE 1
DATE 06/28/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002748 | 027785 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 13.165 | 3.600 | 0.205 | 1,666.12000 | 5,998.03 |

```
                    CI: 174633-PNSNC 6074 PHONE WB
                  Item: 035351
           Description: USMERCH-VTECH NEW BOX SET
                  U/M: K
          Date Shipped: 06/28/07
     **  Packing Slip: 12411
          **  BOL #: 4514
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 5,998.03 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 5,998.03 |



ISO 9001
Registered



INVOICE NO tiju 14307
PAGE 1
DATE 06/28/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

8 2

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL         Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 31.000 | 8.640 | 13.000 | 1,585.00000 | 13,694.40 |

```
            CI: 174932-RZ6053 SET
          Item: 035359
   Description: USMERCHANTS- 174932-RZ6053 SET
          U/M: K
  Date Shipped: 06/28/07
** Packing Slip: 12412
      ** BOL #: 4514
```



MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,694.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,694.40 |

# Tegrant

Packing Slip

Page: 1
Pack Slip# 12410

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pck Date | Order # | Cust PO | Ship Via | Weight | Pkge # |
|----------|---------|---------|----------|--------|--------|
| /28/07 | I002747 | 27784 OP | PREPAIDTL | 437.60 | 216 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035382A | K | 55.001 | 8.400 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

U0p16.67h8.5v0s0b0l



**Tegrant**

Packing Slip

Page:        1
Pack Slip#    12411

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /28/07 | 1002748 | 027786 OP | PREPAIDTL | 613.80 | 120 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035351 | K | 13.185 | 3.600 |
| | USMERCH-VTECH NEW BOX SET | | | |
| | C/I: 174633-PNSNC 6074 PHONE WB | | | |

U0p16.6/h8.5v0s0b0l



**Packing Slip**

Page:          1
Pack Slip#    12412

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| 7/28/07 | 1002760 | 27789 OP | PREPAIDTL | 6,000.00 | 288 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 085359 | K | 31.000 | 8.640 |
|  | USMERCHANTS- 174932-RZ6053 SET |  |  |  |

C/1: 174932-RZ6053 SET

TOTAL

BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

5v0s0b0T0U0p16,67h8.5v0s0b0T0U0p16.67h8.5v0s0b0T

K: 4514                 Date: 06/28/07    Page:  1 of 1

Pro    br: PICK UP # SA5322

Carrier: TEGRANT(SANCHOTE... DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>*Paseo Cucapah #5290*<br>*Parque Industrial El Lago*<br>*Tijuana, B.C., MX 22550*<br><br>*Tegrant Corporation, Alloyd Brands, REQUESTS A*<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| JS MERCHANTS<br>9737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLIES OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _X_____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 216 | CTN | 035382A | 156600 | 437.50 | | I002747 | 1 | 27784 OP | 12410 |
| | | | 176090--PNSNC | | | | | | | |
| 2 | 120 | CTNS | 035351 | 156600 | 613.80 | | I002748 | 1 | 027785 OP | 12411 |
| | | | VTECH | | | | | | | |
| 3 | 288 | CTNS | 035359 | 156600 | 6,000.00 | | I002750 | 1 | 27789 OP | 12412 |
| | | | 174932 | | | | | | | |

# Packages: 624                    Total Charges:        0.00
Total Weight:    7,051.30 LBS

rrier
gnature: *Cayetano Carrillo*

Date: *06/28/07*

ture boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

e is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ept. of transportation.

e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property:
greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set form (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
Tegrant Corporation

1


**Tegrant**

INVOICE NO tiju 14340
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*83*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL　　Spartanburg, SC
Branford, CT　　Juncos, PR
Tijuana, MX　　Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 31.000 | 10.080 | 2.920 | 1,585.00000 | 15,976.80 |

```
        CI: 174932-RZ6053 SET
      Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
      U/M: K
Date Shipped: 06/29/07
**  Packing Slip: 12445
      **  BOL #: 4540
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 15,976.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,976.80 |

00p16.67h8.5v0s0b01

Reprint Packing Slip
Page:        1
Pack Slip#    12445

# Tegrant

| | | | |
|---|---|---|---|
| **Tegrant Corporation** | *MAIN PLANT* | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| *Alloyd Brands* | *1401 Pleasant Street* | (t) 864-582-1000 | (t) 203-483-8305 |
| *Paseo Cucapah #5290* | *DeKalb, Illinois 60115* | (f) 864-582-5982 | (f) 203-483-5209 |
| *Parque Industrial El Lago* | (t) 815-756-8451 | | |
| *Tijuana, B.C., MX 22550* | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/29/07 | 1002750 | 27789 OP | PREPAIDTL | 600.00 | 335 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035359 | K | 31.000 | 10.080 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

