# EXHIBIT A - 6

# SCA Consumer Packaging, Inc.

PAGE 1
DATE 03/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

DEKALB, IL    SPARTANBURG, SC
BRANFORD, CT    JUNCOS, PR
TIJUANA, MX    NOGALES, MX

*10 1*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS  CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
|        |             |      |     | 0.00   |          | NET 75 |
| D036380 | 26570 | | | | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 2 | 10.000 | 10.000 | 0.000 | 1,343.00000 | 13,430.00 |

```
           CI: 175118 VTECH 5865 PHONE WB
         Item: 035363
  Description: USMERCH-175118 VTECH 5865 MED SET
         U/M: K
 Date Shipped: 03/29/07
** Packing Slip: 0
      **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 13,430.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,430.00 |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO deKD 5596196
PAGE 1
DATE 03/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*102*

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 30.000 | 8.240 | 0.000 | 1,343.00000 | 11,066.32 |

CI: 175134 VTECH RZ6043 PHONE WB
Item: 035365
Description: USMERCH-175134 VTECH RZ6043 SET
U/M: K
Date Shipped: 03/30/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





ISO 9001
Registered

| SALES AMOUNT | 11,066.32 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,066.32 |

Packing Slip



Page:          1
Pack Slip#    90753



## SCA

**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/30/07 | D036522 | 26695 OP | Freight Exch-P | 3,494.00 | 192 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 | K | 7,680 | 7,680 |
|   | USMERCH-PNSNC TG3032 | | | |

C/I: 176102-PNSNC TG3032 PHONE WB

U72 K 18016

#CTNS  192    PCS/CTN 40    TOTAL PIECES 7686

Reprint Packing Slip

Page:        1
Pack Slip#    90715


SCA

SCA Consumer Packaging, Inc.
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/29/07 | D036380 | 26570 | Freight Exch-P | ~~3,282.00~~ 390# | ~~174~~ 206 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035365 USMERCH-175134 VTECH RZ6043 SET | K | 30.000 | ~~6.000~~ 8,240 |

C/I: 175134 VTECH RZ6043 PHONE WB

U71
K  12@16
     1@14

206        40   TOTAL  8240

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

onsignor

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
95 MERCHANTS
3374 14TH AVE EAST
STE 1
SUMMER GA 30040
USA

voicee
95 MERCHANTS
3737 WILSHIRE BLVD
EVERY HILLS CA 90211
5A
EFF GREEN

*Signant Corp*
*Allapbard*
*(Munby S.A)*
*Paysfreight*

Special Instructions
SCA product is to be top load only
Do not stack in transit.

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
spaid:   X        Third Party:

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|------|------|------|------|------|------|
| 1 | 192 | CTNS | 635380 | | 3,494.00 | | 0036520 | 26695 OP |
| 2 | 206 | CTNS | 635365 | | 3,790.00 | | 0036380 | 26570 |

B Packages: 398
otal Weight   7,284.00          Total Charges:          0.00

rie:
nature:
Date: 3 /29/07

4

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of ot. or Transportation

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
s shipments in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

/ED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
herby described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ur this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, it on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
DeKalb, Illinois

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5598201
PAGE 1
DATE 03/30/07    *10 Z*
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036522 | 26695 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 7.650 | 7.680 | 0.000 | 1,343.00000 | 10,314.24 |

```
            CI: 176102-PNSNC TG3032 PHONE WB
          Item: 035380
   Description: USMERCH-PNSNC TG3032
          U/M: K
  Date Shipped: 03/30/07
** Packing Slip: 90753
       ** BOL #: 68644
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 10,314.24 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **10,314.24** |


**Tegrant**

INVOICE NO dekb 5598821
PAGE 1
DATE 04/19/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*10⁴*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036688 | 26834 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 23.000 | 6.360 | 0.000 | 1,343.00000 | 8,541.48 |

```
          CI: 176102-PNSNC TG3032 PHONE WB
        Item: 035380
 Description: USMERCH-PNSNC TG3032
        U/M: K
Date Shipped: 04/19/07
**  Packing Slip:
    ** BOL #:
```

| | |
|---|---|
| SALES AMOUNT | 8,541.48 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,541.48 |

MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip



## SCA

**Page:**
Pack Slip#    9137

**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: CQ13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|----------|---|--------|--------|
| 04/19/07 | D036688 | 26834 OP | Freight Exch-P | | 2,321.00 | 159 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 USMERCH-PNSNC TG3032 | K | 23.000 | 6.360 |

C/I: 176102-PNSNC TG3032 PHONE WB

9 @ 16
1 @ 15

# CTNS 159    PCS/CTN 40    TOTAL PIECES 6360

THIS MEMORANDUM    is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor:

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee:
DPI MERCHANTS
1424 FIR AVE EAST
STE C
SUMNER WA 98390
USA

Invoice
TEGRANT CORP.
ALLOYD BRANDS (FORMERLY SCA)
1401 PLEASANT ST
DEKALB IL 60115
USA

Special Instructions
SCA product to be top load only
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| # | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | Lnl Cost PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|-----------|------|---------------|---------------|----------|
| 1 | 169 | CTNS | 005380 | | 2,321.00 | | 0036688 | 1/20854 MP | 01377 |

# Packages: 169
Total Weight:    2,321.00        Total Charges:    0.00

Prior
Reference:

Date:    /    /

These boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
DeKalb, Illinois

# SCA Consumer Packaging, Inc.

INVOICE NO dekb 5598837
PAGE 1
DATE 04/19/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX



*105*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036688 | 26834 OP | | | 0.00 | | NET 75 |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 23.000 | 16.640 | 0.000 | 1,343.00000 | 22,347.52 |

```
              CI: 176102-PNSNC TG3032 PHONE WB
            Item: 035380
     Description: USMERCH-PNSNC TG3032
            U/M: K
    Date Shipped: 04/19/07
 **  Packing Slip: 91376
        **  BOL #: 68892
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 22,347.52 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |


MEMBER

ISO 9001
Registered


**Tegrant**

PAGE 1
DATE 05/09/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 42.425 | 16.640 | 25.785 | 1,343.00000 | 22,347.52 |

CI: 176102-PNSNC 3032
Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
U/M: K
Date Shipped: 05/09/07
** Packing Slip: 92005
** BOL #: 69172

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |

ISO 9001
Registered

Packing Slip



Page:
Pack Slip#    9200

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/09/07 | D037102 | 27162 OP | Freight Exch-P | 7,280.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 42.425 | 16.640 |
| | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

078
26@16

# CTNS  416    PCS/CTN  40    TOTAL PIECES  16,610

EG 9315 Rv 04/07
ACCOUNTING COPY

a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BO/BOL: 00172                     Date: 05/09/07    Page: 1 of 1

PRO Number:

Carrier: FREIGHT EXCHANGE   DELIVERING CARRIER INSTRUCTIONS:
                            DO NOT BREAK DOWN PALLETS.
                            DO NOT DOUBLE STACK
                            TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor:

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee:
US MERCHANTS
7324 142 AVE EAST
STE C
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*Tegrant/Alloyd pays freight.*

Special Instruction:
Alloyd product to be top load only.
Do not stack in transit

Freight Charge Terms: (Freight charges
are collect unless marked otherwise):
Prepaid:          Third Party:

| # | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | In | Cust PO # | Pck Slip |
|---|-----|----------|--------------------------------|------|------------|------|---------------|-----|-----------|----------|
| 1 | 416 | CTNS | WAS5,380A | | 7,280.00 | | 0037102 | 1 | 77167 QB | 57906 |

8 Packages 416
Total Weight:     7,280.00          Total Charges:        0.00

Driver
Signature    KLC
              K. EAKINSKI
Date:  05/09/07

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

* the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

† property imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

‡ — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below; which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

4

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement. The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois


**Tegrant**

INVOICE NO dekb 5599564
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*107*

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037052 | 27036 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 12.800 | 27.200 | 1,343.00000 | 17,190.40 |

CI: 185244-VTECH 6768 PHONE
Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 92090
** BOL #: 69215

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| SALES AMOUNT | 17,190.40 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 17,190.40 |



INVOICE NO dekb 5599565
PAGE 1
DATE 05/11/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*108*

*Tegrant Corporation*
*Alloyd Brands*                    Facilities
1401 Pleasant Street    DeKalb, IL      Spartanburg, SC
DeKalb, Illinois 60115    Branford, CT    Juncos, PR
                          Tijuana, MX     Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 42.425 | 3.360 | 22.425 | 1,343.00000 | 4,512.48 |

