# EXHIBIT A - 7

**Tegrant**

INVOICE NO dekb 5601174
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*/. 9*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 61.000 | 11.560 | 16.160 | 1,343.00000 | 15,525.08 |

```
         CI: 185244-VTECH 6768 PHONE
       Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
        U/M: K
Date Shipped: 06/29/07
  **  Packing Slip:
        **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 15,525.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,525.08 |



Page:
Pack Slip#    9354

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/28/07 | D037409 | 27412 OP | Freight Exch-P | 2,100.00 | 120 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A<br>USMERCH-176102-PNSNC TG3032 | K | 54.360 | 4.800 |

C/I: 176102-PNSNC 3032

invoice #5600365 shipped 6/6/07 with
wrong quantity.  Should have billed
16,640 parts and only billed 4,000.

Customer requested new billing with
corrected quantity

# CTNS  120     PCS/CTN.  40     TOTAL PIECES  480

Page:
Pack Slip# 9357:


**Tegrant**

| | | | |
|---|---|---|---|
| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

```
Bill To: C013116                Ship To: (9)
US MERCHANTS                    US MERCHANTS
8737 WILSHIRE BLVD              3324 142 AVE EAST
BEVERLY HILLS CA 90211          STE C
USA                             SUMNER WA 98390
                                USA
```

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 06/29/07 | D037764 | 27791 OP | Freight Exch-P | 5,173.00 | 289 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036330 | K | 61.000 | ~~7,728~~ 11,560 |
| | USMERCH-185244-VTECH 6768 PHONE | | | |

C/I: 185244-VTECH 6768 PHONE

U82  5e16
     1 e 4

U84  6e16
     1 @ 12

U83  6 e16

# CTNS _289_    PCS/CTN _40_    TOTAL PIECES _11,560_

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DO/BOL: 69806,    Date: 06/29/07    Page: 1 of 1

Pro Number:

Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMMER WA 98390
USA

Invoicee    Request paperwork(1) yet
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid:_____    Third Party:_____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|----------|
| 1 | 120 | CTNS | 035380A | | 2,100.00 | | D037409 | 1 | 27412 OP | 93541 |
| 2 | 289 | CTNS | 036330 | | 5,173.00 | | D037764 | 1 | 27791 OP | 93573 |

# Packages: 409
Total Weight: 7,273.00

Total Charges:    0.00

Carrier
signature:

Date: 6/29/07

4

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
ippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
DeKalb, Illinois



INVOICE NO dekb 5601193
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL         Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 54.360 | 4.800 | 0.000 | 1,343.00000 | 6,446.40 |

```
                CI: 176102-PNSNC 3032
              Item: 035380A
       Description: USMERCH-176102-PNSNC TG3032
              U/M: K
      Date Shipped: 06/29/07
  **   Packing Slip: 93541
      **   BOL #: 69806
```

invoice #5600365 shipped 6/6/07 with
wrong quantity.  Should have billed
16,640 parts and only billed 4,000.

Customer requested new billing with
corrected quantity

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 6,446.40 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,446.40 |

MEMBER
PMMI
USA

ISO 9001
Registered



INVOICE NO dckb 5601204
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

*121*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 61.000 | 16.160 | 0.000 | 1,343.00000 | 21,702.88 |

```
            CI: 185244-VTECH 6768 PHONE
          Item: 036330
   Description: USMERCH-185244-VTECH 6768 PHONE
          U/M: K
  Date Shipped: 06/29/07
**  Packing Slip: 93571
      ** BOL #: 69807
```



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 21,702.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,702.88 |

Packing Slip

Page: 1
Pack Slip# 93571

**Tegrant**

| | | | |
|---|---|---|---|
| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

```
Bill To: C013116                  Ship To: (9)
US MERCHANTS                      US MERCHANTS
8737 WILSHIRE BLVD                3324 142 AVE EAST
BEVERLY HILLS CA 90211            STE C
USA                              SUMNER WA 98390
                                  USA
```

