IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DIANE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| vs. | ) | Judge Frederick J. Kapala |
| | ) | |
| CITY OF FREEPORT, ILLINOIS, *et al*., | ) | Magistrate Judge P. Michael Mahoney |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

Defendants, City of Freeport, Mayor George Gaulrapp, Freeport City Council, Freeport Police Department, Police Chief Jerry Whitmore, Officer Tom Madigan, Officer Andrew Schroeder, Officer Aaron Dykema, Officer Todd Barkalow, Officer Duane Babicz, Officer Brian Kuntzelman, Lt. Matt Summers, Lt. Jeff Davis, Detective Chris Shenberger, Officer Quincy Carter, Corporal Albert Marney and unknown Freeport Fire Department Paramedics, pursuant to 28 U.S.C. §§ 1441(b) and 1443, hereby give notice of removal of this action from the Circuit Court for the Fifteenth Judicial Circuit, Stephenson County, Illinois, to the U.S. District Court for the Northern District of Illinois, Western Division. In further support of this notice, defendants state as follows:

1.  A true and correct copy of the complaint filed in the Circuit Court for the Fifteenth Judicial Circuit, Stephenson County, Illinois, is attached hereto and incorporated herein by reference.

2.  The complaint purports to seek redress for a deprivation of rights and is ostensibly brought pursuant to 42 U.S.C. § 1983.

3.  Specifically, the complaint alleges a deprivation of civil rights by the individual employees of the City of Freeport, Illinois, and by the City itself.

4. It is apparent from the face of the complaint that removal to the U.S. District Court is proper pursuant to 28 U.S.C. §§ 1441(c), 1443.

For the foregoing reasons, the above-captioned matter has been removed to the U.S. District Court for the Northern District of Illinois, Western Division.

CITY OF FREEPORT, ILLINOIS, *et al.*,
Defendants

By WilliamsMcCarthyLLP

　　/s/  Stephen E. Balogh
Stephen E. Balogh
Attorney for defendants,
CITY OF FREEPORT, ILLINOIS, *et al.*
WilliamsMcCarthy LLP
120 W. State St., Suite 400
P.O. Box 219
Rockford, IL  61105-0219
Telephone:  (815) 987-8946
Facsimile:  (815) 968-0019
E-mail:  sbalogh@wilmac.com

## CERTIFICATE OF LAWYER

The undersigned hereby certifies that on March 20, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have served via U.S. Mail the document to the following non-CM/ECF participant:

>Diane Adams
>P.O. Box 186
>Freeport, IL  61032

>Stephenson County Circuit Clerk
>15 N. Galena Avenue
>Freeport, IL  61032

>/s/  Stephen E. Balogh
>Stephen E. Balogh
>Attorney for defendants,
>CITY OF FREEPORT, ILLINOIS, *et al.*
>WilliamsMcCarthy LLP
>120 W. State St., Suite 400
>P.O. Box 219
>Rockford, IL  61105-0219
>Telephone:  (815) 987-8946
>Facsimile:  (815) 968-0019
>E-mail:  sbalogh@wilmac.com