UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CITIZENS FIRST NATIONAL BANK, *a National Banking Association*,<br><br>                     Plaintiff,<br>    v.<br><br>HARTMANN PROPERTIES, LLC, *an Illinois Limited Liability Company*, *et. al.*,<br><br>                     Defendants. | No.<br>Judge<br><br>(Formerly No. 08 CH 0139<br>Circuit Court of LaSalle County) |

**NOTICE OF REMOVAL
TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

      The federal defendant, the Pension Benefit Guaranty Corporation, ("PBGC"), a wholly-owned United States Government Corporation, an agency of the United States of America, respectfully states as follows:

      1.     The PBGC has been made a party to the civil action now pending in the Thirteen Judicial Circuit Court in LaSalle County, Illinois, entitled, *Citizens First National Bank, a National Banking Association v. Hartmann Properties, LLC, et al.*, Case No. 08 CH 139.

      2.     If the PBGC has waived its sovereign immunity to be sued in this case, such waiver would be pursuant to 28 U.S.C. § 2410.

      3.     This case is removable to the United States District Court for the Northern District Court of Illinois, Western Division, pursuant to 29 U.S.C. §1303(f)(7), 28 U.S.C. §§ 1442 and 1444.

      4.     A copy of the process and pleadings served upon the federal defendant, PBGC, are attached hereto.

      5.     No previous application for removal in this case has been made.

2

WHEREFORE, the PBGC respectfully requests that this case be removed to this Court as a properly removed case, and entered upon the docket of this Court and, upon filing a copy of this notice with the Thirteen Judicial Circuit Court of LaSalle County, Illinois, the said state court shall proceed no further unless this case is remanded.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

/s/ Joel Nathan
JOEL NATHAN (ARDC 2019566)
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8449