IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
LASALLE COUNTY, ILLINOIS

CITIZENS FIRST NATIONAL BANK, a national banking association,

            Plaintiff,

v.

HARTMANN PROPERTIES, LLC, an Illinois limited liability company, CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation, PENSION BENEFIT GUARANTY CORPORATION, a Federal corporation, MID-STATES EXPRESS, INC., an Illinois corporation, UNKNOWN OWNERS and NON-RECORD CLAIMANTS,

            Defendants.

Case No. 08 CH 139

PLEASE SERVE:
PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K. Street, N.W., Suite 340
Washington, D.C. 2005-4026

## 30-DAY SUMMONS

TO EACH OF THE ABOVE-NAMED DEFENDANTS – You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court (located in the LaSalle County Courthouse, Ottawa, Illinois) within 30 days after service of this Summons, exclusive of the day of service. If you fail to do so, a judgment by default may be taken against you for the relief requested in this Complaint.

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed.

This Summons may not be served later than 30 days after its date.

WITNESS, this 22rd day of February, 2007 08

_____, Clerk of the Court

By:_____
            Deputy

Plaintiff's Attorney:
Timothy J. Howard
Frank W. Ierulli
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone:  (309) 672-1483
Facsimile:   (309) 672-1568

Date of Service _____
(To be inserted by officer on copy left with defendant or other person.)

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
LASALLE COUNTY, ILLINOIS

CITIZENS FIRST NATIONAL BANK, a
national banking association,

    Plaintiff,

v.

HARTMANN PROPERTIES, LLC, an Illinois
limited liability company, CONSOLIDATED
FREIGHTWAYS CORPORATION OF
DELAWARE, a Delaware corporation,
PENSION BENEFIT GUARANTY
CORPORATION, a Federal corporation, MID-
STATES EXPRESS, INC., an Illinois
corporation, UNKNOWN OWNERS and
NON-RECORD CLAIMANTS,

    Defendants.

Case No. 08 CH 139


FILED
FEB 2 2 2008
LA SALLE COUNTY CIRCUIT CLERK
THIRTEENTH JUDICIAL CIRCUIT OF ILLINOIS

## COMPLAINT TO FORECLOSE

CITIZENS FIRST NATIONAL BANK, a national banking association, organized under the laws of the United States and authorized to do business in Illinois, Plaintiff, by Howard & Howard Attorneys, P.C., its attorneys, for its Complaint to Foreclose a mortgage, states as follows:

1.    Plaintiff files this Complaint to Foreclose a mortgage (herein called "Mortgage") hereinafter described and joins the following persons as Defendants:

    HARTMANN PROPERTIES, LLC, an Illinois limited liability company;

    CONSOLIDATED FREIGHTWAYS CORPORATION OF
    DELAWARE, a Delaware corporation,

    PENSION BENEFIT GUARANTY CORPORATION, a Federal
    corporation,

    MID-STATES EXPRESS, INC., an Illinois corporation,

    UNKNOWN OWNERS and

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.257.1483
Fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

#348392-v1

loward ⬛ Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
loomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
100 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.257.1483
Fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

NON-RECORD CLAIMANTS.

2. Attached as Exhibit "A" is a copy of the Mortgage and as Exhibit "B" is a copy of the Note secured thereby.

3. Information concerning Mortgage:

(a) Nature of Instrument: Mortgage

(b) Date of Mortgage: February 1, 2002

(c) Name of Mortgagor: Hartmann Properties, LLC

(d) Name of Mortgagee: Citizens First National Bank

(e) Date and Place of Recording: March 5, 2002

In the Office of Recorder of Deeds of LaSalle County, Illinois

(f) Identification of Recording: Document No. R2002-07019

(g) Interest subject to the Mortgage: Fee simple

(h) Amount of Original Indebtedness, including subsequent advances made under the Mortgage: $2,600,000.00

(i) Both the legal description of the mortgaged real estate and the common address or other information sufficient to identify it with reasonable certainty:

