Prepared by and return to:
Citizens First National Bank
606 South Main Street
Princeton, IL 61356
815-875-4444

LASALLE COUNTY RECORDER

2002 MAR -5 PM 3: 37

02-07021 PAGE 1

R2002-07021

4





COMPUTER ☑
PREP ☑
SCAN ☑

178 pd 18

## SUBORDINATION AGREEMENT

This Subordination Agreement is executed this ___1___ day of March, 2002, by CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Corporation of Delaware, hereinafter referred to as "the Bank".

WHEREAS, the Bank is mortgagee on one mortgage covering the following described real estate, to-wit:

SEE ATTACHED LEGAL DESCRIPTION

which mortgage secures a note running to the Bank, and which mortgage is more particularly described as follows:

Mortgage dated AUGUST 22, 2001 and recorded AUGUST 31, 2001, as Document No. 2001-26402, executed by HARTMANN PROPERTIES, LLC to secure a note in the amount of $250,000.00 and such other sums as provided therein;

and

WHEREAS, the Bank has agreed to subordinate the lien against said real estate created by said Mortgage to the lien created by a new mortgage running to Citizens First National Bank.

NOW, THEREFORE, for and in consideration of $1.00 and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by the undersigned, the Bank agrees to, and does hereby, subordinate the lien against the above described real estate created by the above described mortgage to the lien created by a mortgage running from HARTMANN PROPERTIES, LLC, to Citizens First National Bank, and recorded in the Office of the LaSalle County Recorder in Book _____ at Page _____, as Document No. R2002-07020, securing a promissory note in the principal amount of $2,600,000.00.

The Bank does hereby acknowledge and agree that by virtue of this

02-07021  PAGE 2

Subordination Agreement, the lien against said real estate created by said mortgage dated AUGUST 22, 2001 is now subordinate to and inferior to the lien created by said mortgage dated FEBRUARY 1, 2002 running to Citizens First National Bank, as if said mortgage had been executed and recorded prior to the execution and recordation of the said mortgage.

Executed at Vancouver, Washington, the date and year first above written.

                                      CONSOLIDATED FREIGHTWAYS
                                      CORPORATION OF DELAWARE,
                                      a Corporation of Delaware

                                      By: _____
                                          Its Executive Vice President

                                    Attest: _____
                                          Its Assistant Secretary

STATE OF WASHINGTON    )
                            ) SS
COUNTY OF Clark       )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, do hereby certify that RE Wrightson, personally known to me to be the Executive Vice President of CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, and SD Richards, personally known to me to be the Assistant Secretary of CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, and personally known to me to be the same persons whose names

02-07021  PAGE 3

are subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that as such _Executive Vice President_ and _Assistant Secretary_, they signed, sealed and delivered the said instrument, and caused the seal of said Corporation to be affixed thereto, pursuant to authority given by the Corporate Bylaws of said Corporation as their free and voluntary act and deed of said Corporation, for the uses and purposes therein set forth.

Given under my hand and notarial seal, this ___1___ day of MARCH, 2002.

*[Notary seal: CARISSA F. TRAINER, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES NOVEMBER 30, 2004]*

*Carissa F. Trainer*
Notary Public

02-07021  PAGE 4

PARCEL NO. 1.

That part of the South Half of Section 31, Township 34 North, Range 1, East of the Third Principal Meridian, lying East of center line of the Peru and Grand Detour Plank Road, described as follows: Commencing at the Southeast corner of the Southeast Quarter of said Section 31; thence North 00 degrees 27 minutes 00 seconds East along the East line of said Southeast Quarter of Section 31 for a distance of 662.05 feet to the point of beginning; thence due West for a distance of 2367.16 feet; thence North 31 degrees 03 minutes 43 seconds West for a distance of 424.37 feet; thence South 89 degrees 54 minutes 30 seconds West for a distance of 546.44 feet; thence South 57 degrees 17 minutes 00 seconds West for a distance of 100.00 feet to the center line of the aforementioned Peru and Grand Detour Plank Road; thence North 32 degrees 43 minutes 00 seconds West along center line of the Peru and Grand Detour Plank Road for a distance of 182.74 feet; thence North 89 degrees 54 minutes 30 seconds East for a distance of 669.17 feet to the West line of the Southeast Quarter of said Section 31; thence North 00 degrees 38 minutes 00 seconds East along the West line of the Southeast Quarter of said Section 31 for a distance of 433.50 feet; thence North 89 degrees 56 minutes 00 seconds East for a distance of 2648.57 feet to the East line of the Southeast Quarter of said Section 31; thence South 00 degrees 27 minutes 00 seconds West along the East line of the Southeast Quarter of said Section 31 for a distance of 900.00 feet to the Point of Beginning, EXCEPTING therefrom that portion conveyed to the County of LaSalle as Document No. 596481.

PARCEL NO. 2.

A non-exclusive easement for drainage purposes for the benefit of Parcel No. 1 as created by agreement between Mary A. Kaszynski and Pearl Bonucci and Consolidated Freightways Corporation of Delaware dated 3 May, 1979 and recorded 9 July, 1979 as document no. 673028, described as follows:
That part of the South Half of Section 31, Township 34 North, Range 1, East of the Third Principal Meridian, lying East of the center line of the Peru and Grand Detour Plank Road described as follows:
Commencing at the Southeast corner of the Southeast Quarter of said Section 31; thence North 00 degrees 27 minutes 00 seconds East along the East line of the Southeast Quarter of said Section 31 for a distance of 443.00 feet; thence due West for a distance of 2257.91 feet; thence South 00 degrees 23 minutes 30 seconds West for a distance of 221.54 feet; thence South 85 degrees 42 minutes 00 seconds West for a distance of 407.66 feet to the Northeasterly right of way line of the aforesaid Plank Road; thence North 32 degrees 07 minutes 30 seconds West along said Northeasterly right of way line for a distance of 13.00 feet to an existing concrete right of way marker; thence South 60 degrees 10 minutes 00 seconds West for a distance of 62.50 feet to the center line of the aforementioned Plank Road; thence North 32 degrees 43 minutes 00 seconds West along said center line of the Plank Road for a distance of 903.08 feet; thence North 57 degrees 17 minutes 00 seconds East for a distance of 34.49 feet to a point on the aforesaid Northeasterly right-of-way line of the Plank Road which point is the Point of Beginning; continuing thence North 57 degrees 17 minutes 00 seconds East for a distance of 65.51 feet; thence North 89 degrees 54 minutes 30 seconds East for a distance of 27.00 feet; thence South 57 degrees 17 minutes 00 seconds West for a distance of 50 feet; thence South 17 degrees 51 minutes 41 seconds West for a distance of 49.51 feet to the point on the aforesaid Northeasterly right-of-way line of the Plank Road; thence North 32 degrees 43 minutes 00 seconds West along said Northeasterly right-of-way line for a distance of 46.00 feet to the Point of Beginning; all situated in Dimmick Township;

ALL SITUATED IN LA SALLE COUNTY, ILLINOIS.