## SUBSCRIPTION AGREEMENT

This Agreement is entered into by and between KERBY PLUMBING INC ("Employer") and the Plumbers, Pipefitters and Refrigeration Fitters, Local 23 U.A. (Union").

This Agreement is made in consideration of the mutual promises of the parties who hereby agree as follows:

1. The Employer has on the basis of objective and reliable information, confirmed that a clear majority of the plumbers, pipe fitters and refrigeration fitters in its employ have designated, are members of, and are represented by the Union for purposes of collective bargaining. The Employer, therefore, unconditionally acknowledges and confirms that the Union is the sole and exclusive bargaining representative of the employees of the Employer within the Territorial and Trade jurisdiction of the Union pursuant to Section 9(a) of the National Labor Relations Act.

2. The Employer hereby subscribes to and shall be bound by the terms of the Labor Agreement by and between the Union and the Piping Industry Council Rockford Area ("PICRA") dated June 1, 2002. The Employer shall also be bound to any amendments or modifications to the Labor Agreement agreed to by PICRA and the Union. The Labor Agreement, including any subsequent amendments or modifications thereto, is incorporated herein by reference.

3. This Agreement shall be effective as of 1/2/07. This Agreement may be terminated by either party on an expiration date of the Labor Agreement between the Union and PICRA. Such termination shall only be effective upon written notice sent to the other party at least 60 days in advance of the expiration date of Labor Agreement. In the event that neither party properly terminates this Agreement on the expiration of the Labor Agreement, then the Employer shall become bound to the terms of any successor agreement(s) to the Labor Agreement entered into between the Union and PICRA pursuant to the terms of this Agreement. This Agreement may also be terminated or modified by written agreement of the parties.

4. The Employer acknowledges that it has received a copy of the Labor Agreement prior to execution of this Agreement.

IN WITNESS WHEREOF, the parties have executed this Subscription of Agreement this 2 day of JANUARY, 2007.

Company Name: KERBY PLUMBING, INC

Address: 4771 ALEXANDRA LANE, MACHESNEY PARK

_Robert Kerby_  _Jennifer Russell_
AUTHORIZED SIGNATURE                    BUSINESS MANAGER
                                        PLUMBERS, PIPEFITTERS and
VICE PRESIDENT                          REFRIGERATION FITTERS,
TITLE                                   LOCAL 23 U.A.
02/05/02

EXHIBIT 1

# SUPPLEMENTAL AGREEMENT

## Residential Type Work

### ARTICLE I

WITNESSETH, This Agreement made this _2_ day of _JANUARY_, 20 _07_ by and between _KERBY PLUMBING, INC_ and Local #23, United Association of Journeymen & Apprentices of the Plumbing & Pipe Fitting Industry of the United States and Canada.

WHEREFORE, the parties do agree as follows:

A. That they adopt the provisions of a certain basic Agreement executed by Local #23, United Association of Journeymen & Apprentices of the Plumbing & Pipefitting Industry of the United States and Canada and Piping Industry Council - Rockford Area. All Articles of the basic Agreement shall be applicable to the Supplemental Agreement except those exclusions herein stated. Any dispute as to whether the Basic Agreement or the Supplemental Agreement would apply shall be the exclusive decision of the Union. The basic contract is in full force and effect through the 31st day of May, 2007, together with any extensions and modifications hereof.

B. Any employer desiring to do residential work, according to provisions stipulated in the Supplemental Agreement, shall sign the basic Union Agreement along with the Supplemental Agreement with the Union in order to avail himself of the special provisions contained herein.

C. The parties agree further, however, that with respect to residential construction defined in the following paragraph, they desire to modify the basic contract above referred to and put into effect certain special provisions covering residential construction.

### ARTICLE II

### Scope of Work

The parties agree that residential plumbing, for the purpose of this instrument, means the new construction and erection, remodeling, repair, servicing or renovation of plumbing facilities of all housing units not to exceed three (3) levels (including the level below ground) if these are living quarters. Housing units shall include single dwellings, duplexes, row houses, town houses and garden type walk-up apartment buildings not to exceed twelve (12) units in any one building. The following work is excluded from residential type work: those housing units which are normally referred to as "High Rise" buildings constructed of steel and concrete; apartment buildings that have commercial stores, offices or professional quarters in conjunction with the buildings. Any company who abuses the use of the Supplemental Agreement when the Basic Agreement would apply shall be denied the use of the Supplemental Agreement.

1

## ARTICLE III

### Hours of Work

Eight hours of work performed between the hours of 6:00 a.m. and 5:30 p.m., with a half hour lunch break, shall constitute a days work, and forty hours, Monday through Friday, shall constitute a workweek. Overtime and Saturday work shall be at the rate of time and one half. Sundays and Holidays shall be at the rate of double time. Time missed by an employee during the workweek may be made up on the Saturday of that week at straight time by mutual agreement between employee and employer.

## ARTICLE IV

### Wages

A. The parties agree that for the purpose of residential plumbing, the wages to be paid to Journeymen from the effective date of this Agreement shall be as follows:

| Effective June 1, 2002 | ( 85%) |
| Effective June 1, 2003 | ( 90%) |
| Effective June 1, 2004 | ( 95%) |
| Effective June 1, 2005 | (100%) |

of the Journeymen rate in the basic Agreement between Local 23 and P.I.C.R.A.

B. Wages for Apprentices shall be based on Journeymen residential plumbing rate:

| 1st year | (40%) |
| 2nd year | (50%) |
| 3rd year | (60%) |
| 4th year | (70%) |
| 5th year | (80%) |

First year Apprentices shall serve one-year probation. In the first twelve months, or new hire probationary period, no pension contributions will be made by the contractor, however, hours worked will apply for vesting only. All new hires shall serve a 90-day probationary period.

## ARTICLE V

### Health & Welfare and Pension

Will be the same as outlined in Article XIV of the current basic Agreement.

## ARTICLE VI

### Apprenticeship Educational Fund Trust

Will be the same as outlined in Article XIV of the current basic Agreement.

## ARTICLE VII

Term of Agreement

This Supplemental Agreement - Residential Type Work shall be in full force and effect from __1/2/07__ to, and including, May 31, 2007. If either party wishes to modify this Supplemental Agreement, it shall serve notice in writing of such request upon the other party not less than 60 days prior to May 31, 2007. In the absence of such notice, this Supplemental Agreement and Basic Agreement shall automatically renew itself, together with all amendments and improvements as negotiated by and between the Union and the Association of employers for the period of any such amendment.

IN WITNESS WHEREOF, the parties have affixed their signatures hereto this __2__ day of __JANUARY__, 20__07__.

CONTRACTOR

*Robt A D Kerby*
AUTHORIZED SIGNATURE

__VICE PRESIDENT__
TITLE

__KERBY PLUMBING, INC__
COMPANY NAME

__4771 ALEXANDRA LANE, MACHESNEY PARK, IL 61115__
COMPANY ADDRESS

LOCAL UNION 23

*Daniel W Russell*
BUSINESS MANAGER
PLUMBERS, PIPEFITTERS and
REFRIGERATION FITTERS,
LOCAL 23 U.A.

4