April 17, 2007

Plumbers & Pipefitters Local 23
Rockford IL

To Whom It May Concern:

This letter is to inform you that Kerby Plumbing Incorporated will no longer be participating in the union program.
Effective April 1, 2007, payments to Local 23 will cease.

If you have any questions, please contact Kerby Plumbing at (815) 703-8211.

Best Regards,

*Dale Kerby*
Dale Kerby, President
Kerby Plumbing Incorporated

Page 1

EXHIBIT 3