# J&K ATTORNEYS AT LAW
## Johnson & Krol, LLC

July 11, 2007

**Via Facsimile and Regular Mail**
Thomas O. Meyer
Meyer & Horning, P.C.
3400 North Rockton Avenue
Rockford, IL 61103
Fax No.: (815) 636-9352

      Re:    Plumbers and Pipe Fitters Local 23 v.
                 Kerby Plumbing, Inc.

Dear Mr. Meyer:

      Please be advised that this firm represents the Plumbers and Pipe Fitters Local Union No. 23. Please direct all future correspondence in the above-referenced matter to my attention.

      I am in receipt of your letter of June 22, 2007 in which you purport to cancel the Local 23 Labor Agreement on behalf of Kerby Plumbing, Inc. Although the company has ceased doing business as Kerby Plumbing, Inc., records maintained by the Illinois Secretary of State indicate the company recently reincorporated as Kerby Plumbing & Mechanical, Inc. and continues to operate within the trade jurisdiction of the Local 23 Labor Agreement.

      As the company has merely changed its name, it remains obligated under the Labor Agreement to which it is signatory. As a result, the company has an absolute continuing obligation to submit monthly contribution reports and the associated payments pursuant to the Labor and Trust Agreements by which it is bound.

      Should the company fail to meet its continued obligation under the Labor and Trust Agreements, my office will initiate federal litigation to enforce the terms of the agreements. If I am forced to file suit in this matter, the company will be held responsible for the Trust Funds' attorney's fees and costs incurred during the course of collection, in addition to any amounts it may already owe.

      Thank you for your anticipated cooperation. If you wish to discuss this matter, please do hesitate to contact me.

                                                      Very truly yours,

                                                      Joseph E. Mallon

cc:    Mr. Darryll Russell
        Ms. Phyllis Athans


208 South LaSalle Street • Suite 1602 • Chicago, Illinois 60604
Ph. (312) 372.8587 • Fax. (312) 255.0449
johnson@johnsonkrol.com • krol@johnsonkrol.com


EXHIBIT 4