PCMH SEP 10 2007

# COMBINED CRAFTS STATEWIDE AUDIT PROGRAM

CARPENTERS - BRICKLAYERS - MASONS - OPERATIVE PLASTERERS - LABORERS - OP. ENGINEERS
PAINTERS - TILE FINISHERS - IRONWORKERS - PLUMBERS - PIPEFITTERS - STEAMFITTERS
SHEET METAL WORKERS - HEAT & FROST INSULATORS

2901 W. BELTLINE HIGHWAY, SUITE 100
MADISON, WI 53713-4231
TELEPHONE (608) 278-9500

September 6, 2007

KERBY PLUMBING & MECHANICAL, INC
4771 Alexandra Lane
Machesney Park, IL 61115-0000
Mr. Norman Kerby, President

RE: Field Audit Examination of: Tuesday, August 28, 2007
    Period of Audit: Apr-01-2007 thru Jul-31-2007
    Craft: Rockford Pipe Trades Loc 23

Dear Mr. Kerby :

Our field auditor examined your firms payroll records recently to determine if contributions were consistently correct for the various funds within the provisions of the governing trust agreement on behalf of the employees performing work within the jurisdiction.

The audit, including a review of the payroll records, answers to questions presented by the auditor and records of contributions paid to the Fund(s) indicates a deficiency between hours worked and hours reported to the Funds.

We are enclosing for your file, copies of the remittance report forms prepared for you by Our audit staff. Kindly remit a check for the indicated total amount below payable to the separate Fund(s).

|  | Contributions | Interest | Liq Damages | Grand Total |
|---|---|---|---|---|
|  | $9,804.96 | ~~$111.06~~ 258.43 | $490.25 | $10,406.87 |
| Rockford PT 23 Pension | $4,538.88 | $51.70 | $226.95 | $4,817.53 |
| Rockford PT 23 Health | $3,974.40 | $45.26 | $198.72 | $4,218.38 |
| Rockford PT 23 401k | $0.00 | $0.00 | $0.00 | $0.00 |
| Rockford PT 23 Training | $380.16 | $4.32 | $19.01 | $403.49 |
| Rockford PT 23 Industry | $0.00 | $0.00 | $0.00 | $0.00 |
| Rockford PT 23 Intl Training | $28.80 | $0.32 | $1.44 | $30.56 |
| Rockford PT 23 Wage Assess | $485.28 | $5.52 | $24.27 | $515.07 |
| Rockford PT 23 Build Trades | $17.28 | $0.20 | $0.87 | $18.35 |
| Rockford PT 23 Target Fund | $172.80 | $1.96 | $8.64 | $183.40 |
| Rockford PT 23 PAC | $11.52 | $0.14 | $0.57 | $12.23 |
| Rockford PT 23 IPTAPP | $40.32 | $0.46 | $2.01 | $42.79 |
| Rockford PT 23 Education | $155.52 | $1.78 | $7.77 | $165.07 |

1 1/2% will be assessed on the unpaid balance.

9-10-07
To: Joe Malloy
From:

EXHIBIT 5

## COMBINED CRAFTS STATEWIDE AUDIT PROGRAM

CARPENTERS · BRICKLAYERS · MASONS · OPERATIVE PLASTERERS · LABORERS · OP. ENGINEERS
PAINTERS · TILE FINISHERS · IRONWORKERS · PLUMBERS · PIPEFITTERS · STEAMFITTERS
SHEET METAL WORKERS · HEAT & FROST INSULATORS

2901 W. BELTLINE HIGHWAY, SUITE 100
MADISON, WI 53713-4231
TELEPHONE (608) 278-9500

KERBY PLUMBING & MECHANICAL, INC
4771 Alexandra Lane
Machesney Park IL 61115-0000
Mr. Norman Kerby President

September 6, 2007
Page 2

Payment in full to the Fund is required within fourteen (14) days from the date of this letter. In the event payment is not received in fourteen (14) days, the file will be referred to the collection attorney. The effect of such will be the imposition of liquidated damages of (20%) of the unpaid contributions. Additional Interest, attorney's fees and costs will also be assessed.

The Trustees urge you to make the payment specified within the allocated time to save you additional expenses. For your convenience, and for control purposes, please use the enclosed self-addressed envelope for your remittance.

