# COMBINED CRAFTS STATEWIDE AUDIT PROGRAM

CARPENTERS · BRICKLAYERS · MASONS · OPERATIVE PLASTERERS · LABORERS · OP. ENGINEERS
PAINTERS · TILE FINISHERS · IRONWORKERS · PLUMBERS · PIPEFITTERS · STEAMFITTERS
SHEET METAL WORKERS · HEAT & FROST INSULATORS

December 20, 2007

2901 W. BELTLINE HIGHWAY, SUITE 100
MADISON, WI 53713-4231
TELEPHONE (608) 278-9500

KERBY PLUMBING & MECHANICAL, INC
4771 Alexandra Lane
Machesney Park, IL 61115-0000
Mr. Norman Kerby, President

RE: Field Audit Examination of: Thursday, December 13, 2007
    Period of Audit:  Aug-01-2007 thru Nov-30-2007
    Craft:  Rockford Pipe Trades Loc 23

Dear Mr. Kerby :

Our field auditor examined your firms payroll records recently to determine if contributions  were consistently correct for the various funds within the provisions of the governing trust agreement on behalf of the employees performing work within the jurisdiction.

The audit, including a review of the payroll records, answers to questions presented by the auditor and records of contributions paid to the Fund(s) indicates a deficiency between hours worked and hours reported to the Funds.

We are enclosing for your file, copies of the remittance report forms prepared for you by Our audit staff.  Kindly remit a check for the indicated total amount below payable to the separate Fund(s).

|  | Contributions | Interest | Liq Damages | Grand Total |
|---|---|---|---|---|
|  | $36,242.00 | $398.89 | $1,271.93 | $37,912.82 |
| Rockford PT 23 Pension | $16,894.72 | $185.65 | $592.58 | $17,672.95 |
| Rockford PT 23 Health | $14,793.60 | $162.57 | $518.88 | $15,475.05 |
| Rockford PT 23 401k | $0.00 | $0.00 | $0.00 | $0.00 |
| Rockford PT 23 Training | $1,415.04 | $15.55 | $49.64 | $1,480.23 |
| Rockford PT 23 Industry | $0.00 | $0.00 | $0.00 | $0.00 |
| Rockford PT 23 Intl Training | $107.20 | $1.18 | $3.76 | $112.14 |
| Rockford PT 23 Wage Assess | $1,552.08 | $17.69 | $55.19 | $1,624.96 |
| Rockford PT 23 Build Trades | $64.32 | $0.70 | $2.26 | $67.28 |
| Rockford PT 23 Target Fund | $643.20 | $7.07 | $22.56 | $672.83 |
| Rockford PT 23 PAC | $42.88 | $0.47 | $1.50 | $44.85 |
| Rockford PT 23 IPTAPP | $150.08 | $1.65 | $5.26 | $156.99 |
| Rockford PT 23 Education | $578.88 | $6.36 | $20.30 | $605.54 |

1 1/2% will be assessed on the unpaid balance.



EXHIBIT
G

# COMBINED CRAFTS STATEWIDE AUDIT PROGRAM

CARPENTERS · BRICKLAYERS · MASONS · OPERATIVE PLASTERERS · LABORERS · OP. ENGINEERS
PAINTERS · TILE FINISHERS · IRONWORKERS · PLUMBERS · PIPEFITTERS · STEAMFITTERS
SHEET METAL WORKERS · HEAT & FROST INSULATORS

2901 W. BELTLINE HIGHWAY, SUITE 100
MADISON, WI 53713-4231
TELEPHONE (608) 278-9500

KERBY PLUMBING & MECHANICAL, INC.
4771 Alexandra Lane
Machesney Park IL  61115-0000
Mr. Norman Kerby President

December 20, 2007
Page 2

Payment in full to the Fund is required within fourteen (14) days from the date of this letter.  In the event payment is not received in fourteen (14) days, the file will be referred to the collection attorney.  The effect of such will be the imposition of liquidated damages of (20%) of the unpaid contributions.  Additional Interest, attorney's fees and costs will also be assessed.

The Trustees urge you to make the payment specified within the allocated time to save you additional expenses.  For your convenience, and for control purposes, please use the enclosed self-addressed envelope for your remittance.

