<h1 style="text-align:center">1st YEAR RESIDENTIAL APPRENTICE 2000-2001<br>PROMISSORY DEMAND NOTICE<br>For<br>SCHOLARSHIP LOAN AGREEMENT</h1>

$2000

I Christopher Kerby, herein after known as Apprentice, hereby promise to pay to the Rockford Area Plumbing, Pipefitting and Refrigeration Joint Apprenticeship Committee [the Committee], on demand a Scholarship Loan of **$2000** [the Loan Amount] in accordance with the terms and provisions of the Scholarship Loan Agreement between the undersigned and the Committee, dated September 7, 2000 [the Agreement]. The Loan amount represents direct and indirect funds provided by the Committee.

I also understand that the Loan Amount will be reduced in accordance with Paragraph 7 of the Agreement for every year I work for an Employer within the Plumbing and Pipefitting Industry who makes contributions, pursuant to a collective bargaining agreement, to the Committee or a like Joint Apprenticeship or Training Committee, as follows:

| Years Worked | Percent Total Reduced | Annual Cumulative Amount Reduced | Net Amount | Amount Due |
|---|---|---|---|---|
| 1. | 10% | $200.00 | $200.00 | $1800.00 |
| 2. | 15% | $300.00 | $500.00 | $1500.00 |
| 3. | 20% | $400.00 | $900.00 | $1100.00 |
| 4. | 25% | $500.00 | $1400.00 | $600.00 |
| 5. | 30% | $600.00 | $2000.00 | $ -0- |
|   | 100% |   |   |   |

I agree that if legal action is required to collect this Demand Note that I will pay interest at the prime rate prevailing as determined by the Amcore Bank of Rockford, Illinois, from the date of this Note, plus reasonable attorney's fees and all court costs.

Christopher Kerby
1924 Maple Ave
Loves Park IL 61111

Date: 9/7/00

_____
Apprentice Signature

EXHIBIT 7

## RESIDENTIAL APPRENTICE SCHOLARSHIP AGREEMENT
## BETWEEN
## APPRENTICE AND JOINT APPRENTICESHIP COMMITTEE

WHEREAS, the Joint Apprenticeship Committee of United Association Local Union No. 23 [hereinafter Committee], and Christopher Kerby [hereinafter Apprentice] understand and agree that the Committee will expend significant sums of money for the training of the Apprentice in the specialized skills necessary for employment in the Plumbing and Pipefitting Industry; and

WHEREAS, those sums of money will result in a substantial direct benefit, as well as a substantial indirect and intangible benefit to the Apprentice from this training, which is valued, at a minimum, in the amount set fourth in Paragraph 1 hereto [the Scholarship Loan]; and

WHEREAS, the Committee will grant a Scholarship Loan to the Apprentice in the amount set forth in paragraph 1 hereof for the 1st year of the Apprentice's training; and

WHEREAS, the Scholarship Loan amount for the Apprentice's subsequent years of training will be calculated on or before the anniversary date of this Agreement and a new Agreement and Promissory Note for that amount will be sent to the Apprentice and the Apprentice agrees to promptly execute such new Agreement and Promissory Note; and

WHEREAS, the Apprentice hereby understands and agrees that the Apprentice assumes certain obligations arising out of the training provided by the Committee, including the obligation to repay the total Scholarship Loan made to the Apprentice by the Committee for all years of training; and

WHEREAS, the Apprentice will repay the Scholarship Loan to the Committee pursuant to the terms set forth herein by either cash payment or in-kind credits received by working in the Plumbing and Pipefitting Industry for Employers under a collective bargaining agreement where by those Employers make contributions to the Committee;

NOW, THEREFORE, the Committee and Apprentice on this 7th day of September, 2000 hereby Agree and Covenant, for the good and valuable consideration set forth herein, as follows:

1. Scholarship Loan: The Committee and the Apprentice hereby agree that the cost of the training, necessary equipment, maintenance and cost of operating the training facility, instructor's salaries [where applicable], and related materials, and the amount of the Scholarship Loan for the 1st year of training covered by this Agreement is **$2000**, and that the Apprentice will execute this Agreement and Promissory Note in the amount attached hereto as Exhibit 1, and deliver such executed Agreement and Promissory Note to the Committee.

2. <u>Subsequent Years of Training:</u> The Committee and the Apprentice hereby agree that the cost of the training, necessary equipment, maintenance and cost of operating the training facility, instructor's salaries [where applicable], and related materials for each subsequent year of training shall be calculated by the Committee on or before the anniversary date of this agreement. That calculation shall be the amount of a new Agreement and Promissory Note that the Apprentice shall execute for that year of training. A separate Agreement and Promissory Note shall be signed for each year of training.

3. <u>Term of Training:</u> The Committee will provide training worth at least the amount loaned to the Apprentice hereby during the period from the **7th day of September, 2000 to the 7th day of September, 2001.**

4. <u>Repayment of Scholarship Loan:</u> The Scholarship Loan may be repaid by the Apprentice in full either in cash as set forth in Exhibit 1 hereto, or by in-kind credits, as set forth in Paragraph 7 hereof.

