Kerby Pluming & Mechanical, Incorporated
4771 Alexander Lane
Machesney Park IL  61115

To whom it may concern,
   This letter is to in form the union officials that Robert D. Kerby, Gregory E. Kerby, and Christopher L. Kerby are resigning their membership status in local 23. We would like to thank the membership and officials for their time and concerns over the years.

Respectfully Submitted,

Robert D. Kerby
*/s/ Robert D Kerby/*

Gregory E. Kerby
*/s/ Gregory E. Kerby/*

Christopher L. Kerby
*/s/ Christopher L Kerby/*

Page 1

EXHIBIT 8