# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

LORITA ALDANA-HAYWOOD,

   Plaintiff,

v.

SMITHKLINE BEECHAM CORP., d/b/a
GLAXOSMITHKLINE,

   Defendant.

Case No.:

### AFFIDAVIT OF JOSHUA E. JOHNSON

I, Joshua E. Johnson, Esq., state under the penalties of 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney with Pepper Hamilton LLP. Pepper Hamilton LLP represents SmithKline Beecham Corporation d/b/a GlaxoSmithKline and I have personal knowledge of the domicile of GSK, and have personally reviewed same prior to making this affidavit.

2. SmithKline Beecham Corporation d/b/a GlaxoSmithKline is a Pennsylvania corporation with its principal place of business in Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2008.

                                                                  _____
                                                                  Joshua E. Johnson