# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LORITA ALDANA-HAYWOOD, | |
| Plaintiff, | |
| v. | Case No.: |
| SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, | |
| Defendant. | |

### AFFIDAVIT OF ERIC F. QUANDT

I, Eric Quandt, Esq., state under the penalties of 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner with Pugh, Jones, Johnson & Quandt, P.C., counsel for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline in this matter. I am making this Affidavit in support of Defendant's Notice of Removal.

2. The statements made in this Affidavit are based upon my personal knowledge.

3. I caused an investigation to be undertaken that revealed that family members of Plaintiff reside in Illinois, and that Plaintiff has an Illinois driver's license.

4. On April 1, 2008, I had a telephone conference with Plaintiff's counsel David M. Cialkowski of Zimmerman Reed, PLLP, to inquire about Plaintiff's citizenship. I was informed that Plaintiff's counsel had no knowledge of any intent of Plaintiff to move outside the State of Illinois.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Executed on April 8, 2008.

_____
Eric F. Quandt, Esq.

2