**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
|  |  |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |  |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES    NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES    NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES    NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES    NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL          APPOINTED COUNSEL | |

# CERTIFICATE OF SERVICE

I, John M. Broderick, an attorney, certify that I shall cause to be served a copy of **Appearance on behalf of Defendant,** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, Electronic Case Filing ("ECF"), or as otherwise stated, as indicated below, on April 8, 2008 before 5:00 p.m.

|  |  |
|---|---|
| ☐ CM/ECF | *Attorneys for Plaintiff* |
| ☒ Facsimile/ 2 Pages | David M. Cialkowski |
| ☐ Federal Express | Zimmerman Reed, PLLP |
| ☒ U.S. Mail | 651 Nicollet Mall, Suite 501 |
| ☐ Messenger | Minneapolis, MN 55402 |
|  | (612) 341-0400 |
|  | (612) 341-0844 fax |

*Attorneys for Plaintiff - Of Counsel*
Bryan F. Aylstock
Aylstock, Witkin, Kreis & Overholtz, PLLC
803 North Palafox St.
Pensacola, FL 32501
(850) 916-7450
(850) 916-7449 fax

Vance Andrus
Andrus Boudreaux, PLC
1775 Sherman Street
Denver, CO 80203
(303) 376-6360
(303) 376-6361 fax

Joseph Zonies
Reilly Pozner & Connelly, LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
(303) 893-6100
(303) 893-6110 fax

s/John M. Broderick