UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RONALD WILKS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WEYERHAEUSER COMPANY,<br><br>　　　　　　　Defendant. | Case No. _____ |

## NOTICE OF REMOVAL

Defendant, WEYERHAEUSER COMPANY, by its attorneys, Morgan, Lewis & Bockius LLP, pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby removes this action from the Circuit Court for the Seventeenth Judicial Circuit, Winnebago County, Illinois, to the United States District Court for the Northern District of Illinois, Western Division.  This action may be removed because this Court has original jurisdiction under 28 U.S.C. § 1332 based on the complete diversity of the parties and an amount in controversy in excess of $75,000.  In support of removal, Weyerhaeuser states as follows:

　　　1.　　On March 27, 2008, Weyerhaeuser was personally served with a copy of the Summons and Complaint.  A copy of the Summons and Complaint is attached hereto as Exhibit A.  Weyerhaeuser's Notice of Removal is timely pursuant to 28 U.S.C. § 1446 because it is filed within thirty (30) days of the date on which Weyerhaeuser was served with the Complaint.

　　　2.　　Plaintiff is a resident of Winnebago County, Illinois. (Complaint ¶ 1.)  Therefore, Plaintiff is a citizen of the state of Illinois.

1-CH/211107.1

3.  Weyerhaeuser is a Washington corporation, with its principal place of business in Federal Way, Washington. Therefore, Weyerhaeuser is a citizen of the state of Washington.

4.  Plaintiff's Complaint pleads one cause of action: retaliation (specifically, discharge) for exercising his statutory rights under the Illinois Workers' Compensation Act, 820 ILCS 305/1, *et seq.* (Complaint ¶ 7.)

5.  In his Complaint, Plaintiff requests, among other relief, an undisclosed amount of damages for stress and emotional harm he has allegedly suffered, an undisclosed amount representing the value of his lost wages and expenses he allegedly incurred attempting to restore his lost wages, and an undisclosed amount of punitive damages. (Complaint at 2, 3.) Because Plaintiff was terminated almost two years ago, his claim for lost wages alone exceeds $75,000. Moreover, Plaintiff's counsel has consistently maintained that Plaintiff's overall damages are well in excess of $75,000.

6.  Therefore, this action may be removed because this Court has original jurisdiction under 28 U.S.C. § 1332 based on the complete diversity of the parties and an amount in controversy in excess of $75,000.

Dated: April 16, 2008

                                          WEYERHAEUSER COMPANY

                                          By: **/s/Charis A. Runnels**

                                          Nina G. Stillman
                                          Charis A. Runnels
                                          John W. Drury
                                          MORGAN, LEWIS & BOCKIUS LLP
                                          77 West Wacker Drive, Fifth Floor
                                          Chicago, IL 60601
                                          Telephone: (312) 324-1000
                                          Fax: (312) 324-1001
                                          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Charis A. Runnels, an attorney, certify that I served the foregoing Notice of Removal by causing a true and correct copy of the same to be delivered by Federal Express to:

>Tracy L. Jones
>Law Office of Jim Black & Associates
>202 West State Street, Suite 1000
>Rockford, IL 61101

on this 16th day of April, 2008.

/s/Charis A. Runnels