# EXHIBIT A

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
WINNEBAGO COUNTY

RONALD WILKS, )
)
      Plaintiff, )
) CASE NO. 68 L 120
    vs. )
)
WEYERHAEUSER, )
)
      Defendant. )

## SUMMONS

To each defendant:

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.
This summons may not be served later than 30 days after its date.

Witness  3/25 , 2008

Thomas Allen
Clerk of Court    RLG

Plaintiff's Attorney:

Tracy L. Jones
Law Office of Jim Black & Associates
202 W State, Suite 1000
Rockford, IL 61101
T: 815 967 9000

Serve Defendant at:

Weyerhauser
2100 23rd Avenue
Rockford, IL 61104
T: 815 398 2100

Date of service _____, 2008

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
WINNEBAGO COUNTY

RONALD WILKS, )
 )
    Plaintiff, )
 ) Case No.
vs. )
 ) 08 L 120
WEYERHAEUSER, )
 )
    Defendant. )

FILED
Date: 3/25/08
_____ A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

## COMPLAINT FOR WRONGFUL TERMINATION

NOW COMES plaintiff, RONALD WILKS, by and through his attorney, JIM BLACK, complaining against Defendant, WEYERHAEUSER, and in support thereof alleges as follows:

1. At all times relevant herein Defendant, WEYERHAEUSER, was a Corporation licensed to do business in the State of Illinois and was doing business in the State of Illinois, County of Winnebago.

2. At all times relevant herein Plaintiff, RONALD WILKS, was a citizen of the State of Illinois, County of Winnebago.

### COUNT I

3. Plaintiff reasserts and alleges paragraphs 1 through paragraphs 2 as though fully set forth herein.

4. The Complaint for Wrongful Termination alleged herein occurred on or about April 25, 2006.

5. Beginning on July 17, 1989 Plaintiff, RONALD WILKS, was an employee of Defendant, WEYERHAEUSER.

6. That on or about September 1, 2005 Plaintiff, RONALD WILKS, suffered a work injury and thus had certain rights under the Illinois Workers' Compensation Act.

7. For exercising his rights under the Illinois Workers' Compensation Act Plaintiff, RONALD WILKS, was fired by Defendant, WEYERHAEUSER, in retaliation for the alleged following conduct on April 20, 2006:

    a. he filed an Application for Adjustment of Claims under the Worker's Compensation act and sought medical treatment after being injured at work on July 10, 2003;

    b. he followed the professional advice of his treating doctor who had diagnosed him with an injury and ordered additional medical treatment;

    c. he suffered a subsequent injury at work on or about September 1, 2005, reported it to his supervisor, Derek Mangseth, and requested permission to go to the company doctor.

    d. he again requested permission to go to the company doctor for his work injury on or about April 20, 2006 and indicated intention of filing a worker's compensation case.

WHEREAS, as direct and proximate result of the firing, Plaintiff, RONALD WILKS, has suffered and continues to suffer emotional harm, stress, loss of wages and expenses in attempt to restore his lost wages.

## COUNT II

8. Plaintiff reasserts and alleges paragraphs 1 through paragraphs 7 as though fully set forth herein.

9. That the above-mentioned actions by Defendant, WEYERHAEUSER, were done willfully, wantonly and intentionally.

WHEREFORE, Plaintiff prays this Court grant judgment in his favor and against Defendant for punitive damages and other lost wages plus attorney's fees and costs.

PLAINTIFF DEMANDS TRIAL BY JURY OF TWELVE

RON WILKS, plaintiff

BY: _____
JIM BLACK

LAW OFFICE OF JIM BLACK & ASSOCIATES
202 W. State St. - Suite 1000
Rockford, IL 61101
Ph: (815) 967-9000
Fax: (815) 986-2762