# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

Ronald Wilks

v.

Weyerhaeuser Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Weyerhaeuser Company

| | |
|---|---|
| NAME (Type or print)<br>Charis A. Runnels | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Charis A. Runnels | |
| FIRM<br>Morgan, Lewis & Bockius LLP | |
| STREET ADDRESS<br>77 West Wacker Drive, Fifth Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270534 | TELEPHONE NUMBER<br>(312) 324-1124 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ✔    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ✔    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |