## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| MATT WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Case No. 07 LM 1688** |
| | ) | |
| CITY OF ROCKFORD, a Municipal | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF REMOVAL</u>

NOW COMES the Defendant, CITY OF ROCKFORD, a municipal corporation, by and through its' attorneys, City of Rockford Department of Law, Patrick W. Hayes, Legal Director and Angela L. Hammer, Assistant City Attorney, and in support of its' Notice of Removal pursuant to 28 U.S.C. §1446 states as follows:

1.    On August 24, 2007, the Plaintiff filed a Complaint for Replevin to initiate the above-listed action.

2.    On March 27, 2008, the Plaintiff filed an Amended Complaint at Law alleging violations of 42 U.S.C. §1983 and 42 U.S.C. §1988.

3.    The initial action for Replevin was not removable to the United States District Court.

4.    However, the Amended Complaint at Law alleges violations of the Plaintiff's civil rights.

5.      The Plaintiff alleges the violations occurred in the City of Rockford, Winnebago County, Illinois.

6.      28 U.S.C. §1443 provides:

> Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:
> (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;
> (2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.

7.      The District Court for the Northern District of Illinois, Western Division has jurisdiction over this matter, pursuant to 28 U.S.C. §1443, and the Defendant's Notice of Removal of Action is timely filed.

8.      A copy of all process, pleadings, and orders served upon Defendant is filed with this notice.

9.      Defendant will give written notice of the filing of this notice and file a copy of the same with the Circuit Clerk of Winnebago County, in compliance with 28 U.S.C. §1446(d).

WHEREFORE, the Defendant requests that this action be removed from the State of Illinois, Circuit Court of the 17th Judicial Circuit, and proceed in this Court as an action in the United States District Court for the Northern District of Illinois, Western Division.

DATED:        April 22, 2008            Respectfully submitted,

City of Rockford Department of Law,
Attorneys for Defendant


By:   /s/ Angela L. Hammer_____
Angela L. Hammer, Assistant City Attorney

City of Rockford Department of Law
425 East State Street
Rockford, IL  61104
(815) 987-5540