FILED

Date: 8/24/07

Thomas A. Klein
Clerk of the Circuit Court
By_____RLG_____ Deputy
Winnebago County, IL

In the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois

JASON BAILEY
MATT WILLIAMS,

Plaintiffs

v.                                              No. 07 LM -1688

CITY OF ROCKFORD,

Defendant

## COMPLAINT FOR REPLEVIN

1. That at all times relevant hereto the Plaintiff's have been employed as police officers for the Defendant City of Rockford.

2. That at all times relevant hereto the Defendant City of Rockford has been a municipal corporation under the laws of the State of Illinois.

3. That each Plaintiff is the owner of a Glock 40 caliber semi-automatic handgun and is lawfully entitled to the immediate possession of the same.

4. That the handguns described in paragraph 3 are being wrongfully detained by the defendant.

5. That the handguns described in paragraph 3 have not been taken for any tax, assessment or fine levied by virtue of any law of this state, against the property of the Plaintiffs, or against either of them individually, nor were the handguns seized under any lawful process against the goods and chattels of the plaintiffs subject to that lawful process, nor are the handguns held by virtue of any order for replevin against either Plaintiff.

6. The value of the property is $500.00 for each handgun, the total value being $1,000.00.

7. The Plaintiffs claim the value of the property not delivered to the officer pursuant to the order of replevin.

WHEREFORE, Plaintiffs pray this honorable Court enter an order for replevin granting

A. Possession of the property,

B. The value of the property not delivered,

C. Damages for the detention, and

D. Such other relief as the Court deems equitable and just.

AFFIDAVIT

Jason Bailey and Matt Williams, being first duly sworn, do hereby state on oath, that the allegations in this complaint are true.

_____
Jason Bailey

_____
Matt Williams

Signed and sworn before me
August 24, 2007

_____
Notary Public

"OFFICIAL SEAL"
SHIRELLE M MALONE
Notary Public, State of Illinois
My Commission Expires 5/25/2008

Byrd & Taylor, Attorneys at Law
308 W. State St., Ste. 450
Stewart Square
Rockford, IL 61101
(815) 964-5492

In the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois

FILED Date 8/24/07
Thomas A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

JASON BAILEY
MATT WILLIAMS,

Plaintiffs

v. No. 07 LM 1688

CITY OF ROCKFORD,

Defendant

To each defendant:

You are hereby notified that on __August 24__, 2007, a complaint, a copy of which is attached, was filed in the above court seeking an order of replevin. Pursuant to law a hearing will be held to determine whether such an order shall be entered in this case. If you wish to contest the entry of such order, you must appear at this hearing at __Room 426__, at __11:00__ o'clock __A__ M., on __September 6__, 2007.

Byrd & Taylor, Attorneys at Law
308 W. State St., Ste. 450
Stewart Square
Rockford, IL 61101
(815) 964-5492

# THOMAS A. KLEIN
Winnebago County Circuit Clerk
400 West State Street
Rockford, IL 61101

| Case Number: | 2007-LM-001688 | Receipt Number: | 18222222 |

| Plaintiff | Defendant | Attorney |
|---|---|---|
| JASON BAILEY | CITY OF ROCKFORD | BYRD AND TAYLOR<br>308 W STATE ST 120<br>ROCKFORD, IL 61101 |

Agency:                                Ticket:

| Item | Fee | Category | | Payor |
|---|---|---|---|---|
| 001 | 126.00 | Replevin $500.01 - $2500. | 1001 | JASON BAILEY |
| Total | 126.00 | | | |

| Account | Charge | Paid | Payment | Balance |
|---|---|---|---|---|
| AUTOMATION | | | 15.00 | |
| CIRCUIT CLERK FILING FEES | | | 40.00 | |
| COURT SERVICES / SECURITY | | | 25.00 | |
| LIBRARY FEE | | | 13.00 | |
| DOCUMENT STORAGE | | | 15.00 | |
| COURT SYSTEMS | | | 5.00 | |
| CHILDRENS WAITING ROOM FE | | | 5.00 | |
| ARBITRATION | | | 8.00 | |
| Total | | | 126.00 | |
| | | Bond Used | | |
| | | Cash | | |
| Check #  7273 | Check Date 08/24/2007 | Check | | 126.00 |
| | | Total Tendered | | 126.00 |
| | | Change Due | | |
| | | Balance Due | | .00 |

puty Clerk:   RG C101                          Batch 08-241-029 Date 08/24/2007 Time 13:05:03

## FILE COPY

STATE OF ILLINOIS
CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
WINNEBAGO COUNTY

FILED
Date: 9/6/07
Thomas A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

Bailey & Williams

-vs-

City of Rockford

Case No. 07 LM 1688

# ORDER

This Cause coming before the Court for first return on a replevin action, the issue of possession being resolved by return of the property, it is hereby ordered that the Plaintiffs be granted 21 days to file an Amended Complaint herein. This Cause is set for status on 10/11/07 at 9:00 AM

Dated: 9/6/07

P=McHugh for City of Rfd.
Ct

_____
JUDGE

CC-75

**STATE OF ILLINOIS**
**CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT**
**WINNEBAGO COUNTY**

FILED

Date: 10/11/07
Thomas A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

Jason Bailey
Matt Williams

-vs-

City of Rockford

Case No. 07 LM 1688

## ORDER

This Cause coming before the Court, By Agreement of the Parties, it is hereby ordered:

1) This Cause is continued to 12/13/2007 at 9:00 for status on whether the Plaintiffs wish to Amend their Complaint

Dated: 10/11/07

_____
JUDGE

STATE OF ILLINOIS                                                                          CC-75
CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
WINNEBAGO COUNTY

FILED
Date: 12/13/07
Thomas A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

Matt Williams                       )
                                    )
                                    )
                                    )
          -vs-                      )   Case No. 07 LM 1688
City of Rockford                    )
                                    )
                                    )

# ORDER

By agreement of the Parties this Cause is continued to 1/17/2008 at 1:30 pm for Status.

