STATE OF ILLINOIS            )
                             )  SS
COUNTY OF WINNEBAGO          )

### PROOF OF SERVICE

The undersigned, being first duly sworn on oath deposes and says that on the 23rd day of April, 2008, she served the attached document, namely, Notice of Removal, upon the within named:

**CHRISTOPHER TAYLOR**
**308 West State Street, Suite #450**
**Rockford, IL  61101**

By causing a copy to be sent via U.S. Postage, postage pre-paid, before the hour of 5:00p.m. on the above date, in the City of Rockford, Illinois.

*Angela L. Hammer*
Angela L. Hammer

SUBSCRIBED AND SWORN to before me
this 23rd day of April, 2008.

*Nora A. Doyle*
Notary Public

OFFICIAL SEAL
NORA A. DOYLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-19-2010

CITY OF ROCKFORD DEPARTMENT OF LAW
425 East State Street
Rockford, IL  61104
Phone:  (815) 987-5540
Fax:     (815) 967-6949