UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MATT WILLIAMS,              )<br>                                          )<br>         Plaintiff,              )<br>                                          )<br>   vs.                                  ) Winnebago County Case No.: 07 LM 1688<br>                                          )<br>CITY OF ROCKFORD, a municipal )<br>corporation                         )<br>                                          )<br>         Defendant.          ) | |

### NOTICE OF FILING

TO:   Attorney Christopher Taylor
      Byrd & Taylor
      308 W. State Street, Suite # 450
      Rockford, IL  61101

PLEASE TAKE NOTICE that on the 23rd day of April, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division in Rockford, Illinois 61101, Winnebago County Illinois, a Notice of Removal in the above-referenced case, a copy of which is attached hereto and served upon you.

City of Rockford Department of Law

By: _____
Angela L. Hammer, Assistant City Attorney

Subscribed to and sworn to before me
this 23rd day of April, 2008.

_____
Notary Public

OFFICIAL SEAL
SHELIA ALEXANDER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-19-2008

City of Rockford Department of Law
425 East State Street
Rockford, Illinois 61104
(815) 987-5540