| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.<br>Illinois Department of Human Rights and EEOC<br>*State or local Agency, if any* | [ ] FEPA<br>[x] EEOC | 440-2007-05166 |

| NAME *(Indicate Mr., Ms., Mrs.)*<br>Mrs. Melissa Orifici | | HOME TELEPHONE *(Include Area Code)*<br>815-262-9424 |
|---|---|---|
| STREET ADDRESS<br>11199 Shaw Road | CITY, STATE AND ZIP CODE<br>Rockford, IL 61114 | DATE OF BIRTH<br>January 22, 1965 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

| NAME<br>Gray Television Group, Inc. | NUMBER OF EMPLOYEES, MEMBERS<br>2,000+ | TELEPHONE *(Include Area Code)*:<br>815-987-5300 |
|---|---|---|
| STREET ADDRESS<br>2523 North Meridian Road | CITY, STATE AND ZIP CODE<br>Rockford, IL 61101 | COUNTY<br>Winnebago |
| NAME | NUMBER OF EMPLOYEES, MEMBERS: | TELEPHONE *(Include Area Code)* |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box (es)*

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN

[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER Pregnancy Act

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL)
9/01/2003            7/31/2006

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*

I was employed by Gray Television Group, Inc. ("Gray Television") as News Anchor, beginning in that position June 14, 1993. I performed my job in a way that satisfied Gray Television's legitimate expectations. I was discharged by Gray Television on or about July 31, 2006, and discriminated against during my employment, on the basis of my age. My date of birth is January 22, 1965. Gray Television subjected me to different terms and conditions of employment because of my age, and discharged me because of my age. For example, Gray Television interfered with the teleprompter during newscasts while I was on screen, canceled my personal appearances and added other obstacles to my performance of my duties to which similarly situated employees substantially younger than I were not subjected. Similarly situated employees who were substantially younger than I and not 40 years old were treated more favorably than I was. I was replaced by an employee substantially younger than myself.

See next page, attached.

RECEIVED EEOC
MAY 1 7 2007
CHICAGO DISTRICT OFFICE

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/11/07   Charging Party: *Melissa Orifici*

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*Melissa Orifici*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month and year)   11th day, May 2007

"OFFICIAL SEAL"
DANA M. DOW
Notary Public, State of Illinois
My Commission Expires 09/09/07

EEOC Form 5 modified

**EXHIBIT A**

Particulars, continued.

I was employed by Gray Television Group, Inc. ("Gray Television") as News Anchor, beginning in that position June 14, 1993. I performed my job in a way that satisfied Gray Television's legitimate expectations. I was discharged by Gray Television on or about July 31, 2006, and discriminated against during my employment, on the basis of my sex, female. Gray Television subjected me to different terms and conditions of employment because of my sex, and discharged me because of my sex. In particular, Gray Television interfered with the teleprompter during newscasts while I was on screen, canceled my personal appearances and added other obstacles to my performance of my duties to which similarly situated male employees were not subjected. Similarly situated male employees were treated more favorably than I was.

I was employed by Gray Television Group, Inc. ("Gray Television") as News Anchor, beginning in that position June 14, 1993. I performed my job in a way that satisfied Gray Television's legitimate expectations. I opposed unlawful employment practices by Gray Television, including discrimination on the basis of age. I was discharged by Gray Television, Inc. on or about July 31, 2006, and discriminated against during my employment, because I opposed unlawful employment practices, including discrimination on the basis of age. Gray Television, Inc. subjected me to different terms and conditions of employment because I opposed unlawful employment practices, and discharged me because of that opposition. Similarly situated employees who did not oppose unlawful employment practices were not discharged, and were treated more favorably than I was. I was replaced by an employee who had not opposed unlawful employment practices.