**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| MELISSA ORIFICI<br>       v.<br>GRAY TELEVISION GROUP, INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   Plaintiff, Melissa Orifici

| NAME (Type or print) |
|---|
|    JOHN REARDEN, JR. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|    s/   John Rearden, Jr. |
| FIRM |
|    Oliver, Close, Worden, Winkler & Greenwald LLC |
| STREET ADDRESS |
|    124 North Water Street, Suite 300 |
| CITY/STATE/ZIP |
|    Rockford, IL 61107 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06191721 | 815/968-7591 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL [ ]        APPOINTED COUNSEL [ ] |