UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MELISSA ORIFICI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | |
| GRAY TELEVISION GROUP, INC., | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### JURY DEMAND

Plaintiff MELISSA ORIFICI, by her attorneys, OLIVER, CLOSE, WORDEN, WINKLER & GREENWALD LLC, demands a trial by jury.

          MELISSA ORIFICI, Plaintiff

          By:   OLIVER, CLOSE, WORDEN,
                  WINKLER & GREENWALD LLC

          By:_____s/John Rearden, Jr._____
                  One of her attorneys

John Rearden, Jr.
Oliver, Close, Worden, Winkler & Greenwald LLC
124 N. Water St., Suite 300
P.O. Box 4749
Rockford, IL, 61110-4749
815/968-7591