**SOCIAL SECURITY ADMINISTRATION**

**Refer to:** TLC
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

Office of Disability Adjudication
and Review
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (703) 605-8000
Date: **April 25, 2008**

Mr. Frederick J. Daley, Esq.
55 West Monroe Street
Suite 2440
Chicago, IL 60603

Dear Mr. Daley, Esq.:

Re: Mark A. Raisbeck, P.O. Box 25, Warren, IL 61087

On August 31, 2007, the Appeals Council denied a request for review of the Administrative Law Judge's decision. The Council has now received your request for more time to file a civil action (ask for court review).

**We Are Giving You More Time to File a Civil Action**

The Appeals Council now extends the time within which you may file a civil action (ask for court review) for 10 days from the date you receive this letter. We assume that you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

**If You Have Any Questions**

If you have any questions, you may call, write, or visit any Social Security office. If you do call or visit an office, please have this notice with you. The telephone number of the local office that serves your area is 815-235-3138. Its address is:

        SOCIAL SECURITY
        4 EAST LINDEN
        DOWNTOWN FREEPORT
        FREEPORT, IL 61032

*Arnita D. Dix*
Arnita D. Dix
Hearings and Appeals Analyst

cc:
Mr. Mark A. Raisbeck
P.O. Box 25
Warren, IL 61087