UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

BERGSTROM, INC.,

        Plaintiff,

v.                                         Case No. _____

GLACIER BAY, INC.,

        Defendant.

## COMPLAINT

Plaintiff, Bergstrom, Inc., ("Bergstrom") through its attorneys, alleges for its Complaint against Glacier Bay, Inc., ("Glacier Bay"), as follows:

### NATURE OF THE ACTION

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 271 and 281, *et seq.*

### THE PARTIES

2. Bergstrom, Inc. is an Illinois corporation having a principal place of business at 2390 Blackhawk Road, Rockford, Illinois ("Bergstrom").

3. Upon information and belief, Glacier Bay is a Nevada corporation having a principal place of business at 2845 Chapman Street in Oakland, CA 94601.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, and 1338(a), because this civil action arises under the Patent Act, which is an Act of Congress relating to patents.

5. This Court has personal jurisdiction over Glacier Bay, pursuant to Illinois' long-arm statute, 735 I.L.C.S. §5/2-209, and otherwise, because, on information and belief, the infringing goods are offered for sale and/or sold in the state of Illinois, and the injury of Glacier Bay's infringement will be felt mainly in the State of Illinois where Bergstrom is located.

6. Venue is appropriate in this district because Glacier Bay is a resident of this district as defined by 28 U.S.C. § 1391(c).

## INFRINGEMENT OF U.S. PATENT NO. 6,889,762

7. On May 10, 2005, United States Letters Patent No. 6,889,762, entitled "Vehicle Air Conditioning And Heating System Providing Engine On And Off Operation" (the "'762 Patent"), was duly and legally issued to inventors Terry Ziegler and Eric Elias. A true and correct copy of U.S. Patent No. 6,889,762 B2 is attached as Exhibit A.

8. The '762 Patent was assigned to Bergstrom, Inc.

9. Bergstrom produces climate control systems that incorporate one or more features and/or elements described and claimed in the '762 Patent.

10. Bergstrom has marked the climate control systems that include the patented features and/or elements as described and claimed in the '762 Patent in accordance with 35 U.S.C. § 287.

11. Upon information and belief, Glacier Bay has infringed and continues to infringe Claim 1, among others, of the '762 Patent by its manufacture, use, offer for sale, and/or sale of certain climate control systems known as the "ClimaCab" system, or "No-Idle Truck HVAC," or variants thereof.

12. Upon information and belief, Glacier Bay's infringement has been and continues to be willful.

13. As a result of Glacier Bay's actions, Bergstrom has suffered and continues to suffer substantial injury, including irreparable injury, that will result in damages to Bergstrom, including loss of sales and profits, which Bergstrom would have made but for the infringement by Glacier Bay, unless Glacier Bay is enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Bergstrom asks this Court to enter judgment in its favor against Glacier Bay as follows:

A. That a judgment be entered that Glacier Bay has infringed United States Letters Patent No. 6,889,762 in violation of 35 U.S.C. § 271.

B. An award of damages to Bergstrom with interest and costs, for Glacier Bay's infringement of the '762 patent.

    C.    That Glacier Bay, its agents, sales representatives, distributors, servants and employees, attorneys, affiliates, subsidiaries, successors and assigns, and any and all persons or entities acting at, through, under or in active concert or in participation with any or all of them, be enjoined and restrained preliminarily during the pendency of this action and thereafter permanently, from infringing United States Letters Patent No. 6,889,762 pursuant to 35 U.S.C. § 283.

    D.    That a judgment be entered that Glacier Bay be required to pay over to Bergstrom all damages sustained by Bergstrom due to such patent infringement and that such damages be trebled pursuant to 35 U.S.C. § 284 for the willful acts of infringement complained of herein.

    E.    That Bergstrom be awarded such other and further relief as the Court deems just and equitable.

## JURY DEMAND

Bergstrom requests a trial by jury.

Dated this 5th day of May, 2008.

    /s/ David G. Hanson
    David G. Hanson
    Jeffery J. Makeever
    Attorneys for Plaintiff
    Reinhart Boerner Van Deuren s.c.
    1000 North Water Street, Suite 2100
    Milwaukee, WI 53202
    Telephone: 414-298-1000
    Facsimile: 414-298-8097
    dhanson@reinhartlaw.com

REINHART\2301237