

June 21, 2007

I, Duane Scholl, state that wearing footgear over the ankle causes my foot pain and renders the foot unstable. It interferes with my ability to operate the control pedals of the truck. I experience pain in the ankle and heel area.

_____          6-22-07
Duane Scholl                                          Date