STATE OF ILLINOIS )
) ss
COUNTY OF MCHENRY )

### VERIFICATION

      Under penalties as provided by law, the undersigned certifies that the statements set forth in the attached Complaint are true and correct except as to matters herein stated to be on information and belief and to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Duane M. Scholl

SUBSCRIBED AND SWORN TO before me
this _19th_ day of _May_, 2008.

_____
NOTARY PUBLIC

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, Illinois 60098
Office: (815) 338-7773
Fax: (815) 338-7738

OFFICIAL SEAL
BILLIE JEAN BLAIR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/06/11