IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| WASTE MANAGEMENT OF ILLINOIS, INC.; | ) | JUDGE |
| WASTE MANAGEMENT OF WISCONSIN, INC.; and ECOLAB INC. | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**NOTICE OF LODGING OF PROPOSED CONSENT DECREE PENDING SOLICITATION OF PUBLIC COMMENT BY U.S. DEPARTMENT OF JUSTICE**

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("U.S. EPA"), hereby notifies the Court that the United States is lodging with the Court a proposed Consent Decree which resolves claims under Sections 106, 107 and 113(g)(2) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. §§ 9606, 9607 and 9613(g)(2), for implementation of remedial action and partial recovery of response costs incurred and to be incurred by the United States at the Evergreen Manor Groundwater Contamination Superfund Site in Roscoe Township, Winnebago County, Illinois ("Site" or "Evergreen Manor Site").  The Consent Decree requires Defendants Waste Management of Illinois, Inc. ("WMIL"), Waste Management of Wisconsin, Inc. ("WMWI") and Ecolab, Inc. ("Ecolab") ("Settling Defendants") to implement the remedy selected by the U.S. EPA in the Record of Decision ("ROD") for the Site, and to pay $550,000 in partial recovery of the United States' past response costs incurred at the Site as well as U.S.

EPA's future costs of overseeing the implementation of the remedial action.

*At this time, the Court should not sign and enter the proposed Consent Decree.* Instead, the proposed Consent Decree should remain lodged with the Court while the United States provides an opportunity for public comment in accordance with Section 122(d)(2) of CERCLA, 42 U.S.C. § 9622(d)(2) and U.S. Department of Justice regulations codified at 28 C.F.R. § 50.7. The U.S. Department of Justice will publish in the Federal Register a notice that the proposed Consent Decree has been lodged with the Court. The notice will solicit public comment for a period of 30 days. During the comment period, no action is required of the Court.

After the close of the comment period, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that the proposed settlement is inappropriate, inadequate or improper, and advise the Court whether the United States requests that the Consent Decree be entered.

>Respectfully submitted,
>
>RONALD J. TENPAS
>Assistant Attorney General
>Environment and Natural Resources
>    Division
>
>_____
>FRANCIS J. BIROS
>Trial Attorney
>Environmental Enforcement Section
>United States Department of Justice
>P.O. Box 7611, Ben Franklin Station
>Washington, D.C. 20044
>202-616-6552
>202-616-6584 (FAX)
>frank.biros@usdoj.gov

        PATRICK C. FITZGERALD
        United States Attorney
        Northern District of Illinois

        __s/ Monica V. Mallory_____
        MONICA MALLORY
        Assistant United States Attorney
        308 West State Street, Suite 300
        Rockford, Illinois 61101
        (815) 987-4444
        Monica.mallory@usdoj.gov

OF COUNSEL:

JOHN C. MATSON
Associate Regional Counsel
U.S. Environmental Protection Agency - Region 5
77 W. Jackson Blvd. (C-14J)
Chicago, Illinois 60604