IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| WASTE MANAGEMENT OF ILLINOIS, INC.; ) | |
| WASTE MANAGEMENT OF WISCONSIN, ) | |
| INC.; and ECOLAB INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF FILING AND SERVICE

I certify that on May 29, 2008, the foregoing United States' Notice of Lodging of Proposed Consent Decree Pending Solicitation of Public Comment by the U.S. Department of Justice was filed electronically and a paper copy of the attachments to the Proposed Consent Decree was delivered to the Clerk. I certify also that on May 29, 2008, service of a true and correct copy of the foregoing United States' Notice of Lodging of Proposed Consent Decree Pending Solicitation of Public Comment by the U.S. Department of Justice along with a disk containing the attachments to the Proposed Consent Decree was made upon the attached list of Parties by prepaid first class U.S. Mail, by depositing same with personnel in the Office of the U.S. Attorney mailroom.


May 29, 2008                    s/ Monica V. Mallory
                                MONICA MALLORY
                                Assistant United States Attorney
                                Northern District of Illinois
                                308 West State Street, Suite 300
                                Rockford, Illinois 61101
                                (815) 987-4444
                                Monica.mallory@usdoj.gov

United States v. Waste Management of Illinois, Inc. et al., (N.D. Ill.) Service List:

Rachel Schneider
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, Wisconsin 53202
Phone: (414)277-5829
rschneider@quarles.com


Frederick Mueller
Johnson & Bell, Ltd.
55 East Monroe Street, Suite 4100
Chicago, Illinois 60603
(312)984-0281
muellerf@jbltd.com


John C. Matson
U.S. EPA, Region 5 (Chicago)
C-14J
77 W Jackson Blvd.
Chicago, Illinois 60604
Phone: (312)886-2243
matson.john@epa.gov