**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| WILKE TRUST, <br> HOWARD WILKE, as Trustee, <br>     Plaintiff, <br>         v. <br> RG GLOBAL LIFESTYLES, INC. <br> And GRANT KING, as Chief <br> Executive Officer, <br>     Defendants. | ) <br> ) CIVIL ACTION NO. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT**

NOW COMES the Plaintiff, WILKE TRUST and HOWARD WILKE, as Trustee, by and through their attorney, Law Offices of Robert D. Lowe, Complaining of Defendants, RG GLOBAL LIFESTYLES, INC. and GRANT KING, as Chief Executive Officer.  Plaintiffs further state:

1. WILKE TRUST is a Trust created under the laws of the State of Illinois.

2. HOWARD WILKE, as Trustee, resides in the County of McHenry, State of Illinois and is, otherwise, a citizen of the State of Illinois.

3. RG GLOBAL LIFESTYLES, INC. (hereinafter, "RG GLOBAL") is a California corporation with its principle offices located at 30021 Tomas, Suite 200, Rancho Santa Margarita in the County of Orange, State of California and is, otherwise, a citizen of the State of California.

4. GRANT KING was chief executive officer of RG GLOBAL on January 12, 2007, and has been at all relevant times.

5. Original Jurisdiction is proper under 28 USC §1332, in that the Defendants reside in a different state from that of Plaintiff and the amount in controversy exceeds $75,000.00.

6. Venue is proper under 28 USC §1391, in that a substantial amount of the transaction at issue took place in the County of Winnebago, in the State of  Illinois.

## COUNT I - ACTION ON PROMISSORY NOTE

## DEFAULT ON PROMISSORY NOTE

Plaintiff repleads and incorporates by reference Paragraphs 1 through 6.

7. Defendant is in default of a promissory note.

8. On January 12, 2007, Defendants, as borrowers, negotiated a written promissory note (hereinafter, "NOTE"), whereas, Defendants, as makers of NOTE, unconditionally promised to pay Plaintiff, as lender and holder in due course of NOTE, the amount of $350,000.00 upon the Maturity Date of January 11, 2008, plus accrued interest at a rate of 8% per annum from January 12, 2007.  (See Exhibit A)

9. NOTE contained an unconditional promise to pay a fixed amount of money, which included fixed formulas for interest to accrue.

10. NOTE was to be paid at a definite time and also provided for payment on demand.

11. NOTE is, and has always been since NOTE first issued, payable to Plaintiff, as evidenced by the terms on NOTE.

12. In exchange for the NOTE, Plaintiff agreed to lend Defendants the principal amount of $350,000.00.

13. Plaintiff did lend Defendants the principal amount, under the terms of NOTE.

14. Defendants have not paid Plaintiff any amount of the principal amount or accrued interest.

15. Plaintiff has made several demands for payment of the $350,000.00 plus any interest since January 11, 2008.

16. Under terms of the NOTE, Plaintiff is entitled to 11% interest per annum on the total sum of the unpaid principal plus accrued interest after the Maturity Date of January 11, 2008.

17. Plaintiff is entitled reasonable attorney fees, under terms of the promissory note and warrant, for litigating this matter.

1
2
3
4
5
6
7

    WHEREFORE, Defendants are in default of their obligation to pay Plaintiff on NOTE, Plaintiff prays this Honorable Court enter Judgement in its favor and against Defendants in the amount of $395,097.00, which is calculated to be the total of the principal, $350,000.00, plus 8% simple interest per annum from January 12, 2007, to January 11, 2008, plus 11% simple interest per annum from January 11, 2008, to June 09, 2008, on the total sum of principal plus the 8% interest. In addition, Plaintiff prays for reasonable attorney fees, plus court costs, plus any other remedy this Court deems just.

8
9
10
11
12

                                    WILKE TRUST and
                                    HOWARD WILKE, as Trustee,
                                    Plaintiff,
                                    By:

                                        /s/ Robert F. May
                                    Robert F. May
                                    202 West State St., Ste. 200
                                    Rockford, IL 61107
                                    E: attorney.it@gmail.com

13
14
15
16

Robert F. May, Attorney No. 6291788
LAW OFFICES OF ROBERT D. LOWE
202 West State Street, Suite 200
Rockford, Illinois 61101
TEL: (815)877-2500
FAX: (815)877-2300

17
18
19
20
21
22
23
24
25
26
27
28