UNITED STATES DISTRICT COURT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

WILKE TRUST, HOWARD WILKE, as Trustee

      V

RG GLOBAL LIFESTYLES, INC., a California Corporation, and
GRANT KING, as Chief Executive Officer,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILKE TRUST and HOWARD WILKE, as Trustee

| | |
|---|---|
| **NAME** (Type or print) <br> Robert F. May | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> /s/ Robert F. May | |
| **FIRM** <br> Law Offices of Robert D. Lowe | |
| **STREET ADDRESS** <br> 202 West State Street, Suite 200 | |
| **CITY/STATE/ZIP** <br> Rockford, Illinois 61101 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6291788 | **TELEPHONE NUMBER** <br> (815)877-2500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |