UNITED STATES DISTRICT COURT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:

WILKE TRUST, HOWARD WILKE, as Trustee

      V

RG GLOBAL LIFESTYLES, INC., a California Corporation and
GRANT KING, as Chief Executive Officer,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILKE TRUST and HOWARD WILKE, as Trustee

| NAME (Type or print) |
|---|
| Robert D. Lowe |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Robert D. Lowe |
| FIRM |
| Law Offices of Robert D. Lowe |
| STREET ADDRESS |
| 202 West State Street, Suite 200 |
| CITY/STATE/ZIP |
| Rockford, Illinois 61101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6279250 | (815)877-2500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