## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| **CHRISTIAN K. NARKIEWICZ-LAINE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.** |
| **v.** | ) | |
| | ) | **Judge:** |
| **SCANDINAVIAN AIRLINES SYSTEMS** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF ELECTRONIC FILING

To:     Christian K. Narkiewicz-Laine
760 Dewey Avenue
Galena, Illinois 61036

Please take notice that on the 17th day of June, 2008, we caused to be filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, the following **Notice of Removal** on behalf of Defendant, Scandinavian Airlines Systems, a copy of which is attached hereto and served upon you herewith.

Respectfully submitted,

SCANDINAVIAN AIRLINES SYSTEMS

By:     ___s/Michael S. McGrory_____
One of Its Attorneys

Alan L. Farkas
Michael S. McGrory
Madsen, Farkas & Powen, LLC
20 S. Clark Street, Suite 1050
Chicago, Illinois 60603
T:  (312) 379-3444
F:  (312) 379-3443

## <u>CERTIFICATE OF SERVICE</u>

      The undersigned attorney states that he caused to be mailed a copy of the above-described document(s) to the following individuals, by depositing same, postage prepaid, in an official depository of the United States Mail at 20 South Clark Street, Chicago, Illinois on this 17th day of June, 2008.

            _____s/ Michael S. McGrory _____
            Michael S. McGrory

Christian K. Narkiewicz-Laine
760 Dewey Avenue
Galena, Illinois 61036

Mr. Michael Holland
Condon & Forsyth, LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 894-6780