


Page Park School
5949 Safford Road
Rockford, Illinois 61101-2276
815 / 966-3770
FAX 815 / 966-5297

April 2, 2008

Dear Parents, Guardians, Family Members, and Friends,

Over the last several years there has been much discussion regarding the future of Page Park School. Many of our students have successfully transitioned into special education classrooms located in regular education buildings across the district. Therefore, the number of students here at Page has continually declined. At this time we only have an enrollment of 42 students for this school year. We are anticipating a few students graduating at the end of this school year, which will result in even fewer students attending this center. The expenses of operating an entire building for less than 40 students are significant. Therefore, we will be relocating to another site at the end of this school year. We are scheduled to move into a separate wing of the Auburn Freshman Campus at Wilson immediately after the last day of school. This campus is located at 520 N. Pierpont Ave., very near our current location. We are projected to open our doors to students on June 23rd for the Extended School Year Session. Our wing will be totally separate from the rest of the Wilson campus. We will continue to carry out and implement our high quality program for students.

We will be busy planning and packing in the next several weeks. Of course, part of our plans includes a huge party on the grounds to celebrate the many years of memories made here. We will also celebrate and welcome in the excitement of the new chapter in Page Park History. You will receive more details about the move as they are finalized.

Please stop by or give us a call with any questions you may have.

Sincerely,

Deb Johnson,
Principal

/lg

Doc: word: Page Park move 4/08



Wilson
(Page Park Program)
Extended Summer School
June 23 – July 31, 2008
Monday -- Thursday
8:00 -- 12:00

Dear Parents/Guardians,

**WELCOME** to the first ever summer program at our new location at Wilson, 520 North Pierpont Avenue. We have been busy moving, setting up, and getting everything ready to go. Our classrooms look great and teachers are ready. The staff has been incredible and has worked very hard to insure everything is ready for the students. They all deserve a round of applause!! We would not be ready if it were not for their dedicated efforts.

We will be working on IEP goals and objectives this summer as we assist the students in becoming comfortable in the new building. Our first priority will be to make sure all students feel safe and learn where everything is located. We will also continue our annual summer activities, i.e., July 4th parade, car wash, cook-out, etc. Staff and students will also be doing gardening and planting flowers at our entrance.

Construction continues on our new kitchen area and nursing office. Our bathrooms and new shower are installed. Our house area with bedroom, living room, and dining area is done. Our sensory motor room is set up with equipment for students but will require further organization as we go along. Throughout the summer we will work on unpacking and organizing the music/library room, the PE room, and the art/vocational room.
PE + Motor Room are one & the same

This is an exciting time as we move forward. Please stop by!! As before, my door is always open. Attached you will find a list of information you may find useful. Here's wishing that you all have a fun relaxing and safe summer.

Sincerely,
Debbie Johnson
Deb Johnson
Wilson Principal




- The Wilson phone number is 815-720-4764 (we are hoping to get our 815-966-3770 back).
- We are located in the southwest wing of the Wilson building. Enter the south entrance off Pierpont (nearest to School St.) and follow the Fresh Start signs to the back. There will be a small parking lot with our front door to the right.
- Summer school is Monday through Thursdays ***except*** school will be held on Friday, June 27th but not on Thursday, July 3rd.
- Lunch will be provided.

June 20, 2008

Illinois State Board of Education
Attn: Due Process Coordinator
100 North First Street
Springfield, IL 62777-0001

Via Fax: 217-782-0372
and U.S. Mail

Rockford School District #205
District Superintendent
Linda Hernandez
201 S. Madison St.
Rockford, IL 61101

Via Fax: 815-966-3193
and U.S. Mail

Attorney Steve Katz
201 S. Madison St.
Rockford, IL 61101

Via Fax: 815-966-3905
and U.S. Mail

Indian Prairie District #204
District Superintendent
Stephen Daeschner
Crouse Education Center
780 Shoreline Drive
Aurora, IL 60504

Via U.S. Mail

RE: Due Process Request for
Matthew ________

Dear Ms. Hernandez:

This letter is to inform you that Kimberly ________, as guardian, is requesting a Due Process Hearing for her son, Matthew ________, D.O.B. 10/26/89, who is attending Page Park School. Her address is ________, Naperville, IL 60564. Her telephone number is (630) ________. Their language is English.

Matthew is severely and profoundly disabled due to P.D.D., M.I., Autism and A.D.H.D.

PLAINTIFF'S EXHIBIT 2

**COMPLAINT AGAINST ROCKFORD SCHOOL DISTRICT #205 and INDIAN PRAIRIE DISTRICT #204**

1.) For 2008-2009 school year, Matthew ______ will be transferred from a full time special education self contained school namely Page Park unilaterally with out notice and agreement by his guardian.

2.) The guardian disagrees that Matthew will be able to receive a free and appropriate public education at a regular middle/high school in a self contained program.

3.) Educational services that Matthew needs that he has not received since 2006-2007 school year to present because of the District's reduction of all services due to their plans to close the Page Park School and which is a violation of his I.E.P.'s.

   a) movement in the community with a one-on-one aide;

   b) therapeutic swimming and hydrotherapy in a pool designed for special needs;

   c) picture chart PEC program;

   d) life skills training, particularly with eating/use of kitchen;

   e) teeth brushing;

   f) use of outside activities to reduce aggression, namely walking, riding bike, throwing balls.

4.) As a result of the reduction of services to Matthew and the failure to follow Matthew's I.E.P.'s, his behavior and aggression has increased significantly over the last school year and his medication has had to increase which is a chemical restraint.

5.) That without the proper structure and programming available at Page Park School or a similarly designed therapeutic school Matthew will continue to regress. He will be in a more restrictive environment in a locked down wing of a regular middle/high school. He needs a school that has:

   a) a program of outside walking trails, a garden, and outside physical activity available;

   b) a swimming, hydrotherapy program;

c) a life skill programming in a kitchen-home atmosphere;

d) a safe environment far from a busy street.

