**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number: 08-C

CHARLOTTE K., as parent and next friend of GILLIAN K., a minor and KIMBERLY K., as parent and next friend of MATTHEW K., a minor
vs.
ROCKFORD BOARD OF EDUCATION DISTRICT #205

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHARLOTTE K., GILLIAN K., KIMBERLY K., and MATTHEW K., Plaintiffs

| | |
|---|---|
| NAME (Type or print) <br> Joyce O'Neill Austin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Joyce O'Neill Austin | |
| FIRM <br> Shriver, O'Neill & Thompson | |
| STREET ADDRESS <br> 515 N. Court Street | |
| CITY/STATE/ZIP <br> Rockford, IL 61103 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6192790 | TELEPHONE NUMBER <br> 815-963-4896 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |