UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROCKFORD MEMORIAL HOSPITAL,<br>An Illinois not-for-profit corporation,<br>　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>KIM BACHMAN and FRANCIS<br>BACHMAN, As Guardians of the<br>Person and Estate of KORI BACHMAN,<br><br>　　　　　　Defendants.<br><br>KIM BACHMAN and FRANCIS BACHMAN<br>As Guardians of the Person and Estate of<br>KORI BACHMAN, A Disabled Person,<br><br>　　　　　Third-Party Plaintiffs,<br><br>　　　　vs.<br><br>BLUE CROSS BLUE SHIELD of ILLINOIS,<br>HEALTH CARE SERVICE CORPORATION,<br>And BLUE CROSS AND BLUE SHIELD<br>ASSOCIATION,<br><br>　　　　Third-Party Defendants. | USDC No.<br>Honorable _____<br><br><br>Circuit Court of the 17th Judicial<br>　　　　　Circuit<br>Case No. 2007 L 173<br>Hon. J. Edward Prochaska |

NOTICE OF REMOVAL

　　NOW COME the Third-Party Defendants, Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross/Blue Shield of Illinois ("HCSC"), and Blue Cross and Blue Shield Association ("BCBS") by their attorneys, Peter DeBruyne, P.C., and James O. Teeter, Jr., Esq., and hereby give Notice of Removal to the United States District Court for the Northern District of Illinois, Western Division, pursuant to 28 U.S.C. § 1441(a) stating the following:

1. On or about May 5, 2008, a Third-Party Complaint was filed against HCSC and BCBS in the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois entitled *Kim Bachman and Francis Bachman, As Guardians of the Person and Estate of Kori Bachman, a Disabled Person, Third-Party Plaintiffs, vs. Blue Cross Blue Shield of Illinois, Health Care Service Corporation, and Blue Cross and Blue Shield Association, Third-Party Defendants*, Case No. 2007 L 173.

2. On May 27, 2008, copies of the Summons (dated May 15, 2008 with a return date of June 26, 2008), and the Third-Party Complaint in the above captioned state cause of action were served upon HCSC and BCBS. True and correct copies of the Summons and Complaint in the above captioned cause of action are attached hereto, incorporated herein and by this reference made a part hereof as Exhibits "A" and "B". The Summons and Complaint in the above captioned cause of action constitute all of the process, pleadings, and orders served upon HCSC and BCBS in this action.

3. This Notice of Removal is being filed within thirty (30) days following service of summons and initial pleadings upon HCSC and BCBS in accordance with 28 U.S.C. §1446(b).

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331 because it arose under the laws of the United States and under Acts of Congress regulating commerce, to wit, the Employee Retirement Income Security Act (hereinafter "ERISA") of 1974 as amended. 29 U.S.C. §1001 et. seq. In addition, this Court has original jurisdiction pursuant to 29 U.S.C. §1132(e), which sanctions federal court jurisdiction over matters that relate to employee benefit plans.

5. This action is one which may be removed to this Court pursuant to 28 U.S.C. §1441(a) and (b) because the (Third-Party Plaintiffs' Complaint ¶ 26) challenges the failure of an ERISA plan (a group health plan) to pay for certain medical expenses that the Third-Party Plaintiffs claim a plan beneficiary, for whom The Third-Party Plaintiffs are guardians, was entitled to receive under that ERISA Plan.

6. The group health plan is an "employee welfare benefit plan" within the meaning of Section (3) (1) and 502(a) (1) (B) of ERISA 29 U.S.C. §1002(1) and §1132(a) (1) (B), and the reimbursements the Third-Party Plaintiffs seek as guardians for

the plan beneficiary, if she had been paid, would have constituted the payment of a "benefit" under such Plan for purposes of said sections of ERISA.

7. A copy of this Notice, will be promptly served on the Plaintiff and Third-Party Plaintiffs and filed with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois.

WHEREFORE, notice is hereby given of removal of the above captioned claim, now pending as a Complaint in the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois, Case No. 2007 L 173 to the United States District Court for the Northern District of Illinois, Western Division, in accordance with the provisions of 28 U.S. §1441 et. seq.

