## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:
Rockford Memorial Hospital

vs.

Kim Bachman, et al
vs.
Blue Cross Blue Shield of Illinois, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross/Blue Shield of Illinois and Blue Cross and Blue Shield Assocation, Third-Party Defendants.

| | |
|---|---|
| **NAME** (Type or print) | |
| Peter DeBruyne | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Peter DeBruyne | |
| **FIRM** | |
| Peter DeBruyne, P.C. | |
| **STREET ADDRESS** | |
| 838 North Main Street | |
| **CITY/STATE/ZIP** | |
| Rockford, IL 61103 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| 0599840 | 815-964-3810 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |