**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:
Rockford Memorial Hospital
    vs.
Kim Bachman, et al
    vs.
Blue Cross Blue Shield of Illinois, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross/Blue Shield of Illinois and Blue Cross and Blue Shield Association, Third-Party Defendants.

| | |
|---|---|
| NAME (Type or print) James O. Teeter, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ James O. Teeter Jr. | |
| FIRM Peter DeBruyne, P.C. | |
| STREET ADDRESS 838 North Main Street | |
| CITY/STATE/ZIP Rockford, IL 61103 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6244000 | TELEPHONE NUMBER 815-964-3810 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |