UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROCKFORD MEMORIAL HOSPITAL,<br>An Illinois not-for-profit corporation,<br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KIM BACHMAN and FRANCIS<br>BACHMAN, As Guardians of the<br>Person and Estate of KORI BACHMAN,<br><br>　　　　　　　Defendants.<br>_____<br>KIM BACHMAN and FRANCIS BACHMAN<br>As Guardians of the Person and Estate of<br>KORI BACHMAN, A Disabled Person,<br><br>　　　　　Third-Party Plaintiffs,<br><br>　　vs.<br><br>BLUE CROSS BLUE SHIELD of ILLINOIS,<br>HEALTH CARE SERVICE CORPORATION,<br>And BLUE CROSS AND BLUE SHIELD<br>ASSOCIATION,<br><br>　　　　　Third-Party Defendants. | USDC Case No._____<br>Hon. _____<br><br><br><br><br>Circuit Court of the 17th Judicial<br>Circuit<br>Case No.: 2007 L 173<br>Hon. J. Edward Prochaska |

NOTICE OF FILING

TO:　Attorney Troy Haggestad　　　　　Attorney Daniel J. McGrail
　　　WILLIAMSMcCARTHY, LLP　　　321 West State Street, Suite 602
　　　Post Office Box 219　　　　　　　　Rockford, IL  61101
　　　Rockford, IL  61105

　　　Thomas A. Klein
　　　Winnebago County Circuit Clerk
　　　Winnebago County Courthouse
　　　400 West State Street
　　　Rockford, IL  61101

1

     **PLEASE TAKE NOTICE** that we have electronically filed with the United States District Court, Northern District of Illinois, Western Division, **Third-Party Defendants' Notice of Removal**, a copy of which is attached hereto, on this 25th day of June, 2008.

                                      Health Care Service Corporation, a Mutual Reserve Company, d/b/a Blue Cross/Blue Shield of Illinois and Blue Cross and Blue Shield Association, Third-Party Defendants, Third-Party Defendants,

                                      PETER DeBRUYNE, P.C.

                                      BY: *[signature]*
                                            Peter DeBruyne

                                    *[signature]*
                                    James O. Teeter, Jr.

Peter DeBruyne
Attorney Registration No. 0599840
838 North Main Street
Rockford, IL 61103
Telephone (815) 964-3810

James O. Teeter, Jr.
Attorney Registration No. 6244000
838 North Main Street
Rockford, IL 61103
Telephone (815) 964-3810

Attorneys for Third-Party Defendants.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **Notice of Filing** and **Notice of Removal** were served on June 25, 2008 pursuant to ECF as to Filing Users, including Troy Haggestad, Esq. and Daniel McGrail, Esq. and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User. A copy of the **Notice of Filing** and **Notice of Removal** were hand-delivered to Thomas A. Klein, Winnebago County Circuit Clerk, Winnebago County Courthouse, 400 West State Street, Rockford, IL 61101 on the 25th day of June, 2008.

_____
Peter DeBruyne