# EXHIBIT "B"

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#07W0326.09 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2007CF2753 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME (indicate Mr. Ms. Mrs.)<br>Jeffrey A. Grogan | | HOME TELEPHONE (include area code)<br>(815) 874-7715 |
|---|---|---|
| STREET ADDRESS<br>5866 Colleen Avenue | CITY, STATE AND ZIP CODE<br>Rockford, IL 61109 | DATE OF BIRTH<br>/ / |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>School District #205 - Rockford | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (include area code)<br>(815) 966-3000 |
|---|---|---|
| STREET ADDRESS<br>201 S. Madison Street | CITY, STATE AND ZIP CODE<br>Rockford, IL 61104 | COUNTY<br>Winnebago |

| CAUSE OF DISCRIMINATION BASED ON:<br>Sex | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>3/16/2007<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I. A. ISSUE/BASIS

FAILURE TO HIRE FOR FULL-TIME CLERICAL POSITION – LATE OCTOBER 2006, DUE TO MY SEX, MALE

DEPT OF HR
MAY 02 2007

B. PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

3. In October 2006, I applied for and was well qualified for a full-time clerical position at Respondent's Carlson Elementary School.

(Continued)

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 26th DAY OF April, 2007

_____
NOTARY SIGNATURE

"OFFICIAL SEAL"
JENNIFER JOHNSON
Notary Public, State of Illinois
My Commission Expires 09/01/2008

NOTARY SEAL

FORM 5 (5/05)

X _Jeffrey A. Grogan_ 4-26-2007
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

Return this copy

Complainant: Jeffrey Grogan
Charge Number: 2007CF2753
Page 2

4. In late October 2006, a female was hired for the position.

5. I am the only male clerk working for Respondent. Respondent failed to consider me for the position based on my sex, male.

6. No reason was given by Respondent for the adverse harm.

II. A. ISSUE/BASIS
FAILURE TO HIRE FOR FULL-TIME CLERICAL POSITION – JANUARY 22, 2007, DUE TO MY SEX, MALE

B. PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

3. In January 2007, I applied for and was well qualified for a full-time clerical position in Respondent's Administration Building in the Payroll Department.

4. On or about January 22, 2007, a female was hired to fill the position.

5. I am the only male clerk working for Respondent. Respondent failed to consider me for the position based on my sex, male.

6. No reason was given by Respondent for the adverse harm.

III. A. ISSUE/BASIS
FAILURE TO HIRE FOR FULL-TIME CLERICAL POSITION – JANUARY 22, 2007, DUE TO MY SEX, MALE

B. PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

3. In January 2007, I applied for and was well qualified for a full-time clerical position at Respondent's Roosevelt Elementary School.

(Continued)

Complainant: Jeffrey Grogan
Charge Number: 2007CF2753
Page 2

    4. On or about January 22, 2007, a female was hired to fill the position.

    5. I am the only male clerk working for Respondent. Respondent failed to consider me for the position based on my sex, male.

    6. No reason was given by Respondent for the adverse harm.

IV.   A. ISSUE/BASIS
FAILURE TO HIRE FOR FULL-TIME CLERICAL POSITION – JANUARY 22, 2007, DUE TO MY SEX, MALE

  B. PRIMA FACIE ALLEGATIONS

    1. My sex is male.

    2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

    3. In January 2007, I applied for and was well qualified for a full-time clerical position at Respondent's West Elementary School.

    4. On or about January 22, 2007, a female was hired to fill the position.

    5. I am the only male clerk working for Respondent. Respondent failed to consider me for the position based on my sex, male.

    6. No reason was given by Respondent for the adverse harm.

V.   A. ISSUE/BASIS
FAILURE TO HIRE FOR FULL-TIME CLERICAL POSITION – FEBRUARY 20, 2007, DUE TO MY SEX, MALE

  B. PRIMA FACIE ALLEGATIONS

    1. My sex is male.

    2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

    3. In January 2007, I applied for and was well qualified for a full-time clerical position at Respondent's Sterling High School.

(Continued)

Complainant: Jeffrey Grogan
Charge Number: 2007CF2753
Page 4

    4. On or about February 20, 2007, a female was hired to fill the position.

    5. I am the only male clerk working for Respondent. Respondent failed to consider me for the position based on my sex, male.

    6. No reason was given by Respondent for the adverse harm.

VI.   A. ISSUE/BASIS
      FAILURE TO HIRE FOR FULL-TIME CLERICAL POSITION – FEBRUARY 20, 2007, DUE TO MY SEX, MALE

    B. PRIMA FACIE ALLEGATIONS

    1. My sex is male.

    2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

    3. In January 2007, I applied for and was well qualified for a full-time clerical position at Respondent's Jefferson Elementary School.

    4. On or about February 20, 2007, a female was hired to fill the position.

    5. I am the only male clerk working for Respondent. Respondent failed to consider me for the position based on my sex, male.

