263.064176 (262)                          TED/sxf

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ANN JOHNSON                              )
                                         )
                    Plaintiff,           )
v.                                       )
                                         )
FOUNTAINS CRYSTAL LAKE LIMITED           )
PARTNERSHIP, SUNRISE CRYSTAL             )
LAKE (LAND) SL, LLC, SUNRISE SENIOR      )
LIVING, INC., SUNRISE SENIOR LIVING      )
MANAGEMENT, INC., SUNRISE FIRST          )
ASSISTED LIVING HOLDINGS, LLC,           )
                                         )
                    Defendants.          )

## NOTICE OF REMOVAL

**NOW COME**, the Defendants, SUNRISE CRYSTAL LAKE (LAND) SL, LLC, SUNRISE

SENIOR LIVING, INC., SUNRISE SENIOR LIVING MANAGEMENT, INC., and SUNRISE

FIRST ASSISTED LIVING HOLDINGS, LLC, by and through their attorneys, PRETZEL &

STOUFFER, CHARTERED, and hereby remove this civil action, case number 08 L 5738 from the

Circuit Court of Cook County, County Department, Law Division, State of Illinois, to the United

States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 USC §§1441

and 1332. In support thereof, the Defendants state as follows:

1.      Plaintiff ANN JOHNSON filed this action against the named Defendants in the Circuit Court

        of Cook County, County Department, Law Division, State of Illinois on May 23, 2008. A copy

        of the Complaint was served upon the Defendants, SUNRISE CRYSTAL LAKE (LAND) SL,

        LLC, SUNRISE SENIOR LIVING, INC., SUNRISE SENIOR LIVING MANAGEMENT,

        INC., and SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC, on May 30, 2008. **See**

**Exhibit 1.** This notice is filed within 30 days after service of the Complaint upon these Defendants.

2. In the following discussion of the citizenship of the parties, corporations, and members of LLC's, for the purposes of diversity, all assertions of citizenship are made as of the date the complaint was filed, May 23, 2008.

3. There is complete diversity between Plaintiff, ANN JOHNSON, and Defendants, SUNRISE CRYSTAL LAKE (LAND) SL, LLC,  SUNRISE SENIOR LIVING, INC., SUNRISE SENIOR LIVING MANAGEMENT, INC., and  SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC.

4. Named Defendant, FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP, is no longer in existence, and therefore has no bearing on this Court's diversity jurisdiction over this matter. FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP was voluntarily canceled, and was issued a Certificate of Cancellation of Limited Partnership from the Office of the Secretary of State for the State of Oklahoma on June 7, 2006. **See Exhibit 2.**

5. Plaintiff, ANN JOHNSON, is a citizen of the State of Illinois.

6. Defendant, SUNRISE CRYSTAL LAKE (LAND) SL, LLC, is a Delaware Limited Liability Company with only one member: Sunrise IV Senior Living Holdings, LLC. **See Exhibit 3.**

7. Sunrise IV Senior Living Holdings, LLC, is a Delaware Limited Liability Company **(See Exhibit 4)** with two members: Sunrise Senior Living Investments, Inc., and US Senior Living Investments, LLC.

8. Sunrise Senior Living Investments, Inc., is a corporation organized and existing under the laws of the State of Virginia, with its principal place of business in the State of Virginia.  **See**

2

**Exhibit 5.**

9.    US Senior Living Investments, LLC is a Delaware Limited Liability Company **(see Exhibit 6)** with only one member:  GSS (US Senior Living Investments), Inc.

10.    GSS  (US Senior Living Investments), Inc., is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York. **See Exhibit 7.**

11.    Defendant, SUNRISE SENIOR LIVING, INC., is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the State of Virginia. **See Exhibit8.**

12.    Defendant, SUNRISE SENIOR LIVING MANAGEMENT, INC., is a corporation organized and existing under the laws of the State of Virginia, with its principal place of business in the State of Virginia.  **See Exhibit 9.**

13.    Defendant, SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC is a Delaware Limited Liability Company **(see Exhibit 10)** with only two members:  SZR US Investments, Inc., and Sunrise Senior Living Investments, Inc.

14.    SZR US Investments, Inc., is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the State of Kentucky.  **See Exhibit 11.**

15.    Sunrise Senior Living Investments, Inc., is a corporation organized and existing under the laws of the State of Virginia, with its principal place of business in the State of Virginia.  **See Exhibit 5.**

16.    The amount in controversy exceeds $75,000.00, exclusive of interest and costs.  Plaintiff contends that Defendants' alleged negligence caused her to endure pain, suffering and disability and to expend valuable resources and money to cure herself from injuries allegedly

3

inflicted by Defendants. Additionally, attached to Plaintiff's complaint is an Affidavit of Damages, wherein Plaintiff's counsel swears that Plaintiff seeks damages in excess of $50,000.00. **See Exhibit 1.** Based on this information, there is a good faith basis to assert that the amount in controversy exceeds the jurisdictional amount.

17. The United States District Courts have original jurisdiction for this civil action under 28 USC §1332.

18. This Notice of Removal is filed in the United States District Court for the Northern District of Illinois, Western Division, which is the district and division in which the action is pending.

19. The Defendants have attached to this Notice copies of process and pleadings that have been served upon it.

**WHEREFORE**, Defendants, SUNRISE CRYSTAL LAKE (LAND) SL, LLC, SUNRISE SENIOR LIVING, INC., SUNRISE SENIOR LIVING MANAGEMENT, INC., and SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC, by and through their attorneys, PRETZEL & STOUFFER, CHARTERED, pray that this cause be removed to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

/s/ Daniel B. Mills
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone:    (312) 578-7524
Fax:            (312) 346-8242
Dmills@pretzel-stouffer.com
*Attorney for Defendants*

263.064176 (262)                          TED/sxf

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ANN JOHNSON | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FOUNTAINS CRYSTAL LAKE LIMITED | ) |
| PARTNERSHIP, SUNRISE CRYSTAL | ) |
| LAKE (LAND) SL, LLC, SUNRISE SENIOR | ) |
| LIVING, INC., SUNRISE SENIOR LIVING | ) |
| MANAGEMENT, INC., SUNRISE FIRST | ) |
| ASSISTED LIVING HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

## **ATTESTATION**

Daniel B. Mills, Esq, being first duly sworn on oath, deposes and states as follows:

1.    He is the attorney for the defendants/petitioners, SUNRISE CRYSTAL LAKE

(LAND) SL, LLC, SUNRISE SENIOR LIVING, INC., SUNRISE SENIOR LIVING

MANAGEMENT, INC., and SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC, in this cause.

2.    He has prepared and read the Notice of Removal filed in this cause and has personal

knowledge of the facts and matters contained in it; and

3.    The facts and allegations contained in the Notice of Removal are true and correct to

the best of his knowledge.

Respectfully submitted,

/s/Daniel B. Mills
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone:    (312) 578-7524
Fax:            (312) 346-8242
Dmills@pretzel-stouffer.com
*Attorney for Defendant*

# EXHIBIT  1

STATE OF ILLINOIS    )
                             ) SS

COUNTY OF COOK    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DEPARTMENT

**ANN JOHNSON**                   )

                                )

**Plaintiff,**                   )

                                )

**v.**                                    )     **Case Number:**

                                )

**FOUNTAINS CRYSTAL LAKE LIMITED**    )
**PARTNERSHIP, a foreign limited liability**  )
**partnership, SUNRISE CRYSTAL LAKE**    )
**(LAND) SL, LLC, a foreign corporation,**    )
**SUNRISE SENIOR LIVING, INC., a foreign**  )
**corporation, SUNRISE SENIOR LIVING**    )
**MANAGEMENT, INC., a foreign corporation,** )
**SUNRISE FIRST ASSISTED LIVING**       )
**HOLDINGS, LLC, a foreign limited liability** )
**company,**                            )

                                )

**Defendants.**                   )

2008L005738
CALENDAR/ROOM A
TIME 00:00
PI Other

2008 MAY 23 PM 1:46
LAW DIVISION CIRCUIT COURT

## COMPLAINT AT LAW

### Count I- (Negligence)

**NOW COMES** the Plaintiff, ANN JOHNSON, by and through her attorneys, HUNT, KAISER, ARANDA & SUBACH, LTD., and complaining of Defendants, FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP, a foreign limited liability partnership, SUNRISE CRYSTAL LAKE (LAND) SL, LLC, a foreign corporation, SUNRISE SENIOR LIVING, INC., a foreign corporation, SUNRISE SENIOR LIVING MANAGEMENT, INC., a foreign corporation, SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC, a foreign limited liability company, (hereinafter collectively referred

to as the "SUNRISE DEFENDANTS"), and each of them, alleges as follows:

1.    On May 24, 2006, FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP was a foreign limited liability partnership, licensed to do business in the State of Illinois, which owned and operated one or more offices in Cook County, Illinois, as well as the Fountains at Crystal Lake location at 965 N. Brighton Circle West, Crystal Lake, County of McHenry, State of Illinois.

2.    On May 24, 2006, SUNRISE CRYSTAL LAKE (LAND) SL, LLC, was a foreign corporation, licensed to do business in the State of Illinois, which owned and operated one or more offices in Cook County, Illinois, as well as the Fountains at Crystal Lake location at 965 N. Brighton Circle West, Crystal Lake, County of McHenry, State of Illinois.

3.    On May 24, 2006, SUNRISE SENIOR LIVING, INC., was a foreign corporation, licensed to do business in the State of Illinois, which owned and operated one or more offices in Cook County, Illinois, as well as the Fountains at Crystal Lake location at 965 N. Brighton Circle West, Crystal Lake, County of McHenry, State of Illinois.

4.    On May 24, 2006, SUNRISE SENIOR LIVING MANAGEMENT, INC., a foreign corporation, licensed to do business in the State of Illinois, which owned and operated one or more offices in Cook County, Illinois, as well as the Fountains at Crystal Lake location at 965 N. Brighton Circle West, Crystal Lake, County of McHenry, State of Illinois.

