U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

ANN JOHNSON,
Plaintiff,
v.
FOUNTAINS CRYSTAL LAKE LIMITED PARTNERSHIP,
ET AL

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUNRISE CRYSTAL LAKE (LAND) SL, LLC,
SUNRISE SENIOR LIVING, INC.,
SUNRISE SENIOR LIVING MANAGEMENT, INC., AND
SUNRISE FIRST ASSISTED LIVING HOLDINGS, LLC

| NAME (Type or print) |  |
|---|---|
| Daniel B. Mills |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Daniel B. Mills | |
| FIRM | |
| PRETZEL & STOUFFER, CHARTERED | |
| STREET ADDRESS | |
| ONE SOUTH WACKER DRIVE, SUITE 2500 | |
| CITY/STATE/ZIP | |
| CHICAGO, ILLINOIS 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6201635 | 312-578-7524 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |