# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

TIMOTHY OLIVER, Plaintiff
Vs.
OFFICER CHRISTOPHER SEE, Individual and Official Capacity,
OFFICER PAUL GALLAGHER, Individual and Official Capacity,
and CITY OF ROCKFORD, ILLINOIS, a Municipal Corporation,
Defendants

Case Number: 08 _____

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

TIMOTHY OLIVER, Plaintiff

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE |
| NAME  DANIEL J McGRAIL | NAME |
| FIRM  Attorney at Law | FIRM |
| STREET ADDRESS  321 W. State St., Suite 602 | STREET ADDRESS |
| CITY/STATE/ZIP  Rockford, IL 61101 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  (815)961-8770    FAX NUMBER  961-8780 | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS  McGrail8770@aol.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  06192600 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES [X]   NO [ ] | MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] |
| TRIAL ATTORNEY?   YES [X]   NO [ ] | TRIAL ATTORNEY?   YES [ ]   NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER   FAX NUMBER | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] | MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] |
| TRIAL ATTORNEY?   YES [ ]   NO [ ] | TRIAL ATTORNEY?   YES [ ]   NO [ ] |
| DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] | DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] |