UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SECRETS APPAREL & GIFTS, INC. ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | **Case No. 2008 CH 946** |
| ) | |
| CITY OF ROCKFORD, An Illinois Municipality ) | |
| ) | |
| *Defendants.* ) | |

### NOTICE OF REMOVAL

NOW COME the Defendant, CITY OF ROCKFORD, an Illinois municipality, by and through their attorneys, CITY OF ROCKFORD DEPARTMENT OF LAW, Patrick W. Hayes, Legal Director and Kerry F. Partridge, City Attorney, and file this Notice of Removal of the above-described action to the United States District Court for the Northern District of Illinois, Western Division from the 17th Judicial Circuit Winnebago County, IL where the action is now pending as provided by Title 28, U.S. Code, Chapter 89 and in support thereof state the following:

1.  The above-entitled action was commenced in the Circuit Court of Winnebago County, State of Illinois and is now pending in that court. Process was served on Defendants on June 11, 2008. A copy of the plaintiff's complaint setting forth the claim for relief upon which the action is based was first received by the Defendants on June 11, 2008.

2.  This action was commenced against Defendant in state court by the plaintiff, and is of a civil nature. The United States District Court for the District of Illinois has jurisdiction by

reason of 28 U.S.C. sec. 1331 in that the action arises under the Laws of the United States that, as appears from the complaint, the plaintiff bases its claim for relief against the Defendant by virtue of and under the federal statutes and acts of Congress specifically 42 U.S.C. sec. 1983.

    3.    Defendants further allege that the action was commenced by the filing of the complaint on June 6, 2008, and the service of process on Defendants on June 11, 2008, and that the time has not elapsed within which they are allowed to file this notice of removal of action to this court.

    4. A copy of all process, pleadings, and orders served upon Defendants is filed with this notice.

    5. Defendants will give written notice of the filing of this notice as required by 28 U.S.C. 1446(d).

    6. A copy of this notice will be filed with the clerk of the Winnebago County Circuit Court as required by 28 U.S.C. 1446(d).

    WHEREFORE, Defendants request that this action proceed in this Court as an action properly removed to it.

DATED:    June 30, 2008    CITY OF ROCKFORD DEPARTMENT OF LAW

    Attorneys for Defendant

By:_____
Kerry F. Partridge, City Attorney

CITY OF ROCKFORD DEPARTMENT OF LAW, #1111
425 East State Street
Rockford, IL  61104
(815) 987-5540