IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PALTRONICS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. _____ |
| ) | |
| vs. ) | On Removal from the Circuit |
| ) | Court of the 22nd Judicial Circuit, |
| ADLINE NETWORK HOLDINGS, INC. and ) | McHenry County, IL there |
| ADLINE MEDIA, LLC, ) | identified as |
| ) | Case No. 08 LA 171 |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendants, Adline Network Holdings, Inc. and Adline Media, LLC (collectively "Defendants"), by their undersigned attorneys, hereby gives notice of removal of this action from the Circuit Court of the 22nd Judicial Circuit Court, McHenry County, Illinois, to the United States District Court for the Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois 61101, and state as follows:

1.  Plaintiff Paltronics, Inc. ("Plaintiff") served Defendants with a complaint for damages (the "Complaint") on May 30, 2007.  (A copy of the summons and proof of service is attached hereto as Exhibit 1; a copy of the Complaint is attached hereto as Exhibit 2.)

2.  This action is removed pursuant to 28 U.S.C. Sections 1441 and 1446.  This Court has original jurisdiction of this action pursuant to 28 U.S.C. Section 1332 based upon diversity of citizenship.

3.  First, the Complaint herein asserts an amount in controversy in excess of $75,000, exclusive of interest and costs.  Specifically, the Complaint "prays for the entry of a judgment in

its favor and against Defendants, jointly and severally, in the amount of $350,000[.]" Complaint ¶ 6.

4. Second, this action is between citizens of different states. Plaintiff is an Illinois corporation with its principal place of business in Illinois. *Id*. ¶ 2. Defendant, Adline Network Holdings, Inc., is a Georgia corporation with its principal place of business in Georgia. *Id*. ¶ 3. Defendant, Adline Media, LLC, is a Georgia limited liability company with its principal place of business in Georgia. *Id*. ¶ 4.

5. All of Adline Media, LLC's members are citizens of states other than Illinois. *See generally Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998) ("[W]e conclude that the citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members.").

6. Specifically, the citizenship of each of Adline Media LLC's individual members is as follows:

| | |
|---|---|
| Sam Johnson | Nevada |
| Larry L. Enterline | Texas |
| Larry Schvacho | Georgia |
| Steve J. Hoskins | Georgia |
| Eric A. Toops | Georgia |
| U Bertram Ellis, Jr. | Georgia |
| Michael S. McQuary | Georgia |
| Nelson E. Munn | Florida |
| Daryl H. Webster | Georgia |
| Ken R. Bramlett Jr | North Carolina |
| Keith E. Pugh | Georgia |
| Lance Weatherby | Georgia |
| Strategic Management, Inc. | *See* ¶ 7 |
| Adline Network, LLC | *See* ¶ 8 |

7. Strategic Management, Inc. is a corporation incorporated in the state of Georgia, with its principal place of business in Georgia.

8. The citizenship of each of Adline Networks, LLC's members is as follows:

| | |
|---|---|
| Sam Johnson | Nevada |
| Larry L Enterline | Texas |
| Larry Schvacho | Georgia |
| Eric A Toops | Georgia |
| Nelson E Munn | Florida |
| Daryl H Webster | Georgia |
| Ken R Bramlett Jr | North Carolina |
| Keith E Pugh | Georgia |
| Strategic Management, Inc. | Georgia |

9. This action is removed to the United States District Court for the district and division embracing the place where the action is pending.

Dated: June 30, 2008

Respectfully Submitted,

ADLINE NETWORK HOLDINGS, INC. and
ADLINE MEDIA, LLC,


/s/ Mark D. Brookstein
One of their attorneys

Robert A. Carson
Mark D. Brookstein
GOULD & RATNER LLP
222 N. LaSalle Street, 8th Floor
Chicago, IL 60601
(312) 236-3003 (phone)
(312) 236-3241 (facsimile)

3

## CERTIFICATE OF SERVICE

      I, Mark D. Brookstein, certify that I caused copies of the **Notice of Removal**, to be served upon the individuals listed below by placing a copy of the same in a United States mail receptacle, located at 222 N. LaSalle Street, Chicago, IL 60601, properly addressed and postage pre-paid, on June 30, 2008:

                                            /s/ Mark D. Brookstein_____

| | |
|---|---|
| Patrick T. Stanton | James A. Campion |
| Heather L. Kramer | CAMPION, CURRAN, DUNLOP & LAMB, P.C. |
| SCHWARTZ COOPER CHARTERED | |
| 180 N. LaSalle St., Suite 2700 | 8600 US Hwy 14, Suite 201 |
| Chicago, IL 60601 | Crystal Lake, IL 60012 |