*SUMMONS – 30 DAY*
IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

(Name all parties)

**PALTRONICS, INC.**

**COPY**

Plaintiff(s)
vs.

**ADLINE NETWORK HOLDINGS, INC., and**

**ADLINE MEDIA, LLC**

Case Number 08CA171

Amount Claimed $ _____

Defendant(s)

*Please serve:*
Adline Media, LLC
c/o Keith E. Pugh
Registered Agent
2699 Buford Highway
Bufford, GA 30518

# SUMMONS

To each Defendant: Adline Network Holdings, Inc.
Adline Media, LLC.

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue, Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS   MAY 0 2 2008   20____

_____
Clerk of the Circuit Court

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name     Patrick T. Stanton
         Richard T. Reibmann
         Schwartz, Cooper, Greenberger, Krauss
Attorney for Paltronics, Inc.
Address  180 N. LaSalle St., Ste. 2700
City, State Zip  Chicago, IL 60601
Telephone  312/346-1300

Prepared by   James A. Campion
Attorney for  Paltronics, Inc.
Attorney Registration No. _____

CV-SUM9: Revised 12/01/06          Page 1 of 2

Case Number: 08LA171 MCHENRY COUNTY, ILLINOIS CIRCUIT COURT
Date Received: 05/21/2008  Time: 2:05 PM
Special Service Inst:

STATE OF GEORGIA
GWINNETT COUNTY

PALTRONICS, INC.
PLAINTIFF

ATTORNEY'S ADDRESS

SCHWARTZ COOPER CHARTERED
180 NORTH LASALLE ST.
SUITE 2700
CHICAGO IL 60601

VS.

ADLINE MEDIA, LLC, ET AL
DEFENDANT

NAME AND ADDRESS OF PARTY TO BE SERVED

ADLINE MEDIA, LLC
% KEITH E. PUGH, REG. AGENT
2699 BUFORD HIGHWAY
BUFORD GA 30518

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐  Sex____ Skin Color____ Hair Color____ Age____ Hgt____ Wgt____
I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving
a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows

SEX    SKIN COLOR    HAIR COLOR    AGE    HGT    WGT

**CORPORATION** ☒
I have this day served the _____ADLINE MEDIA LLC_____ a corporation
by leaving a copy of the within action and summons with __KEITH E. PUGH (RA)__
in charge of the office and place of doing business of said Corporation in this County.

**TACK AND NAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Deligent search made and defendant _____
not to be found in the jurisdiction of this Court.

**SPECIAL PROCESS**
SUMMONS, COMPLAINT

**COMMENTS**

Subscribed and sworn to before me this
____ day of _____, _____

Notary Public in and for said County and State

SHERIFF DOCKET _____ PAGE _____

Date Served: 05/30/08
Time: 2:40 PM

_____
Deputy Sheriff
GWINNETT COUNTY, GEORGIA

*SUMMONS – 30 DAY*
IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

**COPY**

(Name all parties)

**PALTRONICS, INC.**

Plaintiff(s)

vs.

**ADLINE NETWORK HOLDINGS, INC., and**

**ADLINE MEDIA, LLC**

Case Number 08LA171

Amount Claimed $ _____

Defendant(s)

*Please serve:*
Adline Network Holdings
c/o Keith E. Pugh
Registered Agent
2699 Buford Highway
Bufford, GA 30518

## SUMMONS

To each Defendant: Adline Network Holdings, Inc.
Adline Media, LLC.

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue, Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS **MAY 0 2 2008** _____ 20 ___

_____
Clerk of the Circuit Court

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name: Patrick T. Stanton / Richard T. Reibmann / Schwartz, Cooper, Greenberger, Krauss

Attorney for: Paltronics, Inc.

Address: 180 N. LaSalle St., Ste. 2700

City, State Zip: Chicago, IL 60601

Telephone: 312/346-1300

Prepared by: James A. Campion

Attorney for: Paltronics, Inc.

Attorney Registration No. _____

CV-SUM9: Revised 12/01/06                Page 1 of 2

Case Number: 2008 LA 171 MCHENRY COUNTY, ILLINOIS CIRCUIT COURT
Date Received: 05/21/2008    Time: 2:10 PM
Special Service Inst:

STATE OF GEORGIA
GWINNETT COUNTY

**ATTORNEY'S ADDRESS**

SCHWARTZ COOPER CHARTERED
180 NORTH LASALLE ST.
SUITE 2700
CHICAGO GA 60601

PALTRONICS, INC.
PLAINTIFF

VS.

ADLINE NETWORK HOLDINGS, INC., ET AL
DEFENDANT

**NAME AND ADDRESS OF PARTY TO BE SERVED**

ADLINE NETWORK HOLDINGS
KEITH E. PUGH, REG. AGENT
2699 BUFORD HIGHWA
BUFORD  GA  30518

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐   Sex___ Skin Color_____ Hair Color_____ Age___ Hgt___ Wgt___
I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving
a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows

SEX        SKIN COLOR       HAIR COLOR         AGE         HGT         WGT

**CORPORATION** ☒
I have this day served the  ADLINE NETWORK HOLDINGS  a corporation
by leaving a copy of the within action and summons with  KEITH E. PUGH (RA)
in charge of the office and place of doing business of said Corporation in this County.

**TACK AND NAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to
the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true
copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the
address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to
answer said summons at the place stated in the summons.

**NON EST** ☐
Deligent search made and defendant _____
not to be found in the jurisdiction of this Court.

**SPECIAL PROCESS**
    SUMMONS, COMPLAINT

**COMMENTS**

Subscribed and sworn to before me this
___ day of _____, _____.

Notary Public in and for said County and State

Date Served: 05/30/08
Time: 2:45 PM

Deputy Sheriff
GWINNETT COUNTY, GEORGIA

SHERIFF DOCKET _____    PAGE _____