**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

PALTRONICS, INC.,

        Plaintiff,

vs.

ADLINE NETWORK HOLDINGS, INC. and
ADLINE MEDIA, LLC,

        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Adline Network Holdings, Inc. and Adline Media, LLC

| | |
|---|---|
| NAME (Type or print)<br>Robert A. Carson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert A. Carson | |
| FIRM<br>GOULD & RATNER LLP | |
| STREET ADDRESS<br>222 N. LaSalle Street, 8th Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3126935 | TELEPHONE NUMBER<br>312.236.3003 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

403827 107120.001

American LegalNet, Inc.
www.USCourtForms.com