IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. |
| HAMILTON SUNDSTRAND CORPORATION, ) ) ) ) | |
| Defendant. ) ) | |

**NOTICE OF LODGING OF PROPOSED CONSENT DECREE PENDING
SOLICITATION OF PUBLIC COMMENT BY U.S. DEPARTMENT OF JUSTICE**

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("U.S. EPA"), hereby notifies the Court that the United States is lodging with the Court a proposed Consent Decree which resolves claims under Sections 106, 107 and 113(g)(2) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. §§ 9606, 9607 and 9613(g)(2), for implementation of remedial action and partial recovery of response costs incurred and to be incurred by the United States and the State of Illinois at a portion of Source Area 9/10 (the "Site") of Operable Unit 3 ("OU-3") of the Southeast Rockford Groundwater Contamination Superfund Site ("SERGWCSS Site") in Rockford, Winnebago County, Illinois.  The Consent Decree requires Defendant Hamilton Sundstrand Corporation ("Hamilton Sundstrand") to implement the remedy selected by the U.S. EPA in the Record of Decision ("ROD") for the Hamilton Sundstrand property portion of the Site, and to pay U.S. EPA's Interim Response Costs and Future Response Costs, including

costs of overseeing the implementation of the remedial action.

*At this time, the Court should not sign and enter the proposed Consent Decree.* Instead, the proposed Consent Decree should remain lodged with the Court while the United States provides an opportunity for public comment in accordance with Section 122(d)(2) of CERCLA, 42 U.S.C. § 9622(d)(2) and U.S. Department of Justice regulations codified at 28 C.F.R. § 50.7.  The U.S. Department of Justice will publish in the Federal Register a notice that the proposed Consent Decree has been lodged with the Court.  The notice will solicit public comment for a period of 30 days.  During the comment period, no action is required of the Court.

After the close of the comment period, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that the proposed settlement is inappropriate, inadequate or improper, and advise the Court whether the United States requests that the Consent Decree be entered.

    Respectfully submitted,

    W. BENJAMIN FISHEROW
    Chief, Environmental Enforcement Section
    Environment and Natural Resources
        Division

    _____
    FRANCIS J. BIROS
    Trial Attorney
    Environmental Enforcement Section
    United States Department of Justice
    P.O. Box 7611, Ben Franklin Station
    Washington, D.C. 20044
    202-616-6552
    202-616-6584 (FAX)
    frank.biros@usdoj.gov

    PATRICK C. FITZGERALD

        United States Attorney
        Northern District of Illinois

        ___s/ Monica Mallory_____
        MONICA MALLORY
        Assistant United States Attorney
        308 West State Street, Suite 300
        Rockford, Illinois 61101
        (815) 987-4444
        Monica.mallory@usdoj.gov

OF COUNSEL:

TOM TURNER
Associate Regional Counsel
U.S. Environmental Protection Agency - Region 5
77 W. Jackson Blvd. (C-14J)
Chicago, Illinois 60604