IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| HAMILTON SUNDSTRAND CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |

CIVIL ACTION NO.

## CERTIFICATE OF FILING AND SERVICE

I certify that on July 3, 2008, the foregoing United States' Notice of Lodging and Proposed Consent Decree Pending Solicitation of Public Comment by the U.S. Department of Justice was filed electronically and a paper copy of the attachments to the Proposed Consent Decree was delivered to the Clerk. I certify also that on July 3, 2008, service of a true and correct copy of the foregoing United States' Notice of Lodging of Proposed Consent Decree Pending Solicitation of Public Comment by the U.S. Department of Justice along with a disk containing the attachments to the Proposed Consent Decree was made upon the attached list of Parties by prepaid first class U.S. Mail, by depositing same with personnel in the Office of the U.S. Attorney mailroom.

July 3, 2008

    s/ Monica Mallory
MONICA MALLORY
Assistant United States Attorney
Northern District of Illinois
308 West State Street, Suite 300
Rockford, Illinois 61101
(815) 987-4444
Monica.mallory@usdoj.gov

United States and the State of Illinois v. Hamilton Sundstrand Corporation,  (N.D. Ill.)
Service List:


Earl W. Phillips, Jr.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Phone: (860)275-8220
ephillips@rc.com


Victoria Haines
Assistant General Counsel
Hamilton Sundstrand Corporation
4747 Harrison Ave.
Rockford, IL  61125
Phone: (815)226-6136
t.haines@hs.utc.com


Elizabeth Wallace
Supervising Attorney
Environmental Bureau
Illinois Attorney General's Office
69 W. Washington St., Ste. 1800
Chicago, IL  60602
Phone: (312)814-5396
ewallace@atg.state.il.us


Tom Turner
U.S. EPA, Region 5 (Chicago)
C-14J
77 W Jackson Blvd.
Chicago, Illinois 60604
Phone: (312)886-6613
turner.tom@epa.gov