## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number:
SHERMAN BLAIR

v.

MATHEWS COMPANY,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, SHERMAN BLAIR

| NAME (Type or print) |  |
|---|---|
| Patrick D. Coen |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Patrick D. Coen |  |
| FIRM |  |
| Zanck, Coen & Wright, P.C. |  |
| STREET ADDRESS |  |
| 40 Brink Street |  |
| CITY/STATE/ZIP |  |
| Crystal Lake, IL  60014 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 468568 | 815-459-8800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ]  NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] |  |