UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TAMERA PLAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. |
| ) | |
| RICHARD L. WEEDEN and DARLENE R. ) | |
| WEEDEN, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

NOW COMES the Plaintiff, TAMERA PLAPP, by her attorneys, CLARK, JUSTEN & ZUCCHI, LTD., and complaining of the Defendants, RICHARD L. WEEDEN and DARLENE R. WEEDEN, and states as follows:

1. The matter in controversy exceeds, exclusive of interest and costs, the sum of $75,0000.00.

2. That at all times relevant hereto, the Plaintiff, TAMERA PLAPP, is and at all times pertinent hereto was a citizen of Stephenson County, Illinois.

3. That at all times relevant hereto, the Defendants, RICHARD L. WEEDEN and DARLENE R. WEEDEN, are and at all times pertinent hereto were citizens of Monroe, Wisconsin.

4. That at all times relevant hereto, the Defendants, RICHARD L. WEEDEN and DARLENE R. WEEDEN, own the premises located at 160 East Main Street, Warren, Illinois, Jo Daviess County.

5. That on December 13, 2007, an unnatural accumulation of ice and snow was created on the sidewalk immediately outside the stairs exiting the 160 East Main Street location in Warren, Illinois, causing Plaintiff to fall and sustain severe and permanent injuries.

6. That on or about December 13, 2007, at approximately 9:30 a.m., while exiting the premises, Plaintiff slipped on the unnatural accumulation of ice and snow on the pavement in front of the doorway and fell, sustaining severe injuries to her ankle.

7. That the Defendant was then and there negligent in one or more of the following respects:

   a. Failed to keep the ingress and egress, and all accompanying sidewalks of the location in a safe condition for patrons visiting this location;

   b. Failed to warn incoming and outgoing patrons to the premises of the dangerous condition caused by unnatural creation of frozen ice and snow in the area of the steps and accompanying sidewalks;

   c. Failed to provide or direct individuals to an alternative entrance/exit and alternative path to the premises; and

   d. Was otherwise negligent in not providing individuals a safe entrance/exit and sidewalk area to the premises.

8. That by reason of the aforesaid negligence of the Defendants and as a direct and proximate result thereof, the Plaintiff, TAMERA PLAPP, sustained severe and permanent bodily injuries, both externally and internally, has undergone surgery, has suffered pain in the past and continues to suffer pain at the present time.  Plaintiff has become liable for large sums of money for medical expenses in endeavoring to be cured and healed of her injuries, has suffered injury to her capacity to earn money and will continue to have injury to her capacity to earn money in the future, has suffered a loss to her earnings in the past and will continue to suffer loss to her earnings in the future.

WHEREFORE, the Plaintiff, TAMERA PLAPP, prays for Judgment against the Defendants, RICHARD L. WEEDEN and DARLENE R. WEEDEN, a sum in excess of $75,000.00 plus costs of suit.

TAMERA PLAPP, Plaintiff

BY CLARK, JUSTEN & ZUCCHI, LTD.

BY _____
        KEVIN J. FROST

Kevin J. Frost - #6229277
CLARK, JUSTEN & ZUCCHI, LTD.
7320 North Alpine Road
Rockford, IL  61111
Ph:  (815) 962-6144
Fax:  (815) 962-6153