IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TAMERA PLAPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )     NO. |
| | ) |
| RICHARD L. WEEDEN and DARLENE R. WEEDEN, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF ATTORNEY'S LIEN

    YOU ARE HEREBY NOTIFIED that TAMERA PLAPP has placed in our hands as her attorneys for suit or collection, a claim, demand, or cause of action against RICHARD L. WEEDEN and DARLENE R. WEEDEN, growing out of negligence which occurred on or about December 13, 2007, and have agreed to pay 33-1/3% of the sum recovered by suit, settlement or otherwise, and that we claim a lien upon said claim, demand or cause of action for such fee pursuant to 770 ILCS 5/1.

    Dated this _____ day of _____, 2008.

                                                          CLARK, JUSTEN & ZUCCHI, LTD.

                                                          BY _____
                                                                      Kevin J. Frost

Kevin J. Frost - 6229277
CLARK, JUSTEN & ZUCCHI, LTD.
7320 North Alpine Road
Rockford, IL  61111
(815) 962-6144