IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| CHARLES MCKENZIE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COMPLAINT**

Plaintiff, the United States of America, brings this complaint against the above-named defendant to reduce federal tax assessments to judgment against Charles McKenzie ("McKenzie").

**Jurisdiction and Venue**

1. This Court has jurisdiction over this civil action by virtue of 28 U.S.C. §§ 1340 and 1345, and section 7402 of the Internal Revenue Code (26 U.S.C.) (hereinafter I.R.C.)

2. Venue is proper under 28 U.S.C. § 1396 in this Court because the Defendant resides in this judicial district and the Defendant's tax liabilities as issue in this suit were accrued in this judicial district.

3. Under 26 U.S.C. §§ 7401 and 7403, an authorized delegate of the Secretary of the Treasury authorized this action and it is brought at the direction of the Attorney General of the United States.

3406315.1

**Defendant**

4.   From the mid-1970s to approximately 1991, Defendant Charles McKenzie ("McKenzie") operated the Parkside Disco and Lounge in Clinton, Iowa. McKenzie understated his federal income tax liabilities on returns he filed for the tax years 1984 through 1987 by failing to report all of his income from his business. In 1992, McKenzie was indicted on four counts for income tax evasion as a result of understating his federal income tax liabilities for those same tax years.

5.   On January 5, 1993, McKenzie pleaded guilty to willfully attempting to evade and defeat his federal income tax liabilities for the tax year 1987 and stipulated that he willfully attempted to evade and defeat his federal income tax liabilities for the tax years 1984-1987.

6.   McKenzie has not filed a federal income tax return since 1994 (for the tax year 1993) and has ignored numerous IRS requests for information.

**Tax Assessments and Liens**

7.   On the dates set forth below a delegate of the Secretary of the Treasury made proper and timely assessments against and gave notice of and demand for payment upon Defendant Charles McKenzie for unpaid federal income taxes and statutory additions:

| Tax Year | Assessment Date | Amount of Assessment | | Unpaid Balance as of 6/13/2008[1] |
|---|---|---|---|---|
| 1984 | 7/27/1998 | Tax | $22,256.00 | $266,109.05 |
|  |  | Fraud Penalty | $38,700.06 |  |
|  |  | I.R.C. 6662(d) Pen. | $5,564.00 |  |
|  |  | Interest | $69,078.68 |  |
|  | 9/10/2007 | Collection Costs | $70.00 |  |
| 1985 | 8/18/1986 | FTP | $18.75 | $154,036.89 |
|  |  | Interest | $25.09 |  |
|  | 12/29/1986 | Interest | $10.07 |  |
|  |  | FTP | $11.25 |  |
|  | 8/24/1998 | Tax | $28,226.00 |  |
|  |  | I.R.C. 6662(d) Pen. | $7,056.50 |  |
|  |  | Fraud Penalty | $43,849.83 |  |
|  | 4/19/1999 | Restricted Interest | $3,541.98 |  |
| 1986 | 7/27/1998 | Fraud Penalty | $85,383.08 | $534,794.12 |
|  |  | I.R.C. 6662(d) Pen. | $12,790.25 |  |
|  |  | Tax | $51,161.00 |  |
|  |  | Interest | $116,732.27 |  |
| 1987 | 7/27/1998 | Fraud Penalty | $27,616.26 | $172,260.67 |
|  |  | I.R.C. 6662(d) Pen. | $4,493.75 |  |
|  |  | Tax | $17,975.00 |  |
|  |  | Interest | $35,426.20 |  |
|  | Total: |  |  | $1,127,200.73 |

FTP = Failure to Pay Penalty

8.  McKenzie has neglected, failed, and refused to pay the assessed amounts described above and, therefore, remains indebted to the United States for the unpaid balance plus statutory additions and interest accruing from the dates of assessment.

9.  The United States has filed a separate complaint against the defendant seeking to reduce the same tax liabilities to judgment (in addition to foreclosing federal tax liens on real

---

[1] This total includes interest and other statutory additions that have accrued since the dates of assessment.

property located in Iowa) in the United States District Court for the Southern District of Iowa, United States v. McKenzie, et al, Case No. 08-cv-69.

## Count I

### Reduce to Judgment Tax Assessments

10. The United States incorporates by reference the allegations in paragraphs 1 through 9.

11. Despite proper notice and demand for payment, McKenzie has not paid the full amount of the assessed tax, and is indebted to the United in the amount of $1,127,200.73 (as of June 13, 2008), plus all statutory additions that will accrue as provided by law.

WHEREFORE, the United States respectfully requests that this Court enter judgment against Charles McKenzie for $1,127,200.73 plus statutory additions, which have accrued and will continue to accrue according to law after the dates of assessment.

Dated: July 8, 2008

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

/s/ John Monroe
JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 307-0638
Fax: (202) 514-6770
E-mail: john.r.monroe@usdoj.gov