IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS & PIPEFITTERS, LOCAL 23, U.A. JOURNEYMAN AND APPRENTICE TRAINING FUND; ) ) ) ) | CIVIL ACTION |
| ) | CASE NO.: |
| Plaintiff, ) | |
| vs. ) | JUDGE: |
| ) | |
| SHAUN MARTINOVICH, ) | MAGISTRATE JUDGE: |
| an Individual, ) | |
| Defendant. ) | |

## COMPLAINT

Now comes Plaintiff, the BOARD OF TRUSTEES of the PLUMBERS & PIPEFITTERS, LOCAL 23, U.A. JOURNEYMAN AND APPRENTICE TRAINING FUND (hereinafter referred to as "TRAINING FUND"), by and through its attorneys, JOHNSON & KROL, LLC, complaining of the Defendant, SHAUN MARTINOVICH (hereinafter referred to as "MARTINOVICH"), and allege as follows:

1. The TRAINING FUND is a joint union-employer training apprenticeship trust fund organized pursuant to Section 302(c)(5) of the Taft-Hartley Act (29 U.S.C. § 186(c)(5)).

2. The TRAINING FUND is a welfare benefit plan governed by ERISA. Employee Retirement Income Security Act of 1974, § 2 et seq. (29 U.S.C. § 1001 et seq.).

3. This action arises under Section 502 of ERISA (29 U.S.C. § 1132). Jurisdiction is founded on the existence of federal questions arising thereunder.

4. The TRAINING FUND is administered at 4525 Boeing Drive, Rockford, Illinois 61109. Therefore, venue is proper in the Northern District of Illinois, Western Division.

5. Pursuant to provisions of the Trust Agreement (a copy of the Trust Agreement is attached as Exhibit #1), the TRAINING FUND is responsible for the Rockford Area Plumbing, Pipefitting and Refrigeration Joint Apprenticeship and Training Committee (hereinafter referred to as the "JATC"), and is authorized to bring actions on behalf of the JATC.

6. Defendant MARTINOVICH is a former Apprentice enrolled in the training program administered by the JATC.

7. From November 15, 1997 through August 23, 2001, Defendant MARTINOVICH entered into five (5) separate Scholarship Loan Agreements with the JATC in the aggregate amount of $14,500.00. (Copies are attached as Exhibit # 2).

8. The Scholarship Loan Agreements provide for credit to the scholarship amount for every year that the Apprentice works as a Journeyman Plumber or Pipefitter for an Employer that contributes to the JATC or a like Committee.

9. The terms of the Scholarship Loan Agreements further provide that the Agreement is breached when the Apprentice accepts employment in the Plumbing and Pipefitting Industry from an Employer who makes no payments to the JATC or other like Committees.

10. Defendant MARTINOVICH breached the terms of the Scholarship Loan Agreements when he became employed in the Plumbing and Pipefitting Industry by an Employer that made no payments to the JATC.

11. MARTINOVICH has failed to respond to all correspondence from the TRAINING FUND regarding MARTINOVICH'S breach of the Scholarship Loan Agreements.

12. Because MARTINOVICH never worked as a Journeyman Plumber or Pipefitter for an Employer that contributes to the JATC or a like Committee, Defendant MARTINOVICH owes the JATC the total amount borrowed (without reduction) for unpaid scholarship loans in the principal amount of $14,500.00.

13. The Scholarship Loan Agreements provide that upon a breach, the Apprentice shall pay interest at the prime rate from the date of the Agreement, plus reasonable attorney's fees and all court costs.

14. Based on the prime rate from the date of each Agreement, the Defendant MARTINOVICH owes LOCAL 23 $14,590.71 in interest. (A copy of the interest calculations is attached as Exhibit #3).

15. Plaintiff has been required to employ the undersigned attorneys to collect the monies that are found due and owing from the Defendant.

16. Plaintiff has complied with all conditions precedent in bringing this suit.

### **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs pray:

A. That judgment be entered in favor of the Plaintiff and against Defendant MARTINOVICH in the amount of $29,090.71 plus reasonable attorney's fees and all court costs; and

B. That Plaintiff have such other and further relief as the Court may deem just and equitable all at the Defendants' cost, pursuant to 29 U.S.C. §1132(g)(2)(E).

Respectfully submitted,

JOHNSON & KROL, LLC

By: /s/ Joseph E. Mallon- #6280529
One of Plaintiffs' Attorneys

JOHNSON & KROL, LLC
208 South LaSalle, Suite 1602
Chicago, Illinois 60604
(312) 372-8587