U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:
Board of Trustees of the Plumbers & Pipe Fitters, Local 23 U.A.
 Journeyman and Apprentice Fund
vs.
Shaun Martinovich

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Board of Trustees of the Plumbers & Pipe Fitters, Local 23 U.A. Journeyman and Apprentice Fund

| | |
|---|---|
| NAME (Type or print) <br> Dennis R. Johnson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Dennis R. Johnson | |
| FIRM <br> Johnson & Krol, LLC | |
| STREET ADDRESS <br> 208 South LaSalle Street, Suite 1602 | |
| CITY/STATE/ZIP <br> Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6237385 | TELEPHONE NUMBER <br> 312-372-8587 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ✔     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ✔     NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |