U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:
Board of Trustees of the Plumbers & Pipe Fitters, Local 23 U.A.
 Journeyman and Apprentice Fund
vs.
Shaun Martinovich

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Board of Trustees of the Plumbers & Pipe Fitters, Local 23 U.A. Journeyman and Apprentice Fund

| | |
|---|---|
| NAME (Type or print) Joseph E. Mallon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Joseph E. Mallon | |
| FIRM Johnson & Krol, LLC | |
| STREET ADDRESS 208 South LaSalle Street, Suite 1602 | |
| CITY/STATE/ZIP Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6280529 | TELEPHONE NUMBER 312-372-8587 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |