**Mr. Shaun M. Martinovich**
**Date of Calculation:** 7/1/2008

| | Date of Agreement: | Time Period | Tuition: | Interest Rate: | Interest Due: | Total Due: |
|---|---|---|---|---|---|---|
| First (1st) Year Apprentice = | 11/15/1997 | 1997-1998 | $2,000.00 | 8.50% | $2,906.33 | $4,906.33 |
| Second (2nd) Year Apprentice = | 9/1/1998 | 1998-1999 | $2,550.00 | 8.50% | $3,215.51 | $5,765.51 |
| Third (3rd) Year Apprentice = | 9/2/1999 | 1999-2000 | $2,750.00 | 7.75% | $2,633.79 | $5,383.79 |
| Fourth (4th) Year Apprentice = | 9/7/2000 | 2000-2001 | $3,600.00 | 9.50% | $3,840.73 | $7,440.73 |
| Fifth (5th) Year Apprentice = | 8/23/2001 | 2001-2002 | $3,600.00 | 6.50% | $1,994.35 | $5,594.35 |
| Grand Totals: | | | $14,500.00 | | $14,590.71 | **$29,090.71** |

According to the terms of the Scholarship Loan Agreement, the interest rate is based on the prime interest rate (at Amcore Bank) from the date of each agreement.

**EXHIBIT 3**