# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

The Construction Industry Welfare Fund of Rockford, Illinois; The Construction Industry Retirement Fund of Rockford, Illinois
v.
CHAD ENCHEFF d/b/a ENCHEFF ORGANIZATION, INC., and ALL WEATHER CONSTRUCTION, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Construction Industry Welfare Fund of Rockford, Illinois; The Construction Industry Retirement Fund of Rockford, Illinois

| | |
|---|---|
| NAME (Type or print) <br> Idala H. Strouse | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Idala Strouse | |
| FIRM <br> Marc M. Pekay, P.C. | |
| STREET ADDRESS <br> 30 N. LaSalle St., Ste. 2426 | |
| CITY/STATE/ZIP <br> Chicago, IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06257845 | TELEPHONE NUMBER <br> (312) 606-0980 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ✓ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |