**From:** Chuck Nuskey <performance300@yahoo.com>
**Sent:** Tuesday, April 29, 2008 2:20 PM
**To:** info@americangutterfilter.com
**Subject:** GutterFilter v American Gutter Filter

Attn, American Gutter Filter:

We have been notified by several consumer prospects that you have been misrepresenting your company and product as GutterFilter, a registered trademarked, gutter filtration product and Dealer Network. We are documenting these complaints and are providing these consumers with information on how to file a formal complaint with the Attorney General's office within their respective states. As we continue to gather information, our next step will be to file a formal complaint for damages due to misrepresentation.

This email is being sent to put you on notice.


Chuck Nuskey
National Operations Manager
Gutter Filter America
866 LEAF AWAY
856.495.4369 cell / 866.385.1927 fax
www.gutter-filtration.com
performance300@yahoo.com