**From:** Chris Cosentino [mailto:cjc_cosentinolaw@tbc.net]
**Sent:** Wednesday, April 30, 2008 9:47 PM
**To:** 'performance300@yahoo.com'
**Subject:** American GutterFill

Dear Mr. Nuskey,

I am writing on behalf of my client, American Gutter Filter, in response to your email of April 29th. Please be advised that GutterFill® is a product that has a registered trademark number of 3418293 with the U.S.P.T.O. My client steadfastly denies that he has ever represented the name of his product as anything but GutterFill® and it resents the accusation that it has done otherwise. Furthermore, your accusations, if construed as accusing my client of violating Federal trademark law, are per se slanderous and my client may very well be interested in pursuing a defamation action against any and all parties who may have slandered or libeled its good name.

Should you need anything further, please feel free to contact me.

Chris Cosentino
The Cosentino Law Firm
801 E. Main Street
St. Charles, IL 60174
Phone (630) 377-9730
Fax (630) 377-9751