# FLYNN, THIEL, BOUTELL & TANIS, P.C.

David G. Boutell
Terryence F. Chapman
Mark L. Maki
Liane L. Churney
John A. Waters
Brian R. Tumm
Donald J. Wallace
Heon Jekel
Stephen C. Holwerda*

*Arizona Bar Only

Intellectual Property Law

305B Waters Building
161 Ottawa Ave., N.W.
Grand Rapids, MI 49503-2761
Telephone: 616-242-9550
Facsimile: 616-242-9555
E-Mail: mail@flynnthiel.com

Kalamazoo Office
2026 Rambling Road
Kalamazoo, MI 49008-1631
Telephone: 269-381-1156
Facsimile: 269-381-5465

Dale H. Thiel
Sidney B. Williams, Jr.
Of Counsel

**PLEASE RESPOND TO OUR GRAND RAPIDS OFFICE**

May 7, 2008

President
Gutter Filter America, Inc.
165 Prairie Lake Rd., Unit J
East Dundee, IL 60118

Re: Infringement of GutterFilter Company's Intellectual Property Rights
Our Ref.: 7090.M0019

Dear Sirs:

We are attorneys for GutterFilter Company, LLC. Our client has asked that we contact you concerning your unauthorized and infringing use of GutterFilter's intellectual property.

For nearly five years, our client has sold its gutter insert products under the trademark GUTTERFILTER and, as you are aware, has registered the trademark with the United States Patent and Trademark office based upon such use. Our client has also obtained copyright registration for the content of its website.

Your use of the mark has already been creating confusion among consumers and constitutes both trademark infringement and unfair competition. Further, because both of your attempts to register your mark were refused due to its similarity to our client's mark, your infringing activities are clearly intentional. We therefore demand that you immediately discontinue using the trademark GUTTER FILTER, destroy all packaging, labels and promotional or advertising materials displaying the mark, and delete any other tangible or intangible display or reference to the mark in your possession or under your control. We also require that you immediately remove any and all text or graphics that infringe GutterFilter's copyrights from your website and promotional materials, including but not limited to GutterFilter's distinctive leaf design, which you employ in a circle with a slash through it (See attached).

## FLYNN, THIEL, BOUTELL & TANIS, P.C.

Please respond within ten days, so that we will know if it will be necessary to take further actions to enforce our client's rights. If forced to initiate litigation, we would seek an award for damages, lost profits and attorney fees under trademark, copyright and unfair competition laws.

Very truly yours,

John A. Waters

JAW/jlg

| HOME | FACTS | COMPARISON | CONTACT INFO | HOW TO FIND AUTHORIZED INSTALLERS | TESTIMONIALS | WARRANTY |



*American* **GUTTER FILTER** *Inc.*
*Things have changed*

# THINGS HAVE CHANGED.
*Introducing...*

**NO MORE EXPENSIVE HATS, HELMETS, SCREENS, GUARDS, OR TOPPERS!**



American Gutter Filter, Inc. introduces GutterFill™, the latest technological filtering membrane for your existing gutter system available today. Constructed with polyether-polyurethane foam reticulated to shed water like a sieve, permitting maximum water drainage and air circulation. GutterFill™ is guaranteed not to clog. GutterFill™ is self-maintenance "It cleans itself!" Finally, no more going up the ladder. Self-Cleaning is here! More...

**GutterFill™**
THE UNIQUE PROPRIETARY FORMULATION THAT HAS **REVOLUTIONIZED** GUTTER FILTER TECHNOLOGY
*"It cleans itself"*

SEE IT WORKING!
PLAY VIDEO

LEARN ABOUT **GUTTERFILL™ INSTITUTE**   |   **GET THE FACTS.** IT'S ALL RIGHT HERE

**20-Year No-Clog Warranty**
SEE THE DETAILS

Copyright © 2004-2007 American Gutter Filter, Inc. All Rights Reserved. Patent Pending. Privacy Policy