IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN,  )  <br>            Plaintiff,   )  <br>                         )  <br>    v.                   )  <br>                         )   No. _____  <br> FLEXI-BOGDAHN INTERNATIONAL,  )  <br> GMBH & CO KG, a German Corporation,  )  <br> FLEXI USA, INC., a Wisconsin  )  <br> Corporation and WAL MART STORES,  )  <br> INC., an Arkansas Corporation,  )  <br>                         )  <br>            Defendants.   ) | |

## NOTICE OF REMOVAL

TO:   Clerk of the Court
      United States District Court
      Northern District of Illinois
      Western Division
      211 South Court Street
      Rockford, Illinois 61101

      Clerk of the Court
      Sixteenth Judicial Circuit- Circuit Court of DeKalb County
      133 West State Street
      Sycamore, Illinois 60178-1416

      The Cosentino Law Firm
      213 S. 2nd Street
      DeKalb, Illinois 60115

Defendant Flexi Bogdahn International, GmbH & Co KG, (hereinafter "Flexi International"), hereby provides its Notice of Removal pursuant to 28 U.S.C.A. §1441. The grounds for removal are as follows:

1.   On May 12, 2008, Plaintiff field suit in the Circuit Court of the Sixteenth Judicial District, DeKalb County, Illinois, entitled, *Francis Ryan v. Flexi-Boghdan Internationl, GMBH*

*& CO KG, Flexi USA, Inc. and Wal Mart Stores, Inc.,* 08 L 50.  <u>See</u> Plaintiff's Complaint, attached hereto as Exhibit A.

2.      Defendant Flexi International received Plaintiff's Complaint in Germany by certified mail on or about June 16, 2008.  <u>See</u> Registered Mail envelope attached hereto as Exhibit B.

3.      Pursuant to 28 U.S.C. §1446(a), Plaintiff's Complaint and Summons are the sole pleadings in the aforementioned case, thus constituting the court file, copy of process, pleadings, and orders served upon this Defendant.

4.      Defendant Flexi International has filed this Notice of Removal within thirty (30) days of service of lawsuit.

5.      Defendant Flexi International is now, and at all times relevant was, a foreign corporation organized and existing under the laws of the Federal Republic of Germany, with its principal place of business in Bargteheide, Germany.  <u>See</u> Plaintiff's Complaint, Exhibit A, Par. 2.

6.      Plaintiff, Francis Ryan, is an individual and is now, and at all time relevant was, a resident of DeKalb County, Illinois.  <u>See</u> Plaintiff's Complaint, Exhibit A, Par. 1.

7.      Co-Defendant Flexi USA, Inc., is now and at all times relevant, was a corporation organized and existing under the laws of the State of Wisconsin, with its principal place of business in Cincinnatti, Ohio.  <u>See</u> Plaintiff's Complaint, Exhibit A, Par. 3.

8.      Co-Defenant Wal Mart Stores, Inc., is now and at all times relevant was, a corporation organized and existing under the laws of the State of Arkansas, with its principal place of business in Bentonville, Arkansas.  <u>See</u> Plaintiff's Complaint, Exhibit A, Par. 4.

9.   There is complete diversity of citizenship of parties in this matter pursuant to 28 U.S.C.A. §1332.

10.   The amount in controversy also exceeds $75,000.00 exclusive of costs and interest.  See Affidavit of Ewa Dabrowski, attached hereto as Exhibit C.  Counts I, II and III of Plaintiff's Complaint allege product liability and distributor negligence against Flexi International, Flexi USA, Inc. and Wal Mart Stores, Inc.  Counts IV, V and VI of Plaintiff's Complaint allege strict liability against all three Defendants.  Counts VII and VIII allege breach of warranty of fitness for a particular purpose against Flexi International and Flexi USA, Inc.  Counts IX, X and XI allege breach of implied warranty of merchantability against all three Defendants.  Counts XII and XIII allege breach of express warranty against Flexi International and Flexi USA, Inc.  Counts XIV and XV allege breach of warranty of consumer product against Flexi International and Flexi USA, Inc.

11.   Plaintiff's Complaint alleges that he purchased a dog leash from Defendant Wal Mart Stores, Inc. which "malfunctioned when the retractable leash cord separated from the leash casing, causing the hardened plastic leash to hit the plaintiff in the mouth."  See Plaintiff's Complaint, Exhibit A, Par. 9.  Plaintiff alleges that Defendants Flexi International and Flexi USA, Inc. negligently and carelessly designed, manufactured, constructed, assembled, inspected, distributed and sold the dog leash.  See Plaintiff's Complaint, Exhibit A, Counts I & II.  Further that Defendant Wal Mart Stores, Inc. negligently inspected, maintained and sold the dog leash.  See Plaintiff's Complaint, Exhibit A, Count III.  Plaintiff further alleges that as a result of the foregoing, he sustained the shattering of several teeth, and will require several oral surgeries over the course of his life for the remainder of his life, including crowns and root canals.  See Plaintiff's Complaint, Exhibit A, Par. 12.

12. The underlying state court is one which this Court has original jurisdiction over pursuant to the provisions of 28 U.S.C.A. §1332 and is one which may be removed to this Court by the petitioner pursuant to the provisions of 28 U.S.C.A. §1441 and §1446 because the matter in controversy exceeds the sum of $75,000.00 exclusive of costs and interests, and a complete diversity exists.

13. Defendant Flexi International has given written notice of the filing of this Notice of Removal to all attorneys of record and the Clerk of the Sixteenth Judicial Circuit – DeKalb County, Illinois.

*Respectfully submitted,*

**SWANSON, MARTIN & BELL, LLP**

By:  /s/ Ewa Dabrowski
 One of the Attorneys for
 Flexi-Bogdahn International
 GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC # 6284758
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

4