U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| FRANCIS RYAN,<br>           Plaintiff,<br>v.<br>FLEXI-BOGDAHN INTERNATIONAL GMBH & CO KG,<br>a German Corporation, FLEXI USA, INC., a Wisconsin<br>Corporation and WAL MART STORES, INC., an Arkansas<br>Corporation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FLEXI-BOGDAHN INTERNATIONAL GMBH & CO KG, a German Corporation

| NAME (Type or print) |  |
|---|---|
| Ewa Dabrowski | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Ewa Dabrowski | |
| FIRM | |
| Swanson, Martin & Bell, LLP | |
| STREET ADDRESS | |
| 330 North Wabash, Suite 3300 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6284758 | (312) 321-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ]  NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ]  NO [X] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |