## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN,        ) | |
|        Plaintiff,        ) | |
| ) | |
| v.        ) | |
| ) | No. _____ |
| FLEXI-BOGDAHN INTERNATIONAL,        ) | |
| GMBH & CO KG, a German Corporation,        ) | |
| FLEXI USA, INC., a Wisconsin        ) | |
| Corporation and WAL MART STORES,        ) | |
| INC., an Arkansas Corporation,        ) | |
|        Defendants        ) | |

## **DEFENDANT'S JURY DEMAND**

In accordance with Federal Rules of Civil Procedure 38 and 81(c) Defendant, Flexi-Bogdahn International GMBH & CO KG, files this jury demand, and respectfully demands a trial by jury on all issues so triable in the above-captioned action.

Respectfully submitted,

/s/ Ewa Dabrowski

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

*Attorneys for Defendant, Flexi-Bogdahn International GMBH & CO KG*