IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN,<br>　　　　　　Plaintiff,<br><br>　v.<br><br>FLEXI-BOGDAHN INTERNATIONAL,<br>GMBH & CO KG, a German Corporation,<br>FLEXI USA, INC., a Wisconsin<br>Corporation and WAL MART STORES,<br>INC., an Arkansas Corporation,<br>　　　　　　Defendants | )<br>)<br>)<br>)<br>)　No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:　Cosentino Law Office
　　　213 S. 2nd Street
　　　DeKalb, Illinois 60115

　　　Please take notice that on July 15, 2008, a **Notice of Removal** was filed with the United States District Court for the Northern District of Illinois, Western Division, a true and correct copy of which is attached hereto and served upon you.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　By:　  /s/ Ewa Dabrowski
　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for
　　　　　　　　　　　　　　　　　　　　　Flexi-Bogdahn International
　　　　　　　　　　　　　　　　　　　　　GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| FRANCIS RYAN,               ) | |
|             Plaintiff,      ) | |
|                             ) | |
|   v.                        ) | |
|                             ) | No.   08 L 50 |
| FLEXI-BOGDAHN INTERNATIONAL,) | |
| GMBH & CO KG, a German Corporation, ) | |
| FLEXI USA, INC., a Wisconsin ) | |
| Corporation and WAL MART STORES, ) | |
| INC., an Arkansas Corporation, ) | |
|             Defendants      ) | |

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **Notice of Removal** upon the clerks and counsel of record listed below, via regular US mail, proper postage prepaid, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Chicago, IL 60611 on July 15, 2008.

/s/ Ewa Dabrowski
Ewa Dabrowski

[x] Under penalties of perjury, I certify that the statements set forth herein are true and correct.