IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FRANCIS RYAN, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. _____ |
| FLEXI-BOGDAHN INTERNATIONAL, | ) | |
| GMBH & CO KG, a German Corporation, | ) | |
| FLEXI USA, INC., a Wisconsin | ) | |
| Corporation and WAL MART STORES, | ) | |
| INC., an Arkansas Corporation, | ) | |
|         Defendants | ) | |

## NOTICE OF FILING

TO:    Cosentino Law Office
          213 S. 2nd Street
          DeKalb, Illinois 60115

     Please take notice that on July 15, 2008, an Appearance and Jury Demand was filed with the United States District Court for the Northern District of Illinois, Western Division, a true and correct copy of which is attached hereto and served upon you.

                                              Respectfully submitted,

                                              By:    /s/ Ewa Dabrowski
                                                       One of the Attorneys for
                                                       Flexi-Bogdahn International
                                                       GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

**IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT**
**DEKALB COUNTY, ILLINOIS**

| | |
|---|---|
| FRANCIS RYAN, )<br>    Plaintiff, )<br> )<br> v. )<br> )<br>FLEXI-BOGDAHN INTERNATIONAL, )<br>GMBH & CO KG, a German Corporation, )<br>FLEXI USA, INC., a Wisconsin )<br>Corporation and WAL MART STORES, )<br>INC., an Arkansas Corporation, )<br>    Defendants ) | No. 08 L 50 |

## CERTIFICATE OF SERVICE

  I certify that I served the foregoing **Appearance and Jury Demand** upon the clerks and counsel of record listed below, via regular US mail, proper postage prepaid, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Chicago, IL 60611 on July 15, 2008.

                   /s/ Ewa Dabrowski
                   Ewa Dabrowski

  [x] Under penalties of perjury, I certify that the statements set forth herein are true and correct.