IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN,<br>    Plaintiff,<br><br> v.<br><br>FLEXI-BOGDAHN INTERNATIONAL,<br>GMBH & CO KG, a German Corporation,<br>FLEXI USA, INC., a Wisconsin<br>Corporation and WAL MART STORES,<br>INC., an Arkansas Corporation,<br>    Defendants | )<br>)<br>)<br>)<br>) No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO: Cosentino Law Office
   213 S. 2nd Street
   DeKalb, Illinois 60115

Please take notice that on July 15, 2008, a **Jury Demand** was filed with the United States District Court for the Northern District of Illinois, Western Division, a true and correct copy of which is attached hereto and served upon you.

              Respectfully submitted,


              By: /s/ Ewa Dabrowski
                One of the Attorneys for
                Flexi-Bogdahn International
                GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN,          ) | |
|        Plaintiff,    ) | |
| ) | |
| v.          ) | |
| ) | No.    08 L 50 |
| FLEXI-BOGDAHN INTERNATIONAL, ) | |
| GMBH & CO KG, a German Corporation, ) | |
| FLEXI USA, INC., a Wisconsin  ) | |
| Corporation and WAL MART STORES, ) | |
| INC., an Arkansas Corporation, ) | |
|        Defendants   ) | |

## CERTIFICATE OF SERVICE

     I certify that I served the foregoing **Jury Demand** upon the clerks and counsel of record listed below, via regular US mail, proper postage prepaid, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Chicago, IL 60611 on July 15, 2008.

                                                    /s/ Ewa Dabrowski
                                                    Ewa Dabrowski

     [x] Under penalties of perjury, I certify that the statements set forth herein are true and correct.