IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| HERBERT C. HEALEY III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration | ) ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

The Plaintiff, complaining of the Defendant, does hereby allege and says that:

1. Jurisdiction is conferred upon the Court by 42 U.S.C.A. Sections 405(g) and 1383(c) (3).

2. The Plaintiff is a resident of Rockford, Winnebago County, Illinois.

3. The Plaintiff filed a claim for a period of disability, Disability Insurance Benefits and Supplemental Security Income Benefits under Title II and Title XVI of the Social Security Act, as previously amended.

4. The Plaintiff's claims were denied and the Plaintiff exhausted the administrative appeals process without success.

5.  The decision of the Defendant that the Plaintiff is not disabled within the meaning of the Social Security Act is not supported by substantial evidence and applies an erroneous standard of law.

WHEREFORE, the Plaintiff demands judgment as follows:

1.  That the decision of the Defendant be reviewed and set aside and that the Plaintiff's claims for a period of disability, Disability Insurance Benefits and Supplemental Security Income Benefits be allowed and that the Defendant be ordered to pay such benefits; or in the alternative:

2.  That the Court remand this case to the Defendant for a fair hearing; and,

3.  That the Court award the Plaintiff costs of Court and reasonable attorney fees; and,

4.  That the Court grant other such and further relief as it deems just and proper.

Respectfully submitted this 16th day of July, 2008.

*/s/ James A. Gesmer*

JAMES A. GESMER
GESMER LAW OFFICES, P.C.
630 N. Church Street, #201
Rockford, IL 61103
815-968-1000 Telephone
815-968-0495 Fax