# United States District Court

__Northern__ DISTRICT OF __Illinois__

HERBERT C. HEALEY III

V.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

Mr. John McKenzie
United States Attorneys Office
308 West State Street
Rockford, IL 61101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James A. Gesmer
Gesmer Law Offices, P.C.
630 N. Church St., Suite 201
Rockford, IL 61103

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                               DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James A. Gesmer | Attorney |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: United States Attorneys Office, 308 West State Street, Rockford, IL 61101

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

Signature of Server
630 N. Church St., Suite 201
Rockford, IL 61103
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.