# United States District Court

Northern _____ DISTRICT OF _____ Illinois _____

| | |
|---|---|
| HERBERT C. HEALEY III | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration | |

TO: (Name and address of defendant)

The General Counsel
Social Security Administration
Room 617 Altmeyer Building
6401 Security Blvd.
Baltimore, MD 21235

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James A. Gesmer
Gesmer Law Offices, P.C.
630 N. Church St., Suite 201
Rockford, IL 61103

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                                                                                       DATE


_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James A. Gesmer | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail#: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

Signature of Server
630 N. Church St., Suite 201
Rockford, IL 61103
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.