U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　Case Number:
HERBERT C. HEALEY III,
　　　Plaintiff,
　　　vs.
MICHAEL J. ASTRUE, Commissioner of
Social Security Administration,
　　　Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HERBERT C. HEALEY III, Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> James A. Gesmer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Gesmer Law Offices, P.C. | |
| STREET ADDRESS <br> 630 N. Church Street, Suite 201 | |
| CITY/STATE/ZIP <br> Rockford, IL 61103 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6193243 | TELEPHONE NUMBER <br> (815) 968-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]　NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]　NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]　NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]　NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]　　APPOINTED COUNSEL [ ] | |