UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Patricia Milliken

                Plaintiff,

v.                                Civil Action No. 08CV59999

Commissioner of
Social Security,

                Defendant.

## COMPLAINT

Plaintiff, by her attorney, alleges as follows:

    1. The jurisdiction of this Court is invoked pursuant to 42 U.S.C. §405(g) [and 42 U.S.C. §1383(c)(3)] to review a decision of the Commissioner of Social Security denying plaintiff's application for Social Security Disability benefits for lack of disability.

    2. This action is an appeal from a final administrative decision denying plaintiff's claim.

    3. This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review.

    4. Plaintiff, whose social security number is xxx-xx-xxxx, resides at 187 Carver Street, Winslow, IL 61089.

    5. The defendant is the Commissioner of Social Security.

    6. Plaintiff is disabled.

    7. The conclusions and findings of fact of the defendant are not supported by substantial evidence and are contrary to law and regulation.

    WHEREFORE, plaintiff prays that this Court:

    1) find that plaintiff is entitled to disability benefits under the provisions of the Social Security Act; and/or

    2) award attorney's fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d), on the grounds that the Commissioner's action in this case was not substantially justified; and

    3) order such other and further relief as the Court deems just and proper.

Dated at Freeport, IL, this **18** day of July, 2008.

                                        *s/ Howard Prestwich*
                                        HOWARD PRESTWICH,
                                        Attorney for Plaintiff

Howard Prestwich
Attorney at Law
216 W. Stephenson St.
Freeport, IL 61032
815/233-0915