**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS,

Plaintiffs,

v.

MACDONALD CONSTRUCTION SERVICES, INC.,

Defendant.

**CASE NO.**

## COMPLAINT

**NOW COMES** the Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, by and through their attorneys, MARC M. PEKAY, P.C. and hereby complain against the Defendant, MACDONALD CONSTRUCTION SERVICES, INC. an Illinois Corporation, as follows:

1. Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. Section 1132 (e)(1) and (2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. Section 185(a), and 28 U.S.C. Section 1331.

2. Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. Section 1132 (e)(2), and 28 U.S.C. Section 1391 (a) and (b).

3. (a) The Plaintiffs are THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS; (hereinafter called the "Rockford Funds") and having standing to sue pursuant to 29 U.S.C. Section 1132(d)(1) and 29 U.S.C. Section 185(a).

(b) The Rockford Funds have been established pursuant to Collective Bargaining Agreements previously entered into between various Unions and certain employer associations whose employees are covered by the Collective Bargaining Agreements with the Unions. The Rockford Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws.

4. MACDONALD CONSTRUCTION SERVICES, INC. (hereinafter “MacDonald” or “Defendant”) is a Corporation engaged in the construction industry and doing business within this geographic area and is an industry affecting interstate commerce.

5. On or about July 19, 2007, the Defendant and the Chicago Regional Council of Carpenters entered into a Collective Bargaining Agreement. *See Exhibit A*.

6. Under the terms of the Collective Bargaining Agreements and Trust Agreements to which the Defendant is bound, the Defendant is required to make periodic contributions to the Rockford Funds on behalf of certain employees.

7. Since on or about July 19, 2007, the Defendant has acknowledged and ratified the Collective Bargaining Agreement entered into with the Chicago Regional Council of Carpenters and the Construction Industry Welfare Fund of Rockford, Illinois

by paying contributions pursuant to the Collective Bargaining Agreement and Trust to which Defendant is bound.

8. Pursuant to the Collective Bargaining Agreement, contributions to the Funds are due on the fifteenth (15th) day of the month.

9. Pursuant to the Collective Bargaining Agreement to which Defendant is bound, an employer who fails to make the contributions by the twenty-fifth (25th) day of the month after the work was performed is required to pay an additional amount of ten percent (10%) in liquidated damages, along with all legal fees and costs expended to collect this money.

10. The Defendant has failed to make payments of its contributions from April 1, 2008 to present as required to be paid by it to the Rockford Fund pursuant to the terms of the Collective Bargaining Agreements by which the Defendant is bound, all in violation of Defendant's contractual obligations and the obligations under State and Federal Statutes. Defendant also owes *ninety dollars and eighty four cents ($90.84)* for an underpayment of contributions from September 30, 2007 through November 30, 2007. *See Exhibit B*.

11. In addition to the above, the Defendant has failed to make timely payments of contributions. The Defendant owes in liquidated damages, *One Thousand One Hundred Forty Nine Dollars and seventy six cents ($1,149.76)*. Attached as Exhibit C is a document that shows when the contributions were due and when they were paid and the amount of liquidated damages that have accrued. Defendant already paid $1,489.76 of the amount owed, but has failed to pay the remainder. *See Exhibit C*.

12. Pursuant to the Collective Bargaining Agreement, Defendant is required to submit its books and records to periodic audits at the request of the Funds.

13. Defendant submitted its books and records to an audit.

14. An audit was performed for hours worked from January 1, 2006 through March 31, 2008. It shows that the Company owes Seventy Thousand *Six Hundred Eighty Seven Dollars and seventy eight cents ($70,687.78).* See Exhibit D. The auditor charged the Fund *seven hundred and fifty dollars ($750.00)* and the delinquent Defendant, pursuant to the Collective Bargaining Agreement and Trust Agreement, is obligated to pay the cost of the audit.

15. The Defendant's actions in failing to pay contributions violate Sections 515 of ERISA, 29 U.S.C. Section 1145, and Section 301 of the LMRA. 29 U.S.C. Section 185.

16. Further, the Rockford Funds have already spent *seven hundred dollars ($700)* in legal fees trying to collect these liquidated damages.

17. Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. Section 1132 (g)(2), Section 301 of the LMRA, 29 U.S.C. Section 185, and the terms of the Collective Bargaining Agreement, MACDONALD CONSTRUCTION SERVICES, INC. is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid and late contributions, reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

**WHEREFORE**, Plaintiffs respectfully request this Court enter a judgment against Defendant, MACDONALD CONSTRUCTION SERVICES, INC.,

(a) A judgment be entered against the Defendant and in favor of the Plaintiffs in the amount of *Seventy Three Thousand Three Hundred Seventy Eight Dollars and thirty eight cents ($73,378.38)* plus additional legal fees and costs incurred to collect this money;

(b) To order the Company to turn over its books and records from April 1, 2008 to present and to then enter a Judgment pursuant to the amount shown due in the audit;

(c) To enjoin Defendant from violating the terms of the Agreement including, but not limited to ordering Defendant to remain current in its payments of contributions; and;

(d) To award Plaintiffs any further legal and equitable relief as the Court deems appropriate.

Respectfully submitted,

CONSTRUCTION INDUSTRY
WELFARE AND RETIREMENT FUND
OF ROCKFORD, ILLINOIS;
s/ Marc M. Pekay,
Attorney for Plaintiffs

Marc M. Pekay, P.C.
30 North LaSalle St., Ste. 2426
Chicago, IL 60602
(312) 606-0980

# *Memorandum of Agreement*

Employer MacDonald Construction Services Inc Address 308 Oakleaf Road
City Lake in the Hills State IL Zip 60156 Phone (847)458-2517

THIS AGREEMENT is entered into between the Chicago Regional Council of Carpenters ("Union") and the Employer, including its successors and assigns covering the geographic jurisdiction of the Union including the following counties in Illinois: Boone, Bureau, Carroll, Cook, De Kalb, DuPage, Grundy, Henderson, Henry, Iroquois, Jo Daviess, Kane, Kankakee, Kendall, Lake, La Salle, Lee, Marshall, McHenry, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, Will, Winnebago. The following counties in Iowa: Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth, Wright. The following counties in Wisconsin: Kenosha, Milwaukee, Ozaukee, Racine, Washington and Waukesha. The Union and the Employer do hereby agree to the following:

1. The Employer recognizes the Union as the sole and exclusive bargaining representative on behalf of its employees who are working within the territorial and occupational jurisdiction of the Union.

2. The Employer has reviewed sufficient evidence and is satisfied that the Union is the exclusive bargaining representative of a majority of its employees presently working within the territorial and occupational jurisdiction of the Union.

3. The Employer and the Union agree to incorporate into this Memorandum Agreement and to be bound by the Agreements negotiated between the Chicago Regional Council of Carpenters and various employers and employer associations, including all Area Agreements for the period beginning with the execution of this Memorandum Agreement and ending on the expiration dates of any current and successor Agreements which are incorporated herein (see attached list). Unless the Employer provides written notice by certified mail to the Chicago Regional Council of its desire to terminate or modify the Agreement at least three (3) calendar months prior to the expiration of such Agreements, the Agreement shall continue in full force and effect through the full term and duration of all subsequent Agreements which are incorporated by reference.

4. The Employer agrees to be bound to the terms of the various Trust Agreements to which contributions are required to be made under the Agreements incorporated in Paragraph 3, including all rules and regulations adopted by the Trustees of each Fund.

In Witness Whereof the parties have executed this Memorandum of Agreement on this *19th* day of *July*, 2007.

EMPLOYER

MacDonald Construction
Edward J. MacDonald
Print Name and Title
President

CHICAGO REGIONAL COUNCIL OF CARPENTERS

[signature]
Authorized Regional Council Representative

ENTERED
DATE 7/27/07

EXHIBIT A

## Agreements

(Central Region)

Mid American Regional Bargaining Association, Cook, Lake and DuPage
Mid American Regional Bargaining Association, Kane, Kendall and McHenry
Mid American Regional Bargaining Association, Will
Kankakee Contractors Association
Residential Construction Employers Council, Cook, Lake and DuPage
Residential Construction Employers Council, Will
Residential Construction Employers Council, Grundy
Woodworkers Association of Chicago (Mill-Cabinet)

(Western Region)

