**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| The Construction Industry Welfare Fund of Rockford, Illinois; The Construction Industry Retirement Fund of Rockford, Illinois v. MacDonald Construction Services, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Construction Industry Welfare Fund of Rockford, Illinois; The Construction Industry Retirement Fund of Rockford, Illinois

| NAME (Type or print) |
|---|
| Idala H. Strouse |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Idala Strouse |

| FIRM |
|---|
| Marc M. Pekay, P.C. |

| STREET ADDRESS |
|---|
| 30 N. LaSalle St., Ste. 2426 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL   60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06257845 | (312) 606-0980 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