IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DRIVELINE SYSTEMS, LLC,<br>an Illinois limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>ARCTIC CAT, INC.,<br>a Minnesota corporation,<br><br>        Defendant. | NO.<br><br>**NOTICE OF REMOVAL** |

      Defendant, ARCTIC CAT INC., a Minnesota corporation (hereinafter referred to as "ARCTIC CAT"), by its attorneys, WILLIAMSMCCARTHY LLP, hereby files its Notice of Removal in the above-entitled civil action to the United States District Court for the Northern District of Illinois, Western Division, pursuant to the provisions of 28 U.S.C., §1441, et seq. on the basis of the following facts that show the case to be properly removable:

      1.    That on or about June 20, 2008, the plaintiff DRIVELINE SYSTEMS, LLC, an Illinois limited liability company (hereinafter referred to as "DRIVELINE") commenced this action in the Circuit Court of the 17th Judicial Circuit in and for Winnebago County, Illinois, under Cause No. 2008- L-234. A copy of said Summons and Complaint with exhibits is attached hereto as Exhibit A.

      2.    That on June 26, 2008, ARCTIC CAT was served with Summons and Complaint and, thus, the time within which ARCTIC CAT is required by 28 U.S.C., §1446(b), to file this Notice of Removal has not yet expired.

-2-

3. DRIVELINE alleges in paragraph 1 that:

"Driveline is an Illinois limited liability company which maintains its principal place of business at 6421 Material Avenue, Loves Park, Illinois, 61111."

4. DRIVELINE alleges in paragraph 2 that:

"Arctic Cat is a Minnesota corporation which maintains a place of business at 600 Brooks Avenue, South, Thief River Falls, Minnesota, 56701."

5. In its prayer for relief in Count I, DRIVELINE seeks judgment in an amount of $182,234.05, and in Count II in an amount of $3,949,496.47.

6. Accordingly, pursuant to 28 U.S.C., §1332(a), there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

7. ARCTIC CAT respectfully submits that all of the elements of removal based on diversity jurisdiction have been met.

8. This Notice of Removal is accompanied by a Civil Cover Sheet and a payment in the amount of $350.00 as the requisite filing fee.

ARCTIC CAT INC., a Minnesota corporation,
Defendant
By WILLIAMSMCCARTHY LLP

By: _____
John J. Holevas

-3-

STATE OF ILLINOIS )
) SS.
COUNTY OF WINNEBAGO )

      John J. Holevas, being first duly sworn, states that he is an Attorney at Law duly licensed to practice in the State of Illinois, and admitted to practice before the United States District Court for the Northern District of Illinois, Western Division; that he is a Partner with the firm of WILLIAMSMCCARTHY LLP, attorneys for defendant; that he is one of the attorneys charged with the defense of the above cause; that he is the duly authorized agent of defendant to file the foregoing Notice of Removal; and that he has knowledge of the facts set forth in said Notice of Removal, and that the same are true and correct to the best of his knowledge and belief.

                                                                        John J. Holevas

Subscribed and sworn to before
me on July 25, 2008.

_____
Notary Public

"OFFICIAL SEAL"
DIANE K. GRIFFEY
Notary Public, State of Illinois
My Commission Expires 06/06/2011

## CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on July 25, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Mail the document to:

Attorney Brad Koch<br>
Holmstrom & Kennedy<br>
800 N. Church Street<br>
Rockford, IL  61103

John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL  61105-0219
815-987-8900