IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DRIVELINE SYSTEMS, LLC,<br>an Illinois limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>ARCTIC CAT, INC.,<br>a Minnesota corporation,<br><br>    Defendant. | NO.<br><br>Judge Frederick J. Kapala<br><br>Magistrate Judge P. Michael Mahoney |

**DISCLOSURE STATEMENT**

The undersigned, counsel of record for defendant, ARCTIC CAT INC., a Minnesota corporation, furnishes the following disclosure in compliance with General L.R. 3.2:

a. Arctic Cat Inc. is a Minnesota corporation.

Dated this 25th day of July, 2008.

        ARCTIC CAT INC., a Minnesota corporation,
        Defendant
        By WILLIAMSMCCARTHY LLP


        By: _____/s/ John J. Holevas_____

-2-

## CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on July 25, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Mail the document to:

>Attorney Brad Koch
>Holmstrom & Kennedy
>800 N. Church Street
>Rockford, IL  61103


/s/ John J. Holevas

John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL  61105-0219
815-987-8900