IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DRIVELINE SYSTEMS, LLC,<br>an Illinois limited liability company, | ) | NO. |
| | ) | |
| Plaintiff, | ) | In the Circuit Court of the 17th |
| | ) | Judicial Circuit, Winnebago County, |
| vs. | ) | Illinois, Cause No. 2008-L-234 |
| | ) | |
| ARCTIC CAT, INC.,<br>a Minnesota corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:    Attorney Brad Koch              Thomas A. Klein
         Holmstrom & Kennedy        Winnebago County Circuit Clerk
         800 N. Church Street          Winnebago County Courthouse
         Rockford, IL  61103           400 West State Street
                                      Rockford, IL  61101

You are hereby notified that ARCTIC CAT INC., a Minnesota corporation, defendant in the above-entitled cause, filed its verified Notice of Removal of the case of *"Driveline Systems, LLC v. Arctic Cat, Inc."*, which case was recently pending in the Circuit Court of the 17th Judicial Circuit, Winnebago County, under Cause No. 2008-L-234, with the Clerk of the United State District Court for the Northern District of Illinois, Western Division, a true and correct copy of which Notice of Removal is attached hereto and served upon you and that said Notice of Removal was filed on July 25, 2008.

                                ARCTIC CAT INC., a Minnesota corporation,
                                  Defendant
                                  By WILLIAMSMCCARTHY LLP

                                By: _____ /s/ John J. Holevas _____

<u>CERTIFICATE OF LAWYER</u>

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies

that on July y25, 2008, I electronically filed the foregoing document with the Clerk of the Court

using the CM/ECF system and I hereby certify that I have mailed by United States Mail the

document to:

Attorney Brad Koch
Holmstrom & Kennedy
800 N. Church Street
Rockford, IL  61103

Thomas A. Klein
Winnebago County Circuit Clerk
Winnebago County Courthouse
400 West State Street
Rockford, IL  61101


_____/s/ John J. Holevas_____


John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL  61105-0219
815-987-8900