IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT OSBORNE and MARINA BAY TRANSPORTATION, L.L.C., an Illinois limited liability company, | ) ) ) ) | NO. |
| Plaintiff, | ) ) ) | **NOTICE OF REMOVAL** |
| vs. | ) ) | |
| C.H. ROBINSON COMPANY, a Minnesota corporation, | ) ) ) ) | |
| Defendant. | ) | |

Defendant, C.H. ROBINSON COMPANY, a Minnesota corporation (hereinafter referred to as "C.H. ROBINSON"), by its attorneys, John J. Holevas, Esq. and Marc C. Gravino, Esq. of WILLIAMSMCCARTHY LLP, hereby files its Notice of Removal in the above-entitled civil action to the United States District Court for the Northern District of Illinois, Western Division, pursuant to the provisions of 28 U.S.C., §1332(a) and 28 U.S.C., §1441, *et seq.* on the basis of the following facts that show the case to be properly removable:

1. That on or about June 27, 2008, the plaintiffs ROBERT OSBORNE and MARINA BAY TRANSPORTATION, L.L.C., an Illinois limited liability company, (hereinafter referred to as "Plaintiffs") commenced this action in the Circuit Court of the 17th Judicial Circuit in and for Winnebago County, Illinois, under Cause No. 2008- L-242. A copy of said Summons and Complaint with exhibits is attached hereto as Exhibit A.

2. That on July 9, 2008, C.H. ROBINSON was served with Summons and Complaint and, thus, the time within which C.H. ROBINSON is required by 28 U.S.C., §1446(b) to file this Notice of Removal has not yet expired.

3. Plaintiffs allege in paragraph 1 of their Complaint that:

"At all times relevant hereto, Robert Osborne was an individual residing in Winnebago County, Illinois (hereinafter "Osborne") and Marina Bay Transportation, LLC (hereinafter (Marina Bay") was a limited liability company organized under the laws of the State of Illinois with its principal place of business located in Winnebago County, Illinois. Robert Osborne is the sole member of Marina Bay."

4. As evidenced by the attached Declaration of Ben G. Campbell, Assistant General Counsel for C.H. ROBINSON, C.H. ROBINSON COMPANY is a Minnesota corporation with its principal place of business being located in Eden Prairie, Minnesota. See declaration of Ben G. Campbell, attached hereto as Exhibit B. As such, C.H. ROBINSON COMPANY is a citizen of Minnesota for purposes of diversity jurisdiction pursuant to 28 U.S.C. §1332.

5. Plaintiff ROBERT OSBORNE, by the allegations of paragraph 1 of the Complaint, and on information and belief, is a citizen of the State of Illinois.

6. Plaintiff MARINA BAY TRANSPORTATION, LLC, by the allegations of paragraph 1 of the Complaint, is an Illinois limited liability company with a sole member, ROBERT OSBORNE, who is on information and belief a citizen of the State of Illinois. Under applicable law, the citizenship of the members of an LLC is the relevant citizenship for purposes of diversity jurisdiction. *Hicklin, L.C. v. Bartell*, 439 F.3d 346, 347 (7th Cir. 2006); *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998).

7. That in plaintiffs' prayer for relief in both Counts I and II, damages in the amount of $1,700,000.00 are being sought.

8. Accordingly, pursuant to 28 U.S.C., §1332(a), there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

9. C.H. ROBINSON respectfully submits that all the elements of removal jurisdiction based on diversity jurisdiction have been met by this Notice of Removal.

-3-

10.     This Notice of Removal is accompanied by a Civil Cover Sheet and a payment in the amount of $350.00 as the requisite filing fee.

                                C.H. ROBINSON COMPANY,
                                a Minnesota corporation, Defendant
                                By WILLIAMSMCCARTHY LLP

                                By: _____
                                            John J. Holevas

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF WINNEBAGO | ) |

John J. Holevas, being first duly sworn, states that he is an Attorney at Law duly licensed to practice in the State of Illinois, and admitted to practice before the United States District Court for the Northern District of Illinois, Western Division; that he is a Partner with the firm of WILLIAMSMCCARTHY LLP, attorneys for defendant; that he is one of the attorneys charged with the defense of the above cause; that he is the duly authorized agent of defendant to file the foregoing Notice of Removal; and that he has knowledge of the facts set forth in said Notice of Removal, and that the same are true and correct to the best of his knowledge and belief.

                                                        _____
                                                              John J. Holevas

Subscribed and sworn to before
me on August 6, 2008.

_____
Notary Public

"OFFICIAL SEAL"
DIANE K. GRIFFEY
Notary Public, State of Illinois
My Commission Expires 06/06/2011

## CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on August 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Mail the document to:

>Attorney Thomas G. Ruud
>Thomas G. Ruud & Associates
>216 North Court Street
>Rockford, IL  61103

>/s/ John J. Holevas

John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL  61105-0219
815-987-8900