IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT OSBORNE and MARINA BAY TRANSPORTATION, L.L.C., an Illinois limited liability company, | ) ) ) ) | NO. |
| Plaintiff, | ) ) ) | **DECLARATION OF BEN G. CAMPBELL** |
| vs. | ) ) | |
| C.H. ROBINSON COMPANY, a Minnesota corporation, | ) ) ) | |
| Defendant. | ) | |

STATE OF MINNESOTA      )
                        ) SS.
COUNTY OF HENNEPIN      )

BEN G. CAMPBELL, being first duly sworn under oath, deposes and states as follows:

1. I am an adult citizen of the State of Minnesota, and fully competent to testify to the facts set forth below.

2. That I am an attorney licensed to practice law in the State of Minnesota and presently serve as Assistant General Counsel for C.H. Robinson Worldwide, Inc.

3. That I have read the Complaint in the matter of *"Robert Osborne and Marina Bay Transportation, L.L.C., an Illinois limited liability company, vs. C.H. Robinson Company, a Minnesota corporation"*, Cause No. 2008 L 242, presently pending in the Circuit Court of the 17th Judicial Circuit, Winnebago County, Illinois.

4. That C.H. Robinson Company is a Minnesota corporation with its principal place of business located in Eden Prairie, Minnesota.

5. Further affiant sayeth naught.


Ben G. Campbell

Before me this date came Ben G. Campbell who acknowledged that he signed the foregoing Declaration based upon his own personal knowledge and the facts contained therein are true and correct.

Dated this 29 day of July, 2008.

JANE RIEF
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

_____
Notary Public

Prepared by:
John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815-987-8900

Attorneys for C.H. Robinson Company