IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT OSBORNE and MARINA BAY TRANSPORTATION, L.L.C., an Illinois limited liability company, | ) ) ) ) | NO. |
| Plaintiff, | ) ) | Judge Frederick J. Kapala |
| vs. | ) ) ) | Magistrate Judge P. Michael Mahoney |
| C.H. ROBINSON COMPANY, a Minnesota corporation, | ) ) ) ) | |
| Defendant. | ) | |

**DISCLOSURE STATEMENT**

The undersigned, counsel of record for defendant, C.H. ROBINSON COMPANY, a Minnesota corporation, furnishes the following disclosure in compliance with General L.R. 3.2:

    a.    C.H. Robinson Company is a Minnesota corporation whose parent company is C.H. Robinson Worldwide, Inc.

Dated this 6th day of August, 2008.

                                            C.H. ROBINSON COMPANY,
                                            a Minnesota corporation, Defendant
                                            By WILLIAMSMCCARTHY LLP

                                            By: _____/s/ John J. Holevas_____

-2-

## CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on August 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Mail the document to:

                Attorney Thomas G. Ruud
                Thomas G. Ruud & Associates
                216 North Court Street
                Rockford, IL  61103

                                                    /s/ John J. Holevas

John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL  61105-0219
815-987-8900