IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT OSBORNE and MARINA BAY TRANSPORTATION, L.L.C., an Illinois limited liability company, | ) ) ) | NO. |
| | ) | |
| Plaintiff, | ) ) | In the Circuit Court of the 17th Judicial Circuit, Winnebago County, Illinois, Cause No. 2008-L-242 |
| vs. | ) ) | |
| C.H. ROBINSON COMPANY, a Minnesota corporation, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:     Attorney Thomas G. Ruud
        Thomas G. Ruud & Associates
        216 North Court Street
        Rockford, IL 61103

        Thomas A. Klein
        Winnebago County Circuit Clerk
        Winnebago County Courthouse
        400 West State Street
        Rockford, IL 61101

You are hereby notified that C.H. ROBINSON COMPANY, a Minnesota corporation, defendant in the above-entitled cause, filed its verified Notice of Removal of the case of *"Robert Osborne and Marina Bay Transportation, L.L.C. v. C.H. Robinson Company"*, which case was recently pending in the Circuit Court of the 17th Judicial Circuit, Winnebago County, under Cause No. 2008-L-242, with the Clerk of the United State District Court for the Northern District of Illinois, Western Division, a true and correct copy of which Notice of Removal is attached hereto and served upon you and that said Notice of Removal was filed on August 6, 2008.

C.H. ROBINSON COMPANY,
a Minnesota corporation, Defendant
By WILLIAMSMCCARTHY LLP

By: _____/s/ John J. Holevas_____

CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies

that on August 6, 2008, I electronically filed the foregoing document with the Clerk of the Court

using the CM/ECF system and I hereby certify that I have mailed by United States Mail the

document to:

Attorney Thomas G. Ruud
Thomas G. Ruud & Associates
216 North Court Street
Rockford, IL 61103

Thomas A. Klein
Winnebago County Circuit Clerk
Winnebago County Courthouse
400 West State Street
Rockford, IL 61101

_____/s/ John J. Holevas_____

John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815-987-8900