UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,

    Plaintiffs,

vs.

VERONICA HOBSON, an individual,

    Defendant.

No.:

## CERTIFICATE OF INTEREST

Pursuant to Local Rule 3.2, Plaintiffs identify below their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

1. COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,

2. COLUMBIA PICTURES INDUSTRIES, INC. is an indirectly wholly owned subsidiary of Sony Pictures Entertainment Inc. Sony Pictures Entertainment Inc. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

3. TWENTIETH CENTURY FOX FILM CORPORATION is a wholly owned subsidiary of Fox Entertainment Group, Inc., a publicly traded U.S. corporation.

**[Signature Page Follows]**

|  |  |
|---|---|
|  | COLUMBIA PICTURES INDUSTRIES, INC., and TWENTIETH CENTURY FOX FILM CORPORATION |
| DATED: August 6, 2008 | By: /s/ Sharon A. Ceresnie<br>Douglas N. Masters<br>Sharon A. Ceresnie<br>LOEB & LOEB LLP<br>321 North Clark Street<br>Chicago, IL 60654<br>Phone: (312) 464-3100<br>Fax:    (312) 464-3111<br>dmasters@loeb.com<br>sceresnie@loeb.com |