**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Martinez v. Correct Care Solutions, et al., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Leopoldo Martinez

| | |
|---|---|
| **NAME** (Type or print) | |
| Daniel P. Kiss | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Daniel P. Kiss | |
| **FIRM** | |
| Law Office of Lawrence V. Jackowiak | |
| **STREET ADDRESS**  20 North Clark Street, Suite 1700 | |
| **CITY/STATE/ZIP** | |
| Chicago, Illinois 60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)  6256211 | **TELEPHONE NUMBER**  312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |