## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| The Construction Industry Welfare Fund of Rockford, Illinois<br>v.<br>Charles Jeffrey Estes | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Construction Industry Welfare Fund of Rockford, Illinois

| | |
|---|---|
| NAME (Type or print)<br>Marc M. Pekay | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/   *Marc M. Pekay* | |
| FIRM<br>Marc M. Pekay, P.C. | |
| STREET ADDRESS<br>30 N. LaSalle St., Ste. 2426 | |
| CITY/STATE/ZIP<br>Chicago, IL   60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02167131 | TELEPHONE NUMBER<br>(312) 606-0980 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