# EXHIBIT A

```
Road Ranger
Store #109

Invoice # 0000000
Date       08/16/08
Time       02:19PM
Auth #     172422

DEBIT Acct #
XXXXXXXXXXXX6579
Exp. Date  REDACTED
BART J BECKER

Pump   Gallons   Price
 04     7.283   $3.899

Product          Amount
 UNLEADED        $28.40

Total Sale       $28.40

We appreciate
Your business!
```

+$17.00 McDowds
8-16-08