| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | ☐ IDHR<br><br>☒ EEOC | 440-2007-07955 |

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.) | | HOME TELEPHONE (include area code) |
|---|---|---|
| Mr. Eddie Burnell, Jr. | | 815-877-4256 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 4603 Metcor Ct. | Machesney Park, IL 61115-2249 | 04 /17/ 1957 |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)**

| NAME | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code) |
|---|---|---|
| The Gates Corporation | 15+ | 815-381-6200 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 999 Sandy Hollow Road | Rockford, IL 61109 | Winnebago |

| NAME | TELEPHONE (include area code) |
|---|---|

RECEIVED EEOC

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

SEP 1 7

CHICAGO DISTRICT OFFICE

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION |
|---|---|
| Race, opposition to discrimination (See particulars below). | EARLIEST (ADEA/EPA) LATEST (ALL)<br>/ /    12/20/2006<br>☒ CONTINUING ACTION |

**THE PARTICULARS ARE (if additional space is needed attach extra sheets)**

I was employed by The Gates Rubber Company ("Gates"), beginning June 17, 1991. I worked in various positions, including most recently as a Toolmaker. I performed my job in a way that satisfied Gates' legitimate expectations. I was discharged by Gates on December 20, 2006, and discriminated against during my employment, on the basis of my race, African-American. Gates subjected me and other African-American employees to different terms and conditions of employment because of our race, and discharged me and other African-American employees because of our race. For example, Gates' stated reason for terminating me was that I refused to sign a document that required me to admit a violation or face termination, after I did not turn down a tool because it was unsafe to do so. Employees who were not African-American were not terminated for refusing to sign documents or for not performing unsafe operations, and were treated more favorably than I was. I was replaced by an employee who was not African-American.

[See attached extra sheet].

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS |
|---|---|
| | *Ninette M Cooney* 9/10/07<br>NOTARY SIGNATURE   MONTH DATE-YEAR |
| *Eddie Burnell Jr.* | X *Eddie Burnell Jr.* 9-10-07<br>SIGNATURE OF COMPLAINANT    DATE |
| **OFFICIAL SEAL**<br>NINETTE M COONEY<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:11/10/08<br>NOTARY SEAL | I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief . |

FORM 5 (5/05)

# EXHIBIT A

Extra sheet, Charge of Discrimination of Eddie Burnell, Jr.

Gates discriminated against me and other African-American employees on the basis of our race concerning pay, promotions and training compared to employees who were not African-American. Gates also limited, segregated and classified me and other African-American employees on the basis of our race in ways that deprived or tended to deprive us of employment opportunities or adversely affect our status as an employees. For example, only African-American employees trained other African-American employees, and only white employees trained other white employees. Senior white Gates employees would not train African-American employees, or would provide only minimal training to them. Gates also segregated employees in departments by race.

I also opposed unlawful employment practices by Gates, including discrimination on the basis of race. I performed my job in a way that satisfied Gates' legitimate expectations. I was discharged by Gates on December 20, 2006, and discriminated against during my employment, because I opposed unlawful employment practices, including discrimination on the basis of race. Gates subjected me to different terms and conditions of employment because I opposed unlawful employment practices, and discharged me because of that opposition. For example, Gates discharged me shortly after I complained about being singled out for discipline, and accused me of "playing the race card." Similarly situated employees who did not oppose unlawful employment practices were not discharged, and were treated more favorably than I was. I was replaced by an employee who had not opposed unlawful employment practices.