**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:
EDDIE BURNELL, JR.
    v.
THE GATES RUBBER COMPANY,
a foreign corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EDDIE BURNELL, JR. , Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> John Rearden, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John Rearden, Jr. | |
| FIRM <br> Oliver, Close, Worden, Winkler & Greenwald LLC | |
| STREET ADDRESS <br> 124 N. Water St., Suite 300 | |
| CITY/STATE/ZIP <br> Rockford, IL  61107 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6191721 | TELEPHONE NUMBER <br> (815) 968-7591 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x]    NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]    NO [x] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [x]    NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [x]    NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |