UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| EDDIE BURNELL, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. |
| v. | ) |
| | ) |
| THE GATES RUBBER COMPANY, | ) |
| a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

## JURY DEMAND

Plaintiff EDDIE BURNELL, JR., by his attorneys, PETER DeBRUYNE, P.C. and OLIVER, CLOSE, WORDEN, WINKLER & GREENWALD LLC, demands a trial by jury.

          EDDIE BURNELL, JR., Plaintiff

          By:   PETER DeBRUYNE. P.C.

          By:   OLIVER, CLOSE, WORDEN,
                  WINKLER & GREENWALD LLC

          By:_____s/John Rearden, Jr._____

Peter DeBruyne
Peter DeBruyne, P.C.
838 N. Main St.
Rockford, IL 61103

John Rearden, Jr.
Oliver, Close, Worden, Winkler & Greenwald LLC
124 N. Water St., Suite 300
P.O. Box 4749
Rockford, IL, 61110-4749
815/968-7591