# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                    Case Number:

The Construction Industry Retirement Fund of Rockford, Illinois
v.
Mattie Harris d/b/a Intrans, Inc. and Brian Hall d/b/a Industrial Transport, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Construction Industry Retirement Fund of Rockford, Illinois

| | |
|---|---|
| **NAME (Type or print)** <br> Idala H. Strouse | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> /s/ *[signature]* | |
| **FIRM** <br> Marc M. Pekay, P.C. | |
| **STREET ADDRESS** <br> 30 N. LaSalle St., Ste. 2426 | |
| **CITY/STATE/ZIP** <br> Chicago, IL  60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 06257845 | **TELEPHONE NUMBER** <br> (312) 606-0980 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |