**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of JERRY MATTHEWS                    Case Number:

v. GLENN BLAIR DUNAVANT and JACK COOPER TRANSPORT COMPANY, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

GLENN BLAIR DUNAVANT and JACK COOPER TRANSPORT COMPANY, INC.

| | |
|---|---|
| NAME (Type or print) Robert M. Burke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/Robert M. Burke | |
| FIRM   Johnson & Bell, Ltd. | |
| STREET ADDRESS   33 West Monroe Street – Suite 2700 | |
| CITY/STATE/ZIP   Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6187403 | TELEPHONE NUMBER   312/372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL            APPOINTED COUNSEL | |