IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JERRY MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. |
| ) | |
| GLENN BLAIR DUNAVANT and ) | Judge: |
| JACK COOPER TRANSPORT ) | |
| COMPANY, INC. ) | |
| ) | Magistrate: |
| Defendants. ) | |

## JURY DEMAND

Defendants, GLENN BLAIR DUNAVANT and JACK COOPER TRANSPORT COMPANY, INC. hereby demand a trial by jury.

DATED: September 3, 2008.

JOHNSON & BELL, LTD.

By:  /s/Robert M. Burke
Robert M. Burke, attorney for Defendants,
GLENN BLAIR DUNAVANT
And JACK COOPER TRANSPORT COMPANY, INC.

Robert M. Burke
JOHNSON & BELL, LTD.
Attorneys for Defendant
Suite 2700
33 West Monroe Street
Chicago, Illinois  60603
(312) 372-0770
Doc No. 1929395