IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| THREE RIVERS ALUMINUM COMPANY, d/b/a TRACO, | | |
| Plaintiff, | | Case No. |
| v. | | |
| | | Judge |
| TRI-STATE REMODELING, LTD., STATELINE SUNROOMS, INC., and INTERSTATE SUNROOM BUILDERS, INC., | | Magistrate |
| Defendants. | | Jury Demanded |

## COMPLAINT

Plaintiff, Three Rivers Aluminum Company d/b/a TRACO ("TRACO "), by and through its attorneys, Norton, Mancini, & Weiler, files the following Complaint, stating in support thereof the following:

## PARTIES

1. TRACO is a corporation organized and existing under the laws of the state of Pennsylvania, with a principal place of business located at 71 Progress Avenue, Cranberry Township, Pennsylvania 16066. TRACO is a citizen of Pennsylvania.

2. Tri-State Remodeling, LTD. ("Tri-State") is a corporation organized and existing under the laws of the state of Illinois, with a principal place of business located at 1643 N. Alpine Road, Rockford, Illinois, 61107. Tri-State is a citizen of Illinois.

3. Stateline Sunrooms, Inc. ("Stateline") is a corporation organized and existing under the laws of the state of Illinois, with a principal place of business located at 3600 E. State 326, Rockford, Illinois, 61108. Stateline is a citizen of Illinois.

#9998982 v1

2

4. Interstate Sunroom Builders, Inc. ("Interstate") is a corporation organized and existing under the laws of the state of Illinois, with a principal place of business located at 6850 N. Alpine Road, Loves Park, Illinois 61111. Interstate is a citizen of Illinois.

**JURISDICTION AND VENUE**

5. As a result of the complete diversity of citizenship of the parties to this action, and the satisfaction of the amount in controversy threshold, this Court has original subject matter jurisdiction over this action under 28 U.S.C. §1332(a).

6. Venue is proper in this Court under 28 U.S.C. §1391(a)(2) because a substantial part of the events or omissions giving rise to the claims occurred in Winnebago County, Illinois.

**FACTUAL BACKGROUND**

7. On or about January 8, 2007, Tri-State submitted a credit application to TRACO to purchase TRACO products to use in the construction of sunrooms.

8. In approximately February 2007, TRACO extended Tri-State a line of credit to purchase its products.

9. Tri-State agreed to abide by TRACO's terms and conditions regarding all purchases of TRACO products. See executed Terms and Discounts, attached hereto as Exhibit A.

10. Tri-State has not paid TRACO the balance owed on its line of credit since approximately August 2007.

11. Tri-State owes TRACO a total of $98,228.95. See Accounts Receivable Analysis, attached hereto as Exhibit B.

12. On information and belief, Kim Fahlbeck took control of Tri-State from Larry Bud Ballard in approximately January 2008.

13. On information and belief, Kim Fahlbeck changed Tri-State's name to Stateline and/or Interstate.

14. On information and belief, Tri-State, Interstate, and/or Stateline are alter egos of each other.

15. On information and belief, Tri-State and Stateline and/or Interstate are the same company operating under different names.

16. In the alternative, on information and belief, Tri-State merged into Stateline and/or Interstate.

17. On information and belief, the formation of Stateline and/or Interstate was done for the fraudulent purpose of escaping Tri-State's debts and liabilities.

18. On information and belief, Stateline and/or Interstate operates as a mere continuation of its legal predecessor Tri-State.

### COUNT I – Breach of Contract
Against all Defendants

19. TRACO incorporates and realleges Paragraphs 1- 17 as though set forth in full.

20. Tri-State purchased TRACO products from TRACO.

21. Tri-State agreed to abide by TRACO's terms and conditions regarding all purchases of TRACO products.  See Exhibit A.

22. Tri-State incurred a credit debt in the amount of $98,228.95 for purchases of TRACO products.

23. Tri-State breached its contractual obligation to TRACO by failing to pay TRACO the total amount of $98,228.95.  See Exhibit B.

24. As a result of Tri-State's breach of contract, TRACO has suffered damages in the amount of $98,228.95.

WHEREFORE, TRACO requests judgment in its favor and against Tri-State Remodeling, LTD., Stateline Sunrooms, Inc., and/or Interstate Sunroom Builders, Inc. in the amount of

3

#9998982 v1

$98,228.95, as well as for consequential and incidental damages, along with interest and any further relief the Court may deem appropriate.

### COUNT II – Successor Liability
Against Stateline Sunrooms, Inc. and Interstate Sunroom Builders, Inc.

25. TRACO incorporates and realleges Paragraphs 1- 23 as though set forth in full.

26. On information and belief, Tri-State merged into Stateline and/or Interstate.

27. On information and belief, the formation of Stateline and/or Interstate was done for the fraudulent purpose of escaping Tri-State's debts and liabilities.

28. On information and belief, Stateline and/or Interstate operates as a mere continuation of its legal predecessor Tri-State. Therefore, Stateline and/or Interstate is liable for all breaches of the contract between Tri-State and TRACO, as legal successor to Tri-State.

WHEREFORE, TRACO respectfully requests that this Court find Stateline Sunrooms, Inc., and/or Interstate Sunroom Builders, Inc. as legal successor to Tri-State Remodeling, Inc., liable to TRACO for the amount of $98,228.95, as well as for consequential and incidental damages, along with interest and any further relief the Court may deem appropriate.

Respectfully submitted,

/s/ Thomas R. Weiler
Thomas R. Weiler
NORTON, MANCINI, AND WEILER
111 W. Washington St., Suite 835
Chicago, IL 60602
(312) 807-4999, (312) 807-4998 (Fax)

and

Thomas J. Madigan
Jessica Beckett-McWalter
PEPPER HAMILTON, LLP
50th Floor
500 Grant Street
Pittsburgh, PA 15219-2502
(412) 454-5895, (412) 281-0717 (Fax)

#9998982 v1