# Exhibit A

## Chapter 3 Terms & Discounts



The undersigned acknowledges that TRACO's credit terms are 1% 10 days, net 30 days from date of Invoice, and that appropriate state sales tax will be charged unless the undersigned submits a proper and completed tax exemption form.

The undersigned agrees that all purchases shall be in accordance with and subject to TRACO's terms and conditions of sale as may be set forth in TRACO's sales orders, invoices, statements, and other documents from time to time, the terms of which are incorporated herein by reference as if fully set forth herein, and to pay all invoices in accordance with such terms and, further, to pay finance charges equal to the lesser of (i) 1 ½% per month (annual percentage rate of 18%), or such other rate as may be set by you from time to time, and (ii) the highest rate allowed by law, on all balances remaining unpaid thirty (30) days from the statement date.

In the event that TRACO places this account for collection, the undersigned shall be responsible for all costs of collection including, but not limited to, reasonable attorney's fees.

The undersigned authorizes TRACO, in connection with the establishment and maintenance of the credit worthiness and capacity of the undersigned, and to obtain credit information from third parties necessary for a determination thereof. The undersigned certifies that the statements on this application form and on any additional page or pages accompanying this form are true and correct, and that no material information (favorable or unfavorable) has been omitted. The undersigned has read the above and agrees to abide by the terms and conditions stated and those incorporated herein by reference should credit be extended to the undersigned. This application; shall remain the property of TRACO.

_Tri-State Remodeling_
**COMPANY NAME**

By _[signature]_ Pres.
**SIGNATURE & TITLE**

### ABSOLUTE GUARANTEE OF PAYMENT

For value received, and intending to be legally bound, the undersigned hereby (i) irrevocably, absolutely and unconditionally guarantees, and becomes surety to TRACO and its successors and assigns for, the prompt payment by _____ ("the Debtor"), as and when due and payable, of all amounts now or hereafter owning by the Debtor as a result of materials and suppliers sold to the Debtor by TRACO, whether for principal, interest, fees, expenses, or otherwise (the "Obligations"), and (ii) agrees to pay any and all reasonable expenses (including fees and expenses of counsel) incurred by TRACO in enforcing its rights under Guaranty. If the Debtor fails to make any payment in respect to Obligations as and when the same is due and payable, the undersigned hereby agrees that, promptly upon demand by TRACO, he will pay in full such portion of the Obligations as are then due and payable. This Guaranty shall be an agreement of suretyship as well as of guaranty and TRACO may proceed directly against the undersigned whenever any payment required is not made to TRACO, or whenever any such payment is rescinded or must otherwise be returned for nay reason, without being required to proceed first, or exhaust it's resources, against the Debtor or any other person or against any security for the Obligations.

The undersigned acknowledges that this Guaranty shall be binding on the undersigned, his heirs, personal representatives and assigns, and shall continue in full force and effect notwithstanding his death or release by agreement or by operation of law.

This Guaranty is a continuing guaranty and shall remain in full force and effect until satisfaction in full of the Obligations. The undersigned may terminate his obligations hereunder by delivering written notice thereof to TRACO by certified mail, return receipt requested. Any such notice shall be effective only with respect to obligations of the Debtor arising after receipt by TRACO of such notice.

Until such time as all of the Obligations and all expenses to be paid by the undersigned pursuant hereto have been paid in full, the undersigned hereby subordinate, both in right and time of payment, all present and future indebtedness of the Debtor to the undersigned to the Obligations.

The undersigned authorizes TRACO, in connection with the establishment and maintenance of the credit applied for, to investigate his credit worthiness and capacity and to obtain credit information from all parties necessary for a determination thereof.

The undersigned hereby irrevocably submits to the jurisdiction of the Court of Common Pleas of Butler County, Pennsylvania and to the jurisdiction of the United States District Court of Western district of Pennsylvania for the purposes of nay action or proceeding arising out of or relating to this Guaranty.

_____
**SIGNATURE**

_____        _____
**WITNESS**                                                          **DATE**