# Exhibit B

F R A C O   A THREE RIVERS ALUMINUM COMPANY
ACCOUNTS RECEIVABLE ANALYSIS AS OF : 11/30/2007
RESIDENTIAL ACCOUNTS

|   | ORDER | INV DATE |   | TOTAL | CURRENT | 31-60 | 61-90 | 91-120 | 121-150 | 151-OVER |
|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   | ANKENY |   |   |   |   | IA | 50021 | 82 SUNROOMS |
| R | 982154 | 11/29/07 | CHIA |   | $128.00 |   |   |   |   |   |
| Summary for SUNROOM ESCAPES- |   |   |   | $1,176.33 | $1,176.33 |   |   |   |   |   |
| 59755 | TRI-STATE.BIZ |   |   |   |   |   | ROCKFORD |   | IL | 611071464 | 82 SUNROOMS |
|   | ORDER $70,000 | INV DATE |   | TOTAL | CURRENT | 31-60 | 61-90 | 91-120 | 121-150 | 151-OVER |
| R | 977239 | 09/11/07 | SPASOS |   |   |   | $9,455.93 |   |   |   |
| R | 977241 | 09/11/07 | EASTON |   |   |   | $14,944.37 |   |   |   |
| R | 977300 | 09/11/07 (BAL) FINCH |   |   |   | $90.43 |   |   |   |
| R | 977550 | 09/11/07 | SWYER |   |   |   | $209.78 |   |   |   |
| R | 977801 | 09/18/07 | KLOSTER |   |   |   | $139.42 |   |   |   |
| R | 978141 | 09/27/07 | CARLSON 2 |   |   |   | $18,523.55 |   |   |   |
| R | 978248 | 09/27/07 | DWYER2 |   |   |   | $9,146.48 |   |   |   |
| R | 978470 | 10/02/07 | OLSEN |   |   | $533.30 |   |   |   |   |
| R | 978940 | 10/02/07 | PANEL |   |   | $578.07 |   |   |   |   |
| R | 979068 | 10/10/07 | GOURLEY |   |   | $18,003.81 |   |   |   |   |
| R | 979135 | 10/10/07 | PETTY |   |   | $10,008.88 |   |   |   |   |
| R | 980020 | 10/23/07 | BIRD |   |   | $12,688.76 |   |   |   |   |
| R | 980021 | 10/23/07 | HOWARD |   |   | $3,814.37 |   |   |   |   |
| R | 961808 | 11/20/07 | 796263 |   | $91.80 | $91.80 |   |   |   |   |
| Summary for TRI-STATE.BIZ |   |   |   | $98,228.95 |   | $45,627.19 | $52,509.96 |   |   |   |

815-997-5577