UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ST. MARYS CEMENT INC. (U.S.) and<br>ST. BARBARA CEMENT INC.<br><br>  Defendants. | )<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF FILING AND SERVICE

_____I certify that on August 8, 2008, the foregoing Application For Leave To Appear Pro Hac Vice of Pamela R. Lee was filed electronically. I also certify that on August 8, 2008, service of a true and correct copy of the foregoing Application For Leave To Appear Pro Hac Vice of Pamela R. Lee was made upon the following by prepaid first class U.S. Mail, by depositing the same with personnel in the Office of the U.S. Attorney mailroom:

>Fredrick J. Dindoffer
>Bodman LLP
>6th Floor At Ford Field
>1901 St. Antoine Street
>Detroit, Michigan 48226

August 8, 2008                           *s/ Monica Mallory*
                                         MONICA MALLORY
                                         Assistant United States Attorney
                                         308 West State Street, Suite 300
                                         Rockford, Illinois 61101
                                         (815) 987-4444 (Tel.)
                                         (815) 987-4236 (Fax)
                                         monica.mallory@usdoj.gov