UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | |
| ST. MARYS CEMENT INC. (U.S.) and ) | |
| ST. BARBARA CEMENT INC. ) | |
| ) | |
| Defendants. ) | |

NOTICE OF LODGING OF PROPOSED CONSENT DECREE

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), hereby notifies the Court that at the same time it is filing its Complaint in this action, it is lodging with the Court a proposed Consent Decree. The Consent Decree represents the agreement of the parties as to the manner in which the United States' claims in the Complaint, which is brought pursuant to Sections 113(b) and 167 of the Clean Air Act ("the Act"), 42 U.S.C. §§ 7413(b) and 7477, for injunctive relief and the assessment of civil penalties for violations of the Prevention of Significant Deterioration ("PSD") provisions of the Act, 42 U.S.C. §§ 7470-7492, and the PSD regulations incorporated into the federally approved and enforceable Illinois State Implementation Plan, will be settled in this case.

*At this time, the Court should not sign and enter the proposed Consent Decree.* Instead, the proposed Consent Decree should remain lodged with the Court while the United

States provides an opportunity for public comment in accordance with U.S. Department of Justice regulations codified at 28 C.F.R. § 50.7. The U.S. Department of Justice will publish in the Federal Register a notice that the proposed Consent Decree has been lodged with the Court. The notice will solicit public comment for a period of 30 days. During the comment period, no action is required of the Court. After the close of the comment period, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that the proposed settlement is inappropriate, inadequate or improper, and advise the Court whether the United States requests that the Consent Decree be entered.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/Pamela Lee/*

PAMELA R. LEE
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
(202) 305-2775 [Tel.]
(202) 616-6584 [Fax]
pamela.r.lee@usdoj.gov

PATRICK FITZGERALD
United States Attorney
Northern District of Illinois

*s/ Monica Mallory*
MONICA MALLORY
Assistant United States Attorney
308 West State Street, Suite 300
Rockford, Illinois 61101
(815) 987-4444 (Tel.)
(815) 987-4236 (Fax)
monica.mallory@usdoj.gov

OF COUNSEL

ANDREW C. HANSON
Attorney-Advisor
Air Enforcement Division
U.S. Environmental Protection Agency
Ariel Rios Building, MC 2242A
1200 Pennsylvania Ave. NW
Washington, DC 20460

TERENCE W. STANUCH
Associate Regional Counsel
Office of Regional Counsel (C-14J)
U.S. Environmental Protection Agency, Region 5
77 West Jackson Boulevard
Chicago, Illinois 60604-3590