UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | |
| ) | |
| ST. MARYS CEMENT INC. (U.S.) and ) | |
| ST. BARBARA CEMENT INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

CERTIFICATE OF FILING AND SERVICE

_____ I certify that on August 8, 2008, the foregoing United States' Notice of Lodging of Proposed Consent Decree, the proposed Consent Decree, and the United States' Complaint were filed electronically. I also certify that on August 8, 2008, service of a true and correct copy of the foregoing United States' Notice of Lodging of Proposed Consent Decree, the proposed Consent Decree, and the United States' Complaint was made upon the following by prepaid first class U.S. Mail, by depositing the same with personnel in the Office of the U.S. Attorney mailroom:

                Fredrick J. Dindoffer
                Bodman LLP
                6th Floor At Ford Field
                1901 St. Antoine Street
                Detroit, Michigan 48226

August 8, 2008                *s/ Monica Mallory*
                                  MONICA MALLORY
                                  Assistant United States Attorney
                                  308 West State Street, Suite 300
                                  Rockford, Illinois 61101
                                  (815) 987-4444 (Tel.)
                                  (815) 987-4236 (Fax)
                                  monica.mallory@usdoj.gov