P. 1

| TRANSMISSION REPORT | |
|---|---|

```
                                          (FRI) AUG  1 2008 18:42
                                          Daley Debofsky

User/Account    :                         DOCUMENT#      : 7500000-580
DESTINATION     : 914105942182            TIME STORED    : AUG  1 18:37
DEST.NUMBER     : 914105942182            TX START       : AUG  1 18:41
                                          DURATION       : 44sec
F-CODE          :                         COM. MODE      : ECM


PAGES           : 2page
RESULT          : OK
```

# DALEY, DE BOFSKY & BRYANT

---

### FACSIMILE TRANSMITTAL SHEET

---

| TO: | FROM: |
|---|---|
| **Branch 25** | Frederick J. Daley, Jr. |

| COMPANY: | DATE: |
|---|---|
| **Appeals Council, SSA** | August 1, 2008 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| (410) 594-2182 | 2 |

| PHONE NUMBER: | |
|---|---|

| RE: | CC: |
|---|---|

STACEY BLACKMON

---

☐ URGENT    **X** FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

Please find enclosed:

## CLAIMANT'S REQUEST FOR AN EXTENSION OF TIME TO FILE A CIVIL ACTION

Please see that the appropriate person receives this fax upon receipt.

# DALEY, DE BOFSKY & BRYANT

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| **Branch 25** | Frederick J. Daley, Jr. |

| COMPANY: | DATE: |
|---|---|
| **Appeals Council, SSA** | August 1, 2008 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| **(410) 594-2182** | 2 |

| PHONE NUMBER: | |
|---|---|

| RE: | CC: |
|---|---|
| STACEY BLACKMON | |

☐ URGENT    **X** FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please find enclosed:

**CLAIMANT'S REQUEST FOR AN EXTENSION OF TIME TO FILE A CIVIL ACTION**

Please see that the appropriate person receives this fax upon receipt.

Thank you for your prompt attention to this matter.

This communication may contain privileged and confidential information. It is intended only for the use of the recipient named above. If you are not the intended recipient of this communication, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by collect telephone call and return the original message to us at the address above via United States Postal Service.

55 W. MONROE ST., SUITE 2440
CHICAGO, ILLINOIS 60603
(312) 372-5200
FAX (312) 372-2778

| | |
|---|---|
| LAW OFFICES<br><br>**Daley, DeBofsky & Bryant** | 55 W. Monroe St.<br>Suite 2440<br><br>Chicago, Illinois 60603<br><br>VOICE (312) 372-5200<br>FAX  (312) 372-2778<br>WEB  ddbchicago.com<br><br>Frederick J. Daley Jr.<br>Mark D. DeBofsky<br>David A. Bryant<br>Marcie E. Goldbloom<br>Violet Borowski<br>Sandra Dye<br>Gregory Benker<br>Kimberly Jones<br><br>Of Counsel<br>David R. Bryant<br>Heather Freeman |

Sent via facsimile to: (410) 594-2182
August 1, 2008

Appeals Council, **Attention Branch 25**
Social Security Administration
Office of Hearings and Appeals
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

    Re:   Stacey F. Blackmon
    SSN: 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

<u>REQUEST FOR AN EXTENSION OF TIME TO FILE A CIVIL ACTION</u>

Dear Administrative Appeals Judges:

I am writing in regards to the above-named Claimant's case. Claimant has until August 4, 2008, to file a timely civil action. He was represented administratively by William Beu, who recently referred his case to me. We have agreed to take the case; however, my office will need additional time to obtain the necessary forms from Claimant and prepare the civil action. Thus, I respectfully request that an extension of time be granted for an additional thirty (30) days to file a civil action. We will forward a 1696 to your office upon receipt.

Please let me know, either telephonically or by fax transmission, that the request for additional time has been granted. Thank you in advance for your kind cooperation and attention to this matter.

Very truly yours,

*[signature]*
Frederick J. Daley, Jr.

FJD/seb