**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| **BILLY J. BROOKS,** ) | |
|           **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No.** |
| ) | |
| **DAVID SNYDERS, SHERIFF** ) | |
| **DEAN SCHROEDER, DIRECTOR** ) | |
| ) | |
|           **Defendants.** ) | |

**DEFENDANTS' NOTICE OF REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION:

    Defendants David Snyders, Sheriff and Dean Schroeder, Director, by their attorneys, Clifford G. Kosoff and George J. Casson, for their Notice of Removal, state as follows:

    1.    On August 28, 2008, plaintiff Billy Brooks filed suit against the above named defendants in the Circuit Court for the Fifteenth Judicial Circuit in Stephenson County, Illinois. A copy of this complaint is attached hereto as Exhibit 1.

    2.    On or about September 3, 2008, the defendants were served with copies of the complaint.

    3.    The above-described action is a civil action in which this court has original jurisdiction under the provisions of 28 U.S.C. §1331 and is one which may be removed to this court by the defendants pursuant to the provisions of 28 U.S.C. §1441 in that plaintiff filed suit against defendants for, among other things, violation of his federal constitutional rights.

    4.    Plaintiff's complaint against defendants also includes state claims of which this court should assume pendant jurisdiction pursuant to 28 U.S.C. §1441(c) and/or 28 U.S.C. §1367.

5.       This Notice is timely in that it is filed within 30 days of the first defendant being served with the initial pleading.

6.       Attached as Exhibit 2 is evidence that this Notice of Removal was served upon all parties and the Clerk of the Circuit Court of the Fifteen Judicial Circuit, Stephenson County, Illinois.

8.       The Complaint filed by plaintiff is pending in the Circuit Court for the Fifteen Judicial Circuit, Stephenson County, Illinois, and therefore, pursuant to 28 U.S.C. §1446, venue is proper before this Court.

9.       Pursuant to the requirements of 28 U.S.C. §1446(a), the pleadings filed in the Stephenson County action have been filed herewith.

WHEREFORE, defendants, David Snyders and Dean Schroeder, by their attorneys, hereby give notice of removal of this action to the United States District Court for the Northern District of Illinois, Western Division.

Respectfully submitted,

O'HALLORAN KOSOFF GEITNER & COOK, LLC

By:   s/George J. Casson
George J. Casson Bar Number 0412627
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Facsimile: (847) 291-9230
E-mail: gcasson@okgc.com

Clifford G. Kosoff
George J. Casson
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200
Facsimile: (847) 291-9232

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| **BILLY J. BROOKS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| **DAVID SNYDERS, SHERIFF** | ) | |
| **DEAN SCHROEDER, DIRECTOR** | ) | |
| | ) | |
| **Defendants.** | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2008, I electronically filed the Defendants' Notice of Removal with the Clerk of court using the CM/ECF system and I hereby certify that on September 11, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

    Billy J. Brooks, Inmate
    c/o Stephenson County Jail
    1680 East Singer Street
    Freeport, Illinois 61032

    Respectfully submitted,

    By: s/George J. Casson
        George J. Casson, Bar Number 0412627
        O'Halloran Kosoff Geitner & Cook, LLC
        650 Dundee Road, Suite 475
        Northbrook, Illinois 60062
        Telephone: (847) 291-0200
        Facsimile: (847) 291-9230
        E-mail: gcasson@okgc.com