# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
### STEPHENSON COUNTY

BILLY J. BROOKS )
    Plaintiff )
)
V. ) No.# 08 CH 141
)
DAVID SNYDERS, Sheriff )
~~[redacted]~~ )
)
DEAN SCHROEDER, Director )

## COMPLAINT

Now comes the Plaintiff BILLY J. BROOKS, Pro-Se And Pursuant to 735 ILCS 5/2 602

**FILED**
AUG 28 2008
Bonnie K. Curran
CLERK OF THE CIRCUIT COURT
Stephenson County, Illinois

## STATEMENT OF CLAIM

### COUNT-I
### CRUEL AND UNUSUAL PUNISHMENT

1) On or About August 6, 2008 the Plaintiff was Arrested in the City of Freeport IL, County of Stephenson, for "unlawful Possession with intent to deliver A Controlled Substance" And "Resisting A Peace Officer," Case No.# 08 CF 108

2) On or About August 6, 2008 After the Plaintiff was Process and booked in, he was inform that he was to be house in Solitary Confinement, (hereafter Seg) until he

-1-

p.4

Page (1a) Defendants;

1) DAVID SNYDERS, is the Sheriff of Stephenson Co. 204 W. Exchange St Freeport IL, 61032 (815) 235-8252

2) DEAN SCHROEDER, is Director of The Stephenson Co, Jail 1680 E. Singer Dr. Freeport IL, 61032 (815) 235-8252

(1A)

p.5

09/03/2008 WED 17:13 FAX 8152358306 Stephenson Co. Sheriff

Count-I, Cont;

Post bond or until his trial was over, but as long as the Plaintiff was in Stephenson Co. Jail he was to be kept in (Seg), Pre-order of defendant Snyders.

3) The Plaintiff at that time and as the date of this filing has not violated any rule's of conduct of the Stephenson Co. Jail.

4) The Plaintiff has been held in total isolation from human contact, the Plaintiff is held (23) hour's a day in his cell alone with no other human being in the (Seg) unit, the Plaintiff whenever is taken out of his cell for, Court, doctor, recreation, shower, visit's, ect, he is handcuff with his hands behind his back.

5) The Plaintiff is being arbitrarily held in a cell 161 hour Pre-week, being denied the Privileges and rights that the other inmate's in the Stephenson Co. Jail that has not violated any Rule's of Conduct, endoy.

6) Defendant Snyders, Acting under color of State laws, with deliberate indifference as to the Consequence has violated the Plaintiff equal Protection

-2-

09/03/2008 WED 17:14 FAX 8152358306 Stephenson Co. Sheriff

rights under the Illinois Constitution as well as his 8th & 14th Amen. of the U.S Constitution.

## Count - II
### Retaliation and Harassment

7) On or about March 2004, while the Plaintiff was an inmate at the Stephenson Co. Jail he had an encounter with Corporal Phillip Williams and officer Lynn Jordan.

8) On or about March 2004 the Plaintiff was charged with two counts of Agg. Battery, (04CF108) at that time the Plaintiff was place in solitary confinement for and indefinite time by defendant Snyders, however a jury found the Plaintiff Not Guilty of Count-I and guilty but mentally ill on Count II, however the Plaintiff was kept in solitary confinement 18 months.

9) Once the Plaintiff was arrested on August 6, 2008 A place back in the Stephenson Co. Jail defendants, Snyders and Schroeder implemented the same disciplinary action of 2004, an indefinite (Seg) placement.

-3-

09/03/2008 WED 17:16  FAX 8152358306 Stephenson Co. Sheriff

10) On or about August 19, 2008 the Plaintiff file his claim with the Stephenson Co Jail Grievance Committee, on August 21, 2008 defendant Schroeder responsed that the Plaintiff is assign to (Seg) for (60) days and will be reviewed then, However the Plaintiff house assignment may not be changed then (See Plaintiff claim as well as defendant reply hereto Attach)

11) At no time was the Plaintiff given a hearing as to his Placement in Solitray Confinement (Ses), Defendant

09/03/2008 WED 17:21  FAX 8152358306 Stephenson Co. Sheriff

10) On or about August 19, 2008 the Plaintiff file his claim with the Stephenson Co Jail Grievance Committee, on August 21, 2008 defendant Schroeder responsed that the Plaintiff is assign to (Seg) for (60) days and will be reviewed then, However the Plaintiff house assignment may not be changed then. (See Plaintiff claim as well as defendant reply hereto Attach)

11) At no time was the Plaintiff given a hearing as to his Placement in Solitray Confinement (Ses). Defendant Snyders and Schroeder denied the Plaintiff his rights to call witnesses on his behalf to present evidence, to pose question on why he is Placed in (Ses), in violation of the Plaintiff due Process rights and Equal Protection of the law.

