## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BILLY J. BROOKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. |
| vs. | ) | |
| | ) | |
| **DAVID SNYDERS, SHERIFF** | ) | |
| **DEAN SCHROEDER, DIRECTOR,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

**TO:** **CIRCUIT CLERK**
**STEPHENSON COUNTY JUDICIAL CIRCUIT**
**15 N. GALENA AVENUE**
**FREEPORT, ILLINOIS 61032**

**AND:** **BILLY J. BROOKS, INMATE**
**C/O STEPHENSON COUNTY JAIL**
**1680 E. SINGER STREET**
**FREEPORT, ILLINOIS 61032**

YOU ARE HEREBY NOTIFIED that on the 11th day of September, 2008, the undersigned sent to be filed with the Clerk of the above-captioned Court its Appearance, Notice of Removal, Civil Cover Sheet, and this Notice of Filing, copies of which are hereby served upon you.

Respectfully submitted,

By: *s/George J. Casson*
George J. Casson, Attorney for Defendants
Attorney No.0412627
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
gcasson@okgc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BILLY J. BROOKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. |
| vs. | ) | |
| | ) | |
| **DAVID SNYDERS, SHERIFF** | ) | |
| **DEAN SCHROEDER, DIRECTOR,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, on oath state that I served the foregoing Notice of Filing to the following persons:

      Circuit Clerk
      Stephenson County Judicial Circuit
      15 N. Galena Avenue
      Freeport, IL 61032

      Billy J. Brooks, Inmate
      c/o Stephenson County Jail
      1680 E. Singer Street
      Freeport, Illinois 61032

by placing true and correct copies of the same in an envelope addressed as set forth above with sufficient postage affixed, and by placing said envelope in the U.S. mail in Northbrook, Illinois at or about the hour of 5:00 p.m. on September 11, 2008.

      By:  *s/George J. Casson*
            George J. Casson, Attorney for Defendants
            Attorney No.0412627
            O'Halloran Kosoff Geitner & Cook, LLC
            650 Dundee Road, Suite 475
            Northbrook, Illinois 60062
            Telephone: (847) 291-0200
            gcasson@okgc.com