IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Billy J. Brooks,** | ) |
| **Plaintiff(s),** | ) ) ) |
| vs. | ) ) ) **CASE NO.** |
| **David Snyders, Sheriff** <br> **Dean Schroeder, Director,** | ) ) ) |
| **Defendant(s).** | ) ) ) )) |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for David Snyders, Sheriff and Dean Schroeder, Director.

Date: September 11, 2008

                                              s/ George J. Casson
                                              Signature
                                              George J. Casson, Atty No. 0412627
                                              Print Name
                                              650 Dundee Road, Suite 475
                                              Address
                                              Northbrook, Illinois 60062
                                              City, State, Zip Code
                                              847-291-0200
                                              Phone Number
                                              847-291-9230
                                              Fax Number
                                              gcasson@okgc.com
                                              E-Mail Address

(Rev. 04/03)