IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Billy J. Brooks,** | ) |
| **Plaintiff(s),** | ) ) ) |
| vs. | ) ) **CASE NO.** |
| **David Snyders, Sheriff** <br> **Dean Schroeder, Director,** | ) ) ) |
| **Defendant(s).** | ) ) ) )) |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for David Snyders, Sheriff and Dean Schroeder, Director.

Date: September 11, 2008

s/ Clifford G. Kosoff
Signature
Clifford G. Kosoff, Atty No. 3122385
Print Name
650 Dundee Road, Suite 475
Address
Northbrook, Illinois 60062
City, State, Zip Code
847-291-0200
Phone Number
847-291-9230
Fax Number
ckosoff@okgc.com
E-Mail Address

(Rev. 04/03)