IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FPC SERVICES, INC. and GSG 6, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| OUTLAND RENEWABLE ENERGY, LLC, | ) |
| | ) |
| Defendant. | ) |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois and Federal Rule of Civil Procedure 7.1, Plaintiffs FPC Services, Inc. and GSG 6, LLC state that:

(1) FPC Services, Inc. is not a subsidiary of any corporation, and no publicly held corporation owns 5% or more of its stock; and

(2) GSG 6, LLC does not have any publicly held affiliates.

DATED: September 12, 2008                    Respectfully submitted,

FPC SERVICES, INC. and GSG 6, LLC,

Gary M. Miller
Matthew A. Bills
GRIPPO & ELDEN LLC                By:      /s/  Gary M. Miller
111 South Wacker Drive                         One of Its Attorneys
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195

569311.1