IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TONYA Y. BEETS, <br><br>                    *Plaintiff,* <br><br> vs. <br><br> CHET EPPERSON, as Chief of Police for the City of Rockford, and the CITY OF ROCKFORD BOARD OF FIRE AND POLICE COMMISSIONERS, <br><br>                    *Defendants.* | NO. <br><br><br> **NOTICE OF REMOVAL** |

NOW COMES the Defendant, CHET EPPERSON, as Chief of Police for the City of Rockford, (hereinafter referred to as "Chief") by and through his attorneys, Patrick W. Hayes, Legal Director and John P. Giliberti, City Attorney, of the CITY OF ROCKFORD DEPARTMENT OF LAW, and files this Notice of Removal of the above-described action to the United States District Court for the Northern District of Illinois, Western Division from the 17th Judicial Circuit, Winnebago County, Illinois where the action is now pending, pursuant to the provisions of 28 U.S.C., §1331, and 28 U.S.C., §1441, and in support thereof states the following:

1. On or about January 2, 2008, the above-entitled action was commenced in the Circuit Court of the 17th Judicial Circuit, Winnebago County, Illinois, under Case Number 2008-MR-2. In the plaintiff's initial Complaint filed on or about January 2, 2008, she filed only one Count. Said Count is based in state court administrative review, a matter of which the district courts of the United States do not have original jurisdiction.

1

2. On or about August 22, 2008, the plaintiff filed her First Amended Complaint, a civil action, in state court. In her First Amended Complaint, the plaintiff filed three additional Counts, (Counts II, III and IV), based on a federal question of which the district courts of the United States have original jurisdiction.

3. On August 25, 2008, the Chief was served with the plaintiff's First Amended Complaint and thus, the time within the Chief is required by 28 U.S.C., §1446(b) to file this Notice of Removal has not yet expired.

4. The United States District Court for the District of Illinois has jurisdiction by reason of a federal question, 28 U.S.C, §1331, in that Counts II, III, and IV of plaintiff's First Amended Complaint arise under the Constitution or laws of the United States and, the plaintiff bases its claim for relief in Counts II, III, and IV by virtue of and under the Constitution and federal statutes and acts of Congress, specifically 42 U.S.C., §1983.

5. The Chief respectfully submits that all the elements of removal jurisdiction based on a federal question have been met by this Notice of Removal.

6. A copy of the court file in the above-entitled action pending in the Circuit Court of the 17th Judicial Circuit, Winnebago County, Illinois, Case Number 2008-MR-2, is attached hereto as Exhibit A.

7. The Chief will give written notice of the filing of this notice as required by 28 U.S.C., §1446(d).

8. This Notice of Removal is accompanied by a Civil Cover Sheet and a payment in the amount of $350.00 as the requisite filing fee.

DATED:   September 16, 2008

CHET EPPERSON, as Chief of Police
for the City of Rockford
By City of Rockford Department of Law

By: _____
John P. Giliberti, City Attorney

STATE OF ILLINOIS       )
                        ) SS.
COUNTY OF WINNEBAGO     )

John P. Giliberti, being first duly sworn, states that he is an Attorney at Law duly licensed to practice in the State of Illinois, and admitted to practice before the United States District Court for the Northern District of Illinois, Western Division; that he is a City Attorney with the City of Rockford, Illinois Department of Law, attorneys for Defendant Chet Epperson; that his is one of the attorneys charged with the defense of the above cause; that he is the duly authorized agent of Defendant Chet Epperson to file the foregoing Notice of Removal; and that he has knowledge of the facts set forth in said Notice of Removal, and that the same are true and correct to the best of his knowledge and belief.

_____
John P. Giliberti

Subscribed and sworn to before
me on September 16, 2008.

_____
Notary Public

"OFFICIAL SEAL"
MARY PAT BRADLEY
Notary Public, State of Illinois
My Commission Expires 02/26/09

## CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on September 16, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Mail the document to:

Attorney Todd S. Reese
Reese & Reese
979 North Main Street
Rockford, Illinois 61103

Attorney Brendan A. Maher
WilliamsMcCarthy LLC
P.O. Box 219
Rockford, Illinois 61105

/s/ John P. Giliberti

John P. Giliberti, Esq.
City of Rockford Department of Law
425 East State Street
Rockford, Illinois 61104