GENERAL ORDER 72-6                                                    A-4

## V.  RESPONSIBILITY OF REPORT REVIEW AND ADMINISTRATIVE SERVICES

A.  The Report Review Office will record on the Department Daily Attendance and Assignment Record all sworn employee absences.
   1.  Absences for all non-sworn personnel will be recorded by their supervisor.

B.  After recording, all absentee notices will be sent to Administrative Services. An individual sick leave usage log will be maintained there for every employee.
   1.  All individual sick leaves involving more than seven (7) consecutive calendar days are to be reported, in writing, to the Administrative Services Commander.
      a.  After twenty-five (25) consecutive calendar days another report will be left.

C.  The Administrative Services Commander will:
   1.  Request an employee to submit medical evaluations.
   2.  Send an employee for a valid impartial medical evaluation when necessary.
   3.  Document all sick leave abuse.
   4.  Evaluate all individual medical reports.
   5.  Forward to the Chief of Police all cases of sick leave use or abuse requiring action by the Chief.

## VI.  MATERNITY LEAVE POLICY

A.  Pregnancy is considered a non-duty disability.
   1.  A pregnant employee will submit a written report to the Administrative Services Commander when she determines she is pregnant and include:
      a.  A written copy of her doctor's report.

B.  A pregnant officer normally will be expected to continue her regular duties until the fifth month of her pregnancy.
   1.  A pregnant officer will assume non-hazardous duties in the PSB when ordered to do so by her physician, or in her fifth month.
      a.  The order from an officer's physician must be in writing to the Administrative Services Commander.

C.  A pregnant employee assigned to non-hazardous duties in the PSB will be expected to continue working as long as her physician allows.

Page 8 of 9 Pages

GENERAL ORDER 72-6                                                A-4

    D.    After delivery, an employee is expected to return to work at the beginning of the seventh week following delivery.

        1.    The decision on when a female officer returns to full performance is made by the Administrative Services Commander after consulting with the officer and her physician, if necessary.

    E.    The Chief of Police may make exceptions to the maternity leave policy at his discretion after receiving input from the Administrative Services Commander, the employee, her physician, or a valid impartial medical evaluator if necessary.

## VII.  EFFECTIVE DATE

    A.    The effective date of this Order is February 28, 1972.

    B.    Revised June 15, 1977.

    C.    Revised March 1, 1979.

    D.    Revised May 14, 1980.

    E.    Revised November 12, 1986.

By Order Of;

William T. Fitzpatrick
Chief of Police

PAGE 9 OF 9 PAGES

ANNEX A

## ABSENTEE NOTICE

NAME: _____    DATE NOTIFIED: _____    TIME NOTIFIED: _____

BUREAU: _____    SWORN: _____    NON-SWORN: _____

DATES ABSENT:    From _____    To _____

REASON FOR ABSENCE:  (Describe illness/injury on Comment Line)    RECOVERING AT:  (Include phone # if not at home)

_____  Illness                                                _____  Home

_____  Injury Job                                             _____  Hospital _____ Rm. No.: ____

_____  Non-Job                                                _____  Other _____ Rm. No.: ____

TOTAL HOURS MISSED:

_____  Full Shift                          Pay: _____  Sick Leave

_____  Partial Shift Hours _____                 _____  Workmen's Compensation

                                    No Pay: _____  No Sick Leave Accumulated

                                            _____  Used for other family member

COMMENTS: _____

_____

_____

_____

(Supervisor's Signature)

ANNEX A

ANNEX B

FORM 45: **Employer's First Report of Injury or Illness** Case 3:07-cv-50093 Document 33-6 Filed 09/16/2008 Page 4 of 30 PLEASE TYPE OR PRINT

Filing of this report does not affect your liability under the Workers' Compensation Act and is not incriminatory in any sense

| A | *45 | ILLINOIS UNEMPLOYMENT COMPENSATION NUMBER | 0803 153 | | DATE OF REPORT | MONTH DAY YEAR | CASE OR FILE NUMBER | |
|---|---|---|---|---|---|---|---|---|

