EXHIBIT # 18

SCANNED ON 02/29/2008



ORTHOPEDIC, SPORTS & REHABIL...ON
CLINIC OF ROCKFORD, LTD.
T.K. NIGAM, M.D.
K. NIGAM, M.D.
MULFORD VILLAGE OFFICE PARK
6909 STRATHMOOR DRIVE
ROCKFORD, IL 61107-5287

(815) 397-6276

NAME Tonya Roots          AGE
ADDRESS                   DATE 5-18-07
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND
LIC. #
DEA #

Rx

☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE

MAY REFILL ___ TIMES

EXHIBIT #19



# CITY OF ROCKFORD, ILLINOIS

**PUBLIC SAFETY BUILDING**
420 WEST STATE STREET
ROCKFORD, ILLINOIS 61101-1207

LAWRENCE J. MORRISSEY
MAYOR

POLICE DEPARTMENT
CHET EPPERSON
CHIEF OF POLICE

May 18, 2007

Officer Tonya Beets
3807 Cassandra Drive
Rockford, IL 61114

Dear Officer Tonya Beets:

This letter is a notice to address your sick time. Out of 2,080 hours an officer works annually, your sick time usage for 2006 was 1,405 hours. These numbers reveal an absentee rate of 68% which totals over $36,000 in wages for your paid sick time. This does not include FMLA. In 2007, out of 800 work hours, you have 494 sick hours through today's date. The department's average usage of sick time per officer a year is 32 hours.

Your entire career indicates your sick time usage has consistently far exceeded the employee average. In addition to the financial impact this has created, our department and your fellow officers have repeatedly been adversely affected. Patrol supervisors have continually rearranged shift assignments, taking an officer off the street, likewise creating a shortage answering street calls in order to fill your position. The ability to adequately respond to calls of service to the community have been compromised, and at times, officers have worked overtime to compensate the shortage from your absence.

I realize that a police officer's job is demanding and challenging, but we cannot provide proper service with department shortages. Immediate action is needed to improve your sick time usage because your position as an officer is in jeopardy. Effective this date, your sick time usage will be reviewed monthly. With that said, if your sick leave usage continues to be excessive, progressive discipline will continue.

Sincerely,

Lori Sweeney, Deputy Chief
Administrative Services Bureau

sl

EXHIBIT #20

SCANNED ON 02/29/2008



ORTHOPEDIC, SPORTS & REHABILITATION
CLINIC OF ROCKFORD, LTD.
T.K. NIGAM, M.D.
K. NIGAM, M.D.
MULFORD VILLAGE OFFICE PARK
6090 STRATHMOOR DRIVE
ROCKFORD, IL 61107-5997

(815) 397-6276

NAME Tanya Breis

AGE DATE 6/4/07

ADDRESS _____ LIC. # _____ DEA # _____

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞  no work
until 7/3/07

☐ MAY SUBSTITUTE       MAY REFILL ___ TIMES
☐ MAY NOT SUBSTITUTE

_____ (Signature)

# CITY OF ROCKFORD, ILLINOIS

PUBLIC SAFETY BUILDING
420 WEST STATE STREET
ROCKFORD, ILLINOIS 61101-1207

LAWRENCE J. MORRISSEY
MAYOR

POLICE DEPARTMENT
CHET EPPERSON
CHIEF OF POLICE

July 3, 2007

Officer Tonya Beets
3807 Cassandra Dr.
Rockford, IL 61114

Dear Officer Beets:

The Rockford Police Department has a sick leave policy which is covered under General Order 72-06. This General Order covers the Department's policy, reporting procedures and monitoring procedures when absent from duty due to illness or injury. A copy of this General Order has been attached to this notice.

Section III. B of the General Order indicates "an employee on sick leave or light duty for twenty-eight (28) consecutive calendar days or more **will be required** to submit a written medical evaluation from his physician within five (5) consecutive calendar days after the 28th day" to the Administrative Services Commander (Deputy Chief of Administrative Services). The medical evaluation should cover your condition and anticipated date of return to duty, to both light duty and/or full duty. Failure to comply with this General Order may lead to discipline ranging from an oral reprimand to termination.

Officer Beets, you received a letter from myself on or about May 18, 2007 addressing your sick time. I have not received any further documentation regarding your current medical status. The only notice I have received is from a doctor stating you are unable to work. You are hereby ordered to submit a medical evaluation update from your treating medical physician no later than 5 p.m., on July 20, 2007. You are then ordered to submit a medical update every 28 days so that I may monitor your progress and report to the Chief, per the General Order.

