## WRITTEN COMMUNICATION

The extent to which the officer's reports are accurate, clear, concise, and legible.

☐ 1. Reports frequently returned for corrections and completion.  Comments:

☐ 2. Comments:

☐ 3. Reports are usually adequate.  Comments:

☐ 4. Comments:

☒ 5. Reports are clear, concise, accurate, and legible.  Questions are asked of supervisors if clarification is needed.  Comments: Tonya writes good reports that are complete and concise.  Her reports always contain the required information.

## VERBAL COMMUNICATION

The extent to which the officer speaks clearly, concisely, and accurately. Listens effectively and responds appropriately.

☐ 1. Talks in a manner that is difficult to understand. Is abrasive or unprofessional. Department receives complaints from citizens, or fellow officers. Comments:

☐ 2. Comments:

☐ 3. Usually communicates adequately and in a professional manner. Comments:

☒ 4. Comments: Tonya communicates effectively on all levels.

☐ 5. Modifies communication style to fit the situation. Communicates well in all circumstances. Comments:

## INTERVIEWING SKILLS

The extent to which the officer is able to establish rapport with all types of individuals. Adapts interviewing techniques to extract relevant information.

☐ 1. Unable to establish rapport. Unable to extract relevant information. Comments:

☐ 2. Comments:

☐ 3. Usually able to establish rapport and extract relevant information. Comments:

☒ 4. Comments: Tonya asks the appropriate questions to gather the needed information. Her effectiveness as an interviewer will improve with experience.

☐ 5. Always able to establish rapport and extract relevant information with all types of people and in all situations. Comments:

# DEPENDABILITY

Sick Leave Usage:  458.5 (111.5 Job Related Injury)
Unexcused Absences:  0
Tardiness:  Was tardy 0 times in last 12 months.

The extent to which the individual can be counted on to be present and on time.  Answers calls promptly and properly.  Can be counted on to perform all job duties properly with minimal supervision.

☐  1. Frequently late or absent.  Cannot be counted on.  Requires an inordinate amount of supervision to get things done.  Does not answer calls properly or promptly.
Comments:

☒  2.  Comments:  Tonya's sick leave usage remains unacceptably high.  Some of her time was related to a job related injury however other sick time was used as well.  Tonya's extended absence negatively impacts her ability to gain experience and become proficient in this job.

☐  3.  Can be counted on to show up on time.  Requires appropriate amount of supervision.  Answers calls properly and promptly.  Comments:

☐  4.  Comments:

☐  5.  Always shows up on time.  Requires minimal supervision.  Can always be counted on to complete all duties appropriately.  Comments:

## JOB KNOWLEDGE & TRAINING

111 hours of training in the last 12 months.

Is familiar with department policies, as well as state, federal, and local laws. Attends and utilizes relative information from training programs.

☐ 1. Frequently makes mistakes because of a lack of job knowledge. Comments:


☐ 2. Comments:

☐ 3. Usually well versed in all aspects of job knowledge. Shows application of knowledge gained from training programs. Comments:

☒ 4. Comments: Tonya is always willing to learn and has attended several additional classes this year. She is only held back by a lack of experience.

☐ 5. Recognized and relied upon as a resource for job knowledge. Serves as a role model for fellow workers. Comments:

# APPEARANCE

Professional bearing as determined by overall neatness, personal grooming, and presentation.

☐ 1. Poor personal hygiene. Disregards personal appearance. Violates department uniform standards. Comments:

☐ 2. Comments:

☐ 3. Usually well-groomed and complies with department standards regarding uniform. Comments:

☐ 4. Comments:

☒ 5. Always well-groomed and always complies with department standards regarding uniform. Comments: Tonya takes pride in her appearance. She always presents a positive and professional appearance.

SCANNED ON @1:@2/29/2@@8

# CITY OF ROCKFORD
# POLICE DEPARTMENT





# JOB PERFORMANCE RATING
# SCALES FOR
# PATROL OFFICER

RATER NAME:  Sergeant Dane Person
CANDIDATE NAME:  Officer Tonya Beets
DOA: 3/24/97

CHIEF'S
EXHIBIT
12

PATROL OFFICER PERFORMANCE EVALUATION

NAME:  Officer Tonya Beets
RANK:  Patrol Officer
DIVISION:  Operations
DOA: 3/24/97

ATTENDANCE:
☐ Never absent ( except for vacation, compensatory time or personal days)
☒ Was absent for illness 52 days in the last 12 months.  Total sick hours used 416--total regular hours scheduled 2080 = % absent for illness 20 % (2080 hours for full-time employees working 12 months).

PUNCTUALITY:
☒ Always punctual
☐ Was tardy         times in last          months.

DISCIPLINARY ACTION:
☒ No disciplinary action taken
☐ Was disciplined         times in the last          months.
DATE:                          ACTION:
REASON:
DATE:                          ACTION:
REASON:

RATING SUMMARY

| PERFORMANCE VARIABLE | RATING |
| --- | --- |
| 1.  Human Relations | 4 |
| 2.  Judgment | 3 |
| 3.  Initiative | 4 |
| 4.  Written Communication | 5 |
| 5.  Verbal Communication | 4 |
| 6.  Interviewing Skills | 4 |
| 7.  Dependability | 3 |
| 8.  Job knowledge & training | 4 |
| 9.  Appearance | 5 |
| TOTAL RATING: | 36 |

SUPERVISOR COMMENTS:  Officer Beets has a positive and enthusiastic attitude towards her new duties as elementary school liaison officer.  Officer Beets has made an effort to interact well with others and to be a team player. Officer Beets has used skills learned from her past position as Community Services Officer to problem solve and develop new solutions.Officer Beets has had surgery and recovery time that has contributed to the excessive amount of time away from work.  Officer Beets needs to decrease the amount of unscheduled time-off to improve her work consistancy and productivity that her assigned elementary schools require. *General Orders check ok.

Employee Signature: _____    Date: _4-8-03_

Supervisor Signature: _____    Date: _3/27/03_

SCANNED ON @1602/29/2008

# HUMAN RELATIONS

The extent to which the officer shows enthusiasm and loyalty to the job. Puts forth extra effort and does not avoid getting involved. Interacts well with others and does not project an arrogant or superior image. Works well as a team player.

☐ 1. Attitude causes disruption/friction in the department. Does just enough to get by and no more. Constantly complaining. Comments:

☐ 2. Comments:

☐ 3. Rarely questions authority. Usually puts forth the effort required for the job. Rarely causes disruption. Coordinates effort with others. Comments:

☒ 4. Comments: Officer Beets has a positive and enthusiastic attitude towards her new duties as elementary school liaison officer. Officer Beets has made an effort to interact well with others and to be a team player.

☐ 5. Always has a positive and enthusiastic attitude. Is always loyal and promotes a positive image of the department. Always willing to take on extra work. Responds positively to constructive criticism. Comments:

# JUDGMENT

The extent to which the officer makes proper decisions based on the facts known to him or her at that time.

☐ 1. Difficult tasks usually assigned to others because of officer's history of poor judgment.  Comments:

☐ 2. Comments:

☒ 3. Usually exercises sound judgment.  Displays objectivity in assessing situations. Can be assigned most tasks that require the officer to exercise sound judgment. Comments: Officer Beets is dealing directly with elementary school age children in the performance of her duties.  Because of sensitive issues that surround working with the Rockford Public Schools, Officer Beets is willing to contact supervisors or senior officers so that mistakes due to unfamiliarity with protocol are limited.  Officer Beets will improve her decision making ability as she gains more experience in the school unit.

☐ 4. Comments:

☐ 5. Is known for excellent judgment.  Is given tasks that require difficult decisions. Does not make bad judgments.  Takes appropriate risks using sound judgments. Comments:

## INITIATIVE

The extent to which the investigator is a self-starter and requires minimal supervision. Anticipates and takes appropriate action without being told.

☐ 1. Does just enough to get by. Must be constantly supervised to get things done. Comments:

☐ 2. Comments:

☐ 3. Takes what is assigned and adequately performs those duties. Occasionally initiates activities on his or her won. Exercises judgment in making decisions he/she has authority to do. Does not act on own behalf without permission if needed. Comments:

☒ 4. Comments: Officer Beets has volunteered for assignments that are her co-workers responsibilty. Officer Beets requires an the average amount of supervison from her supervisor.

☐ 5. Requires very little supervision. Always looks for more to do without being assigned. Always ready for more responsibility. Comments:

SCANNED ON 09/26/2008

## WRITTEN COMMUNICATION

The extent to which the officer's reports are accurate, clear, concise, and legible.

☐ 1. Reports frequently returned for corrections and completion.  Comments:

☐ 2. Comments:

☐ 3. Reports are usually adequate.  Comments:

☐ 4. Comments:

☒ 5. Reports are clear, concise, accurate,  and legible.  Questions are asked of supervisors if clarification is needed.  Comments:  Officer Beets reports are neat, concise, and accurate.  Officer Beets rarely has reports returned for correction.

## VERBAL COMMUNICATION

The extent to which the officer speaks clearly, concisely, and accurately. Listens effectively and responds appropriately.

☐ 1. Talks in a manner that is difficult to understand. Is abrasive or unprofessional. Department receives complaints from citizens, or fellow officers. Comments:

☐ 2. Comments:

☐ 3. Usually communicates adequately and in a professional manner. Comments:

☒ 4. Comments: Officer Beets is able to effectively communicate her message to parents, students, and school administrators.

☐ 5. Modifies communication style to fit the situation. Communicates well in all circumstances. Comments:

SCANNED ON @ 08/29/2008

## INTERVIEWING SKILLS

The extent to which the officer is able to establish rapport with all types of individuals. Adapts interviewing techniques to extract relevant information.

☐ 1. Unable to establish rapport.  Unable to extract relevant information.  Comments:

☐ 2. Comments:

☐ 3. Usually able to establish rapport and extract relevant information.  Comments:

☒ 4. Comments:  Officer Beets is improving her interview techniques as she gains more experience being in the elementatry school atmosphere.

☐ 5. Always able to establish rapport and extract relevant information with all types of people and in all situations.  Comments:

SCANNED ON @:@@2/29/2008

# DEPENDABILITY

Sick Leave Usage:  416 plus 12 hours w/c
Unexcused Absences:  0
Tardiness:  Was tardy 0 times in last 12 months.

The extent to which the individual can be counted on to be present and on time.  Answers calls promptly and properly.  Can be counted on to perform all job duties properly with minimal supervision.

☐ 1. Frequently late or absent.  Cannot be counted on.  Requires an inordinate amount of supervision to get things done.  Does not answer calls properly or promptly. Comments:

☐ 2. Comments:

☒ 3. Can be counted on to show up on time.  Requires appropriate amount of supervision.  Answers calls properly and promptly.  Comments: Officer Beets has had surgery and recovery time that has contributed to the excessive amount of time away from work.  Officer Beets needs to decrease the amount of unscheduled time-off to improve her work consistancy and productivity.

☐ 4. Comments:

☐ 5. Always shows up on time.  Requires minimal supervision.  Can always be counted on to complete all duties appropriately.  Comments:

## JOB KNOWLEDGE & TRAINING

66 hours of training in the last 12 months.

Is familiar with department policies, as well as state, federal, and local laws. Attends and utilizes relative information from training programs.

☐ 1. Frequently makes mistakes because of a lack of job knowledge. Comments:


☐ 2. Comments:

☐ 3. Usually well versed in all aspects of job knowledge. Shows application of knowledge gained from training programs. Comments:

☒ 4. Comments: Officer Beets is familiar with department policies, as well as state, and local statutes. Officer Beets has used her experience with Community Services to problem solve with her current duties.

☐ 5. Recognized and relied upon as a resource for job knowledge. Serves as a role model for fellow workers. Comments:

## APPEARANCE

Professional bearing as determined by overall neatness, personal grooming, and presentation.

☐ 1. Poor personal hygiene. Disregards personal appearance. Violates department uniform standards. Comments:

☐ 2. Comments:

☐ 3. Usually well-groomed and complies with department standards regarding uniform. Comments:

☐ 4. Comments:

☒ 5. Always well-groomed and always complies with department standards regarding uniform. Comments: Officer Beets is always well-groomed and complies with department standards regarding uniform.

SCANNED ON @ 10:02/29/2008

# ROCKFORD POLICE

Date:  03/07/2003                    **Training History List**                    Page        1
                                     From 03/01/2002 to 02/28/2003

BEETS, TONYA (P.O.)   SSN: 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
SCHOOL LIASON

Total Training Hours:    1130.50                    Total College Credits:        0.00

| Course Title Sponsor / Vendor | Course Dates | Course Costs |
|---|---|---|
| 1  Course Code -> 260-013-0179-001 | | |
| BASIC SCHOOL RESOURCE OFFICER | 01/06/2003 | $    0.00 |
| NATIONAL ASSOCIATION OF SCHOOL RESOURCE OFFICER | 01/10/2003 | |
| Attendance/Grade: P    Instructor: | Travel Cost: | $    0.00 |
| Training Hrs:    40.00    COURSE SATISFACTORILY COMPLETED | | |
| 2  Course Code -> 265-025-0001-001 | | |
| DOM. VIOL/DEALING WITH AUTISM/ACC. & DUI INVEST. | 11/08/2002 | $    0.00 |
| ROCKFORD POLICE DEPT | 11/08/2002 | |
| Attendance/Grade: P    Instructor: | Travel Cost: | $    0.00 |
| Training Hrs:    8.00    COURSE SATISFACTORILY COMPLETED | | |
| 3  Course Code -> 260-012-0178-001 | | |
| SCHOOL VIOL. ISSUES, PROTECTING OUR SCHOOLS IN IL | 10/09/2002 | $    0.00 |
| LORMAN EDUCATION SERVICES | 10/09/2002 | |
| Attendance/Grade: P    Instructor: | Travel Cost: | $    0.00 |
| Training Hrs:    8.00    COURSE SATISFACTORILY COMPLETED | | |
| 4  Course Code -> 265-049-0001-001 | | |
| RAPID RESPONSE | 05/29/2002 | $    0.00 |
| ROCKFORD POLICE DEPT | 05/29/2002 | |
| Attendance/Grade: P    Instructor: | Travel Cost: | $    0.00 |
| Training Hrs:    4.00    COURSE SATISFACTORILY COMPLETED | | |
| 5  Course Code -> 140-001-0002-002 | | |
| C.P.R. REVIEW/A.E.D | 04/19/2002 | $    0.00 |
| NITAB 2 | 04/19/2002 | |
| Attendance/Grade: P    Instructor: AHRENS/HOEY | Travel Cost: | $    0.00 |
| Training Hrs:    3.00    COURSE SATISFACTORILY COMPLETED | | |

SCANNED ON @ 02/29/2008

# ROCKFORD POLICE

Date: 03/07/2003                    **Training History List**                    Page    2
**From 03/01/2002 to 02/28/2003**

BEETS, TONYA (P.O.)   SSN: 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
SCHOOL LIASON

Total Training Hours:   1130.50                    Total College Credits:   0.00

| Course Title Sponsor / Vendor | | Course Dates | Course Costs | |
|---|---|---|---|---|
| 6  Course Code -> 140-013-0002-001 | | | | |
| | HAZARDOUS MATERIALS REVIEW | 04/19/2002 | $ | 0.00 |
| | NITAB 2 | 04/19/2002 | | |
| Attendance/Grade: P    Instructor: AHRENS/HOEY | | Travel Cost: | $ | 0.00 |
| Training Hrs:    3.00    COURSE SATISFACTORILY COMPLETED | | | | |
| 7  Course Code -> 265-005-0002-003 | | | | |
| | GANG CRIME SPECIALIST | 03/18/2002 | $ | 0.00 |
| | NITAB 2 | 03/21/2002 | | |
| Attendance/Grade: P    Instructor: | | Travel Cost: | $ | 0.00 |
| Training Hrs:    32.00    COURSE SATISFACTORILY COMPLETED | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Training Hours:** | 98.00 | **Instructor Hours:** | 0.00 | **Training Costs:** $ | 0.00 |
| **Quarter Units:** | 0.00 | **Semester Units:** | 0.00 | **Travel Costs:** $ | 0.00 |



# CITY OF ROCKFORD

# POLICE DEPARTMENT



## SELF EVALUATION

THIS FORM IS TO BE COMPLETED BY THE PATROL OFFICER OR INVESTIGATOR AND SUBMITTED TO THE SERGEANT AND LIEUTENANT AS AN AID IN COMPLETING A THOROUGH PERFORMANCE EVALUATION.

NAME <u>Tonya Y. Beets</u>         POSITION <u>Police Officer</u>         DATE <u>03-07-03</u>
DIVISION <u>School Liaison Unit</u>         COMMANDING OFFICER <u>Sgt Person</u>

PURPOSE:  To effectively document and communicate the quantity, quality, and value of work you have accomplished, your views on your strengths and areas for growth.  (Use additional paper if necessary)

<u>WORK ACCOMPLISHED</u>         Evaluation Period From <u>03-07-02</u> to <u>03-07-03</u>

<u>Training</u> (courses taken, in-house training, number of hours):

<u>Basic School Resource Officer/Domestic Violence/Dealing  Autism/DUI Investigation/School Violence Issues/Rapid Response/C.P.R. Review/ A.E.D./ Hazardous Materials Review/ Gang Crime Specialist. 98 hours of training.</u>

<u>Goals Accomplished:</u>

<u>I have developed a working relationship with the principals and teachers of the schools that I am assigned to.  I have a good rapport with students.</u>

SCANNED ON

09/18/2008

<u>Goals Not Yet Accomplished</u> (explain)

<u>I do  plan to take the Investigators exmine with hopes of being assigned to Youth division or Identification Unit.</u>

<u>Special Projects Completed</u> (if you are an investigator, include amount of cases you have closed):

<u>I have been assigned to the School Unit for almost a year, and within that time I feel I have done a good job with follow ups that were given to me.  I am very good with documenting through reports and contact sheets.</u>

<u>I have been able to mediate several problems within  different schools involving students, principals and parents.</u>

<u>Innovations This Evaluation Period</u> (new ideas, suggestions, cost savings):

<u>During the summer months when schools are out instead of being placed in a day off group I am suggesting working four ten hour days on dayshift, but having Friday thru Sunday off.</u>

<u>AREAS FOR GROWTH</u>

<u>What areas do you feel you need to improve</u> (be specific)

<u>There is room for improvement in all we do as Police Officers.</u>

What training plans do you have for improving these areas?

I will continue to work hard in my position and continuous training will always help improve your ability to do your job.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SUMMARY

Please summarize the major contributions to the Police Department this period:

I have been successful with completing all assignments in a timely manner, making arrest when necessary, report wrting skills are good, and when I am not busy with my schools I do offer to assist the other Officers in the unit.

General Comments:

Being assigned to the School Unit is a good experience and it will definitely be good for my future goals. I work well with Supervisor and Officers assigned to the unit. The officers are there to assist if needed. I enjoy being in the unit it allows me to enhance my skills when dealing with youth and laws pertaining to juveniles.

Employee Signature                    Date 03-11-03

# CITY OF ROCKFORD
# POLICE DEPARTMENT





# JOB PERFORMANCE RATING
# SCALES FOR
# PATROL OFFICER

RATER NAME:  Sergeant Dane Person
CANDIDATE NAME:  Officer Tonya Beets
DOA: 03/24/97

CHIEF'S
EXHIBIT
13

## PATROL OFFICER PERFORMANCE EVALUATION

NAME:  Officer Tonya Beets

RANK:  Patrol Officer

DIVISION:  Special Units

DOA:  03/24/97`

ATTENDANCE:

☐ Never absent ( except for vacation, compensatory time or personal days)

☒ Was absent for illness 84 days in the last 12 months.  Total sick hours used 678.5-- total regular hours scheduled 2080 = % absent for illness 32.5 % (2080 hours for full-time employees working 12 months).

PUNCTUALITY:

☒ Always punctual

☐ Was tardy        times in last        months.

DISCIPLINARY ACTION:

☒ No disciplinary action taken

☐ Was disciplined        times in the last        months.

DATE:                          ACTION:

REASON:

DATE:                          ACTION:

REASON:

### RATING SUMMARY

| PERFORMANCE VARIABLE | RATING |
|---|---|
| 1.  Human Relations | 5 |
| 2.  Judgment | 4 |
| 3.  Initiative | 4 |
| 4.  Written Communication | 4 |
| 5.  Verbal Communication | 4 |
| 6.  Interviewing Skills | 4 |
| 7.  Dependability | 3 |
| 8. Job knowledge & training | 4 |
| 9. Appearance | 5 |
| TOTAL RATING: | 37 |

SUPERVISOR COMMENTS:  Officer Beets has a positive and enthusiastic attitude towards her duties as elementary school liaison officer.  Officer Beets has made an effort to interact well with other school unit officers and is a team player. Officer Beets has used skills learned from her past position as Community Services Officer to problem solve and develop new solutions.  Officer Beets has had ongoing health problems that have led to a moderate growth level of experience and skill within the unit.  As these circumstances change, I expect Officer Beets to continue to contribute positively to her duties.

Employee Signature: _____     Date: _9/28/04_

Supervisor Signature: _____     Date: _9/27/04_

SCANNED ON 01002/29/2008

# HUMAN RELATIONS

The extent to which the officer shows enthusiasm and loyalty to the job. Puts forth extra effort and does not avoid getting involved. Interacts well with others and does not project an arrogant or superior image. Works well as a team player.

☐ 1. Attitude causes disruption/friction in the department. Does just enough to get by and no more. Constantly complaining. Comments:

☐ 2. Comments:

☐ 3. Rarely questions authority. Usually puts forth the effort required for the job. Rarely causes disruption. Coordinates effort with others. Comments:

☐ 4. Comments:

☒ 5. Always has a positive and enthusiastic attitude. Is always loyal and promotes a positive image of the department. Always willing to take on extra work. Responds positively to constructive criticism. Comments: Officer Beets has a positive and enthusiastic attitude towards her duties as elementary school liaison officer. Officer Beets has made an effort to interact well with others and to be a team player.

# JUDGMENT

The extent to which the officer makes proper decisions based on the facts known to him or her at that time.

☐ 1. Difficult tasks usually assigned to others because of officer's history of poor judgment. Comments:

☐ 2. Comments:

☐ 3. Usually exercises sound judgment. Displays objectivity in assessing situations. Can be assigned most tasks that require the officer to exercise sound judgment. Comments:

☒ 4. Comments: Officer Beets is dealing directly with elementary school age children in the performance of her duties. Because of sensitive issues that surround working with the Rockford Public Schools, Officer Beets displays objectivity in assessing situations that can be controversial.

☐ 5. Is known for excellent judgment. Is given tasks that require difficult decisions. Does not make bad judgments. Takes appropriate risks using sound judgments. Comments:

## INITIATIVE

The extent to which the investigator is a self-starter and requires minimal supervision. Anticipates and takes appropriate action without being told.

☐ 1. Does just enough to get by. Must be constantly supervised to get things done. Comments:

☐ 2. Comments:

☐ 3. Takes what is assigned and adequately performs those duties. Occasionally initiates activities on his or her won. Exercises judgment in making decisions he/she has authority to do. Does not act on own behalf without permission if needed. Comments:

☒ 4. Comments: Officer Beets has volunteered for assignments that are her co-workers responsibilty. Officer Beets requires an the average amount of supervison from her supervisor.

☐ 5. Requires very little supervision. Always looks for more to do without being assigned. Always ready for more responsibility. Comments:

## WRITTEN COMMUNICATION

The extent to which the officer's reports are accurate, clear, concise, and legible.

☐  1.  Reports frequently returned for corrections and completion.  Comments:

☐  2.  Comments:

☐  3.  Reports are usually adequate.  Comments:

☒  4.  Comments:  Officer Beets report's are neat, concise, and accurate.  Officer Beets rarely has reports returned for correction.

☐  5.  Reports are clear, concise, accurate,  and legible.  Questions are asked of supervisors if clarification is needed.  Comments: