## VERBAL COMMUNICATION

The extent to which the officer speaks clearly, concisely, and accurately.  Listens effectively and responds appropriately.

☐ 1.  Talks in a manner that is difficult to understand.  Is abrasive or unprofessional. Department receives complaints from citizens, or fellow officers.  Comments:

☐ 2.  Comments:

☐ 3.  Usually communicates adequately and in a professional manner.  Comments:

☒ 4.  Comments:  Officer Beets is able to effectively communicate her message to parents, students, and school administrators.

☐ 5.  Modifies communication style to fit the situation.  Communicates well in all circumstances.  Comments:

SCANNED ON @ 10/29/2008

## INTERVIEWING SKILLS

The extent to which the officer is able to establish rapport with all types of individuals. Adapts interviewing techniques to extract relevant information.

☐ 1. Unable to establish rapport. Unable to extract relevant information. Comments:

☐ 2. Comments:

☐ 3. Usually able to establish rapport and extract relevant information. Comments:

☒ 4. Comments: Officer Beets is improving her interview techniques as she gains more experience being in the elementatry school atmosphere.

☐ 5. Always able to establish rapport and extract relevant information with all types of people and in all situations. Comments:

# DEPENDABILITY

Sick Leave Usage:  678.5 hours
Unexcused Absences:  0
Tardiness:  Was tardy 0 times in last 12 months.

The extent to which the individual can be counted on to be present and on time.  Answers calls promptly and properly.  Can be counted on to perform all job duties properly with minimal supervision.

☐  1.  Frequently late or absent.  Cannot be counted on.  Requires an inordinate amount of supervision to get things done.  Does not answer calls properly or promptly.  Comments:

☐  2.  Comments:

☒  3.  Can be counted on to show up on time.  Requires appropriate amount of supervision.  Answers calls properly and promptly.  Comments:  Officer Beets can generally be counted on to be present and on time.  Officer Beets is accountable to her duties and takes responsibility for the outcome of her investigations.  Officer Beets has 678.5 hours of sick usage.

☐  4.  Comments:

☐  5.  Always shows up on time.  Requires minimal supervision.  Can always be counted on to complete all duties appropriately.  Comments:

SCANNED ON @ 02/29/2008

SCANNED ON @ 10:02/29/2008

# JOB KNOWLEDGE & TRAINING

54 hours of training in the last 12 months.

Is familiar with department policies, as well as state, federal, and local laws. Attends and utilizes relative information from training programs.

☐ 1. Frequently makes mistakes because of a lack of job knowledge. Comments:


☐ 2. Comments:

☐ 3. Usually well versed in all aspects of job knowledge. Shows application of knowledge gained from training programs. Comments:

☒ 4. Comments: Officer Beets has a good working knowlegde of state statutes, city ordinances, and department general orders.

☐ 5. Recognized and relied upon as a resource for job knowledge. Serves as a role model for fellow workers. Comments:

## APPEARANCE

Professional bearing as determined by overall neatness, personal grooming, and presentation.

☐ 1. Poor personal hygiene.  Disregards personal appearance.  Violates department uniform standards.  Comments:

☐ 2. Comments:

☐ 3. Usually well-groomed and complies with department standards regarding uniform.  Comments:

☐ 4. Comments:

☒ 5. Always well-groomed and always complies with department standards regarding uniform.  Comments:  Officer Beets always complies with department standards regarding uniform.

SCANNED ON @:@@2/29/2008



# CITY OF ROCKFORD

# POLICE DEPARTMENT



SCANNED ON 01002/29/2008

## <u>SELF EVALUATION</u>

THIS FORM IS TO BE COMPLETED BY THE PATROL OFFICER OR INVESTIGATOR AND SUBMITTED TO THE SERGEANT AND LIEUTENANT AS AN AID IN COMPLETING A THOROUGH PERFORMANCE EVALUATION.

NAME <u>TONYA BEETS</u>          POSITION <u>POLICE OFFICER</u>          DATE <u>04-28-04</u>
DIVISION <u>SCHOOL UNIT/CRU</u>          COMMANDING OFFICER <u>SGT C. MCLESTER</u>

**PURPOSE:** To effectively document and communicate the quantity, quality, and value of work you have accomplished, your views on your strengths and areas for growth. (Use additional paper if necessary)

<u>WORK ACCOMPLISHED</u>                    Evaluation Period From <u>03-01-03</u> to <u>03-01-04</u>

<u>Training</u> (courses taken, in-house training, number of hours):

<u>PHYSICAL ENCOUNTER CONTROL 7HRS SEX OFFENDER TRAINING 3.5 HRS, RAPID RESPONSE 4 HRS, TACTICAL REVIEW 7 HRS, ADVANCE SCHOOL RESOURCE OFFICER 24 HRS, MEDIC FIRST AID BASIC LIFE SUPPORT 5 HRS, HAZARDOUS MATERIALS 3 HRS, AND BASIC SCHOOL RESOURCE OFFICER 40 HRS .</u>

<u>Goals Accomplished:</u>

<u>WHILE ASSIGNED TO SCHOOL UNIT PRIOR TO HAVING SURGERY I WAS ABLE TO PERFORM ALL TASK I WAS ASSIGNED. GOOD RAPPORT WITH PERSONNEL AND STUDENTS AT THE SCHOOLS I WAS ASSIGNED TO. I WAS ALSO ABLE TO ATTEND ALL TRAINING REQUIRED FOR SCHOOL AND CRU TRAINING.</u>

<u>Goals Not Yet Accomplished</u> (explain)

<u>IN THE FUTURE I DO PLAN TO TEST FOR DB WITH HOPES OF BEING THE FIRST FEMALE OFFICER ASSIGNED TO THE ID UNIT AND /OR, GANGS, AND, I ALSO HOPE TO ONE DAY BE IN A SUPERVISORY POSITION.</u>

<u>Special Projects Completed</u> (if you are an investigator, include amount of cases you have closed):

<u>APPREHENDED AN ARMED ROBBERY SUSPECT THAT WAS VICTIMIZING PEOPLE AS THEY WERE LEAVING ROOSEVELT SCHOOL.</u>

<u>Innovations This Evaluation Period</u> (new ideas, suggestions, cost savings):

<u>AREAS FOR GROWTH</u>

<u>What areas do you feel you need to improve</u> (be specific)

<u>IN THE PAST THREE YEARS I'VE HAD TO HAVE THREE SURGERIES ON MY FOOT BECAUSE OF AN INJURY THAT TOOK PLACE WHILE ON DUTY, AND BECAUSE OF THAT I WAS OFF WORK FOR A WHILE, WHICH DID NOT HELP MY DEPENDABILITY.  ONCE I AM BACK ON THE STREET I WILL DO MY JOB JUST AS I HAVE IN THE PAST.</u>

SCANNED ON @ 02/29/2008

What training plans do you have for improving these areas?

WORKING HARD AT POSITION ASSIGNED TO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUMMARY

Please summarize the major contributions to the Police Department this period:

WHEN ON DUTY I WAS ABLE TO PERFORM MY DUTIES WELL, AND ON MY OWN WITHOUT ASSSISTANCE. I WAS ABLE TO ASSIST OTHER OFFICERS AT THE SCHOOLS THEY WERE ASSIGNED TO IF I WAS NOT BUSY, MADE SEVERAL ARREST, TRANSPORTING JUVENILES TO ASSESSMENT FOR FELLOW OFFICERS, AND DID GOOD JOB WITH MEDIATION BETWEEN STUDENTS, PARENTS, TEACHERS, AND PRINCIPALS.

General Comments:

I ENJOYED BEING ASSIGNED TO THE SCHOOL UNIT, AND ONCE I AM HEALED I HOPE THAT I WILL BE ABLE TO GO BACK IF THERE IS AN OPENING. IF IT WASN'T FOR THE FACT THAT I HAD TO HAVE SURGERY AGAIN, I WOULD HAVE REMAINED IN THE UNIT.

_____                              Date
       Employee Signature

# CITY OF ROCKFORD
# POLICE DEPARTMENT





# JOB PERFORMANCE RATING
# SCALES FOR
# PATROL OFFICER

RATER NAME:  Sgt. Kristin McLester

CANDIDATE NAME:  Officer Tonya Beets

DOA: 03/24/97

CHIEF'S
EXHIBIT
15

## PATROL OFFICER PERFORMANCE EVALUATION

NAME:  Tonya Beets
RANK:  Patrol Officer
DIVISION:  Patrol/Central Reporting Unit

DOA:  03/24/97

ATTENDANCE:
☐ Never absent ( except for vacation, compensatory time or personal days)
☒ Was absent for illness 40 days in the last 12 months.  Total sick hours used 318--total regular hours scheduled 2080 = % absent for illness 19 % (2080 hours for full-time employees working 12 months).

PUNCTUALITY:
☒ Always punctual
☐ Was tardy        times in last        months.

DISCIPLINARY ACTION:
☒ No disciplinary action taken
☐ Was disciplined        times in the last        months.
DATE:                ACTION:
REASON:
DATE:                ACTION:
REASON:

### RATING SUMMARY

| PERFORMANCE VARIABLE | RATING |
|---|---|
| 1.  Human Relations | 4 |
| 2.  Judgment | 4 |
| 3.  Initiative | 4 |
| 4.  Written Communication | 4 |
| 5.  Verbal Communication | 4 |
| 6.  Interviewing Skills | 4 |
| 7.  Dependability | 3 |
| 8.  Job knowledge & training | 4 |
| 9.  Appearance | 5 |
| TOTAL RATING: | 37 |

SUPERVISOR COMMENTS:  Off. Beets always puts forth the extra effort when dealing with citizens.  She loves to learn and applies what she learns to her duties in the Central Reporting Unit.

Employee Signature: _____    Date: 10/17/05

Supervisor Signature: _Kristy McAlister_    Date: _10/18/05_

SCANNED ON 01/02/29/2008

# HUMAN RELATIONS

The extent to which the officer shows enthusiasm and loyalty to the job. Puts forth extra effort and does not avoid getting involved. Interacts well with others and does not project an arrogant or superior image. Works well as a team player.

☐ 1. Attitude causes disruption/friction in the department. Does just enough to get by and no more. Constantly complaining. Comments:

☐ 2. Comments:

☐ 3. Rarely questions authority. Usually puts forth the effort required for the job. Rarely causes disruption. Coordinates effort with others. Comments:

☐ 4. Comments:

☒ 5. Always has a positive and enthusiastic attitude. Is always loyal and promotes a positive image of the department. Always willing to take on extra work. Responds positively to constructive criticism. Comments: Officer Beets is a team player who is always willing to take on extra work and puts forth the extra effort when dealing with citizens.

# JUDGMENT

The extent to which the officer makes proper decisions based on the facts known to him or her at that time.

☐ 1. Difficult tasks usually assigned to others because of officer's history of poor judgment.  Comments:

☐ 2.  Comments:

☐ 3.  Usually exercises sound judgment.  Displays objectivity in assessing situations. Can be assigned most tasks that require the officer to exercise sound judgment. Comments:

☒ 4.  Comments:  Officer Beets exercises sound judgement when deciding what course of action to take based on her experience and knowledge.

☐ 5.  Is known for excellent judgment.  Is given tasks that require difficult decisions. Does not make bad judgments.  Takes appropriate risks using sound judgments. Comments:

# INITIATIVE

The extent to which the investigator is a self-starter and requires minimal supervision. Anticipates and takes appropriate action without being told.

☐ 1. Does just enough to get by. Must be constantly supervised to get things done. Comments:

☐ 2. Comments:

☐ 3. Takes what is assigned and adequately performs those duties. Occasionally initiates activities on his or her won. Exercises judgment in making decisions he/she has authority to do. Does not act on own behalf without permission if needed. Comments:

☒ 4. Comments: Officer Beets works with minimal supervision. She frequently takes her investigations as far as her position allows her. During this past year, Det. Hoey sent an email complimenting the detail contained in her reports. He advised that her reports contain more details than officers who are investigating the incidents on the scene.

☐ 5. Requires very little supervision. Always looks for more to do without being assigned. Always ready for more responsibility. Comments:

## WRITTEN COMMUNICATION

The extent to which the officer's reports are accurate, clear, concise, and legible.

☐ 1. Reports frequently returned for corrections and completion.  Comments:

☐ 2. Comments:

☐ 3. Reports are usually adequate.  Comments:

☒ 4. Comments:  Officer Beets reports are clear, legible and informataive.

☐ 5. Reports are clear, concise, accurate,  and legible.  Questions are asked of supervisors if clarification is needed.  Comments:

## VERBAL COMMUNICATION

The extent to which the officer speaks clearly, concisely, and accurately. Listens effectively and responds appropriately.

☐ 1. Talks in a manner that is difficult to understand. Is abrasive or unprofessional. Department receives complaints from citizens, or fellow officers. Comments:

☐ 2. Comments:

☐ 3. Usually communicates adequately and in a professional manner. Comments:

☑ 4. Comments: Officer Beets is able to establish rapport with citizens by phone and direct contact.

☐ 5. Modifies communication style to fit the situation. Communicates well in all circumstances. Comments:

## INTERVIEWING SKILLS

The extent to which the officer is able to establish rapport with all types of individuals. Adapts interviewing techniques to extract relevant information.

☐ 1. Unable to establish rapport. Unable to extract relevant information. Comments:


☐ 2. Comments:

☐ 3. Usually able to establish rapport and extract relevant information. Comments:


☒ 4. Comments: Officer Beet's is able to establish rapport with all types of individuals.

☐ 5. Always able to establish rapport and extract relevant information with all types of people and in all situations. Comments:

# DEPENDABILITY

Sick Leave Usage: 318
Unexcused Absences: 0
Tardiness: Was tardy 0 times in last 12 months.

The extent to which the individual can be counted on to be present and on time. Answers calls promptly and properly. Can be counted on to perform all job duties properly with minimal supervision.

☐ 1. Frequently late or absent. Cannot be counted on. Requires an inordinate amount of supervision to get things done. Does not answer calls properly or promptly. Comments:

☐ 2. Comments:

☒ 3. Can be counted on to show up on time. Requires appropriate amount of supervision. Answers calls properly and promptly. Comments: Officer Beets has a high amount of sick leave usage but when she is present at work, she is dependable and is a hard worker.

☐ 4. Comments:

☐ 5. Always shows up on time. Requires minimal supervision. Can always be counted on to complete all duties appropriately. Comments:



SCANNED ON @18802/29/2008

## JOB KNOWLEDGE & TRAINING

30 hours of training in the last 12 months.

Is familiar with department policies,  as well as state, federal, and local laws.  Attends and utilizes relative information from training programs.

☐ 1.  Frequently makes mistakes because of a lack of job knowledge.  Comments:


☐ 2.  Comments:

☐ 3.  Usually well versed in all aspects of job knowledge.  Shows application of knowledge gained from training programs.  Comments:

☒ 4.  Comments:  Off. Beets continues to learn and obtain job knowledge.

☐ 5.  Recognized and relied upon as a resource for job knowledge.  Serves as a role model for fellow workers.  Comments:

SCANNED ON @:@02/29/2008

## APPEARANCE

Professional bearing as determined by overall neatness, personal grooming, and presentation.

☐ 1. Poor personal hygiene.  Disregards personal appearance.  Violates department uniform standards.  Comments:

☐ 2. Comments:

☐ 3. Usually well-groomed and complies with department standards regarding uniform. Comments:

☐ 4. Comments:

☒ 5. Always well-groomed and always complies with department standards regarding uniform.  Comments:  Off. Beets is well groomed and complies with department standards.



# CITY OF ROCKFORD

# POLICE DEPARTMENT



## SELF EVALUATION

THIS FORM IS TO BE COMPLETED BY THE PATROL OFFICER OR INVESTIGATOR AND SUBMITTED TO THE SERGEANT AND LIEUTENANT AS AN AID IN COMPLETING A THOROUGH PERFORMANCE EVALUATION.

NAME <u>Tonya Beets</u>                POSITION <u>Police Officer</u>        DATE <u>02-16-05</u>
DIVISION <u>CRU</u>                         COMMANDING OFFICER <u>Sgt McLester</u>

PURPOSE: To effectively document and communicate the quantity, quality, and value of work you have accomplished, your views on your strengths and areas for growth. (Use additional paper if necessary)

<u>WORK ACCOMPLISHED</u>                    Evaluation Period From <u>03-01-04</u> to <u>03-01-05</u>

<u>Training</u> (courses taken, in-house training, number of hours):

<u>7 hours PEC training</u>

<u>Goals Accomplished:</u>

<u>Since I returned to work after being off for surgical procedure I have not missed any days unless it was for a scheduled doctors appointment.</u>

<u>I have shown that I am dependable, capable of performing all duties required, I have a positive attitude about the position I am currently assigned too, and a good rapport with the Officers I work with.</u>

SCANNED ON @:@02/29/2008

**Goals Not Yet Accomplished** (explain)

I would like to test for the Detective Bureau with hopes of being assigned to Youth, Domestic Violence, or Fraud & Forgery Units.

**Special Projects Completed** (if you are an investigator, include amount of cases you have closed):

**Innovations This Evaluation Period** (new ideas, suggestions, cost savings):

**AREAS FOR GROWTH**

**What areas do you feel you need to improve** (be specific)

Improve Interviewing Skills and Job Knowledge

What training plans do you have for improving these areas?

Continued training in all areas.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUMMARY

Please summarize the major contributions to the Police Department this period:

I take time to complete my reports in detail which will assist the Investigating Officer that is assigned, and in doing so there has been several incidents in which I completed reports that were detailed and the person assigned was able to obtain arrest warrants.

General Comments:

I feel good about being back in uniform, and that my foot has continued to improve after this recent surgery.

_____
Employee Signature

Date 02-25-05

# ROCKFORD POLICE

| Date: 08/11/2005 | Training History List<br>From 04/01/2004 to 03/30/2005 | Page | 1 |
|---|---|---|---|

BEETS, TONYA (P.O.)   SSN: 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
CENTRAL REPORTING

Total Training Hours:   1224.00          Total College Credits:   0.00

| Course Title<br>Sponsor / Vendor | Course Dates | Course Costs |
|---|---|---|
| 1  Course Code -> 180-054-0002-002 | | |
| CYBER - STALKING & IDENTITY THEFT | 03/17/2005 | $   0.00 |
| NITAB 2 | 03/18/2005 | |
| Attendance/Grade: P    Instructor: | Travel Cost: | $   0.00 |
| Training Hrs:    16.00    COURSE SATISFACTORILY COMPLETED | | |
| 2  Course Code -> 250-001-0002-003 | | |
| CRIMINAL CODE REVIEW: SELECTED DRUG LAW & IVC | 02/03/2005 | $   0.00 |
| NITAB 2 | 02/03/2005 | |
| Attendance/Grade: P    Instructor: | Travel Cost: | $   0.00 |
| Training Hrs:    8.00    COURSE SATISFACTORILY COMPLETED | | |
| 3  Course Code -> 500-004-0001-001 | | |
| PHYSICAL ENCOUNTER CONTROL | 01/11/2005 | $   0.00 |
| ROCKFORD POLICE DEPT | 01/11/2005 | |
| Attendance/Grade: P    Instructor: | Travel Cost: | $   0.00 |
| Training Hrs:    7.00    COURSE SATISFACTORILY COMPLETED | | |

| | | |
|---|---|---|
| **Training Hours:**    31.00 | **Instructor Hours:**    0.00 | **Training Costs: $**    0.00 |
| **Quarter Units:**    0.00 | **Semester Units:**    0.00 | **Travel Costs: $**    0.00 |

# CITY OF ROCKFORD
# POLICE DEPARTMENT





# JOB PERFORMANCE RATING
# SCALES FOR
# PATROL OFFICER

RATER NAME:    Sgt. Block
CANDIDATE NAME:    Beets, Tonya #232
DOA:  03-24-97

General Orders checked:  _____ 12-31-06 _____ VJK

CHIEF'S
EXHIBIT
16

Deputy Chief M. Book

## PATROL OFFICER PERFORMANCE EVALUATION

NAME:　Beets, Tonya #232
RANK:　Patrol Officer
DIVISION:　CRU
DOA:　03-24-97

ATTENDANCE:

☐ Never absent ( except for vacation, compensatory time or personal days)

☒ Was absent for illness 95 days in the last 12 months. Total sick hours used 940.50-- total regular hours scheduled 2080 = % absent for illness .45216 % (2080 hours for full-time employees working 12 months).

PUNCTUALITY:

☒ Always punctual

☐ Was tardy　　　times in last　　　months.

DISCIPLINARY ACTION:

☒ No disciplinary action taken

☐ Was disciplined　　　times in the last　　　months.

DATE:　　　　　　　ACTION:

REASON:

DATE:　　　　　　　ACTION:

REASON:

### RATING SUMMARY

| PERFORMANCE VARIABLE | RATING |
|---|---|
| 1. Human Relations | 3 |
| 2. Judgment | 4 |
| 3. Initiative | 4 |
| 4. Written Communication | 5 |
| 5. Verbal Communication | 4 |
| 6. Interviewing Skills | 4 |
| 7. Dependability | 2 |
| 8. Job knowledge & training | 4 |
| 9. Appearance | 5 |
| TOTAL RATING: | 35 |

SUPERVISOR COMMENTS: Officer Beets had 940.50 hours of "non-FMLA" sick leave for the period of March 2005 through February 2006. Officer Beets is an overall good officer if not for her non-FMLA sick time. When she is at work she performs at above average. This evaluation was overlooked during the transition of the CRU from Sgt. K. McLester to the Day Shift supervisors and also due to Officer Beets having been on extended sick leave in 2006.

Employee Signature: _Tonya Y. Beets_　　　Date: _01.25.07_

Supervisor Signature: _LT. Block_　　　Date: _01-25-07_

# HUMAN RELATIONS

The extent to which the officer shows enthusiasm and loyalty to the job. Puts forth extra effort and does not avoid getting involved. Interacts well with others and does not project an arrogant or superior image. Works well as a team player.

☐ 1. Attitude causes disruption/friction in the department. Does just enough to get by and no more. Constantly complaining. Comments:

☐ 2. Comments:

☒ 3. Rarely questions authority. Usually puts forth the effort required for the job. Rarely causes disruption. Coordinates effort with others. Comments:

Officer Beets had an extreme amount of sick time during this evaluation period that may impacted her ability to perform at higher than average. She is capable of performing at better than average and this evaluation area should improve with less sick leave usage.

☐ 4. Comments:

☐ 5. Always has a positive and enthusiastic attitude. Is always loyal and promotes a positive image of the department. Always willing to take on extra work. Responds positively to constructive criticism. Comments:

SCANNED ON @ 1:02/29/2008

# JUDGMENT

The extent to which the officer makes proper decisions based on the facts known to him or her at that time.

☐ 1. Difficult tasks usually assigned to others because of officer's history of poor judgment. Comments:

☐ 2. Comments:

☐ 3. Usually exercises sound judgment. Displays objectivity in assessing situations. Can be assigned most tasks that require the officer to exercise sound judgment. Comments:

☒ 4. Comments:

Officer Beets uses sound judgment when she performs her duties. She has been able to make the proper decisions for the various reports that are filed at the Front Desk or via telephone (CRU).

☐ 5. Is known for excellent judgment. Is given tasks that require difficult decisions. Does not make bad judgments. Takes appropriate risks using sound judgments. Comments:

## INITIATIVE

The extent to which the investigator is a self-starter and requires minimal supervision. Anticipates and takes appropriate action without being told.

☐ 1. Does just enough to get by. Must be constantly supervised to get things done. Comments:

☐ 2. Comments:

☐ 3. Takes what is assigned and adequately performs those duties. Occasionally initiates activities on his or her won. Exercises judgment in making decisions he/she has authority to do. Does not act on own behalf without permission if needed. Comments:

☒ 4. Comments:

Officer Beets accepts the tasks assigned her and is capable of completing the tasks without assistance. Occassionally she initiates activities on her own and as indicated in the Judgment area of evaluation she uses good judgment in performing her duties.

☐ 5. Requires very little supervision. Always looks for more to do without being assigned. Always ready for more responsibility. Comments:

## WRITTEN COMMUNICATION

The extent to which the officer's reports are accurate, clear, concise, and legible.

☐ 1. Reports frequently returned for corrections and completion.  Comments:

☐ 2. Comments:

☐ 3. Reports are usually adequate.  Comments:

☐ 4. Comments:

☒ 5. Reports are clear, concise, accurate,  and legible.  Questions are asked of supervisors if clarification is needed.  Comments:

Officer Beets meets the criteria for this area of evaluation.

SCANNED ON @1@02/29/2008

## VERBAL COMMUNICATION

The extent to which the officer speaks clearly, concisely, and accurately. Listens effectively and responds appropriately.

☐ 1. Talks in a manner that is difficult to understand. Is abrasive or unprofessional. Department receives complaints from citizens, or fellow officers. Comments:

☐ 2. Comments:

☐ 3. Usually communicates adequately and in a professional manner. Comments:

☒ 4. Comments:

Officer Beets performs at better than average in this area of evaluation. She consistantly acts in a professional and caring manner with the public. Officer Beets has been able to calm victims and complainants when interacting with them. She has a way of reassuring individuals the department cares about them.

☐ 5. Modifies communication style to fit the situation. Communicates well in all circumstances. Comments:

SCANNED ON @:@02/29/2008

## INTERVIEWING SKILLS

The extent to which the officer is able to establish rapport with all types of individuals. Adapts interviewing techniques to extract relevant information.

☐ 1. Unable to establish rapport. Unable to extract relevant information. Comments:

☐ 2. Comments:

☐ 3. Usually able to establish rapport and extract relevant information. Comments:

☒ 4. Comments:

Officer Beets is able to establish rapport and extract relevant information from thoise she interacts with. Officer Beets is able to conduct interviews for the types of incidents that she normally handles on a day-to-day basis. However, her experience with complicated incidents has been limited and she, as well as the other officers assigned to the CRU/Front Desk, would benefit from a formal interview/interrogations class.

☐ 5. Always able to establish rapport and extract relevant information with all types of people and in all situations. Comments: