NAME: _Tonya Y. Cobb_

BUREAU: _Operation_     DIVISION: _Patrol_     SWORN: _X_  NON-SWORN: ___

ATE NOTIFIED: _8-10-98_  TIME NOTIFIED: _0800_

DATES ABSENT: FROM _7-10-98_ TO _000_  TO _1130_  HOURS USED: ___

SWORN: _X_  TOTAL HOURS ___

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _1.5_

**REASON FOR ABSENCE: (Describe below)**

_X_  ILLNESS _Wc._     ___ TIME COMING

___ INJURY JOB     ___ VACATION

___ NON-JOB     ___ FUNERAL LEAVE

___ LEAVE-UNPAID     ___ PERSONAL DAY

SICK LEAVE PAY: ___     WORKER'S COMP ___

SICK LEAVE NO PAY: ___  NO LEAVE ___  OTHER ___

RECOVERING AT ___  HOME ___  HOSPITAL ___

OTHER: ___

COMMENTS: _Physical Therapy_

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME     ___ HOLIDAY

___ COURT     ___ TOTAL

_Tonya Y. Cobb #232_
EMPLOYEE SIGNATURE

_W. C_

TIME KEEPER     SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: Olivia Cobb

BUREAU: OPERATION

DIVISION: PATROL    SWORN: X    NON-SWORN: ____

DATE NOTIFIED: 0948    TIME NOTIFIED: 1300

DATES ABSENT: FROM 09-04-08 TO 09-00-08    HOURS USED: ____

ONE FULL DAY OR LESS - HOURS: FROM 1500 TO 1600    TOTAL HOURS 1

REASON FOR ABSENCE: (Describe below)

X ILLNESS W.C.    TIME COMING ____    SICK LEAVE PAY: ____    WORKER'S COMP X

____ INJURY JOB    VACATION ____    SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____

____ NON-JOB    FUNERAL LEAVE ____    RECOVERING AT ____    HOME ____    HOSPITAL ____

____ LEAVE-UNPAID    PERSONAL DAY ____    OTHER: ____

TOTAL COMP HOURS TO BE PAID:    COMMENTS: APPOINTMENT

____ OVERTIME    ____ HOLIDAY    Follow up Dr's

____ COURT    ____ TOTAL

EMPLOYEE SIGNATURE  #232

TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 10:02/29/2008

NAME: _Douglass B_ ATE NOTIFIED: _9-8-95_ TIME NOTIFIED: _08:00_

BUREAU: _Operation_ DIVISION: _Patrol_ SWORN: _X_ NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1000_ TOTAL HOURS _2_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _X_ ILLNESS _W.C._ | ___ TIME COMING | ___ SICK LEAVE PAY: |
| ___ INJURY JOB | ___ VACATION | ___ SICK LEAVE NO PAY: ___ NO LEAVE |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: _____ |

TOTAL COMP HOURS TO BE PAID: _____

COMMENTS: _PHYSICAL THERAPY_

WORKER'S COMP _X_ OTHER _____

| | | |
|---|---|---|
| ___ OVERTIME | ___ HOLIDAY | |
| ___ COURT | ___ TOTAL | |

EMPLOYEE SIGNATURE _Chull #232_

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: Tonya Y. Cobb

BUREAU: Operations

DIVISION: Patrol

DATES ABSENT: FROM 09-02-98 TO 09-02-98

ATTENDED: 09-02-98     TIME NOTIFIED: 1400

SWORN: X     NON-SWORN:

HOURS USED:     TOTAL HOURS: 1

ONE FULL DAY OR LESS - HOURS: FROM 1500 TO 1600

REASON FOR ABSENCE: (Describe below)

X    ILLNESS    W.C.

___  INJURY JOB

___  NON-JOB

___  LEAVE-UNPAID

___  TIME COMING

___  VACATION

___  FUNERAL LEAVE

___  PERSONAL DAY

SICK LEAVE PAY:     WORKER'S COMP

SICK LEAVE NO PAY:     NO LEAVE     OTHER X

RECOVERING AT     HOME     HOSPITAL

OTHER:

COMMENTS: Physical Therapy

TOTAL COMP HOURS TO BE PAID:

___  OVERTIME    ___  HOLIDAY

___  COURT    ___  TOTAL

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 10:02/29/2008

NAME: Donna Y. Cobb    ATE NOTIFIED: 01/04/08 TIME NOTIFIED: 0900

BUREAU: Operations    DIVISION: Patrol    SWORN: X    NON-SWORN:

DATES ABSENT: FROM _____ TO _____    HOURS USED:

ONE FULL DAY OR LESS - HOURS: FROM _____ 1500 _____ TO _____ 1600 _____    TOTAL HOURS: 1

**REASON FOR ABSENCE: (Describe below)**

X  ILLNESS    W.C. See comments

____ INJURY JOB    ____ VACATION    ____ TIME COMING

____ NON-JOB    ____ FUNERAL LEAVE

____ LEAVE-UNPAID    ____ PERSONAL DAY

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

SICK LEAVE PAY: ____    WORKER'S COMP

SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____

RECOVERING AT ____    HOME ____    HOSPITAL ____

OTHER: ____

COMMENTS: Follow up Doctors Appointment

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 01/29/2008

NAME: TONYA COBB

BUREAU: Operations    DIVISION: Patrol    SWORN: X    NON-SWORN: ___

DATE NOTIFIED: 08/31/08    TIME NOTIFIED: 1300

DATES ABSENT: FROM ___ TO ___    HOURS USED: ___

ONE FULL DAY OR LESS - HOURS: FROM ___ 1300 ___ TO ___ 1600 ___    TOTAL HOURS: 1

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X   ILLNESS   W.C. | ___ TIME COMING | SICK LEAVE PAY: ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___   NO LEAVE ___   OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___   HOME ___   HOSPITAL ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ |

WORKER'S COMP   X

**TOTAL COMP HOURS TO BE PAID:**

COMMENTS: Physical Therapy

| | | |
|---|---|---|
| ___ OVERTIME | ___ HOLIDAY | |
| ___ COURT | ___ TOTAL | |

*signature* #333

EMPLOYEE SIGNATURE

*signature*

TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON 10/29/2008

NAME: Tonya Cobb

BUREAU: Operation    DIVISION: Ice Community    DATE NOTIFIED: 8/25/08 TIME NOTIFIED: ___    SWORN: ___    NON-SWORN: X

DATES ABSENT: FROM ___ TO ___    HOURS USED: ___    TOTAL HOURS: 3

ONE FULL DAY OR LESS - HOURS: FROM ___ TO ___

REASON FOR ABSENCE: (Describe below)

X ILLNESS    SICK LEAVE PAY: ___    WORKER'S COMP ___

X W.C.    SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER X

___ INJURY JOB    ___ TIME COMING    RECOVERING AT ___ HOME ___ HOSPITAL

___ INJURY JOB    ___ VACATION    OTHER: ___

___ NON-JOB    ___ FUNERAL LEAVE    COMMENTS: 8/6 - 2hr    0800-1100

___ LEAVE-UNPAID    ___ PERSONAL DAY    Phy Therapy

TOTAL COMP HOURS TO BE PAID:    8/28 - 1hr    1500-1600

___ OVERTIME    ___ HOLIDAY    Phy Therapy

___ COURT    ___ TOTAL

EMPLOYEE SIGNATURE #232    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 02/29/2008

ORDER

- The respondent shall pay the petitioner the sum of $ 416.46 /week for a further period of

  15.5 weeks, as provided in Section 8E of the Act, because the injuries sustained caused

  The loss of use of the Petitioner's left foot to the extent of ~~15%~~ 10%

  _____

- The respondent shall pay the petitioner compensation that has accrued from 8-10-98 through 11-15-01

  and shall pay the remainder of the award, if any, in weekly payments.

- The respondent shall pay $ N/A for medical services, as provided in Section 8(a) of the Act.

  Based on the Sept. 21, 2001 report of Dr. Fred Nathan (P+ 3) that the Petitioner
  still has chronic dystrophic pain syndrome and that she has not responded to
  Neurontin or antiinflammatory medications and continues to use a lace up brace while
  on duty.

**RULES REGARDING APPEALS** Unless a Petition for Review is filed within 30 days after receipt of this decision, and a review is perfected in accordance with the Act and Rules, then this decision shall be entered as the decision of the Commission.

**STATEMENT OF INTEREST RATE** If this award is reviewed by the Commission, interest of 1.76 % shall accrue from the date listed below to the day before the date of payment; however, if an employee's appeal results in either no change or a decrease in this award, interest shall not accrue.

Signature of arbitrator _Douglas J. Holland_

Date 12-7-01

DEC 13 2001

ICArbDecN&E p.2



**EXHIBIT**

tabbies*    _1998_

SCANNED ON @1@02/29/2008

### 1997

| | ILLNESS | | | JOB INJURY | |
|---|---|---|---|---|---|
| | SICK HOURS | REASON | | HOURS | REASON |
| 1/20/1997 | 10 | Flu | | | |
| | | | | | |
| | | | | | |

### 1998

| | ILLNESS | | | JOB INJURY | |
|---|---|---|---|---|---|
| | SICK HOURS | REASON | | HOURS | REASON |
| 1/14/1998 | 10 | Sore Throat | | | |
| 3/15/1998 | 8.5 | "Cold-Flu" | | | |
| 3/16/1998 | 10 | Stomach Flu | | | |
| 3/17/1998 | 10 | "Pharyngitis" | | | |
| 6/22/1998 | 10 | Strep Throat | | | |
| 6/24/1998 | 10 | Strep Throat | | | |
| 8/11/1998 | | | | 10 | Sprained Leg |
| 8/17/1998 | 1.25 | No Comments | | | |
| 8/19-8/21/1998 | 24 | Funeral Leave | | | |
| 8/26/1998 | | | | 2 | Physical Therapy |
| 8/28/1998 | | | | 1 | Physical Therapy |
| 8/31/1998 | | | | 1 | Physical Therapy |
| 9/1/1998 | | | | 1 | Doctor Appointment |
| 9/2/1998 | | | | 1 | Physical Therapy |
| 9/3-9/4/1998 | 11 | Flu | | | |
| 9/8/1998 | | | | 1 | Physical Therapy |
| 9/9/1998 | | | | 1 | Doctor Appointment |
| 9/10/1998 | | | | 1.5 | Physical Therapy |
| 9/11/1998 | | | | 8 | WC - Swollen Foot |
| 9/25/1998 | | | | 1 | Doctor Appointment |
| 10/31-11/1/1998 | | | | 20 | Workers Compensation |
| 11/5/1998 | | | | 10 | Swollen Foot |
| 11/6-11/7/1998 | | | | 20 | Workers Compensation |
| 11/24/1998 | 8 | Flu | | | |
| 12/1/1998 | | | | 8 | Foot Pain |
| 12/8/1998 | | | | 6.7 | Orthopaedic Appointment |
| 12/14-12/16/98 | 24 | Father's Funeral | | | |
| 12/17/1998 | 8 | Flu | | | |
| 12/18/1998 | 8 | Upper Respiratory | | | |
| 12/28/1998 | | | | 8 | WC Hydro-Therapy Dr. Appt. |

| **TOTALS** | **94.75 Sick Hours** | | | **101.20 Workers Comp. hours** | |
|---|---|---|---|---|---|
| | **48 Hours Funeral Leave** | | | | |

SCANNED ON

NAME: #027 26/2008

DATE NOTIFIED: 11/4/06 TIME NOTIFIED: 11/4/06

BUREAU: _____ DIVISION: PATROL SWORN: X NON-SWORN: 15-20

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 11/4/05/1800 TO 0600 TOTAL HOURS 10

REASON FOR ABSENCE: (Describe below)

| | | | | |
|---|---|---|---|---|
| X ILLNESS | ___ TIME COMING | ___ SICK LEAVE PAY: | ___ WORKER'S COMP | |
| ___ INJURY JOB | ___ VACATION | ___ SICK LEAVE NO PAY: | ___ NO LEAVE | ___ OTHER |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT | ___ HOME | ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: | | |

COMMENTS: SORE THROAT SWOLLEN GLANDS

TOTAL COMP HOURS TO BE PAID: _____

| | | |
|---|---|---|
| ___ OVERTIME | ___ HOLIDAY | |
| ___ COURT | ___ TOTAL | |

BY CLINE

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON

NAME: 020250008

BUREAU: OPS                    DIVISION: PATROL    SWORN: ___ NON-SWORN: ___

DATE NOTIFIED: 3/4/08    TIME NOTIFIED: 12/5

DATES ABSENT: FROM 1600    TO 0200    HOURS USED: 10

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TO _____    TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | ___ TIME COMING | SICK LEAVE PAY: X    WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT X    HOME ___    HOSPITAL ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: |
| | | COMMENTS: Stomach flu |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

EMPLOYEE SIGNATURE

**TIME KEEPER**    SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON

NAME: COBB, 2008

BUREAU: _____ OPS _____ DIVISION: PATROL _____

DATE NOTIFIED: 3/7/08  TIME NOTIFIED: 1-30

SWORN: ✓  NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _Less_ TO _0200_ TOTAL HOURS 10

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ___ ILLNESS | ___ TIME COMING | ___ SICK LEAVE PAY: X | ___ WORKER'S COMP |
| ___ INJURY JOB | ___ VACATION | ___ SICK LEAVE NO PAY: X | ___ NO LEAVE ___ OTHER |
| ___ NON-JOB | ___ FUNERAL LEAVE | ___ RECOVERING AT X HOME ___ HOSPITAL | |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | ___ OTHER: | |

TOTAL COMP HOURS TO BE PAID: _____

| | | |
|---|---|---|
| ___ OVERTIME | ___ HOLIDAY | COMMENTS: |
| ___ COURT | ___ TOTAL | pharyngitis |

_____       _____
EMPLOYEE SIGNATURE              SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON

NAME: _Glenac 2 Garda_

BUREAU: _Operations_     DIVISION: _Patrol_     SWORN: _____ NON-SWORN _____

DATE NOTIFIED: _____     TIME NOTIFIED: _____

DATES ABSENT: FROM _05-14-08_ TO _03-15-08_     HOURS USED: _8 Y2_     TOTAL HOURS _8 Y2_

ONE FULL DAY OR LESS - HOURS: FROM _1730_ TO _0200_

**REASON FOR ABSENCE:** (Describe below)

⊠ ILLNESS

_____ INJURY JOB

_____ NON-JOB

_____ LEAVE-UNPAID

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME

_____ COURT

_____ TIME COMING

_____ VACATION

_____ FUNERAL LEAVE

_____ PERSONAL DAY

_____ HOLIDAY

_____ TOTAL

SICK LEAVE PAY: _____     ⊠ WORKER'S COMP

SICK LEAVE NO PAY: _____     NO LEAVE _____     OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL

OTHER: _____

COMMENTS: _Cold - Flu_

_[signature]_
EMPLOYEE SIGNATURE

_TIME KEEPER_

_[signature]_
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @10 0 FEB 27 2008 03

NAME: Feeney / Christopher

BUREAU: Chastain

DATE NOTIFIED: 6/21/08 TIME NOTIFIED: 1215

DIVISION: Patrol SWORN: ✓ NON-SWORN

DATES ABSENT: FROM 6/21/08 TO ____ HOURS USED: ____ TOTAL HOURS 10

ONE FULL DAY OR LESS - HOURS: FROM less TO 0200

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ✓ ILLNESS | ____ TIME COMING | SICK LEAVE PAY: ____ | WORKER'S COMP ____ |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____ | NO LEAVE ____ OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | RECOVERING AT ____ HOME ____ HOSPITAL | |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | OTHER: ____ | |

COMMENTS: STREP THROAT
WILL BE AT HOME

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

_Christopher Feeney_
EMPLOYEE SIGNATURE

TIME KEEPER

_[signature]_
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON

NAME: C05B97008

BUREAU: OPS

DIVISION: PATROL SWORN: ✓ NON-SWORN

DATE NOTIFIED: 6/22/68 TIME NOTIFIED: 1300

DATES ABSENT: FROM _____ TO _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS 10

REASON FOR ABSENCE: (Describe below)

| | | SICK LEAVE PAY: ✓ | WORKER'S COMP |
| X ILLNESS | ___ TIME COMING | SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___ |
| ___ INJURY JOB | ___ VACATION | RECOVERING AT: X HOME ___ HOSPITAL |
| ___ NON-JOB | ___ FUNERAL LEAVE | OTHER: |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | COMMENTS: STREP THROAT |

TOTAL COMP HOURS TO BE PAID:

| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_____
EMPLOYEE SIGNATURE

TIME KEEPER

_____
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON

NAME: _____ 010b/ 2008 a

BUREAU: _____ DIVISION: _____ SWORN: ✓ NON-SWORN: _____

DATE NOTIFIED: 8/7/98 TIME NOTIFIED: _____

DATES ABSENT: FROM 8/17/98 TO _____ HOURS USED: _____ SWORN: ✓ NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 0915 TOTAL HOURS 1.25

REASON FOR ABSENCE: (Describe below)     Corodius

✓ ILLNESS _____ TIME COMING _____ SICK LEAVE PAY: _____ WORKER'S COMP

INJURY JOB _____ VACATION _____ SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER

NON-JOB _____ FUNERAL LEAVE _____ RECOVERING AT _____ HOME _____ HOSPITAL

LEAVE-UNPAID _____ PERSONAL DAY _____ OTHER: _____

TOTAL COMP HOURS TO BE PAID:     COMMENTS: _____

OVERTIME _____ HOLIDAY _____

COURT _____ TOTAL _____

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON 01/02/29/2008

NAME: _____

BUREAU: _____ DIVISION: _____ SWORN: _____ NON-SWORN: _____

DATE NOTIFIED: 9/4/6 TIME NOTIFIED: _____

DATES ABSENT: FROM 9/3/92 TO 9/4/92 HOURS USED: XX 11

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS 11

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

COMMENTS: ALSO: 1300 - 1600 HRS
9/3/92 flu
9/4 - 8 hrs flu 36.5 sick

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

TIME KEEPER

Revised 9/87

SCANNED ON @1@@27/29/2008

NAME: IDINA/2008 DB3

BUREAU: OPERATION    DIVISION: PATROL    DATE NOTIFIED: 03-08    TIME NOTIFIED: 1300

DATES ABSENT: FROM 09-03-08 TO 09-03-08    SWORN: _____    NON-SWORN _____

ONE FULL DAY OR LESS - HOURS: FROM 1300 TO 1600    HOURS USED: 3    TOTAL HOURS 3

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| _____ ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT    HOME _____    HOSPITAL _____

OTHER: _____

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

COMMENTS: He SIMBOLS - LEFT WORK
to GO Home

EMPLOYEE SIGNATURE    TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Cobb_

BUREAU: _____    DIVISION: _____    DATE NOTIFIED: _12/28/98_    SWORN: ✓   NON-SWORN: ___    TIME NOTIFIED: _12:00 noon_

DATES ABSENT: FROM _12/28/98_ TO _____    HOURS USED: _8_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

___ ILLNESS    ___ TIME COMING    SICK LEAVE PAY: ✓    SICK LEAVE NO PAY: ___    WORKER'S COMP ✓

___ INJURY JOB    ___ VACATION    RECOVERING AT ___ HOME ✓   NO LEAVE ___   HOSPITAL ___   OTHER ✓

___ NON-JOB    ___ FUNERAL LEAVE    OTHER: _____

___ LEAVE-UNPAID    ___ PERSONAL DAY    COMMENTS: _Dr. appt 11:00_

**TOTAL COMP HOURS TO BE PAID:**    _8-9:30 hydro therapy_

___ OVERTIME    ___ HOLIDAY    _therapy Mon Wen Fri_

___ COURT    ___ TOTAL

_Called in_

EMPLOYEE SIGNATURE _____    SUPERVISOR'S SIGNATURE _____

**TIME KEEPER**    Revised 9/87

SCANNED ON @ 1@0/29/2008

NAME: _Tonia Cobb_

BUREAU: _Operations_    DATE NOTIFIED: ____    TIME NOTIFIED: ____

DIVISION: ____    SWORN: _✓_    NON-SWORN ____

DATES ABSENT: FROM _12/8/06_ TO ____    HOURS USED ____

ONE FULL DAY OR LESS - HOURS: FROM ____ TO ____    TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

____ ILLNESS                    ____ TIME COMING        SICK LEAVE PAY: ____    WORKER'S COMP ____

____ INJURY JOB                 ____ VACATION           SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____

____ NON-JOB                    ____ FUNERAL LEAVE       RECOVERING AT ____    HOME ____    HOSPITAL ____

____ LEAVE-UNPAID               ____ PERSONAL DAY        OTHER: ____

                                                        COMMENTS: _upper respiratory_

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME                   ____ HOLIDAY

____ COURT                      ____ TOTAL

_Tonia Cobb_                                            _[signature]_
EMPLOYEE SIGNATURE                                      SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/07

SCANNED ON @ 1:02 7/29/2008

SCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _____ Coplo, Tonyo _____

BUREAU: _____ Operations _____   DATE NOTIFIED: 12/17/98   TIME NOTIFIED: 7:57 a.m.

DATES ABSENT: FROM 12/17/98 TO _____   DIVISION: _____   SWORN: ✓   NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____   HOURS USED: _____   TOTAL HOURS: 8

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: ✓   WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: ✓   NO LEAVE _____   OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT: HOME ✓   HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

**TOTAL COMP HOURS TO BE PAID:**   COMMENTS: _____

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

Called in

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 10:02/29/2008

NAME: _Tanya Cobb_   DATE NOTIFIED: _4/10/08_  TIME NOTIFIED: _____

BUREAU: _Patrol_   DIVISION: _____  SWORN: _X_  NON-SWORN _____

DATES ABSENT: FROM _12-14-98_ TO _12-16-98_  HOURS USED: _24_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _24_

**REASON FOR ABSENCE:** (Describe below)

_____ ILLNESS          _____ TIME COMING

_____ INJURY JOB       _____ VACATION

_____ NON-JOB          _X_ FUNERAL LEAVE

_____ LEAVE-UNPAID     _____ PERSONAL DAY

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME         _____ HOLIDAY

_____ COURT            _____ TOTAL

_phoned in_
**EMPLOYEE SIGNATURE**

**TIME KEEPER**

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL

OTHER: _____

COMMENTS: _father funeral in Chicago_

_____
**SUPERVISOR'S SIGNATURE**

Revised 9/87

_funeral leave_
_Called in sick following_
_2 days_

SCANNED ON 02/29/2008

NAME: _Tonya Y. Cobb_

BUREAU: _Operation_     DIVISION: _Patrol_ SWORN: _X_ NON-SWORN: _____

DATE NOTIFIED: _12-8-98_ TIME NOTIFIED: _1440_

DATES ABSENT: FROM _____ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1440_   TOTAL HOURS _6.7_

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| _V_ ILLNESS _WC_ | TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: |

COMMENTS: _Yes Appointment_
_Orthopedic_

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_[signature]_
EMPLOYEE SIGNATURE

TIME KEEPER

_[signature]_
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON 01/02/29/2008

NAME: _Tenata Cabo_

BUREAU: _Records_

DATE NOTIFIED: _12/1/08_   TIME NOTIFIED: _1100_

DIVISION: ___   SWORN: ___   NON-SWORN: ___

DATES ABSENT: FROM _12/1/08_   TO ___   HOURS USED: ___

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1200_   TOTAL HOURS _0400_

REASON FOR ABSENCE: (Describe below)

✓ _ ILLNESS                        _ TIME COMING       SICK LEAVE PAY: ✓   WORKER'S COMP ___

_ INJURY JOB                       _ VACATION          SICK LEAVE NO PAY: ___   NO LEAVE ___   OTHER ___

_ NON-JOB                          _ FUNERAL LEAVE     RECOVERING AT ___   HOME ___   HOSPITAL ___

_ LEAVE-UNPAID                     _ PERSONAL DAY      OTHER: ___

TOTAL COMP HOURS TO BE PAID:                          COMMENTS: _Not feeling well_
                                                      _Went Home_

_ OVERTIME                         _ HOLIDAY

_ COURT                            _ TOTAL

EMPLOYEE SIGNATURE

TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: _Kevin Cobb_

BUREAU: _Operation_    DIVISION: _Patrol_ SWORN: ____ NON-SWORN: ____

DATE NOTIFIED: _11-24-98_    TIME NOTIFIED: ____

DATES ABSENT: FROM _11-24-98_ TO ____    HOURS USED: ____

ONE FULL DAY OR LESS - HOURS: FROM ____ _0800_ TO ____ _1600_    TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | ____ TIME COMING | SICK LEAVE PAY: ____ WORKER'S COMP ____ |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____ NO LEAVE ____ OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | OTHER: RECOVERING AT ____ HOME ____ HOSPITAL |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | COMMENTS: _Sick with flu_ |

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

EMPLOYEE SIGNATURE    TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/97

SCANNED ON @1:02/29/2008

NAME: T. COBB

DATE NOTIFIED: 11/6/98    TIME NOTIFIED: _____

BUREAU: _____    OPS    DIVISION: Patrol    SWORN: ✓    NON-SWORN _____

DATES ABSENT: FROM 11/6-7/98 TO _____    HOURS USED: 20    _____

ONE FULL DAY OR LESS HOURS: FROM _____ TO _____    TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

| | | | |
|---|---|---|---|
| _____ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ | _____ WORKER'S COMP _____ |
| ✓ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | OTHER: Light Duty | RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | COMMENTS: | |

**TOTAL COMP HOURS TO BE PAID:**

INJURED FROM W/C

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 1002/29/2008

NAME: Cobb, Tonya

BUREAU: Operations

DATES ABSENT: FROM 11/5/98 TO

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

DATE NOTIFIED: 11/5/98  TIME NOTIFIED: 8:50

DIVISION: _____  SWORN: _____  NON-SWORN: ✓

HOURS USED: 10  TOTAL HOURS _____

**REASON FOR ABSENCE:** (Describe below)

| | |
|---|---|
| ✓ ILLNESS | TIME COMING |
| ___ INJURY JOB | VACATION |
| ___ NON-JOB | FUNERAL LEAVE |
| ___ LEAVE-UNPAID | PERSONAL DAY |

SICK LEAVE PAY: _____  WORKER'S COMP _____

SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

RECOVERING AT _____  HOME _____  HOSPITAL

OTHER: _____

COMMENTS: Swollen foot

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | HOLIDAY |
| ___ COURT | TOTAL |

Called in

EMPLOYEE SIGNATURE

**TIME KEEPER**

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 1002/29/2008

NAME: T. COBB

BUREAU: OPS.    DIVISION: PATROL    SWORN: L NON-SWORN: ___

DATES ABSENT: FROM 10-31 TO 11-1    HOURS USED: 20

DATE NOTIFIED: 10-31/98 TIME NOTIFIED: 1800

ONE FULL DAY OR LESS - HOURS: FROM ___ TO ___    TOTAL HOURS ___

REASON FOR ABSENCE: (Describe below)

___ ILLNESS    ___ TIME COMING    SICK LEAVE PAY: ✓    WORKER'S COMP ___

✓ INJURY JOB    ___ VACATION    SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER ___

___ NON-JOB    ___ FUNERAL LEAVE    RECOVERING AT ✓ HOME ___ HOSPITAL

___ LEAVE-UNPAID    ___ PERSONAL DAY    OTHER: ___

TOTAL COMP HOURS TO BE PAID:    COMMENTS: INJURED FOOT

___ OVERTIME    ___ HOLIDAY    MAKING ARREST ON 10-30-98

___ COURT    ___ TOTAL    (WILL SEE DR. 11-3-98)

_Carbol Ann_    _JW Weathallor Q_
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 002/29/2008

NAME: _Tonya Cobb_    DATE NOTIFIED: _____ TIME NOTIFIED: _____

BUREAU: _Operation_    DIVISION: _Patrol_    SWORN: _X_ NON-SWORN _____

DATES ABSENT: FROM _9/25/98_    TO _____    HOURS USED: _____ 1 WC

ONE FULL DAY OR LESS - HOURS: FROM _1500_    TO _1600_    TOTAL HOURS _X_

**REASON FOR ABSENCE: (Describe below)**    SICK LEAVE PAY: _____ WORKER'S COMP _X_

_X_ ILLNESS    _____ TIME COMING    SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ INJURY JOB    _____ VACATION    RECOVERING AT _____ HOME _____ HOSPITAL

_____ NON-JOB    _____ FUNERAL LEAVE    OTHER: _____

_____ LEAVE-UNPAID    _____ PERSONAL DAY    COMMENTS: _9/25/98  1  Dr. following_

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_Tonya Y. Cobb #232_
EMPLOYEE SIGNATURE    TIME KEEPER    SUPERVISOR'S SIGNATURE    Revised 9/87

NAME: _Tanya COBB_

BUREAU: _Operation_    DIVISION: _Patrol_    DATE NOTIFIED: _9-10-98_    TIME NOTIFIED: _1130_    SWORN: _✓_    NON-SWORN: _____

DATES ABSENT: FROM _09-11-98_ TO _09-11-98_    HOURS USED: _8_

ONE FULL DAY OR LESS - HOURS: FROM _800_ TO _1600_    TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✗ ILLNESS _NC_ | ____ TIME COMING | SICK LEAVE PAY: ✗    WORKER'S COMP _T_ |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | RECOVERING AT ____    HOME ____    HOSPITAL ____ |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | OTHER: ____ |

TOTAL COMP HOURS TO BE PAID:

| | | |
|---|---|---|
| ____ OVERTIME | ____ HOLIDAY | COMMENTS: _FEET SWOLLEN_ |
| ____ COURT | ____ TOTAL | _PHYSICAL THERAPY ON 09-10-98 AND_ |

_STAYED HOME DUE TO PAIN TO_
_FEET SWELLING GO BACK TO WORK._

_Tanya Cobb #222_
EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 10:02/29/2008