NAME: Cobb, T

BUREAU: OPS

DATE NOTIFIED: 8/11/98    TIME NOTIFIED: 1445

DIVISION: Patrol    SWORN: ✓    NON-SWORN: _____

DATES ABSENT: FROM 8-11-98    TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 1600    TO 0200    TOTAL HOURS 10

**REASON FOR ABSENCE: (Describe below)**

_____ ILLNESS

_X_ INJURY JOB

_____ NON-JOB

_____ LEAVE-UNPAID

_____ TIME COMING

_____ VACATION

_____ FUNERAL LEAVE

_____ PERSONAL DAY

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME

_____ COURT

_____ HOLIDAY

_____ TOTAL

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____ HOME _____    HOSPITAL

OTHER: _____

COMMENTS: Sprained ligament
in foot

_____
EMPLOYEE SIGNATURE

_____
TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON 01602/29/2008

*1999*

## 1999

| | ILLNESS | | JOB INJURY | |
|---|---|---|---|---|
| | SICK HOURS | REASON | HOURS | REASON |
| 1/4-1/8/99 | | | 2.5 | Physical Therapy |
| 1/14/1999 | | | 1 | Physical Therapy |
| 1/15/1999 | | | 2 | Physical Therapy |
| 1/19/1999 | 8 | Sick | | |
| 1/20/1999 | | | 2 | Doctor Appointment |
| 1/11, 12 & 15/99 | | | 1.5 | Physical Therapy |
| 1/21-1/22/99 | | | 1 | Physical Therapy |
| 1/22/1999 | | | 1.5 | Physical Therapy |
| 1/26/1999 | | | 2 | Physical Therapy |
| 1/27/1999 | | | 2 | Physical Therapy |
| 1/28-1/29/99 | | | 4 | Physical Therapy |
| 2/1/1999 | | | 8 | Physical Therapy Injury |
| 2/2/1999 | | | 2.5 | Doctor Appointment |
| 2/3/1999 | | | 2 | Physical Therapy |
| 2/4-2/5/99 | | | 4 | Physical Therapy |
| 2/8-2/12/99 | | | 8 | Physical Therapy |
| 2/9/1999 | | | 8 | WC-Doctor Appointment |
| 2/17-2/18/99 | | | 4 | WC-Physical Therapy |
| 2/17/1999 | | | 2.5 | Doctor Appointment |
| 3/27/1999 | 2.5 | Cramps | | |
| 3/29/1999 | 10 | Stomach Ulcer | | |
| 3/30/1999 | 10 | Stomach Ulcer | | |
| 4/7/1999 | 2 | Wisdom Tooth Pulled | | |
| 4/8/1999 | 10 | Wisdom Tooth Pulled | | |
| 5/7/1999 | 10 | Swollen Face | | |
| 5/8/1999 | 9 | Swollen Face | | |
| 6/27/1999 | 10 | Pulled Back Muscle | | |
| 6/29/1999 | 10 | Sore Back | | |
| 8/12/1999 | 10 | Flu | | |
| 8/13/1999 | 10 | Flu | | |
| 8/14/1999 | 10 | Flu | | |
| 8/15/1999 | 10 | Flu | | |
| 8/16/1999 | 10 | Stomach | | |
| 10/12/1999 | 10 | Flu | | |
| 11/4-11/5/99 | 20 | Urinary Tract Infection | | |
| 11/10-11/11/99 | 20 | Colon Testing | | |
| 11/12/1999 | 10 | Abdominal Pains | | |
| 11/13/1999 | 10 | Intestinal | | |
| 11/14/1999 | 10 | Stomach | | |
| 11/19-11/21/99 | 40 | Culitis (Doctor order) | | |

**TOTALS**   251.5 Sick Hours              60.6 Workers' Co. hours

SCANNED ON

NAME: 10/29/2008

BUREAU: _____

DIVISION: _____    SWORN: _____    NON-SWORN: _____

DATE NOTIFIED: 10 _____ TIME NOTIFIED: 0800

DATES ABSENT: FROM 1/19 TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600    TOTAL HOURS 8hrs

REASON FOR ABSENCE: (Describe below)

___ ILLNESS          ___ TIME COMING

___ INJURY JOB       ___ VACATION

___ NON-JOB          ___ FUNERAL LEAVE

___ LEAVE-UNPAID     ___ PERSONAL DAY

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME         ___ HOLIDAY

___ COURT            ___ TOTAL

___ SICK LEAVE PAY: _____    WORKER'S COMP _____

___ SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

___ RECOVERING AT _____    HOME _____    HOSPITAL _____

___ OTHER: _____

COMMENTS: Chaplin Sick
not feeling well

EMPLOYEE SIGNATURE _____

TIME KEEPER _____

SUPERVISOR'S SIGNATURE _____

Revised 9/87

SCANNED ON @ 10:02 29/29/2008

NAME: _Cobb_

BUREAU: _OP_

DIVISION: _PAT_     SWORN: _✓_     NON-SWORN: ___

DATE NOTIFIED: _3-27-99_     TIME NOTIFIED: _0400_

DATES ABSENT: FROM _3-27-99_ TO ___     HOURS USED: ___     TOTAL HOURS _3.5_

ONE FULL DAY OR LESS - HOURS: FROM _0400_ TO _0630_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ___ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___     WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___     NO LEAVE ___     OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___     HOME ___     HOSPITAL ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ |

COMMENTS: _light work Champs_

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_____     _____
EMPLOYEE SIGNATURE               SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @18027296008

NAME: _____ DATE NOTIFIED: 3-29-99  TIME NOTIFIED: 1930

BUREAU: _____ DIVISION: PT  SWORN: _____ NON-SWORN: _____

DATES ABSENT: FROM 3-29-99 TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 2030 TO 0630  TOTAL HOURS 10

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | _____ RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: Stomach ulcer on medicine

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    01 TOTAL

_____          _____
EMPLOYEE SIGNATURE             SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @1002/29/2008

NAME: _____ T. Cobb _____ DATE NOTIFIED: 3/30/99 _ TIME NOTIFIED: _ 1930 hours

BUREAU: ___ Operations ___ DIVISION: Patrol _ SWORN: ✓ _ NON-SWORN _

DATES ABSENT: FROM _ 2830 _ TO _ 0630 _ HOURS USED: _ 10 hours _

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

| | | | |
|---|---|---|---|
| ✓ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ ✓ _____ HOME _____ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: | |
| | | COMMENTS: Stomach cramps | |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_Phoned In_

EMPLOYEE SIGNATURE

TIME KEEPER

_Sgt. O'Neill_

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 10:02/29/2008

NAME: 002/29/2008

BUREAU: OPERATION

DATE NOTIFIED: 4-7-09    TIME NOTIFIED: 1030

DIVISION: PATROL    SWORN: X    NON-SWORN:

DATES ABSENT: FROM 04-7-09 TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 1500 TO 1700    TOTAL HOURS 2

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ~~///~~ WORKER'S COMP |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER |
| X NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ |

TOTAL COMP HOURS TO BE PAID: ___

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

COMMENTS: DENTAL - ABSTRACT WISDOM TOOTH PULLED

_EMPLOYEE SIGNATURE_    _TIME KEEPER_    _SUPERVISOR'S SIGNATURE_

Revised 9/87

SCANNED ON @ 02/29/2008

NAME: I. Cobb

BUREAU: ORS

DATE NOTIFIED: 4-8-99    TIME NOTIFIED: 0600

DIVISION: Patrol SWORN: X  NON-SWORN: _____

DATES ABSENT: FROM 0700 TO 1700    HOURS USED: 10

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ✓ ILLNESS | TIME COMING |
| INJURY JOB | VACATION |
| ✓ NON-JOB | FUNERAL LEAVE |
| LEAVE-UNPAID | PERSONAL DAY |

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL

OTHER: _____

COMMENTS: Mouth Pain Due To Removal of Two (2) Wisdom Teeth. Recovering At Home.

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

Cobb, Ira
EMPLOYEE SIGNATURE

Sgt. Epperson
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 1:00 2/29/2008

UNSCHEDULED TIME OFF / COMP. CALCULATION

NAME: TONYA COBB

DATE NOTIFIED: 5-1-99     TIME NOTIFIED: 1100

BUREAU: OPS     DIVISION: PATROL     SWORN: X     NON-SWORN: ___

DATES ABSENT: FROM 5-1-99 TO _____     HOURS USED: 10

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____     TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ✓ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ WORKER'S COMP ___ |
| ✓ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___ |
| ✓ NON-JOB | ___ FUNERAL LEAVE | OTHER: ___ RECOVERING AT ___ HOME ___ HOSPITAL ___ |
| ✓ LEAVE-UNPAID | ___ PERSONAL DAY | COMMENTS: AKIN DISORDER — |

SUDDEN FLARE. RECOVERING
AT HOME.

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME     ___ HOLIDAY

___ COURT     ___ TOTAL

called in

EMPLOYEE SIGNATURE                    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 10021091000

NAME: _____

BUREAU: _____  DIVISION: _____  SWORN: _____  NON-SWORN: _____

DATE NOTIFIED: 5/8  TIME NOTIFIED: 0610

DATES ABSENT: FROM 5/8/09  TO _____

ONE FULL DAY OR LESS - HOURS: FROM _____ 0600 TO 1810  HOURS USED: _____  TOTAL HOURS 10.9

REASON FOR ABSENCE: (Describe below)

X  ILLNESS

___  INJURY JOB  ___  TIME COMING  ___  SICK LEAVE PAY: _____  ___  WORKER'S COMP _____

___  NON-JOB  ___  VACATION  ___  SICK LEAVE NO PAY: _____  ___  NO LEAVE  ___  OTHER _____

___  LEAVE-UNPAID  ___  FUNERAL LEAVE  ___  RECOVERING AT  ___  HOME  ___  HOSPITAL

___  PERSONAL DAY  ___  OTHER: _____

TOTAL COMP HOURS TO BE PAID:  COMMENTS: Swollen knee from allergic reaction.

___  OVERTIME  ___  HOLIDAY

___  COURT

_____ TOTAL 232
EMPLOYEE SIGNATURE

TIME KEEPER  Sgt. Ericson
SUPERVISOR'S SIGNATURE

Sgt. Ericson

Revised 9/87

SCANNED ON @1809/29/2008

UNIFORMED TIME OFF / WORK PAI REQUEST

NAME: 1. Cobb

DATE NOTIFIED: 6-27-09  TIME NOTIFIED: 1400

BUREAU: CBS

DIVISION: Patrol  SWORN: X  NON-SWORN: ___

DATES ABSENT: FROM 6-27-09 TO _____  HOURS USED: 10

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| ___ INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____  OTHER _____ |
| ___ NON-JOB | FUNERAL LEAVE | RECOVERING AT _____  HOME _____  HOSPITAL |
| ___ LEAVE-UNPAID | PERSONAL DAY | OTHER: |
| | | COMMENTS: Pulled back muscle |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | HOLIDAY |
| ___ COURT | TOTAL |

Pulled in
EMPLOYEE SIGNATURE

TIME KEEPER

Sgt. Espinosa
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 1:00 2/29/2008

UNSCHEDULED TIME OFF / WORK PAY REQUEST

**NAME:** 1. Cobb

**BUREAU:** DPS

**DIVISION:** Patrol    **SWORN:** X    **NON-SWORN:** ____

**DATE NOTIFIED:** 10-29-99    **TIME NOTIFIED:** 1000

**DATES ABSENT: FROM** 10-29-99 **TO** ____    **HOURS USED:** 10

**ONE FULL DAY OR LESS - HOURS: FROM** ____ **TO** ____    **TOTAL HOURS** ____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: ____ WORKER'S COMP ____ |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: ____ NO LEAVE ____ OTHER ____ |
| NON-JOB | FUNERAL LEAVE | OTHER: ____ RECOVERING AT ____ HOME ____ HOSPITAL ____ |
| LEAVE-UNPAID | PERSONAL DAY | COMMENTS: SORE BACK |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

Called in

**EMPLOYEE SIGNATURE**

Sgt. Epperson

**SUPERVISOR'S SIGNATURE**

**TIME KEEPER**

Revised 9/87

NAME: _COBB #232_    DATE NOTIFIED: _8-12-59_    TIME NOTIFIED: _1700_

BUREAU: _OPERATIONS_    DIVISION: _PATROL_    SWORN: _X_    NON-SWORN: _____

DATES ABSENT: FROM _____ TO _08-12-99_    HOURS USED: _10_

ONE FULL DAY OR LESS - HOURS: FROM _2030_ TO _0630_    TOTAL HOURS _10_

REASON FOR ABSENCE: (Describe below)

| | | | | | |
|---|---|---|---|---|---|
| (ILLNESS) | TIME COMING | SICK LEAVE NO PAY: | NO LEAVE | OTHER | |
| INJURY JOB | VACATION | RECOVERING AT | HOME | HOSPITAL | |
| NON-JOB | FUNERAL LEAVE | OTHER: | | | |
| LEAVE-UNPAID | PERSONAL DAY | COMMENTS: _STRESS FLU_ | | | |

(SICK LEAVE PAY: _X_    WORKER'S COMP)

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_____    _____
EMPLOYEE SIGNATURE         SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 08/29/2008

NAME: _Cobb, T._    DATE NOTIFIED: _8-13-99_    TIME NOTIFIED: _1730_

BUREAU: _Operations_    DIVISION: _Patrol_    SWORN: _X_    NON-SWORN: _____

DATES ABSENT: FROM _____ TO _8-13-99_    HOURS USED: _10_

ONE FULL DAY OR LESS - HOURS: FROM _2030_ TO _0630_    TOTAL HOURS _10_

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS _____  _____ TIME COMING    SICK LEAVE PAY: _X_    _____ WORKER'S COMP

_____ INJURY JOB    _____ VACATION    SICK LEAVE NO PAY: _____  _____ NO LEAVE  _____ OTHER

_____ NON-JOB    _____ FUNERAL LEAVE    OTHER: _____  RECOVERING AT _____ HOME _____ HOSPITAL

_____ LEAVE-UNPAID    _____ PERSONAL DAY    COMMENTS: _Stomach Flu_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE _____    TIME KEEPER    SUPERVISOR'S SIGNATURE _Sgt Block_

Revised 9/87

SCANNED ON @1@02/29/2008

NAME: T. COBB

BUREAU: O.P.S.

DATE NOTIFIED: 08/14/99    TIME NOTIFIED: 1800

DIVISION: PATROL    SWORN: ✓    NON-SWORN: ___

DATES ABSENT: FROM 8/14/99 TO 8/14/99    HOURS USED: 10

ONE FULL DAY OR LESS - HOURS: FROM 2030 TO 0630    TOTAL HOURS 10

REASON FOR ABSENCE: (Describe below)

___ ILLNESS    ___ TIME COMING    SICK LEAVE PAY: ___    WORKER'S COMP ___

___ INJURY JOB    ___ VACATION    SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER ___

___ NON-JOB    ___ FUNERAL LEAVE    OTHER: ___    RECOVERING AT ___    HOME ___    HOSPITAL ___

___ LEAVE-UNPAID    ___ PERSONAL DAY    COMMENTS: Stomach Flu

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 1@02/26/2008

NAME: _T. COBB_

BUREAU: _____    DIVISION: _____    SWORN: X    NON-SWORN: _____

DATE NOTIFIED: _8/15/99_ TIME NOTIFIED: _1835_

DATES ABSENT: FROM _8/15/99_ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _2030_ TO _0630_    TOTAL HOURS _10_

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ___ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: | WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: | NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL | |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: _To doctor on Monday_ | |

COMMENTS: _STOMACH PROBLEM_

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_B. Cobb_
EMPLOYEE SIGNATURE

TIME KEEPER

_L.A. Miller_
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 02/29/2008

NAME: T. COBB

BUREAU: CPS                                    DATE NOTIFIED: 8/16/02  TIME NOTIFIED: 1730

DIVISION: PPT      SWORN: X   NON-SWORN:

DATES ABSENT: FROM 8/16/02  TO _____  HOURS USED: 10  TOTAL HOURS

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| X  ILLNESS | ____ TIME COMING |
| ____ INJURY JOB | ____ VACATION |
| ____ NON-JOB | ____ FUNERAL LEAVE |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY |

SICK LEAVE PAY: _____   WORKER'S COMP _____

SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL

OTHER: _____

COMMENTS: _____ SICK/ILL PARENTS

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

EMPLOYEE SIGNATURE _____

TIME KEEPER _____   SUPERVISOR'S SIGNATURE _____

Revised 9/87

SCANNED ON @1:02/29/2008

NAME: _Tom A Cobb_

BUREAU: _____   DIVISION: _Patrol_   SWORN: _X_   NON-SWORN: _____

DATE NOTIFIED: _10/12/04_ TIME NOTIFIED: _15'.10_

DATES ABSENT: FROM _____ TO _____   HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _2200_ TO _0630_   TOTAL HOURS _16_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _X_ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: _FLU_ |

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME   _____ HOLIDAY

_____ COURT   _____ TOTAL

By _Phone_

EMPLOYEE SIGNATURE

_H. C. White_

SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 01/29/2008

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _TONA COBB_

BUREAU: _OPS_    DIVISION: _PAT_    SWORN: _X_    NON-SWORN _____

DATE NOTIFIED: _11-4-99_    TIME NOTIFIED: _1930_

DATES ABSENT: FROM _11-4-99_ TO _11-5-99_    HOURS USED: _20_    TOTAL HOURS _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

- _X_ ILLNESS
- ____ INJURY JOB
- ____ NON-JOB
- ____ LEAVE-UNPAID

- ____ TIME COMING
- ____ VACATION
- ____ FUNERAL LEAVE
- ____ PERSONAL DAY

- ____ SICK LEAVE PAY:
- ____ SICK LEAVE NO PAY: _X_ NO LEAVE    ____ OTHER
- ____ RECOVERING AT: _X_ HOME    ____ HOSPITAL
- ____ OTHER:

- ____ WORKER'S COMP

TOTAL COMP HOURS TO BE PAID:

- ____ OVERTIME    ____ HOLIDAY
- ____ COURT    ____ TOTAL

COMMENTS: _CALL BLADDER/_
_URINARY TRACT INFECTION._
_WILL BE SICK 11-4 & 11-5 PER_
_SICK, WENT TO R.C.G.M.S._
_SHANK. TO BE HER DR. ON MON. 11-8-99_
_TO SEE HER DR._

_PHONE IN._

EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

SCANNED ON 10 07 7003 8:00

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Cobb

BUREAU: Operations    DIVISION: Patrol    SWORN: X    NON-SWORN: ___

DATES ABSENT: FROM 11-10-99 to 11-11-99    HOURS USED: 20

DATE NOTIFIED: 11-8-99    TIME NOTIFIED: 2140

ONE FULL DAY OR LESS - HOURS: FROM 2030 TO 0630    TOTAL HOURS: 20

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| XX ILLNESS | ___ TIME COMING | ___ SICK LEAVE PAY: |
| ___ INJURY JOB | ___ VACATION | ___ SICK LEAVE NO PAY: |
| ___ NON-JOB | ___ FUNERAL LEAVE | ___ WORKER'S COMP |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | ___ NO LEAVE    ___ OTHER |

OTHER:

RECOVERING AT    ___ HOME    ___ HOSPITAL

COMMENTS: FOR COLON TESTING Possible BLOCKAGE

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

NOTIFIED BY TELEPHONE

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

TIME KEEPER

SCANNED ON 01/20/2005 @ 01:29

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: T. COBB

BUREAU: OPS.                                     DIVISION: PATROL            SWORN: ✓    NON-SWORN:

DATES ABSENT: FROM: 11-12-99   TO:                                        DATE NOTIFIED: 11-12-99   TIME NOTIFIED: 1900

ONE FULL DAY OR LESS - HOURS: FROM: 2030   TO: 0630                       HOURS USED:

                                                                          TOTAL HOURS: 10

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: | WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT ✓ HOME | HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: | |

COMMENTS: ABDOMINAL PAINS

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

EMPLOYEE SIGNATURE                               SUPERVISOR'S SIGNATURE

TIME KEEPER

SCANNED ON NOT SCANNED @ 10/27/06 762700

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Cobb

BUREAU: Operations    DIVISION: Patrol    SWORN: ✓    NON-SWORN: ___

DATE NOTIFIED: 11/13/99    TIME NOTIFIED: 1700

DATES ABSENT: FROM 11/13/99 TO ___    HOURS USED: 10

ONE FULL DAY OR LESS - HOURS: FROM 2030 TO 0630    TO 0630    TOTAL HOURS 10

### REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ |
| | | COMMENTS: Intestinal Complications |

### TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

NOTIFIED BY BELTS
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE    TIME KEEPER

SCANNED ON @ 09/29/2008

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. COBB

DATE NOTIFIED: 11/14/09     TIME NOTIFIED: 1730

BUREAU: O.P.S.

DIVISION: PATROL     SWORN: ✓     NON-SWORN:

DATES ABSENT: FROM 11/14/09 TO 11/15/09     HOURS USED: 10     TOTAL HOURS: 10

ONE FULL DAY OR LESS - HOURS: FROM 2030 TO 0630

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING: | SICK LEAVE PAY: | WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT | HOME | HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: | | |

COMMENTS: Stomach Pains

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

By Phone
EMPLOYEE SIGNATURE

Sgt. D. Thompson #451
SUPERVISOR'S SIGNATURE

TIME KEEPER

SCANNED ON: DENIED ON
8002/62/200   Revised 9/97

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Cobb, I.

BUREAU: _____  DIVISION: _____  SWORN: ✓  NON-SWORN: ___

DATES ABSENT: FROM 11/18 TO 11-21-99  HOURS USED: 40  TOTAL HOURS: 40

ONE FULL DAY OR LESS - HOURS: FROM 2030 TO 0630

DATE NOTIFIED: _____  TIME NOTIFIED: _____

### REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: | WORKER'S COMP |
| ✓ INJURY JOB | VACATION | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| ✓ NON-JOB | FUNERAL LEAVE | RECOVERING AT: | HOME | HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: | | |
| | | COMMENTS: | | |

TOTAL COMP HOURS TO BE PAID:

OVERTIME _____  HOLIDAY _____

COURT _____  TOTAL _____

EMPLOYEE SIGNATURE _____

TIME KEEPER _____

SUPERVISOR'S SIGNATURE _____

SCANNED ON 02/29/2016 @

0700·0830 ~~pht~~ hydro therapy

NAME: Tonya Cobb

BUREAU: Patrol

DATE NOTIFIED: 1969  TIME NOTIFIED: _____

DIVISION: _____  SWORN: X  NON-SWORN: _____

DATES ABSENT: FROM: _____ TO: _____  HOURS USED: _____  TOTAL HOURS: .5

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 0830  2.50

**REASON FOR ABSENCE: (Describe below)**

___ ILLNESS          ___ TIME COMING        ___ SICK LEAVE PAY:        ___ WORKER'S COMP  X

___ INJURY JOB       ___ VACATION           ___ SICK LEAVE NO PAY:     ___ NO LEAVE      ___ OTHER

___ NON-JOB          ___ FUNERAL LEAVE      ___ RECOVERING AT          ___ HOME          ___ HOSPITAL

___ LEAVE-UNPAID     ___ PERSONAL DAY       ___ OTHER:

**TOTAL COMP HOURS TO BE PAID:**

COMMENTS:

___ OVERTIME         ___ HOLIDAY       1/4  0800·0830      1/7  0800·0830
                                       1/5  0300·0800      1/8  0300·0830
___ COURT            ___ TOTAL         1/6  0300·0830      1/8  0300·0830  hydro therapy YMCA

EMPLOYEE SIGNATURE                     SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 01·00·2/29/2008

NAME: __LONVA COBB__

BUREAU: __OPERATIONS__  DIVISION: __PATROL__  SWORN: __✓__  NON-SWORN: ____

DATE NOTIFIED: __01-14-98__  TIME NOTIFIED: __1200__

DATES ABSENT: FROM __1-14-98__ TO __1-14-98__

ONE FULL DAY OR LESS - HOURS: FROM __1500__ TO __1600__  HOURS USED __1__  TOTAL HOURS __1__

REASON FOR ABSENCE: (Describe below)

____ ILLNESS          ____ TIME COMING        SICK LEAVE PAY: ____   WORKER'S COMP ____

____ INJURY JOB       ____ VACATION           SICK LEAVE NO PAY: ____  NO LEAVE ____  OTHER __X__

____ NON-JOB          ____ FUNERAL LEAVE       OTHER: ____  RECOVERING AT ____ HOME ____ HOSPITAL

____ LEAVE-UNPAID     ____ PERSONAL DAY        COMMENTS: __U.C. HYDRO THERAPY__
                                                __VILLA__

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME         ____ HOLIDAY

____ COURT            ____ TOTAL

__Lonva Cobb #332__
EMPLOYEE SIGNATURE

__Shelly Mitchell__
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb ()

BUREAU: Operations    DIVISION: Patel    SWORN: ___ NON-SWORN: ___

DATE NOTIFIED: 1-2-09 TIME NOTIFIED: 1100

DATES ABSENT: FROM 1-13-98 TO 1-13-98    HOURS USED: ___

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1000    TOTAL HOURS: 2

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ILLNESS ___ | TIME COMING ___ | SICK LEAVE PAY: ___ | WORKER'S COMP ✗ |
| INJURY JOB ___ | VACATION ___ | SICK LEAVE NO PAY: ___ | NO LEAVE ___ OTHER ___ |
| NON-JOB ___ | FUNERAL LEAVE ___ | RECOVERING AT ___ | HOME ___ HOSPITAL ___ |
| LEAVE-UNPAID ___ | PERSONAL DAY ___ | OTHER: ___ | |

TOTAL COMP HOURS TO BE PAID:

COMMENTS: W.C. HYDRO THERAPY YMCA

| | | |
|---|---|---|
| OVERTIME ___ | HOLIDAY ___ | |
| COURT ___ | TOTAL ___ | |

EMPLOYEE SIGNATURE    *Tonya Cobb #733*

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 02/29/2008

NAME: _Shawn Cobb_

BUREAU: _OPERATION_    DIVISION: _PATROL_    SWORN: ___    NON-SWORN: ___

DATE NOTIFIED: _2-14_    TIME NOTIFIED: _1300_

DATES ABSENT: FROM _1-20_ TO ___    HOURS USED: ___

ONE FULL DAY OR LESS - HOURS: FROM _1400_ TO _1400_    TOTAL HOURS _2_

REASON FOR ABSENCE: (Describe below)

___ ILLNESS    ___ TIME COMING    SICK LEAVE PAY: ___    WORKER'S COMP ___

___ INJURY JOB    ___ VACATION    SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER _X_

___ NON-JOB    ___ FUNERAL LEAVE    RECOVERING AT ___    HOME ___    HOSPITAL ___

___ LEAVE-UNPAID    ___ PERSONAL DAY    OTHER: ___

COMMENTS: _1400 Follow up_
_ADDISTMENT PIC_

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

_Shawn Cobb #232_
EMPLOYEE SIGNATURE

_Shirley Mitchell_
TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON 01/02/2008

NAME: __Olivia V. Cobb__

BUREAU: __Operations__    DIVISION: __Patrol__    SWORN X    NON-SWORN

DATE NOTIFIED: __1-20-09__    TIME NOTIFIED: __0400__

DATES ABSENT: FROM __1__ TO __1__    HOURS USED:

ONE FULL DAY OR LESS - HOURS: FROM __0400__ TO __0830__    TOTAL HOURS: __.5__

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS                _____ TIME COMING          _____ SICK LEAVE PAY:       _____ WORKER'S COMP

_____ INJURY JOB             _____ VACATION             _____ SICK LEAVE NO PAY:    __X__ NO LEAVE    _____ OTHER

_____ NON-JOB                _____ FUNERAL LEAVE        _____ RECOVERING AT ___ HOME ___ HOSPITAL

_____ LEAVE-UNPAID           _____ PERSONAL DAY         _____ OTHER:

TOTAL COMP HOURS TO BE PAID:                            COMMENTS: __from 0400 - 0830__

_____ OVERTIME               _____ HOLIDAY              __ANDED THERAPY FOLLOWING__

_____ COURT                  _____ TOTAL               __DATES: 1/11  1/12  AND 1/15__

__Olivia V. Cobb #233__                    __Shirley McDowell__

EMPLOYEE SIGNATURE           TIME KEEPER               SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: DANA Y. COBB                                    DATE NOTIFIED: 1-21-09 TIME NOTIFIED: 0800

BUREAU: OPERATION                    DIVISION: SATTED SWORN: X  NON-SWORN:

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM ____ 0800 ____ TO ____ 0830 ____ HOURS USED: _____ TOTAL HOURS ____ 1 ____

REASON FOR ABSENCE: (Describe below)

____ ILLNESS                    ____ TIME COMING                    SICK LEAVE PAY: _____    ____ WORKER'S COMP ____

____ INJURY JOB                 ____ VACATION                       SICK LEAVE NO PAY: ____    ____ NO LEAVE ____    ____ OTHER ____

____ NON-JOB                    ____ FUNERAL LEAVE                   RECOVERING AT ____    HOME ____    HOSPITAL ____

____ LEAVE-UNPAID               ____ PERSONAL DAY                    OTHER: ____

                                                                     COMMENTS: DOC HYDRO THERAPY
TOTAL COMP HOURS TO BE PAID:
                                                                     TUESDAY 1/21 AND

____ OVERTIME                   ____ HOLIDAY                         FRIDAY 1/22

____ COURT                      ____ TOTAL

EMPLOYEE SIGNATURE                                                   TIME KEEPER

                                SUPERVISOR'S SIGNATURE               Revised 9/97

SCANNED ON @1602/29/2008