NAME: _DONNA COBB_ DATE NOTIFIED: _12.20.04_ TIME NOTIFIED: _0730_

BUREAU: _OPERATION_ DIVISION: _PATROL_ SWORN: _____ NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _0930_ TOTAL HOURS _1.5_

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS                    _____ TIME COMING            SICK LEAVE PAY: _____          WORKER'S COMP _____

_____ INJURY JOB                 _____ VACATION              SICK LEAVE NO PAY: _____        NO LEAVE _____   OTHER _____

_____ NON-JOB                    _____ FUNERAL LEAVE         RECOVERING AT: _____            HOME _____       HOSPITAL _____

_____ LEAVE-UNPAID               _____ PERSONAL DAY          OTHER: _X_

TOTAL COMP HOURS TO BE PAID:                                COMMENTS: _PHYSIO THERAPY_

_____ OVERTIME                   _____ HOLIDAY

_____ COURT                      _____ TOTAL

_Donna Cobb #932_                _Sandra Mitchell_

EMPLOYEE SIGNATURE               SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 01/29/2008

NAME: TONYA Y. COBB

BUREAU: OPERATIONS

DATE NOTIFIED: 1-26-94  TIME NOTIFIED: 1330

DIVISION: THIRD   SWORN: ___ NON-SWORN: ___

DATES ABSENT: FROM ___ TO ___   HOURS USED: ___

ONE FULL DAY OR LESS - HOURS: FROM 1400 TO 1600   TOTAL HOURS 2

REASON FOR ABSENCE: (Describe below)

___ ILLNESS          ___ TIME COMING        ___ SICK LEAVE PAY:        ___ WORKER'S COMP

___ INJURY JOB       ___ VACATION           ___ SICK LEAVE NO PAY:     ___ NO LEAVE        X OTHER

___ NON-JOB          ___ FUNERAL LEAVE      OTHER: WG         ___ RECOVERING AT ___ HOME ___ HOSPITAL

___ LEAVE-UNPAID     ___ PERSONAL DAY       COMMENTS: HYDRO THERAPY

TOTAL COMP HOURS TO BE PAID:                 YMCA

___ OVERTIME         ___ HOLIDAY

___ COURT            ___ TOTAL

EMPLOYEE SIGNATURE                           SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: TONYA COBB

BUREAU: OPERATION    DIVISION: HYDRO    SWORN: _____ NON-SWORN: _____

DATE NOTIFIED: 12/14 TIME NOTIFIED: 1400

DATES ABSENT - FROM: _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 1400 TO 1600 TOTAL HOURS: _____

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ILLNESS | TIME COMING |
| INJURY JOB | VACATION |
| NON-JOB | FUNERAL LEAVE |
| LEAVE-UNPAID | PERSONAL DAY |

SICK LEAVE PAY: _____    WORKER'S COMP: _____

SICK LEAVE NO PAY: _____    NO LEAVE: _____    OTHER: X

RECOVERING AT    HOME _____    HOSPITAL _____

OTHER: WC —

COMMENTS: HYDRO THERAPY
YMCA

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_Tonya Cobb #732_    _Shirley Mitchell_

EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Willie Cobb_

BUREAU: _Operation_

DATE NOTIFIED: _1-28-99_   TIME NOTIFIED: _930_

DIVISION: _Patrol_   SWORN: _X_   NON-SWORN: _____

DATES ABSENT: FROM _01-28-99_ TO _01-29-99_   HOURS USED _4_

ONE FULL DAY OR LESS - HOURS: FROM _1400_ TO _1800_   TOTAL HOURS _4_

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ILLNESS _____ | TIME COMING _____ | SICK LEAVE PAY: _____   WORKER'S COMP _____ |
| INJURY JOB _____ | VACATION _____ | SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _X_ |
| NON-JOB _____ | FUNERAL LEAVE _____ | RECOVERING AT _____   HOME _____   HOSPITAL _____ |
| LEAVE-UNPAID _____ | PERSONAL DAY _____ | OTHER: _WC_ |

**TOTAL COMP HOURS TO BE PAID:**

COMMENTS: _INJURED THURSDAY FOR THURS 1-28-99 AND FRI. 1-29-99_

| | |
|---|---|
| OVERTIME _____ | HOLIDAY _____ |
| COURT _____ | TOTAL _____ |

_[signature]_
EMPLOYEE SIGNATURE

_[signature]_
TIME KEEPER

_[signature]_
SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: _____    DATE NOTIFIED: 3/1/02    TIME NOTIFIED: 0800

BUREAU: _____  DIVISION: _____  SWORN: _____  NON-SWORN: _____

DATES ABSENT: FROM 3/1/02 TO _____  HOURS USED: _____  TOTAL HOURS 8365.

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600

REASON FOR ABSENCE: (Describe below)

| | | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| --- | --- | --- | --- |
| ✓ ILLNESS ___ | TIME COMING ___ | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| INJURY-JOB ___ | VACATION ___ | RECOVERING AT _____ | HOME _____ HOSPITAL _____ |
| NON-JOB ___ | FUNERAL LEAVE ___ | OTHER: | |
| LEAVE-UNPAID ___ | PERSONAL DAY ___ | COMMENTS: | |

TOTAL COMP HOURS TO BE PAID:

| | |
| --- | --- |
| OVERTIME ___ | HOLIDAY ___ |
| COURT ___ | TOTAL ___ |

EMPLOYEE SIGNATURE _____

TIME KEEPER _____

SUPERVISOR'S SIGNATURE _____

Revised 9/87

NAME: TONYA V. COBB     DATE NOTIFIED: 1-29-99   TIME NOTIFIED: 1200

BUREAU: OPERATION     DIVISION: PATROL   SWORN: _____ NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____     HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 1730 TO 1600     TOTAL HOURS 8.5

REASON FOR ABSENCE: (Describe below)

ILLNESS _____          TIME COMING _____          SICK LEAVE PAY: _____     WORKER'S COMP _____

INJURY JOB _____       VACATION _____             SICK LEAVE NO PAY: _____   NO LEAVE _____

NON-JOB _____          FUNERAL LEAVE _____        RECOVERING AT _____ HOME _____ HOSPITAL _____

LEAVE-UNPAID _____     PERSONAL DAY _____         OTHER: _____

TOTAL COMP HOURS TO BE PAID:                      COMMENTS: DRS APPOINTMENT

OVERTIME _____         HOLIDAY _____              SWELLING IN FOOT

COURT _____            TOTAL 232                  FROM THERAPY ON 1-29-99

_____                     X _____

EMPLOYEE SIGNATURE                                _____

                                                  SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: C. John V. Cobb

BUREAU: Operation    DIVISION: Patrol    SWORN: ___    NON-SWORN: ___

DATE NOTIFIED: 2-3-99    TIME NOTIFIED: 1130

DATES ABSENT: FROM ___ TO ___    HOURS USED: ___    TOTAL HOURS: ___

ONE FULL DAY OR LESS - HOURS: FROM 1400 TO 1600

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ___ ILLNESS | ___ TIME COMING |
| ___ INJURY JOB | ___ VACATION |
| ___ NON-JOB | ___ FUNERAL LEAVE |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY |

SICK LEAVE PAY: ___    WORKER'S COMP ___

SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER X

RECOVERING AT ___    HOME ___    HOSPITAL ___

OTHER: ___

COMMENTS: Physical Therapy 2/11/99

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL 2:32 |

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: DONNA Y. COBB

BUREAU: OPERATIONS                          DIVISION: PATROL

DATE NOTIFIED: 2-5-99    TIME NOTIFIED: 1035    SWORN: ____    NON-SWORN: ____

DATES ABSENT - FROM 2-4-99 TO 2-5-99

ONE FULL DAY OR LESS - HOURS: FROM 1400 TO 1600    HOURS USED ____    TOTAL HOURS 4

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| ____ ILLNESS | ____ TIME COMING |
| X INJURY JOB | ____ VACATION |
| ____ NON-JOB | ____ FUNERAL LEAVE |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY |

SICK LEAVE PAY: ____    SICK LEAVE NO PAY: ____    WORKER'S COMP X    OTHER ____

RECOVERING AT ____    HOME ____    HOSPITAL ____

OTHER: WC- INJURED THURSDAY

COMMENTS: FOR THURSDAY 2-4-99
ALSO 2-5-99 FRIDAY
YMCA

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

EMPLOYEE SIGNATURE        TIME KEEPER        SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: Tonya Y. Webb

DATE NOTIFIED: 2-8-09    TIME NOTIFIED: 1300

BUREAU: Operation

DIVISION: Patrol    SWORN: _____    NON-SWORN: _____

DATES ABSENT: FROM 2/8    TO 2/10    EXCLUDES    TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM 1400    TO 1400    TOTAL HOURS USED _____

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS    _____ TIME COMING    _____ SICK LEAVE PAY:    _____ WORKER'S COMP _____

_____ INJURY JOB    _____ VACATION    _____ SICK LEAVE NO PAY:    _____ NO LEAVE    _____ OTHER _____

_____ NON-JOB    _____ FUNERAL LEAVE    OTHER: _____ RECOVERING AT: HOME _____    HOSPITAL _____

_____ LEAVE-UNPAID    _____ PERSONAL DAY    COMMENTS: WC — 1400 THERAPY

TOTAL COMP HOURS TO BE PAID:    comp. time evaluated

_____ OVERTIME    _____ HOLIDAY    this as she was gone

_____ COURT    _____ TOTAL    all day

Tonya Webb #232    EMPLOYEE SIGNATURE    Shirley Mitchell    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Leola Cobb_                                    DATE NOTIFIED: _2-2-02_  TIME NOTIFIED: _800_

BUREAU: _Operation_            DIVISION: _ATL-C_  SWORN: _____  NON-SWORN: _____

DATES ABSENT: FROM _0800_ TO _800_ _16-80_  HOURS USED _45_ _8_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  TOTAL HOURS ____

**REASON FOR ABSENCE: (Describe below)**

_____ ILLNESS            _____ TIME COMING       _____ SICK LEAVE PAY: _____       _____ WORKER'S COMP _____

_____ INJURY JOB         _____ VACATION          _____ SICK LEAVE NO PAY: _____    _____ NO LEAVE _____  _____ OTHER _____

_____ NON-JOB            _____ FUNERAL LEAVE      _____ OTHER: _____ RECOVERING AT _____ HOME _____ HOSPITAL

_____ LEAVE-UNPAID       _____ PERSONAL DAY       COMMENTS: _De Mc_
                                                    _De Nathan Apladuleay_
**TOTAL COMP HOURS TO BE PAID:**                    _De Nathan RD SC_

_____ OVERTIME           _____ HOLIDAY

_____ COURT

_Emma Cobb #732_  _____ TOTAL           _Shirley Mitchell_

EMPLOYEE SIGNATURE                                  SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: TONYA COBB

DATE NOTIFIED: 2-17-09  TIME NOTIFIED: 1200

BUREAU: OPERATION

DIVISION: PATROL  SWORN: X  NON-SWORN:

DATES ABSENT: FROM 02-17-09 TO 02-18-09  HOURS USED: 4

ONE FULL DAY OR LESS - HOURS: FROM 1400 TO 1600  TOTAL HOURS 2

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ___ ILLNESS | ___ TIME COMING |
| ___ INJURY JOB | ___ VACATION |
| ___ NON-JOB | ___ FUNERAL LEAVE |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

SICK LEAVE PAY: ___  WORKER'S COMP X

SICK LEAVE NO PAY: ___  NO LEAVE ___  OTHER ___

OTHER: ___  RECOVERING AT ___  HOME ___  HOSPITAL

COMMENTS: INJURD THERAPY
WEDS 2-17-09
THURS 2-18-09

_Signature_ #233 _Signature_
EMPLOYEE SIGNATURE

_Signature_
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb

DATE NOTIFIED: 2-17-06   TIME NOTIFIED: 0800

BUREAU: Operations   DIVISION: Patrol   SWORN: _____   NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1030   TOTAL HOURS 2.5

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS                    _____ TIME COMING        _____ SICK LEAVE PAY:       _____ WORKER'S COMP

_____ INJURY JOB                 _____ VACATION            _____ SICK LEAVE NO PAY:    _____ NO LEAVE    _____ OTHER

_____ NON-JOB                    _____ FUNERAL LEAVE       _____ OTHER:  DES   Appointment   RECOVERING AT _____ HOME _____ HOSPITAL X

_____ LEAVE-UNPAID               _____ PERSONAL DAY        COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME                   _____ HOLIDAY

_____ COURT                      _____ TOTAL

EMPLOYEE SIGNATURE               233   SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/07

| | ILLNESS | | JOB INJURY | |
|---|---|---|---|---|
| | SICK HOURS | REASON | HOURS | REASON |
| 1/24/2000 | 8 | "Morning Sickness" | | |
| 2/1/2000 | 8 | "Pregnancy Problems" | | |
| 2/2/2000 | 8 | "Pregnancy Problems" | | |
| 2/3/2000 | 8 | "Pregnancy Problems" | | |
| 2/4/2000 | 8 | "Pregnancy Problems" | | |
| 2/7/2000 | 8 | "Pregnancy Problems" | | |
| 2/8/2000 | 8 | "Pregnancy Problems" | | |
| 2/9/2000 | 8 | "Pregnancy Problems" | | |
| 2/10/2000 | 8 | "Pregnancy Problems" | | |
| 2/11/2000 | 8 | "Pregnancy Problems" | | |
| 2/14/2000 | 8 | "Pregnancy Problems" | | |
| 2/15/2000 | 8 | "Pregnancy Problems" | | |
| 2/16/2000 | 8 | "Pregnancy Problems" | | |
| 2/17/2000 | 8 | "Pregnancy Problems" | | |
| 2/18/2000 | 8 | "Pregnancy Problems" | | |
| 2/21/2000 | 8 | "Pregnancy Problems" | | |
| 2/22/2000 | 8 | "Pregnancy Problems" | | |
| 2/23/2000 | 8 | "Pregnancy Problems" | | |
| 2/24/2000 | 8 | "Pregnancy Problems" | | |
| 2/25/2000 | 8 | "Pregnancy Problems" | | |
| 3/6/2000 | 0.75 | Back Problem | | |
| 3/14/2000 | 8 | Back Problem | | |
| 5/2/2000 | 8 | Hospital-Pregnancy | (Hospital) | |
| 5/3/2000 | 8 | Hospital-Pregnancy | (Hospital) | |
| 5/4-5/5/00 | 16 | Hospital-Pregnancy | (Hospital) | |
| 5/8/2000 | 8 | Pregnancy Complications | | |
| 5/9/2000 | 8 | Pregnancy Complications | | |
| 5/10/2000 | 8 | Pregnancy Complications | | |
| 5/11/2000 | 8 | Pregnancy Complications | | |
| 5/12/2000 | 8 | Pregnancy Complications | | |
| 5/15/2000 | 8 | Pregnancy Complications | | |
| 5/16/2000 | 8 | Pregnancy Complications | | |
| 5/17/2000 | 8 | Pregnancy Complications | | |
| 5/18/2000 | 8 | Pregnancy Complications | | |
| 5/19/2000 | 8 | Pregnancy Complications | | |
| 5/22/2000 | 8 | Pregnancy Complications | | |
| 5/23/2000 | 8 | Pregnancy Complications | | |
| 5/24/2000 | 8 | Pregnancy Complications | | |
| 5/25-5/26/00 | 16 | Pregnancy Complications | | |
| 5/30/2000 | 8 | Pregnancy Complications | | |
| 5/31/2000 | 8 | Pregnancy Complications | | |
| 6/1/2000 | 8 | Pregnancy Complications | | |
| 6/2/2000 | 8 | Pregnancy Complications | | |
| 6/5/2000 | 8 | Pregnancy Complications | | |
| 6/6/2000 | 8 | Pregnancy Complications | | |
| 6/7/2000 | 8 | Pregnancy Complications | | |
| 6/8/2000 | 8 | Pregnancy Complications | | |
| 6/9/2000 | 8 | Pregnancy Complications | | |
| 6/12/2000 | 8 | Pregnancy Complications | | |

2000

EXHIBIT

2000 - 2

| | | | |
|---|---|---|---|
| 6/13/2000 | 8 | Pregnancy Complications | (Hospital) |
| 6/14/2000 | 8 | Pregnancy Complications | (Hospital) |
| 6/15/2000 | 8 | Pregnancy Complications | (Hospital) |
| 6/16/2000 | 8 | Pregnancy Complications | (Hospital) |
| 6/19/2000 | 8 | Pregnancy Complications | |
| 6/20-6/23/00 | 32 | Pregnancy Complications | |
| 6/26-6/30/00 | 40 | Pregnancy Complications | |
| 7/3-7/7/00 | 32 | Pregnancy Complications | |
| 7/10-7/14/00 | 40 | Pregnancy Complications | |
| 7/15-7/21/00 | 40 | Pregnancy Complications | |
| 7/24-7/28/00 | 40 | Pregnancy Complications | |
| 7/31-8/4/00 | 40 | Pregnancy Complications | |
| 8/7-8/11/00 | 40 | Pregnancy Complications | |
| 8/14-8/18/00 | 40 | Pregnancy Complications | |
| 8/21-8/25/00 | 40 | Pregnancy Complications | |
| 8/29-9/2/00 | 40 | Pregnancy Complications | |
| 9/5-9/8/00 | 32 | Pregnancy Complications | |
| 9/11-9/15/00 | 16 | 1/2 days (Chief Pugh) | |
| 9/14/2000 | 8 | Vomiting | |
| 9/15/2000 | 1.5 | Doctor - Pregnancy | |
| 9/18-9/20/00 | 13 | 1/2 days | |
| 9/21/2000 | 8 | Pregnancy | |
| 9/22/2000 | 8 | Nausea | |
| 9/25-9/28/00 | 20 | Pregnancy | |
| 9/29/2000 | 8 | Pregnancy | |
| 10/2-10/5/00 | 12 | Maternity | |
| 10/4/2000 | 8 | Maternity | |
| 10/6/2000 | 8 | Maternity | |
| 10/13/2000 | 8 | Maternity | |
| 10/16/2000 | 8 | Pregnancy | |
| 10/17/2000 | 8 | Per Doctor-Pregnancy | |
| 10/18/2000 | 8 | Per Doctor-Pregnancy | |
| 10/19-10/20/00 | 10 | Per Doctor-Pregnancy | |
| 10/23-10/27/00 | 40 | Maternity | |
| 10/30-11/3/00 | 40 | Maternity | |
| 11/6-11/17/00 | 80 | Maternity | |
| 11/20-11/24/00 | 40 | Maternity | |
| 11/27-12/01/00 | 40 | Maternity | |
| 12/04-12/11/00 | 40 | Maternity | |
| 12/12-12/15/00 | 32 | Maternity | |
| 12/18-12/29/00 | 80 | Maternity | |

**TOTALS** 1,451.25 Total Hours
8.75 Sick Time
1,442.50 Pregnancy Problems

NAME: _Lora_ _Cobb_

DATE NOTIFIED _01-24-00_ TIME NOTIFIED _0730_

BUREAU: _OPS_

DIVISION _Consoledex_ SWORN: _X_ NON-SWORN _____

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _01-24.00_ TO _____ TOTAL HOURS: _8_

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| _X_ ILLNESS | TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| ____ INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| ____ NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| ____ LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: _Morning Sickness_ |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ____ OVERTIME | HOLIDAY |
| ____ COURT | TOTAL |

_#4153_

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Joshua Cobb

BUREAU: OPS                                    DIVISION: Com Srcs                  NON-SWORN:

                                               NOTIFIED: ___ TIME NOTIFIED: 0800

DATES ABSENT: FROM _____ TO _____      ___ HOURS USED: ____

ONE FULL DAY OR LESS - HOURS: FROM ___ 02·01·00 ___ TO _____   TOTAL HOURS  8

REASON FOR ABSENCE: (Describe below)          SICK LEAVE PAY: _____   WORKER'S COMP ____

___ ILLNESS              ___ TIME COMING       SICK LEAVE NO PAY: _____   NO LEAVE ____   OTHER ___

___ INJURY JOB           ___ VACATION          RECOVERING AT _____   HOME _____   HOSPITAL

___ NON-JOB              ___ FUNERAL LEAVE     OTHER: ____

___ LEAVE-UNPAID         ___ PERSONAL DAY      COMMENTS: Medical Problems

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME             ___ HOLIDAY

___ COURT                ___ TOTAL

EMPLOYEE SIGNATURE.                            SUPERVISOR'S SIGNATURE

TIME KEEPER                                    #453

Revised 9/87

NAME: JOSHUA COBB                        DATE NOTIFIED 02-02-00  TIME NOTIFIED 0800

BUREAU: OPS  COM SERVICE          DIVISION: _____  SWORN: X  NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____           HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 02-02-00 TO _____  TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

X ILLNESS              _____ TIME COMING        SICK LEAVE PAY: _____  WORKER'S COMP _____

_____ INJURY JOB     _____ VACATION           SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

_____ NON-JOB        _____ FUNERAL LEAVE      RECOVERING AT _____  HOME _____  HOSPITAL _____

_____ LEAVE-UNPAID   _____ PERSONAL DAY       OTHER: _____

                                                  COMMENTS: PREGNANCY PROBLEMS

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME       _____ HOLIDAY

_____ COURT          _____ TOTAL

_____          _____
EMPLOYEE SIGNATURE                SUPERVISOR'S SIGNATURE   # 4/53

                   TIME KEEPER                      Revised 9/87

NAME: Laura Cobb

BUREAU: GPS

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _____ 02-03-00 _____ TO _____

DA.. NOTIFIED: 02-03-00    TIME NOTIFIED: 0800

DIVISION: Conserve SWORN _____ NON-SWORN _____

HOURS USED: _____

TOTAL HOURS 8

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| ___ INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| ___ NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| ___ LEAVE-UNPAID | PERSONAL DAY | OTHER: |
| | | COMMENTS: Pregnancy Problems |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | HOLIDAY |
| ___ COURT | TOTAL |

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE  #453

Revised 9/87

NAME: __TONYA CORD__

BUREAU: __COMM.SERVE/OPS__    DIVISION: ___    DATE NOTIFIED: __03-03-00__    TIME NOTIFIED: __0800__    SWORN: ___    NON-SWORN: X

DATES ABSENT: FROM ___    TO ___    HOURS USED: ___

ONE FULL DAY OR LESS - HOURS: FROM __02-04-00__ TO ___    TOTAL HOURS: ___

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: ___ | WORKER'S COMP ___ |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: ___ | NO LEAVE ___ OTHER ___ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL ___ | |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: ___ | |

COMMENTS: __REGULADES PROBLEMS__

TOTAL COMP HOURS TO BE PAID:
___ OVERTIME    ___ HOLIDAY
___ COURT    ___ TOTAL

EMPLOYEE SIGNATURE ___    SUPERVISOR'S SIGNATURE ___

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb

BUREAU: _____

DIVISION: B.W. Sullivan    SWORN: X    NON-SWORN: _____

L. NOTIFIED: _____    TIME NOTIFIED: 0900

DATES ABSENT: FROM _____ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 02-07-00    TO _____    TOTAL HOURS: 8

**REASON FOR ABSENCE: (Describe below)**

| | | | |
|---|---|---|---|
| X_ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: Personal Problem |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____ #63

TIME KEEPER _____

Revised 9/87

NAME: _Joshua Cobb_   DATE NOTIFIED: 0208-00   TIME NOTIFIED: 0800

BUREAU: _OPS/com serve_   DIVISION: _____   SWORN: X   NON-SWORN: _____

DATES ABSENT: FROM _____   TO _____   HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _02-08-00_ TO _____   TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

| | | SICK LEAVE PAY: _____   WORKER'S COMP _____ |
|---|---|---|
| _X_ ILLNESS | TIME COMING _____ | SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____ |
| _____ INJURY JOB | VACATION _____ | RECOVERING AT _____   HOME _____   HOSPITAL _____ |
| _____ NON-JOB | FUNERAL LEAVE _____ | OTHER: _____ |
| _____ LEAVE-UNPAID | PERSONAL DAY _____ | COMMENTS: _Pregnancy Problems_ |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

TIME KEEPER _____

Revised 9/87

NAME: _Joshua Cobb_          DATE NOTIFIED: _03-08-00_    TIME NOTIFIED: _0800_

BUREAU: _Com Serve_/_ops_    DIVISION: ____    SWORN: _O_    NON-SWORN ____

DATES ABSENT: FROM ____ TO ____    HOURS USED: ____

ONE FULL DAY OR LESS - HOURS: FROM _03-08-00_ TO ____    TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| X ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ____ | WORKER'S COMP ____ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ____ NO LEAVE ____ | OTHER ____ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ____ HOME ____ | HOSPITAL ____ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ____ | |

COMMENTS: _Pregnancy Problems_

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_____    _____
EMPLOYEE SIGNATURE         SUPERVISOR'S SIGNATURE

TIME KEEPER

#453

Revised 9/87

NAME: _Tonya Cobb_    Date NOTIFIED:_02-08-02_ TIME NOTIFIED:_0800_

BUREAU: _OPS / COM SERVE_    DIVISION: _____ SWORN: _X_ NON-SWORN: ____

DATES ABSENT: FROM _____ TO _____    HOURS USED: ____

ONE FULL DAY OR LESS - HOURS: FROM _02-08-02_ TO ____    TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

____ ILLNESS    ____ TIME COMING    SICK LEAVE PAY: ____    WORKER'S COMP ____

____ INJURY JOB    ____ VACATION    SICK LEAVE NO PAY: ____  NO LEAVE ____  OTHER ____

____ NON-JOB    ____ FUNERAL LEAVE    RECOVERING AT ____ HOME ____ HOSPITAL ____

____ LEAVE-UNPAID    ____ PERSONAL DAY    OTHER:

TOTAL COMP HOURS TO BE PAID:    COMMENTS:

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Joseph Cobb_

DATE NOTIFIED _02-08-00_ TIME NOTIFIED _0800_

BUREAU: _Ops / Com Serve_     DIVISION: _____     SWORN _X_ NON-SWORN _____

DATES ABSENT: FROM _____ TO _____     HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _02-10-00_ TO _____     TOTAL HOURS _8_

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| _X_ ILLNESS | ____ TIME COMING | SICK LEAVE PAY: ____  WORKER'S COMP ____ |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____  NO LEAVE ____  OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | RECOVERING AT ____  HOME ____  HOSPITAL ____ |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | OTHER: ____ |

COMMENTS: _Medical problem_

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME     ____ HOLIDAY

____ COURT     ____ TOTAL

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE  #253

TIME KEEPER

Revised 9/87

NAME: _Louis Cobb_____    DATE NOTIFIED: _02-08-00_  TIME NOTIFIED: _0800_

BUREAU: _OPS_ / _COM Serve_    DIVISION: _____    SWORN: _X_  NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _02-1-00_ TO _____    TOTAL HOURS _0_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _X_ ILLNESS | ____ TIME COMING | ____ SICK LEAVE PAY: ____ WORKER'S COMP ____ |
| ____ INJURY JOB | ____ VACATION | ____ SICK LEAVE NO PAY: ____ NO LEAVE ____ OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | ____ RECOVERING AT ____ HOME ____ HOSPITAL ____ |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | OTHER: _____ |

COMMENTS: _Medical problem_

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE  _4/53_

TIME KEEPER

Revised 9/87

NAME: _Tonya Cobb_    DATE NOTIFIED: _02-14-00_  TIME NOTIFIED: _1100_

BUREAU: _OPS / COM Serv_    DIVISION: _____  SWORN: _X_  NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____  HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _02-14-00_ TO _____  TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ☒ ILLNESS | TIME COMING | SICK LEAVE PAY: | WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT | HOME | HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: | |
| | | COMMENTS: _Megahed Problem_ | |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

EMPLOYEE SIGNATURE _____    TIME KEEPER _____  SUPERVISOR'S SIGNATURE _#453_

Revised 9/87

NAME: _Tonya Cobb_

BUREAU: _Ops / Com Serve_     DIVISION: _____     SWORN: _X_  NON-SWORN: _____

DATE NOTIFIED: _02-14-00_     TIME NOTIFIED: _1100_

DATES ABSENT: FROM _____ TO _____     HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0215-00_ TO _____     TOTAL HOURS _8_

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| _X_ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___  NO LEAVE ___  OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | OTHER: ___ RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | COMMENTS: _Pregnancy Problem_ |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_____     _____
EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

TIME KEEPER

WORKER'S COMP

Revised 9/87

NAME: _Joseph Cobb_    DATE NOTIFIED: _02-4-00_    TIME NOTIFIED: _1100_

BUREAU: _OPS / Corr. Sec._    DIVISION: _____    SWORN: _____    NON-SWORN: _X_

DATES ABSENT: FROM _____ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0216-00_ TO _____    TOTAL HOURS _8_

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| _X_ ILLNESS | TIME COMING |
| INJURY JOB | VACATION |
| NON-JOB | FUNERAL LEAVE |
| LEAVE-UNPAID | PERSONAL DAY |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

SICK LEAVE PAY: _____    WORKER'S COMP: _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _____

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Felix Cobb_    DATE NOTIFIED: _03-11-00_ TIME NOTIFIED: _1300_

BUREAU: _CPS_    DIVISION: _CenPre_ SWORN: _X_ NON-SWORN ___

DATES ABSENT: FROM ___ TO ___ HOURS USED: ___

ONE FULL DAY OR LESS - HOURS: FROM _03-11-00_ TO ___ TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| _X_ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ | WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ | NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ |
| | | COMMENTS: _Mechanical Problems_ |

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

EMPLOYEE SIGNATURE    _Felix Cobb #453_ SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Lakia Cobb_   DATE NOTIFIED: _09/12/00_   TIME NOTIFIED: _1300_

BUREAU: _OPD_   DIVISION _Comm Svce_ SWORN: ___ NON-SWORN: _X_

DATES ABSENT: FROM _____ TO _____   HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _02.15.00_ TO _____   TOTAL HOURS _2_

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ |

COMMENTS: _Physically + mentally unable to come to work_

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_____   _____
EMPLOYEE SIGNATURE            SUPERVISOR'S SIGNATURE   #403

TIME KEEPER

Revised 9/87

NAME: _Teresa Bibb_

BUREAU: _CPD_                    DIVISION: _Gang Enforcement_    SWORN: _X_    NON-SWORN: ___

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _02-21-00_ TO _____ TOTAL HOURS _8_

DATE NOTIFIED: _02/19/00_    TIME NOTIFIED _520_

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| _X_ ILLNESS | ___ TIME COMING | ___ SICK LEAVE PAY: ___ WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | ___ SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | ___ RECOVERING AT ___ HOME ___ HOSPITAL ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ |

COMMENTS: _physically & mentally unable to come to work_

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE    #453

Revised 9/87