NAME: _Tonya Cobb_

BUREAU: _OPS_

DATE NOTIFIED _02-1-00_  TIME NOTIFIED _1300_

DIVISION _Corr. Prev._  SWORN _X_  NON-SWORN ____

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _02-23-00_ TO _____ TOTAL HOURS _8_

**REASON FOR ABSENCE: (Describe below)**

_X_ ILLNESS ____ TIME COMING ____ SICK LEAVE PAY: ____ WORKER'S COMP ____

____ INJURY JOB ____ VACATION ____ SICK LEAVE NO PAY: ____ NO LEAVE ____ OTHER ____

____ NON-JOB ____ FUNERAL LEAVE ____ RECOVERING AT: ____ HOME ____ HOSPITAL ____

____ LEAVE-UNPAID ____ PERSONAL DAY ____ OTHER: ____

____ COMMENTS: _physically & mentally_
_unable to come to work_

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME ____ HOLIDAY

____ COURT ____ TOTAL

_[signature]_  #453

EMPLOYEE SIGNATURE                              SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Jerry Cobb_    DATE NOTIFIED: _02-17-00_    TIME NOTIFIED _500_

BUREAU: _CID_    DIVISION: _Crim Invest_    SWORN _X_    NON-SWORN _____

DATES ABSENT: FROM _____ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _02-23-00_ TO _____    TOTAL HOURS _8_

**REASON FOR ABSENCE:** (Describe below)

| | |
|---|---|
| _X_ ILLNESS | TIME COMING |
| ___ INJURY JOB | VACATION |
| ___ NON-JOB | FUNERAL LEAVE |
| ___ LEAVE-UNPAID | PERSONAL DAY |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | HOLIDAY |
| ___ COURT | TOTAL |

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT: _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _Physically & Mentally_
_unable to come to work_

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE
    _# 153_

TIME KEEPER

Revised 9/87

NAME: _Tonya Cobb_

BUREAU: _9/5_    DIVISION: _Comm Scale_    SWORN: _X_    NON-SWORN ___

DATE NOTIFIED: _09/17/00_    TIME NOTIFIED: _1500_

DATES ABSENT: FROM _____ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0900_ TO _0400_    TO _____    TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ✗ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ | WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ | NO LEAVE ___    OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ | HOME ___    HOSPITAL ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ | |

TOTAL COMP HOURS TO BE PAID:

| | | |
|---|---|---|
| ___ OVERTIME | ___ HOLIDAY | COMMENTS: _physically + mentally_ |
| ___ COURT | ___ TOTAL | _unable to come to work_ |

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER    #653

Revised 9/87

NAME: _Joseph Cobb_

BUREAU: _8P3_　　　　　　　　　　DIVISION: _2nd Shift_ SWORN: _X_ NON-SWORN: ____

DATE NOTIFIED: _02/11/00_ TIME NOTIFIED: _1320_

DATES ABSENT: FROM ____ TO ____ HOURS USED: ____

ONE FULL DAY OR LESS - HOURS: FROM _02-05-00_ TO ____ TOTAL HOURS _8_

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| _X_ ILLNESS | TIME COMING | SICK LEAVE PAY: ____ WORKER'S COMP ____ |
| ____ INJURY JOB | VACATION | SICK LEAVE NO PAY: ____ NO LEAVE ____ OTHER ____ |
| ____ NON-JOB | FUNERAL LEAVE | RECOVERING AT ____ HOME ____ HOSPITAL ____ |
| ____ LEAVE-UNPAID | PERSONAL DAY | OTHER: ____ |

**TOTAL COMP HOURS TO BE PAID:**

COMMENTS: _physically & mentally_
_unable to come to work_

| | |
|---|---|
| ____ OVERTIME | HOLIDAY |
| ____ COURT | TOTAL |

EMPLOYEE SIGNATURE　　　　　　　　SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb

BUREAU: Operations     DIVISION: Comm Serv SWORN: XX    NON-SWORN

DATE NOTIFIED: 050200 TIME NOTIFIED: 0720 hrs.

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM __0800__ TO __1600__ TOTAL HOURS __8__

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| XX ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: |

COMMENTS: Cobb called and advised she was in the hospital. Cobb said she was admitted approx 1700 on 050100 after experiencing back discomfort

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_____     _____
EMPLOYEE SIGNATURE      SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb

BUREAU: Operations    DIVISION: Comm Serv SWORN: X NON-SWORN

DATES ABSENT: FROM 050300    TO Unk    HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| XX ILLNESS | TIME COMING |
| ___ INJURY JOB | VACATION |
| ___ NON-JOB | FUNERAL LEAVE |
| ___ LEAVE-UNPAID | PERSONAL DAY |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | HOLIDAY |
| ___ COURT | TOTAL |

SICK LEAVE PAY: XX    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____ OTHER _____

RECOVERING AT    HOME XX HOSPITAL

OTHER: _____

COMMENTS: Cobb was examined and found
to be four (4) *weeks* months pregnant. Due to
pregnacy complications, Cobb is still
Hospitalized, release date is unknown.

NE NOTIFIED: 050300 TIME NOTIFIED: 0915

EMPLOYEE SIGNATURE

TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: TONJA COBB

DATE NOTIFIED: 5/5/00    TIME NOTIFIED: 1000

BUREAU: OPERATIONS    DIVISION: COMM. SERV    SWORN: X    NON-SWORN

DATES ABSENT: FROM 05-04    TO 05-05    HOURS USED: 16

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

XX ILLNESS    ____ TIME COMING    SICK LEAVE PAY: ____    WORKER'S COMP

____ INJURY JOB    ____ VACATION    (SICK LEAVE NO PAY): XX    NO LEAVE    OTHER ____

____ NON-JOB    ____ FUNERAL LEAVE    RECOVERING AT ____ HOME    XX (HOSPITAL)

____ LEAVE-UNPAID    ____ PERSONAL DAY    OTHER: ____

TOTAL COMP HOURS TO BE PAID:    COMMENTS: HOSPITALIZED, DUE TO

____ OVERTIME    ____ HOLIDAY    PREGNANCY COMPLICATIONS

____ COURT    ____ TOTAL

(PHONE)

EMPLOYEE SIGNATURE    TIME KEEPER    SGT. McCONE # 432

    SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: __Tonia Cobb__

BUREAU: __Operations__    DIVISION __Comm Serv__  SWORN: _X_  NON-SWORN: ___

DATE NOTIFIED: _5/8/00_  TIME NOTIFIED: _1005_

DATES ABSENT: FROM _05 08 00_ TO _____    HOURS USED: ___8___

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_    TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

_XX_  ILLNESS          _____ TIME COMING      (SICK LEAVE PAY) _XX_   WORKER'S COMP

_____ INJURY JOB      _____ VACATION          SICK LEAVE NO PAY: _XX_   NO LEAVE _____   OTHER _____

_____ NON-JOB         _____ FUNERAL LEAVE     RECOVERING AT ____ HOME _XX_     HOSPITAL _____

_____ LEAVE-UNPAID    _____ PERSONAL DAY      OTHER: _____

TOTAL COMP HOURS TO BE PAID:                    COMMENTS: _Pregnancy Complications_

_____ OVERTIME        _____ HOLIDAY

_____ COURT           _____ TOTAL

_Tonia_                                          _signature_
EMPLOYEE SIGNATURE                               SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: TONYA COBB

BUREAU: OPERATIONS

DIVISION: COMM SERV

DATE NOTIFIED: 5/9/00    TIME NOTIFIED: 0900

SWORN: XX  NON-SWORN

DATES ABSENT: FROM 05-09-00 TO _____    HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | ___ TIME COMING | SICK LEAVE PAY: (circled) |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___   ___ WORKER'S COMP |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT XX   ___ NO LEAVE   ___ OTHER |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___   HOME (circled)   ___ HOSPITAL |

COMMENTS: PREGNANCY COMPLICATIONS

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

(signature) THOMAS
EMPLOYEE SIGNATURE

TIME KEEPER

(signature)
SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: TONYA COBB

BUREAU: OPERATIONS

DATE NOTIFIED: 5/10/00  TIME NOTIFIED: 1100

DIVISION: COMM SERV SWORN: XX NON-SWORN

DATES ABSENT: FROM 05-10 ____ TO ____ HOURS USED: ____ 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600 TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | SICK LEAVE PAY: XX | WORKER'S COMP ____ |
|---|---|---|---|
| XX ILLNESS | ____ TIME COMING | SICK LEAVE NO PAY: ____ | NO LEAVE ____ OTHER ____ |
| ____ INJURY JOB | ____ VACATION | OTHER: RECOVERING AT XX HOME ____ HOSPITAL |
| ____ NON-JOB | ____ FUNERAL LEAVE | | |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | COMMENTS: Pregnancy Complications |

TOTAL COMP HOURS TO BE PAID:

| ____ OVERTIME | ____ HOLIDAY |
|---|---|
| ____ COURT | ____ TOTAL |

_Proved_

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON 02/29/2008

NAME: _Tonya Cobb_

DATE NOTIFIED: _5/11/00_   TIME NOTIFIED: _1000_

BUREAU: _Operations_   DIVISION: _Comm Serv_   SWORN _XX_   NON-SWORN _____

DATES ABSENT: FROM _5/11_ ___ TO _____   HOURS USED _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ ___ TO _1600_   TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

_XX_ ILLNESS                       _____ TIME COMING          (SICK LEAVE PAY:) _XX_   WORKER'S COMP

_____ INJURY JOB                 _____ VACATION             SICK LEAVE NO PAY:   _____ NO LEAVE   _____ OTHER

_____ NON-JOB                    _____ FUNERAL LEAVE        RECOVERING AT _XX_ (HOME)   _____ HOSPITAL

_____ LEAVE-UNPAID               _____ PERSONAL DAY         OTHER: _____

                                                              COMMENTS: _Pregnancy Complications_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME                   _____ HOLIDAY

_____ COURT                      _____ TOTAL

_1 hour_ _____                                        _____

EMPLOYEE SIGNATURE                                            SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 02/29/2008

NAME: Tonya Cobb     DATE NOTIFIED: 5/12/00   TIME NOTIFIED: 0900

BUREAU: Operations     DIVISION: Comm Serv   SWORN: XX   NON-SWORN: _____

DATES ABSENT: FROM 05-12   TO _____     HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM 0800   TO 1600    TOTAL HOURS: 8

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| XX ILLNESS | TIME COMING _____ | SICK LEAVE PAY: XX   WORKER'S COMP _____ |
| INJURY JOB _____ | VACATION _____ | SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____ |
| NON-JOB _____ | FUNERAL LEAVE _____ | (RECOVERING AT   XX   HOME)    HOSPITAL |
| LEAVE-UNPAID _____ | PERSONAL DAY _____ | COMMENTS: Pregnancy Complications |

OTHER: _____

**TOTAL COMP HOURS TO BE PAID:**

| | | |
|---|---|---|
| OVERTIME _____ | HOLIDAY _____ | |
| COURT _____ | TOTAL _____ | |

_(signed)_     _(signed)_

EMPLOYEE SIGNATURE        SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Tonya Cobb_

BUREAU: _Operations_    DIVISION _Comm Serv_ SWORN: _XX_ NON-SWORN _____

DATE NOTIFIED: _5/15/00_    TIME NOTIFIED: _1030_

DATES ABSENT: FROM _5/15/00_ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_    HOURS USED: _____    TOTAL HOURS _8_

**REASON FOR ABSENCE: (Describe below)**

_XX_ ILLNESS    _____ TIME COMING    SICK LEAVE PAY: _XX_    WORKER'S COMP _____

_____ INJURY JOB    _____ VACATION    SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

_____ NON-JOB    _____ FUNERAL LEAVE    RECOVERING AT _XX_ HOME _____ HOSPITAL

_____ LEAVE-UNPAID    _____ PERSONAL DAY    OTHER: _____

COMMENTS: _Pregnancy Complications_

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_Tonya-Tv_

EMPLOYEE SIGNATURE

TIME KEEPER    _Sgt Ay Cross_

SUPERVISOR'S SIGNATURE

Revised 9/87

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya CoBB_

BUREAU: _OPERATIONS_   DIVISION: _Comm Serv_ SWORN: _X_   NON-SWORN _____

DATES ABSENT: FROM _5/16/00_ TO _____   DATE NOTIFIED: _5/16/00_ TIME NOTIFIED: _0900_

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_   HOURS USED: _____   TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _____ ILLNESS | _____ TIME COMING | _____ SICK LEAVE PAY: |
| _____ INJURY JOB | _____ VACATION | _____ SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | _____ RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: |

COMMENTS: _Pregnancy Complications_
_Was Admitted To Hospital_
_05-15-00_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME   _____ HOLIDAY

_____ COURT   _____ TOTAL

_(Hours) IN_

_____   _Sgt. _____
EMPLOYEE SIGNATURE   SUPERVISOR'S SIGNATURE

TIME KEEPER

NAME: Tonya Cobb

BUREAU: Operations                    DIVISION: Comm Serv    SWORN: X    NON-SWORN:

DATE NOTIFIED: 5/17/00    TIME NOTIFIED: 0900

DATES ABSENT: FROM 051700 TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

XX ILLNESS          _____ TIME COMING      _____ SICK LEAVE PAY: XX   _____ WORKER'S COMP

_____ INJURY JOB    _____ VACATION         _____ SICK LEAVE NO PAY:  _____ NO LEAVE    _____ OTHER

_____ NON-JOB       _____ FUNERAL LEAVE    _____ RECOVERING AT XX    _____ HOME    _____ HOSPITAL

_____ LEAVE-UNPAID  _____ PERSONAL DAY     OTHER: _____

                    COMMENTS: Released from Hospital
                    05-17-00 Recovering
                    from Pregnancy Complications

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME      _____ HOLIDAY

_____ COURT         _____ TOTAL

_____          _____
EMPLOYEE SIGNATURE                        SUPERVISOR'S SIGNATURE

                    TIME KEEPER                    Revised 9/87

SCANNED ON 02/29/2008

NAME: Tonja Cobb

DATE NOTIFIED: 5/18/00    TIME NOTIFIED: 0800

BUREAU: Operations

DIVISION: Comm. Serv.    SWORN: XX    NON-SWORN:

DATES ABSENT: FROM 5/18/00    TO ____    HOURS USED: ____

ONE FULL DAY OR LESS - HOURS: FROM ____ 0800 ____ TO ____ 1600    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | | | | |
|---|---|---|---|---|---|
| XX ILLNESS | ____ TIME COMING | ____ SICK LEAVE NO PAY: | ____ NO LEAVE | ____ OTHER ____ | |
| ____ INJURY JOB | ____ VACATION | (SICK LEAVE PAY: XX) | | WORKER'S COMP ____ | |
| ____ NON-JOB | ____ FUNERAL LEAVE | RECOVERING AT ____ XX HOME | ____ HOSPITAL | | |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | OTHER: ____ | | | |
| | | COMMENTS: ____ Pregnacy Complications | | | |

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

Tonja TN

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON 02/29/2008

NAME: Tanya Cobb

BUREAU: Operations

DATES ABSENT: FROM 05-19 TO

DATE NOTIFIED: 5/19/00 TIME NOTIFIED: 0900

DIVISION: Comm Cntl SWORN: XX NON-SWORN:

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 1600 HOURS USED: TOTAL HOURS 8

**REASON FOR ABSENCE:** (Describe below)

XX ILLNESS ____ TIME COMING ____ SICK LEAVE PAY: XX ____ WORKER'S COMP ____

____ INJURY JOB ____ VACATION ____ SICK LEAVE NO PAY: ____ NO LEAVE ____ OTHER ____

____ NON-JOB ____ FUNERAL LEAVE ____ RECOVERING AT XX HOME ____ HOSPITAL ____

____ LEAVE-UNPAID ____ PERSONAL DAY ____ OTHER:

**TOTAL COMP HOURS TO BE PAID:** COMMENTS: Pregnancy Complications

____ OVERTIME ____ HOLIDAY

____ COURT ____ TOTAL

Tanya Jn                              Sgt. McCoy

EMPLOYEE SIGNATURE      TIME KEEPER      SUPERVISOR'S SIGNATURE

Revised 9/07

SCANNED ON 02/29/2008

NAME: Tonya Cobb

DATE NOTIFIED: 5/22/00   TIME NOTIFIED: 0400

BUREAU: Operations

DIVISION: Comm Serv   SWORN: X   NON-SWORN:

DATES ABSENT: FROM 5/22/00 TO _____   HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600   TOTAL HOURS: 8

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| XX ILLNESS | ____ TIME COMING | SICK LEAVE PAY: XX   WORKER'S COMP: |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____   NO LEAVE ____   OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | RECOVERING AT ____ (HOME)   HOSPITAL ____ |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | OTHER: |
| | | COMMENTS: |

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME     ____ HOLIDAY

____ COURT     ____ TOTAL

COMMENTS: Pregnancy complications

EMPLOYEE SIGNATURE          TIME KEEPER          SUPERVISOR'S SIGNATURE

Revised 9/07

SCANNED ON: 02/29/2008

NAME: Tonya Cobb

BUREAU: Operations                DIVISION: Comm Serv    SWORN: XX  NON-SWORN: _____

DATE NOTIFIED 5/23/00 TIME NOTIFIED: 0900

DATES ABSENT: FROM 5/23/00 TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

XX  ILLNESS                    _____ TIME COMING       SICK LEAVE PAY: _____    WORKER'S COMP _____

_____ INJURY JOB            _____ VACATION          SICK LEAVE NO PAY: _____ NO LEAVE _____  OTHER _____

_____ NON-JOB               _____ FUNERAL LEAVE     RECOVERING AT _____  HOME  XX (HOSPITAL)

_____ LEAVE-UNPAID          _____ PERSONAL DAY      OTHER: _____

TOTAL COMP HOURS TO BE PAID:                              COMMENTS: Pregnancy Complications

_____ OVERTIME              _____ HOLIDAY           05-21-00  Re-admitted to Hospital

_____ COURT     1 hour  In  _____ TOTAL

EMPLOYEE SIGNATURE                                        SUPERVISOR'S SIGNATURE
Sgt. M. Orr

TIME KEEPER                                               Revised 9/97

SCANNED ON 02/29/2008

NAME: Tonya Cobb                                    DATE NOTIFIED: 5/25/00 TIME NOTIFIED: 0900

BUREAU: OPERATIONS              DIVISION: Comm Serv SWORN: XX NON-SWORN

DATES ABSENT: FROM 5/25/00 TO _____ HOURS USED:

ONE FULL DAY OR LESS - HOURS: FROM _____ 0800 _____ TO _____ 1600 _____ TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)                    SICK LEAVE PAY: _____ WORKER'S COMP _____

XX  ILLNESS              _____ TIME COMING        SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ INJURY JOB        _____ VACATION           RECOVERING AT _____ HOME XX HOSPITAL

_____ NON-JOB           _____ FUNERAL LEAVE       OTHER:

_____ LEAVE-UNPAID      _____ PERSONAL DAY        COMMENTS: Pregnancy Complications

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME          _____ HOLIDAY

_____ COURT             _____ TOTAL

Trudie - JN

_____        _____
EMPLOYEE SIGNATURE                      SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: __Tonya Cobb__

DATE NOTIFIED: 5/26/00 TIME NOTIFIED: 0900

BUREAU: __Operations__

DIVISION: Comm Serv SWORN: X   NON-SWORN ___

DATES ABSENT: FROM __5/25__ __5/26/00__ TO ___

ONE FULL DAY OR LESS - HOURS: FROM __0800__ TO __1600__ HOURS USED ___ TOTAL HOURS __16__

REASON FOR ABSENCE: (Describe below)

XX ILLNESS ___ TIME COMING ___

___ INJURY JOB ___ VACATION ___

SICK LEAVE PAY: __XX__ WORKER'S COMP ___

SICK LEAVE NO PAY: __XX__ NO LEAVE ___ OTHER ___

___ NON-JOB ___ FUNERAL LEAVE ___

RECOVERING AT __XX__ HOME ___ HOSPITAL ___

___ LEAVE-UNPAID ___ PERSONAL DAY ___

OTHER: ___

COMMENTS: __Recovering at home from pregnancy complications__

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME ___ HOLIDAY ___

___ COURT ___ TOTAL ___

_(Tonya - In)_
EMPLOYEE SIGNATURE

_Sgt M Cobb_
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/97

SCANNED ON 02/29/2008

NAME: __Tonya Cobb__

BUREAU: __Operations__    DIVISION: __Comm Serv__ SWORN: __X__ NON-SWORN: __

DATE NOTIFIED: __5/30/00__ TIME NOTIFIED: __0900__

DATES ABSENT: FROM __5/30/00__ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM __0800__ TO __1600__    TOTAL HOURS __8__

REASON FOR ABSENCE: (Describe below)

__XX__ ILLNESS _____ TIME COMING    SICK LEAVE PAY: __XX__    WORKER'S COMP _____

_____ INJURY JOB _____ VACATION    SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB _____ FUNERAL LEAVE    RECOVERING AT __XX__ HOME _____ HOSPITAL

_____ LEAVE-UNPAID _____ PERSONAL DAY    OTHER: _____

    COMMENTS: __Pregnancy Complications__

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME _____ HOLIDAY

_____ COURT _____ TOTAL

__Tonya Cobb__    __Sandy Cobb__

EMPLOYEE SIGNATURE    TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: T. GLOVER

BUREAU: OPERATIONS

DIVISION: Comm Serv

DATE NOTIFIED: 5/31/00    TIME NOTIFIED: 0900

SWORN: XX    NON-SWORN

DATES ABSENT: FROM 5/31/00    TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800    TO 1600    TOTAL HOURS 8

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| XX ILLNESS | ____ TIME COMING | SICK LEAVE PAY: XX    WORKER'S COMP ____ |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | RECOVERING AT    XX    HOME ____    HOSPITAL ____ |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | OTHER: |

COMMENTS: Pregnancy Complications

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE Sgt. M Cox

TIME KEEPER _____

Revised 9/87

SCANNED ON @ 10/29/2008

NAME: _Tonya Cobbs_

BUREAU: _Operations_    DIVISION _Crim. Inv._ SWORN _XX_ NON-SWORN ___

DATE NOTIFIED _6/1/00_ TIME NOTIFIED _0900_

DATES ABSENT: FROM _6/1/00_ TO ___    HOURS USED: ___

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_    TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS

___ TIME COMING    SICK LEAVE PAY: _X X_    WORKER'S COMP ___

___ INJURY JOB    ___ VACATION    SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___

___ NON-JOB    ___ FUNERAL LEAVE    RECOVERING AT _XX_ HOME ___ HOSPITAL

___ LEAVE–UNPAID    ___ PERSONAL DAY    OTHER: ___

TOTAL COMP HOURS TO BE PAID:    COMMENTS: _Pregnancy Complications_

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 08/29/2008

NAME: _Tonya Cobb_

BUREAU: _Operations_    DATE NOTIFIED: _6/2/00_ TIME NOTIFIED: _0800_

DIVISION: _Comm Serv_ SWORN: _XX_ NON-SWORN: ____

DATES ABSENT: FROM _06-02_ ____ TO ____ ____ HOURS USED: ____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ ____ TO _1600_ ____ TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _XX_ ILLNESS | ____ TIME COMING | SICK LEAVE PAY: _XX_ WORKER'S COMP ____ |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____ NO LEAVE ____ OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | RECOVERING AT ____ HOME ____ HOSPITAL ____ |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | OTHER: ____ |

TOTAL COMP HOURS TO BE PAID:    COMMENTS: _Pregnancy Complications_

| | |
|---|---|
| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

_Tonya - IN_

EMPLOYEE SIGNATURE

TIME KEEPER

_Sgt Ty Cook_

SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: Tonya Cobb

BUREAU: Operations    DIVISION: Comm Serv SWORN: XX    NON-SWORN

DATES ABSENT: FROM 6/5/00    TO                    DATE NOTIFIED: 6/5/00. TIME NOTIFIED: 0900

ONE FULL DAY OR LESS - HOURS: FROM 0800    TO 1600    HOURS USED:                    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

XX  ILLNESS                      ___ TIME COMING                    SICK LEAVE PAY: ___        WORKER'S COMP ___

___ INJURY JOB                   ___ VACATION                       SICK LEAVE NO PAY: ___     NO LEAVE ___   OTHER ___

___ NON-JOB                      ___ FUNERAL LEAVE                   RECOVERING AT ___ HOME ___ HOSPITAL ___

___ LEAVE-UNPAID                 ___ PERSONAL DAY                    OTHER:

TOTAL COMP HOURS TO BE PAID:                                        COMMENTS: Pregnancy Complications

___ OVERTIME                     ___ HOLIDAY

___ COURT                        ___ TOTAL

_Tonya J.C_                                                          _Betty Sue_

EMPLOYEE SIGNATURE                                                  SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 02/26/2008

NAME: Tonya Cobb

DATE NOTIFIED: 6/6/00 TIME NOTIFIED: 0900

BUREAU: Operations

DIVISION: Comm Serv SWORN: X NON-SWORN

DATES ABSENT: FROM 060600 TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600 TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

XX ILLNESS

_____ TIME COMING

SICK LEAVE PAY: XX WORKER'S COMP _____

_____ INJURY JOB

_____ VACATION

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB

_____ FUNERAL LEAVE

RECOVERING AT XX HOME _____ HOSPITAL

_____ LEAVE-UNPAID

_____ PERSONAL DAY

OTHER: _____

COMMENTS: Pregnancy Complications

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME

_____ HOLIDAY

_____ COURT

_____ TOTAL

Tonya Cobb
EMPLOYEE SIGNATURE

TIME KEEPER

Sandy Oliver
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @1:02/29/2008

NAME: Tonya Cobb

BUREAU: Operations    DIVISION: Comms Serv SWORN: X    NON-SWORN:

DATE NOTIFIED: 6/7/00 TIME NOTIFIED: 0700

DATES ABSENT: FROM 060700 TO _____    HOURS USED _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

X X ILLNESS

_____ TIME COMING    SICK LEAVE PAY: X X    WORKER'S COMP _____

_____ INJURY JOB    _____ VACATION    SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

_____ NON-JOB    _____ FUNERAL LEAVE    RECOVERING AT    _____ HOME    _____ HOSPITAL

_____ LEAVE-UNPAID    _____ PERSONAL DAY    OTHER:

TOTAL COMP HOURS TO BE PAID:    COMMENTS: Pregnancy Complications

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

Tonya - In

EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 02/29/2008

NAME: _Tonya Cobb_

BUREAU: _Operations_    DIVISION: _Comm Sect_   SWORN: __X__ NON-SWORN: ____

DATE NOTIFIED: _6/8/00_   TIME NOTIFIED: _0900_

DATES ABSENT: FROM _6/8/00_ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_   TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

XX ILLNESS     ____ TIME COMING     SICK LEAVE PAY: _XX_     WORKER'S COMP ____

____ INJURY JOB     ____ VACATION     SICK LEAVE NO PAY: ____     NO LEAVE ____     OTHER ____

____ NON-JOB     ____ FUNERAL LEAVE     OTHER: ____     RECOVERING AT ____ HOME ____ HOSPITAL

____ LEAVE-UNPAID     ____ PERSONAL DAY     COMMENTS: _Pregnancy Complications_

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME     ____ HOLIDAY

____ COURT     ____ TOTAL

_Tonya Cobb_       _Sgt. ___ Cox_

EMPLOYEE SIGNATURE       SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 02/29/2008

NAME: _Tonya Cobb_

BUREAU: _Operations_    DIVISION: _Comm Sev_    SWORN: _XX_ NON-SWORN: _____

DATE NOTIFIED: _6/9/00_ TIME NOTIFIED: _0800_

DATES ABSENT: FROM _6/9/00_ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_    TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

_XX_ ILLNESS    _____ TIME COMING    SICK LEAVE PAY: _XX_    WORKER'S COMP _____

_____ INJURY JOB    _____ VACATION    SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB    _____ FUNERAL LEAVE    RECOVERING AT    _____ HOME    _____ HOSPITAL

_____ LEAVE-UNPAID    _____ PERSONAL DAY    OTHER: _____

ONE FULL DAY OR LESS    COMMENTS: _Proximity Consolidations_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_Those - In_

_____    _SGT ___ Cost_

EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 1:00 8/29/2008

NAME: Tonia Cobb

DATE NOTIFIED: 6/12/00  TIME NOTIFIED: _____

BUREAU: Operations  DIVISION: Comm Serv  SWORN: X  NON-SWORN: _____

DATES ABSENT: FROM 6/12/00  TO _____  HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800  TO 1600  TOTAL HOURS 8

**REASON FOR ABSENCE:** (Describe below)

XX ILLNESS  _____ TIME COMING  SICK LEAVE PAY: XX  WORKER'S COMP _____

_____ INJURY JOB  _____ VACATION  SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB  _____ FUNERAL LEAVE  OTHER: _____ RECOVERING AT _____ HOME _____ HOSPITAL

_____ LEAVE-UNPAID  _____ PERSONAL DAY  COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME  _____ HOLIDAY

_____ COURT  _____ TOTAL

_____ (signature)
EMPLOYEE SIGNATURE

_____ (signature)
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87