NAME: Tonya Cobb

DATE NOTIFIED: 6/13/00　TIME NOTIFIED: 1105

BUREAU: OPERATIONS

DIVISION: Comm Serv　SWORN: XX　NON-SWORN:

DATES ABSENT: FROM 6/13/00　TO

HOURS USED:

ONE FULL DAY OR LESS - HOURS: FROM 0800　TO 1600　TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

XX ILLNESS

_____ INJURY JOB

_____ NON-JOB

_____ LEAVE-UNPAID

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME

_____ COURT

_____ TIME COMING

_____ VACATION

_____ FUNERAL LEAVE

_____ PERSONAL DAY

_____ HOLIDAY

_____ TOTAL

SICK LEAVE PAY: XX　WORKER'S COMP

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER

RECOVERING AT _____ HOME (XX) HOSPITAL

OTHER:

COMMENTS: Pregnancy Complications
Re-admitted to Sinedes
On 06-12-00

EMPLOYEE SIGNATURE　[signature]　(4 hours)

TIME KEEPER

SUPERVISOR'S SIGNATURE　[signature] Sgt A4 Our

Revised 9/87

SCANNED ON @ : 02/29/2008

NAME: Tonya Cobb

DATE NOTIFIED: 6/14/00  TIME NOTIFIED: 0900

BUREAU: OPERATIONS

DIVISION: Comm Serv  SWORN: X  NON-SWORN: ___

DATES ABSENT: FROM _____ TO _____  HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_ TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

SICK LEAVE PAY: X  WORKER'S COMP _____

X  ILLNESS _____  TIME COMING _____  SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

___  INJURY JOB _____  VACATION _____  RECOVERING AT _____  HOME X  HOSPITAL _____

___  NON-JOB _____  FUNERAL LEAVE _____  OTHER: _____

___  LEAVE-UNPAID _____  PERSONAL DAY _____  COMMENTS: PREGNANCY Complications

TOTAL COMP HOURS TO BE PAID:

___  OVERTIME _____  HOLIDAY _____

___  COURT _____  TOTAL _____

X Phone-in

EMPLOYEE SIGNATURE

Sgt. Jeff Comer

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/07

SCANNED ON @1@02/29/2008

NAME: _Tonya Cobb_    DATE NOTIFIED: _6/15/00_ TIME NOTIFIED: _1300_

BUREAU: _Operations_    DIVISION: _Comm Serv_ SWORN: _X_    NON-SWORN _____

DATES ABSENT: FROM _061500_    TO _____    HOURS USED _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_    TO _1600_    TOTAL HOURS _8_

**REASON FOR ABSENCE: (Describe below)**

| | | | |
|---|---|---|---|
| X  ILLNESS | _____ TIME COMING | SICK LEAVE PAY: XX | _____ WORKER'S COMP |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ | OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _XX_ HOSPITAL | |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | |
| | | COMMENTS: _____ | |

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_Tonya Ten_    _Sgt. _____

EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

**TIME KEEPER**

Revised 9/87

NAME: _Tonya Cobb_

BUREAU: _Operations_    DIVISION: _Comm Serv_    SWORN: ___ NON-SWORN: _X_

DATES ABSENT: FROM _6/16/00_ TO ___    DATE NOTIFIED: _6/16/00_    TIME NOTIFIED: _0900_

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_    HOURS USED: ___    TOTAL HOURS ___

**REASON FOR ABSENCE:** (Describe below)

_XX_ ILLNESS ___ TIME COMING ___    SICK LEAVE PAY: ___    WORKER'S COMP ___

___ INJURY JOB ___ VACATION ___    SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER ___

___ NON-JOB ___ FUNERAL LEAVE ___    RECOVERING AT ___ HOME _XX_ HOSPITAL ___

___ LEAVE-UNPAID ___ PERSONAL DAY ___    OTHER: ___

COMMENTS: ___

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME ___ HOLIDAY ___

___ COURT ___ TOTAL ___

_(signature) House-In_    _(signature)_

EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 01/02/29/2008

NAME: Tonya Cobb

BUREAU: Operations        DIVISION: Comm Serv        SWORN: X    NON-SWORN:

DATE NOTIFIED: 6/9/00    TIME NOTIFIED: 0930

DATES ABSENT: FROM 6/9/00 TO _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600 _____ HOURS USED: _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

XX ILLNESS _____        _____ TIME COMING _____        SICK LEAVE PAY: _____        WORKER'S COMP _____

_____ INJURY JOB _____        _____ VACATION _____        SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB _____        _____ FUNERAL LEAVE _____        RECOVERING AT XX HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID _____        _____ PERSONAL DAY _____        OTHER: _____

TOTAL COMP HOURS TO BE PAID:                COMMENTS: Released from
                                            Hospital on Saturday
_____ OVERTIME _____    _____ HOLIDAY _____        06-17-00

_____ COURT _____    _____ TOTAL _____

HOME - IN        Sgt M Cobb        Sgt M Cobb

EMPLOYEE SIGNATURE        TIME KEEPER        SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 1002/29/2008

NAME: Tonya Cobb _____ DATE NOTIFIED: 4/20/00 TIME NOTIFIED: 0400 _____

BUREAU: Operations _____ DIVISION: Comm Serv SWORN: XX NON-SWORN _____

DATES ABSENT: FROM 4/20/00 ____ TO ___ 06 23 00 ___ HOURS USED: 32 _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| XX ILLNESS | _____ TIME COMING | SICK LEAVE PAY: XX _____ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT XX _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | **OTHER:** _____ |
| | | COMMENTS: _____ |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

EMPLOYEE SIGNATURE        SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 1:00 2/29/2008

NAME: Tonya Cobb

BUREAU: Operations                    DIVISION: Comm Serv     SWORN: X     NON-SWORN: _____

DATE NOTIFIED: 06.26     TIME NOTIFIED: 0400

DATES ABSENT: FROM 06.26 TO 06-30     HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____     TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

X  ILLNESS _____        _____ TIME COMING _____     SICK LEAVE PAY: XX     WORKER'S COMP _____

_____ INJURY JOB _____  _____ VACATION _____        SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB _____     _____ FUNERAL LEAVE _____   RECOVERING AT XX  HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID _____ _____ PERSONAL DAY _____   OTHER: _____

                                                    COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME _____    _____ HOLIDAY _____

_____ COURT _____       _____ TOTAL _____

_____ Tonya Cobb _____                              _____ Sgt An Cobb _____
EMPLOYEE SIGNATURE                                  SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb

DATE NOTIFIED: 07-03 TIME NOTIFIED: 0900

BUREAU: OPERATIONS

DIVISION Comm Serv SWORN: X___ NON-SWORN ___

DATES ABSENT: FROM 07-03 TO 07-07 HOURS USED: 32

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

| | | | |
|---|---|---|---|
| XX ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ | XX WORKER'S COMP |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ | NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | OTHER: RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | COMMENTS: | |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

Phone - in

EMPLOYEE SIGNATURE

TIME KEEPER

Sgt A. Cobb

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 1002/29/2008

NAME: Tonya Cobb

BUREAU: Operations

DATE NOTIFIED: 07/10/02 TIME NOTIFIED: 0900

DIVISION: Comm Serv SWORN: X NON-SWORN: _____

DATES ABSENT: FROM 07-10 TO 07-14 HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

| | | | |
|---|---|---|---|
| XX ILLNESS | _____ TIME COMING | SICK LEAVE PAY: XX | WORKER'S COMP |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE | _____ OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME | HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | |
| | | COMMENTS: _____ | |

**TOTAL COMP HOURS TO BE PAID:**

| | | |
|---|---|---|
| _____ OVERTIME | _____ HOLIDAY | |
| _____ COURT | _____ TOTAL | |

Thone - In

EMPLOYEE SIGNATURE

Sgt. _____

SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb

DATE NOTIFIED: 07-17-00 TIME NOTIFIED: 0900

BUREAU: Operations

DIVISION: Comm Serv SWORN: X NON-SWORN

DATES ABSENT: FROM 07-17-00 TO 07-21-00 HOURS USED 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

___X___ ILLNESS          ~~TIME COMING~~          SICK LEAVE PAY: ___X___ WORKER'S COMP _____

___ INJURY JOB          ___ VACATION          SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___

___ NON-JOB          ___ FUNERAL LEAVE          RECOVERING AT ___ HOME ___ HOSPITAL

___ LEAVE-UNPAID          ___ PERSONAL DAY          OTHER: _____

          COMMENTS: off per doctor

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME          ___ HOLIDAY

___ COURT          ___ TOTAL

EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 02/29/2008

NAME: __Tonya Cobb__

BUREAU: __Operations__  DIVISION: __Cima__ SWORN: __XX__ NON-SWORN: ____

DATE NOTIFIED: __7/24/02__ TIME NOTIFIED: __0900__

DATES ABSENT: FROM __7/24__ TO __7/28__  HOURS USED: __40__

ONE FULL DAY OR LESS - HOURS: FROM ____ TO ____ TOTAL HOURS ____

REASON FOR ABSENCE: (Describe below)

____ __XX__ ILLNESS

____ INJURY JOB

____ NON-JOB

____ LEAVE-UNPAID

____ TIME COMING

____ VACATION

____ FUNERAL LEAVE

____ PERSONAL DAY

SICK LEAVE PAY: __XX__  WORKER'S COMP ____

SICK LEAVE NO PAY: ____ NO LEAVE ____ OTHER ____

RECOVERING AT ____ HOME ____ HOSPITAL ____

OTHER: ____

COMMENTS: ____

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME  ____ HOLIDAY

____ COURT  ____ TOTAL

____ Tanner

EMPLOYEE SIGNATURE

Sgt. Tony Cobb

SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb

DATE NOTIFIED: 7/31/02 TIME NOTIFIED: 1000

BUREAU: Operations

DIVISION: Comm Serv SWORN: XX NON-SWORN

DATES ABSENT: FROM 7/31 TO 8/4 HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

XX ILLNESS                                    SICK LEAVE PAY: XX    WORKER'S COMP _____

_____ TIME COMING                            SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ INJURY JOB        _____ VACATION        RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ NON-JOB           _____ FUNERAL LEAVE   OTHER: _____

_____ LEAVE-UNPAID      _____ PERSONAL DAY    COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME          _____ HOLIDAY

_____ COURT             _____ TOTAL

Tonya - TJ

EMPLOYEE SIGNATURE                           SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @:002/29/2008

NAME: TONJA COBB

BUREAU: OPERATIONS

DATE NOTIFIED: 0809    TIME NOTIFIED: 1100

DIVISION: Comm Serv    SWORN: X    NON-SWORN:

DATES ABSENT: FROM 08/07    TO 08-11    HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| XX ILLNESS | TIME COMING | SICK LEAVE PAY: XX    WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: |
| | | COMMENTS: |

TOTAL COMP HOURS TO BE PAID:

OVERTIME _____ HOLIDAY _____

COURT _____ TOTAL _____

EMPLOYEE SIGNATURE    TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON 9/16/2008

NAME: Tonya Cobb

BUREAU: Operations                                    DIVISION: Comm Srv    SWORN: X    NON-SWORN: ___

DATE NOTIFIED: _____    TIME NOTIFIED: _____

DATES ABSENT: FROM  08-14   TO  08-18    HOURS USED:  40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X  ILLNESS | ___  TIME COMING | SICK LEAVE PAY: ___ X  X  WORKER'S COMP |
| ___  INJURY JOB | ___  VACATION | SICK LEAVE NO PAY: ___  NO LEAVE  OTHER |
| ___  NON-JOB | ___  FUNERAL LEAVE | RECOVERING AT ___ HOME  HOSPITAL |
| ___  LEAVE-UNPAID | ___  PERSONAL DAY | OTHER: _____ |

COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___  OVERTIME | ___  HOLIDAY |
| ___  COURT | ___  TOTAL |

_____        _____
EMPLOYEE SIGNATURE                     SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 01:02/29/2008

NAME: Tonya Cobb

BUREAU: Operations    DIVISION: Comm Serv   SWORN: X   NON-SWORN: _____

DATE NOTIFIED: 08-21    TIME NOTIFIED: 0700

DATES ABSENT: FROM 08-21 TO 08-25    HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

**REASON FOR ABSENCE:** (Describe below)

X   ILLNESS     _____ TIME COMING     SICK LEAVE PAY: X   WORKER'S COMP _____

_____ INJURY JOB     _____ VACATION     SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB     _____ FUNERAL LEAVE     OTHER: _____ RECOVERING AT _____ HOME _____ HOSPITAL

_____ LEAVE-UNPAID     _____ PERSONAL DAY     COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME     _____ HOLIDAY

_____ COURT     _____ TOTAL

_____     _____
EMPLOYEE SIGNATURE         SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @1:02/29/2008

NAME: TONJA COBB _____ DATE NOTIFIED: _____ TIME NOTIFIED: _____

BUREAU: OPERATIONS _____ DIVISION: COMM SERV ___ SWORN: X ___ NON-SWORN ___

DATES ABSENT: FROM 08-28 TO 09-01 HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | ___ TIME COMING | SICK LEAVE PAY: XX WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ |

COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 1:02 3/26/2008

NAME: Sonya Cobb

BUREAU: Operations

DATE NOTIFIED: _____    TIME NOTIFIED: _____

DIVISION: Corr. Serv.    SWORN: X    NON-SWORN: _____

DATES ABSENT: FROM 09-05 TO 09-08    HOURS USED: 39    TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS: _____

REASON FOR ABSENCE: (Describe below)

XX ILLNESS    _____ TIME COMING    SICK LEAVE PAY: XX    WORKER'S COMP: _____

_____ INJURY JOB    _____ VACATION    SICK LEAVE NO PAY: _____    NO LEAVE: _____    OTHER: _____

_____ NON-JOB    _____ FUNERAL LEAVE    OTHER: _____    RECOVERING AT: _____    HOME: _____    HOSPITAL: _____

_____ LEAVE-UNPAID    _____ PERSONAL DAY    COMMENTS: Pregnancy Complications

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE

TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 10:02/29/2008

NAME: _Tonya Cobb_____ DATE NOTIFIED: _____ TIME NOTIFIED: _____

BUREAU: _Operations_____ DIVISION: _____ SWORN: _✓_ NON-SWORN: _____

DATES ABSENT: FROM _9/11_ TO _9/15_ (excluding 9/14) _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS: _16_

**REASON FOR ABSENCE:** (Describe below)

| _✓_ ILLNESS | __ TIME COMING | __ SICK LEAVE PAY: _____ | __ WORKER'S COMP _____ |
|---|---|---|---|
| __ INJURY JOB | __ VACATION | __ SICK LEAVE NO PAY: _____ | __ NO LEAVE _____ OTHER _____ |
| __ NON-JOB | __ FUNERAL LEAVE | __ OTHER: _____ | RECOVERING AT _____ HOME _____ HOSPITAL |
| __ LEAVE-UNPAID | __ PERSONAL DAY | COMMENTS: _working 1/2 days_ | |

**TOTAL COMP HOURS TO BE PAID:**

| __ OVERTIME | __ HOLIDAY |
|---|---|
| __ COURT | __ TOTAL |

_Pla de Siz_                         _Olgamin_
EMPLOYEE SIGNATURE                   SUPERVISOR'S SIGNATURE

**TIME KEEPER**

Revised 9/87

SCANNED ON @ 08/29/2008

NAME: Tonya Cobb _____ DATE NOTIFIED: 4/14/10 TIME NOTIFIED: _____

BUREAU: Operations _____ DIVISION: _____ SWORN: ✓ NON-SWORN _____

DATES ABSENT: FROM 4/14 TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: ✓ WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: NO LEAVE OTHER |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT ✓ HOME HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: |
| | | COMMENTS: Vomiting |

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME _____ HOLIDAY

_____ COURT _____ TOTAL

_____ Claudia _____ _____ Nick _____
EMPLOYEE SIGNATURE                          SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 01/28/2008

NAME: Tonya Cobb

BUREAU: Operations

DATE NOTIFIED: 9/15/00   TIME NOTIFIED: _____

DIVISION: _____   SWORN: ✓   NON-SWORN _____

DATES ABSENT: FROM 9/15/00 TO _____   HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0930 TO 1100   TOTAL HOURS 1.5

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: ✓   WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: _____ to doctor — pregnancy |

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME   _____ HOLIDAY

_____ COURT   _____ TOTAL

_____   _____
EMPLOYEE SIGNATURE   SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 01:08/29/2008

NAME: _Tonya Cobb_

BUREAU: _Operations_   DIVISION: _____   DATE NOTIFIED: _9/25/04_ TIME NOTIFIED: _____

SWORN: _✓_   NON-SWORN: _____

DATES ABSENT: FROM _9/18_ TO _9/20_   HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____   TOTAL HOURS _13_

**REASON FOR ABSENCE. (Describe below)**

| | | |
|---|---|---|
| ___ ILLNESS | ___ TIME COMING | ___ SICK LEAVE PAY: _____ |
| ___ INJURY JOB | ___ VACATION | ___ SICK LEAVE NO PAY: _____ |
| ___ NON-JOB | ___ FUNERAL LEAVE | ___ OTHER: _____ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | ___ RECOVERING AT _____ |

WORKER'S COMP _✓_   NO LEAVE _____

HOME _____   HOSPITAL _____

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

COMMENTS: working 1/2 day per
dr.  9/18  4 sick
9/19  4 sick
9/20  5 sick

_Qu. ch_
EMPLOYEE SIGNATURE

_____
TIME KEEPER

_Tim Leary_
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @10:29/2008

NAME: _Tina Cobb_    DATE NOTIFIED: _9/21/00_    TIME NOTIFIED: _755 Am_

BUREAU: _Operations_    DIVISION: _____    SWORN: _✓_    NON-SWORN: _____

DATES ABSENT: FROM _9/21/00_    TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____    TO _____    TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _✓_ ILLNESS | ____ TIME COMING | SICK LEAVE PAY: _✓_    WORKER'S COMP _____ |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | OTHER: ____    RECOVERING AT ____ HOME ____ HOSPITAL |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | COMMENTS: _no will — O. Buts_ |

_Called in_    _Called in_

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

_Called in_

_____    _____
EMPLOYEE SIGNATURE              SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED NO DENNADS @ 2007/29/2008

NAME: Tonia Colon

BUREAU: Operations                    DIVISION: _____    SWORN: ✓    NON-SWORN _____

DATE NOTIFIED: 9/22/05    TIME NOTIFIED: 7:55

DATES ABSENT: FROM 9/22/05 TO _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    HOURS USED _____    TOTAL HOURS 8

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: ✓ | WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT ✓ HOME | HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: |
| | | COMMENTS: Nausea |

**TOTAL COMP HOURS TO BE PAID:**

| | | |
|---|---|---|
| OVERTIME | HOLIDAY | |
| COURT | TOTAL | |

_Called in_

EMPLOYEE SIGNATURE                    _Sue Leon_  SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 1:02/29/2008

NAME: _Tonia Usher_     DATE NOTIFIED: _____ TIME NOTIFIED: _____

BUREAU: _Quvation B (4)_     DIVISION: _____ SWORN: _✓_ NON-SWORN: _____

DATES ABSENT: FROM _9/25, 26, 27, 28/2000_    

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: _____ TOTAL HOURS _20_

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| _✓_ ILLNESS | _____ TIME COMING | _____ SICK LEAVE PAY: | _✓_ WORKER'S COMP |
| _____ INJURY JOB | _____ VACATION | _____ SICK LEAVE NO PAY: | _____ NO LEAVE _____ OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | _____ OTHER: | _____ RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | COMMENTS: _maternity related_ | |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_[signature]_      _[signature]_
EMPLOYEE SIGNATURE      SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 08/29/2008

NAME: Tonya Cobb

BUREAU: Operations

DATE NOTIFIED: 9/27/07   TIME NOTIFIED: ___

DIVISION: ___   SWORN: ___   NON-SWORN: ✓

DATES ABSENT: FROM ___ TO ___ TO ___ HOURS USED ___ TOTAL HOURS 8

ONE FULL DAY OR LESS - HOURS: FROM ___ TO ___

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: ___ WORKER'S COMP ___ |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: ✓ NO LEAVE ___ OTHER ___ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL ___ |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: ___ |

COMMENTS: ___

TOTAL COMP HOURS TO BE PAID:

OVERTIME ___ HOLIDAY ___

COURT ___ TOTAL ___

EMPLOYEE SIGNATURE ___   SUPERVISOR'S SIGNATURE ___

TIME KEEPER

Revised 9/07

NAME: Tonya Cobb _____ DATE NOTIFIED: _____ TIME NOTIFIED: _____

BUREAU: Operations _____ DIVISION: _____ SWORN: ✓ NON-SWORN: _____

DATES ABSENT: FROM 10,2,3,5/2000 Working 4 1/2 days TO _____ HOURS USED: _____ TOTAL HOURS 12

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS          _____ TIME COMING      SICK LEAVE PAY: ✓       _____ WORKER'S COMP

_____ INJURY JOB       _____ VACATION         SICK LEAVE NO PAY: ✓    _____ NO LEAVE    _____ OTHER

_____ NON-JOB          _____ FUNERAL LEAVE    RECOVERING AT ✓ _____ HOME    _____ HOSPITAL

_____ LEAVE-UNPAID     _____ PERSONAL DAY     OTHER: _____

                                              COMMENTS: Maternity related

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME         _____ HOLIDAY

_____ COURT            _____ TOTAL

EMPLOYEE SIGNATURE _____ _____ SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 01/29/2008

NAME: Tonya Cobb                          DATE NOTIFIED: 10/4/00    TIME NOTIFIED: _____

BUREAU: Operations          DIVISION: _____    SWORN: ✓    NON-SWORN _____

DATES ABSENT: FROM 10/4/00 TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS    8

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| ___ INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| ___ NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL | |
| ___ LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ | |
| | | COMMENTS: On report | |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | HOLIDAY |
| ___ COURT | TOTAL |

Called in

EMPLOYEE SIGNATURE                SUPERVISOR'S SIGNATURE

**TIME KEEPER**

Revised 9/87

SCANNED ON @ 1@/29/2008

NAME: Tonya Cobb

BUREAU: Comm Serv

DATE NOTIFIED: 12/6/00    TIME NOTIFIED: 6:36

DIVISION: _____    SWORN: _____    NON-SWORN: X

DATES ABSENT: FROM 12-6-00 TO _____    HOURS USED _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

X    ILLNESS    _____ TIME COMING    SICK LEAVE PAY: _____    SICK LEAVE NO PAY: _____    WORKER'S COMP X

_____ INJURY JOB    _____ VACATION    RECOVERING AT _____ HOME    NO LEAVE _____    HOSPITAL _____    OTHER _____

_____ NON-JOB    _____ FUNERAL LEAVE    OTHER: _____

_____ LEAVE-UNPAID    _____ PERSONAL DAY    COMMENTS: having pains & feeling nauseated.

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

Phoned in to Sue

EMPLOYEE SIGNATURE    TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON 8:02/28/2008

NAME: Tonya Cobb

BUREAU: Operations                              DIVISION: _____    SWORN: ✓    NON-SWORN: _____

DATE NOTIFIED: 10/3/08    TIME NOTIFIED: _____

DATES ABSENT: FROM 10/3 _____ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: ✓ | WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____ | OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT ✓ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: _____ |

TOTAL COMP HOURS TO BE PAID:

| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

Called in

EMPLOYEE SIGNATURE                              SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 02/29/2008

NAME: _Tonya Cobb_

BUREAU: _Community Serv._  DIVISION: _____  DATE NOTIFIED: _10/16/05_ TIME NOTIFIED: _____  SWORN: ✓  NON-SWORN _____

DATES ABSENT: FROM _10/16/05_ TO _____  HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: ✓ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT ✓ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: _Pain related to_
_pregnancy_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME  _____ HOLIDAY

_____ COURT  _____ TOTAL

_Called in_                                    _Sue Leon_
EMPLOYEE SIGNATURE                    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb                    DATE NOTIFIED: 1/16/05  TIME NOTIFIED: _____

BUREAU: Community Services    DIVISION: _____  SWORN: ✓  NON-SWORN: _____

DATES ABSENT: FROM 10/17/00 TO _____    TO _____    HOURS USED: _____  TOTAL HOURS 8

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT ✓ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

Called in

EMPLOYEE SIGNATURE                    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 10:02/29/2008

NAME: Tonia Cobb

BUREAU: Comm Services

DATES ABSENT: FROM 9/18/00 TO ____

DATE NOTIFIED: ____    TIME NOTIFIED: ____

DIVISION: ____    SWORN: ____    NON-SWORN: ✓

ONE FULL DAY OR LESS - HOURS: FROM ____ TO ____    HOURS USED: ____

TOTAL HOURS 8

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| ✓ ILLNESS | ____ TIME COMING |
| ____ INJURY JOB | ____ VACATION |
| ____ NON-JOB | ____ FUNERAL LEAVE |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

SICK LEAVE PAY: ✓    WORKER'S COMP ____

SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____

RECOVERING AT: ✓ HOME ____    HOSPITAL ____

OTHER: ____

COMMENTS: _Business Related_

_[signature]_ Business Related

EMPLOYEE SIGNATURE

_[signature]_
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @10:02/29/2008

NAME: Tonya Cobb _____ DATE NOTIFIED: 10/19/00 TIME NOTIFIED: 8 a.~

BUREAU: Comm Serv. _____ DIVISION: _____ SWORN: ✓ NON-SWORN: _____

DATES ABSENT: FROM 10/19/00 TO 10/20/00 _____ TO _____ HOURS USED _____ TOTAL HOURS 8 u

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: ✓ | WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT: ✓ HOME | HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: |
| | | COMMENTS: taken off work |
| | | by dr. |

TOTAL COMP HOURS TO BE PAID:

OVERTIME _____ HOLIDAY _____

COURT _____ TOTAL _____

Called in

EMPLOYEE SIGNATURE

_____ SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb

BUREAU: Comm. Serv.   DIVISION: _____ SWORN: _____ NON-SWORN: _____

DATE NOTIFIED: _____   TIME NOTIFIED: _____

DATES ABSENT: FROM 10/23 TO 10/27

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____   HOURS USED: _____   TOTAL HOURS 40

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: ✓   WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT i _____   HOME _____   HOSPITAL _____ |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ |

COMMENTS: maternity related

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_Tonya Cobb_
EMPLOYEE SIGNATURE

**TIME KEEPER**

_Su Coen_
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @1/02/29/2008

NAME: Tonia Cobb

BUREAU: Comm. Serv.    DIVISION: _____    SWORN: ✓    NON-SWORN: _____

DATE NOTIFIED: _____    TIME NOTIFIED: _____

DATES ABSENT: FROM 10/30 TO 11/3    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS 4D

REASON FOR ABSENCE: (Describe below)

✓ ILLNESS _____    TIME COMING _____    SICK LEAVE PAY: ✓    WORKER'S COMP _____

_____ INJURY JOB    _____ VACATION    SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB    _____ FUNERAL LEAVE    RECOVERING AT _____ HOME ✓ HOSPITAL _____

_____ LEAVE-UNPAID    _____ PERSONAL DAY    OTHER: _____

COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_Tonia Cobb_
EMPLOYEE SIGNATURE

_Shelcoen_
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/07

NAME: Tonya Coble _____ DATE NOTIFIED: _____ TIME NOTIFIED: _____

BUREAU: Community Services ___ DIVISION: _____ SWORN: ✓ NON-SWORN: _____

DATES ABSENT: FROM 11/6 _____ TO 11/17 _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS 80

**REASON FOR ABSENCE: (Describe below)**

| | | | |
|---|---|---|---|
| ✓ ILLNESS | ___ TIME COMING | ___ SICK LEAVE PAY: | ___ WORKER'S COMP |
| ___ INJURY JOB | ___ VACATION | ___ SICK LEAVE NO PAY: | ___ NO LEAVE ___ OTHER |
| ___ NON-JOB | ___ FUNERAL LEAVE | OTHER: ___ RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | COMMENTS: Maternity Related |

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME ___ HOLIDAY

___ COURT ___ TOTAL

_____          _____
M. da.                                      Sue Leer
EMPLOYEE SIGNATURE    TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: Tonya Cobb

BUREAU: Comm Services

DATES ABSENT: FROM 11/20 TO 11/24/00

DIVISION: _____  SWORN: ✓  NON-SWORN: _____

DATE NOTIFIED: _____  TIME NOTIFIED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  HOURS USED: _____  TOTAL HOURS 40

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: ✓  WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | OTHER: _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | RECOVERING AT ✓  HOME _____  HOSPITAL |
| | | COMMENTS: maternity related |

TOTAL COMP HOURS TO BE PAID:

| | | |
|---|---|---|
| _____ OVERTIME | _____ HOLIDAY | |
| _____ COURT | _____ TOTAL | |

_____          _____
EMPLOYEE SIGNATURE              SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb

BUREAU: Community Service   DIVISION: _____   DATE NOTIFIED: _____   TIME NOTIFIED: _____

DATES ABSENT: FROM 11/27/00 TO 12/1/00   SWORN: ✓   NON-SWORN

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____   HOURS USED: _____   TOTAL HOURS 40

**REASON FOR ABSENCE: (Describe below)**

| | | | |
|---|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: ✓ | WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT ✓ HOME | HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: | |
| | | COMMENTS: Maternity related | |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_____        _____
EMPLOYEE SIGNATURE            SUPERVISOR'S SIGNATURE

TIME KEEPER                    Revised 9/87

SCANNED ON @ 02/29/2008

SCANNED ON

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Isuka Cobb

BUREAU: Community Services _____ DIVISION: _____ SWORN: ✓ NON-SWORN: _____

DATE NOTIFIED: _____ TIME NOTIFIED: _____

DATES ABSENT: FROM 12/4 TO 12/15/00 _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS 80

**REASON FOR ABSENCE:** (Describe below)

| | | | |
|---|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: ✓ | WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: | _____ NO LEAVE _____ OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT: ✓ HOME _____ HOSPITAL | |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | |

**TOTAL COMP HOURS TO BE PAID:**

COMMENTS: delivered 12/2
maternity leave 12/12 - 12/15/32 hrs
Sick 12/4 - 12/11/48 hrs

_____ OVERTIME _____ HOLIDAY

_____ COURT _____ TOTAL

_____ Rn dr.

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

NAME: Tanya Cobb                                    DATE NOTIFIED: 12/18/00 TIME NOTIFIED:

BUREAU: Community Services        DIVISION:        SWORN: ✓  NON-SWORN:

DATES ABSENT: FROM 12/18 TO 12/29/00        HOURS USED:

ONE FULL DAY OR LESS - HOURS: FROM        TO        TOTAL HOURS 80

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS                _____ TIME COMING        SICK LEAVE PAY: _____ WORKER'S COMP

_____ INJURY JOB             _____ VACATION          SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER

_____ NON-JOB                _____ FUNERAL LEAVE      RECOVERING AT ✓ HOME _____ HOSPITAL

_____ LEAVE-UNPAID           _____ PERSONAL DAY       OTHER:

                                                      COMMENTS: Maternity leave

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME               _____ HOLIDAY

_____ COURT                  _____ TOTAL

EMPLOYEE SIGNATURE                  SUPERVISOR'S SIGNATURE  Sue Cowan

TIME KEEPER

Revised 9/87