JОр1ь.6/h8.5v05ф60]

Reprint PackiнgбIiр   1
Pack Slip#   12446

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /29/07 | 1002747 | 27784 OP | PREPAIDTL | 537.50 | 288 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 005382A | K | 56.601 | 7.200 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 4540                                    Date: 06/29/07    Page: 1 of 1
Pro Number: PICK UP # SA5353
Carrier: TEGRANT (SANCHOTE)

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands**, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |
| Invoicee<br>US MERCHANTS<br>737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Special Instructions<br>Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X        Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 336 | CTNS | 035359<br>174932-RZ6053 SET | 156600 | 600.00 | | I002750 | 1 | 27789 OP | 12445 |
| 288 | CTNS | 035382A<br>176090-PNSNC | 156600 | 537.50 | | I002747 | 1 | 27784 OP | 12446 |

\# Packages: 624
Total Weight:    1,137.50 LBS                    Total Charges:        0.00

Carrier
Signature:

Date: 29/06/07                    [signature] MEZA

- Where boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
- is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
- of all Transportation.
- shipment moves between two points by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
- where imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
- agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
- RD, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
- perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
- out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
- in the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
- rty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, and Western and Illinois Freight Classifications
- on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**

1



INVOICE NO tiju 14368    93
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 55.601 | 7.800 | 35.201 | 1,726.12000 | 13,463.74 |

```
            CI: 176090-PNSNC TG1034 XL
          Item: 035382A
   Description: USMERCH-176090-PNSNC TG1034 XL
           U/M: K
 Date Shipped: 07/02/07
**  Packing Slip:
       **  BOL #:
```



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,463.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |


**Tegrant**

INVOICE NO tiju 14369
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002748 | 027785 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 13.165 | 0.210 | 0.000 | 1,666.12000 | 349.89 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 07/02/07
** Packing Slip: 12490
** BOL #: 4546

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | | |
|---|---|---|
| SALES AMOUNT | | 349.89 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 349.89 |


MEMBER
PMMI
ISO 9001
Registered

**Tegrant**

Packing Slip

Page: 1
Pack Slip# 12487

Tegrant Corporation
Alloyd Brands
Pasco Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /02/07 | 1002750 | 27789 OP | PREPAIDTL | 1,920.00 | 96 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035359 | K | 31.000 | 2,880 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |
| | C/I: 174932-RZ6053 SET | | | |

U0p16.6788.5v0s0b01



Reprint Packing Slip
Page:          1
Pack Slip#     12488

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Ord Contact:  CHRIS GHIZONI

| K Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /02/07 | 1002747 | 27784 OP | PREPAIDTL | 5,460.00 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 3 | 035382A | K | 55.601 | 7.800 |
|  | USMERCH-176090-PNSNC LG1034 XL | | | |

C/1: 176090-PNSNC LG1034 XL

U0p16.6/18.5v0s0b0T

Packing Slip

Page:        1
Pack Slip#    12489


Tegrant

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /02/07 | 1002749 | 27788 OP | PREPAIDTL | 3,243.68 | 209 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036094 | K | 35.000 | 8.225 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

U0p16.67/h8.5v0s0b0T

Packing Slip

Page:          1

Pack Slip#      12490

# Tegrant

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /02/07  | 1002748 | 027785 OP | PREPAIDTL | 144.00 | 7 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035351 | K | 13.165 | 0.210 |
|   | USMERCH-VTECH NEW BOX SET | | | |

C/1: 174633-PNSNC 6074 PHONE WB

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 4546                        Date: 07/02/07    Page:  1 of 1
Pro Number: TRUCK # SA5355
    Carrier: TEGRANT (SANCHOTE DELIVERING CARRIER INSTRUCTIONS:
                                    DO NOT BREAK DOWN PALLETS.
                                    DO NOT DOUBLE STACK
                        TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
  Paseo Cucapah #5290
  Parque Industrial El Lago
  Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
    YOUR FREIGHT BILL AND OR INVOICE

Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

Invoicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____      Third Party: _____

| # Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 96 | CTNS | 035359 174932-RZ6053 SET | 156600 | 1,920.00 | | I002750 | 1 | 27789 OP | 12487 |
| 312 | CTNS | 035382A 176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12488 |
| 209 | CTNS | 036094 184452-VTECH | 156600 | 3,243.00 | | I002749 | 1 | 27788 OP | 12489 |
| 7 | CTNS | 035351 174633-PNSNC | 156600 | 144.00 | | I002748 | 1 | 027785 OP | 12490 |

# Packages: 624
otal Weight:   10,767.00 LBS         |Total Charges:         0.00

rier
nature:

Date: 2 / 7 / 07

tore boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
o certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
t. of transportation
Shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
rreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**

1



86

INVOICE NO tiju 14370
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation          Facilities
Alloyd Brands                DeKalb, IL        Spartanburg, SC
1401 Pleasant Street         Branford, CT      Juncos, PR
DeKalb, Illinois 60115       Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 35.000 | 5.225 | 29.775 | 1,578.00000 | 8,245.05 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 07/02/07
** Packing Slip: 12489
** BOL #: 4546

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 8,245.05 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,245.05 |



INVOICE NO tiju 14371
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*p7*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX


**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA


**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 31.000 | 2.880 | 0.040 | 1,585.00000 | 4,564.80 |

```
        CI: 174932-RZ6053 SET
      Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
       U/M: K
Date Shipped: 07/02/07
  **  Packing Slip: 12487
      **  BOL #: 4546
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 4,564.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 4,564.80 |


**Tegrant**

INVOICE NO tiju 14382
PAGE 1
DATE 07/03/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*84*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX


**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA


**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|-------------|--------------|-------------------|------------|----------------|
| 1 | 55.601 | 7.800 | 27.401 | 1,726.12000 | 13,463.74 |

```
           CI: 176090-PNSNC TG1034 XL
         Item: 035382A
  Description: USMERCH-176090-PNSNC TG1034 XL
          U/M: K
 Date Shipped: 07/03/07
  **  Packing Slip:
        **  BOL #:
```


MEMBER
PMMI
ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,463.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |


**Tegrant**

INVOICE NO tiju 14383   *8-9*
PAGE 1
DATE 07/03/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 35.000 | 7.800 | 21.975 | 1,578.00000 | 12,308.40 |

      CI: 184452-VTECH 5884 PHONE WB
      Item: 036094
  Description: USMERCH-184452 VTECH 5884 PHONE WB
      U/M: K
  Date Shipped: 07/03/07
** Packing Slip: 12500
    ** BOL #: 4554

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,308.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,308.40 |

MEMBER
PMMI
ISO 9001
Registered



Packing Slip

Page:        1
Pack Slip#    12499

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013I16
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/03/07 | I002747 | 27784 OP | PREPAIDTL | 5,460.00 | 312 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 55.601 | 7.800 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | |

TOTAL  1 om

Packing Slip

Page:            1
Pack Slip#      12500

**Tegrant**

Tegrant Corporation      MAIN PLANT           Spartanburg, SC. 29302    Branford, CT. 06405
Alloyd Brands            1401 Pleasant Street  (t) 864-582-1000         (t) 203-483-8305
Paseo Cucapah #5290      DeKalb, Illinois 60115 (f) 864-582-5982        (f) 203-483-5209
Parque Industrial El Lago (t) 815-756-8451
Tijuana, B.C., MX 22550  (f) 815-756-5187      Juncos, PR. 00777        Nogales, Sonora CP 84055
(t) 619-946-1240                               (t) 787-734-8382         (t) 011-52-631-320-0265
(f) 619-946-1243                               (f) 787-734-8386         (f) 011-52-631-320-0267

```
Bill To: C013116                Ship To: (9)
US MERCHANTS                    US MERCHANTS
8737 WILSHIRE BLVD              3324 142 AVE EAST
BEVERLY HILLS CA 90211          STE C
USA                             SUMNER WA 98390
                                USA
```

```
rder Contact:  CHRIS GHIZORI
```

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 7/03/07 | 1002749 | 27788 OP | PREPAIDTL | 4,842.24 | 312 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 036094 | K | 35.000 | 7.800 |

```
      USMERCH-184452 VTECH 5884 PHONE WB

   C/I: 184452-VTECH 5884 PHONE WB
```

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

```
UOP16.67u8.5VOSOb0T
          DO/BOL: 4554                    Date: 07/03/07   Page: 1 of 1
. Pro Number: PICK UP # SA5343
   Carrier: TEGRANT(SANCHOTEN DELIVERING CARRIER INSTRUCTIONS:
                        DO NOT BREAK DOWN PALLETS.
                        DO NOT DOUBLE STACK
                TOP LOAD ONLY - DO NOT REFRIGERATE
```

| Consignor | Consignee |
|---|---|
| *Tegrant Corporation, Alloyd Brands*<br>*Paseo Cucapah #5290*<br>*Parque Industrial El Lago*<br>*Tijuana, B.C., MX 22550*<br><br>*Tegrant Corporation, Alloyd Brands*, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ✗_____     Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 312 | CTNS | 035382A<br>176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12499 |
| 2 | 312 | CTNS | 036094<br>184452 VTECH 5884 | 156600 | 4,842.24 | | I002749 | 1 | 27788 OP | 12500 |

```
# Packages: 624                          Total Charges:        0.00
Total Weight:  10,302.24 LBS
```

Carrier
Signature:

Date: 03/03/07

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
to be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement The carrier may decline to make deliver
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
Tijuana, B.C., Mexico

1

PAGINA 1/1

## FACTURA DE EXPORTACION
## PRODUCTO TERMINADO



SCA

6941

| | | | |
|---|---|---|---|
| NO. FACTURA : | 6941 | EXPORTADOR : | SCA North America Packaging Division |
| FECHA : | 03/Jul/2007 | | S.A. de C.V.  Neptuno No. 1917 Col. Satelite |
| TIPO DE CAMBIO : | 10.7926 | | Cd. Juarez Chih., Mx. C.P. 32540 |
| NO. ENTRY : | | | |
| PEDIMENTO: | 3621-7013126 | R.F.C. : | SNA940420GH8 |
| CLAVE REGIMEN : | EXD   INCOTERM :   FCA | REGISTRO IMMEX : | 3401-2006 |
| DESTINO : | Pais Nafta | REG. PED. CONS. : | |
| CLIENTE : | SCA North America Packaging Division Intl Inc | DESTINATARIO : | US MERCHANTS |
| | 800 Fifth Ave. | | 3324 142 Ave. East |
| | New Brighton PA 15066 | | Suite C |
| | | | Summer WA 98390 |
| R.F.C. : | | R.F.C. : | |

TRANSP. : Juan Graciano Sancholena Medra  TRAILER : SA5343       B/L # :              CHOFER : Julio Mesa

COMENTARIOS                CAAT :  2513

APLICA PARA TODAS LAS PARTIDA(S) DEL PEDIMENTO LA REGLA 3.3.28
SEXTO PARRAFO INCISO B , RUBRO 3 (MERCANCIA ORIGINARIA NAFTA)
PLACAS CAJA:  4BV9061  / PLACAS TRACTOR: 9D97549

AGENTE :   Agencia Aduanal Jorge Diaz S.C.
BLVD. 3RA. OESTE No. 17505

FRACC. GARITA DE OTAY
R.F.C. :   AAJ-970121-EA2
CURP :

No. LISTAS INCLUIDAS :    6941

| DESCRIPCION DE LA MERCANCIA MERCHANDISE DESCRIPTION | PESO BRUTO GROSS WEIGHT Kgs. | CANTIDAD QUANTITY | U.M. U.M. | MAT. PRIMA RAW MATERIAL USD | VALOR AGREGADO VALUE ADDED USD | VALOR TOTAL TOTAL VALUE USD |
|---|---|---|---|---|---|---|
| 176090-PNSNC TG1034 XL | 2,122.848 | 7,800.000 | PZS | 8,008.02 | 5,455.72 | 13,463.74 |
| EMPAQUE MOLDEADO A BASE DE TERMOFORMADO | | | | | | |
| Pais Origen: MX, Fracción: 3923.90.99 | | | | | | |
| PO: 27784 OP | | | | | | |
| 184452-VTECH 5884 PHONE WB | 2,417.687 | 7,800.000 | PZS | 6,094.94 | 6,213.46 | 12,308.40 |
| EMPAQUE MOLDEADO A BASE DE TERMOFORMADO | | | | | | |
| Pais Origen: MX, Fracción: 3923.90.99 | | | | | | |
| PO: 27788OP | | | | | | |
| | 4,540.535 | 15,600.000 | | 14,102.96 | 11,669.18 | 25,772.14 |

TOTAL DE BULTOS

26 TARIMA

26 Bultos

03/07/02



INVOICE NO tiju 14424
PAGE 1
DATE 07/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*88*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL         Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 55.601 | 7.800 | 19.601 | 1,726.12000 | 13,463.74 |

```
            CI: 176090-PNSNC TG1034 XL
          Item: 035382A
   Description: USMERCH-176090-PNSNC TG1034 XL
           U/M: K
 Date Shipped: 07/05/07
** Packing Slip:
    ** BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 13,463.74 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |



ISO 9001


**Tegrant**

INVOICE NO tiju 14425
PAGE 1                    71
DATE 07/05/07
SALESMAN FILIPCHUK, GARET
INVOICE **REGULAR INVOICE**

Tegrant Corporation          Facilities
Alloyd Brands          DeKalb, IL       Spartanburg, SC
1401 Pleasant Street   Branford, CT     Juncos, PR
DeKalb, Illinois 60115 Tijuana, MX      Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 35.000 | 7.750 | 14.225 | 1,578.00000 | 12,229.50 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 07/05/07
** Packing Slip: 12547
** BOL #: 4566

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,229.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,229.50 |


MEMBER
PMMI

ISO 9001
Registered



INVOICE NO tiju 14426     92
PAGE 1
DATE 07/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*          Facilities
*Alloyd Brands*          DeKalb, IL          Spartanburg, SC
1401 Pleasant Street          Branford, CT          Juncos, PR
DeKalb, Illinois 60115          Tijuana, MX          Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 31.000 | 0.060 | 0.000 | 1,585.00000 | 95.10 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 07/05/07
** Packing Slip: 12551
** BOL #: 4566

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 95.10 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 95.10 |

MEMBER
PMMI
ISO 9001
Registered

Reprint Packing Slip

Page:        1
Pack Slip#    12550

# Tegrant

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /05/07 | 1002747 | 27784 OP | PREPAIDTL | 5,460.00 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 55.601 | 7.800 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL



Reprint Packing Slip
Page:         1
Pack Slip#    12547

**Tegrant**

| | | | |
|---|---|---|---|
| *Tegrant Corporation* | *MAIN PLANT* | *Spartanburg, SC. 29302* | *Branford, CT. 06405* |
| *Alloyd Brands* | *1401 Pleasant Street* | *(t) 864-582-1000* | *(t) 203-483-8305* |
| *Paseo Cucapah #5290* | *DeKalb, Illinois 60115* | *(f) 864-582-5982* | *(f) 203-483-5209* |
| *Parque Industrial El Lago* | *(t) 815-756-8451* | | |
| *Tijuana, B.C., MX 22550* | *(f) 815-756-5187* | *Juncos, PR. 00777* | *Nogales, Sonora CP 84055* |
| *(t) 619-946-1240* | | *(t) 787-734-8382* | *(t) 011-52-631-320-0265* |
| *(f) 619-946-1243* | | *(f) 787-734-8386* | *(f) 011-52-631-320-0267* |

ill To: C013116                      Ship To: (9)
S MERCHANTS                          US MERCHANTS
737 WILSHIRE BLVD                    3324 142 AVE EAST
EVERLY HILLS CA 90211                STE C
SA                                   SUMNER WA 98390
                                     USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /05/07 | I002749 | 27788 OP | PREPAIDTL | 4,811.20 | 310 |

| re/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| L | 036094 | K | 35.000 | 7.750 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |
| | C/I: 184452-VTECH 5884 PHONE WB | | | |

U0p16.6488.5v0s0b01

**Packing Slip**

Page:         1

Pack Slip#    12551

# Tegrant

| | | | |
|---|---|---|---|
| **Tegrant Corporation**<br>**Alloyd Brands**<br>Pasco Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br>(t) 619-946-1240<br>(f) 619-946-1243 | **MAIN PLANT**<br>1401 Pleasant Street<br>DeKalb, Illinois 60115<br>(t) 815-756-8451<br>(f) 815-756-5187 | Spartanburg, SC. 29302<br>(t) 864-582-1000<br>(f) 864-582-5982<br><br>Juncos, PR. 00777<br>(t) 787-734-8382<br>(f) 787-734-8386 | Branford, CT. 06405<br>(t) 203-483-8305<br>(f) 203-483-5209<br><br>Nogales, Sonora CP 84055<br>(t) 011-52-631-320-0265<br>(f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:   CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /05/07 | I002760 | 27789 OP | PREPAIDTL | 40,000.00 | 2 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035369 | K | 31.000 | 0.060 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |
| | C/I: 174932-RZ6053 SET | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Uep 16.67h8.5v0s0b0T

OO/BOL:.4566                           Date: 07/05/07    Page:  1 of 1

Pro Number: PICK UP # SA5319
Carrier: TEGRANT( SANCHOTENDELIVERING CARRIER INSTRUCTIONS:
                              DO NOT BREAK DOWN PALLETS.
                              DO NOT DOUBLE STACK
                    TOP LOAD ONLY - DO NOT REFRIGERATE

| onsignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550 | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |
| *Tegrant Corporation, Alloyd Brands*, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | |

| nvoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>9737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid:  X            Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 312 | CTNS | 035382A<br>176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12550 |
| 310 | CTNS | 036094<br>184452 VTECH 5884 | 156600 | 4,811.20 | | I002749 | 1 | 27788 OP | 12547 |
| 2 | CTNS | 035359<br>174932-RZ6053 SET | 156600 | 40.00 | | I002750 | 1 | 27789 OP | 12551 |

# Packages: 624                          | Total Charges:            0.00
otal Weight:    10,311.20 LBS

rier
nature:  *Omar Sanchez*
         *Sanchotena*

Date:  5 / 7 / 07

1

fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ot. of Transportation.

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
  reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

it is, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
rly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
  on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
*Alloyd Brands*

INVOICE NO tiju 14459
PAGE 1
DATE 07/06/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

90

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 55.601 | 7.800 | 11.801 | 1,726.12000 | 13,463.74 |

```
          CI: 176090-PNSNC TG1034 XL
        Item: 035382A
 Description: USMERCH-176090-PNSNC TG1034 XL
         U/M: K
Date Shipped: 07/06/07
**  Packing Slip:
    **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,463.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |

MEMBER
PMMI

ISO 9001
Registered

INVOICE NO tiju 14460
PAGE 1
DATE 07/06/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*Tegrant Corporation*
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 35.000 | 7.800 | 6.425 | 1,578.00000 | 12,308.40 |

        CI: 184452-VTECH 5884 PHONE WB
      Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
      U/M: K
Date Shipped: 07/06/07
 **   Packing Slip: 12569
      **  BOL #: 4576

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,308.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,308.40 |



MEMBER

ISO 9001



Page: 1
Pack Slip#    12568

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/06/07 | I002747 | 27784 UP | PREPAIDTL | 5,460.00 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035382A | K | 55.601 | 7.800 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

ON HAND : 7,800

I22578                          710          95    TOTAL  7,800



Page:     1
Pack Slip#     12569

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/06/07 | 1002749 | 27788 OP | PREPAIDTL | 4,842.24 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 35.000 | 7.800 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

SUOp16.67h8.SV060b0T

-QO/BOL: 4576                                    Date: 07/05/07    Page: 1 of 1
- Pro Number: PICK UP .. SA 5322
  Carrier: TEGRANT (SANCHOTEC)    DELIVERING CARRIER INSTRUCTIONS:
                                  DO NOT BREAK DOWN PALLETS.
                                  DO NOT DOUBLE STACK
                                  TOP LOAD ONLY - DO NOT REFRIGERATE

| .onsignor | |Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>*Paseo Cucapah #5290*<br>*Parque Industrial El Lago*<br>*Tijuana, B.C., MX 22550* | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

**Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE**

| nvoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

reight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: _____        Third Party: _____

| N | Pkg | Pkg<br>Type | Package Description<br>References | NMFC | Weight(LB) | Rate | Order #<br>Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 312 | CTNS | 035382A<br>176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12568 |
| 2 | 312 | CTNS | 036094<br>184452 VTECH 5884 | 156600 | 4,842.24 | | I002749 | 1 | 27788 OP | 12569 |

# Packages: 624                          |Total Charges:              0.00
Total Weight:    10,302.24 LBS

rrier
gnature:

Date: 06 /07/07  *Ernesto B.*

1

he fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.

the shipment moves between two ports by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
hippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
E: – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
rghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

For Freight Collect Shipments: If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement. The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands

 **Tegrant**

INVOICE NO tiju 14491
PAGE 1                    *95*
DATE 07/09/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**                Facilities
*Alloyd Brands*          DeKalb, IL        Spartanburg, SC
1401 Pleasant Street     Branford, CT      Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX       Nogales, MX

 **BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 55.601 | 9.200 | 2.601 | 1,726.12000 | 15,880.30 |

        CI: 176090-PNSNC TG1034 XL
      Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
      U/M: K
Date Shipped: 07/09/07
  **  Packing Slip: 12612
      **  BOL #: 4586

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 15,880.30 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,880.30 |



**Tegrant**

INVOICE NO tiju 14492    *96*
PAGE 1
DATE 07/09/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation         Facilities
Alloyd Brands          DeKalb, IL        Spartanburg, SC
1401 Pleasant Street   Branford, CT      Juncos, PR
DeKalb, Illinois 60115 Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 35.000 | 6.175 | 0.250 | 1,578.00000 | 9,744.15 |

```
            CI: 184452-VTECH 5884 PHONE WB
          Item: 036094
   Description: USMERCH-184452 VTECH 5884 PHONE WB
          U/M: K
  Date Shipped: 07/09/07
 **   Packing Slip: 12611
       **  BOL #: 4586
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 9,744.15 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 9,744.15 |



MEMBER
PMMI

ISO 9001



Packing Slip

Page: 1
Pack Slip# 12611

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 7/09/07 | I002749 | 27788 OP | PREPAID1L | 3,833.49 | 247 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 36.000 | 6.175 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

TOTAL

Packing Slip

Page: 1
Pack Slip# 12612



**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

```
Bill To: C013116                Ship To: (9)
US MERCHANTS                    US MERCHANTS
8737 WILSHIRE BLVD              3324 142 AVE EAST
BEVERLY HILLS CA 90211          STE C
USA                             SUMNER WA 98390
                                USA
```

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/09/07 | I002747 | 27784 OP | PREPAID IL | 6,440.00 | 368 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035382A | K | 55.601 | 9.200 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | |

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

000p15.67h8.5v0s0b0T

· 00/BOL: 4586                                    Date: 07/09/07    Page: 1 of 1
Pro Number: PICK UP # TA 7173    DELIVERING CARRIER INSTRUCTIONS:
Carrier: TEGRANT (EST)              DO NOT BREAK DOWN PALLETS.
                                              DO NOT DOUBLE STACK
                                   TOP LOAD ONLY - DO NOT REFRIGERATE

---

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands**, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |
| Invoicee<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Special Instructions<br>Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: [X]    Third Party: _____

---

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 247 | CTNS | 036094<br>184452 VTECH PHONE | 156600 | 3,833.49 | | I002749 | 1 | 27788 UP | 12611 |
| 2 368 | CTNS | 035382A<br>176090-PNSNC | 156600 | 6,440.00 | | I002747 | 1 | 27784 UP | 12612 |

# Packages: 615                                  Total Charges:        0.00
Total Weight:    10,273.49 LBS

---

Carrier

Signature:

Date: 9/7/7

*Fevacydo Noos*



the fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

For Freight Collect Shipments: If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**

# SCA Consumer Packaging, Inc.

DEKALB, IL.
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5597951
PAGE 1
DATE 03/23/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*97*

**B I L L  T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036280 | 26476 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 36.650 | 14.080 | 16.170 | 1,343.00000 | 18,909.44 |

```
        CI: 176102-PNSNC TG3032 PHONE WB
      Item: 035380
Description: USMERCH-PNSNC TG3032
       U/M: K
Date Shipped: 03/23/07
 ** Packing Slip: 90540
    ** BOL #: 68551
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



**SCA**

| | |
|---|---|
| SALES AMOUNT | 18,909.44 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,909.44 |



MEMBER
PMMI



ISO 9001
Registered

Packing Slip

Page:　　　　1
Pack Slip#　　90540



## SCA

SCA Consumer Packaging, Inc.
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/23/07 | D036280 | 26476 | Freight Exch-P | 6,301.00 | 352 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 | K | 36.650 | 14.080 |
| | USMERCH-PNSNC TG3032 | | | |

C/I: 176102-PNSNC TG3032 PHONE WB

U69
22@16

262

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DO/BOL: 6855    Date: 03/23/07    Page: 1 of 1

Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor
**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
1324 142 AVE EAST
STE C
SUMNER WA 98390
USA

**SCA CONSUMER PACKAGING, INC., REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*SCA PAYS Frt*

Special Instructions
SCA product to be top load only
Do not stack in transit

Freight Charge Terms: (Freight charges are collect unless marked otherwise)
Prepaid: ✓    Third Party:

| # | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|---|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 1 | 352 | CTNS | 035380 | | 6,301.00 | | 00036790 | 76476 |

# Packages: 352    Total Charges:    0.00
Total Weight: 6,301.00

Carrier
Signature

Date: 3/23/07   HDR

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

This shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
DeKalb, Illinois

# SCA Consumer Packaging, Inc.



DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dckb 5598031
PAGE 1
DATE 03/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

| B I L L T O | C013116<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | S H I P T O | 9<br>US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036280 | 26476 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 36.650 | 16.200 | 0.000 | 1,343.00000 | 21,756.60 |

CI: 176102-PNSNC TG3032 PHONE WB
Item: 035380
Description: USMERCH-PNSNC TG3032
U/M: K
Date Shipped: 03/27/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 21,756.60 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,756.60 |



MEMBER
PMMI

ISO 9001
Registered

Packing Slip



## SCA

Page:         1
Pack Slip#    90563

SCA Consumer Packaging, Inc.
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/26/07 | D036280 | 26476 | Freight Exch-P | 7,371.00 | 405 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 USMERCH-PNSNC TG3032 | K | 36.650 | 16.200 |

C/I: 176102-PNSNC TG3032 PHONE WB

THIS MEMORANDUM     is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor
a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Notice
K. MERCHANTS
9301 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
SCA product to be top load only.
Do not stack in transit.

Freight Charge Terms (Freight charges
are collected unless marked otherwise)
Prepaid:          Third Party:

| Pkg | Pkg Type | Package Description / References | NMFC | Weight (LB) | Rate | Order # / Ref | Customer PO # |
|-----|----------|--------------------------------|------|-------------|------|---------------|----------------|
| 405 | CTN | 035986 | | 7,371.00 | | 0035786 | 26426 |

# Packages: 405
Total Weight:     7,371.00          Total Charges:          $0.00

Signature:  *(signature)*

Date: 3 / 27 / 07

4

fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Veh, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
...rly classified below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
...that this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
...on the route to said destination, It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
...y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
...t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
...t hereby certifies that he is familiar with all the terms and conditions of the said bill of lading...

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

_____
Signature of Consignor
SCA Consumer Packaging, Inc.

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5598074
PAGE 1
DATE 03/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 30.000 | 16.640 | 13.360 | 1,343.00000 | 22,347.52 |

```
        CI: 175134 VTECH RZ6043 PHONE WB
      Item: 035365
Description: USMERCH-175134 VTECH RZ6043 SET
       U/M: K
Date Shipped: 03/29/07
**  Packing Slip: 90714
    **  BOL #: 68619
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |

MEMBER
PMMI
ISO 9001
Registered

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

**SCA Consumer Packaging, Inc.**
1401 Pleasant St , DeKalb, Illinois 60115

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

SCA PAYS
FRT.

Special Instructions
SCA product to be top load only.
do not stack in transit.

Freight Charge Terms (Freight charges
Collect unless marked otherwise)
prepaid:          Third Party:

| Pkgs | Pkg Type | Package Description / Reference | NMFC | Weight (lb) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 416 | CTN | | | 7,664.00 | | 0036363R6 | |

B Packages: 416
Total Weight: 7,664.00

Total Charges:    0.00

Name: _____
Date: 3 / 19 / 07

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
DeKalb, Illinois

4

# SCA Consumer Packaging, Inc.

PAGE 1
DATE 03/29/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

*100*

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| | | | | 0.00 | | NET 75 |
| D036380 | 26570 | | | | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 30.000 | 5.120 | 8.240 | 1,343.00000 | 6,876.16 |

```
            CI: 175134 VTECH RZ6043 PHONE WB
          Item: 035365
   Description: USMERCH-175134 VTECH RZ6043 SET
          U/M: K
  Date Shipped: 03/29/07
 **  Packing Slip: 0
      **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



ISO 9001
Registered

| SALES AMOUNT | 6,876.16 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,876.16 |

Pack Slip# 90622



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

**SCA**

Bill To: C013118
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/28/07 | D036380 | 26570 | Freight Exch-P | 4,550.00 | 250 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 2 | 035363 | K | 10.000 | 10.000 |

USMERCH-175118 VTECH 5865 MED SET

C/I: 175118 VTECH 5865 PHONE WB

# CTNS 250   PCS/CTN 40   TOTAL PIECES 10,000

Page:
Pack Slip#    90692



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/28/07 | D036380 | 26570 | Freight Exch-P | 2,800.00  2365 | 150  128 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035365 | K | 30.000 | 5400  5120 |
|   | USMERCH-175134 VTECH RZ6043 SET | | | |

C/I: 175134 VTECH RZ6043 PHONE WB

U71
K 8e16

# CTNS __128__    PCS/CTN __40__    TOTAL PIECES __5120__

THIS MEMORANDUM

a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

US MERCHANTS
1724 142 AVE EAST
STE C
SUMNER WA 98390
USA

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

*SCA pays freight*

MERCHANTS
290 WILSHIRE BLVD
BEVERLY HILLS CA 90211
CA
EFP GREEN

Special Instructions
SCA product to be top load only
Do not stack in transit

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X        Third Party:

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 1  250 | CTNS | 035363 | | 4,550.00 | | 0035380 | 26570 |
| 2  160  *128* | CTNS | 035366 | | 2,880.00  *2355* | | 0035380 | 26570 |

# Packages: 410 *378*

Total Charges:    0.00

Total Weight:  *6905#*

Carrier Signature:

Date: 03/08/07

4

fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Transportation.

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood about this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said ty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. per hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
DeKalb, Illinois