```
          CI: 176102-PNSNC 3032
        Item: 035380A
 Description: USMERCH-176102-PNSNC TG3032
        U/M: K
Date Shipped: 05/11/07
** Packing Slip: 0
      ** BOL #:
```



**ISO 9001**
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 4,512.48 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,512.48 |

Packing Slip

Page:
Pack Slip#    9201


**Tegrant**

Tegrant Corporation          Spartanburg, SC 29302    Juncos, PR. 00777      Tijuana, B.C., MX 22550
Alloyd Brands                (t) 864-582-1000         (t) 787-734-8382       (t) 619-946-1240
MAIN PLANT                   (f) 864-582-5982         (f) 787-734-8386       (f) 619-946-1243
1401 Pleasant Street
DeKalb, Illinois 60115       Branford, CT. 06405                             Nogales, Sonora CP 84055
(t) 815-756-8451             (t) 203-483-8305                                (t) 011-52-631-320-0265
(f) 815-756-5187             (f) 203-483-5209                                (f) 011-52-631-320-0267

Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/10/07 | D037102 | 27162 OP | PREPAIDTL | 1,470.00 | 84 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A<br>USMERCH-176102-PNSNC T63032 | K | 42.425 | 3.360 |
|   | C/I: 176102-PNSNC 3032 |  |  |  |

5e16
1e4

# CTNS ___84___   PCS/CTN. ___40___   TOTAL PIECES ___3360___

TEG 9315 Rv 04/07

ACCOUNTING COPY



Packing Slip

Page:
Pack Slip#    9209

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/11/07 | D037052 | 27036 OP | Freight Exch-P | 0.00 | 320 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036330 | K | 40.000 | 12.800 |
|   | USMERCH-185244-VTECH 6768 PHONE | | | |
|   | C/I: 185244-VTECH 6768 PHONE | | | |

U75
20814

| # CTNS | PCS/CTN. | TOTAL PIECES |
|--------|----------|--------------|
| 320 | 40 | 12,800 |

TEG 9315 Rv 04/07

ACCOUNTING COPY

BO/BOL: 64219
Pro Number:                                    Date: 05/11/07    Page: 1 of 1
Carrier: FREIGHT EXCHANGE    DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
3624 142 AVE EAST
STE C
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE**

Invoicee          *TEGRANT ALLOYD BRANDS*
US MERCHANTS      *PAYS FRT*
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
B/F GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

*MUST
DELIVER MON. 5/14/07*

Freight Charge Terms (Freight charges
re collect unless marked otherwise)
repaid: __X__         Third Party:

| # | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Cnf | Cel Cust PO # | Pck Slip |
|---|-----|----------|------------------------------|------|------------|------|-------------|---------------|----------|
| 1 | 320 | CTNS | 036330 | | 3,850.00 | 0037002 | 1270.4 00 | | 3,000 |
| 2 | 84 | CTNS | 035800A | | 1,470.00 | 0037002 | 12/362 01 | | 2001 |

# Packages: 404
Total Weight:    5,320.00          Total Charges:      00.00

Here
signature

*Vladimir Oska.*

4

ie fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
ippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
greed: o declared value of the property is hereby specifically stated by the shipper to be not exceeding
GIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
roperly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ser hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deli
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
Alloyd Brands
DeKalb, Illinois

**Tegrant**

INVOICE NO dekb 5599618
PAGE 1
DATE 05/14/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

109

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037052 | 27036 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 16.160 | 11.040 | 1,343.00000 | 21,702.88 |

CI: 185244-VTECH 6768 PHONE
Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
U/M: K
Date Shipped: 05/14/07
** Packing Slip: 0
** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 21,702.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **21,702.88** |

MEMBER
PMMI
USA

ISO 9001
Registered



Packing Slip

Page:          1
Pack Slip# 92134

**Tegrant Corporation**
**Alloyd Brands**
*MAIN PLANT*
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/14/07 | D037052 | 27036 OP | Freight Exch-P | 7,363.00 | 416  409 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036330 USMERCH-185244-VTECH 6768 PHONE | K | 40.000 | 16,642  16,160 PCS |

C/I: 185244-VTECH 6768 PHONE

U75
K 11616
1C4

U76
14C14

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

*Tegrant Corporation, Alloyd Brands*
1401 Pleasant St., DeKalb, Illinois 60115

*Tegrant Corporation, Alloyd Brands*, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoice
TEGRANT-ALLOYD BRANDS
1401 PLEASANT ST
DEKALB IL 60115

Consignee
BF BED NASH
3374 ELY AVE EAST
STE C
SUMNER WA 98390
USA

Special Instructions
Alloyd product to be top load only
Do not stack in transit.

Freight Charge Terms (Freight charges
are collect unless marked otherwise)
Prepaid:          Third Party:

| Pkg | Pkg Type | Package Description Reference | NMFC | Weight(lb) | Rate | Order # Ref | Ln | Cusr Po # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 404 CTNS | 036330 | | 7,363.00 | | D037062 | 1 | 27036 GT | 60134 |

# Packages: 404
Total Weight: 7,363.00

Total Charges:

Shipper
Signature:

Date: 05.14.07

4

Where boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*
DeKalb, Illinois


**Tegrant**

INVOICE NO dekb 5599671
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

//o

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037052 | 27036 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 11.040 | 0.000 | 1,343.00000 | 14,826.72 |

          CI: 185244-VTECH 6768 PHONE
        Item: 036330
 Description: USMERCH-185244-VTECH 6768 PHONE
        U/M: K
Date Shipped: 05/15/07
** Packing Slip: 92158
      ** BOL #: 69267


MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 14,826.72 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 14,826.72 |

Packing Slip

69267



Page:      1
Pack Slip#   92158

**Tegrant**

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/15/07 | D037052 | 27036 OP | Freight Exch-P | 4,830.00 | 276 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036330 | K | 40.000 | 11.040 |
|   | USMERCH-185244-VTECH 6768 PHONE | | | |
|   | C/I: 185244-VTECH 6768 PHONE | | | |

# CTNS  276   PCS/CTN.  40   TOTAL PIECES  11,040

Packing Slip



Page: 3
Pack Slip# 92170

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs. # |
|-----------|---------|---------|----------|--------|---------|
| 05/15/07 | D037102 | 27162 OP | PREPAIDTL | 5 ~~0.00~~ 12 2240 | ~~0~~ 128 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A<br>USMERCH-176102-PNSNC TG3032<br><br>C/I: 176102-PNSNC 3032 | K | 42.425 | ~~0.000~~ 5120 |

U77

8@16 = 128

# CTNS  128    PCS/CTN  40    TOTAL PIECES  5120

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignee:

*Tegrant Corporation, Alloyd Brands*
1401 Pleasant St., DeKalb, Illinois 60115

Consignee:
US MERCHANTS

SUMNER WA 98340
USA

*Tegrant Corporation, Alloyd Brands*, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

INVOICE: *TEGRANT ALLOYD BRANDS*
US MERCHANTS                *PAYS FRT.*
8757 WILSHIRE BLVD
BEVERLY HILLS CA

Special Instruction:
Alloyd product to be top load only.
Do not stack or double.

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: _____   Third Party: _____

| # Pkg | Pkg Type | Package Description / Reference | NMFC | Weight(LB) | Hazd | Order # Ref | Int | Cust PO # | Pck Size |
|-------|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 276 | CTNS | 035330 | | 4,830.00 | | D037052 | 1 | 273456 DP | 9015B |
| 2 128 | CTNS | 035330A | | 2240 | | D037107 | 1 | 273162 UP | |

# Packages: 404
Total Weight: 7070

Total Charges:

aried:
gnature: 77

Date:

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

e agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

CEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another rier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said perty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*
*DeKalb, Illinois*



4



INVOICE NO dekb 5599673
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL         Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX

///



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037102 | 27162 OP |  |  | 0.00 |  | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 42.425 | 5.120 | 17.305 | 1,343.00000 | 6,876.16 |

```
           CI: 176102-PNSNC 3032
         Item: 035380A
  Description: USMERCH-176102-PNSNC TG3032
         U/M: K
Date Shipped: 05/15/07
```



MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 6,876.16 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,876.16 |



INVOICE NO dekb 5599733
PAGE 1
DATE 05/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

112

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 42.425 | 17.280 | 0.000 | 1,343.00000 | 23,207.04 |

```
                CI:  176102-PNSNC 3032
              Item:  035380A
       Description:  USMERCH-176102-PNSNC TG3032
              U/M:  K
      Date Shipped:  05/17/07
**    Packing Slip:
       **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 23,207.04 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 23,207.04 |



MEMBER

ISO 9001
Registered

Packing Slip



Page:        1
Pack Slip#    92254

Tegrant Corporation    Spartanburg, SC. 29302    Juncos, PR. 00777    Tijuana, B.C., MX 22550
Alloyd Brands          (t) 864-582-1000           (t) 787-734-8382     (t) 619-946-1240
MAIN PLANT             (f) 864-582-5982           (f) 787-734-8386     (f) 619-946-1243
1401 Pleasant Street
DeKalb, Illinois 60115   Branford, CT. 06405                           Nogales, Sonora CP 84055
(t) 815-756-8451        (t) 203-483-8305                               (t) 011-52-631-320-0265
(f) 815-756-5187        (f) 203-483-5209                               (f) 011-52-631-320-0267


Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA


Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/17/07 | D037102 | 27162 OP | Freight Exch-P | 7,603.00 | 432 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 42.425 | 22.400 |
|   | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

OT K 16e16 11e16

17,280

432    46    TOTAL 22.400

# CTNS_____    PCS/CTN._____    PIECES_____

**THIS MEMORANDUM** is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BOL/B01: 60250                                    Date: 05/17/07    Page    of

Pro Number:

Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

**Tegrant Corporation, Alloyd Brands, REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Consignee
US MERCHANTS
3874 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoice
US MERCHANTS
8730 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*[handwritten: A part Alloyd brand pays freight]*

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| # Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | Ln | Cust PO # | Pck Slip |
|-------|----------|----------------------------------|------|------------|------|----------------|-----|-----------|----------|
| 1 | 432 | CTN3 | 035300A | | 7,603.00 | | 0007107 | 1 | 2718A GR | 9224 |

# Packages: 432
Total Weight:    7,603.00

Total Charges    0.00

Carrier
Signature:
Date:    /    /

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
Agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
**Tegrant Corporation**
Alloyd Brands
DeKalb, Illinois

## Guida Bryon

| | |
|---|---|
| **From:** | Anderson Angela |
| **Sent:** | Thursday, May 17, 2007 10:24 PM |
| **To:** | Sellers John; Renehan Theresa |
| **Cc:** | Combs Paula; Erickson Brad; Guida Bryon; Butzke Joy |
| **Subject:** | Incorrect Packing Slip |

US Merchants
Sales Order # D037102 Line 1 – Die # 35380A

Packing Slip Shows 432 ctns @ 40 ppc. = 22,400 Packing Slip # 92254

Should be 432 @ 40 = 17,280



**Tegrant**

INVOICE NO dekb 5599902
PAGE 1
DATE 05/23/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

115



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036737 | 26882 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 3.000 | 3.000 | 0.000 | 1,343.00000 | 4,029.00 |

```
          CI: 175134 VTECH RZ6043 PHONE WB
        Item: 035365
 Description: USMERCH-175134 VTECH RZ6043 SET
        U/M: K
Date Shipped: 05/23/07
**  Packing Slip:
        **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
QTY

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 4,029.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,029.00 |



Packing Slip

Page: 1
Pack Slip# 92406

**Tegrant**

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE. C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/23/07 | D036737 | 26882 OP | SERVICE BY AI-P | 1,298.00 | 75 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035365 | K | 3.000 | 3.000 |
| | USMERCH-175134 VTECH RZ6043 SET | | | |

C/I: 175134 VTECH RZ6043 PHONE WB

074 D 4el
1e11

# CTNS    75    PCS/CTN    40    TOTAL    3000
PIECES

Service By Air

## SERVICE BY AIR
### WORLDWIDE AIR/GROUND NETWORK

Corporate Headquarters
Directory Information
Domestic / International
800-243-5545
P/U Date: 23-May-07

| SERVICE BY AIR TRACKING NUMBER | | |
| --- | --- | --- |
| W194183 | | |
| ORIGIN | TRANSFER | DEST. |
| ORD | | |

| CUSTOMER NUMBER | SHIPPER | CUSTOMER NUMBER | RECEIVER |
| --- | --- | --- | --- |
| 93649 | SCA CONSUMER PACKAGING | | US MERCHANTS |

| STREET ADDRESS | STREET ADDRESS |
| --- | --- |
| 1401 PLEASANT ST | 3324 142 AVE. EAST,  SUITE C |

| CITY, STATE AND ZIP CODE | CITY, STATE AND ZIP CODE |
| --- | --- |
| DEKALB, IL 60115 | SUMNER, WA 98390 |

| PRINT NAME / DEPT | PRINT NAME / DEPT |
| --- | --- |
| THERESA RENEHAN | CHRIS GHIZORI |

| TEL | REFERENCE # | TEL | Reference # |
| --- | --- | --- | --- |
| 8157568451 | D36737 | 253-863-7711 | 26882 OP |

BILL TO:

☑ SHIPPER  ☐ RECEIVER  ☐ 3RD PARTY

DECLARED VALUE:  ☐ YES  ☑ NO  VALUE: $0.00

AUTHORIZATION #          DECLARED VALUE CHARGE

| BILLING TO | COMPANY SCA CONSUMER PACKAGING | VIP / SPECIAL | |
| --- | --- | --- | --- |
| CUSTOMER NUMBER 93649 | STREET ADDRESS 1401 PLEASANT ST | NEXT DAY | |
| | | 2ND DAY | X |
| CITY, STATE AND ZIP CODE DEKALB, IL 60115 | | ECONOMY | |
| NAME / DEPARTMENT | TELEPHONE NUMBER          REFERENCE NUMBER | NEXT DAY AM | |

| PIECES | DESCRIPTION | WEIGHT | DIMENSIONS LENGTH  WIDTH  HEIGHT | INTERNATIONAL  ☐ PRIORITY  ☐ STANDARD | |
| --- | --- | --- | --- | --- | --- |
| 75 | PLASTIC ARTICLES | 1298 | Dims - .  See Page 2 | Shippers C.O.D. Indicate Amount | $0.00 |
| | | | | C.O.D. FEE / FCCOD | |
| | | | | TOTAL CHARGES | |

### SPECIAL INSTRUCTIONS
PLEASE DELIVER BY NOON ON 5/25 UNLESS OTHER ARRANGEMENTS MADE   READY: NOW CLOSE: 6PM
REQ. DELIVERY DATE: 05/25/07
CONTROLLED BY: 93649 - SCA CONSUMER PACKAGING  1401 PLEASANT ST, DEKALB, IL  60115

The USPPI hereby authorizes the above named forwarder to act as forwarding agent for export control and customs purposes and forward this shipment in accordance with the conditions of carriage and the tariffs of the carriers employed. Shipper agrees and acknowledges that SBA will determine the method of transportation, routing, and choice of agent(s) to provide service requested. When shipment is transported by air, shipper must be in full compliance with all SBA and Transportation Security Administration (TSA) requirements. Our Limited Liability is $0.50 per pound unless excess value is declared and applicable charges paid. Service By Air, Inc. / SBA Consolidators, Inc. Corporate Headquarters 1-800-243-5545.

CONDITIONS OF CONTRACT AVAILABLE AT http://www.servicebyair.com          Shipper Signature: X _Renehan_

| RECEIVED BY SBA DRIVER/AGENT | ☐ KNOWN SHIPPER  ☐ UNKNOWN SHIPPER | 1st personal ID reviewed: |
| --- | --- | --- |
| ☐ Known Shipper  ☐ UnKnown Shipper | AS employee or authorized representative (driver/agent) must request request valid form(s) of ID from each individual tendering freight for transport. | appearing on ID: 24528106378 8 |
| DRIVER SIGNATURE X | Valid ID: 1) A photo ID issued by a government authority. 2) 2 other forms of ID, at least one of which must be issued by a government authority. | Matched photo on ID?  ☐ YES  ☐ NO |
| PRINT NAME X Kong Zi | | 2nd personal ID reviewed: |
| DATE 5/23/07  TIME: 14:40 | | appearing on ID: |
| Non Negotiable Airbill   1 - Shipper Copy | | Matched photo on ID?  ☐ YES  ☐ NO |


**Tegrant**

INVOICE NO dekb 5600167
PAGE 1
DATE 05/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*114*

Tegrant Corporation
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX


**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 54.360 | 16.640 | 37.720 | 1,343.00000 | 22,347.52 |

CI: 176102-PNSNC 3032
Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
U/M: K
Date Shipped: 05/30/07
** Packing Slip: 92632
** BOL #: 69425

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

MEMBER
PMMI
USA

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |


**Tegrant**

INVOICE NO dekb 5600197
PAGE 1
DATE 05/31/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

/15

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 54.360 | 16.280 | 21.440 | 1,343.00000 | 21,864.04 |

```
          CI: 176102-PNSNC 3032
        Item: 035380A
 Description: USMERCH-176102-PNSNC TG3032
         U/M: K
Date Shipped: 05/31/07
**  Packing Slip: 92654
     **  BOL #: 69450
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| SALES AMOUNT | 21,864.04 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,864.04 |

MEMBER
PMMI
USA

Packing Slip

Page:        1
Pack Slip# 92654

**Tegrant**

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/31/07 | D037409 | 27412 OP | Freight Exch-P | 7,163.00 | 407 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 54.360 | 16.280 |
|   | USMERCH-176102-PNSNC TG3032 | | | |
|   | C/I: 176102-PNSNC 3032 | | | |

U79
9Xc6

U80
16 16c6
1c7

# CTNS____  407    40   PCS/CTN.  TOTAL PIECES  16280

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

**DELIVERING CARRIER INSTRUCTIONS:**
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee:
US MERCHANTS
9320 147 AVE EAST
STE A
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands**, REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE

Notify:
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
e collect unless marked otherwise)
Prepaid:____  Collect:____  Third Party:____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Req | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 407 | CTNS | 0353000A | | 7,163.00 | | 0087409 | 1 | 27412 OP | 92654 |

# Packages: 407
Total Weight:      7,163.00

Total Charges:           0.00

Signature: _Brian L. Taylor_ Gordon 6515

Date: 5/31/07

4

The boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

I certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Where the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
Alloyd Brands
DeKalb, Illinois



**Tegrant**

INVOICE NO dekb 5601003
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 54.360 | 16.640 | 0.000 | 1,343.00000 | 22,347.52 |

```
             CI: 176102-PNSNC 3032
           Item: 035380A
    Description: USMERCH-176102-PNSNC TG3032
            U/M: K
   Date Shipped: 06/29/07
 **  Packing Slip:
       **  BOL #:
```

invoice #5600365 shipped 6/6/07 with
wrong quantity.  Should have billed
16,640 parts and only billed 4,000.

Customer requested new billing with
corrected quantity

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **22,347.52** |

MEMBER
PMMI
ISO 9001
Registered



Reprint Packing Slip

Page:          1
Pack Slip# 92841

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-9382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/07/07 | D037409 | 27412 OP | Freight Exch-P | 7,488.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 54.360 | 4.000 |
|   | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

# CTNS          PCS/CTN          TOTAL PIECES    4000

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 69515

Pro Number:

Date: 06/06/07     Page: 1 of 1

Carrier: FREIGHT EXCHANGE DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

Tegrant Corporation, Alloyd Brands
1401 Pleasant St., DeKalb, Illinois 60115

Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoice
TEGRANT CORP
ALLOYD BRANDS
1401 PLEASANT ST
DEKALB IL 60115
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____     Third Party: _____

| LN | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|----|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 416 | CTNS | 035380A | | 7,488.00 | | D037409 | 1 | 27412 OP | 92841 |

\# Packages: 416

Total Weight:    7,488.00

Total Charges:                 0.00

Carrier
Signature:

Date:      /    /

† The items listed on this shipment conform to the specifications set forth in the box maker's certificate thereof, and all other requirements of Rule 41, of the Consolidated Freight Classification.

† This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier or shipper weight."

† Shippers imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois

1


**Tegrant**

INVOICE NO dekb 5601023
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation     Facilities
Alloyd Brands       DeKalb, IL     Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX    Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 61.000 | 16.640 | 44.360 | 1,343.00000 | 22,347.52 |

       CI: 185244-VTECH 6768 PHONE
    Item: 036330
    Description: USMERCH-185244-VTECH 6768 PHONE
       U/M: K
   Date Shipped: 06/26/07
**   Packing Slip:
     ** BOL #:

MEMBER
PMMI
USA
ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |

# THE MERCHANT OF TENNIS

8737 Wilshire Blvd. • Beverly Hills CA 90211
(310) 228-4000    Fax (310) 652-9905

## Purchase Order

| | |
|---|---|
| Page No.: | 1 of 1 |
| Purchase Order: | 27791 OP |
| Date: | 6/21/2007 |
| Branch/Plant: | 200 |
| Ordered Date: | 6/19/2007 |
| Requested Date: | 6/27/2007 |
| Freight: | . |

**Sold To:**
Tegrant Corporation
Alloyd Brands
21035 Network Place
Chicago IL 60673-1210

**Ship To:**
Washington Warehouse
3324 142nd Avenue East, Ste C
Summer WA 98390

| Line No./Rev | | Item Number | Description | Ordered | U/OM | Unit Price | UOM | Extended Price | Request Date | Order No. | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.000 | 0 | 185244 | Pla: VTech 6768 Phone WB | 61,000 | EA | 1.3430 | EA | 81,923.00 | 6/27/2007 | 00002565 | OR |
| | | | | | | Sub Total: | | 81,923.00 | | | |

Authorized By: Justin Butler

JUN 2 1 2007

Purchasing Manager
(310) 228-4000 Ext. 1041

RERUN
Project Coordinator: Emily Wong
Size: Custom medium
Gauge: 24 RPET

| | |
|---|---|
| Terms: | Net 75 Days |
| Tax Rate: | *NA* |

| | |
|---|---|
| Sales Tax: | .00 |
| Order Total: | 81,923.00 |

☞ **IMPORTANT!**
Purchase Order number must appear on all packing slips, packages and invoices.
Shipments and prices must conform to Qty ordered.



**Tegrant**

INVOICE NO dekb 5601085
PAGE 1
DATE U6/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

*11ß*



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 61.000 | 16.640 | 27.720 | 1,343.00000 | 22,347.52 |

```
           CI: 185244-VTECH 6768 PHONE
         Item: 036330
  Description: USMERCH-185244-VTECH 6768 PHONE
         U/M: K
 Date Shipped: 06/27/07
**  Packing Slip:
     **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **22,347.52** |

MEMBER
PMMI
USA

ISO 9001
Registered

Page:
Pack Slip#    9348:



Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 06/27/07 | D037764 | 27791 OP | Freight Exch-P | 7,322.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036330 | K | 61.000 | 16.640 |
|  | USMERCH-185244-VTECH 6768 PHONE |  |  |  |

C/I: 185244-VTECH 6768 PHONE

26@16

# CTNS  416   PCS/CTN   40   TOTAL PIECES  16,640

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

SO/BOL: 89772                          Date: 06/27/07    Page: 1 of 1

Pro Number:

Carrier: FREIGHT EXCHANGE  DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor:

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee:
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoice
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X          Third Party:

| N | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|--------------------------------|------|-----------|------|-------------|----|-----------|----------|
| 1 | 416 | CTNS | 036330 | | 7,322.00 | | 0037764 | 1 | 27791 0P | 9348 |

# Packages: 416
Total Weight: 7,322.00

Total Charges:            0.00

Carrier
Signature:

Date:

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, (If this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
**Tegrant Corporation**
Alloyd Brands
DeKalb, Illinois