```
Order Contact:  CHRIS GHIZORI
```

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 06/29/07 | D037764 | 27791 OP | Freight Exch-P | 7,030.00 | 404 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036330 | K | 61.000 | 16,160 |
| | USMERCH-185244-VTECH 6768 PHONE | | | |
| | C/I: 185244-VTECH 6768 PHONE | | | |

U83
25e16
K   1e4

# CTNS  404    PCS/CTN  40    TOTAL PIECES  16,160

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DO/BOL: 69807
Pkg Number:                                    Date: 06/29/07    Page: 1 of 1
Carrier FREIGHT EXCHANGE    DELIVERING CARRIER INSTRUCTIONS:
                    DO NOT BREAK DOWN PALLETS.
                    DO NOT DOUBLE STACK
                    TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor                          Consignee
**Tegrant Corporation, Alloyd Brands**        US MERCHANTS
1401 Pleasant St., DeKalb, Illinois 60115       3324 142 AVE EAST
                              STE C
                              SUMNER WA 98190
**Tegrant Corporation, Alloyd Brands**, REQUESTS A       USA
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoicee        *Tegart par-freight*
S MERCHANTS
737 WILSHIRE BLVD                  Special Instructions
BEVERLY HILLS CA 90211               Alloyd product to be top load only.
SA                          Do not stack in transit.
FF GREEN

Freight Charge Terms: (Freight charges
e collect unless marked otherwise)
paid: _____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 404 | CTNS | 036330 | | 7,030.00 | | 0037764 | 1 | 27791 OP | 93571 |

# Packages: 404
otal Weight:    7,030.00              Total Charges:    0.00

ier
ature:

Date: 6 29 07

ntire boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
t. of transportation.
s shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
e hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
*DeKalb, Illinois*

4

 **Tegrant**

INVOICE NO dekb 5601477
PAGE 1
DATE 07/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**B I L L  T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

 **S H I P  T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037765 | 27787 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 46.287 | 16.640 | 29.647 | 1,343.00000 | 22,347.52 |

```
           CI: 176102-PNSNC 3032
         Item: 035380A
  Description: USMERCH-176102-PNSNC TG3032
         U/M: K
Date Shipped: 07/11/07
**  Packing Slip: 93864
  **  BOL #: 69928
```

MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **22,347.52** |



Packing Slip

Page: 1
Pack Slip# 93864

**Tegrant**

| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C.; MX 22550 |
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

```
Bill To: CO13116          Ship To: (9)
US MERCHANTS              US MERCHANTS
8737 WILSHIRE BLVD        3324 142 AVE EAST
BEVERLY HILLS CA 90211    STE C
USA                       SUMNER WA 98390
                          USA
```

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 07/10/07 | D037765 | 27787 OP | Freight Exch-P | 7,238.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | Q35380A | K | 46.287 | 16.640 |
| | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

U85

D & G12F 26@16

# CTNS 416     PCS/CTN 40     TOTAL PIECES 16,640

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DOT/BOL: 63928

Pro Number:

Carrier: FREIGHT EXCHANGE

Date: 07/11/07    Page: 1 of 1

### DELIVERING CARRIER INSTRUCTIONS:
### DO NOT BREAK DOWN PALLETS.
### DO NOT DOUBLE STACK
### TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands**, REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges are collect unless marked otherwise)
Prepaid:                Third Party:

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 416 CTNS | 035360A | | 7,238.00 | | D037765 | 1 | 27787 OP | 93864 |

# Packages: 416
Total Weight:    7,238.00

Total Charges:                0.00

Carrier Signature:

Date:  7/11/07

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

Where the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

4

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois


Tegrant

INVOICE NO dekb 5601515
PAGE 1
DATE 07/12/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*123*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037765 | 27787 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 46.287 | 16.120 | 13.527 | 1,343.00000 | 21,649.16 |

```
           CI: 176102-PNSNC 3032
         Item: 035380A
  Description: USMERCH-176102-PNSNC TG3032
         U/M: K
Date Shipped: 07/12/07
  **  Packing Slip: 93871
       **  BOL #: 69929
```


MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 21,649.16 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **21,649.16** |

Packing Slip

Page:
Pack Slip#    9387



**Tegrant Corporation**
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 07/11/07 | D037765 | 27787 OP | Freight Exch-P | 7,012.00 | 403 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 46.287 | 16.120 |
|   | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

U86
15@16

U85
10@16
1@3

# CTNS 463    PCS/CTN 40    TOTAL PIECES 16,120

THIS MEMORANDUM  is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor
PRO/BOL: 69929  a copy or duplicate, covering the property named herein, and is intended solely for filing or record.
B/L Number:  Date: 07/11/07　　Page:　1 of 1
Carrier: FREIGHT EXCHANGE

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____　　Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|------------|------|-------------|----|-----------|----------|
| 1 | 403 | CTNS | 035380A | | 7,012.00 | | 0037765 | 1 | 27787 GP | 93871 |

# Packages: 403
Total Weight:　7,012.00

Total Charges:　　0.00

Prior
Signature: _____

Date:　/　/

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41. of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said party, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is be delivered to the consignee without recourse the consignor, the consignor shall sign the follow statement: The carrier may decline to make deliv of this shipment without payment of freight and other lawful charges.

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*
*DeKalb, Illinois*


**Tegrant**

INVOICE NO dekb 5601528
PAGE 1
DATE 07/12/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

*12 ✓*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037765 | 27787 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 46.287 | 13.560 | 0.000 | 1,343.00000 | 18,211.08 |

    CI: 176102-PNSNC 3032
    Item: 035380A
    Description: USMERCH-176102-PNSNC TG3032
    U/M: K
    Date Shipped: 07/12/07
**  Packing Slip: 93923
    ** BOL #: 69954

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 18,211.08 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,211.08 |

MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip    69954

Page:
Pack Slip#    9392

**Tegrant**

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 07/12/07 | D037765 | 27787 OP | PREPAIDTL | 5,865.00 | 339 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 46.287 | 13.560 |
|   | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

K- 2/e16
1e3

# CTNS  339  PCS/CTN  40  TOTAL PIECES  13560

THIS MEMORANDUM   is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor
                   a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DO/BOL: 65954                                              Date: 07/12/07    Page:   1 of  1
Pro Number:
Carrier: FRT EXCHANGE

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor                                    | Consignee
                                             | US MERCHANTS
  **Tegrant Corporation, Alloyd Brands**     | 3824 142 AVE EAST
  1401 Pleasant St., DeKalb, Illinois 60115  | STE E
                                             | SUMNER WA 98390
                                             | USA
  **Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoice                                      | Special Instructions
US MERCHANTS          TEGRANT ALLOYD BRANDS  | Alloyd product to be top load only.
3737 WILSHIRE BLVD         PAY FRT           | Do not stack in transit.
BEVERLY HILLS CA 90211                       |
USA                                          |
JEFF GREEN                                   |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid:              Third Party:

| Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | In | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|-----------|------|--------------|-----|-----------|----------|
| 1 | 339 | CTNS | 035380A | | 5,865.00 | | 0037765 | 1 | 27787 OP | 93923 |

# Packages: 339                          | Total Charges:              0.00
Total Weight:     5,865.00

Carrier
Signature:                  ~~signature~~

Date:        /      /

4

The fibre boxes used for this shipment conform to the specifications set forth in the box makers' certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
t. Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
t properly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
roughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
rrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
operty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
Alloyd Brands
DeKalb, Illinois



INVOICE NO Iiju 14882
PAGE 1
DATE 07/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

/25

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 35.000 | 0.225 | 0.025 | 1,578.00000 | 355.05 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 07/30/07
** Packing Slip: 12993
** BOL #: 4694



MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 355.05 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 355.05 |

Packing Slip
Page:          1
Pack Slip#    12993


Tegrant

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t)619-946-1240
(f)619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t)815-756-8451
(f)815-756-5187

Spartanburg, SC. 29302
(t)864-582-1000
(f)864-582-5982

Juncos, PR. 00777
(t)787-734-8382
(f)787-734-8386

Branford, CT. 06405
(t)203-483-8305
(f)203-483-5209

Nogales, Sonora CP 84055
(t)011-52-631-320-0265
(f)011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:   CHRIS GHIZORI

| Ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| /30/07 | I002749 | 27788 OP | PREPAIDTL | 139.68 | 9 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 35.000 | 0.226 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

# CTNS   9    PCS/CTN.   25    TOTAL PIECES   225

Packing Slip

Page:          1

Pack Slip#    12994

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  DOUG FARRELL

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| /30/07 | 1002817 | 28171 OP | | 264.00 | 12 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036262 | K | 0.300 | 0.300 |
| | USMERCH-PNSNC 1035 | | | |

C/I: 184487-PNSNC 1035

# CTNS   12      PCS/CTN   35      TOTAL PIECES   300



**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t)619-946-1240
(f)619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t)815-756-8451
(f)815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t)203-483-8305
(f)203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

```
Bill To: C013116              Ship To: (9)
US MERCHANTS                  US MERCHANTS
3737 WILSHIRE BLVD            3324 142 AVE EAST
BEVERLY HILLS CA 90211        STE C
USA                           SUMNER WA 98390
                              USA
```

Order Contact:  CHRIS GHIZORI

| Ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/30/07 | I002747 | 27784 OP | PREPAIDTL | 1,640.00 | 96 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 2 | 035382A | K | 2,601 | 2,400 |
|  | USMERCH-176090-PNSNC TG1034 XL |  |  |  |
|  | C/1: 176090-PNSNC TG1034 XL |  |  |  |



# CTNS  96          PCS/CTN  25          TOTAL PIECES  2,400

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Ship's YHS.SVOSOOOT
DC/BOL: 4694
Pro Number: PICK UP # 234632
Carrier: TEGRANT ( EST)

Date: 07/30/07    Page:  1 of  1

**DELIVERING CARRIER INSTRUCTIONS:**
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

**Consignor**

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

6 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ____ ✓ ____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|----------|
| 1 | 9 | CTNS | 036094 184452 VTECH 5848 | 156600 | 139.68 | I002749 | 1 | 27788 OP | 12993 |
| 2 | 12 | CTNS | 036262 PNSC 1035 | 156600 | 264.00 | I002817 | 1 | 28171 OP | 12994 |
| 3 | 96 | CTNS | 036382A 176090-PNSC TG1034 X | 156600 | 1,640.00 | I002747 | 2 | 27784 OP | 12995 |

# Packages: 117
Total Weight:    2,043.68 LBS

Total Charges:    0.00

Carrier
Signature:

Date: 7-30-07    RAFAEL    Avila

1

The boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
To certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of pt. of Transportation.
This shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
to certify that the contract as remaining any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
Tijuana, B.C., Mexico



INVOICE NO tiju 14887
PAGE 1
DATE 07/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

126

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



**B I L L  T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002817 | 28171 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 0.300 | 0.300 | 0.000 | 1,666.12000 | 499.84 |

```
            CI: 184487-PNSNC 1035
          Item: 036262
   Description: USMERCH-PNSNC 1035
           U/M: K
  Date Shipped: 07/30/07
** Packing Slip: 12994
   ** BOL #: 4694
```

REVISED QUANTITY DUE TO CUSTOMER REQUEST
FOR US TO SHIP OUT THE PARTS WE HAVE IN
INVENTORY vs SETTING UP THE TOOL AGAIN
AND RUNNING ANY MORE PARTS.
NS 7/30/07

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 499.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 499.84 |



**Tegrant**

INVOICE NO tiju 14889
PAGE 1
DATE 07/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

127

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP |  |  | 0.00 |  | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 2 | 2.601 | 2.400 | 0.201 | 1,726.12000 | 4,142.69 |

```
              CI: 176090-PNSNC TG1034 XL
            Item: 035382A
     Description: USMERCH-176090-PNSNC TG1034 XL
            U/M: K
   Date Shipped: 07/30/07
** Packing Slip: 12995
       **  BOL #: 4694
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 4,142.69 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID |  |
| **TOTAL** | **4,142.69** |


Tegrant

INVOICE NO tiju 15082
PAGE 1
DATE 08/10/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

*128*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002824 | 028228 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 14.000 | 12.540 | 1.460 | 1,585.00000 | 19,875.90 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 08/10/07
** Packing Slip: 13191
** BOL #: 4742

MEMBER
PMMI

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 19,875.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **19,875.90** |



**Tegrant**

| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
|---|---|---|---|
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t)815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f)815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (c) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

# CTNS ___418___   PCS/CTN _30___   TOTAL PIECES _12,540_



Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

# CTNS ____  PCS/CTN. ____  TOTAL PIECES ____

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Dept: 075/ABF/8996BD11
      00/000; 0740
Pro Number: PICK UP # 5858-03
Carrier: 075008(CARRIER)

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

---

Consignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE**

Consignee
US MERCHANTS
3324 142 AVE EAST
STE 1
SUMNER WA 98390
USA

---

Invoice
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

---

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X_____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|------|------|------|------|------|------|------|------|------|------|
| 1 418 | CTNS | 034875A 143255 VTECH 6889 | 156600 | 8,594.08 | | 1002824 | 1 | 928228 UP | 13191 |
| 2 200 | CTNS | 035752 T63034 | 156600 | 3,732.00 | | 1002854 | 1 | 28295 | 13192 |

---

# Packages: 618                    Total Charges:          0.00
Total Weight:  12,326.08 LBS

Carrier
Signature:  Saykotena Express
            Altamirano

Date: 10 / 8 / 07

---

1

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments  if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico



**Tegrant**

INVOICE NO tiju 15087
PAGE 1
DATE 08/10/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL　　Spartanburg, SC
Branford, CT　　Juncos, PR
Tijuana, MX　　Nogales, MX

*12 9*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002854 | 28295 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 5.000 | 5.000 | 0.000 | 1,666.12000 | 8,330.60 |

        CI: 184971-PNSNC 3034
        Item: 035752
  Description: USMERCH-TG3034
        U/M: K
Date Shipped: 08/10/07
  \*\* Packing Slip: 13192
    \*\* BOL #: 4742

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 8,330.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,330.60 |



INVOICE NO tiju 15132
PAGE 1
DATE 08/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation      Facilities
Alloyd Brands            DeKalb, IL      Spartanburg, SC
1401 Pleasant Street     Branford, CT    Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX     Nogales, MX

130



C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002824 | 028228 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 19.020 | 6.480 | 0.000 | 1,585.00000 | 10,270.80 |

                 CI: 143255 VTECH 6889/6896 4PK
               Item: 034875A
        Description: USMERCH-143255 VTECH 6889/6896 4PK
               U/M: K
      Date Shipped: 08/14/07
    ** Packing Slip: 13223
          ** BOL #: 4751

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 10,270.80 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 10,270.80 |




INVOICE NO tiju 15133
PAGE 1
DATE 08/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL
Branford, CT
Tijuana, MX

Spartanburg, SC
Juncos, PR
Nogales, MX

/3/



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002825 | 028229 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 34.000 | 7.920 | 26.080 | 1,585.00000 | 12,553.20 |

        CI: 174932-RZ6053 SET
      Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
      U/M: K
Date Shipped: 08/14/07
** Packing Slip: 13224
    ** BOL #: 4751

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 12,553.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,553.20 |

Oop16.6.1B.5v0s0b0T

Packing Slip
Page:          1
Pack Slip#   13222



Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| 7/14/07 | I002832 | 28272 OP | PREPAIDTL | 2,680.00 | 134 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035429 | K | 4.000 | 4.020 |
|   | USMERCHANTS-VTECH 6789 | | | |
|   | C/I: 162991-VTECH 6789 | | | |

# CTNS  134     PCS/CTN  30     TOTAL PIECES  4,020



**Tegrant**

Packing Slip

Page:          1
Pack Slip#    13223

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

BILL To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 1/14/07 | 1002824 | 028228 OP | PREPAIDTL | 4,440.96 | 216 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 034875A | K | 14.000 | 6.480 |
| | USMERCH-143255 VTECH 6889/6896 4PK | | | |

C/I: 143255 VTECH 6889/6896 4PK

# CTNS 216    PCS/CTN. 30    TOTAL PIECES 6,480

Packing Slip

Page:        1
Pack Slip# 13224

# Tegrant

| | | | |
|---|---|---|---|
| Tegrant Corporation<br>Alloyd Brands<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br>(t)619-946-1240<br>(f)619-946-1243 | MAIN PLANT<br>1401 Pleasant Street<br>DeKalb, Illinois 60115<br>(t)815-756-8451<br>(f)815-756-5187 | Spartanburg, SC. 29302<br>(t) 864-582-1000<br>(f) 864-582-5982<br><br>Juncos, PR. 00777<br>(t) 787-734-8382<br>(f) 787-734-8386 | Branford, CT. 06405<br>(t) 203-483-8305<br>(f) 203-483-5209<br><br>Nogales, Sonora CP 84055<br>(t) 011-52-631-320-0265<br>(f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| CR Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/14/07 | 1002826 | 028229 OP | PREPAIDTL | 5,280.00 | 264 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036369<br>USMERCHANTS- 174932-RZ6063 SET | K | 34.000 | 7.920 |

C/1: 174932-RZ6063 SET

# CTNS 264    PCS/CTN 30    TOTAL PIECES 7,920

# Tegrant

**Packing Slip**

Page: 1
Pack Ship# 13224

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| CK Date | Order # | Cust PO | Ship Via | Weight | Pkge # |
|---|---|---|---|---|---|
| /14/07 | 1002825 | 028229 OP | PREPAIDTL | 5,280.00 | 264 |

| No/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035359 | K | 34.000 | 7.920 |
| | USMERCHANTS-- 174932-RZ6053 SET | | | |
| | C/1: 174932-RZ6053 SET | | | |

# CTNS  264     PCS/CTN  30     TOTAL PIECES  7,920

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Uop16.6788.6u6u6u6T
· DO/BOL .4751                                      Date: 08/14/07      Page: 1 of 1
Pro Number: PICK UP# SAS319
Carrier: TEGRANT (SANCHOTENA                DELIVERING CARRIER INSTRUCTIONS:
                                            DO NOT BREAK DOWN PALLETS.
                                            DO NOT DOUBLE STACK
                                     TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands** <br> *Paseo Cucapah #5290* <br> *Parque Industrial El Lago* <br> *Tijuana, B.C., MX 22550* <br><br> **Tegrant Corporation, Alloyd Brands, REQUESTS A** <br> COPY OF THEIR BILL OF LADING BE SUBMITTED WITH <br> YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS <br> 3324 142 AVE EAST <br> STE C <br> SUMNER WA 98390 <br> USA |

| Invoicee | Special Instructions |
|---|---|
| S MERCHANTS <br> 737 WILSHIRE BLVD <br> EVERLY HILLS CA 90211 <br> SA | Alloyd product to be top load only. <br> Do not stack in transit. <br><br> 26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
 collect unless marked otherwise)
epaid: X____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 134 | CTNS | 035429 <br> VTECH 6789 | 156600 | 2,680.00 | | I002832 | 1 | 28272 OP | 13222 |
| 216 | CTNS | 034875A <br> 143255 VTECH 6889 | 156600 | 4,440.96 | | I002824 | 1 | 028228 OP | 13223 |
| 264 | CTNS | 035359 <br> 174932-RZ 6053 SET | 156600 | 5,280.00 | | I002825 | 1 | 028229 OP | 13224 |

# Packages: 614
otal Weight:    12,400.96 LBS                           | Total Charges:        0.00

rier   Sancho Tena Express
nature: _____ D/Tamirano

Date: 14/8/07

1

ges boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
nt. of Transportation.
shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carriers or shippers weight."
ers' imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

ED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
to the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
r hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment.
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without-recourse on
the consignor, the consignor shall sign the following
statement The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico


**Tegrant**

INVOICE NO tiju 15135
PAGE 1
DATE 08/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

/32

```
B   C013116                    S   9
I   US MERCHANTS              H   US MERCHANTS
L   8737 WILSHIRE BLVD        I   3324 142 AVE EAST
L   BEVERLY HILLS CA 90211    P   STE C
    USA                           SUMNER WA 98390
T                             T   USA
O                             O
```

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002832 | 28272 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 4.000 | 4.020 | 0.000 | 1,585.00000 | 6,371.70 |

```
              CI: 162991-VTECH 6789
            Item: 035429
     Description: USMERCHANTS-VTECH 6789
            U/M: K
   Date Shipped: 08/14/07
**   Packing Slip: 13222
        **  BOL #: 4751
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 6,371.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **6,371.70** |



INVOICE NO tiju 15195
PAGE 1
DATE 08/17/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant*

*/33*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL
Branford, CT
Tijuana, MX

Spartanburg, SC
Juncos, PR
Nogales, MX

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002825 | 028229 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 34.000 | 8.760 | 17.320 | 1,585.00000 | 13,884.60 |

```
           CI: 174932-RZ6053 SET
         Item: 035359
  Description: USMERCHANTS- 174932-RZ6053 SET
         U/M: K
 Date Shipped: 08/17/07
 **  Packing Slip: 13291
      **  BOL #: 4772
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,884.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,884.60 |

MEMBER
PMMI
USA

ISO 9001
Registered



Page:          1
Pack Slip#     13241

# Tegrant

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 8/17/07 | 1002825 | 028229 OP | PREPAIDTL | 5,840.00 | 292 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035359<br>USMERCHANTS- 174932-RZ6053 SET | K | 34.000 | 8.760 |

C/I: 174932-RZ6053 SET

# CTNS 292    PCS/CTN. 30    TOTAL PIECES 8,760

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

000p18.5718.5v0s0b0r
DOCBOL: 4772
Pro Number: PICK UP # 4GA4486                          Date: 08/17/07   Page: 1 of 1
Carrier: TEGRANT (EST)

**DELIVERING CARRIER INSTRUCTIONS:**
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

13 PALLETS OF PALLETS ARTICLES

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 292 | CTNS | 035359 174932-RZ6053SET | 156600 | 5,840.00 | | I002825 | 1 | 028229 OP | 13291 |

# Packages: 292
Total Weight:     5,840.00 LBS

Total Charges:                    0.00

Carrier
Signature:

Date: 17 / 8 / 07          HELIO HDEZ

1

re fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
ipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
I – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
I – The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
he said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: if this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make delive
of this shipment without payment of freight and a
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
Tijuana, B.C., Mexico