PARCEL 1:

That part of the South Half of Section 31, Township 34 North, Range 1, East of the Third Principal Meridian, lying East of center line of the Peru and Grand Detour Plank Road, described as follows: Commencing at the Southeast corner of the Southeast Quarter of said Section 31; thence North 00 degrees 27 minutes 00 seconds East along the East line of said Southeast Quarter of Section 31 for a distance of 662.05 feet to the point of beginning; thence due West for a distance of 2367.16 feet; thence North 31 degrees 03 minutes 43 seconds West for a distance of 424.37 feet; thence South 89 degrees 54 minutes 30 seconds West for a distance of 546.44 feet; thence South 57 degrees 17 minutes 00 seconds West for a distance of 100.00 feet to the center line of the aforementioned Peru and Grand Detour Plank Road; thence North 32 degrees 43 minutes 00 seconds

oward ☒ Howard

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
oomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
100 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.257.1483
Fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

West along center line of the Peru and Grand Detour Plank Road for a distance of 182.74 feet; thence North 89 degrees 54 minutes 30 seconds East for a distance of 669.17 feet to the West line of the Southeast Quarter of said Section 31; thence North 00 degrees 38 minutes 00 seconds East along the West line of the Southeast Quarter of said Section 31 for a distance of 433.50 feet; thence North 89 degrees 56 minutes 00 seconds East for a distance of 2648.57 feet to the East line of the Southeast Quarter of said Section 31; thence South 00 degrees 27 minutes 00 seconds West along the East line of the Southeast Quarter of said Section 31 for a distance of 900.00 feet to the Point of Beginning, EXCEPTING therefrom that portion conveyed to the County of LaSalle as Document No. 596481.

PARCEL 2:

A non-exclusive easement for drainage purposes for the benefit of Parcel No. 1 as created by agreement between Mary A. Kaszynski and Pearl Bonucci and Consolidated Freightways Corporation of Delaware dated 3 May, 1979 and recorded 9 July, 1979 as document no. 673028, described as follows:
That part of the South Half of Section 31, Township 34 North, Range 1, East of the Third Principal Meridian, lying East of the center line of the Peru and Grand Detour Plank Road described as follows:
Commencing at the Southeast corner of the Southeast Quarter of said Section 31; thence North 00 degrees 27 minutes 00 seconds East along the East line of the Southeast Quarter of said Section 31 for a distance of 443.00 feet; thence due West for a distance of 2257.91 feet; thence South 00 degrees 23 minutes 30 seconds West for a distance of 221.54 feet; thence South 85 degrees 42 minutes 00 seconds West for a distance of 407.66 feet to the Northeasterly right of way line of the aforesaid Plank Road; thence North 32 degrees 07 minutes 30 seconds West along said Northeasterly right of way line for a distance of 13.00 feet to an existing concrete right of way marker; thence South 60 degrees 10 minutes 00 seconds West for a distance of 62.50 feet to the center line of the aforementioned Plank Road; thence North 32 degrees 43 minutes 00 seconds West along said center line of the Plank Road for a distance of 903.08 feet; thence North 57 degrees 17 minutes 00 seconds East for a distance of 34.49 feet to a point on the aforesaid Northeasterly right-of-way line of the Plank Road which point is the point of beginning; continuing thence North 57 degrees 17 minutes 00 seconds East for a distance of 65.51 feet; thence North 89 degrees 54 minutes 30 seconds East for a distance of 27.00 feet; thence South 57

loward ☒Howard

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
oomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
00 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.257.1483
Fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

degrees 17 minutes 00 seconds West for a distance of 50 feet; thence South 17 degrees 51 minutes 41 seconds West for a distance of 49.51 feet to the point on the aforesaid Northeasterly right-of-way line of the Plank Road; thence North 32 degrees 43 minutes 00 seconds West along said Northeasterly right-of-way line for a distance of 46.00 feet to the Point of Beginning; all situated in Dimmick Township.

All situated in LaSalle County, Illinois.

Commonly known as: 505 North Plank Road, Peru, Illinois 61354

PIN: 11-31-406-000

(j) Statement as to defaults, including, but not necessarily limited to, date of default, current unpaid principal balance, per diem interest accruing, and any further information concerning the default:

Defendant, Hartmann Properties, LLC, has failed and refused to make payments as required by the Note.

| | |
|---|---:|
| Principal Amount Now Due | $ 2,015,881.86 |
| Interest to February 6, 2008 | $ 30,284.06 |
| Late charges | $ 1,166.00 |
| Expense for Title Commitment | $ 495.00 |
| TOTAL AMOUNT DUE as of February 6, 2008 | $ 2,047,826.92 |
| Per Diem | $ 349.979 |

(k) Name of present owners of the real estate:

Hartmann Properties, LLC

(l) Names of persons who are joined as Defendants and whose interest in or lien on the mortgaged real estate is sought to be terminated:

MID-STATES EXPRESS, INC., an Illinois corporation, by reason of an Industrial Building Lease with Hartmann Properties, LLC.

CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation, by reason of a Mortgage dated August 22, 2001, and recorded August 31, 2001, as Document No. 2001-26402, to secure the principal indebtedness of $250,000.00. This Mortgage was subordinated

- 4 -

oward ⊠Howard

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
oomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
100 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.257.1483
Fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

pursuant to a Subordination Agreement dated March 1, 2002, and recorded March 5, 2002, as Document No. R2002-07021, attached as Exhibit C.

PENSION BENEFIT GUARANTY CORPORATION, a Federal corporation, by reason of a Mortgage dated January 26, 2007, and recorded January 26, 2007, as Document No. 2007-02083, to secure the principal indebtedness of $2.3 Million.

(m) Names of Defendants claimed to be personally liable for deficiency, if any:

Hartmann Properties, LLC

(n) Capacity in which Plaintiff brings this foreclosure:

Plaintiff is the legal holder and owner of the Mortgage and Note attached as Exhibits "A" and "B."

(o) Facts in support of redemption period shorter than the longer of (i) 7 months from the date the mortgagor or, if more than one, all the mortgagors (I) have been served with summons or by publication or (II) have otherwise submitted to the jurisdiction of the court, or (ii) 3 months from the entry of the judgment of foreclosure:

The real estate is not residential so that the 6 month redemption period applies.

(p) Statement that the right of redemption has been waived by all owners of redemption, if applicable:

In Paragraph 25 of the Mortgage, the right of redemption has been waived.

(q) Facts in support of request for attorneys' fees and costs and expenses:

Plaintiff has been required to retain counsel for prosecution of this foreclosure and to incur substantial attorneys' fees, court costs, title insurance or abstract costs and other expenses that should be added to the balance secured by the Mortgage.

(r) Facts in support of prayer for appointment of mortgagee in possession or for an appointment of a receiver and the identity of such receiver:

The mortgagor has authorized the Plaintiff by Paragraph 23 of the Mortgage to take possession of the premises upon the filing of a complaint to foreclose the Mortgage.

## REQUEST FOR RELIEF

Plaintiff requests:

A.     A judgment of foreclosure and sale.

B.     A personal judgment for a deficiency judgment, if authorized by law.

C.     An order granting possession.

D.     An order placing the mortgagee in possession or appointing a receiver.

E.     A judgment for attorneys' fees, costs and expenses.

F.     Such other relief as the Court may deem proper and just.

CITIZENS FIRST NATIONAL BANK

By its Attorneys,

HOWARD & HOWARD ATTORNEYS, P.C.

By: _____
Timothy J. Howard

Timothy J. Howard
Frank W. Ierulli
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone: (309) 672-1483
Facsimile: (309) 672-1568

oward ⊠ Howard

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
00 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.257.1483
Fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568