Sincerely,

*Michael Koehler*

Michael G. Koehler
Payroll Audit Supervisor

MGK/db

Enclosure

CC: Mr. Darryll Russell, Business Agent
Mr. Kristina Walstrom
Ms. Phyllis Athans, Administrative Manager

## PLUMBERS & PIPEFITTERS U.A. LOCAL 23
## AUDIT BILLING SUMMARY SHEET

Employer: Kerby Plumbing & Mechanical, Inc.
Audit Date: August 28, 2007
Audit Period: 4/1/07 - 7/31/07

| | Fund | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|
| PT23P | Pension | 4,538.88 | 226.95 | 51.70 | 4,817.53 |
| PT23H | Health | 3,974.40 | 198.72 | 45.26 | 4,218.38 |
| PT23T | Training | 380.16 | 19.01 | 4.32 | 403.49 |
| PT23E | Education | 155.52 | 7.77 | 1.78 | 165.07 |
| PT23IT | Int'l Training | 28.80 | 1.44 | 0.32 | 30.56 |
| PT23WA | Wage Assessment | 485.28 | 24.27 | 5.52 | 515.07 |
| PT23BT | Building Trades | 17.28 | 0.87 | 0.20 | 18.35 |
| PT23TF | Target Fund | 172.80 | 8.64 | 1.96 | 183.40 |
| PT23PAC | PAC | 11.52 | 0.57 | 0.14 | 12.23 |
| PT23IPT | IPTAPP | 40.32 | 2.01 | 0.46 | 42.79 |
| | | $9,804.96 | $490.25 | $111.66 | $10,406.87 |

PT 23:

| | |
|---|---|
| PT23P | Plumbers & Pipefitters #23 Pension Fund |
| PT23H | Plumbers & Pipefitters #23 Health Fund |
| PT23T | Plumbers & Pipefitters #23 Training Fund |
| PT23E | Plumbers & Pipefitters #23 Education Fund |
| PT23IT | Plumbers & Pipefitters #23 International Training |
| PT23WA | Plumbers & Pipefitters #23 Wage Assessment |
| PT23BT | Plumbers & Pipefitters #23 Building Trades |
| PT23TF | Plumbers & Pipefitters #23 Target Fund |
| PT23PAC | Plumbers & Pipefitters #23 PAC Fund |
| PT23IPT | Plumbers & Pipefitters #23 IPTAPP Fund |

## PLUMBERS & PIPEFITTERS U.A. LOCAL 23
## AUDIT FRINGE BENEFIT REMITTANCE REPORT

Employer: Kerby Plumbing & Mechanical, Inc.  
Address: 4771 Alexandra Lane  
Machesney Park, IL 61115

Work Mo: June 2007  
Code: PT607  
Mos: 2  
Prime rate: 8.25%

| Employee | Soc. Sec. # | Discrep. | Hrs Worked | Hrs Paid | Gross Wages | LD's |
|---|---|---|---|---|---|---|
| Kerby, Christopher | 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 | delinquent | 64.00 | 64.00 | 2,156.80 | |
| Kerby, Gregory | 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 | delinquent | 64.00 | 64.00 | 2,156.80 | |
| Kerby, Robert | 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 | delinquent | 64.00 | 64.00 | 2,156.80 | |

| Fund | Contr. Rate | Total Hrs. | Contr. Amt. | L\D's | Interest | Total |
|---|---|---|---|---|---|---|
| Pension | $7.88 | 192.00 | 1,512.96 | 75.65 | 25.85 | 1,614.46 |
| Health | $6.90 | 192.00 | 1,324.80 | 66.24 | 22.63 | 1,413.67 |
| Training | $0.66 | 192.00 | 126.72 | 6.34 | 2.16 | 135.22 |
| Education | $0.27 | 192.00 | 51.84 | 2.59 | 0.89 | 55.32 |
| International Training | $0.05 | 192.00 | 9.60 | 0.48 | 0.16 | 10.24 |
| Wage Assessment | 2.50% | 6,470.40 | 161.76 | 8.09 | 2.76 | 172.61 |
| Building Trades | $0.03 | 192.00 | 5.76 | 0.29 | 0.10 | 6.15 |
| Target Fund | $0.30 | 192.00 | 57.60 | 2.88 | 0.98 | 61.46 |
| PAC | $0.02 | 192.00 | 3.84 | 0.19 | 0.07 | 4.10 |
| IPTAPP | $0.07 | 192.00 | 13.44 | 0.67 | 0.23 | 14.34 |
| | | | | | Page Total = | 3,487.57 |

3,268.32

## PLUMBERS & PIPEFITTERS U.A. LOCAL 23
## AUDIT FRINGE BENEFIT REMITTANCE REPORT

Employer: Kerby Plumbing & Mechanical, Inc.  
Address: 4771 Alexandra Lane  
Machesney Park, IL 61115  

Work Mo: July 2007  
Code: PT607  
Mos: 1  
Prime rate: 8.25%  

| Employee | Soc. Sec. # | Discrep. | Hrs Worked | Hrs Paid | Gross Wages | LD's |
|---|---|---|---|---|---|---|
| Kerby, Christopher | 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 | delinquent | 128.00 | 128.00 | 4,313.60 | |
| Kerby, Gregory | 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 | delinquent | 128.00 | 128.00 | 4,313.60 | |
| Kerby, Robert | 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 | delinquent | 128.00 | 128.00 | 4,313.60 | |

| Fund | Contr. Rate | Total Hrs. | Contr. Amt. | L\D's | Interest | Total |
|---|---|---|---|---|---|---|
| Pension | $7.88 | 384.00 | 3,025.92 | 151.30 | 25.85 | 3,203.07 |
| Health | $6.90 | 384.00 | 2,649.60 | 132.48 | 22.63 | 2,804.71 |
| Training | $0.66 | 384.00 | 253.44 | 12.67 | 2.16 | 268.27 |
| Education | $0.27 | 384.00 | 103.68 | 5.18 | 0.89 | 109.75 |
| International Training | $0.05 | 384.00 | 19.20 | 0.96 | 0.16 | 20.32 |
| Wage Assessment | 2.50% | 12,940.80 | 323.52 | 16.18 | 2.76 | 342.46 |
| Building Trades | $0.03 | 384.00 | 11.52 | 0.58 | 0.10 | 12.20 |
| Target Fund | $0.30 | 384.00 | 115.20 | 5.76 | 0.98 | 121.94 |
| PAC | $0.02 | 384.00 | 7.68 | 0.38 | 0.07 | 8.13 |
| IPTAPP | $0.07 | 384.00 | 26.88 | 1.34 | 0.23 | 28.45 |
| | | | 6,536.64 | | Page Total = | 6,919.30 |

# Combined Crafts Statewide Audit Program

1. Date of Audit: August 28, 2007    Reason: Requested
2. Firm Name: Kerby Plumbing & Mechanical, Inc.    Structure: Corporation
3. Address: 4771 Alexandra Lane    City\State: Machesney Park, IL 61115
4. Invoice s/b/ sent to:
5. Phone No: (815) 703-8211    6. Crafts: Plumbers #23
   Fax No:
7. Owner(s): Pres: Norman D Kerby    V.Pres. Robert Kerby
   Sec/Treas: Gregory Kerby/Christopher Ker    Sole Prop.
   Partners:
   Employer Rep: Robert Kerby
8. Names not on Remittance Reports Submitted: See Attached Addendum:    X
9. Indicate here Deficiency in hours compared to contributions:    X
10. Indicate here No Deficiency in hours compared to contributions:
11. Comments Concerning Audit:
The audit was conducted using weekly payroll records and a Federal form 941. No other records were available. The audit revealed the company is delinquent for two months (June & July 2007). There was no payroll for the company from April 1, 2007 through June 15, 2007.

Plumbers #23 - delinquent

12. Misclassification of Employees:
    Indicate here if Auditor furnished with 1099 & 1096 Forms:
    Indicate here if Employer stated no 1099 Forms filed this Period:    X
13. Signatory to an NBU Agreement?    Yes/No?    No    Craft:
    NBU Compliance?    Yes:    No:
    NBU employee funded under bargaining unit agreement:    Yes/No?    See summary
14. Signatory to an Alumni Agreement?    x    Craft:
    Alumni compliance?    Yes:    No:
15. Currently Delinquent?    Yes/No?    Yes    Period: June, July 2007
16. Period of Audit:    4/1/07 - 7/31/07
17. Employer Withdrawal:    Yes:    No:    X
    Reason:
18. Firm's EIN:    26-0354937    19. Auditor: Emil Pocernich
AH02    20. A/T:

PAYROLL AUDIT - SUMMARY OF RESULTS & NOTES

COMPANY NAME Kerby Plumbing & Mechanical, Inc.   DATE OF AUDIT: Aug 28, 2007   DURATION: 4/1/07 - 7/31/07

The following personnel listed are not funded, funded elsewhere, and/or classified by the company as follows:

| NAME | SS# | CLASSIFICATION |
|---|---|---|
| Robert Kerby * | 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 | Vice-President |
| Gregory Kerby * | 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 | Secretary |
| Christopher Kerby * | 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 | Treasurer |

* Reported under Plumbers #23 CBA.

AUDITOR: Emil Pocernich