Sincerely,

Michael G. Koehler
Payroll Audit Supervisor

MGK/db

Enclosure

CC.  Mr. Darryl Russell, Business Agent

Ms. Phyllis Athans, Administrative Manager

# COMBINED CRAFTS STATEWIDE AUDIT PROGRAM

CARPENTERS · BRICKLAYERS · MASONS · OPERATIVE PLASTERERS · LABORERS · OP. ENGINEERS
PAINTERS · TILE FINISHERS · IRONWORKERS · PLUMBERS · PIPEFITTERS · STEAMFITTERS
SHEET METAL WORKERS · HEAT & FROST INSULATORS

2901 W. BELTLINE HIGHWAY, SUITE 100
MADISON, WI 53713-4231
TELEPHONE (608) 278-9500

January 23, 2008

JOHNSON & KROL
MS. DENNIS JOHNSON
ATTORNEY AT LAW
208 South LaSalle Street, Suite 1602
Chicago, IL 60604-0000

Dear Ms. Johnson:

Audit Period: Aug-01-2007    thru   Nov-30-2007

RE:  Referral for Collection   Rockford Pipe Trades Loc 23

In the best interest of the respective Boards of Trustees, the following is hereby referred to you for immediate legal collection.  Please advise if you require further information.

FIRM:       Kerby Plumbing & Mechanical, Inc
ADDRESS:    4771 Alexandra Lane
            Machesney Park, IL  61115-0000

| | Contributions $36,242.00 | Interest $398.89 | Liq Damages $1,271.93 | Total $37,912.82 |
|---|---|---|---|---|
| Rockford PT 23  Pension | $16,894.72 | $185.65 | $592.58 | $17,672.95 |
| Rockford PT 23  Health | $14,793.60 | $162.57 | $518.88 | $15,475.05 |
| Rockford PT 23  401k | $0.00 | $0.00 | $0.00 | $0.00 |
| Rockford PT 23  Training | $1,415.04 | $15.55 | $49.64 | $1,480.23 |
| Rockford PT 23  Industry | $0.00 | $0.00 | $0.00 | $0.00 |
| Rockford PT 23  Intl Training | $107.20 | $1.18 | $3.76 | $112.14 |
| Rockford PT 23  Wage Assessment | $1,552.08 | $17.69 | $55.19 | $1,624.96 |
| Rockford PT 23  Build Trades | $64.32 | $0.70 | $2.26 | $67.28 |
| Rockford PT 23  Target Fund | $643.20 | $7.07 | $22.56 | $672.83 |
| Rockford PT 23  PAC | $42.88 | $0.47 | $1.50 | $44.85 |
| Rockford PT 23  IPTAPP | $150.08 | $1.65 | $5.26 | $156.99 |
| Rockford PT 23  Education | $578.88 | $6.36 | $20.30 | $605.54 |

Sincerely,

Michael G. Koehler
Payroll Audit Supervisor

cc.   Mr. Darryl Russell
      Ms. Dennis Johnson
      Ms. Phyllis Athans

The following are attached:

☑  Billing Letter
☑  Remittance Report
☑  Audit History
☐  Signed CBA

## Combined Crafts Statewide Audit Program

1. Date of Audit:    December 18, 2007   Reason:   Requested
2. Firm Name:    Kerby Plumbing & Mechanical, Inc.     Structure: Corporation
3. Address:    4771 Alexandra Lane    City\State:   Machesney Park, IL 61115
4. Invoice s/b/ sent to:
5. Phone No:    (815) 703-8211    6. Crafts:   Plumbers #23
    Fax No:
7. Owner(s):   Pres:   Norman D Kerby     V.Pres.   Robert Kerby
        Sec/Treas:   Gregory Kerby/Chris Kerby    Sole Prop.
        Partners:
   Employer Rep:   Wayne Kerby
8. Names not on Remittance Reports Submitted: See Attached Addendum:     X
9. Indicate here Deficiency in hours compared to contributions:     X
10. Indicate here No Deficiency in hours compared to contributions:
11. Comments Concerning Audit:

The audit was conducted using weekly payroll records, remittance reports, 941's, and Illinois quarterly wage reports. The audit revealed the company is delinquent for the months of August, September, and October 2007 and the month of November 2007 is also due.

Plumbers #23 - delinquent

12. Misclassification of Employees:
    Indicate here if Auditor furnished with 1099 & 1096 Forms:
    Indicate here if Employer stated no 1099 Forms filed this Period:     X
13. Signatory to an NBU Agreement?    Yes/No?   No   Craft:
   NBU Compliance?     Yes:       No:
   NBU employee funded under bargaining unit agreement:    Yes/No?   See summary
14. Signatory to an Alumni Agreement?    No    Craft:
   Alumni compliance?     Yes:       No:
15. Currently Delinquent?    Yes/No?   No    Period:
16. Period of Audit:    8/1/07 - 11/30/07
17. Employer Withdrawal:     Yes:       No:   X
   Reason:
18. Firm's EIN:    26-0354937     19. Auditor:   Emil Pocernich

AH02

PAYROLL AUDIT - SUMMARY OF RESULTS & NOTES

COMPANY NAME Kerby Plumbing & Mech, Inc.    DATE OF AUDIT:  Dec 18, 2007    DURATION: 8/1/07 - 11/30/07

The following personnel listed are not funded, funded elsewhere, and/or classified by the company as follows:

| NAME | SS# | CLASSIFICATION |
|---|---|---|
| Robert Kerby * | 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 | Vice-President |
| Gregory Kerby * | 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 | Secretary |
| Christopher Kerby * | 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 | Treasurer |

* Reported under the Plumbers #23 CBA.

AUDITOR:  Emil Pocernich

## PLUMBERS & PIPEFITTERS U.A. LOCAL 23
## AUDIT BILLING  SUMMARY SHEET

**Employer:** Kerby Plumbing & Mechanical, Inc.
**Audit Date:** December 18, 2007
**Audit Period:** 8/1/07 - 11/30/07

| | Fund | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|
| PT23P | Pension | 16,894.72 | 592.58 | 185.65 | 17,672.95 |
| PT23H | Health | 14,793.60 | 518.88 | 162.57 | 15,475.05 |
| PT23T | Training | 1,415.04 | 49.64 | 15.55 | 1,480.23 |
| PT23E | Education | 578.88 | 20.30 | 6.36 | 605.54 |
| PT23IT | Int'l Training | 107.20 | 3.76 | 1.18 | 112.14 |
| PT23WA | Wage Assessment | 1,552.08 | 55.19 | 17.69 | 1,624.96 |
| PT23BT | Building Trades | 64.32 | 2.26 | 0.70 | 67.28 |
| PT23TF | Target Fund | 643.20 | 22.56 | 7.07 | 672.83 |
| PT23PAC | PAC | 42.88 | 1.50 | 0.47 | 44.85 |
| PT23IPT | IPTAPP | 150.08 | 5.26 | 1.65 | 156.99 |
| | | | | | |
| | | $36,242.00 | $1,271.93 | $398.89 | $37,912.82 |

PT 23:

| | |
|---|---|
| PT23P | Plumbers & Pipefitters #23 Pension Fund |
| PT23H | Plumbers & Pipefitters #23 Health Fund |
| PT23T | Plumbers & Pipefitters #23 Training Fund |
| PT23E | Plumbers & Pipefitters #23 Education Fund |
| PT23IT | Plumbers & Pipefitters #23 International Training |
| PT23WA | Plumbers & Pipefitters #23 Wage Assessment |
| PT23BT | Plumbers & Pipefitters #23 Building Trades |
| PT23TF | Plumbers & Pipefitters #23 Target Fund |
| PT23PAC | Plumbers & Pipefitters #23 PAC Fund |
| PT23IPT | Plumbers & Pipefitters #23 IPTAPP Fund |

## PLUMBERS & PIPEFITTERS U.A. LOCAL 23
## AUDIT FRINGE BENEFIT REMITTANCE REPORT

Employer: Kerby Plumbing & Mechanical, Inc.    Work Mo: Aug 2007
Address: 4771 Alexandra Lane    Code: PT607
Machesney Park, IL  61115    Mos: 3
Prime rate: 7.50%    LD's

| Employee | Soc. Sec. # | Discrep. | Hrs Worked | Hrs Paid | Gross Wages | |
|---|---|---|---|---|---|---|
| Kerby, Christopher | 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 | delinquent | 160.00 | 160.00 | 5,392.00 | |
| Kerby, Gregory | 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 | delinquent | 128.00 | 128.00 | 4,313.60 | |
| Kerby, Robert | 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 | delinquent | 160.00 | 160.00 | 5,392.00 | |
| Kerby, Zachary | 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 | delinquent | 32.00 | 32.00 | 352.00 | |

| Fund | Contr. Rate | Total Hrs. | Contr. Amt. | L\D's | Interest | Total |
|---|---|---|---|---|---|---|
| Pension | $7.88 | 480.00 | 3,782.40 | 189.12 | 89.83 | 4,061.35 |
| Health | $6.90 | 480.00 | 3,312.00 | 165.60 | 78.66 | 3,556.26 |
| Training | $0.66 | 480.00 | 316.80 | 15.84 | 7.52 | 340.16 |
| Education | $0.27 | 480.00 | 129.60 | 6.48 | 3.08 | 139.16 |
| International Training | $0.05 | 480.00 | 24.00 | 1.20 | 0.57 | 25.77 |
| Wage Assessment | 2.50% | 15,449.60 | 386.24 | 19.31 | 9.17 | 414.72 |
| Building Trades | $0.03 | 480.00 | 14.40 | 0.72 | 0.34 | 15.46 |
| Target Fund | $0.30 | 480.00 | 144.00 | 7.20 | 3.42 | 154.62 |
| PAC | $0.02 | 480.00 | 9.60 | 0.48 | 0.23 | 10.31 |
| IPTAPP | $0.07 | 480.00 | 33.60 | 1.68 | 0.80 | 36.08 |
| | | | | Page | Total = | 8,753.89 |

## PLUMBERS & PIPEFITTERS U.A. LOCAL 23
## AUDIT FRINGE BENEFIT REMITTANCE REPORT

Employer: Kerby Plumbing & Mechanical, Inc.
Address: 4771 Alexandra Lane
Machesney Park, IL  61115

Work Mo:  Oct 2007
Code:  PT607
Mos:  1
Prime rate:  7.50%

LD's

| Employee | Soc. Sec. # | Discrep. | Hrs Worked | Hrs Paid | Gross Wages | |
|---|---|---|---|---|---|---|
| Kerby, Christopher | 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 | delinquent | 128.00 | 128.00 | 4,313.60 | |
| Kerby, Gregory | 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 | delinquent | 128.00 | 128.00 | 4,313.60 | |
| Kerby, Robert | 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 | delinquent | 128.00 | 128.00 | 4,313.60 | |
| Kerby, Zachary | 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 | delinquent | 128.00 | 128.00 | 1,408.00 | |

| Fund | Contr. Rate | Total Hrs. | Contr. Amt. | L\D's | Interest | Total |
|---|---|---|---|---|---|---|
| Pension | $7.88 | 512.00 | 4,034.56 | 201.73 | 31.94 | 4,268.23 |
| Health | $6.90 | 512.00 | 3,532.80 | 176.64 | 27.97 | 3,737.41 |
| Training | $0.66 | 512.00 | 337.92 | 16.90 | 2.68 | 357.50 |
| Education | $0.27 | 512.00 | 138.24 | 6.91 | 1.09 | 146.24 |
| International Training | $0.05 | 512.00 | 25.60 | 1.28 | 0.20 | 27.08 |
| Wage Assessment | 2.50% | 14,348.80 | 358.72 | 17.94 | 2.84 | 379.50 |
| Building Trades | $0.03 | 512.00 | 15.36 | 0.77 | 0.12 | 16.25 |
| Target Fund | $0.30 | 512.00 | 153.60 | 7.68 | 1.22 | 162.50 |
| PAC | $0.02 | 512.00 | 10.24 | 0.51 | 0.08 | 10.83 |
| IPTAPP | $0.07 | 512.00 | 35.84 | 1.79 | 0.28 | 37.91 |
| | | | | | Page  Total = | 9,143.45 |

## PLUMBERS & PIPEFITTERS U.A. LOCAL 23
## AUDIT FRINGE BENEFIT REMITTANCE REPORT

Employer: Kerby Plumbing & Mechanical, Inc.
Address: 4771 Alexandra Lane
Machesney Park, IL  61115

Work Mo: Nov 2007
Code: PT607
Mos:
Prime rate:                     LD's

| Employee | Soc. Sec. # | Discrep. | Hrs Worked | Hrs Paid | Gross Wages | |
|---|---|---|---|---|---|---|
| Kerby, Christopher | 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 | due 12/20 | 160.00 | 160.00 | 5,392.00 | |
| Kerby, Gregory | 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 | due 12/20 | 160.00 | 160.00 | 5,392.00 | |
| Kerby, Robert | 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 | due 12/20 | 160.00 | 160.00 | 5,392.00 | |
| Kerby, Zachary | 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 | due 12/20 | 160.00 | 160.00 | 1,760.00 | |

| Fund | Contr. Rate | Total Hrs. | Contr. Amt. | L\D's | Interest | Total |
|---|---|---|---|---|---|---|
| Pension | $7.88 | 640.00 | 5,043.20 | 0.00 | 0.00 | 5,043.20 |
| Health | $6.90 | 640.00 | 4,416.00 | 0.00 | 0.00 | 4,416.00 |
| Training | $0.66 | 640.00 | 422.40 | 0.00 | 0.00 | 422.40 |
| Education | $0.27 | 640.00 | 172.80 | 0.00 | 0.00 | 172.80 |
| International Training | $0.05 | 640.00 | 32.00 | 0.00 | 0.00 | 32.00 |
| Wage Assessment | 2.50% | 17,936.00 | 448.40 | 0.00 | 0.00 | 448.40 |
| Building Trades | $0.03 | 640.00 | 19.20 | 0.00 | 0.00 | 19.20 |
| Target Fund | $0.30 | 640.00 | 192.00 | 0.00 | 0.00 | 192.00 |
| PAC | $0.02 | 640.00 | 12.80 | 0.00 | 0.00 | 12.80 |
| IPTAPP | $0.07 | 640.00 | 44.80 | 0.00 | 0.00 | 44.80 |
| | | | | | Page Total = | 10,803.60 |