5. <u>Warranty of the Apprentice:</u> The apprentice agrees and warrants as a condition of receiving the Scholarship Loan that upon completion of the training provided pursuant to this Agreement, the Apprentice will neither seek nor accept employment from an Employer engaged in nor become an Employer engaged in, any general, mechanical, plumbing or pipefitting work or any other work covered by the Constitution of the United Association of Journeyman and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, AFL-CIO, unless such employment is performed under the terms of a collective bargaining agreement that provides for the payment of contributions by such Employer to the Committee or like Joint Apprenticeship Training Committee.

6. <u>Breach of this Agreement:</u> It will constitute an immediate breach of this Agreement if the Apprentice accepts employment in the Plumbing and Pipefitting Industry from an Employer who does not have a collective bargaining agreement which provides for the payment of contributions to the Committee or like Joint Apprenticeship Committee.

7. <u>Repayment by In-kind Credits:</u> An Apprentice, who works pursuant to a collective bargaining agreement for an Employer making payments to the Committee or a like Joint Apprenticeship Committee or Training Committee, will receive credit for each calendar year of such employment in accordance with the Repayment Schedule set out in the Promissory Note attached hereto as Exhibit 1, and all subsequent Promissory Notes signed by the Apprentice. The amount due the Committee for the Scholarship Loan will be reduced by such amount in accordance therewith.

8. <u>All Amounts Due and Payable if Breach Occurs:</u> If the Apprentice breaches this Agreement, all amounts due and owing on the Scholarship Loan, reduced by any credit received by the Apprentice pursuant to Paragraph 7 hereof, or by any cash payment made, will become immediately due and payable, together with interest at the prime interest rate then prevailing at the Amcore Bank in Rockford Illinois, from the date of this Agreement, and all costs of collection hereof, including reasonable attorney's fees and all court costs. The Apprentice hereby agrees and covenants to accept personal service and jurisdiction of any competent court determined by the Committee by the mailing of a copy of the Complaint brought pursuant to this Agreement to the current address provided in Paragraph 10 hereof.

9. <u>Waiver of Breach:</u> An inadvertent breach of this Agreement can be waived in writing by the Committee at its sole discretion, and a waiver of such inadvertent breach of this Agreement will not be unreasonably withheld by the Committee.

10. <u>Notice:</u> All notices under this Agreement will be sent to the Committee and Apprentice as follows:

   <u>Christopher Kerby</u>
   <u>1924 Maple Ave</u>
   <u>Loves Park IL 61111</u>

   Committee: Rockford Area Plumbing, Pipefitting and Refrigeration
   Joint Apprenticeship Committee
   4525 Boeing Drive
   Rockford, Illinois 61109

The Apprentice hereby agrees to notify promptly the Committee of any change in the Apprentice's address.

11. <u>Plumbing and Pipefitting Industry:</u> As used herein the term Plumbing and Pipefitting Industry means any and all types of work covered by a collective bargaining agreement to which the United States and Canada, AFL-CIO [hereafter the United Association] and/or affiliated Local Union are party or under the trade jurisdiction of the United Association's Constitution, or in a related building trade.

Signed and agreed to this 7th day of September, 2000

By _____
Signature and Title – Joint Apprenticeship Committee

By _____
Apprentice

## 2nd YEAR RESIDENTIAL APPRENTICE 2001-2002
## PROMISSORY DEMAND NOTICE
### For
### SCHOLARSHIP LOAN AGREEMENT

$2000

I Christopher Kerby, herein after known as Apprentice, hereby promise to pay to the Rockford Area Plumbing, Pipefitting and Refrigeration Joint Apprenticeship Committee [the Committee], on demand a Scholarship Loan of **$2000** [the Loan Amount] in accordance with the terms and provisions of the Scholarship Loan Agreement between the undersigned and the Committee, dated August 23, 2001 [the Agreement]. The Loan amount represents direct and indirect funds provided by the Committee.

I also understand that the Loan Amount will be reduced in accordance with Paragraph 7 of the Agreement for every year I work for an Employer within the Plumbing and Pipefitting Industry who makes contributions, pursuant to a collective bargaining agreement, to the Committee or a like Joint Apprenticeship or Training Committee, as follows:

| Years Worked | Percent Total Reduced | Annual Cumulative Amount Reduced | Net Amount | Amount Due |
|---|---|---|---|---|
| 1. | 10% | $200.00 | $200.00 | $1800.00 |
| 2. | 15% | $300.00 | $500.00 | $1500.00 |
| 3. | 20% | $400.00 | $900.00 | $1100.00 |
| 4. | 25% | $500.00 | $1400.00 | $600.00 |
| 5. | 30% | $600.00 | $2000.00 | $ -0- |
|    | 100% |  |  |  |

I agree that if legal action is required to collect this Demand Note that I will pay interest at the prime rate prevailing as determined by the Amcore Bank of Rockford, Illinois, from the date of this Note, plus reasonable attorney's fees and all court costs.

Christopher Kerby
1924 Maple Ave
Loves Park IL 61111

Date: 8/29/01

_Christopher Kerby_
Apprentice Signature

3rd YEAR RESIDENTIAL APPRENTICE 2002-2003
PROMISSORY DEMAND NOTICE
For
SCHOLARSHIP LOAN AGREEMENT

**$3600**

I Christopher Kerby, herein after known as Apprentice, hereby promise to pay to the Rockford Area Plumbing, Pipefitting and Refrigeration Joint Apprenticeship Committee [the Committee], on demand a Scholarship Loan of **$3600** [the Loan Amount] in accordance with the terms and provisions of the Scholarship Loan Agreement between the undersigned and the Committee, dated August 22, 2002 [the Agreement]. The Loan amount represents direct and indirect funds provided by the Committee.

I also understand that the Loan Amount will be reduced in accordance with Paragraph 7 of the Agreement for every year I work for an Employer within the Plumbing and Pipefitting Industry who makes contributions, pursuant to a collective bargaining agreement, to the Committee or a like Joint Apprenticeship or Training Committee, as follows:

| Years Worked | Percent Total Reduced | Annual Cumulative Amount Reduced | Net Amount | Amount Due |
|---|---|---|---|---|
| 1. | 10% | $360.00 | $360.00 | $3240.00 |
| 2. | 15% | $540.00 | $900.00 | $2700.00 |
| 3. | 20% | $720.00 | $1620.00 | $1980.00 |
| 4. | 25% | $900.00 | $2520.00 | $1080.00 |
| 5. | 30% | $1080.00 | $3600.00 | $ -0- |
|    | 100% | | | |

I agree that if legal action is required to collect this Demand Note that I will pay interest at the prime rate prevailing as determined by the Amcore Bank of Rockford, Illinois, from the date of this Note, plus reasonable attorney's fees and all court costs.

Christopher Kerby
1924 Maple Ave
Loves Park IL 61111

Date: 8/22/02

_____
Apprentice Signature

## 4th YEAR RESIDENTIAL APPRENTICE 2003-2004
## PROMISSORY DEMAND NOTICE
## For
## SCHOLARSHIP LOAN AGREEMENT

$3600

I Chris Kerby, herein after known as Apprentice, hereby promise to pay to the Rockford Area Plumbing, Pipefitting and Refrigeration Joint Apprenticeship Committee [the Committee], on demand a Scholarship Loan of **$3600** [the Loan Amount] in accordance with the terms and provisions of the Scholarship Loan Agreement between the undersigned and the Committee, dated August 4th, 2003 [the Agreement]. The Loan amount represents direct and indirect funds provided by the Committee.

I also understand that the Loan Amount will be reduced in accordance with Paragraph 7 of the Agreement for every year I work for an Employer within the Plumbing and Pipefitting Industry who makes contributions, pursuant to a collective bargaining agreement, to the Committee or a like Joint Apprenticeship or Training Committee, as follows:

| Years Worked | Percent Total Reduced | Annual Cumulative Amount Reduced | Net Amount | Amount Due |
|---|---|---|---|---|
| 1. | 10% | $360.00 | $360.00 | $3240.00 |
| 2. | 15% | $540.00 | $900.00 | $2700.00 |
| 3. | 20% | $720.00 | $1620.00 | $1980.00 |
| 4. | 25% | $900.00 | $2520.00 | $1080.00 |
| 5. | 30% / 100% | $1080.00 | $3600.00 | $ -0- |

I agree that if legal action is required to collect this Demand Note that I will pay interest at the prime rate prevailing as determined by the Amcore Bank of Rockford, Illinois, from the date of this Note, plus reasonable attorney's fees and all court costs.

Chris Kerby
7326 Wallingford Way
Rockford IL 61107

Date: 8/6/03

_Christopher Kerby_
Apprentice Signature

Signed and agreed to this 4th day of August, 2003

By _____
Signature and Title – Joint Apprenticeship Committee

By _____
Apprentice

**OFFICE COPY**

# FILE COPY

XXI. SIGNATURE PAGE FILE COPY

    A. I have read and understand the **STATEMENT OF POLICIES – RESIDENTIAL APPRENTICES** of the Rockford Area Plumbers, Pipefitters and Refrigeration Fitters U.A. Local 23 Joint Apprenticeship Training Committee (J.A.T.C.)

    B. The J.A.T.C. Training Director on the below date reviewed all sections of the **STATEMENT OF POLICIES – RESIDENTIAL APPRENTICES** answering all questions to my satisfaction.

_8/6/03_
Date

_Christopher Kerby_
Printed signature of Apprentice

_8/6/03_
Date

_[signature]_
Written signature of Apprentice