Dated: 12/13/2008

_____
JUDGE

STATE OF ILLINOIS  CC-75
CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
WINNEBAGO COUNTY

Jason Bailey  
Matt Williams

-VS-

City of Rockford

Case No. 07 CM 1688

FILE STAMP
FILED
Date: 1/17/08
Thomas A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

## ORDER

This Cause comes before the Court, by agreement the Court hereby orders:

1) The Complaint of Plaintiff Jason Bailey is hereby dismissed with Prejudice

2) This Cause shall be continued for further status on Whether Plaintiff Matt Williams wishes to Amend or otherwise proceed on his claims. Status shall be on 2/20/08 at 9 AM

Dated: 01/17/08

_____ JUDGE

Williams

-vs-

City of Rockford



FILE STAMP
FILED
Date: 2/20/08
Morris A. Klein
Clerk of the Circuit Court
Winnebago County

Case No. 07 LM 1688

# ORDER

This matter coming to be heard on Status, the Court being fully advised in the Premises hereby ORDERS:

This matter is continued for Status to: March 12, 2008 at 9:00 a.m. Courtroom 436.

Dated: Feb 20, 2008

_____
JUDGE

CC-75

**STATE OF ILLINOIS**
**CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT**
**WINNEBAGO COUNTY**

FILED
Date: 3/12/08
Thomas A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

Matt Williams

-vs-

City of Rockford

Case No. 07 CM 1688

## ORDER

By Agreement of the Parties, it is hereby Ordered

1) Plaintiff is granted 7 days to file an Amended Complaint

2) Defendant is granted 28 days to ~~plead~~ Answer or otherwise Plead

3) This case is set for Status 4/23/08 at 9:00 AM

Dated: 3/2/08

_____
JUDGE

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

| | |
|---|---|
| MATT WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-LM-1688 |
| ) | |
| CITY OF ROCKFORD, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

To: City of Rockford, Illinois
    Patrick W. Hayes, Legal Director
    425 East State Street
    Rockford, IL 61104

FILED
Date: 3/27/08
Clerk of the Circuit Court
By DMS Deputy
Winnebago County, IL

PLEASE TAKE NOTICE that on the 27st day of March, 2008, we have caused to be filed our AMENDED COMPLAINT AT LAW with the Clerk of the Circuit Court, Winnebago County Courthouse in Rockford, Illinois. Copies of said pleadings are attached hereto and herewith served upon you.

BYRD & TAYLOR, ATTORNEYS AT LAW

By: _____
Christopher J. Taylor
Attorney for Defendant

BYRD & TAYLOR, ATTORNEYS AT LAW
308 West State Street, Suite 450
Stewart Square
Rockford, Illinois 61101
(815) 964-5492
Atty. No: 3904

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

MATT WILLIAMS, )
)
      Plaintiff, )
)
vs. )
) Case No. 07-LM-1688
CITY OF ROCKFORD, )
)
      Defendant. )

## AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff MATT WILLIAMS, by and through his Attorneys BYRD & TAYLOR, by Christopher J. Taylor, and for his COMPLAINT, states as follows:

### COUNT I (42 U.S.C. § 1983)

1. At all times relevant hereto, Plaintiff was a resident of the County of Winnebago, State of Illinois.

2. At all times relevant hereto, the Defendant was a Municipal Corporation of the State of Illinois, located in the County of Winnebago, State of Illinois.

3. That, CHET EPPERSON, was at all times relevant hereto, a Policy maker of the Defendant, acting within his official capacity.

4. In or around August 2007, Defendant acting by and through Chet Epperson did confiscate from the Plaintiff a firearm owned by the Plaintiff, that being a Glock pistol.

5. That Defendant's seizure of the Plaintiff's firearm occurred under color of law or custom.

6. That the seizure of the Plaintiff's firearm subjected the Plaintiff to a Deprivation of his right to be free from unreasonable seizure of his property as secured by the Fourth Amendment to the United States Constitution.

7. That deprivation of property, together with the concomitant humiliation suffered by the Plaintiff in connection with the violation are compensable pursuant to the Statute contained in 42 U.S.C. § 1983.

WHEREFORE, the Plaintiff MATT WILLIAMS, prays for damages against the Defendants for an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

## COUNT II (42 U.S.C. § 1988)

1-7. Plaintiff repeats and re-alleges paragraphs 1-7 of Count I as paragraphs 1-7 of Count II as if fully setforth herein.

8. That Legal Fees are properly awarded to the Plaintiff pursuant to statute if the Plaintiff prevails on the claims contained in Count I.

WHEREFORE, the Plaintiff MATT WILLIAMS, prays for damages against the Defendants for an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

Respectfully submitted,
MATT WILLIAMS

By: _____
Christopher J. Taylor
Attorney for Plaintiff

BYRD & TAYLOR, ATTORNEYS AT LAW
308 W. State St., Ste. 450
Stewart Square
Rockford, IL  61101
(815) 964-5492
Atty. No. 3904

## **PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon Attorneys of Record of all parties to the above cause by depositing the same in a United States post office box in an envelope plainly addressed, with postage fully prepaid on the 27th day of March, 2008, on or before the hour of 5:00 p.m.

                                              */s/ Shirelle M. Malone*
                                              Shirelle M. Malone

BYRD & TAYLOR, Attorneys at Law
308 W. State Street, Suite 450
Stewart Square
Rockford, IL 61101
(815) 964-5492
Attorney No.: 3904