**REMEDIES REQUESTED**

A. Provide and follow I.E.P. as previously prepared.

B. Placement in a least restrictive environment namely a school where Matthew will not be locked down.

C. Retention of the program at Page Park School or a similar self contained school with a therapeutic pool, therapeutic play ground, walking trails, a therapeutic garden and a therapeutic kitchen.

Very truly yours,

JOYCE O'NEILL AUSTIN,
JOA/mk

c: Kimberly ______

June 24, 2008

Illinois State Board of Education
Attn: Due Process Coordinator
100 North First Street
Springfield, IL 62777-0001

Via Fax: 217-782-0372
and U.S. Mail

Rockford School District #205
District Superintendent
Linda Hernandez
201 S. Madison St.
Rockford, IL 61101

Via Fax: 815-966-3193
and U.S. Mail

Attorney Steve Katz
201 S. Madison St.
Rockford, IL 61101

Via Fax: 815-966-3905
and U.S. Mail

RE: Due Process Request for
Gillian ____________

Dear Ms. Hernandez:

This letter is to inform you that Charlotte ________ is requesting a Due Process Hearing for her daughter, Gillian __________, D.O.B. 7/08/90, who is attending Page Park School. Her address is _________________, Rockford, Illinois 61102 . Her telephone number is (815)___________. Their language is English.

Gillian ____________ is severely and profoundly disabled due to Landau-Kleffner Syndrome (a seizure disorder), with profound Pervasive developmental Delays, and Sensory Integration Disorders.

**COMPLAINT AGAINST ROCKFORD SCHOOL DISTRICT #205**

1.) For 2008-2009 school year, Gillian _____________ will be transferred from a full-time, special education, self-contained school namely Page Park, unilaterally with out notice and agreement by her parent. The parent was not allowed to participate at all in this decision and in fact only received a generic notice.



2.) The parent disagrees that Gillian will be able to receive a free and appropriate public education at a regular middle/high school in a self contained program.

3.) Educational services that Gillian needs that she has not received since 2006-2007 school year to present because of the District's reduction of all services due to their plans to close the Page Park School and which is a violation of her I.E.P.'s.

a) adaptive physical therapy restricted to 60 minutes a month-this is of no use what so ever. Regular education children must have P.E. at least 2 to 3 times a week;

b) therapeutic swimming and hydrotherapy in a pool designed for special needs;

c) life skills training, particularly with eating/use of kitchen;

d) teeth brushing; and

e) use of outside activities to reduce aggression, and to reduce muscle atrophy, namely walking, riding adaptive bike, throwing balls.

4.) All of the above were a part of Gillian's I.E.P.'s but were gradually removed by District #205 within the last two school years, without the parents agreement or knowledge.

5.) That without the proper structure and programming available at Page Park School or a similarly designed therapeutic school Gillian will continue to regress and/or not make the progress she is able to do. She will be in a more restrictive environment in a locked down wing of a regular middle/high school. She needs a school that has:

a) a program of outside walking trails, an adaptive, therapeutic garden, and outside physical activity available;

b) a swimming, hydrotherapy program;

c) a life-skills program in a kitchen-home atmosphere; and

d) a safe environment far from a busy street in that she has a tendency to run away.

**REMEDIES REQUESTED**

A. Provide and follow I.E.P. as previously prepared for the 2005-2006 school year.

B. Placement in a least restrictive environment namely a school where Gillian will not be locked down in an unsafe situation.

C. Stay-put for Gillian in the program at Page Park School or a similar self contained school with a therapeutic pool, therapeutic play ground, walking trails, a therapeutic garden, a therapeutic kitchen, appropriate bathroom facilities and a full time nurse because of her life threatening seizures.

Very truly yours,

JOYCE O'NEILL AUSTIN,
JOA/mk

c: Charlotte ____________

# Rockford Board of Education Meeting

June 10, 2000

Information: Page Park/Skyview/Fresh Start Programs

Submitted By: Colleen Cyrus
Assistant Superintendent of Student Support

## A. BACKGROUND ANALYSIS

In response to continuing concerns and questions about the movement of the Page Park/Skyview/Fresh Start programs, please see the attached documents which will elaborate on each program and each of their numerous related issues.

## B. EDUCATIONAL IMPACT STATEMENT

Each program is unique and essential to the students of this district and without question have an enormous impact on their educational and life-long success.

## C. STRATEGIC PLAN COMPATIBILITY STATEMENT

The recommendation is consistent with:
Strategy 1: Curriculum - *Effectively implement curriculum standards and assessments throughout the district and increase accountability throughout the system for improving student achievement.*
Strategy 2: Finance – *Create a sound financial plan that will balance the budget and focus our financial resources on educational priorities.*
Strategy 3: Partnerships – *Expand partnerships with all aspects of our diverse community, including business, education, service agencies, religious organizations and families.*
Strategy 5: Staffing – *Attract, retain and develop the staff necessary to achieve our strategic objectives.*

## D. STATUTE, BOARD POLICY OR RULE STATEMENT

The recommendation is consistent with Board Policy 3.10 – General School Administration – Goals and Objectives.

## E. FISCAL IMPACT STATEMENT

N/A






**F. SUPERINTENDENT GOAL**

N/A

**G. IMPLEMENTATION AND ASSESSMENT PLAN**

Implementation will take place at the onset of the 2008-2009 school year.

**ADMINISTRATION'S RECOMMENDATION**

N/A

# *Frequently Asked Questions*
# *Movement of Special Needs Program*
# *Page Park to Wilson*

**Q: Who Attends this Special Needs Program?**

**A:** Students whose IEP requires a separate facility have had their services previously delivered at Page Park School, will now have the services delivered in the renovated wing of the school at 520 North Pierpont.

**Q: What academic services will be provided at Wilson?**

**A:** All appropriate general and special curriculum areas will continue to be addressed. Illinois Learning Standards and IEP goals drive all instructional decisions. A wide range of support services will continue to be available for the student's unique educational needs. These will include but are not limited to:

current P.E. levels are inadequate & have been reduced over 2½ yrs.

- A Library containing books and educational games appropriate for cognitive levels of the special needs population. (The entire library from Page Park will be moved to Wilson)
- Music, Art, and PE: Students will receive specials at the same level as are currently provided at Page Park. PE will be taught in the auxiliary gym, which is available to Wilson students all day every school day.
- Daily Living Skills: All daily living skills taught in the apartment area will continue to be taught at the new location in specially designated areas.
- There will be a designated area established at Wilson to work on vocational education skill sets.

(see notes entitled "New Page Park Facility")

**Q: How will the therapy needs of students be met in the new location?**

**A:** All required therapy services will continue to be delivered at the new location. These services are driven by each student's IEP and may change from year to year. The administration will adjust the therapy services as students IEPs change. All current age appropriate equipment and services are moving to Wilson. Current and next year services will include Speech, Occupational and Physical Therapies. → see notes entitled "New Page Park Facility"

**Q: What nursing services will be available at Wilson?**

**A:** There will be a full time nurse on the premises of Wilson/Auburn Freshman Campus. → shared

**Q: How will the student's social and recreational needs be met?**

**A:** The District is paving an additional area for Wilson students, a 1250 meter long nature trail is available, fields are adjacent to Wilson, a park is located across the street, and the auxiliary gym is continually available to Wilson for Cheerleading, Basketball games, sporting events, parties and Prom. A High School size gym will be available on a limited basis to the students at Wilson. ↖ see notes

**Q: What is the interaction between Auburn Freshman Campus and Wilson School?**

**A:** Wilson, while sharing a roof with Auburn Freshman Campus, will be a separate facility. It will have its own principal, secretary, faculty, staff, entrance, parking lot, phone service, network server, classrooms, schedule, and calendar of social, family, and community events.

This negates the purpose of "least restrictive environment."

# Page Park Program aKa: FreshStart / SKyview CK

The Page Park Program consists of two separate programs housed under one umbrella. Each program is designed to serve the needs of the students assigned to it. One will continue to serve the needs of student's with disabilities and/or students that require a more long term program. The other will serve at-risk students needing a new direction in their academic career.

**The First Program**

The first program, will serve the needs of students with disabilities and may also admit students without disabilities that require a more structured, long term learning environment. The program will consist of a disciplined approach to ensure appropriate services for the exigent needs of each student. It will follow a modified middle/high school schedule that allows for individual needs while encouraging student participation within expected behavioral limits. Students, in this program, will use a Student Success Record to analyze and understand personal actions that detract from their ability to succeed in their home school. Classes taken will be in line with expected graduation requirements, but the limited scope of elective possibilities and non-existent extra-curricular programming detracts from the student's overall educational growth. Consequently, the desired outcome is for each student to attain personal growth within the program to achieve a return to his or her home school and engage in a more encompassing learning environment.

Students in the first program will be divided in groups by grade level. Teachers will be assigned to teach students based on appropriate certification and meeting highly qualified status for the content area. The following chart is an abbreviated example of the first program:

| | Period One | Period 2 | Period 3 | Period 4 | Period 5 |
|---|---|---|---|---|---|
| Teacher 1 - Math | 6th grade | 7th grade | 8th grade | 9th grade | 10th grade |
| Teacher 2 - Science | 10th grade | 6th grade | 7th grade | 8th grade | 9th grade |
| Teacher 3 - SS | 9th grade | 10th grade | 6th grade | 7th grade | 8th grade |
| Teacher 4 – LA/Reading | 8th grade | 9th grade | 10th grade | 6th grade | 7th grade |

**The Second Program**

The second program, will serve the needs of at-risk students, envelopes a nurturing and disciplined approach toward a more responsible attitude and successful education. It consists of two strands that provide opportunities for student growth and acceptance of personal decision-making. One strand is a demanding and structured program that

encapsulates the necessary steps for student academic success. It covers nine weeks of a school year and involves multiple layers of student guidance to enhance the probability of future success. The other strand is demanding and structured but could cover eighteen weeks of a school year. The following is a summary of each strand.

First strand:

The first strand, encompassing nine weeks of the school year, will continue to use the Student Success Records to document and analyze student progress. Students will make a count day or not depending on their daily point total. If a student earns a no count day, he/she will repeat the missed day. Their goal is to achieve 30 count days in the quarter and remain under 100 accumulated Page Park discipline violation points. If the student achieves this result, they will be returned to their home school at the end of the quarter. If 100+ Page Park discipline violation points are reached, the student will be moved to the 18-week strand at the end of the nine-week strand. A successful completion (minimum of 30 positive count days and 99 or less Page Park discipline violation points) of this nine week strand will also provide the student with re-entry to this strand should they find themselves in discipline difficulty at their home school later.

Second Strand:

.The second strand, encompassing 18 weeks of the school year, will also use the Student Success Record to document and analyze student progress. It will also maintain the current system of count days, which include drops. Students earn placement in this strand for two distinct reasons: 1) non –successful completion of the first strand and 2) a student who has been returned to the home school and earned enough discipline violation points to return to Page Park and they had been unsuccessful in their first attempt at the first strand. A student's continued disruptive behaviors will be further intervened upon by various guidance and counseling elements that will be available to serve those needs not fully addressed in the shorter strand. To successfully complete this strand, the student must have made a minimum of 30 count days and earned less than 200 accumulated Page Park discipline violation points. There are two positive incentives built into this strand. First, for each count day the student has been able to amass beyond the 30 count day minimum, they will have 5 discipline violation points removed from their home school point total. Second, the student can elect to return to their home school upon achieving the 30 count day minimum if it is achieved before the end of the 18 weeks. Should the student be returned to the home school upon an unsuccessful venture of this strand, it will ensure that they will return to this strand and not be eligible for the nine week strand if the student finds his/herself in discipline difficulty at their home school.

The total days at Page Park for these students could be a maximum of approximately 135 total school days. Students return to their home schools with either a Stamp of Program Completion or Incompletion on their disciplinary point record. If any student reaches 200+ Page Park discipline violation points, they will be recommended for expulsion.

Program Dynamics

Each of the strands in this program will run simultaneously in three teams. The daily Student Success Record sheet will indicate which strand the student is enrolled. This is designed to continue appropriate grade level teams and provide the best possible curriculum delivery.

Classes taught will include mathematics, English and/or language arts, social science, PE, and Character Building.

The following community agencies have relayed verbal commitments to provide various group and individual services throughout the school year: MELD, Rosecrance, and the Winnebago County Juvenile Probation Department. Groups and individual services could include grief management, anger management, self-esteem/personal health issues, and drug/alcohol awareness and intervention.

A pre-program will continue to be used for those students who persist in their disruptive behavior and earn no-count days during the 18 week strand and as a short term/day intervention for students on the nine-week program. The pre-program will be implemented when their disruptive behaviors are so severe and chronic that another intervention is necessary to provide a safer environment for the remaining students of either the nine week or eighteen week programs. Those students placed in the pre-program will need to earn five (5) consecutive days to return to the 18 week strand and move toward a return to their home school.

Students who continue to be disruptive in the 18 week strand and have earned 200 or more discipline violation points while at Page Park, will be recommended for expulsion. They will be placed in the pre-program if their disruptive behaviors continue to create an unsafe learning environment for themselves or the other students attending Page Park.


Page
Park
Program
1st Program
Nine Weeks
-90+ count days
-less than 100 DP
Return to home school
- 90 or less count days
-100 or more DP
Enter 18 week strand
2nd Program
--1st Strand
2nd Program
--2nd Strand

AFFIDAVIT

I, KIMBERLY K., being first duly sworn on oath, states as follows:

1. My son, MATTHEW K. is 18 years old, DOB: 10/26/89.

2. He is eligible for special educational services and special accommodations because of his eligibility. He is severely and profoundly disabled and diagnosis is P.D.D., M.I., Autism and A.D.H.D.

3. He cannot be educated in regular classes of a regular school even with the uses of supplementary aides and services because his condition is so severe and profound he would disturb greatly regular students and they would agitate him and cause him severe anxiety and he would not be able to learn. He is claustrophobic and must be outdoors as much as possible using the walking trails at Page Park and/or the playground.

4. The goals and I.E.P. for my child is to teach him essential life skills so that he would be more independent in an adult facility for the severe and profoundly mentally handicapped.

5. In order to qualify for a good adult facility, he must be toilet trained, able to communicate in some fashion his needs and to be comfortable with others like himself and adults who will care for him, plus show little aggression towards others.

6. Page Park School has been an ideal facility to meet his educational needs as demonstrated by his I.E.P.'s, but the District #205 has systematically been eroding the specific educational requirements for him since they made the unilateral decision to move the children into a locked down wing of Wilson Middle School and/or placed others at Auburn, where there are limited facilities to move about and he is restricted to a more restrictive environment.

7. A restrictive environment where they have no contact with other children nor do they have a therapeutic pool, a therapeutic garden, walking trails, or a therapeutic adult playground. There are no private bathrooms. Children are changed in the classroom. There is no privacy or private showers. My son has frequent accidents and it is highly in appropriate for adult children to have their pants changed in public in their classroom and their private pars wiped down with baby wipes instead of soap and water and/or a shower.

8. This planned discrimination by District #205 has been occurring since at least 2006-2007 school year and even before that in that my son was to have access to the pool at Page Park this past school year and he was denied.

9. I object to the move of my child, but District #205 will not listen. As a result I have filed a Due Process Request and I am invoking the stay-put provisions that allows my child to stay at the same placement as last year. See attached Exhibit A.

10. Since District #205's denial of the special educational services he was to receive he has gotten more aggressive and his behavior has deteriorated.

11. He is to have adaptive physical education, but the elevator does not work in the "new" facility and it is a long way to the gym.

12. Upon information and belief there will be one nurse for all of the regular students and for the special medical needs children who will need tube-feeding.

13. Upon information and belief, this move will not save District #205 any money. It will actually cost them money to adapt the new facilities for these children when they have had a good program and special facility at Page Park for over 35 years.

14. Without a therapeutic pool, a therapeutic garden, a therapeutic playground and walking trails, the new facility will be more restrictive and harm the educational progress of my child.

15. If District #205 is allowed to close Page Park School for my son, he will be irreparably harmed in that he will not be able to have the necessary accommodations listed in his I.E.P. and educational regression will occur.

16. Further Affiant saith not.

[signature]

SUBSCRIBED AND SWORN to before me this 24th day of June, A.D., 2008.

[signature]
Notary Public

THERESA SCHELSTRAETE
NOTARY PUBLIC, Ottawa County, MI.
My Commission Expires Dec. 13, 2013

June 20, 2008

| | |
|---|---|
| Illinois State Board of Education<br>Attn: Due Process Coordinator<br>100 North First Street<br>Springfield, IL 62777-0001 | Via Fax: 217-782-0372<br>and U.S. Mail |
| Rockford School District #205<br>District Superintendent<br>Linda Hernandez<br>201 S. Madison St.<br>Rockford, IL 61101 | Via Fax: 815-966-3193<br>and U.S. Mail |
| Attorney Steve Katz<br>201 S. Madison St.<br>Rockford, IL 61101 | Via Fax: 815-966-3905<br>and U.S. Mail |
| Indian Prairie District #204<br>District Superintendent<br>Stephen Daeschner<br>Crouse Education Center<br>780 Shoreline Drive<br>Aurora, IL 60504 | Via U.S. Mail |

RE: Due Process Request for Matthew ________

Dear Ms. Hernandez:

This letter is to inform you that Kimberly ________, as guardian, is requesting a Due Process Hearing for her son, Matthew ________, D.O.B. 10/26/89, who is attending Page Park School. Her address is ____________, Naperville, IL 60564. Her telephone number is (630) ________. Their language is English.

Matthew is severely and profoundly disabled due to P.D.D., M.I., Autism and A.D.H.D.



**COMPLAINT AGAINST ROCKFORD SCHOOL DISTRICT #205 and INDIAN PRAIRIE DISTRICT #204**

1.) For 2008-2009 school year, Matthew ________ will be transferred from a full time special education self contained school namely Page Park unilaterally with out notice and agreement by his guardian.

2.) The guardian disagrees that Matthew will be able to receive a free and appropriate public education at a regular middle/high school in a self contained program.

3.) Educational services that Matthew needs that he has not received since 2006-2007 school year to present because of the District's reduction of all services due to their plans to close the Page Park School and which is a violation of his I.E.P.'s.

   a) movement in the community with a one-on-one aide;

   b) therapeutic swimming and hydrotherapy in a pool designed for special needs;

   c) picture chart PEC program;

   d) life skills training, particularly with eating/use of kitchen;

   e) teeth brushing;

   f) use of outside activities to reduce aggression, namely walking, riding bike, throwing balls.

4.) As a result of the reduction of services to Matthew and the failure to follow Matthew's I.E.P.'s, his behavior and aggression has increased significantly over the last school year and his medication has had to increase which is a chemical restraint.

5.) That without the proper structure and programming available at Page Park School or a similarly designed therapeutic school Matthew will continue to regress. He will be in a more restrictive environment in a locked down wing of a regular middle/high school. He needs a school that has:

   a) a program of outside walking trails, a garden, and outside physical activity available;

   b) a swimming, hydrotherapy program;

c) a life skill programming in a kitchen-home atmosphere;

d) a safe environment far from a busy street.

**REMEDIES REQUESTED**

A. Provide and follow I.E.P. as previously prepared.

B. Placement in a least restrictive environment namely a school where Matthew will not be locked down.

C. Retention of the program at Page Park School or a similar self contained school with a therapeutic pool, therapeutic play ground, walking trails, a therapeutic garden and a therapeutic kitchen.

Very truly yours,

JOYCE O'NEILL AUSTIN,
JOA/mk

c: Kimberly ___________

AFFIDAVIT

I, CHARLOTTE K.,being first duly sworn on oath, states as follows:

1. My daughter, GILLIAN K. is 18 years old, DOB: 7/08/90.

2. She is eligible for special educational services and special accommodations because of her eligibility. She is severely mentally impaired and diagnosis is Landau-Kleffner Syndrome (a seizure disorder) with Pervasive Developmental Delays and Sensory Integration Disorder.

3. She cannot be educated in regular classes of a regular school, even with the use of supplementary aides and services, because her condition is so severe and profound that she would greatly disturb regular students. They would also agitate her, causing her severe anxiety, and she would not be able to learn. She is extremely sensitive to sounds and noises and activity of any kind.

4. The goals and I.E.P. for my child are to teach her essential life skills so that she would be more independent, making her able to live in an adult facility for the severe and profoundly mentally handicapped, and to teach her to work in a sheltered work shop.

5. In order to qualify for a good adult facility, she must be toilet trained. She must also be able to communicate her needs in some fashion and to be comfortable with others like herself, as well as with the adults who will care for her. She must also learn to show little aggression towards others.

6. Page Park School has been an ideal facility to meet her educational needs, as demonstrated by her I.E.P.'s, but the School District #205 has been systematically eroding the specific educational requirements for her since they made the unilateral decision to move the all of the disabled children from Page Park School into a locked-down wing of Wilson Middle School (also know as Auburn Freshman Campus) and/or placed other disabled children at Auburn and Jefferson High Schools, where there are limited facilities to move about. She will be locked in--in a more restrictive environment--like the children who were previously moved from Page Park School last year.

7. She will be in a restrictive environment where she will have no contact with other children nor will she have a therapeutic pool, a therapeutic garden, walking trails, or a therapeutic, adaptive, adult playground. There are no private bathrooms. Children are undressed and changed in the classroom. There is no privacy or private shower. See attached observations I prepared on June 23, 2008 regarding the "new" placement.

8. This planned discrimination by District #205 has been occurring since at least 2006-2007 school-year, and even before that. Children who, upon information and belief, are not disabled, will be attending Page Park School instead of the disabled children for whom the school was designed. See attached Exhibit A.

9. I objected to the move of my child, but District #205 will not listen. As a result I have filed a Due Process Request and I am invoking the stay-put provisions that allow my child to stay at the same placement as last year. See attached Exhibit B.

10. She specifically had in her I.E.P. (Individual Educational Program) that she was to have the therapy pool, walking path, adaptive playground and the "house" to learn Domestic, Independent Living Skills.

11. She is to have adaptive physical education, but the elevator does not work in the "new" facility and the gym is down 2 flights of stairs. This would make the gym inaccessible to her since her disabilities prevent her from maneuvering down long flights of stairs.

12. My daughter has seizure disorders and other significant medical problems. There will be one nurse for all of the regular students at Wilson, Auburn Freshman Campus, as well as for the special medical needs of the children who will need tube-feeding and/or emergency care. People still die from seizures—especially when immediate medical care is not available. I fear that this practice of a shared nurse could endanger my child as well as the other children in this new facility.

13. Upon information and belief, this move will not save District #205 any money. It will actually cost them money to adapt the new facilities for these children when they have had a good program and special facility at Page Park for over 35 years. It will not give her access to a "mainstream" setting since they have designed it so there is no contact with regular education students.

14. Upon information and belief, without a therapeutic pool, a therapeutic garden, a therapeutic, adaptive playground and walking trails, the new facility will be more restrictive and will harm the educational progress of my child. She will not be receiving a free and *appropriate* education.

15. If District #205 is allowed to close Page Park School for my daughter, she will be irreparably harmed in that she will not be able to have the necessary accommodations listed in her I.E.P. and educational regression will occur.

16. Upon information and belief, unless a TRO is entered, the therapeutic pool that was especially designed for these physically handicapped children will be destroyed within two to three days never to be able to be used again.

17. Further Affiant saith not.

Charlotte A. Kennon

SUBSCRIBED AND SWORN to before me this 24th day of June, A.D., 2008.

Michelle L. Kayser
Notary Public

OFFICIAL SEAL
MICHELLE L KAYSER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/20/10

# NEW PAGE PARK SCHOOL FACILITY

The following are observations concerning inadequacies with regard to the new Page Park School facility located at the Auburn Freshman Campus.
Charlotte Bader-Kennon

- **Entrance to Building**:
- **No protection from The Elements for loading and unloading Septran and Busses.** When the staff requested that a Pavilion be built for this purpose, the school board's response was, "Not Now". Rain and snow and ice will be treacherous for children who can barely walk or who are in wheelchairs.

- **Security/Safety:**
  **Locked doors require a Key to open.** Not all staffers have a key. I was escorted through the building by a staffer who did not have a key if we were to find ourselves locked in a hallway or in the Freshman Campus. If a developmentally disabled student gets on the wrong side a door, he/she will not be able to call for help. **Fire**-The locks are supposed to disengage automatically in case of fire. This is not a certainty. And there are many emergency evacuation cases that do not involve fire.

- **Bathrooms:**
  **Insufficient and inadequate toileting and bathing facilities.** Most of these students wear adult diapers and/or wet or soil themselves and their clothing. They are also known to touch inappropriate or unsanitary places—thus spreading disease. The old Page Park School has toileting facilities with private, adult-sized changing tables in nearly every room—as well as 2-3 sinks in each classroom. Students' diapers and clothing must be changed publicly, in the classrooms, in the New Facility. The staff has been supplied with liquid hand sanitizer in lieu of soap and water. But these are hardly interchangeable items.
  **There is only 1 shower for the entire school.** It is in the boys' bathroom—which means that girls will be showered, naked, in the boys' bathroom. This shower does not have safety handrails or proper controls for water temperature.
  **There is only 1 handicapped toilet stall in the entire school for boys and one handicapped stall for girls.** There are only 3 "regular" stalls in the girls' bathroom and 2 "regular" stalls in the boys' bathroom—for the entire student population.

- **Physical Education:**
  **No schedule has been made available regarding the availability of the auxiliary gym.** These students have the right to expect the same amount of PE time as the rest of the student population.

**The auxiliary gym is currently inaccessible to these students because the elevator that takes them to the basement-level gym, is broken.**

**<u>The Pool:</u>** Before the school district started removing services w/o informing parents, all students received PE 2 days/week. This time was always broken up into ***30 minutes of exercise in the pool and 60 minutes of exercise out of the pool.*** *The pool has been denied to the Page Park School students for the past school year—regardless of whether or not it is listed on IEPs.* ***All*** *PE has been denied to the former Page Park students who are currently "mainstreamed".*

**<u>There is no such thing as a PE room.</u>** The "welcome" letter that was sent home with students today (June 23) refers to the Motor Room (physical therapy room) and to the PE Room as separate entities. These rooms are one and the same. There is also reference, in other papers, to the students riding **<u>adapted tricycles</u>**. The only place that they can ride these tricycles is up and down 2 short hallways, because there is not a safe, paved place available outside.

# Rockford Board of Education Meeting

June 10, 2000

Information: Page Park/Skyview/Fresh Start Programs

Submitted By: Colleen Cyrus
Assistant Superintendent of Student Support

## A. BACKGROUND ANALYSIS

In response to continuing concerns and questions about the movement of the Page Park/Skyview/Fresh Start programs, please see the attached documents which will elaborate on each program and each of their numerous related issues.

## B. EDUCATIONAL IMPACT STATEMENT

Each program is unique and essential to the students of this district and without question have an enormous impact on their educational and life-long success.

## C. STRATEGIC PLAN COMPATIBILITY STATEMENT

The recommendation is consistent with:
Strategy 1: Curriculum - *Effectively implement curriculum standards and assessments throughout the district and increase accountability throughout the system for improving student achievement.*
Strategy 2: Finance – *Create a sound financial plan that will balance the budget and focus our financial resources on educational priorities.*
Strategy 3: Partnerships – *Expand partnerships with all aspects of our diverse community, including business, education, service agencies, religious organizations and families.*
Strategy 5: Staffing – *Attract, retain and develop the staff necessary to achieve our strategic objectives.*

## D. STATUTE, BOARD POLICY OR RULE STATEMENT

The recommendation is consistent with Board Policy 3.10 – General School Administration – Goals and Objectives.

## E. FISCAL IMPACT STATEMENT

N/A



F. **SUPERINTENDENT GOAL**

N/A

G. **IMPLEMENTATION AND ASSESSMENT PLAN**

Implementation will take place at the onset of the 2008-2009 school year.

**ADMINISTRATION'S RECOMMENDATION**

N/A

# *Frequently Asked Questions*
# *Movement of Special Needs Program*
# *Page Park to Wilson*

**Q: Who Attends this Special Needs Program?**

**A:** Students whose IEP requires a separate facility have had their services previously delivered at Page Park School, will now have the services delivered in the renovated wing of the school at 520 North Pierpont.

**Q: What academic services will be provided at Wilson?**

**A:** All appropriate general and special curriculum areas will continue to be addressed. Illinois Learning Standards and IEP goals drive all instructional decisions. A wide range of support services will continue to be available for the student's unique educational needs. These will include but are not limited to:

- A Library containing books and educational games appropriate for cognitive levels of the special needs population. (The entire library from Page Park will be moved to Wilson)
- Music, Art, and PE: Students will receive specials at the same level as are currently provided at Page Park. PE will be taught in the auxiliary gym, which is available to Wilson students all day every school day.
- Daily Living Skills: All daily living skills taught in the apartment area will continue to be taught at the new location in specially designated areas.
- There will be a designated area established at Wilson to work on vocational education skill sets.

current P.E. levels are inadequate & have been reduced over 2½ yrs. (see notes entitled "New Page Park Facility")

**Q: How will the therapy needs of students be met in the new location?**

**A:** All required therapy services will continue to be delivered at the new location. These services are driven by each student's IEP and may change from year to year. The administration will adjust the therapy services as students IEPs change. All current age appropriate equipment and services are moving to Wilson. Current and next year services will include Speech, Occupational and Physical Therapies. → see notes entitled "New Page Park Facility"

**Q: What nursing services will be available at Wilson?**

**A:** There will be a full time nurse on the premises of Wilson/Auburn Freshman Campus. → shared

**Q: How will the student's social and recreational needs be met?**

**A:** The District is paving an additional area for Wilson students, a 1250 meter long nature trail is available, fields are adjacent to Wilson, a park is located across the street, and the auxiliary gym is continually available to Wilson for Cheerleading, Basketball games, sporting events, parties and Prom. A High School size gym will be available on a limited basis to the students at Wilson. ↖ see notes

**Q: What is the interaction between Auburn Freshman Campus and Wilson School?**

**A:** Wilson, while sharing a roof with Auburn Freshman Campus, will be a separate facility. It will have its own principal, secretary, faculty, staff, entrance, parking lot, phone service, network server, classrooms, schedule, and calendar of social, family, and community events.

This negates the purpose of "least restrictive environment."

# Page Park Program aka FreshStart / Skyview ck

The Page Park Program consists of two separate programs housed under one umbrella. Each program is designed to serve the needs of the students assigned to it. One will continue to serve the needs of student's with disabilities and/or students that require a more long term program. The other will serve at-risk students needing a new direction in their academic career.

**The First Program**

The first program, will serve the needs of students with disabilities and may also admit students without disabilities that require a more structured, long term learning environment. The program will consist of a disciplined approach to ensure appropriate services for the exigent needs of each student. It will follow a modified middle/high school schedule that allows for individual needs while encouraging student participation within expected behavioral limits. Students, in this program, will use a Student Success Record to analyze and understand personal actions that detract from their ability to succeed in their home school. Classes taken will be in line with expected graduation requirements, but the limited scope of elective possibilities and non-existent extra-curricular programming detracts from the student's overall educational growth. Consequently, the desired outcome is for each student to attain personal growth within the program to achieve a return to his or her home school and engage in a more encompassing learning environment.

Students in the first program will be divided in groups by grade level. Teachers will be assigned to teach students based on appropriate certification and meeting highly qualified status for the content area. The following chart is an abbreviated example of the first program:

| | Period One | Period 2 | Period 3 | Period 4 | Period 5 |
|---|---|---|---|---|---|
| Teacher 1 - Math | 6th grade | 7th grade | 8th grade | 9th grade | 10th grade |
| Teacher 2 - Science | 10th grade | 6th grade | 7th grade | 8th grade | 9th grade |
| Teacher 3 - SS | 9th grade | 10th grade | 6th grade | 7th grade | 8th grade |
| Teacher 4 – LA/Reading | 8th grade | 9th grade | 10th grade | 6th grade | 7th grade |

**The Second Program**

The second program, will serve the needs of at-risk students, envelopes a nurturing and disciplined approach toward a more responsible attitude and successful education. It consists of two strands that provide opportunities for student growth and acceptance of personal decision-making. One strand is a demanding and structured program that

encapsulates the necessary steps for student academic success. It covers nine weeks of a school year and involves multiple layers of student guidance to enhance the probability of future success. The other strand is demanding and structured but could cover eighteen weeks of a school year. The following is a summary of each strand.

First strand:

The first strand, encompassing nine weeks of the school year, will continue to use the Student Success Records to document and analyze student progress. Students will make a count day or not depending on their daily point total. If a student earns a no count day, he/she will repeat the missed day. Their goal is to achieve 30 count days in the quarter and remain under 100 accumulated Page Park discipline violation points. If the student achieves this result, they will be returned to their home school at the end of the quarter. If 100+ Page Park discipline violation points are reached, the student will be moved to the 18-week strand at the end of the nine-week strand. A successful completion (minimum of 30 positive count days and 99 or less Page Park discipline violation points) of this nine week strand will also provide the student with re-entry to this strand should they find themselves in discipline difficulty at their home school later.

Second Strand:

The second strand, encompassing 18 weeks of the school year, will also use the Student Success Record to document and analyze student progress. It will also maintain the current system of count days, which include drops. Students earn placement in this strand for two distinct reasons: 1) non --successful completion of the first strand and 2) a student who has been returned to the home school and earned enough discipline violation points to return to Page Park and they had been unsuccessful in their first attempt at the first strand. A student's continued disruptive behaviors will be further intervened upon by various guidance and counseling elements that will be available to serve those needs not fully addressed in the shorter strand. To successfully complete this strand, the student must have made a minimum of 30 count days and earned less than 200 accumulated Page Park discipline violation points. There are two positive incentives built into this strand. First, for each count day the student has been able to amass beyond the 30 count day minimum, they will have 5 discipline violation points removed from their home school point total. Second, the student can elect to return to their home school upon achieving the 30 count day minimum if it is achieved before the end of the 18 weeks. Should the student be returned to the home school upon an unsuccessful venture of this strand, it will ensure that they will return to this strand and not be eligible for the nine week strand if the student finds his/herself in discipline difficulty at their home school.

The total days at Page Park for these students could be a maximum of approximately 135 total school days. Students return to their home schools with either a Stamp of Program Completion or Incompletion on their disciplinary point record. If any student reaches 200+ Page Park discipline violation points, they will be recommended for expulsion.

Program Dynamics

Each of the strands in this program will run simultaneously in three teams. The daily Student Success Record sheet will indicate which strand the student is enrolled. This is designed to continue appropriate grade level teams and provide the best possible curriculum delivery.

Classes taught will include mathematics, English and/or language arts, social science, PE, and Character Building.

The following community agencies have relayed verbal commitments to provide various group and individual services throughout the school year: MELD, Rosecrance, and the Winnebago County Juvenile Probation Department. Groups and individual services could include grief management, anger management, self-esteem/personal health issues, and drug/alcohol awareness and intervention.

A pre-program will continue to be used for those students who persist in their disruptive behavior and earn no-count days during the 18 week strand and as a short term/day intervention for students on the nine-week program. The pre-program will be implemented when their disruptive behaviors are so severe and chronic that another intervention is necessary to provide a safer environment for the remaining students of either the nine week or eighteen week programs. Those students placed in the pre-program will need to earn five (5) consecutive days to return to the 18 week strand and move toward a return to their home school.

Students who continue to be disruptive in the 18 week strand and have earned 200 or more discipline violation points while at Page Park, will be recommended for expulsion. They will be placed in the pre-program if their disruptive behaviors continue to create an unsafe learning environment for themselves or the other students attending Page Park.


Page
Park
Program
1st Program
Nine Weeks
-30+ count days
-less than 100 DP
Return to home school
- 30 or less count days
-100 or more DP
Enter 18 week strand
2nd Program
--1st Strand
2nd Program
--2nd Strand

June 24, 2008

Illinois State Board of Education
Attn: Due Process Coordinator
100 North First Street
Springfield, IL 62777-0001

Via Fax: 217-782-0372
and U.S. Mail

Rockford School District #205
District Superintendent
Linda Hernandez
201 S. Madison St.
Rockford, IL 61101

Via Fax: 815-966-3193
and U.S. Mail

Attorney Steve Katz
201 S. Madison St.
Rockford, IL 61101

Via Fax: 815-966-3905
and U.S. Mail

RE: Due Process Request for
Gillian ________

Dear Ms. Hernandez:

This letter is to inform you that Charlotte ________ is requesting a Due Process Hearing for her daughter, Gillian ________, D.O.B. 7/08/90, who is attending Page Park School. Her address is ________________, Rockford, Illinois 61102 . Her telephone number is (815)__________. Their language is English.

Gillian __________ is severely and profoundly disabled due to Landau-Kleffner Syndrome (a seizure disorder), with profound Pervasive developmental Delays, and Sensory Integration Disorders.

**COMPLAINT AGAINST ROCKFORD SCHOOL DISTRICT #205**

1.) For 2008-2009 school year, Gillian __________ will be transferred from a full-time, special education, self-contained school namely Page Park, unilaterally with out notice and agreement by her parent. The parent was not allowed to participate at all in this decision and in fact only received a generic notice.



2.) The parent disagrees that Gillian will be able to receive a free and appropriate public education at a regular middle/high school in a self contained program.

3.) Educational services that Gillian needs that she has not received since 2006-2007 school year to present because of the District's reduction of all services due to their plans to close the Page Park School and which is a violation of her I.E.P.'s.

a) adaptive physical therapy restricted to 60 minutes a month-this is of no use what so ever. Regular education children must have P.E. at least 2 to 3 times a week;

b) therapeutic swimming and hydrotherapy in a pool designed for special needs;

c) life skills training, particularly with eating/use of kitchen;

d) teeth brushing; and

e) use of outside activities to reduce aggression, and to reduce muscle atrophy, namely walking, riding adaptive bike, throwing balls.

4.) All of the above were a part of Gillian's I.E.P.'s but were gradually removed by District #205 within the last two school years, without the parents agreement or knowledge.

5.) That without the proper structure and programming available at Page Park School or a similarly designed therapeutic school Gillian will continue to regress and/or not make the progress she is able to do. She will be in a more restrictive environment in a locked down wing of a regular middle/high school. She needs a school that has:

a) a program of outside walking trails, an adaptive, therapeutic garden, and outside physical activity available;

b) a swimming, hydrotherapy program;

c) a life-skills program in a kitchen-home atmosphere; and

d) a safe environment far from a busy street in that she has a tendency to run away.

**REMEDIES REQUESTED**

A. Provide and follow I.E.P. as previously prepared for the 2005-2006 school year.

B. Placement in a least restrictive environment namely a school where Gillian will not be locked down in an unsafe situation.

C. Stay-put for Gillian in the program at Page Park School or a similar self contained school with a therapeutic pool, therapeutic play ground, walking trails, a therapeutic garden, a therapeutic kitchen, appropriate bathroom facilities and a full time nurse because of her life threatening seizures.

Very truly yours,

JOYCE O'NEILL AUSTIN,
JOA/mk

c: Charlotte ____________