Respectfully submitted:

Health Care Service Corporation, a Mutual Reserve Company, d/b/a Blue Cross/Blue Shield of Illinois and Blue Cross and Blue Shield Association, Third-Party Defendants,

PETER DeBRUYNE, P.C.

BY: _____
Peter DeBruyne

_____
James O. Teeter, Jr.

Peter DeBruyne
Attorney Registration No. 0599840
838 North Main Street
Rockford, IL 61103
Telephone (815) 964-3810

James O. Teeter, Jr.
Attorney Registration No. 6244000
838 North Main Street
Rockford, IL 61103
Telephone (815) 964-3810
Attorneys for Third-Party Defendants.

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
WINNEBAGO COUNTY

5-29-08
3:11 pm

| | |
|---|---|
| ROCKFORD MEMORIAL HOSPITAL,<br>an Illinois not-for-profit corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>KIM BACHMAN and FRANCIS<br>BACHMAN, As Guardians of the<br>Person and Estate of KORI BACHMAN,<br><br>            Defendants.<br>_____<br><br>KIM BACHMAN and FRANCIS BACHMAN,<br>As Guardians of the Person and Estate of<br>KORI BACHMAN, A Disabled Person,<br><br>            Third-Party Plaintiffs,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD of ILLINOIS, HOSC State Pac, NFP<br>HEALTH CARE SERVICE CORPORATION,<br>and BLUE CROSS AND BLUE SHIELD<br>ASSOCIATION,<br>            Third-Party Defendants. | Case No.  2007 L 173 |

To each defendant: Health Care Service Corporation, c/o Registered Agent – C T Corpoation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604

## SUMMONS

   **YOU ARE HEREBY SUMMONED** and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, Winnebago County Courthouse building, room __/04/__, 400 West State Street, Rockford, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

Page 1 of 2

EXHIBIT
A

To the officer:

This summons must be returned by the officer or other person to whom it **was given for** service, with endorsement of service and fees, if any, immediately after service. **If service cannot** be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ May 15 _____, 2008

(Seal of Court)

_____Thoma Mccun_____
(Clerk of the Circuit Court)

By _____Rohn Gillet_____ Deputy

DANIEL J. McGRAIL, #3891
Attorney for Plaintiff
321 West State St., Suite 602
Rockford, IL 61102
(815) 961-8770

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
WINNEBAGO COUNTY

FILED
Date: 5,5 08
Thomas A. K__
Clerk of the Circuit Court
By_____ D
Winnebago __, IL

| | |
|---|---|
| ROCKFORD MEMORIAL HOSPITAL, an Illinois not-for-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KIM BACHMAN and FRANCIS BACHMAN, As Guardians of the Person and Estate of KORI BACHMAN,<br><br>Defendants.<br><br>——————————————————<br><br>KIM BACHMAN and FRANCIS BACHMAN, As Guardians of the Person and Estate of KORI BACHMAN, A Disabled Person,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD of ILLINOIS, HEALTH CARE SERVICE CORPORATION, and BLUE CROSS AND BLUE SHIELD ASSOCIATION,<br><br>Third-Party Defendants. | Case No. 2007 L 173 |

## THIRD-PARTY COMPLAINT

NOW COMES Third-Party Plaintiffs, KIM BACHMAN and FRANCIS BACHMAN, as Guardians of the Person and Estate of KORI BACHMAN, a Disabled Person, by and through his attorney, DANIEL J. McGRAIL, and for their Third-Party Complaint against BLUE CROSS BLUE SHIELD of ILLINOIS, state as follows:


EXHIBIT B

## JURISDICTION

1. Jurisdiction of the court is based upon the Employee Retirement Income Security Act of 1974 (ERISA); and in particular, 29 U.S.C. §§1132(a)(1)(B). This provision gives state and district courts concurrent jurisdiction to hear civil actions brought to recover benefits due under the terms of an employee welfare benefit plan which, in this case, consists of a group health benefit plan administered for the benefit of employees of the Cox Automation Systems LLC, P84118.

2. The ERISA statute at 29 U.S.C. §1133 provides for administrative or internal appeal of benefit denials, which have been exhausted.

## PARTIES

3. KIM BACHMAN and FRANCIS BACHMAN are the parents and court-appointed Guardians of the Person and Estate of KORI BACHMAN, a disabled person, and are herein acting on her behalf.

4. KIM BACHMAN is a resident of Winnebago, Illinois.

5. FRANCIS BACHMAN is a resident of Winnebago, Illinois.

6. KORI BACHMAN is a resident of Winnebago, Illinois, who has been adjudged a disabled person by the Winnebago County Circuit Court due to a traumatic brain injury.

7. BLUE CROSS BLUE SHIELD of ILLINOIS (hereinafter referred to as "BCBSIL"), a Division of Health Care Service Corporation, was at all times relevant a corporation licensed to do business in the state of Illinois.

8. HEALTH CARE SERVICE CORPORATION, an independent licensee of the Blue Cross and Blue Shield Association, was at all times relevant a corporation licensed to do business in the state of Illinois.

9. BLUE CROSS and BLUE SHIELD ASSOCIATION, was at all times relevant a corporation licensed to do business in the state of Illinois.

## FACTS

10. FRANCIS BACHMAN was employed by Cox Automation Systems LLC in Illinois, who provided medical coverage to their employees and their dependants through BCBSIL.

11. KORI BACHMAN was a beneficiary of the medical coverage through BCBSIL.

12. KORI BACHMAN, now 21-years-old, sustained life-threatening injuries resulting from an automobile accident on January 14, 2006.

13. KORI BACHMAN was transported via helicopter to Rockford Memorial Hospital's trauma center.

14. Rockford Memorial Hospital provided extensive emergency medical care and related follow-up care from January 14, 2006 through March 1, 2006.

15. Rockford Memorial Hospital submitted claims for services from January 14, 2006 through March 1, 2006 in the amount of $548,437.74.

16. Rockford Memorial Hospital is not a contracted provider under the BCBSIL plan.

17. BCBSIL notified FRANCIS BACHMAN that the claims submitted by Rockford Memorial Hospital were denied in that the "charge exceeds usual and customary" and only paid $34,882.86 of the $548,437.74 in medical expenses with no further explanation.

18. FRANCIS BACHMAN contacted BCBSIL and requested a review of the denial.

19. BCBS responded in an April 5, 2006 letter to FRANCIS BACHMAN stating the "claim was processed and paid correctly" with no further explanation. (Attached as Exhibit A.)

20. On April 20, 2006, Rockford Memorial Hospital requested an appeal on behalf of FRANCIS BACHMAN within the 180-day time period for such an appeal.

21. BCBSIL responded in a May 25, 2006 letter to Rockford Memorial hospital denying the appeal stating the claims were paid correctly. (Attached as Exhibit B.)

22. In the May 25, 2006 letter, BCBSIL specifically stated:

> According to our standard certificate language when a member receives services at a non contracted Provider benefits will be provided at a percentage of the "Eligible Charge" after the program deductible (if any) is met. The percentage is dependent on the certificate and the type of admission-Emergency or Planned.
>
> Eligible Charge is defined in the standard certificate as the charge which is within the range of charges other similar Hospitals or facilities in similar geographic areas charge their patients for the same or similar services, as reasonably determined by Blue Cross and Blue Shield.

23. In the May 25, 2006 letter denying said appeal, BCBSIL did not provide any information regarding what other similar hospitals in similar geographic areas charge for the same or similar services.

24. BCBSIL failed to make any payment whatsoever with respect to approximately 95% of the medical services provided by Rockford Memorial Hospital.

25. Said denials of payment were not based on rates of similar hospitals in similar geographical areas and were, therefore, arbitrary and capricious.

26. Said denials of payment violated the terms of the healthcare benefit program.

27. Said denials of payment caused Plaintiffs to unnecessarily incur medical expenses in the amount $513,554.88.

WHEREFORE, Third-Party Plaintiffs, KIM BACHMAN and FRANCIS BACHMAN, as Guardians of the Person and Estate of KORI BACHMAN, a Disabled Person, respectfully requests this Court to enter judgment in favor of Third-Party Plaintiffs for $513,554.88, plus attorney's fees and costs.

4

                        KIM BACHMAN and FRANCIS BACHMAN,
                        as Guardians of the Person and Estate of
                        KORI BACHMAN, a Disabled Person,
                        Third-Party Plaintiffs,

                        By: _____
                            DANIEL J. McGRAIL, Their Attorney

DANIEL J. McGRAIL, #3891
Attorney at Law
321 West State St., Suite 602
Rockford, IL 61101
(815) 961-8770

5

BlueCross BlueShield
of Illinois

April 5, 2006

FRANCIS BACHMAN
653 FALCONER RD
WINNEBAGO IL  61088-9050

Group Number: P84118
Identification Number: 847057293
Patient Name: Kori Bachman
Claim Number: 605296111330C
Patient Number: 2008285807
Service Date: January 14, 2006
Original Billed Amount: $457,975.07

Dear Provider:

This letter is in response to your recent inquiry concerning the above claim requesting a review.

The above referenced claim was processed and paid correctly.

If you have any further questions regarding this, please contact us at 1-800-972-8088, or write to the address listed above.

Sincerely,

Customer Advocate - U031890
Blue Cross Blue Shield
Marion Service Center

cc: Rockford Memorial Hospital

PO Box 805107 Chicago IL 60680-4112, www.bcbsil.com
A Division of Health Care Service Corporation, a Mutual Legal Reserve Company
an Independent Licensee of the Blue Cross and Blue Shield Association.

BlueCross BlueShield
of Illinois

May 25, 2006

Mr. Quint Wehmer
Director, Patient Financial Services
Rockford Health System
Rockford Memorial Hospital
2400 North Rockton Avenue
Rockford, IL 61103

Dear Mr. Wehmer:

As we discussed during our phone conversation, I indicated that we would review all of the twenty three appeals contained in your April 20, 2006 letter.

Attached is a spreadsheet that indicates the disposition of each claim. These claims were paid correctly. One claim for ▮▮▮▮▮▮▮▮ was adjusted on May 11, 2006 because the admission was prior to Jan 1, 2006 and should have been paid at the 2005 contracted rate.

According to our standard certificate language when a member receives services at a non contracted Provider benefits will be provided at a percentage of the "Eligible Charge" after the program deductible (if any) is met. The percentage is dependent on the certificate and the type of admission-Emergency or Planned.

Eligible Charge is defined in the standard certificate as the charge which is within the range of charges other similar Hospitals or facilities in similar geographic areas charge their patients for the same or similar services, as reasonably determined by Blue Cross and Blue Shield.

I have attached a copy of this definition from the standard certificate.

You asked if there were any other appeals available for these cases. Members typically have only one level of appeal but each member should review their certificate to ascertain if there are additional levels of appeal.

In addition, we would be happy to discuss with you the opportunity for a reinstatement of our past contractual relationship between Blue Cross Blue Shield and Rockford Memorial Hospital. Please contact Ken Zudycki to discuss. He can be reached at 312-653-6272.

300 East Randolph Street • Chicago, Illinois 60601-6099 • 312/653-6000 • www.bcbsil.com
A Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

Please contact me directly if you have any questions at 312-653-7491.

Sincerely,

*Eileen Holderbaum*

Eileen Holderbaum
Vice President
Consumer Services Management

EH:sl

cc: Ken Zudycki

A "Participating Durable Medical Equipment Provider" means a Durable Medical Equipment Provider who has a written agreement with Blue Cross and Blue Shield of Illinois or another Blue Cross and Blue Shield Plan or Blue Cross Plan to provide services to you at the time services are rendered.

A "Non-Participating Durable Medical Equipment Provider" means a Durable Medical Equipment Provider who does not have a written agreement with Blue Cross and Blue Shield of Illinois or another Blue Cross and Blue Shield Plan or Blue Cross Plan to provide services to you at the time services are rendered.

ELIGIBLE CHARGE.....means (a) in the case of a Provider, other than a Professional Provider, which has a written agreement with Blue Cross and Blue Shield to provide care to you at the time Covered Services are rendered, such Provider's Claim Charge for Covered Services and (b) in the case of a Provider other than a Professional Provider which does not have a written agreement with Blue Cross and Blue Shield to provide care to you at the time Covered Services are rendered, the amount for Covered Services determined by Blue Cross and Blue Shield based on the following order:

(i) the charge which is within the range of charges other similar Hospitals or facilities in similar geographic areas charge their patients for the same or similar services, as reasonably determined by Blue Cross and Blue Shield, if available,

(ii) the amount that the Centers for Medicare & Medicaid Services ("CMS") reimburses the Hospitals or facilities in similar geographic areas for the same or similar services rendered to members in the Medicare program, or

(iii) the charge which the particular Hospital or facility usually charges its patients for Covered Services.

ELIGIBLE PERSON.....means an employee of the Group who meets the eligibility requirements for this health and/or dental coverage, as described in the ELIGIBILITY SECTION of this Certificate.

EMERGENCY ACCIDENT CARE.....means the initial Outpatient treatment of accidental injuries including related Diagnostic Service.

EMERGENCY MEDICAL CARE.....means services provided for the initial Outpatient treatment, including related Diagnostic Services, of a medical condition displaying itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect that the absence of immediate medical attention could result in:

(i) placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy;

(ii) serious impairment to bodily functions; or

GB-10 HCSC                                    17

| Patient Name | DCN Number | Date(s) of Service | Emergency Admission | Explanation |
|---|---|---|---|---|
| ▓▓▓ | 603351681020X | 1/1/06 thru 2/2/06 | Yes | correctly paid per members contract |
| ▓▓▓ | 603851263200X | 2/1/06 thru 2/2/06 | Yes | correctly paid per members contract |
| ▓▓▓ | 602751656090X | 1/1/06 thru 1/6/06 | Yes | correctly paid per members contract |
| ▓▓▓ | 603351677920X | 1/26/06 thru 1/28/06 | Yes | correctly paid per members contract |
| ▓▓▓ | 602351561980X | 1/9/06 thru 1/11/06 | Yes | correctly paid per members contract |
| ▓▓▓ | 603851263440X | 1/27/06 thru 1/31/06 | Yes | correctly paid per members contract |
| ▓▓▓ | 601751779130X | 1/10/06 thru 1/12/06 | Yes | correctly paid per members contract |
| ▓▓▓ | 605951645410X | 2/18/06 thru 2/21/06 | Yes | correctly paid per members contract |
| ▓▓▓ | 601251040880X | 1/5/06 thru 1/8/06 | No  yes | correctly paid per members contract |
| ▓▓▓ | 603051531860X | 1/11/06 thru 1/23/06 | No | correctly paid per members contract |
| ▓▓▓ | 604051041720X | 2/2/06 thru 2/4/06 | No | correctly paid per members contract |
| ▓▓▓ | 605257470530X | 2/14/06 thru 2/16/06 | No | correctly paid per members contract |
| ▓▓▓ | 605851685260X | 2/19/06 thru 2/22/06 | No | correctly paid per members contract |
| ▓▓▓ | 601751790800X | 1/5/06 thru 1/11/06 | No | correctly paid per members contract |
| ▓▓▓ | 603851255010X | 1/27/06 thru 1/31/06 | No | correctly paid per members contract |
| ▓▓▓ | 601851087330X | 1/10/06 thru 1/13/06 | No  yes | correctly paid per members contract |
| ▓▓▓ | 603151797610X | 1/21/06 thru 1/25/06 | No  yes | correctly paid per members contract |
| ▓▓▓ | 600988080850C | 1/1/2006 | No  yes | United Healthcare primary for dates of service |
| ▓▓▓ | 603451407690X | 1/1/06 thru 2/1/06 | No | United Healthcare primary for dates of service |
| Kori Bachman | 605296111330C | 1/14/06 thru 2/13/06 | Yes | correctly paid per members contract |
| Kori Bachman | 607596012020C | 2/14/06 thru 3/1/06 | No | correctly paid per members contract |



# Provider Review Form

Mail to: Blue Cross and Blue Shield of Illinois
P.O. Box 805107
Chicago, Illinois 60680-4112

**Type of Review:**
You must check one of the following:
- ☐ **ClaimCheck:** (Claims that have been denied as mutually exclusive or incidental to the primary procedure code and claims with code bundling issues.)
- ☐ **Predetermination:** (A request for determination/review of medical necessity prior to services being rendered.)
- ☒ **Review Request:** (All other reviews.)

**Claim Data:**
- Member's BlueCross BlueShield ID #: (group # and alpha prefix required): XOF847057293
- Member's Name: Francis Bachman
- Patient's Name: Kori Bachman
- Date(s) of Service: 1-14-06 to 3-1-06
- Patient Account Number: 2008285807
- DCN (Claim Number Assigned by BCBS): 60529611330C/60159601202OC

**Provider Data:**
- Date: 4-18-06
- Provider Number: 372
- Provider Name: Rockford Memorial Hospital
- Address: 2400 N. Rockton Ave. Rockford, IL 61103
- Department: Patient Accounts
- Contact Person: Lori Gates
- Phone #: 815-971-6304
- Reason for Review: Pt brought to RMH due to trauma. All services rendered were medically necessary and all days authed - Ref# 060240913

**Documentation:**
Attach and list the documentation to support or facilitate your review, for example the operative report, or medical records, etc.
Progress notes, physician orders, lab reports, ER Report, History & Physical

(A Division of Healthcare Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association)

Rev 8/05


0082858071
#1


BlueCross BlueShield of Illinois

Claim Detail

## Totals

Patient Name: KORI BACHMAN  Disposition Date: 3/10/2006
Date of Birth: 6/3/1986  Sex: F
Relationship: 3-Dependent
Member ID: 0000000847057293  Group #: 000P84118
From Service Date: 1/14/2006  To Service Date: 2/13/2006

Voucher Number: 21727990  Provider Number: 0000000372
Claim Number: 605296111330C00  Provider Name: ROCKFORD MEMORIAL HOSPITAL
Claim Status: Paid  Payee Name: BACHMAN FRANCIS
Status Details:  Received Date: 2/21/2006

Billed Amount: 457975.07  Paid Amount: 18483.92
Allowed Amount: 0.00  Ineligible Amount: 439491.15
Co-Insure Amount: 0.00  Co-Pay /
 Deductible Amount: 0.00

| Line # | Service Date(s) | Revenue/Procedure Code | Billed Amount | Paid Amount |
|---|---|---|---|---|
| 1 | 1/14/2006-2/13/2006 | 200 | 60900.00 | 18483.92 |
| | Charge exceeds Usual and Customary. | | | |
| 2 | 1/14/2006-2/13/2006 | 206 | 1020.00 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 3 | 1/14/2006-2/13/2006 | 250 | 80851.80 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 4 | 1/14/2006-2/13/2006 | 258 | 56723.45 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 5 | 1/14/2006-2/13/2006 | 260 | 491.10 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 6 | 1/14/2006-2/13/2006 | 270 | 28994.60 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 7 | 1/14/2006-2/13/2006 | 272 | 38937.36 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 8 | 1/14/2006-2/13/2006 | 278 | 15988.65 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 9 | 1/14/2006-2/13/2006 | 300 | 9298.50 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 10 | 1/14/2006-2/13/2006 | 301 | 19116.41 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 11 | 1/14/2006-2/13/2006 | 302 | 2818.50 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 12 | 1/14/2006-2/13/2006 | 305 | 670.05 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 13 | 1/14/2006-2/13/2006 | 306 | 6299.60 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 14 | 1/14/2006-2/13/2006 | 307 | 11.10 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 15 | 1/14/2006-2/13/2006 | 309 | 274.60 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 16 | 1/14/2006-2/13/2006 | 310 | 652.80 | 0.00 |

| # | Date Range | Code | Charge | Paid |
|---|---|---|---|---|
| | | | Charge exceeds Usual and Customary. | |
| 17 | 1/14/2006-2/13/2006 | 320 | 5473.80 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 18 | 1/14/2006-2/13/2006 | 324 | 9654.40 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 19 | 1/14/2006-2/13/2006 | 351 | 8693.30 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 20 | 1/14/2006-2/13/2006 | 352 | 8092.30 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 21 | 1/14/2006-2/13/2006 | 360 | 27269.50 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 22 | 1/14/2006-2/13/2006 | 370 | 3540.60 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 23 | 1/14/2006-2/13/2006 | 390 | 4580.05 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 24 | 1/14/2006-2/13/2006 | 391 | 356.00 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 25 | 1/14/2006-2/13/2006 | 402 | 776.00 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 26 | 1/14/2006-2/13/2006 | 410 | 56507.50 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 27 | 1/14/2006-2/13/2006 | 420 | 77.20 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 28 | 1/14/2006-2/13/2006 | 424 | 80.60 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 29 | 1/14/2006-2/13/2006 | 434 | 71.30 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 30 | 1/14/2006-2/13/2006 | 450 | 3770.60 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 31 | 1/14/2006-2/13/2006 | 636 | 190.40 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 32 | 1/14/2006-2/13/2006 | 681 | 3000.00 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 33 | 1/14/2006-2/13/2006 | 761 | 134.00 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 34 | 1/14/2006-2/13/2006 | 921 | 2517.00 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |
| 35 | 1/14/2006-2/13/2006 | 940 | 142.00 | 0.00 |
| | | | Charge exceeds Usual and Customary. | |

©Copyright Nebo Systems, Inc.
Powered by ECARB®



2008285801 #2

### BlueCross BlueShield of Illinois — Claim Detail

**Totals**

| Field | Value | Field | Value |
|---|---|---|---|
| Patient Name: | KORI BACHMAN | Disposition Date: | 4/3/2006 |
| Date of Birth: | 6/3/1986 | Sex: | F |
| Relationship: | 3-Dependent | | |
| Member ID: | 0000000847057293 | Group #: | 000P84118 |
| From Service Date: | 2/14/2006 | To Service Date: | 3/1/2006 |
| Voucher Number: | 22141873 | Provider Number: | 0000000372 |
| Claim Number: | 607596012020C00 | Provider Name: | ROCKFORD MEMORIAL HOSPITAL |
| Claim Status: | Paid | Payee Name: | BACHMAN FRANCIS |
| Status Details: | | Received Date: | 3/16/2006 |
| Billed Amount: | 90462.67 | Paid Amount: | 16398.94 |
| Allowed Amount: | 0.00 | Ineligible Amount: | 74063.73 |
| Co-Insure Amount: | 0.00 | Co-Pay / Deductible Amount: | 0.00 |

| Line # | Service Date(s) | Revenue/Procedure Code | Billed Amount | Paid Amount |
|---|---|---|---|---|
| 1 | 2/14/2006-3/1/2006 | 206 | 15300.00 | 15300.00 |
| 2 | 2/14/2006-3/1/2006 | 250 | 20536.77 | 1098.94 |
| | Charge exceeds Usual and Customary. | | | |
| 3 | 2/14/2006-3/1/2006 | 258 | 2322.75 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 4 | 2/14/2006-3/1/2006 | 270 | 10888.45 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 5 | 2/14/2006-3/1/2006 | 271 | 3609.00 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 6 | 2/14/2006-3/1/2006 | 272 | 4605.00 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 7 | 2/14/2006-3/1/2006 | 300 | 2789.60 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 8 | 2/14/2006-3/1/2006 | 301 | 3398.80 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 9 | 2/14/2006-3/1/2006 | 305 | 511.15 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 10 | 2/14/2006-3/1/2006 | 306 | 262.15 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 11 | 2/14/2006-3/1/2006 | 320 | 912.30 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 12 | 2/14/2006-3/1/2006 | 324 | 768.90 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 13 | 2/14/2006-3/1/2006 | 351 | 1241.90 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 14 | 2/14/2006-3/1/2006 | 410 | 22330.50 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 15 | 2/14/2006-3/1/2006 | 420 | 617.60 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |
| 16 | 2/14/2006-3/1/2006 | 430 | 367.80 | 0.00 |
| | Charge exceeds Usual and Customary. | | | |

STATE OF ILLINOIS     )
                      ) ss.
COUNTY OF WINNEBAGO   )

# AFFIDAVIT

Daniel J. McGrail, on oath, deposes and states as follows:

1. This affidavit is signed and sworn to by me pursuant to Illinois Supreme Court Rule 222(b);

2. I am an attorney licensed to practice law in the state of Illinois;

3. I have investigated the issues contained in the complaint and have consulted my client, KIM BACHMAN and FRANCIS BACHMAN, as Guardians of the Person and Estate of KORI BACHMAN, a Disabled Person, regarding the alleged damages.

4. The total money damages sought by my client in this action does exceed the sum of $50,000.00;

AFFIANT FURTHER SAYETH NOT.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.

5-5-08
DATE

_____
DANIEL J. McGRAIL