    6. No reason was given by Respondent for the adverse harm.

VII.  A. ISSUE/BASIS
      FAILURE TO HIRE FOR TWO FULL-TIME CLERICAL POSITIONS – FEBRUARY 20, 2007, DUE TO MY SEX, MALE

    B. PRIMA FACIE ALLEGATIONS

    1. My sex is male.

    2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

    3. In January 2007, I applied for and was well qualified for two full-time clerical positions at Respondent's Jefferson Elementary School.

(Continued)

Complainant: Jeffrey Grogan
Charge Number: 2007CF2753
Page 5

    4. On or about February 20, 2007, a female was hired to fill the position.

    5. I am the only male clerk working for Respondent. Respondent failed to consider me for the position based on my sex, male.

    6. No reason was given by Respondent for the adverse harm.

VIII. A. ISSUE/BASIS
    FAILURE TO HIRE FOR FULL-TIME CLERICAL POSITION – FEBRUARY 20, 2007, DUE TO MY SEX, MALE

  B. PRIMA FACIE ALLEGATIONS

    1. My sex is male.

    2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

    3. In January 2007, I applied for and was well qualified for a full-time clerical position at Respondent's Roosevelt Elementary School.

    4. On or about February 20, 2007, a female was hired to fill the position.

    5. I am the only male clerk working for Respondent. Respondent failed to consider me for the position based on my sex, male.

    6. No reason was given by Respondent for the adverse harm.

IX. A. ISSUE/BASIS
    FAILURE TO HIRE FOR FULL-TIME CLERICAL POSITION – MARCH 16, 2007, BASED ON MY SEX, MALE

  B. PRIMA FACIE ALLEGATIONS

    1. My sex is male.

    2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

    3. In January 2007, I applied for and was well qualified for a full-time clerical position at Respondent's Administration Building in the Legal Department.

    4. On or about March 16, 2007, a female was hired to fill the position.

(Continued)

Complainant: Jeffrey Grogan
Charge Number: 2007CF2753
Page 6

5. I am the only male clerk working for Respondent. Respondent failed to consider me for the position based on my sex, male.

6. No reason was given by Respondent for the adverse harm.

X. A. ISSUE/BASIS
FAILURE TO HIRE FOR FULL-TIME CLERICAL POSITION – MARCH 16, 2007, BASED ON MY SEX, MALE

B. PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

3. In January 2007, I applied for and was well qualified for a full-time clerical position at Respondent's Holley Center in the Transportation Department.

4. On or about March 16, 2007, a female was hired to fill the position.

5. I am the only male clerk working for Respondent. Respondent failed to consider me for the position based on my sex, male.

6. No reason was given by Respondent for the adverse harm.

XI. A. ISSUE/BASIS
FAILURE TO HIRE FOR FULL-TIME CLERICAL POSITION – MARCH 16, 2007, BASED ON MY SEX, MALE

B. PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

3. In January 2007, I applied for and was well qualified for a full-time clerical position at Respondent's Roosevelt Elementary School.

4. On or about March 16, 2007, a female was hired to fill the position.

(Continued)

Complainant: Jeffrey Grogan
Charge Number: 2007CF2753
Page 7

5. I am the only male clerk working for Respondent. Respondent failed to consider me for the position based on my sex, male.

6. No reason was given by Respondent for the adverse harm.

XII. A. ISSUE/BASIS
FAILURE TO HIRE FOR FULL-TIME CLERICAL POSITION – MARCH 16, 2007, BASED ON MY SEX, MALE

B. PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

3. In January 2007, I applied for and was well qualified for a full-time clerical position at Respondent's Lincoln Elementary School.

4. On or about March 16, 2007, a female was hired to fill the position.

5. I am the only male clerk working for Respondent. Respondent failed to consider me for the position based on my sex, male.

6. No reason was given by Respondent for the adverse harm.

XIII. A. ISSUE/BASIS
REMOVED FROM SCHEDULE – MARCH 15, 2007, BASED ON MY SEX, MALE

B. PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

3. On March 15, 2007, I was informed that I had been removed from an assignment I was scheduled for at Respondent's Gregory Elementary School on April 2, 2007.

4. Similarly situated female employees have not been removed from their scheduled assignments.

(Continued)

Complainant: Jeffrey Grogan
Charge Number: 2007CF2753
Page 8

    5. No reason was given by Respondent for removing me from the assignment.

XIV.  A. ISSUE/BASIS
    REMOVED FROM SCHEDULE – MARCH 15, 2007, BASED ON MY SEX, MALE

  B. PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

3. On March 15, 2007, I was informed that I had been removed from an assignment at Respondent's Nelson Elementary School on April 9, 2007.

4. Similarly situated female employees have not been removed from their scheduled assignments.

5. No reason was given by Respondent for removing me from the assignment.

XV.  A. ISSUE/BASIS
    REMOVED FROM SCHEDULE – MARCH 15, 2007, BASED ON MY SEX, MALE

  B. PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. My performance met Respondent's legitimate expectations. I began my employment as a part-time Clerical Substitute with Respondent on December 15, 2005.

3. On March 15, 2007, I was informed that I had been removed from an assignment at Respondent's Resa Facility on May 11, 2007.

4. Similarly situated female employees have not been removed from their scheduled assignments.

5. No reason was given by Respondent for removing me from the assignment.

JJT/RCG