5.    On May 24, 2006, SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC, was a foreign limited liability company, licensed to do business in the State of

Illinois, which owned and operated one or more offices in Cook County, Illinois, as well as the Fountains at Crystal Lake location at 965 N. Brighton Circle West, Crystal Lake, County of McHenry, State of Illinois.

6.      On or about May 24, 2006, SUNRISE DEFENDANTS were an assisted living healthcare facility/medical professional corporation conducting healthcare facility, rehabilitation, medical, nursing and associated healthcare services and engaged on their staff various residents, nurses and other healthcare personnel.

7.      That at all times relevant, SUNRISE DEFENDANTS held themselves out and represented that they had and possessed the requisite skill, competence, know-how, facilities, personnel, and information to properly treat Plaintiff, ANN JOHNSON.

8.      That on or about May 24, 2006, Plaintiff, ANN JOHNSON, then 92 years old, was a resident/patient in the Alzheimer's/Dementia Unit under the care of SUNRISE DEFENDANTS at the Fountains of Crystal Lake location at 965 N. Brighton Circle West, Crystal Lake, Illinois, and entrusted herself entirely to the care of SUNRISE DEFENDANTS and their various nurses, agents, employees, and/or other medically trained personnel.

9.      That on or about May 24, 2006, Plaintiff ANN JOHNSON suffered from chronic atrial fibrillation and required  a daily dosage of Coumadin, an anticoagulant, which is used to control the heart rate at a normal rhythm to prevent such dangerous health risks as heart attacks, strokes and blood clots.

10.     That on or about May 24, 2006, SUNRISE DEFENDANTS, during the course of Plaintiff, ANN JOHNSON'S treatment, accepted Plaintiff, ANN JOHNSON as a patient and agreed to render, by and through physicians, nurses, agents and/or

employees, competent and adequate hospital services in conjunction with her heart condition from which she was then and there suffering and SUNRISE DEFENDANTS, through its various physicians, nurses, agents and/or employees, undertook to render care, diagnosis, treatment and services for a pecuniary consideration.

11.    That the dosage of Coumadin required by Plaintiff, ANN JOHNSON to properly maintain her heart rate is determined by her physician, however, it is the duty of SUNRISE DEFENDANTS, by and through their nurses, agents, servants, employees and/or licensed personnel, to ensure she is receiving the proper dosage according to doctor's orders.

12.    That at all times relevant, there was a duty on the part of SUNRISE DEFENDANTS, through its nurses, agents, employees and/or licensed personnel to render to Plaintiff, ANN JOHNSON all hospital, medical and nursing care and/or services, assessments, and treatment ordinarily provided by those institutions similarly licensed and accredited under like and similar circumstances, and/or the same in accordance with the accepted standards of medical, hospital, and nursing practice and opinion prevailing in the area where services were rendered, including but not limited to following all policies and procedures and all requirements for licensure and accreditation.

13.    More specifically, that at all times relevant, there was a duty on the part of SUNRISE DEFENDANTS to ensure that all medications were administered by registered nurses and/or licensed personnel in conjunction with physician's orders, to ensure that the appropriate standards of care were provided to their residents/patients, to ensure that proper procedures were followed regarding the administration of medication, to ensure that the proper dosages of medication were being administered and to ensure that

accurate records were kept regarding the dates and times of the administration of medication, so as not to put their residents/patients at an unreasonable risk of danger.

14.    That notwithstanding the aforesaid duties, SUNRISE DEFENDANTS, by and through their nurses, administrators, agents, actual or apparent, employees, and/or licensed personnel, was then and there guilty of one or more of the following careless and negligent wrongful acts and/or omissions:

a.    SUNRISE DEFENDANTS carelessly and negligently allowed unqualified, untrained, and/or unlicensed nurses, administrators, agents, actual or apparent, employees, and/or licensed personnel to administer the improper dosage of heart medication to Plaintiff, ANN JOHNSON thereby resulting in Plaintiff suffering from Coumadin toxicity;

b.    SUNRISE DEFENDANTS by and through its actual and/or apparent agents, employees, servants, and others, carelessly and negligently failed to exercise the usual and customary skill required by all assisted living healthcare facilities throughout the United States when caring for Plaintiff, ANN JOHNSON;

c.    SUNRISE DEFENDANTS by and through its actual and/or apparent agents, employees, servants, and others, carelessly and negligently failed to follow the appropriate standards of care for all assisted living healthcare facilities throughout the United States, including adequate training and/or supervision of its nurses, employees, agents and medical staff;

d.    SUNRISE DEFENDANTS carelessly and negligently failed to keep records regarding the dates and times medication was administered to Plaintiff ANN JOHNSON, thus making it certain that the improper dosages would be consumed by Plaintiff and resulting in Plaintiff suffering from Coumadin toxicity;

e.    SUNRISE DEFENDANTS carelessly and negligently failed to heed complaints by Plaintiff's family to closely monitor the administration of Coumadin to Plaintiff thereby resulting in multiple episodes of Coumadin toxicity;

e.    SUNRISE DEFENDANTS by and through its actual and/or apparent agents, and others carelessly and negligently failed to provide medical and hospital services to adequately treat the

condition from with Plaintiff was then and there suffering;

f.    SUNRISE DEFENDANTS through its actual and/or apparent agents, employees, servants or others, carelessly and negligently failed to render extraordinary care as described in their promotional literature and on their web site; and

g.    SUNRISE through its actual and/or apparent agents, employees, servants or others, carelessly and negligently failed to follow policy and procedure.

15.    As a result of SUNRISE DEFENDANTS' negligence, Plaintiff ANN JOHNSON was injured, overdosed on Coumadin, hospitalized on two separate occasions, forced to endure pain, suffering and disability and expended valuable resources and money to cure herself from the injuries inflicted by SUNRISE DEFENDANTS.

WHEREFORE, as a result of SUNRISE DEFENDANTS' negligence, Plaintiff prays for judgment against SUNRISE DEFENDANTS' Individually, and/or by and through its residents, nurses, administrators, therapists, agents, actual and/or apparent, servants, employees and/or other medical and non-medical personnel, and/or physicians in a fair and reasonable amount inclusive of attorney's fees and costs and for such other relief as this Court deems just and proper in the premises.

## Count II- (Negligence)

**NOW COMES** the Plaintiff, ANN JOHNSON, by and through her attorneys, HUNT, KAISER, ARANDA & SUBACH, LTD., and complaining of Defendants, FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP, a foreign limited liability partnership, SUNRISE CRYSTAL LAKE (LAND) SL, LLC, a foreign corporation, SUNRISE SENIOR LIVING, INC., a foreign corporation, SUNRISE SENIOR LIVING MANAGEMENT, INC., a foreign corporation, SUNRISE FIRST ASSISTED LIVING

HOLDINGS, LLC, a foreign limited liability company, (hereinafter collectively referred to as the "SUNRISE DEFENDANTS"), and each of them, alleges as follows:

1.     On October 14, 2007, FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP was a foreign limited liability partnership, licensed to do business in the State of Illinois, which owned and operated one or more offices in Cook County, Illinois, as well as the Fountains at Crystal Lake location at 965 N. Brighton Circle West, Crystal Lake, County of McHenry, State of Illinois.

2.     On October 14, 2007, SUNRISE CRYSTAL LAKE (LAND) SL, LLC, was a foreign corporation, licensed to do business in the State of Illinois, which owned and operated one or more offices in Cook County, Illinois, as well as the Fountains at Crystal Lake location at 965 N. Brighton Circle West, Crystal Lake, County of McHenry, State of Illinois.

3.     On October 14, 2007, SUNRISE SENIOR LIVING, INC., was a foreign corporation, licensed to do business in the State of Illinois, which owned and operated one or more offices in Cook County, Illinois, as well as the Fountains at Crystal Lake location at 965 N. Brighton Circle West, Crystal Lake, County of McHenry, State of Illinois.

4.     On October 14, 2007, SUNRISE SENIOR LIVING MANAGEMENT, INC., a foreign corporation, licensed to do business in the State of Illinois, which owned and operated one or more offices in Cook County, Illinois, as well as the Fountains at Crystal Lake location at 965 N. Brighton Circle West, Crystal Lake, County of McHenry, State of Illinois.

5.     On October 14, 2007, SUNRISE FIRST ASSISTED LIVING

HOLDINGS, LLC, was a foreign limited liability company, licensed to do business in the State of Illinois, which owned and operated one or more offices in Cook County, Illinois, as well as the Fountains at Crystal Lake location at 965 N. Brighton Circle West, Crystal Lake, County of McHenry, State of Illinois.

6.      On or about October 14, 2007, SUNRISE DEFENDANTS were an assisted living healthcare facility/medical professional corporation conducting healthcare facility, rehabilitation, medical, nursing and associated healthcare services and engaged on their staff various residents, nurses and other healthcare personnel.

7.      That at all times relevant, SUNRISE DEFENDANTS held themselves out and represented that they had and possessed the requisite skill, competence, know-how, facilities, personnel, and information to properly treat Plaintiff, ANN JOHNSON.

8.      That on or about October 14, 2007, Plaintiff, ANN JOHNSON, then 92 years old, was a resident/patient in the Alzheimer's/Dementia Unit under the care of SUNRISE DEFENDANTS at the Fountains of Crystal Lake location at 965 N. Brighton Circle West, Crystal Lake, Illinois, and entrusted herself entirely to the care of SUNRISE DEFENDANTS and their various nurses, agents, employees, and/or other medically trained personnel.

9.      That on or about October 14, 2007, Plaintiff ANN JOHNSON suffered from chronic atrial fibrillation and required  a daily dosage of Coumadin, an anticoagulant, which is used to control the heart rate at a normal rhythm to prevent such dangerous health risks as heart attacks, strokes and blood clots.

10.      That on or about October 14, 2007, SUNRISE DEFENDANTS, during the course of Plaintiff, ANN JOHNSON'S treatment, accepted Plaintiff, ANN JOHNSON as

a patient and agreed to render, by and through physicians, nurses, agents and/or employees, competent and adequate hospital services in conjunction with her heart condition from which she was then and there suffering and SUNRISE DEFENDANTS, through its various physicians, nurses, agents and/or employees, undertook to render care, diagnosis, treatment and services for a pecuniary consideration.

11. That the dosage of Coumadin required by Plaintiff, ANN JOHNSON to properly maintain her heart rate is determined by her physician, however, it is the duty of SUNRISE DEFENDANTS, by and through their nurses, agents, servants, employees and/or licensed personnel, to ensure she is receiving the proper dosage according to doctor's orders.

12. That at all times relevant, there was a duty on the part of SUNRISE DEFENDANTS, through its nurses, agents, employees and/or licensed personnel to render to Plaintiff, ANN JOHNSON all hospital, medical and nursing care and/or services, assessments, and treatment ordinarily provided by those institutions similarly licensed and accredited under like and similar circumstances, and/or the same in accordance with the accepted standards of medical, hospital, and nursing practice and opinion prevailing in the area where services were rendered, including but not limited to following all policies and procedures and all requirements for licensure and accreditation.

13. More specifically, that at all times relevant, there was a duty on the part of SUNRISE DEFENDANTS to ensure that all medications were administered by registered nurses and/or licensed personnel in conjunction with physician's orders, to ensure that the appropriate standards of care were provided to their residents/patients, to ensure that proper procedures were followed regarding the administration of medication, to ensure

that the proper dosages of medication were being administered and to ensure that accurate records were kept regarding the dates and times of the administration of medication, so as not to put their residents/patients at an unreasonable risk of danger.

14.     That notwithstanding the aforesaid duties, SUNRISE DEFENDANTS, by and through their nurses, administrators, agents, actual or apparent, employees, and/or licensed personnel, was then and there guilty of one or more of the following careless and negligent wrongful acts and/or omissions:

a.     SUNRISE DEFENDANTS carelessly and negligently allowed unqualified, untrained, and/or unlicensed nurses, administrators, agents, actual or apparent, employees, and/or licensed personnel to administer the improper dosage of heart medication to Plaintiff, ANN JOHNSON thereby resulting in Plaintiff suffering from Coumadin toxicity;

b.     SUNRISE DEFENDANTS by and through its actual and/or apparent agents, employees, servants, and others, carelessly and negligently failed to exercise the usual and customary skill required by all assisted living healthcare facilities throughout the United States when caring for Plaintiff, ANN JOHNSON;

c.     SUNRISE DEFENDANTS by and through its actual and/or apparent agents, employees, servants, and others, carelessly and negligently failed to follow the appropriate standards of care for all assisted living healthcare facilities throughout the United States, including adequate training and/or supervision of its nurses, employees, agents and medical staff;

d.     SUNRISE DEFENDANTS carelessly and negligently failed to keep records regarding the dates and times medication was administered to Plaintiff ANN JOHNSON, thus making it certain that the improper dosages would be consumed by Plaintiff and resulting in Plaintiff suffering from Coumadin toxicity;

e.     SUNRISE DEFENDANTS carelessly and negligently failed to heed complaints by Plaintiff's family to closely monitor the administration of Coumadin to Plaintiff thereby resulting in multiple episodes of Coumadin toxicity;

e.     SUNRISE DEFENDANTS by and through its actual and/or

apparent agents, and others carelessly and negligently failed to provide medical and hospital services to adequately treat the condition from with Plaintiff was then and there suffering;

f.    SUNRISE DEFENDANTS through its actual and/or apparent agents, employees, servants or others, carelessly and negligently failed to render extraordinary care as described in their promotional literature and on their web site; and

g.    SUNRISE through its actual and/or apparent agents, employees, servants or others, carelessly and negligently failed to follow policy and procedure.

16.    As a result of SUNRISE DEFENDANTS' negligence, Plaintiff ANN JOHNSON was injured, overdosed on Coumadin, hospitalized on two separate occasions, forced to endure pain, suffering and disability and expended valuable resources and money to cure herself from the injuries inflicted by SUNRISE DEFENDANTS.

WHEREFORE, as a result of SUNRISE DEFENDANTS' negligence, Plaintiff prays for judgment against SUNRISE DEFENDANTS' Individually, and/or by and through its residents, nurses, administrators, therapists, agents, actual and/or apparent, servants, employees and/or other medical and non-medical personnel, and/or physicians in a fair and reasonable amount inclusive of attorney's fees and costs and for such other relief as this Court deems just and proper in the premises.

### Count III- (Nursing Home Care Act)

**NOW COMES** the Plaintiff, ANN JOHNSON, by and through her attorneys, HUNT, KAISER, ARANDA & SUBACH, LTD., and complaining of Defendants, FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP, a foreign limited liability partnership, SUNRISE CRYSTAL LAKE (LAND) SL, LLC, a foreign corporation, SUNRISE SENIOR LIVING, INC., a foreign corporation, SUNRISE SENIOR LIVING

MANAGEMENT, INC., a foreign corporation, SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC, a foreign limited liability company, (hereinafter collectively referred to as the "SUNRISE DEFENDANTS"), and each of them, alleges as follows:

1.     That at all times relevant herein, FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP was a nursing home duly licensed to treat patients under the laws of the State of Illinois and was engaged in treating patients in Cook County, as well as other counties, and the State of Illinois.

2.     That at all times relevant herein, SUNRISE CRYSTAL LAKE (LAND) SL, LLC, was a nursing home duly licensed to treat patients under the laws of the State of Illinois and was engaged in treating patients in Cook County, as well as other counties, and the State of Illinois.

3.     That at all times relevant herein, SUNRISE SENIOR LIVING, INC., was a nursing home duly licensed to treat patients under the laws of the State of Illinois and was engaged in treating patients in Cook County, as well as other counties, and the State of Illinois.

4.     That at all times relevant herein, SUNRISE SENIOR LIVING MANAGEMENT, INC., was a nursing home duly licensed to treat patients under the laws of the State of Illinois and was engaged in treating patients in Cook County, as well as other counties, and the State of Illinois.

5.     That at all times relevant herein, SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC, was a nursing home duly licensed to treat patients under the laws of the State of Illinois and was engaged in treating patients in Cook County, as well as other counties, and the State of Illinois.

6.      That at all times relevant herein, Registered Nurses, Licensed Practical Nurses, and other caregivers were the duly authorized agents, apparent agents, servants, and/or employees of the SUNRISE DEFENDANTS who undertook to provide care and/or treatment to the Plaintiff, ANN JOHNSON, and at all relevant times were acting within the scope of their agency, service and/or employment.

7.      That on or about May 24, 2006, Plaintiff ANN JOHNSON, was a resident who was admitted to SUNRISE DEFENDANTS.

8.      That prior to May 24, 2006, up until the present, SUNRISE DEFENDANTS by and through their physicians, nurses, employees, agents, actual and/or apparent, and staff cared for, attended to and treated Plaintiff, ANN JOHSON.

9.      That at all times relevant herein, there was a duty on the part of SUNRISE DEFENDANTS, by and through its physicians, nurses, employees, agents, actual and/or apparent, and staff, to diagnose and render care and treatment to Plaintiff, ANN JOHNSON, in accordance with the accepted standards of nursing care practice and opinions then prevailing, and to exercise that degree and caution commonly exercised by the members of its profession.

10.      That while Plaintiff was undergoing treatment, included but not limited to the administration of medication, SUNRISE DEFENDANTS had a duty to provide, by and through its physicians, nurses, employees, agents, actual and/or apparent, nursing care and medical care services ordinarily provided by similarly licensed and accredited institutions and individuals.

11.      Further, that in providing these services, SUNRISE DEFENDANTS, by and through its physicians, nurses, agents, actual and/or apparent, and/or employees, had

a duty to exercise that degree of care required of similar institutions and individuals duly licensed, under similar circumstances.

12.    That at all times relevant, SUNRISE DEFENDANTS, accepted Plaintiff, ANN JOHNSON, as a patient, and agreed to render competent and adequate care, diagnosis, treatment, and services to the Plaintiff, by and through its physicians, nurses, employees, agents, actual and/or apparent, for pecuniary consideration.

13.    That at all times relevant, SUNRISE DEFENDANTS, accepted Plaintiff, ANN JOHNSON, as a patient, and agreed to render competent and adequate nursing care services in conjunction with her illness/heart condition, and SUNRISE DEFENDANTS, by and through its physicians, nurses, agents, actual and/or apparent, and/or employees, undertook to render such care diagnosis, treatment and services for pecuniary consideration.

14.    That at all times relevant herein, Plaintiff had entrusted herself to the care of SUNRISE DEFENDANTS and its various physicians, nurses, employees, and agents.

15.    That at all times relevant, there was a duty on the part of SUNRISE DEFENDANTS and its physicians, nurses, agents, and/or employees, to render all nursing care, medical care and/or assessments, services and treatments provided by those institutions similarly licensed and accredited under like and similar circumstances, in accordance with the accepted standards of medical, hospital, and nursing practices and opinions then prevailing, including but not limited to following all policies and procedures and all requirements for licensure and accreditation in Illinois.

16.    That notwithstanding the aforesaid duties, SUNRISE DEFENDANTS, by and through its physicians, nurses, employees, agents and/or other related and associated

medical personnel, was then and there guilty of and committed one or more of the

following careless and negligent wrongful acts and/or omissions in violation of the

Nursing Home Care Act, 210 ILCS 45/2-107 rendering it liable under Nursing Home

Care Act, 210 ILCS 45/3-601:

    a.    SUNRISE DEFENDANTS carelessly and negligently allowed unqualified, untrained, and/or unlicensed nurses, administrators, agents, actual or apparent, employees, and/or licensed personnel to administer the improper dosage of heart medication to Plaintiff, ANN JOHNSON thereby resulting in Plaintiff suffering from Coumadin toxicity;

    b.    SUNRISE DEFENDANTS by and through its actual and/or apparent agents, employees, servants, and others, carelessly and negligently failed to exercise the usual and customary skill required by all assisted living healthcare facilities throughout the United States when caring for Plaintiff, ANN JOHNSON;

    c.    SUNRISE DEFENDANTS by and through its actual and/or apparent agents, employees, servants, and others, carelessly and negligently failed to follow the appropriate standards of care for all assisted living healthcare facilities throughout the United States, including adequate training and/or supervision of its nurses, employees, agents and medical staff;

    d.    SUNRISE DEFENDANTS carelessly and negligently failed to keep records regarding the dates and times medication was administered to Plaintiff ANN JOHNSON, thus making it certain that the improper dosages would be consumed by Plaintiff and resulting in Plaintiff suffering from Coumadin toxicity;

    e.    SUNRISE DEFENDANTS carelessly and negligently failed to heed complaints by Plaintiff's family to closely monitor the administration of Coumadin to Plaintiff thereby resulting in multiple episodes of Coumadin toxicity;

    e.    SUNRISE DEFENDANTS by and through its actual and/or apparent agents, and others carelessly and negligently failed to provide medical and hospital services to adequately treat the condition from with Plaintiff was then and there suffering;

    f.    SUNRISE DEFENDANTS through its actual and/or apparent agents, employees, servants or others, carelessly and negligently

failed to render extraordinary care as described in their promotional literature and on their web site; and

g.    SUNRISE through its actual and/or apparent agents, employees, servants or others, carelessly and negligently failed to follow policy and procedure.

17.    As a result of SUNRISE DEFENDANTS' negligent and careless acts and/or omissions, Plaintiff ANN JOHNSON was injured, overdosed on Coumadin, hospitalized on two separate occasions, forced to endure pain, suffering and disability and expended valuable resources and money to cure herself from the injuries inflicted by SUNRISE DEFENDANTS.

WHEREFORE, as a result of SUNRISE DEFENDANTS' negligence, Plaintiff prays for judgment against SUNRISE DEFENDANTS' Individually, and/or by and through its residents, nurses, administrators, therapists, agents, actual and/or apparent, servants, employees and/or other medical and non-medical personnel, and/or physicians in a fair and reasonable amount inclusive of attorney's fees and costs and for such other relief as this Court deems just and proper in the premises.

### Count IV- (Nursing Home Care Act)

**NOW COMES** the Plaintiff, ANN JOHNSON, by and through her attorneys, HUNT, KAISER, ARANDA & SUBACH, LTD., and complaining of Defendants, FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP, a foreign limited liability partnership, SUNRISE CRYSTAL LAKE (LAND) SL, LLC, a foreign corporation, SUNRISE SENIOR LIVING, INC., a foreign corporation, SUNRISE SENIOR LIVING MANAGEMENT, INC., a foreign corporation, SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC, a foreign limited liability company, (hereinafter collectively referred

to as the "SUNRISE DEFENDANTS"), and each of them, alleges as follows:

1.     That at all times relevant herein, FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP was a nursing home duly licensed to treat patients under the laws of the State of Illinois and was engaged in treating patients in Cook County, as well as other counties, and the State of Illinois.

2.     That at all times relevant herein, SUNRISE CRYSTAL LAKE (LAND) SL, LLC, was a nursing home duly licensed to treat patients under the laws of the State of Illinois and was engaged in treating patients in Cook County, as well as other counties, and the State of Illinois.

3.     That at all times relevant herein, SUNRISE SENIOR LIVING, INC., was a nursing home duly licensed to treat patients under the laws of the State of Illinois and was engaged in treating patients in Cook County, as well as other counties, and the State of Illinois.

4.     That at all times relevant herein, SUNRISE SENIOR LIVING MANAGEMENT, INC., was a nursing home duly licensed to treat patients under the laws of the State of Illinois and was engaged in treating patients in Cook County, as well as other counties, and the State of Illinois.

5.     That at all times relevant herein, SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC, was a nursing home duly licensed to treat patients under the laws of the State of Illinois and was engaged in treating patients in Cook County, as well as other counties, and the State of Illinois.

6.     That at all times relevant herein, Registered Nurses, Licensed Practical Nurses, and other caregivers were the duly authorized agents, apparent agents, servants,

and/or employees of the SUNRISE DEFENDANTS who undertook to provide care and/or treatment to the Plaintiff, ANN JOHNSON, and at all relevant times were acting within the scope of their agency, service and/or employment.

7.    That on or about October 14, 2007, Plaintiff ANN JOHNSON, was a resident who was admitted to SUNRISE DEFENDANTS.

8.    That prior to October 14, 2007, up until the present, SUNRISE DEFENDANTS by and through their physicians, nurses, employees, agents, actual and/or apparent, and staff cared for, attended to and treated Plaintiff, ANN JOHSON.

9.    That at all times relevant herein, there was a duty on the part of SUNRISE DEFENDANTS, by and through its physicians, nurses, employees, agents, actual and/or apparent, and staff, to diagnose and render care and treatment to Plaintiff, ANN JOHNSON, in accordance with the accepted standards of nursing care practice and opinions then prevailing, and to exercise that degree and caution commonly exercised by the members of its profession.

10.    That while Plaintiff was undergoing treatment, included but not limited to the administration of medication, SUNRISE DEFENDANTS had a duty to provide, by and through its physicians, nurses, employees, agents, actual and/or apparent, nursing care and medical care services ordinarily provided by similarly licensed and accredited institutions and individuals.

11.    Further, that in providing these services, SUNRISE DEFENDANTS, by and through its physicians, nurses, agents, actual and/or apparent, and/or employees, had a duty to exercise that degree of care required of similar institutions and individuals duly licensed, under similar circumstances.

12.    That at all times relevant, SUNRISE DEFENDANTS, accepted Plaintiff, ANN JOHNSON, as a patient, and agreed to render competent and adequate care, diagnosis, treatment, and services to the Plaintiff, by and through its physicians, nurses, employees, agents, actual and/or apparent, for pecuniary consideration.

13.    That at all times relevant, SUNRISE DEFENDANTS, accepted Plaintiff, ANN JOHNSON, as a patient, and agreed to render competent and adequate nursing care services in conjunction with her illness/heart condition, and SUNRISE DEFENDANTS, by and through its physicians, nurses, agents, actual and/or apparent, and/or employees, undertook to render such care diagnosis, treatment and services for pecuniary consideration.

14.    That at all times relevant herein, Plaintiff had entrusted herself to the care of SUNRISE DEFENDANTS and its various physicians, nurses, employees, and agents.

15.    That at all times relevant, there was a duty on the part of SUNRISE DEFENDANTS and its physicians, nurses, agents, and/or employees, to render all nursing care, medical care and/or assessments, services and treatments provided by those institutions similarly licensed and accredited under like and similar circumstances, in accordance with the accepted standards of medical, hospital, and nursing practices and opinions then prevailing, including but not limited to following all policies and procedures and all requirements for licensure and accreditation in Illinois.

16.    That notwithstanding the aforesaid duties, SUNRISE DEFENDANTS, by and through its physicians, nurses, employees, agents and/or other related and associated medical personnel, was then and there guilty of and committed one or more of the following careless and negligent wrongful acts and/or omissions in violation of the

Nursing Home Care Act, 210 ILCS 45/2-107 rendering it liable under Nursing Home

Care Act, 210 ILCS 45/3-601:

a. SUNRISE DEFENDANTS carelessly and negligently allowed unqualified, untrained, and/or unlicensed nurses, administrators, agents, actual or apparent, employees, and/or licensed personnel to administer the improper dosage of heart medication to Plaintiff, ANN JOHNSON thereby resulting in Plaintiff suffering from Coumadin toxicity;

b. SUNRISE DEFENDANTS by and through its actual and/or apparent agents, employees, servants, and others, carelessly and negligently failed to exercise the usual and customary skill required by all assisted living healthcare facilities throughout the United States when caring for Plaintiff, ANN JOHNSON;

c. SUNRISE DEFENDANTS by and through its actual and/or apparent agents, employees, servants, and others, carelessly and negligently failed to follow the appropriate standards of care for all assisted living healthcare facilities throughout the United States, including adequate training and/or supervision of its nurses, employees, agents and medical staff;

d. SUNRISE DEFENDANTS carelessly and negligently failed to keep records regarding the dates and times medication was administered to Plaintiff ANN JOHNSON, thus making it certain that the improper dosages would be consumed by Plaintiff and resulting in Plaintiff suffering from Coumadin toxicity;

e. SUNRISE DEFENDANTS carelessly and negligently failed to heed complaints by Plaintiff's family to closely monitor the administration of Coumadin to Plaintiff thereby resulting in multiple episodes of Coumadin toxicity;

e. SUNRISE DEFENDANTS by and through its actual and/or apparent agents, and others carelessly and negligently failed to provide medical and hospital services to adequately treat the condition from with Plaintiff was then and there suffering;

f. SUNRISE DEFENDANTS through its actual and/or apparent agents, employees, servants or others, carelessly and negligently failed to render extraordinary care as described in their promotional literature and on their web site; and

g. SUNRISE through its actual and/or apparent agents, employees,

servants or others, carelessly and negligently failed to follow policy and procedure.

18.     As a result of SUNRISE DEFENDANTS' negligent and careless acts and/or omissions, Plaintiff ANN JOHNSON was injured, overdosed on Coumadin, hospitalized on two separate occasions, forced to endure pain, suffering and disability and expended valuable resources and money to cure herself from the injuries inflicted by SUNRISE DEFENDANTS.

WHEREFORE, as a result of SUNRISE DEFENDANTS' negligence, Plaintiff prays for judgment against SUNRISE DEFENDANTS' Individually, and/or by and through its residents, nurses, administrators, therapists, agents, actual and/or apparent, servants, employees and/or other medical and non-medical personnel, and/or physicians in a fair and reasonable amount inclusive of attorney's fees and costs and for such other relief as this Court deems just and proper in the premises.

### Count V- (Nursing Home Care Act)

**NOW COMES** the Plaintiff, ANN JOHNSON, by and through her attorneys, HUNT, KAISER, ARANDA & SUBACH, LTD., and complaining of Defendants, FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP, a foreign limited liability partnership, SUNRISE CRYSTAL LAKE (LAND) SL, LLC, a foreign corporation, SUNRISE SENIOR LIVING, INC., a foreign corporation, SUNRISE SENIOR LIVING MANAGEMENT, INC., a foreign corporation, SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC, a foreign limited liability company, (hereinafter collectively referred to as the "SUNRISE DEFENDANTS"), and each of them, alleges as follows:

1-6.     Plaintiff hereby re-alleges and incorporates by reference each and every

allegation of paragraph 1-6 of Count I of this Complaint at Law as and for allegations paragraphs 1-6 of this Count V.

7.    That on or about May 24, 2006 and at various times thereafter, including October 14, 2007, when SUNRISE DEFENDANTS' agents and/or employees treated and/or cared for Plaintiff, ANN JOHNSON, they were acting within their scope of employment/agency with SUNRISE DEFENDANTS and relied upon reports and information from others similarly employed by/agents of SUNRISE DEFENDANTS to render their care and/or treatment to Plaintiff.

8.    That at all times relevant herein there was a duty on the part of SUNRISE DEFENDANTS to monitor their entities and/or employees, agents, actual or apparent, physicians, nurses, and medical staff to ensure that they treated Plaintiff in accordance with the accepted standards of practice prevailing in the greater metropolitan Chicagoland area, and to exercise that degree of care and caution commonly exercised by other members of their professions in the community.

9.    That notwithstanding the aforesaid duties, SUNRISE DEFENDANTS, by and through its entities and/or agents, actual or apparent, servants, employees, nurses, physicians, and medical staff, assumed the care and/or treatment of Plaintiff, ANN JOHNSON, the SUNRISE DEFENDANTS, were then and there guilty, through the doctrine of vicarious liability, of and committed one or more of the following careless and negligent wrongful acts and/or omissions:

        a.    SUNRISE DEFENDANTS carelessly and negligently allowed agents and/or employees to render below standards of care and services to Plaintiff;

        b.    SUNRISE DEFENDANTS carelessly and negligently allowed agents and/or employees to fail to administer competent and

appropriate medical care and treatment to Plaintiff;

c.    SUNRISE DEFENDANTS carelessly and negligently allowed agents and/or employees to fail to monitor the dosages of Coumadin provided to Plaintiff and the amount of Coumadin consumed by Plaintiff and in her bloodstream;

d.    SUNRISE DEFENDANTS carelessly and negligently allowed agents and/or employees to fail to follow policies and procedures; and

e.    SUNRISE DEFENDANTS were otherwise careless and negligent.

10.    As a result of SUNRISE DEFENDANTS' negligent and careless acts and/or omissions, Plaintiff ANN JOHNSON was injured, overdosed on Coumadin, hospitalized on two separate occasions, forced to endure pain, suffering and disability and expended valuable resources and money to cure herself from the injuries inflicted by SUNRISE DEFENDANTS.

WHEREFORE, Plaintiff prays for judgment against SUNRISE DEFENDANTS' Individually, and/or by and through its residents, nurses, administrators, therapists, agents, actual and/or apparent, servants, employees and/or other medical and non-medical personnel, and/or physicians in a fair and reasonable amount inclusive of attorney's fees and costs and for such other relief as this Court deems just and proper in the premises.


HUNT, KAISER, ARANDA & SUBACH, LTD.

By: _James P. McLane_____

James P. McLane
Attorney for Plaintiff


HUNT, KAISER, ARANDA & SUBACH, LTD.
1035 S. York Road
Bensenville, Illinois 60106
(630) 860-7800
Atty. No.: 15213

STATE OF ILLINOIS      )
                           ) SS
COUNTY OF COOK     )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DEPARTMENT

| | |
|---|---|
| **ANN JOHNSON**                  )<br>                             )<br>                             )<br>**Plaintiff,**                 )<br>                             )<br>**v.**                          )<br>                             )<br>**FOUNTAINS CRYSTAL LAKE LIMITED**   )<br>**PARTNERSHIP, a foreign limited liability**   )<br>**partnership, SUNRISE CRYSTAL LAKE**   )<br>**(LAND) SL, LLC, a foreign corporation,**   )<br>**SUNRISE SENIOR LIVING, INC., a foreign**   )<br>**corporation, SUNRISE SENIOR LIVING**   )<br>**MANAGEMENT, INC., a foreign corporation,**   )<br>**SUNRISE FIRST ASSISTED LIVING**   )<br>**HOLDINGS, LLC, a foreign limited liability**   )<br>**company,**                      )<br>                             )<br>                             )<br>**Defendants.**              ) | Case Number:<br><br>2008L005738<br>CALENDAR/ROOM A<br>TIME 00:00<br>PI Other |

**FILED**
2008 MAY 23 PM 1:45
CLERK OF CIRCUIT COURT
LAW DIVISION

## AFFIDAVIT OF DAMAGES
## SUPREME COURT RULE 222

The undersigned being first duly sworn upon oath, deposes and states that he is the attorney for the Plaintiff to the above entitled cause of action and is seeking money damages for this cause of action in the amount listed below:

_____ does not exceed $50,000.00

__X__ does exceed $50,000.00

/s/ _James P. McLane_
James P. McLane, as Attorney for Plaintiff

HUNT, KAISER, ARANDA & SUBACH, LTD.
1035 S. York Road
Bensenville, Illinois 60106
(630) 860-7800
Atty. No.: 15213

**Service of Process
Transmittal**
05/30/2008
CT Log Number 513478555

**TO:**   Kim Wilburn
         Sunrise Senior Living, Inc.
         7902 Westpark Drive
         McLean, VA 22102

**RE:**   **Process Served in Illinois**

**FOR:**   Sunrise Senior Living, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ann Johnson, Pltf. vs. Fountains Crystal Lake Limited Partnership, etc., et al. including Sunrise Senior Living, Inc., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Affidavit(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - Cook County Department - Law Division, IL Case # 2008L005738 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - Overdose of Coumadin |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/30/2008 at 09:10 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | James P. McLane Hunt, Kaiser, Aranda & Subach, Ltd. 1035 S. York Road Bensenville, IL 60106 630-860-7800 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 790025020426 Image SOP - Page(s): 27 Email Notification, Kim Wilburn kimberly.wilburn@sunriseseniorliving.com Email Notification, Michael Stein michael.stein@sunriseseniorliving.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Tawana Carter |
| **ADDRESS:** | 208 South LaSalle Street Suite 814 Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of  1 / TC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**Service of Process
Transmittal**
05/30/2008
CT Log Number 513478659

**TO:**   Kim Wilburn
Sunrise Senior Living, Inc.
7902 Westpark Drive
McLean, VA 22102

**RE:**   **Process Served in Illinois**

**FOR:**  Sunrise Crystal Lake (LAND) SL, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ann Johnson, Pltf. vs. Fountains Crystal Lake Limited Partnership, etc., et al. including Sunrise Crystal Lake (Land) SL, LLC, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Affidavit(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - Cook County Department - Law Division, IL Case # 2008L005738 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - Overdose of Coumadin |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/30/2008 at 09:10 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | James P. McLane Hunt, Kaiser, Aranda & Subach, Ltd. 1035 S. York Road Bensenville, IL 60106 630-860-7800 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 790025020426 Image SOP - Page(s): 27 Email Notification, Kim Wilburn kimberly.wilburn@sunriseseniorliving.com Email Notification, Michael Stein michael.stein@sunriseseniorliving.com |
| **SIGNED:** **PER:** **ADDRESS:** | C T Corporation System Tawana Carter 208 South LaSalle Street Suite 814 Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of  1 / TC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**Service of Process
Transmittal**
05/30/2008
CT Log Number 513478625

**TO:**    Kim Wilburn
Sunrise Senior Living, Inc.
7902 Westpark Drive
McLean, VA 22102

**RE:**    **Process Served in Illinois**

**FOR:**   Sunrise Senior Living Management, Inc. (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ann Johnson, Pltf. vs. Fountains Crystal Lake Limited Partnership, etc., et al. including Sunrise Senior Living Management, Inc., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Affidavit(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - Cook County Department - Law Division, IL Case # 2008L005738 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - Overdose of Coumadin |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/30/2008 at 09:10 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | James P. McLane Hunt, Kaiser, Aranda & Subach, Ltd. 1035 S. York Road Bensenville, IL 60106 630-860-7800 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 790025020426 Image SOP - Page(s): 27 Email Notification, Kim Wilburn kimberly.wilburn@sunriseseniorliving.com Email Notification, Michael Stein michael.stein@sunriseseniorliving.com |
| **SIGNED:** **PER:** **ADDRESS:** **TELEPHONE:** | C T Corporation System Tawana Carter 208 South LaSalle Street Suite 814 Chicago, IL 60604 312-345-4336 |

Page 1 of  1 / TC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**Service of Process
Transmittal**
05/30/2008
CT Log Number 513478625

TO:     Kim Wilburn
        Sunrise Senior Living, Inc.
        7902 Westpark Drive
        McLean, VA 22102

RE:     **Process Served in Illinois**

FOR:    Sunrise Senior Living Management, Inc. (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ann Johnson, Pltf. vs. Fountains Crystal Lake Limited Partnership, etc., et al. including Sunrise Senior Living Management, Inc., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Affidavit(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - Cook County Department - Law Division, IL<br>Case # 2008L005738 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - Overdose of Coumadin |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/30/2008 at 09:10 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | James P. McLane<br>Hunt, Kaiser, Aranda & Subach, Ltd.<br>1035 S. York Road<br>Bensenville, IL 60106<br>630-860-7800 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 790025020426<br>Image SOP - Page(s): 27<br>Email Notification, Kim Wilburn kimberly.wilburn@sunriseseniorliving.com<br>Email Notification, Michael Stein michael.stein@sunriseseniorliving.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Tawana Carter<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT  2



SERVICES     PROGRAMS     PRESS     PUBLICATIONS     DEPARTMENTS     CONTACT

## LP/LLLP FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP | **File Number** | S010416 |
| **Status** | VOLUNTARY CANCELLATION | **As of** | 06/22/2006 |
| **Entity Type** | LP/LLLP | **Type of LP/LLLP** | FOREIGN |
| **File Date** | 11/22/1995 | **Jurisdiction** | OK |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 11/22/1995 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **Designated Office** | 965 N. BRIGHTON CIRCLE WEST<br>CRYSTAL LAKE IL 60012-0000 |
| **Agent City** | CHICAGO | **Duration** | PERPETUAL |
| **Agent Zip** | 60604-1101 | **Annual Report Filing Date** | 11/17/2005 |

**Return to the Search Screen**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**

**OFFICE OF THE SECRETARY OF STATE**



# CERTIFICATE OF CANCELLATION
# OF LIMITED PARTNERSHIP

*WHEREAS, the Certificate of Cancellation of*

## FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP

*an Oklahoma limited partnership, has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

*NOW THEREFORE, I, the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this Certificate of Cancellation terminating said Limited Partnership.*

*IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.*

*Filed in the city of Oklahoma City this 7th day of June, 2006.*

_____
**Secretary of State**

06/07/2006 10:45 AM
OKLAHOMA SECRETARY OF STATE

**FILED - Oklahoma Secretary of State #3300558863 06/07/2006 08:11**



SOS



5249090026

# CANCELLATION
# OF
# CERTIFICATE
# OF
# OKLAHOMA
# LIMITED PARTNERSHIP

**TO:** OKLAHOMA SECRETARY OF STATE
    2300 N Lincoln Blvd., Room 101, State Capitol Building
    Oklahoma City, Oklahoma 73105-4897
    (405) 521-3912

*The undersigned, for the purpose of canceling the certificate of limited partnership of an Oklahoma limited partnership pursuant to the provisions of 54 O.S, Section 311, do hereby execute and file the following Certificate of Cancellation:*

1.    The name of the limited partnership is:

        Fountains Crystal Lake Limited Partnership

2.    The date of filing of the original certificate of limited partnership    November 6, 1995

3.    The name of the registered agent and the address of the registered office in the State of Oklahoma is:

| Name | Street Address (P.O. Boxes are **NOT** acceptable.) | City | Zip Code |
|---|---|---|---|
| Frederic Dorwart | 124 East Fourth Street | Tulsa | 74103 |

4.    The reason for filing the certificate of cancellation:

        Sole General Partner consent pursuant to provision of the Agreement of Limited Partnership.

OK SEC. OF STATE
RECEIVED
JUN 0 7 2006

5.    The effective date, which shall be a date certain, of cancellation if it is not to be effective upon filing of

this certificate: _____

6.    Other information, if any:

## SIGNATURES OF <u>ALL</u> GENERAL PARTNERS

Signed and dated this _____6th_____ day of _____June_____, ___2006___

General Partner: Fountains CIT Holdings, L.L.C. By its Manger: Fountains Retirement Communities, L.L.C.

_____          _____
          Signature                              Signature
(List title if applicable Sr. Vice President )    (List title if applicable_____)

Don P. Millican

_____          _____
        Print or Type Name                    Print or Type Name

124 East Fourth Street

_____          _____
        Business Address                      Business Address

Tulsa        OK        74103

_____          _____
City      State      Zip Code            City      State      Zip Code

**NOTE:** A Certificate of Cancellation must be signed by <u>ALL</u> general partners. A certificate being signed on behalf of a corporation shall be signed by the president or vice-president and shall not be required to be attested or sealed. (54 O.S., Section 312.A.3 & A.4)

(SOS FORM 0049-10/98)



**OFFICE OF THE SECRETARY OF STATE**



## CERTIFICATE OF LIMITED PARTNERSHIP

*WHEREAS,* the Certificate of Limited Partnership of

### FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP

*has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

*NOW THEREFORE, I, the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this Certificate evidencing such filing.*

*IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.*



Filed in the City of Oklahoma City this __6TH__
day of____NOVEMBER____, 19_95___.

_____
Secretary of State

By: _____

7 2 4 9 9 7 5 0 0 1

**FILED**

NOV 06 1995

FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP
CERTIFICATE OF LIMITED PARTNERSHIP

**OKLA. SECRETARY OF STATE**

The undersigned, desiring to form a Limited Partnership under the Oklahoma Revised Uniform Limited Partnership Act, and having entered into an agreement contemplating the formation of such Limited Partnership (the "Partnership Agreement") hereby certify:

1. The name of the Limited Partnership (the "Partnership") shall the Fountains Crystal Lake Limited Partnership.

2. The Partnership's principal place of business shall be 1400 Northwest 122nd, Oklahoma City, Oklahoma, 73114 or at such other place as the General Partner may from time to time determine, but additional places of business may be located elsewhere.

3. The name and address of the Partnership's registered agent for service of process is as follows:

   Registered Agent:     Frederic Dorwart
                         Old City Hall
                         124 East Fourth Street
                         Tulsa, Oklahoma  74103-5010

4. The address at which the records of the Partnership, required to be maintained pursuant to Section 309 of the Oklahoma Revised Uniform Limited Partnership Act, are kept as follows:

   Fountains Crystal Lake Limited Partnership
   1400 Northwest 122nd
   Oklahoma City, Oklahoma  73114

5. The name and business of the General Partner is as follows:

   General Partner:     Fountains Retirement Properties, inc.
                        1400 Northwest 122nd
                        Oklahoma City, Oklahoma  73114

6. The terms for which the Partnership shall exist shall as among the Partners commence on November 6, 1995, and shall continue until April 15, 2041, unless it is sooner terminated pursuant to the Partnership Agreement.

Crystal.001

7 2 4 0 3 7 5 0 0 0 2

IN WITNESS WHEREOF, the undersigned has executed this Certificate effective as among the parties hereto the _____ day of November, 1995.

GENERAL PARTNER:
FOUNTAINS RETIREMENT PROPERTIES, INC.

ATTEST:

David Freshwater
Secretary of the Corporation
[SEAL]

By: _____
Mitchell Pozez, President

Fountains Retirement Properties, Inc.
an Arizona Corporation

* CORPORATE SEAL *

Crystal.001

2

# EXHIBIT 3



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | SUNRISE CRYSTAL LAKE (LAND) SL, LLC | **File Number** | 01605097 |
| **Status** | GOODSTANDING | **On** | 08/14/2007 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **File Date** | 08/25/2005 | **Jurisdiction** | DE |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 08/25/2005 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **Principal Office** | 7902 WESTPARK DRIVE MC LEAN 22102 |
| **Agent City** | CHICAGO | **Management Type** | MBR |
| **Agent Zip** | 60604 | **Dissolution Date** | PERPETUAL |
| **Annual Report Filing Date** | 08/14/2007 | **For Year** | 2007 |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

**Purchase Certificate of Good Standing**

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware :          Citizen Services | Business Services | Visitor Info

**Department of State: Division of Corporations**

Frequently Asked Questions   View Search Results

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | |
|---|---|---|
| File Number: | 3990243 | Incorporation Date / Formation Date: 06/23/2005 (mm/dd/yyyy) |

| Entity Name: | **SUNRISE CRYSTAL LAKE (LAND) SL, LLC** |
|---|---|

| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
|---|---|---|---|

| Residency: | **DOMESTIC** | State: | **DE** |
|---|---|---|---|

### REGISTERED AGENT INFORMATION

| Name: | **THE CORPORATION TRUST COMPANY** |
|---|---|
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)658-7581** |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

# EXHIBIT 4



# State of Delaware
### The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware :                              Citizen Services | Business Services | Visitor Info

**Department of State: Division of Corporations**

| HOME | Frequently Asked Questions   View Search Results |
|---|---|
| About Agency | |
| Secretary's Letter | |
| Newsroom | |
| Frequent Questions | **Entity Details** |
| Related Links | |
| Contact Us | |
| Office Location | |

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **3928365** | Incorporation Date / Formation Date: | **02/18/2005** (mm/dd/yyyy) |
| Entity Name: | **SUNRISE IV SENIOR LIVING HOLDINGS, LLC** | | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information   [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

# EXHIBIT 5



| SERVICES | PROGRAMS | PRESS | PUBLICATIONS | DEPARTMENTS | CONTACT |

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | SUNRISE SENIOR LIVING INVESTMENTS, INC. | **File Number** | 59547097 |
| **Status** | GOODSTANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | FOREIGN BCA |
| **Qualification Date (Foreign)** | 08/14/1997 | **State** | VIRGINIA |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 08/14/1997 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **President Name & Address** | VACANT |
| **Agent City** | CHICAGO | **Secretary Name & Address** | JOHN F GUAL 7902 WESTPARK DRIVE MCLEAN VA 22102 |
| **Agent Zip** | 60604 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 08/13/2007 | **For Year** | 2007 |
| **Old Corp Name** | 06/06/2003 - SUNRISE ASSISTED LIVING INVESTMENTS, INC. | | |

**Return to the Search Screen**

| Purchase Certificate of Good Standing |
|---|

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# 2007 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION



207431897
05/31/2007

x

① CORPORATION NAME
**Sunrise Senior Living Investments, Inc**

DUE DATE　**05/31/07**

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS　P CORP
**CT CORPORATION SYSTEM**

CORPORATE ID　**0410231-5**

4701 COX RD STE 301

GLEN ALLEN, VA 23060-6802
③ CITY OR COUNTY OF VA REGISTERED OFFICE
**143-HENRICO COUNTY**

④ STATE OR COUNTRY OF INCORPORATION
**VA-VIRGINIA**

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 1,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE  Carefully read the attached instruction sheet  Type or print in black only  If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated  If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥ PRINCIPAL OFFICE ADDRESS

| ☒ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS　7902 WESTPARK DR | ADDRESS |
| CITY/ST/ZIP　MCLEAN, VA 22102 | CITY/ST/ZIP |

⑦ DIRECTORS AND PRINCIPAL OFFICERS　　All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct　☐ Information is incorrect　☒ Delete information | and enter information below　☐ Correction ☐ Addition ☒ Replacement |
| OFFICER ☒　DIRECTOR ☒ | OFFICER ☒　DIRECTOR ☒ |
| NAME　PAUL J KLAASSEN | NAME  *CHRISTOPHER J. FEENEY* |
| TITLE　PRESIDENT | TITLE  *PRESIDENT / DIRECTOR* |
| ADDRESS　7902 WESTPARK DR | ADDRESS  *7902 WESTPARK DR* |
| CITY/ST/ZIP　MCLEAN, VA 22102 | CITY/ST/ZIP  *MCLEAN, VA 22102* |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

_____　　*June S. Pope*  VP　　5/30/07
SIGNATURE OF DIRECTOR/OFFICER　　　PRINTED NAME AND CORPORATE TITLE　　　DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing

+ 0136401 000000062 09SCCO
AF002V Rev 10 01/06

# 2007 ANNUAL REPORT CONTINUED

**DUE DATE:  05/31/07**

**CORPORATE ID:  0410231-5**

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

⑦  DIRECTORS AND PRINCIPAL OFFICERS (continued)

---

Mark appropriate box unless area below is blank
☐ Information is correct  ☐ Information is incorrect  ☒ Delete information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below  ☐ Correction  ☒ Addition  ☐ Replacement

| OFFICER ☒  DIRECTOR ☒ | OFFICER ☒  DIRECTOR ☐ |
|---|---|
| NAME  THOMAS B NEWELL | NAME  CARL G ADAMS |
| TITLE  PRESIDENT | TITLE  VP/TREASURER |
| ADDRESS  7902 WESTPARK DRIVE | ADDRESS  7902 WESTPARK DRIVE |
| CITY/ST/ZIP  MCLEAN, VA 22102 | CITY/ST/ZIP  MCLEAN, VA 22102 |

---

Mark appropriate box unless area below is blank
☒ Information is correct  ☐ Information is incorrect  ☐ Delete information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below  ☐ Correction  ☐ Addition  ☐ Replacement

| OFFICER ☒  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
|---|---|
| NAME  JAMES S POPE | NAME |
| TITLE  VICE PRESIDENT | TITLE |
| ADDRESS  7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP  MCLEAN, VA 22102 | CITY/ST/ZIP |

---

Mark appropriate box unless area below is blank
☐ Information is correct  ☐ Information is incorrect  ☒ Delete information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below  ☐ Correction  ☒ Addition  ☐ Replacement

| OFFICER ☒  DIRECTOR ☐ | OFFICER ☒  DIRECTOR ☐ |
|---|---|
| NAME  BRADLEY B RUSH | NAME  SUSAN L TIMONER |
| TITLE  VICE PRESIDENT | TITLE  VP/ASSISTANT SECRETARY |
| ADDRESS  7902 WESTPARK DRIVE | ADDRESS  7902 WESTPARK DRIVE |
| CITY/ST/ZIP  MCLEAN, VA 22102 | CITY/ST/ZIP  MCLEAN, VA 22102 |

---

Mark appropriate box unless area below is blank
☐ Information is correct  ☒ Information is incorrect  ☐ Delete information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below  ☒ Correction  ☐ Addition  ☐ Replacement

| OFFICER ☒  DIRECTOR ☐ | OFFICER ☒  DIRECTOR ☒ |
|---|---|
| NAME  JOHN F GAUL | NAME  JOHN F GAUL |
| TITLE  SECRETARY | TITLE  VP/SECRETARY/DIRECTOR |
| ADDRESS  7902 WESTPARK DRIVE | ADDRESS  7902 WESTPARK DRIVE |
| CITY/ST/ZIP  MCLEAN, VA 22102 | CITY/ST/ZIP  MCLEAN, VA 22102 |

AF00ZW Rev 1 01/04

# EXHIBIT 6



# State of Delaware
### The Official Website for the First State



| Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites |

State Directory  |  Help  |  Search Delaware :                                    Citizen Services  |  Business Services  |  Visitor Info

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3938630 | Incorporation Date / Formation Date: | **03/11/2005** (mm/dd/yyyy) |
| Entity Name: | **US SENIOR LIVING INVESTMENTS, LLC** | | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **NATIONAL CORPORATE RESEARCH, LTD.** | | |
| Address: | **615 SOUTH DUPONT HWY** | | |
| City: | **DOVER** | County: | **KENT** |
| State: | **DE** | Postal Code: | **19901** |
| Phone: | **(302)734-1450** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ⚬ Status ⚬ Status, Tax & History Information   [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

# EXHIBIT 7



# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware :   Citizen Services | Business Services | Visitor Info

**Department of State: Division of Corporations**

Frequently Asked Questions   View Search Results

---

## Entity Details

---

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **3938636** | Incorporation Date / Formation Date: | **03/11/2005** (mm/dd/yyyy) |
| Entity Name: | **GSS (US SENIOR LIVING INVESTMENTS) INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **NATIONAL CORPORATE RESEARCH, LTD.** | | |
| Address: | **615 SOUTH DUPONT HWY** | | |
| City: | **DOVER** | County: | **KENT** |
| State: | **DE** | Postal Code: | **19901** |
| Phone: | **(302)734-1450** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information   [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

---

site map | about this site | contact us | translate | delaware.gov

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| GSS (US SENIOR LIVING INVESTMENTS) INC. | | 2007 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 3938636 | 2005/03/11 | |

| PRINCIPAL PLACE OF BUSINESS | PHONE NUMBER |
|---|---|
| c/o Global Securitizatn Svcs LLC<br> 68 South Service Road Suite 120<br><br>Melville NY 11747 United States | 631/587-4700 |

| REGISTERED AGENT | AGENT NUMBER |
|---|---|
| NATIONAL CORPORATE RESEARCH, LTD.<br><br>615 SOUTH DUPONT HWY<br><br>DOVER              DE 19901 | 9070044 |

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2005/03/11 | | COMMON | 100 | 1.000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| | Frank B. Bilotta<br><br>c/o Global Securitizatn Svcs LLC<br> 68 South Service Road Suite 120<br><br>Melville NY 11747 United States | | President |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| | Bernard J. Angelo<br>c/o Global Securitizatn Svcs LLC<br> 68 South Service Road Suite 120<br>Melville NY 11747 United States<br><br>Frank B. Bilotta<br>c/o Global Securitizatn Svcs LLC<br> 68 South Service Road Suite 120<br>Melville NY 11747 United States<br><br>Kevin P. Burns<br>c/o Global Securitizatn Svcs LLC<br> 68 South Service Road Suite 120<br>Melville NY 11747 United States | |

==================================================================

Total number of directors:3

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| Frank B. Bilotta<br><br>c/o Global Securitizatn Svcs LLC<br> 68 South Serive Road Suite 120<br><br>Melville NY 11747 United States | 2008-02-19 | President |

# EXHIBIT 8



## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | SUNRISE SENIOR LIVING, INC. | **File Number** | 62709405 |
| **Status** | GOODSTANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | FOREIGN BCA |
| **Qualification Date (Foreign)** | 02/26/2003 | **State** | DELAWARE |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 02/26/2003 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **President Name & Address** | VACANT |
| **Agent City** | CHICAGO | **Secretary Name & Address** | JOHN F GAUL 7902 WESTPARK DRIVE MCLEAN VA 22102 |
| **Agent Zip** | 60604 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 03/13/2008 | **For Year** | 2008 |
| **Assumed Name** | INACTIVE - SUNRISE SENIOR LIVING | | |
| **Old Corp Name** | 06/16/2003 - SUNRISE ASSISTED LIVING, INC. | | |

**Return to the Search Screen**     | **Purchase Certificate of Good Standing** |

(One Certificate per Transaction)

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**

# 2007 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION



207890855
12/10/2007

① CORPORATION NAME
Sunrise Senior Living, Inc

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS    P CORP
CT CORPORATION SYSTEM

4701 COX RD STE 301

GLEN ALLEN, VA 23060-6802
③ CITY OR COUNTY OF VA REGISTERED OFFICE
143-HENRICO COUNTY

④ STATE OR COUNTRY OF INCORPORATION
DE-DELAWARE

DUE DATE   **12/28/07**

CORPORATE ID   **F120069-2**

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 60,000,000 |
| PREFER | 9,970,000 |
| PREFJR | 30,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE  Carefully read the attached instruction sheet  Type or print in black only  If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated  If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥ PRINCIPAL OFFICE ADDRESS

| ☒ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP |

⑦ DIRECTORS AND PRINCIPAL OFFICERS      All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☒ Information is correct  ☐ Information is incorrect  ☐ Delete information | and enter information below  ☐ Correction ☐ Addition ☐ Replacement |
| OFFICER ☒  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
| NAME    THOMAS B NEWELL | NAME |
| TITLE    PRESIDENT | TITLE |
| ADDRESS   7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

_Richard J Nadeau_                    Richard J Nadeau                    12/7/07

SIGNATURE OF DIRECTOR/OFFICER              PRINTED NAME AND CORPORATE TITLE              DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing
+ 0356963 000000490 09SCCO

AR002V Rev 12 03 07

# 2007 ANNUAL REPORT CONTINUED

**DUE DATE.  12/28/07**

**CORPORATE ID.  F120069-2**

⑦  DIRECTORS AND PRINCIPAL OFFICERS (continued)

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

---

Mark appropriate box unless area below is blank
☒ Information is correct ☐ Information is incorrect ☐ Delete information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below   ☐ Correction ☐ Addition ☐ Replacement

| OFFICER ☒ DIRECTOR ☐ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME    CARL G ADAMS | NAME |
| TITLE    SR VP/T | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP |

---

Mark appropriate box unless area below is blank
☒ Information is correct ☐ Information is incorrect ☐ Delete information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below   ☐ Correction ☐ Addition ☐ Replacement

| OFFICER ☒ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME    PAUL J KLAASSEN | NAME |
| TITLE    CEO | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP |

---

Mark appropriate box unless area below is blank
☒ Information is correct ☐ Information is incorrect ☐ Delete information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below   ☐ Correction ☐ Addition ☐ Replacement

| OFFICER ☒ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME    TERESA M KLAASSEN | NAME |
| TITLE    CHF CULTRL OFFC | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP |

---

Mark appropriate box unless area below is blank
☐ Information is correct ☐ Information is incorrect ☒ Delete information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below   ☐ Correction ☐ Addition ☒ Replacement

| OFFICER ☒ DIRECTOR ☐ | OFFICER ☒ DIRECTOR ☐ |
|---|---|
| NAME    BRADLEY B RUSH | NAME  *Richard Nadeau* |
| TITLE    CFO | TITLE  *CFO* |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS  *7902 Westpark Drive* |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP  *McLean, VA 22102* |

AF00ZW Rev 1 01/04

# EXHIBIT 9



SERVICES        PROGRAMS        PRESS        PUBLICATIONS        DEPARTMENTS        CONTACT

## CORPORATION FILE DETAIL REPORT

| Entity Name | SUNRISE SENIOR LIVING MANAGEMENT, INC. | File Number | | 60761523 |
|---|---|---|---|---|
| Status | GOODSTANDING | | | |
| Entity Type | CORPORATION | Type of Corp | | FOREIGN BCA |
| Qualification Date (Foreign) | 11/09/1999 | State | | VIRGINIA |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | | 11/09/1999 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | | DANIEL SCHWARTZ 7902 WESTPARK DR MCLEAN VA 22102 |
| Agent City | CHICAGO | Secretary Name & Address | | JOHN F GAUL 7902 WESTPARK DR MCLEAN VA 22102 |
| Agent Zip | 60604 | Duration Date | | PERPETUAL |
| Annual Report Filing Date | 11/02/2007 | For Year | | 2007 |
| Old Corp Name | 06/06/2003 - SUNRISE ASSISTED LIVING MANAGEMENT, INC. | | | |

**Return to the Search Screen**        | **Purchase Certificate of Good Standing** |

**(One Certificate per Transaction)**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**

# 2007 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

207611058
08/10/2007

CLERK'S OFFICE
2007 AUG 10 AM 11: 47

OPERATIONS

DUE DATE   08/31/07

CORPORATE ID   0221074-8

① CORPORATION NAME
Sunrise Senior Living Management, Inc.   P CORP

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS
CT CORPORATION SYSTEM

4701 COX RD STE 301

GLEN ALLEN, VA 23060-6802

③ CITY OR COUNTY OF VA REGISTERED OFFICE
143-HENRICO COUNTY

④ STATE OR COUNTRY OF INCORPORATION
VA-VIRGINIA

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 10,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE   Carefully read the attached instruction sheet   Type or print in black only   If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated   If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥ PRINCIPAL OFFICE ADDRESS

| ☒ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS   7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP |

⑦ DIRECTORS AND PRINCIPAL OFFICERS   All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☒ Delete information | and enter information below   ☐ Correction ☐ Addition ☒ Replacement |
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
| NAME   BRADLEY B RUSH | NAME   DANIEL SCHWARTZ |
| TITLE   PRESIDENT | TITLE   PRESIDENT / DIRECTOR |
| ADDRESS   7902 WESTPARK DRIVE | ADDRESS   7902 WESTPARK DRIVE |
| CITY/ST/ZIP   MCLEAN, VA 22102 | CITY/ST/ZIP   MCLEAN, VA 22102 |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT

James S. Pope, VP
PRINTED NAME AND CORPORATE TITLE

7/16/07
DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing
+ 0144414 000000025 09SCCO
AR02V Rev 12 03/07

# 2007 ANNUAL REPORT CONTINUED

**DUE DATE** 08/31/07

**CORPORATE ID. 0221074-8**

⑦ DIRECTORS AND PRINCIPAL OFFICERS (continued)

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank<br>☒ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☐ Correction ☒ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒ DIRECTOR ☐** | **OFFICER ☒ DIRECTOR ☐** |
| NAME    CARL G ADAMS | NAME    *MARY E EDMONDSON* |
| TITLE    T/VP | TITLE    *AS* |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS    *7902 WESTPARK DRIVE* |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP    *MCLEAN, VA 22102* |

| Mark appropriate box unless area below is blank<br>☒ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒ DIRECTOR ☐** | **OFFICER ☐ DIRECTOR ☐** |
| NAME    JAMES S POPE | NAME |
| TITLE    VICE PRESIDENT | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☒ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒ DIRECTOR ☐** | **OFFICER ☐ DIRECTOR ☐** |
| NAME    SUSAN L TIMONER | NAME |
| TITLE    VP/AS | TITLE |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct ☒ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒ DIRECTOR ☐** | **OFFICER ☒ DIRECTOR ☒** |
| NAME    JOHN F GAUL | NAME    *JOHN F GAUL* |
| TITLE    S/V, | TITLE    *S/VP/DIRECTOR* |
| ADDRESS    7902 WESTPARK DRIVE | ADDRESS    *7902 WESTPARK DRIVE* |
| CITY/ST/ZIP    MCLEAN, VA 22102 | CITY/ST/ZIP    *MCLEAN, VA 22102* |

AF00ZW Rev 1 01/04

✦ 0144414 000000025 09SCC0

# EXHIBIT 10



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC | **File Number** | 00660566 |
| **Status** | GOODSTANDING | **On** | 12/17/2007 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **File Date** | 01/31/2002 | **Jurisdiction** | DE |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 01/31/2002 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **Principal Office** | 10350 ORMSBY PARK PL, STE. 300 LOUISVILLE 40223 |
| **Agent City** | CHICAGO | **Management Type** | MGR |
| **Agent Zip** | 60604 | **Dissolution Date** | PERPETUAL |
| **Annual Report Filing Date** | 12/17/2007 | **For Year** | 2008 |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

**Purchase Certificate of Good Standing**

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



# State of Delaware
### The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware :                    Citizen Services | Business Services | Visitor Info

**Department of State: Division of Corporations**

Frequently Asked Questions    View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

| | | | |
|---|---|---|---|
| File Number: | **3484165** | Incorporation Date / Formation Date: | **01/24/2002** (mm/dd/yyyy) |
| Entity Name: | **SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC** | | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information   [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

# EXHIBIT 11



## State of Delaware
The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware :          Citizen Services | Business Services | Visitor Info

**Department of State: Division of Corporations**

| | |
|---|---|
| **HOME** | |
| About Agency | Frequently Asked Questions   View Search Results |
| Secretary's Letter | |
| Newsroom | |
| Frequent Questions | **Entity Details** |
| Related Links | |
| Contact Us | |
| Office Location | |

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **3965317** | Incorporation Date / Formation Date: | **05/05/2005** (mm/dd/yyyy) |
| Entity Name: | **SZR US INVESTMENTS, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | | TAX YR. |
|---|---|---|---|
| SZR US INVESTMENTS, INC. | | | 2007 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | |
|---|---|---|---|
| 3965317 | 2005/05/05 | | |

**PRINCIPAL PLACE OF BUSINESS**
10350 Ormsby Park Place, Suite 300

PHONE NUMBER
502/357-9000

Louisville KY 40223 United States

**REGISTERED AGENT**
THE CORPORATION TRUST COMPANY

AGENT NUMBER
9000010

CORPORATION TRUST CENTER
1209 ORANGE STREET

WILMINGTON              DE 19801

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2005/05/05 | | COMMON | 100 | .010000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | | TITLE |
|---|---|---|---|---|
| T. Richard Riney | | | | |

10350 Ormsby Park Place, Suite 300

Secretary

Louisville KY 40223 United States

**DIRECTORS**      NAME                STREET/CITY/STATE/ZIP
Richard A. Schweinhart
10350 Ormsby Park Place, Suite 300
Louisville KY 40223 United States

T. Richard Riney
10350 Ormsby Park Place, Suite 300
Louisville KY 40223 United States

Brian K. Wood
10350 Ormsby Park Place, Suite 300
Louisville KY 40223 United States

Robert J. Brehl
10350 Ormsby Park Place, Suite 300
Louisville KY 40223 United States

Total number of directors:5

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)        DATE        TITLE
Brian K. Wood

10350 Ormsby Park Place, Suite 300

Treasurer & Director
2008-02-12

Louisville KY 40223 United States

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| SZR US INVESTMENTS, INC. | 2007 |

**FILE NUMBER**
3965317

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|

Kristen M. Benson
10350 Ormsby Park Place, Suite 300
Louisville KY 40223 United States

## CERTIFICATE OF SERVICE

A copy of the **Defendants' Notice of Removal, Civil Sheet, Appearance, Answer, and Motion to Dismiss Counts, I, II, and V,** was filed electronically this **26th day of June**, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Mr. James P. McLane
Hunt, Kaiser, Aranda & Subach, Ltd.
1035 South York Road
Bensenville, Illinois 60106
PH:(630) 860-7800
FX:(630) 860-8283
e-mail:jpmclane@hkasltd.com

Respectfully submitted,

/s/Daniel B. Mills
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone:    (312) 578-7524
Fax:          (312) 346-8242
Dmills@pretzel-stouffer.com
*Attorney for Defendant*