Illinois

Quad City Builders Association, Commercial, Rock Island Mercer, Henry and Henderson
Floor Covering, Rock Island, Mercer, Henry and Henderson
Residential, Henry, Mercer and Henderson
Illinois Valley Contractors' Association, Bureau, LaSalle, Marshall, Putnam and Stark
Window and Door, Boone, Bureau, Carroll, DeKalb, Henderson, Henry, Jo Daviess, LaSalle, Marshall, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside and Winnebago
Commercial/Residential, DeKalb, Eastern Ogle and cities in Sandwhich and Somonauk
Residential Construction Employers' Council, DeKalb, Eastern Ogle and cities in Sandwhich and Somonauk
Residential Construction Employers' Council, Boone, Carroll, Jo Daviess, Lee, Ogle, Stephenson, Whiteside and Winnebago
Northern Illinois Building Contractors Association Inc., Boone, Carroll, Jo Davies, Lee, Ogle, Stephenson, Whiteside and Winnebago
Floor Covering, Boone, Carroll, DeKalb, Jo Daviess, Lee, Lee, Ogle, Stephenson, Whiteside and Winnebago
Millwright, Boone, Bureau, Carroll, DeKalb, Henderson, Jo Daviss, LaSalle, Lee, Marshall, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, and Winnebago
Associated General Contractors of Illinois (Heavy and Highway) Highway Districts 2, 3 and portions of 1 and 8

Iowa

Commercial, Muscatine, Scott, Louisa north of Iowa River
Floorcovering, Lousia north of Iowa River, Muscatine and Scott
Residential, Clinton, Louisa, Muscatine, Scott and Seven southern most townships of Jackson County including Monmouth, South Fork, Maquoketa, Fairfield, Van Buren, Iowa and Union
Heavy and Highway Associated Contractors Agreement Scott County
Herberger Construction Heavy and Highway
Heavy and Highway Contractors' Association- entire State except Scott County
Commercial Benton, Jones, Linn and Tama
Residential Benton, Jones, Linn and Tama
Commercial, Des Moines, Henry, Lee and Louisa south of Iowa River
Residential, Des Moines, Henry, Lee and Louisa south of Iowa River

UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA CHICAGO REGIONAL COUNCIL OF CARPENTERS

Commercial/Residential Dubuque, Delaware, Clayton, and Six Northern Townships in Jackson
Commercial/Residential, Appanoosa, Davis, Jefferson, Keokuk, Mahaska, Monroe, Van Buren, Wapello, and Wayne
Commercial, Clinton, Seven Southern most townships of Jackson including Monmouth, South Fork, Maquoketa, Fairfield, Van Buren, Iowa, and Union
Floor Covering, Dubuque, Deleware, Clayton, and six Northern Townships in Jackson Window and Door, State
Commercial, Ceder, Iowa, Johnson, Poweshiek and Washington
Commercial Interior Systems, Ceder, Iowa, Johnson, Poweshiek and Washington
Residential, Ceder, Iowa, Johnson, Poweshiek and Washington
Commercial, Cerro Gordo, Franklin, Hancock, Kossuth, Winnebago, Worth and Wright, Buchanan,
Independent Contractors of Waterloo (Commercial) Butler, Chicksaw, Fayette, Floyd, Grundy, Howard, Mitchell, Winneshiek
Millwright, Adair, Allmakee, Appanoosa, Benton, Black Hawk, Boone, Bremer, Buchanan, Butler, Cedar, Calhoun, Carroll, Cerro Gordo, Chicksaw, Clayton, Clarke, Clinton, Dallas, Davis, Decatur, Deleware, Des Moines, Dubuque, Emmet, Fayette, Floyd, Franklin, Greene, Grundy, Guthrie, Hamilton, Hancock, Hardin, Henry, Howard, Humboldt, Iowa, Jackson, Jasper, Jefferson, Johnson, Jones, Keokuk, Lee, Linn, Lucas, Louisa, Madison, Mahaska, Marion, Marshall, Mitchell, Monroe, Muscatine, Palo Alto, Pocahontas, Polk, Poweshiek, Ringhold, Scott, Story, Tama, Union, Van Buren, Warren, Wapello, Washington, Wayne, Webster, Winnebego, Winneshiek, Worth, Wright

(Northern Region)




Commercial Carpenters and Floor Coverers' Agreement (State of Wisconsin)
Commercial Capenters Agreement, Kenosha/Racine
Millwright Erectors' Agreement
Pile Drivers' Agreement
Insulators Agreement
Overhead Door Agreement

The Employers Acknowledges receipt of a current copy of each agreement under which the company will be performing work. Each of the agreements are available upon request

It is also understood and agreed that it is the Employers obligation to make a written request of additional Collective Bargaining Agreement(s) in the event that the Company performs work in areas for which it has not already obtained a copy of the applicable Agreement.

[signature]
Employer

July 19, 2007
Date

7/14/2008
8:10:38AM

# EMPLOYER SUMMARY OUT OF BALANCE REPORT



| FUND NO | EMP CD | PERIOD END DT | POSTMARK DT | DEPOSIT DT | RATE | EMPLOYER TOTAL | CALCULATED TOTAL | DIFF |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT | CIRCRP | CONSTRUCTION INDUSTRY FUND OF ROCKFOF | | | | | | |
| EMPLOYER | 10205 | 0 | MACDONALD CONSTRUCTION SERVICES INC | | | | | |
| CIDU | 300 | 09/30/2007 | 01/04/2008 | 01/04/2008 | 1.000 | 281.00 | 252.96 | 28.04 |
| | | | **Date Totals** | | | **281.00** | **252.96** | **28.04** |
| CIDU | 300 | 10/31/2007 | 01/04/2008 | 01/04/2008 | 1.000 | 264.00 | 298.88 | -34.88 |
| | | | **Date Totals** | | | **264.00** | **298.88** | **-34.88** |
| CIDU | 300 | 11/30/2007 | 01/23/2008 | 01/23/2008 | 1.000 | 1,128.00 | 1,212.00 | -84.00 |
| | | | **Date Totals** | | | **1,128.00** | **1,212.00** | **-84.00** |
| | | | **Employer Totals** | | | **1,673.00** | **1,763.84** | **-90.84** |
| | | | **Grand Totals** | | | **1,673.00** | **1,763.84** | **-90.84** |

CHECK AMOUNT TOTALS ONLY

| EMPLOYER TOTAL | CALCULATED TOTAL | DIFFERENCE |
|---|---|---|

EXHIBIT B

CONSTRUCTION INDUSTRY FUND OF ROCKFORD
PO BOX 4507
ROCKFORD, IL 61110-4507

815-399-0800

MACDONALD CONSTRUCTION SERVICES INC
308 OAKLEAF ROAD
LAKE IN THE HILLS, IL 60156

Page 1 of 1

1/29/2008

10205

Your payroll submission(s) for the following were delinquent. You have been assessed a delinquent penalty as follows:

| ACCT | FUND | PAY PERIOD | PSTMRK DT | FUND AMT | % | PENALTY AMT | PD AMT | PD DT | WAIVE |
|---|---|---|---|---|---|---|---|---|---|
| CIRCRP | CIAN | 08/31/2007 | 11/19/2007 | $1,280.00 | 10.00 | $128.00 | | | |
| CIRCRP | CIDB | 08/31/2007 | 11/19/2007 | $80.00 | 10.00 | $8.00 | | | |
| CIRCRP | CIWFR | 08/31/2007 | 11/19/2007 | $944.00 | 10.00 | $94.40 | | | |
| CIRCRP | CIAN | 09/30/2007 | 01/04/2008 | $2,248.00 | 10.00 | $224.80 | | | |
| CIRCRP | CIDB | 09/30/2007 | 01/04/2008 | $140.50 | 10.00 | $14.05 | | | |
| CIRCRP | CIWFR | 09/30/2007 | 01/04/2008 | $1,657.90 | 10.00 | $165.79 | | | |
| CIRCRP | CIAN | 10/31/2007 | 01/04/2008 | $2,112.00 | 10.00 | $211.20 | | | |
| CIRCRP | CIDB | 10/31/2007 | 01/04/2008 | $132.00 | 10.00 | $13.20 | | | |
| CIRCRP | CIWFR | 10/31/2007 | 01/04/2008 | $1,557.60 | 10.00 | $155.76 | | | |
| CIRCRP | CIAN | 11/30/2007 | 01/23/2008 | $9,024.00 | 10.00 | $902.40 | | | |
| CIRCRP | CIDB | 11/30/2007 | 01/23/2008 | $564.00 | 10.00 | $56.40 | | | |
| CIRCRP | CIWFR | 11/30/2007 | 01/23/2008 | $6,655.20 | 10.00 | $665.52 | | | |
| | | | **Totals** | | | **$2,639.52** | **$0.00** | | |
| | | | **Total Due upon Receipt** | | | **$2,639.52** | | | |

Please remit penalty due under separate cover from any hours submissions. Please attach a copy of this letter with your remittance.
Thank you

EXHIBIT C

**RICHARD J. WOLF AND COMPANY, INC.**

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910

® 433

July 8, 2008

Board of Trustees of the Various
Fringe Benefit Funds of the
Construction Industry Funds

RE: MacDonald Construction Services Inc.

We have performed a fringe benefit contribution compliance audit of MacDonald Construction Services Inc., for the period from January 1, 2006 through March 31, 2008. The audit encompassed the comparison of individual earnings records to certain payroll tax and fund reports and a review of the general disbursement records.

The comparison and review indicate that the employer has not complied with its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| Welfare | $24,561.70 |
| Defined Benefits | 2,081.50 |
| Retirement | 33,304.00 |
| Advancement | 1,956.63 |
| Apprentice | 2,664.32 |
| Building Trades | 124.91 |
| Dues | 0.00 |
| Sub Total | $64,693.06 |
| 10% Liq. Damages | $ 5,994.72 |
| TOTAL | $70,687.78 |

In addition, the employer could not provide proof of a current wage and fringe benefit bond.

RICHARD J. WOLF AND COMPANY, INC.

EXHIBIT D

**CONSTRUCTION INDUSTRY FUNDS - GROUP #300 - CARPENTER #792 - COMMERCIAL**

**MACDONALD CONSTRUCTION SERVICES, INC. - #10205**

***YEAR: 2007***

***ADDITIONAL HOURS 1/07 - 12/07***

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLANKENHAGEN, WILLIAM [redacted] | # | Hours | - | - | - | - | - | - | - | 167.00 | 151.00 | 143.00 | - | 152.50 | 613.50 |
| [redacted] | # | Hours | - | - | - | - | - | - | - | 134.00 | 130.50 | 87.00 | - | 96.00 | 447.50 |
| CHANDLER, RALPH [redacted] | # | Hours | - | - | - | - | - | - | - | 73.00 | 101.00 | 64.00 | - | 142.00 | 380.00 |
| JOHNSON, JAKE [redacted] | # | Hours | - | - | - | - | - | - | - | 72.00 | 148.50 | 39.00 | - | 115.00 | 374.50 |
| GIARBE, SHANE [redacted] | # | Hours | - | - | - | - | - | - | - | 98.00 | 140.50 | 177.00 | - | 134.00 | 549.50 |
| RAHN, JAKE [redacted] | # | Hours | - | - | - | - | - | - | - | 22.00 | 55.00 | 64.00 | 0.50 | 132.00 | 273.50 |
| BEAVER, JAMES [redacted] | # | Hours | - | - | - | - | - | - | - | - | - | 24.00 | - | 112.50 | 136.50 |
| DAEHLER, RICKEY [redacted] | # | Hours | - | - | - | - | - | - | - | 20.00 | - | - | - | 122.00 | 142.00 |
| **TOTAL HOURS** | | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **586.00** | **726.50** | **598.00** | **0.50** | **1,006.00** | **2,917.00** |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $3,457.40 | $ 4,286.35 | $ 3,528.20 | $ 2.95 | $ 5,935.40 | $ 17,210.30 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 293.00 | $ 363.25 | $ 299.00 | $ 0.25 | $ 503.00 | $ 1,458.50 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $4,688.00 | $ 5,812.00 | $ 4,784.00 | $ 4.00 | $ 8,048.00 | $ 23,336.00 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 275.42 | $ 341.46 | $ 281.06 | $ 0.24 | $ 472.82 | $ 1,371.00 |
| APPRENTICE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 375.04 | $ 464.96 | $ 382.72 | $ 0.32 | $ 643.84 | $ 1,866.88 |
| BUILDING TRADES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 17.58 | $ 21.80 | $ 17.94 | $ 0.02 | $ 30.18 | $ 87.52 |
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$9,106.44** | **$ 11,289.82** | **$ 9,292.92** | **$ 7.78** | **$ 15,633.24** | **$ 45,330.20** |

| Rates: | 6/1/07 | to | 5/31/08 |
|---|---|---|---|
| WELFARE | 5.90 | APPRENTICE | 0.64 |
| DEFINED BENE | 0.50 | BLDG. TRADES | 0.03 |
| RETIREMENT | 8.00 | DUES | |
| ADVANCEMEN | 0.47 | DUES 2 | |

**CONSTRUCTION INDUSTRY FUNDS - GROUP #300 - CARPENTER #792 - COMMERCIAL**

**MACDONALD CONSTRUCTION SERVICES, INC. - #10205**

***YEAR: 2008***

***ADDITIONAL HOURS 1/08 - 12/08***

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEAVER, JAMES | # | Hours | 64.00 | - | - | - | - | - | - | - | - | - | - | - | 64.00 |
| BLANKENHAGEN, WILLIAM | # | Hours | 152.00 | - | - | - | - | - | - | - | - | - | - | - | 152.00 |
| CHANDLER, RALPH | # | Hours | 49.00 | - | - | - | - | - | - | - | - | - | - | - | 49.00 |
| DAEHLER, RICKEY | # | Hours | 64.00 | - | - | - | - | - | - | - | - | - | - | - | 64.00 |
| GIARBE, SHANE | # | Hours | 64.00 | - | - | - | - | - | - | - | - | - | - | - | 64.00 |
| JOHNSON, JAKE | # | Hours | 163.00 | 68.50 | - | - | - | - | - | - | - | - | - | - | 231.50 |
| RAHN, JAKE | # | Hours | 63.50 | - | - | - | - | - | - | - | - | - | - | - | 63.50 |
| WEBER, MARK | # | Hours | 158.50 | 54.00 | - | - | - | - | - | - | - | - | - | - | 212.50 |
| **TOTAL HOURS** | | | **778.00** | **122.50** | - | - | - | - | - | - | - | - | - | - | **900.50** |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 4,590.20 | $ 722.75 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,312.95 |
| DEFINED BENEFIT | $ 389.00 | $ 61.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 450.25 |
| RETIREMENT | $ 6,224.00 | $ 980.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,204.00 |
| ADVANCEMENT | $ 365.66 | $ 57.58 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 423.24 |
| APPRENTICE | $ 497.92 | $ 78.40 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 576.32 |
| BUILDING TRADES | $ 23.34 | $ 3.68 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 27.02 |
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL** | **$ 12,090.12** | **$ 1,903.66** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 13,993.78** |

| Rates: | 6/1/07 | to | 5/31/08 |
|---|---|---|---|
| WELFARE | 5.90 | APPRENTICE | 0.64 |
| DEFINED BENEFIT | 0.50 | BLDG. TRADES | 0.03 |
| RETIREMENT | 8.00 | DUES | |
| ADVANCEMENT | 0.47 | DUES 2 | |

CONSTRUCTION INDUSTRY FUNDS - GROUP #300 - CARPENTER #792 - COMMERCIAL

MACDONALD CONSTRUCTION SERVICES, INC. - #10205

***YEAR: 2007***

***UNREPORTED HOURS 1/07 to 12/07***

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EDWARDS, JAMES 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 | # | Hours | - | - | - | - | - | - | - | - | 77.00 | - | - | 41.50 | 118.50 |
| RIZLERIS, MIKE 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 | # | Hours | - | - | - | - | - | - | - | - | - | - | - | 53.50 | 53.50 |
| SCHIFFERER, KEN 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 | # | Hours | - | - | - | - | - | - | - | - | - | - | - | 53.50 | 53.50 |
| SINGER, DAN 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 | # | Hours | - | - | - | - | - | - | - | - | 48.00 | - | - | - | 48.00 |
| **TOTAL HOURS** | | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **125.00** | **-** | **-** | **148.50** | **273.50** |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 737.50 | $ - | $ - | $ 876.15 | $1,613.65 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 62.50 | $ - | $ - | $ 74.25 | $ 136.75 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,000.00 | $ - | $ - | $ 1,188.00 | $2,188.00 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 58.75 | $ - | $ - | $ 69.80 | $ 128.55 |
| APPRENTICE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 80.00 | $ - | $ - | $ 95.04 | $ 175.04 |
| BUILDING TRADES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3.75 | $ - | $ - | $ 4.46 | $ 8.21 |
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 1,942.50** | **$ -** | **$ -** | **$ 2,307.70** | **$4,250.20** |

| Rates: | 6/1/07 | to | 5/31/08 |
|---|---|---|---|
| WELFARE | 5.90 | APPRENTICE | 0.64 |
| DEFINED BENE | 0.50 | BLDG. TRADES | 0.03 |
| RETIREMENT | 8.00 | DUES | |
| ADVANCEMEN | 0.47 | DUES 2 | |

**CONSTRUCTION INDUSTRY FUNDS - GROUP #300 - CARPENTER #792 - COMMERCIAL**

**MACDONALD CONSTRUCTION SERVICES, INC. - #10205**

***YEAR: 2008***

***UNREPORTED HOURS 1/08 to 12/08***

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EDWARDS, JAMES 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 | # | Hours | 64.00 | - | - | - | - | - | - | - | - | - | - | - | 64.00 |
| SCHIFFERER, KEN 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 | # | Hours | 8.00 | - | - | - | - | - | - | - | - | - | - | - | 8.00 |
| **TOTAL HOURS** | | | **72.00** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **72.00** |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 424.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 424.80 |
| DEFINED BENEFIT | $ 36.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 36.00 |
| RETIREMENT | $ 576.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 576.00 |
| ADVANCEMENT | $ 33.84 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 33.84 |
| APPRENTICE | $ 46.08 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 46.08 |
| BUILDING TRADES | $ 2.16 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.16 |
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL** | **$ 1,118.88** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 1,118.88** |

| Rates: | 6/1/07 | to | 5/31/08 |
|---|---|---|---|
| WELFARE | 5.90 | APPRENTICE | 0.64 |
| DEFINED BENEFIT | 0.50 | BLDG. TRADES | 0.03 |
| RETIREMENT | 8.00 | DUES | |
| ADVANCEMENT | 0.47 | DUES 2 | |

CONSTRUCTION INDUSTRY FUNDS - GROUP #300 - CARPENTER #792 - COMMERCIAL

MACDONALD CONSTRUCTION SERVICES, INC. - #10205

RICHARD J. WOLF AND COMPANY, INC.

SUMMARY REPORT TOTAL

| | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| **WELFARE** | $ 22,523.25 | $ 2,038.45 | $ 24,561.70 |
| **DEFINED BENEFIT** | $ 1,908.75 | $ 172.75 | $ 2,081.50 |
| **RETIREMENT** | $ 30,540.00 | $ 2,764.00 | $ 33,304.00 |
| **ADVANCEMENT** | $ 1,794.24 | $ 162.39 | $ 1,956.63 |
| **APPRENTICE** | $ 2,443.20 | $ 221.12 | $ 2,664.32 |
| **BUILDING TRADES** | $ 114.54 | $ 10.37 | $ 124.91 |
| **DUES** | $ - | $ - | $ - |
| **TOTAL** | $ 59,323.98 | $ 5,369.08 | $ 64,693.06 |

CONSTRUCTION INDUSTRY FUNDS - GROUP #300 - CARPENTER #792 - COMMERCIAL

MACDONALD CONSTRUCTION SERVICES, INC. - #10205

RICHARD J. WOLF AND COMPANY, INC.

** GRAND TOTAL **

| | | |
|---|---|---|
| **WELFARE** | $ | 24,561.70 |
| **DEFINED BENEFIT** | $ | 2,081.50 |
| **RETIREMENT** | $ | 33,304.00 |
| **ADVANCEMENT** | $ | 1,956.63 |
| **APPRENTICE** | $ | 2,664.32 |
| **BUILDING TRADES** | $ | 124.91 |
| **DUES** | $ | - |
| **TOTAL** | $ | 64,693.06 |