### PRAYER FOR RELIEF

1) That this court issue a Temporary restraining order or Preliminary injunction ordering the defendants to remove the Plaintiff out of Solitray Confinement (Ses) immediately (2) A trail by Jury (3) Any relief this court deem Just.

by: Billy J. Brooks
Billy J. Brooks, Plaintiff

-4-

p.10

09/03/2008 WED 17:21 FAX 8152358306 Stephenson Co. Sheriff

To: Stephenson Co. Jail Grievance Committee
From: Inmate, Billy J. Brooks
Date: Aug 19, 2008
RE: Treatment of Confinement

### STATEMENT OF CLAIM

1) On or about Aug 6, 2008 inmate Billy J. Brooks, was placed in the Stephenson Co. Jail awaiting trial for the case 08CF108.

2) Once inmate Brooks was booked in he was place in the segregation unit indefinite time order of sheriff Snyders.

3) At no time had inmate Brooks violated any Stephenson Co. Jail Rule's of conduct and as of the date of this filing have he committed any rules of conduct.

4) Inmate Brooks has not been given a hearing on why he is being kept in segregation.

5) Inmate Brooks, 8th & 14th Amend rights

p.11

of the U.S. Constitution is being violated as well as his right to due process & equal protection of the law in violation of The Illinois County Jail Standards.

### RELIEF

1) That inmate Brooks be removed from the (Seg.) unit immediately and place on a cell block that do not house inmate that have violated any jail rules

by Billy J Brooks
Inmate, Billy J Brooks

-8-

09/03/2008 WED 17:23　FAX 8152358306　Stephenson Co. Sheriff



# Stephenson County Jail

# Memo

**To:** Inmate Billy J. Brooks

**From:** Dir. Dean Schroeder

**CC:**

**Date:** August 21, 2008

**Re:** Response to Statement of Claim dated 8/19/08

---

This is your response to your Statement of Claim dated 8/19/08.

Upon entry to this institution inmates are given housing assignments.

Your housing assignment will be reviewed 60 days after that date.

Your housing assignment may or may not be changed at that time.

1

p.13

STATE OF ILLINOIS )
COUNTY OF STEPHENSON ) SS.

## AFFIDAVIT

I, BILLY J. BROOKS duly sworn According to law that the Allegations herein Are true And Correct.

1) That on August 6, 2008 I was Place in Solitrary Confinement in the Stephenson Co. Jail.

2) That I suffer from Several mental disorders And if kept in Solitrary Confinement it can enhance his condition And irreparable injury will result.

3) Further Affidavit saymotj

_____
Billy J. Brooks, Plaintiff

Subscribed and Sworn to this 22 day of August 2008

Notary Public

09/03/2008 WED 17:24  FAX 8152358306 Stephenson Co. Sheriff

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
STEPHENSON COUNTY

BILLY J BROOKS
　　　　Plaintiff

V                                        No #

DAVID SNYDERS, Sheriff
DEAN SCHROEDER, Director

Plaintiff's motion for
T.R.O. -or- Preliminary injunction

Now comes the Plaintiff BILLY J BROOKS Pro-se And Pursuant to 735 ILCS 5/11-101, 5/11-102. requesting that this court grant the T.R.O. -or- Preliminary injunction Plaintiff states as follows:

1) The Plaintiff in 2004, was diagnose with the following (1) Post Stress traumatic disorder (2) Nightmare terror (3) Anxiety (4) Paranoia.

2) That the Pro-long isolation here at the Stephenson co. Jail will only enhance these disorders if Plaintiff is not removed out of Solitary confinement (seg) immediately.

by: Billy J Brooks
BILLY J. BROOKS PRO-S