**EMPLOYER'S NAME**

City of Rockford, Illinois

Is this a lost workday case? ☐ YES ☐ NO

| C | DOING BUSINESS UNDER THE NAME OF |
|---|---|

Department/Division:      CITY, STATE      ZIP CODE

| D | MAIL ADDRESS      CITY, STATE      ZIP CODE |
|---|---|

| E | EMPLOYER LOCATION IF DIFFERENT FROM MAIL ADDRESS      CITY, STATE      ZIP CODE |
|---|---|

| F | NATURE OF BUSINESS OR SERVICE | SIC CODE | TOTAL NUMBER OF EMPLOYEES AT THE LOCATION WHERE ILLNESS OR INJURY OCCURRED |
|---|---|---|---|

| G | NAME OF WORKERS' COMP. INSURANCE CARRIER | POLICY NUMBER | SELF INSURED | COUNTY WHERE INJURY OCCURRED |
|---|---|---|---|---|
| | Self-Insurer's Service, Inc. | C-0830 | YES ☒   ☐NO | |

| H | EMPLOYEE'S NAME   (LAST, FIRST, MIDDLE) | SOCIAL SECURITY NUMBER |
|---|---|---|

| I | HOME ADDRESS      CITY, STATE      ZIP CODE |
|---|---|

| J | MALE ☐   FEMALE ☐   MARRIED ☐ SINGLE ☐ WIDOW(ER) ☐ DIVORCED ☐ | BIRTH DATE | MONTH DAY YEAR | NUMBER OF DEPENDENT CHILDREN UNDER 18 AT TIME OF INJURY OR ILLNESS |
|---|---|---|---|---|

| K | DATE AND TIME OF THE INJURY OR EXPOSURE | MONTH DAY YEAR   a.m. p.m. | EMPLOYEE'S AVERAGE WEEKLY EARNINGS | $ | LAST DAY EMPLOYEE WORKED | MONTH DAY YEAR |
|---|---|---|---|---|---|---|

| L | JOB TITLE OR OCCUPATION | DEPARTMENT NORMALLY ASSIGNED |
|---|---|---|

| M | ADDRESS OF LOCATION WHERE INJURY OR EXPOSURE OCCURRED      CITY, STATE      ZIP CODE |
|---|---|

| N | DID EMPLOYEE DIE AS A RESULT OF THE INJURY OR ILLNESS? | YES ☐   NO ☐ | IF EMPLOYEE DIED AS A RESULT OF THE INJURY OR ILLNESS, GIVE DATE OF DEATH | MONTH DAY YEAR |
|---|---|---|---|---|

| - | WAS THE INJURY OR EXPOSURE ON THE EMPLOYER'S PREMISES? | ☐YES ☐NO | DID THIS INCIDENT RESULT IN: | ☐ OCCUPATIONAL INJURY ☐ OCCUPATIONAL DISEASE | Was Employee given Industrial Commission Handbook? | YES ☐ NO ☐ |
|---|---|---|---|---|---|---|

| P | NATURE OF THE INJURY |
|---|---|

| Q | PART OF THE BODY AFFECTED (BE SPECIFIC) |
|---|---|

| R | WHAT TASK WAS EMPLOYEE PERFORMING WHEN ILLNESS OR INJURY OCCURRED? |
|---|---|

| S | OBJECT OR SUBSTANCE RESPONSIBLE FOR INJURY OR ILLNESS (SOURCE) |
|---|---|

| T | HOW DID ACCIDENT OR ILLNESS OCCUR (TYPE)? |
|---|---|

| U | WHAT HAZARDOUS CONDITIONS, METHODS OR LACK OF PROTECTIVE DEVICES CONTRIBUTED? |
|---|---|

| V | WHAT UNSAFE ACT BY A PERSON CAUSED OR CONTRIBUTED TO THE INJURY OR ILLNESS? |
|---|---|

| W | HAVE MEDICAL SERVICES BEEN RENDERED TO THE EMPLOYEE? | YES ☐ NO ☐ | IS OR HAS THE EMPLOYEE BEEN HOSPITALIZED? | YES ☐ NO ☐ |
|---|---|---|---|---|

| X | NAME AND ADDRESS OF PHYSICIAN      CITY, STATE      ZIP CODE |
|---|---|

| Y | NAME AND ADDRESS OF HOSPITAL      CITY, STATE      ZIP CODE |
|---|---|

| Z | REPORT PREPARED BY: (NAME—PRINT OR TYPE) | SIGNATURE | TITLE AND TELEPHONE NUMBER |
|---|---|---|---|

NOTE:     DISCLOSURE OF THIS INFORMATION TO THE INDUSTRIAL COMMISSION IS MANDATORY UNDER IL REV. STAT. CH. 48, §138.6. FAILURE TO PROVIDE ANY INFORMATION COULD RESULT IN PROSECUTION. APPROVED BY FORMS MANAGEMENT.

(Rev. 8-81)

ANNEX B

Employee Name _____   Department _____

Shift _____   Time _____ am / pm   Job Classification _____

## ACCIDENT STATISTICS

Date of injury _____   Part of body _____

Time of injury _____   Treated by doctor  ☐ yes  ☐ no

Place injury occured _____   If yes, who _____

## SUPERVISOR COMMENTS

What led up to it and how did it happen?

## CAUSES

Identify direct and contributing causes of accident:

☐ Defect. Equip./Tools          ☐ Failure to use protective equip.     ☐ Inattention

☐ Environmental Hazards        ☐ Failure to use correct equip.        ☐ Drugs, alcohol, medicine

☐ Hazardous Methods            ☐ Inadequate protection/guard

☐ Unsafe Speed                 ☐ Making safety equip. inoperable      ☐ Supervisory failu

☐ Failure to follow rules      ☐ Work condition problem               ☐ Other/Describe:

☐ Hazardous storage            ☐ Fire

☐ Improper body use            ☐ Distraction, horseplay

## ACTION TO BE TAKEN

What steps have you taken or will you take to prevent recurrence?

Investigated by _____
              (Name)                    (Title)                    (Date)

Distribution of copies:

☐ Department    ☐ Personnel Department
                   (Original)              ANNEX C



# CITY OF ROCKFORD, ILLINOIS

**LAWRENCE J. MORRISSEY**
MAYOR

PUBLIC SAFETY BUILDING
420 WEST STATE STREET
ROCKFORD, ILLINOIS 61101-1207

**POLICE DEPARTMENT**
CHET EPPERSON
CHIEF OF POLICE

May 18, 2007

Officer Tonya Beets
3807 Cassandra Drive
Rockford, IL 61114

Dear Officer Tonya Beets:

This letter is a notice to address your sick time. Out of 2,080 hours an officer works annually, your sick time usage for 2006 was 1,405 hours. These numbers reveal an absentee rate of 68% which totals over $36,000 in wages for your paid sick time. This does not include FMLA. In 2007, out of 800 work hours, you have 494 sick hours through today's date. The department's average usage of sick time per officer a year is 32 hours.

Your entire career indicates your sick time usage has consistently far exceeded the employee average. In addition to the financial impact this has created, our department and your fellow officers have repeatedly been adversely affected. Patrol supervisors have continually rearranged shift assignments, taking an officer off the street, likewise creating a shortage answering street calls in order to fill your position. The ability to adequately respond to calls of service to the community have been compromised, and at times, officers have worked overtime to compensate the shortage from your absence.

I realize that a police officer's job is demanding and challenging, but we cannot provide proper service with department shortages. Immediate action is needed to improve your sick time usage because your position as an officer is in jeopardy. Effective this date, your sick time usage will be reviewed monthly. With that said, if your sick leave usage continues to be excessive, progressive discipline will continue.

Sincerely,

Lori Sweeney, Deputy Chief
Administrative Services Bureau

sl

**CHIEF'S EXHIBIT**

**# 7**

PHONE (815) 987-5839

TDD# (815) 967-6951

CHIEF'S
EXHIBIT

#8

DEPARTMENT OF POLICE – CITY OF ROCKFORD, ILLINOIS

## OFFICER'S REPORT

DATE: <u>August 3, 2007</u>

REF:   Officer Tonya Beets

TO: Chief Chet Epperson

Sir:

It is the responsibility of the Deputy Chief of Administration to monitor and enforce compliance of General Order 72-6: Sick Leave.  There are provision in this general order that require me to bring to your attention certain issues and concerns.  I am submitting this report in compliance with the stated General Order.

Over the past several months, I have informed you through regular meetings regarding the on-going medical condition of Officer Tonya Beets.  She has had a past practice of using large amounts of sick time for various illnesses and/or injuries.  She has been employed with us since 1998 and has had the following attendance:

| Year | Sick Time | Light Duty Hrs | Total | Worked |
|------|-----------|----------------|-------|--------|
| 1998 | 196.5 | 287.55 | 484.05 | 1,595.95 |
| 1999 | 309.50 | 187.0 | 496.50 | 1,583.5 |
| 2000 | 1451.25 | 77.50 | 1528.75 | 551.25 |
| 2001 | 470.0 | 123.0 | 593.0 | 1,487 |
| 2002 | 548.50 | 407.20 | 955.70 | 1,124.3 |
| 2003 | 855.0 | 132.0 | 987.0 | 1,093 |
| 2004 | 758.00 | 366.50 | 1124.50 | 955.5 |
| 2005 | 628.0 | 0 | 628 & 480 fmla | 972 |
| 2006 | 1405.0 | 0 | 1405 | 675 |
| 2007 | 918 | 252.5 | 1,170.5 | 0 |

As the above table shows, Officer Tonya Beets' ability to work any length of time in the capacity of a police officer is at best questionable. I will be addressing in the remainder of this report Officer Beets' current, on-going medical condition that has taken her off work for nearly one full year.

On August 14, 2006, Officer Tonya Beets was returning home from her vacation.  She called in on August 14, 2006 stating she injured her wrist and would not be coming back to work until she sought medical treatment.  She was due to return to work on August 15, 2006, at the completion of her vacation.

Our Department received a note from D. William Edgren, MD at SwedishAmerican Health System, dated August 15, 2006.  The note simply stated that Officer Tonya Beets

would be unable to return to work until August 25, 2006. A copy of the note is attached, marked exhibit one.

On August 25, 2006, we received a fax from SwedishAmerican Health System, signed by Dr. D. William Edgren. The note requested that Tonya Beets be excused from work until further notice due to pain and swelling in her right wrist. A copy of the note is attached, marked exhibit two.

On August 25, 2006, I sent a letter to Dr. Victor Antonacci at Swedish American Medical Group/Midtown. The letter was sent to him, as he was to see Officer Tonya Beets on September 1, 2006. The letter advised Dr. Antonacci that Officer Tonya Beets had been off work since August 14, 2006 and that we do have limited-duty work available. We requested that if Officer Beets were able to perform in a limited-duty capacity, we would appreciate documentation on her restrictions. A copy of the letter is attached, marked exhibit three.

On August 26, 2006, we received a note from Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD. The note stated that Officer Tonya Beets could not work for four weeks due to neck and right wrist sprain. A copy of this note is attached, marked exhibit four.

On September 7, 2006, I sent a letter to Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD. The letter advised the treating physician that Officer Tonya Beets had been off work since August 14, 2006 and that we do have limited-duty work available. We requested that if Officer Beets were able to perform in a limited-duty capacity, we would appreciate documentation on her restrictions. A copy of this letter is attached, marked exhibit five.

On September 7, 2006, Sue LaMay spoke to an employee, Emily, at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD. A message was relayed to us by Dr. Nigam that Officer Tonya Beets is unable to work light duty at this time. He would re-evaluate her at the next appointment and may release her for light duty at that time. Officer Beets' next appointment was scheduled for September 14, 2006.

On September 14, 2006, Sue LaMay received another call from Emily, at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD. We were advised that Officer Tonya Beets was not ready to return to work in a light duty capacity. She was being sent for a MRI. Her next appointment was scheduled for September 21, 2006 and the MRI would be complete by that time. We also received a note stating no work yet. A copy of this note is attached, marked exhibit six.

Our Department received a note from Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD, dated October 16, 2006. The note stated that Officer Tonya Beets was scheduled for surgery on her right shoulder on October 18, 2006. A copy of this note is attached, marked exhibit seven.

On December 28, 2007, we received a note from Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD.  The note stated that Officer Tonya Beets could try sit down work, with restrictions.  A copy of this note is attached, marked exhibit eight.

On January 2, 2007, Officer Tonya Beets returned to work in a light-duty capacity.  She called in sick on January 5, 8, 9 and 10, 2007.  Our Department received a note from Brookside Immediate & Occupational Care dated January 9, 2007.  The note stated that Officer Tonya Beets is unable to work 1/5, 1/8, 1/9 & 1/10/07 due to illness.  A copy of this note is attached, marked exhibit nine.

On January 25, 2007, we received a note from Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD.  The note advised that Officer Tonya Beets may continue working light duty.  A copy of this note is attached, marked exhibit ten.

On January 25, 2007, we received a second note from Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD.  This note simply stated that he saw Officer Beets.  A copy of this note is attached, marked exhibit eleven.

On January 30, 2007, we received a note from Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD.  The note simply stated that he saw Officer Beets, for shoulder pain.  A copy of this note is attached, marked exhibit twelve.

On February 21, 2007, we received a fax from Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD.  The note stated that Officer Tonya Beets was scheduled for shoulder surgery on March 2, 2007.  A copy of this note is attached, marked exhibit thirteen.

As of March 1, 2007, Officer Tonya Beets was taken off or was unable to work because of her surgery.

On March 12, 2007, we received a note from Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD.  The note simply stated no work for 4 weeks.  A copy of this note is attached, marked exhibit fourteen.

On April 9, 2007, we received a note from Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD.  The note simply stated no work for 2 weeks.  A copy of this note is attached, marked exhibit fifteen.

On April 23, 2007, we received a note from Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD.  The note simply stated no work for 2 weeks.  A copy of this note is attached, marked exhibit sixteen.

On May 7, 2007, we received a note from Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD.  The note simply stated no work for 3 weeks.  A copy of this note is attached, marked exhibit seventeen.

On May 18, 2007, we received a note from Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD. The note simply stated no work for 4 weeks. A copy of this note is attached, marked exhibit eighteen.

On May 18, 2007, I sent a certified letter to Tonya Beets. In this letter, I addressed her current sick leave usage along with her past history of sick time usage. I advised her in the letter that I would be reviewing her sick leave usage on a monthly basis. A copy of this letter is attached, marked exhibit nineteen.

On June 4, 2007, we received a note from Dr. T. K. Nigam at Orthopedic Sports & Rehabilitation Clinic of Rockford, LTD. The note simply read no work until July 3, 2007. A copy of this note is attached, marked exhibit twenty.

On July 3, 2007, I sent another certified letter to Officer Tonya Beets. In this letter, I addressed the lack of documentation regarding her current medical status. I ordered her in this letter to submit a medical evaluation update from her physician by July 20, 2007. A copy of this letter is attached, marked exhibit twenty-one.

On July 19, 2007, I received a fax from Orthopedic Sports & Rehab. Clinic of Rockford, Ltd. signed by Dr. T. K. Nigam. The note simply stated that her return to work date is unknown due to the fact that she was advised to see a pain management doctor to better help control her pain, dated July 13, 2007. The above note did not meet the standards as requested, as it did not clarify her current medical condition. It was requested that she advise us what her current medical condition was. A copy of this note is attached, marked exhibit twenty-two.

On July 23, 2007, another certified letter was sent out. The letter advised Officer Tonya Beets that she was being moved into an unpaid status pending compliance with the direct order. I also attempted to call her, and did not receive a response from my message left until the following day. A copy of this letter is attached, marked exhibit twenty-three.

On July 26, 2007, I received a fax from Orthopedic Sports & Rehab. Clinic of Rockford, Ltd. signed by Dr. T. K. Nigam: The note was dated July 9, 2007. This medical note stated that she had bursitis in the shoulder and a fracture to the right hand, along with advising she may have reflux dystrophy. The medical documentation also stated that she was not ready to work and a return to work date is not known at this time. A copy of this note is attached, marked exhibit twenty-four.

I called and spoke to Officer Tonya Beets and advised her that I would be re-instating her pay as she had complied. I mentioned to her that I was under the impression that she had been off work since August of 2006 due to several surgeries on her right shoulder. I advised her that I was not aware she also had a fractured hand. She stated that an incident happened at her home involving her hand and her child. I asked her to send clarification from her doctor regarding all the surgeries she has had since August of 2006.

On July 27, 2007, I received another fax from Orthopedic Sports & Rehab. Clinic of Rockford, Ltd. signed by Dr. T. K. Nigam. This note stated that she has had three surgeries, two on her right shoulder and one on her right hand. The note stated that she is unable to return to any kind of work. It also stated that once the pain was under control they would re-address work status. A copy of this note is attached, marked exhibit twenty-five.

Per General Order 72-6, I am submitting this report to your attention outlining the facts in an employee's case, herein identified as Officer Tonya Beets. Based on the reports you have received both verbally and written, I believe there is a need for you to decide an appropriate course of action.

Respectfully submitted,

Lori A. Sweeney #404
Deputy Chief of Administration



SWEDISHAMERICAN
HEALTH SYSTEM
www.swedishamerican.org

Tonya Y Beets
3807 Casandra Dr
Rockford, IL 61114

NAME:  Tonya Y Beets                          DATE:  8/15/2006

The patient will be unable to return to work until August 25, 2006.

Please contact my office with any questions regarding this note - Midtown 967-5353.

D William Edgren, MD
Provider

EXHIBIT #2



## SWEDISHAMERICAN
### HEALTH SYSTEM
www.swedishamerican.org

Tonya Y Beets
3807 Casandra Dr
Rockford, IL 61114

NAME:  Tonya Y Beets                    DATE:  8/25/2006

To Whom It May Concern:

Please excuse above patient from work until further notice due to Right wrist pain and

Swelling.  Patient is scheduled to see an Orthopedic Physician (Dr.Antonacci )

@ Lundholm Surgical Group on Friday, September 1,2006 @ 10:40a.m.

Return to work status will be determined after orthopedic consultation.

Please contact my office with any questions regarding this note - Midtown 967-5353.

D William Edgren, MD
Provider

SCANNED ON @ 08/29/2008



# CITY OF ROCKFORD, ILLINOIS

**LAWRENCE J. MORRISSEY**
MAYOR

PUBLIC SAFETY BUILDING
420 WEST STATE STREET
ROCKFORD, ILLINOIS 61101-1207

POLICE DEPARTMENT
CHET EPPERSON
CHIEF OF POLICE

August 25, 2006

*Did not see Dr. Antonacci per Dr. Antonacci's secretary on 9/5.*

Dr. Victor Antonacci
Swedish American Medical Group/Midtown
1340 Charles Street
Rockford, IL 61104

Dear Dr. Antonacci:

I am writing regarding Officer Tonya Beets, who <u>has an appointment with you on September 1</u> for right wrist pain and swelling. I want to make you aware Officer Beets has been on paid sick leave since August 14, 2006.

I would also like to make you aware that our department has limited-duty work, which is sit down in nature but may be tailored to your restrictions or limited hours. If Officer Beets is able to perform in a limited-duty capacity, we would appreciate you forwarding her restrictions. Our fax number is 961-3208. If she is unable to return, please clarify the medical necessity of her absence and anticipated time frame for recovery.

Please forward your response directly to me along with your charges, if any.

Sincerely,

Lori Sweeney, Deputy Chief
Administrative Services Bureau

sl

cc: Dr. William Edgren

SCANNED ON @ 08/29/2008

EXHIBIT "4

ORTHOPEDIC, SPORTS & REHABILITATION
CLINIC OF ROCKFORD, LTD.
**T.K. NIGAM, M.D.**
**K. NIGAM, M.D.**
MULFORD VILLAGE OFFICE PARK
6090 STRATHMOOR DRIVE
ROCKFORD, IL 61107-5287

DEA # _____

(815) 397-6276                                   LIC.# _____

fax 397 2266

NAME _Tonya Beets_                    AGE ___

ADDRESS _____                 DATE 8/28/06

**Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND**

℞

No work for
4 wks

Because of Neck &
Lt Wrist sprain

Neck & right wrist sprain

☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE          MAY REFILL _____ TIMES

_____
(Signature)

4JOS0077980

♲

EXHIBIT #5



SCANNED ON 09/29/2008

# CITY OF ROCKFORD, ILLINOIS

LAWRENCE J. MORRISSEY
MAYOR

PUBLIC SAFETY BUILDING
420 WEST STATE STREET
ROCKFORD, ILLINOIS 61101-1207

POLICE DEPARTMENT
CHET EPPERSON
CHIEF OF POLICE

September 7, 2006

Dr. T. K. Nigam
Orthopedic, Sports and Rehabilitation
Clinic of Rockford, Ltd.
Mulford Village Office Park
6090 Strathmoor Drive
Rockford, IL 61107

Dear Dr. Nigam:

I am writing regarding Officer Tonya Beets, who saw you on August 28, 2006 and recommended no work for four weeks. I want to make you aware Officer Beets has been on paid sick leave since August 14, 2006.

I would also like to make you aware that our department has limited-duty work, which is sit down in nature but may be tailored to your restrictions or limited hours. If Officer Beets is able to perform in a limited-duty capacity, we would appreciate you forwarding her restrictions. Our fax number is (815)961-3208. If she is unable to return, please clarify the medical necessity of her absence and anticipated time frame for recovery.

Please forward your response directly to me along with your charges, if any.

Sincerely,

Lori Sweeney, Deputy Chief
Administrative Services Bureau

sl

**Suzanne Lamay**

| | |
|---|---|
| From: | Suzanne Lamay |
| Sent: | Thursday, September 07, 2006 2:40 PM |
| To: | Lori Sweeney |
| Subject: | Tonya Beets |

Tracking: **Recipient    Read**

Lori Sweeney Read: 9/7/2006 2:43 PM

I just spoke to Emily, from Orthopedic, Sports, and Rehab. Dr Nigam states that Tonya is unable to work light duty at this time. She has an appointment on September 14. He will re-evaluate her at that time and may release her for light duty at that time. I am suppose to call back in the late afternoon on Sept 14.

SCANNED ON @ 02/29/2009

## Suzanne Lamay

| | |
|---|---|
| **From:** | Suzanne Lamay |
| **Sent:** | Thursday, September 14, 2006 3:07 PM |
| **To:** | Lori Sweeney |
| **Subject:** | Tonya Beets/off since Aug 14 |

**Tracking:** Recipient     Read

Lori Sweeney Read: 9/14/2006 3:13 PM

I called Emily again from Ortho, Sports and Rehab regarding Tonya Beets. She is not ready to return to light duty. They are going to order an MRI for her shoulder and cervical spine. Her next appt is Sept 21. She should have already had the MRI by that time.

SCANNED ON @:@@2/29/2008

 

SCANNED ON 01:02/29/2008

ORTHOPEDIC, SPORTS & REHABILITATION
CLINIC OF ROCKFORD, LTD.
**T.K. NIGAM, M.D.**
**K. NIGAM, M.D.**
MULFORD VILLAGE OFFICE PARK
5090 STRATHMOOR DRIVE
ROCKFORD, IL 61107-5287

(815) 397-6276

DEA # _____

LIC. # _____

NAME _Tonya Beets_____ AGE _____

ADDRESS _____ DATE 9-14-06

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

☐ MAY SUBSTITUTE

☐ MAY NOT SUBSTITUTE          MAY REFILL _____ TIMES

_____
(Signature)

♻          4JOS0077980

# FAX COVER SHEET

Ortho, Sports & Rehab., Clinic of Rockford
Dr. T.K. Nigam      &      Dr. Kumud Nigam
6090 Strathmoor Drive
Rockford, IL. 61107

815-397-6276 Phone
815-397-2266 Fax

| Send to: | From: Emily |
|---|---|
| RKFCL Police Dept. | |
| Attention: | Date: |
| Office Location: | Office Location: 6090 Strathmoor Dr. |
| Fax Number: 961-3208 | Phone Number: 815-397-6276 |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please review
☑ For your information

Total pages, including cover: _____1_____

Comments:



EXHIBIT #8

ORTHOPEDIC, SPORTS & REHABILITATION
CLINIC OF ROCKFORD, LTD.
**T.K. NIGAM, M.D.**
**K. NIGAM, M.D.**
MULFORD VILLAGE OFFICE PARK
6090 STRATHMOOR DRIVE
ROCKFORD, IL 61107-5287

(815) 397-6276                          DEA # _____

                                       LIC # _____

NAME _Tonya Beels_                     AGE _____

ADDRESS _____                    DATE _12-28-06_

**Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND**

℞

May try sit down
light work
no lifting
more than 5 lbs
as / Jan 2nd 2007

☐ MAY SUBSTITUTE

☐ MAY NOT SUBSTITUTE        MAY REFILL _____ TIMES

_____
(Signature)

4JOS0077980

EXHIBIT #9



**BROOKSIDE IMMEDIATE**
**& OCCUPATIONAL CARE**
1215 N. Alpine Road - Rockford, IL 61107
Phone:(815) 391-7800 - Fax: 397-9118

M. Ashraf, M.D., E. Christiansen, N.P., K. Ilieva, M.D.,
B. Lin-Orth, M.D., R. List, M.D., S. Naser Mujeeb, M.D.,
R. Phasouk, M.D., D. Razon, M.D., K. Reese, P.A.,
H. Salgado, M.D., E. Sy, M.D., J. Villacorta, M.D.

Date _____

```
BEETS,TONYA Y                    0000460134
12/18/1970              FSC: ENO

3807 CASANDRA DR
ROCKFORD,IL             61114
(HOME)815-638-9527      (WORK)815-987-8098
```

*No work 1/5, 1/8*
*1/9 + 1/10/07 due to*
*illness*

☑ May Substitute  ☐ Do Not Substitute   Refill _5_ Time(s)

Signature _____  DEA # _____

SCMD-3053  11/2006  | **Pharmacist: Not valid unless Red Rx on back** |

EXHIBIT #10

**Orthopedic Sports and Rehab. Clinic Of Rockford, Ltd.**
6090 Strathmoor Dr.
Rockford, Il 61107
Ph. 815-397-6276   Fax 815-397-6277

Dr. T.K. Nigam                                    Dr. Kumud Nigam

January 25, 2007

Re: Tonya Beets

Tonya was here in my office today for an appointment.

If you have any questions please call our office at 815-397-6276.

T.K. Nigam, M. D.

SCANNED ON @10/29/2008

SCANNED ON @1002/29/2008



ORTHOPEDIC, SPORTS & REHABILITATION
CLINIC OF ROCKFORD, LTD.
T.K. NIGAM, M.D.
K. NIGAM, M.D.
MULFORD VILLAGE OFFICE PARK
6990 STRATHMOOR DRIVE
ROCKFORD, IL 61107-5297
(815) 397-6276                    DEA #
                                  LIC. #

NAME  Tonya Beets
ADDRESS                      AGE      DATE 1/26/05
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE

                    MAY REFILL        TIMES

                    (Signature)

EXHIBIT # 12

JAN-30-2007 11:17  FROM:OSR CLINIC           8153972266           TO:9613208  P.1

*Orthopedic Sports and Rehab. Clinic Of Rockford, Ltd.*
*6090 Strathmoor Dr.*
*Rockford, Il 61107*
*Ph. 815-397-6276   Fax 815-397-6277*

*Dr. T.K. Nigam*                                    *Dr. Kumud Nigam*


*January 30, 2007*

*Re: Tonya Beets*

*Tonya has an appointment in my office today at 3:30 pm, for pain in the shoulder.*

*If you have any questions please call our office at 815-397-6276.*

*T.K. Nigam, M. D.*

EXHIBIT #13

FEB-21-2007 16:15    FROM:OSR CLINIC          8153972266          TO:9613208          P.1

961-3208

## Orthopedic Sports and Rehab. Clinic Of Rockford, Ltd.
### 6090 Strathmoor Dr.
### Rockford, Il 61107
### Ph. 815-397-6276   Fax 815-397-6277

Dr. T.K. Nigam                                    Dr. Kumud Nigam

February 21, 2007

Tonya Beets is scheduled for shoulder surgery on 03-02-07; she also has an appointment in my office on 03-01-2007 at 3:40 pm.

If you have any questions please call our office at 815-397-6276.

Thank You,

Dr. T.K. Nigam

Tanya Beets PT appt.
01/31/07  4:00 ✓   02/01/07  4:00

HAS AN APPOINTMENT ON

| DAY | DATE | TIME |
|-----|------|------|

— SPECIAL INSTRUCTIONS —

Tanya Beets appt
02/06/07  4:00 ✓   02/07/07  4:00

HAS AN APPOINTMENT ON

02/08/07  4:00 ✓

| DAY | DATE | TIME |
|-----|------|------|

— SPECIAL INSTRUCTIONS —

If unable to keep appointment, kindly give 24 hours notice.

EXHIBIT # 14

SCANNED ON 01/02/49/2008

ORTHOPEDIC, SPORTS & REHABILITATION
CLINIC OF ROCKFORD, LTD.
T.K. NIGAM, M.D.
K. NIGAM, M.D.
MULFORD VILLAGE OFFICE PARK
6090 STRATHMOOR DRIVE
ROCKFORD, IL 61107-5287

(815) 397-6276      DEA # _____

LIC. # _____

NAME Tonya Beets      AGE _____

ADDRESS _____      DATE 03-12-07

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

No Work
For 4 wks
for 4 wks
to do 4/9?

☐ MAY SUBSTITUTE
☒ MAY NOT SUBSTITUTE      MAY REFILL _____ TIMES

_____
(Signature)

4JOS0077980

EXHIBIT #15

SCANNED ON 09/29/2008



ORTHOPEDIC, SPORTS & REHABILITATION
CLINIC OF ROCKFORD, LTD.
T.K. NIGAM, M.D.
K. NIGAM, M.D.
MILFORD VILLAGE OFFICE PARK
8090 STRATHMOOR DRIVE
ROCKFORD, IL 61107-5287

(815) 397-6276

NAME: Tonya Beeb                    AGE
ADDRESS                             DATE 1/20/07
DEA #                LIC. #

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

R

MAY REFILL _____ TIMES

☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE



ORTHOPEDIC, SPORTS & REHABILIT.
CLINIC OF ROCKFORD, LTD.
T.K. NIGAM, M.D.
K. NIGAM, M.D.
MULFORD VILLAGE OFFICE PARK
6020 STRATHMOOR DRIVE
ROCKFORD, IL 6110?-5287

(815) 397-8275

DEA #
LIC. #

NAME Tonya Bates          AGE:
ADDRESS                   DATE 4-23-07

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

No refill
x 2 wk

☐ MAY SUBSTITUTE
☑ MAY NOT SUBSTITUTE

MAY REFILL _____ TIMES

_____ (Signature)

SCANNED ON 02/29/2008