Please review the attached General Order. If you have any questions regarding this General Order, please contact me.

Sincerely,

Lori Sweeney, Deputy Chief
Administrative Services Bureau

enclosure

JUL-19-2007 10:24  FROM:OSR CLINIC          8153972266          TO:9613208          P.1/1

*fax 961-3208*

# Orthopedic Sports and Rehab. Clinic Of Rockford, Ltd.

### 6090 Strathmoor Dr.
### Rockford, IL 61107
### Ph. 815-397-6276   Fax 815-397-2266

Dr. T.K. Nigam                           Dr. Kumud Nigam

July 13, 2007
RE: Tonya Beets

Tonya's return to work date is unknown because of the fact that she was advised to see a pain management dr. to better help control her pain.

If you have any questions please call our office at 815-397-6276.

Thank You,

Dr. T.K. Nigam



Cc: patient file



# CITY OF ROCKFORD, ILLINOIS

**PUBLIC SAFETY BUILDING**
420 WEST STATE STREET
ROCKFORD, ILLINOIS 61101-1207

LAWRENCE J. MORRISSEY
MAYOR

POLICE DEPARTMENT
CHET EPPERSON
CHIEF OF POLICE

July 23, 2007

Officer Tonya Beets
3807 Casandra Drive
Rockford, IL 61114

Dear Officer Tonya Beets:

This letter is to notify you that I have not received adequate information regarding your medical absence from work.  Failure to provide proper medical information allowing your absence from work is in violation of Rockford Police Department General Order 72-06.

The General Order 72-06 covering Sick Leave states:

I   SICK LEAVE/LIGHT DUTY POLICY
    F. Any employee found to be abusing the department's sick leave policy is subject to disciplinary action.

II. Employee ABSENCE REPORTING PROCEDURES
    A. An employee who will be absent shall:
        2. The notification shall include:
            a. Nature of illness/injury and if job related.
            b. Your anticipated date of return to duty.

III. MONITORING PROCEDURES FOR SICK LEAVE
    B. An employee on sick leave or light duty for twenty eight (28) consecutive calendar days or more WILL BE REQUIRED TO:
        1.  Submit a written medical evaluation from his physician within five (5) consecutive calendar days after the 28th day". The medical evaluation should cover your condition and anticipated date of return to duty, to both light/full duty.

EXHIBIT #2

961-3208

# *Orthopedic Sports and Rehab. Clinic Of Rockford, Ltd.*

*6090 Strathmoor Dr.*
*Rockford, IL 61107*
*Ph. 815-397-6276   Fax 815-397-2266*

*Dr. T.K. Nigam*                          *Dr. Kumud Nigam*

July 9, 2007
RE:  Tonya Beets

Tonya has bursitis in the shoulder and a fracture to the right hand.  She has possible reflux dystrophy.  She is not ready to go to work at this time.  I told her the return to work date is not known.

If you have any questions please call our office at 815-397-6276.

Thank You,

Dr. T.K. Nigam

Cc: patient file

JUL-27-2007 11:10  FROM:OSR CLINIC          8153972266          TO:9613208          P.1/1

# *Orthopedic Sports and Rehab. Clinic Of Rockford, Ltd.*

### 6090 Strathmoor Dr.
### Rockford, IL 61107
### Ph. 815-397-6276   Fax 815-397-2266

*Dr. T.K. Nigam*                         *Dr. Kumud Nigam*

July 27, 2007
RE:  Tonya Beets

On October 18, 2006 Tonya had a right shoulder arthroscopy due to the fact she had impingement syndrome and painful AC joint that was not helped with physical therapy or injections.

On March 2, 2007 she had a second surgery (Excision end of clavicle) on the shoulder due to continued pain with no relief from therapy or injections.

On May 17, 2007 I repaired a fracture to the third metacarpal on the right hand.

She is unable to return to any kind of work at this time due to continued extreme pain in the shoulder and possible reflux dystrophy.  She is currently seeing a pain management doctor to better control her pain.  Once under control we will re-address work status.

If you have any questions please call our office at 815-397-6276.

Thank You,

Dr. T.K. Nigam

SCANNED ON @ 09/29/2008

# CITY OF ROCKFORD
# POLICE DEPARTMENT




# JOB PERFORMANCE RATING SCALES FO

# PATROL OFFICER

CHIEF'S
**EXHIBIT**
9

**RATER NAME:** Sgt. P. Steve Jones

**CANDIDATE NAME:** Officer Tonya Cobb

## PATROL OFFICER PERFORMANCE EVALUATION

NAME: Tonya Cobb

RANK: Patrol Officer

DIVISION: Community Services

ATTENDANCE

_____ Never absent (except for vacation, compensatory time or personal days)

__X__ Was absent for illness 48.72 days in the last 12 months. Total sick hours used 389.75-- total regular hours scheduled 2080 = % absent for illness 18.74 % (2080 hours for full-time employees working 12 months).

PUNCTUALITY

__X__ Always punctual

_____ Was tardy _____ times in last _____ months.

DISCIPLINARY ACTION

__X__ No disciplinary action

_____ Was disciplined _____ times in the last _____ months.

| DATE | ACTION | REASON |
|------|--------|--------|
|      |        |        |

### RATING SUMMARY

| PERFORMANCE VARIABLE | RATING |
|----------------------|--------|
| 1. Human Relations | 4 |
| 2. Judgement | 4 |
| 3. Initiative | 3 |
| 4. Written Communication | 3 |
| 5. Verbal Communication | 5 |
| 6. Interviewing Skills | 4 |
| 7. Dependability | 2 |
| 8. Job Knowledge & Training | 3 |
| 9. Appearance | 5 |

TOTAL RATING . . . . . . . . . . . . . . 33

SUPERVISOR COMMENTS: Tonya is new to this unit and is working hard to gain knowledge and learn the day to day activities.

Employee Signature _____ Date: 04-11-00

Supervisor Signature _____ Steve Jones _____ Date: 04-11-00

# HUMAN RELATIONS

The extent to which the officer shows enthusiasm and loyalty to the job. Puts forth extra effort and does not avoid getting involved. Interacts well with others and does not project an arrogant or superior image. Works well as a team player.

1. Attitude causes disruption/ friction in the department. Does just enough to get by and no more. Constantly complaining.

2.

Rarely questions authority. Usually puts forth the effort required for the job. Rarely causes disruption. Coordinates efforts with others.

3.

Tonya is new to this unit and is working very hard to fit in. Tonya willingly takes on all assignments given to her.

(4.)

5. Always has a positive and enthusiastic attitude. Is always loyal and promotes a positive image of the department. Always willing to take on extra work. Responds positively to constructive criticism.

# JUDGEMENT

The extent to which the officer makes proper decisions based on the facts known to him or her at that time.

1. Difficult tasks usually assigned to others because of officer's history of poor judgement.

2.

Usually exercises sound judgement. Displays objectivity in assessing situations. Can be assigned most tasks that require the officer to exercise sound judgement.

3.

During the time Tonya has been with this unit, I have observed her use sound judgement when dealing with citizens and groups.

(4.)

5. Is known for excellent judgement. Is given tasks that require difficult decisions. Does not make bad judgements. Takes appropriate risks using sound judgement.

# INITIATIVE

The extent to which the officer is a self-starter and requires minimal supervision. Anticipates and takes appropriate action without being told.

1. Does just enough to get by. Must be constantly supervised to get things done.

2.

Takes what is assigned and adequately performs those duties. Occasionally initiates activities on his or her own. Exercises judgement in making decisions he/she has authority to do. Does not act on own behalf without permission if needed.

③ As Tonya's knowledge of Community Services grows, so will her initiative. With the experien she does have, I have found she is not hesitant to take on new assignments.

4.

5. Requires very little supervision. Always looks for more to do without being assigned. Always ready for more responsibility.

# WRITTEN COMMUNICATION

The extent to which the officer's reports are accurate, clear, concise and legible.

1. Reports frequently returned for corrections and completion.

2.

Reports are usually adequate.

③. Tonya's reports reflect where she should be with her time and experience on the job.

4.

5. Reports are clear, concise, accurate and legible. Questions are asked of supervisors or clarification is needed.  IF

# VERBAL COMMUNICATION

The extent to which the officer speaks clearly, concisely and accurately. Listens effectively and responds appropriately.

1. Talks in a manner that is difficult to understand. Is abrasive or unprofessional. Department receives complaints from citizens or fellow officers.

2.

Usually communicates adequately and in a professional manner.

3.

4.

Tonya excells on her verbal communication with citizens. She is able to adjust to fit the situation she is in. She is able to make her point and have the citizen understand without offending.

(5) Modifies communication style to fit the situation. Communications well in all circumstances.

# INTERVIEWING SKILLS

The extent to which the officer is able to establish rapport with all types of individuals.  Adapts interviewing techniques to extract relevant information.

1.  Unable to establish rapport.  Unable to extract relevant information.

2.

Usually able to establish rapport and extract relevant information.

3.

Tonya does obtain the necessary information to draw a conclusion to the problem.  I do want her to attend a class on interviewing skills.

④

5.  Always able to establish rapport and extract relevant information with all types of people and in all situations.

# DEPENDABILITY

Sick Leave Usage  389.75 hrs

Unexcused Absences  -0-

Tardiness:  Was tardy  -0-  times in the last  12  months.

The extent to which the individual can be counted on to be present and on time.
Answers calls promptly and properly.  Can be counted on to perform all job duties
properly with minimal supervision.

1. Frequently late or absent.  Cannot be
counted on.  Requires an inordinate amount
of supervision to get things done.  Does not
answer calls properly or promptly.

Due to events, personal and job ②
related, that have taken place
this year, Tonya's sick time was
unacceptably high.  Tonya has
acknowledged this and I have seen
an improvement.  I have found
though that when given an
assignment, Tonya accepts this
without question and can be
relied on to complete the task.

**Can be counted on to show up on time.** 3.
**Requires appropriate amount of super-**
**vision.  Answers calls properly and**
**promptly.**

4.

5.  Always shows up on time.  Requires
minimal supervision.  Can always be counted
on to complete all duties appropriately.

# JOB KNOWLEDGE & TRAINING

Hours of training _____ in last month _____.

Is familiar with department policies and procedures, as well as state, federal and local laws. Attends and utilizes relevant information from training programs.

1. Frequently makes mistakes because of a lack of job knowledge.

2.

Usually well versed in all aspects of job knowledge. Shows application of knowledge gained from training programs.

③. Tonya is new to this assignment an is in the process of learning the job. I have observed Tonya, has the ability to catch on quick and retain information. Tonya is scheduled to attend a crime prevention school thi year.

4.

5. Recognized and relied upon as a resource for job knowledge. Serves as a role model for fellow workers.

# APPEARANCE

Professional bearing as determined by overall neatness, personal grooming and presentation.

1.  Poor personal hygiene.  Disregards personal appearance.  Violates department uniform standards.

2.

Usually well groomed and complies with department standards regarding uniform.

3.

4.

5.  Always well groomed and always complies with department standards regarding uniform.

```
                    ROCKFORD POLICE DEPARTMENT
Date : 04/10/2000                                    Page   1
                     Training History List
               COBB, TONYA ()  SSN: 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
                         PATROL
Total Training Hours  :    921.00        Total College Credits :    0.00


                   from 04/01/1999 to 04/01/2000


     Course Title                        Course    Course
     Sponsor/Vendor                      Dates     Costs


1    Course Code -> 150-009-0002-003
     USE OF FORCE/PHYSICAL ENCOUNTER UPDATE      10/25/1999    0.00
     NITAB 2                                     10/26/1999
     Attendance/Grade: P   Instructor: INGARD/BREW/KVO   Travel :    0.00
     Training Hrs 16.00    COURSE SATISFACTORILY COMPLETED




               Totals from 04/01/1999 to 04/01/2000
     Training Hours    16.00  Instructor Hrs   0.00  Training Costs    0.00
     Quarter Units      0.00  Semester Units   0.00  Travel Costs      0.00
```



# CITY OF ROCKFORD

# POLICE DEPARTMENT



### SELF EVALUATION

THIS FORM IS TO BE COMPLETED BY THE PATROL OFFICER OR INVESTIGATOR AND SUBMITTED TO THE SERGEANT AND LIEUTENANT AS AN AID IN COMPLETING A THOROUGH PERFORMANCE EVALUATION.

NAME _Tonya Cobb_____ POSITION _Patrol Officer_ DATE _____
DIVISION _Community Services_ COMMANDING OFFICER _D.C. J. Lasparro____

PURPOSE:  To effectively document and communicate the quantity, quality, and value of work you have accomplished, your views on your strengths and areas for growth.  (Use additional paper if necessary)

WORK ACCOMPLISHED          Evaluation Period From _____ to _____

Training (courses taken, in-house training, number of hours):

_____

_____

_____

_____

Goals Accomplished:
Successful Follow-up Investigation, and with Information I received about a Drug House in Area 7, that Resulted in A successful Drug Raid 3126 Lapey. I also Received Information on a wanted person who was wanted on Several City Warrants, and possibly Dealing in Drugs at 3237 10th St Resulted in an Arrest By Area 7 Patrol Officers.

**Goals Not Yet Accomplished** (explain)

GET MORE NEIGHBORHOOD WATCH GROUPS STARTED IN AREA 7 AND 8. I HAVE A LIST OF ABOUT FIVE HOUSES WHICH MAYBE DEALING DRUGS THAT I WOULD LIKE TO GET TAC OR METRO TO RAID, TO GET THE TENANTS OUT. Complete AS MUCH TRAINING AS I COULD FOR C.S.U. AND PATRO

**Special Projects Completed** (if you are an investigator, include the amount of cases you have closed):

WITHIN the first month I WAS ASSIGNED to Community Services I WAS ASSIGNED Several NEIGHBORHOOD DISPUTE PROBLEMS that HAD BEEN BREWING for SOMETIME, AND MANAGED TO GET Agreements from PARTIES INVOLVED to ASSIST IN RECTIFYING PROBLEM THROUGH means of COMMUNICATE WITH me AND CERTAIN SUGGESTIONS I ADVISED TO RESOLVE ISSUES.

**Innovations This Evaluation Period** (new ideas, suggestions, cost savings):

WHEN C.S.U. RECEIVE A Complaint ABOUT PROBLEMS IN THE AREA INVOLVING DRUGS. WE AS C.S.U.'s SHOULD BE ALLOWED TO SIT ON the HOUSE AT NIGHT TO VERIFY THE COMPLAINT, BEFORE SENDING INFO TO TAC / METRO THAT WAY AREA SQUADS are NOT CONSTANTLY BEING SENT FOR 1060 CALLS.

**AREAS FOR GROWTH**

**What areas do you feel you need to improve** (be specific):

I feel I need TO BECOME MORE COMFORTABLE WITH SPEAKING IN PUBLIC, WHEN GIVING SAFETY BRIEFINGS, AND DRUG PREVENTION TALKS. I need MORE TRAINING WITH MY WEAPON.

<u>What training plans do you have for improving these areas?</u>

I will attend a crime prevention course for officers in May 00. I also plan on taking a mediation skills course sometime this year. I will also give more safety talks. Continue to get one on one training when the range officer haves time. Time so my shooting abilities will continue to improve.

## SUMMARY

<u>Please summarize the major contributions to the Police Department this period:</u>

Other than normal patrol duties I have not had any major contribution due to my recent change from patrol to community services. I believe my follow up investigations skills are good

<u>General Comments:</u>

I feel I am performing my duties well in C.S.U. and I plan to do my best working in the community and with local organizations while I'm assigned to C.S.U.

_____          _____
**Employee Signature**                            03-28-00
                                                    **Date**

# CITY OF ROCKFORD
# POLICE DEPARTMENT





# JOB PERFORMANCE RATING
# SCALES FOR
# PATROL OFFICER

RATER NAME:  Sgt. T. Glover
CANDIDATE NAME:  Tonya Cobb
DOA: 03-24-97



CHIEF'S
**EXHIBIT**
10

## PATROL OFFICER PERFORMANCE EVALUATION

NAME: Tonya Cobb

RANK: Patrol Officer

DIVISION: Community Services

DOA: 01-09-2000

ATTENDANCE:

☐ Never absent ( except for vacation, compensatory time or personal days)

☐ Was absent for illness　　days in the last　　months. Total sick hours used --total regular hours scheduled　　= % absent for illness　　% (2080 hours for full-time employees working 12 months).

PUNCTUALITY:

☐ Always punctual

☐ Was tardy　　times in last　　months.

DISCIPLINARY ACTION:

☐ No disciplinary action taken

☐ Was disciplined　　times in the last　　months.

DATE:　　　　　　　ACTION:

REASON:

DATE:　　　　　　　ACTION:

REASON:

### RATING SUMMARY

PERFORMANCE VARIABLE _____　　　　　　RATING

1. Human Relations
2. Judgment
3. Initiative
4. Written Communication
5. Verbal Communication
6. Interviewing Skills
7. Dependability
8. Job knowledge & training
9. Appearance

　　　　TOTAL RATING:

SUPERVISOR COMMENTS: I was not able to evaluate Officer Cobb because of her lengthy absenteeism from work, which stemmed from pregnancy complications

Employee Signature:_____　Date:_____

Supervisor Signature:_____　Date:_____

# CITY OF ROCKFORD
# POLICE DEPARTMENT





# JOB PERFORMANCE RATING
# SCALES FOR
# PATROL OFFICER

RATER NAME:  Sgt. Theo Glover/Sgt. Michael Booker
CANDIDATE NAME:  Officer Tonya Beets
DOA: 03-24-1997

GENERAL ORDERS O.K.

CHIEF'S
EXHIBIT
11

## PATROL OFFICER PERFORMANCE EVALUATION

NAME:  Tonya Beets
RANK:  Patrol Officer
DIVISION:  Patrol/School Liason
DOA:  03-24-1997

ATTENDANCE:
[ ] Never absent ( except for vacation, compensatory time or personal days)
[X] Was absent for illness 57 days in the last 12 months.  Total sick hours used 458.5--
total regular hours scheduled 2080 = % absent for illness 22 % (2080 hours for full-time
employees working 12 months).

PUNCTUALITY:
[X] Always punctual
[ ] Was tardy        times in last        months.

DISCIPLINARY ACTION:
[X] No disciplinary action taken
[ ] Was disciplined        times in the last        months.
DATE:                ACTION:
REASON:
DATE:                ACTION:
REASON:

### RATING SUMMARY

| PERFORMANCE VARIABLE | RATING |
|---|---|
| 1. Human Relations | 3 |
| 2. Judgment | 4 |
| 3. Initiative | 4 |
| 4. Written Communication | 5 |
| 5. Verbal Communication | 4 |
| 6. Interviewing Skills | 4 |
| 7. Dependability | 2 |
| 8. Job knowledge & training | 4 |
| 9. Appearance | 5 |
| TOTAL RATING: | 35 |

SUPERVISOR COMMENTS:  Officer Beets' sick time usage continues to be
unacceptably high.  Some of her sick leave was caused by a duty related injury however
the un-related sick leave is also high.  Tonya does have an interest in the job but her
extended absence has hindered her gaining experience and job knowledge.  When Tonya
is at work she works hard for the citizens in her assigned areas.

Employee Signature: _____    Date: 05-23-02
                                                      05-23-02
                                                      05-23-02

# HUMAN RELATIONS

The extent to which the officer shows enthusiasm and loyalty to the job. Puts forth extra effort and does not avoid getting involved. Interacts well with others and does not project an arrogant or superior image. Works well as a team player.

☐ 1. Attitude causes disruption/friction in the department. Does just enough to get by and no more. Constantly complaining. Comments:

☐ 2. Comments:

☒ 3. Rarely questions authority. Usually puts forth the effort required for the job. Rarely causes disruption. Coordinates effort with others. Comments: Tonya works hard for the citizens who reside in her assigned areas but she seems to prefer working alone, independent of others in the unit.

☐ 4. Comments:

☐ 5. Always has a positive and enthusiastic attitude. Is always loyal and promotes a positive image of the department. Always willing to take on extra work. Responds positively to constructive criticism. Comments:

SCANNED ON @!@02/29/2008

# JUDGMENT

The extent to which the officer makes proper decisions based on the facts known to him or her at that time.

☐ 1.  Difficult tasks usually assigned to others because of officer's history of poor judgment.  Comments:

☐ 2.  Comments:

☐ 3.  Usually exercises sound judgment.  Displays objectivity in assessing situations. Can be assigned most tasks that require the officer to exercise sound judgment. Comments:

☒ 4.  Comments:  Tonya does use good judgement when dealing with the public.  She utilizes supervisory assistance appropriately.

☐ 5.  Is known for excellent judgment.  Is given tasks that require difficult decisions. Does not make bad judgments.  Takes appropriate risks using sound judgments. Comments:

# INITIATIVE

The extent to which the investigator is a self-starter and requires minimal supervision. Anticipates and takes appropriate action without being told.

☐ 1. Does just enough to get by. Must be constantly supervised to get things done. Comments:

☐ 2. Comments:

☐ 3. Takes what is assigned and adequately performs those duties. Occasionally initiates activities on his or her won. Exercises judgment in making decisions he/she has authority to do. Does not act on own behalf without permission if needed. Comments:

☒ 4. Comments: Tonya is not hesitant to take on new assignments or get involved with the difficult issues.

☐ 5. Requires very little supervision. Always looks for more to do without being assigned. Always ready for more responsibility. Comments: