

EXHIBIT

2001

SCANNED ON @:@@2/29/2008

2001

| | ILLNESS | | JOB INJURY | |
|---|---|---|---|---|
| | SICK HOURS | REASON | HOURS | REASON |
| 1/1-1/22/01 | 128 | Maternity Leave | | |
| 1/23-1/26/01 | 32 | "Per Doctor" | | |
| 1/29-1/30/01 | 16 | Maternity Leave | | |
| 3/5/2001 | 8 | Flu | | |
| 3/26/2001 | 8 | Kidney Problems | | |
| 4/2-4/3/01 | 16 | Kidney Infection | | |
| 4/4/2001 | 8 | Kidney Infection | | |
| 4/5/2001 | 8 | Kidney Infection | | |
| 4/6/2001 | 8 | Kidney Infection | | |
| 4/9/2001 | 8 | Kidney Infection | | |
| 4/10/2001 | 8 | Kidney Infection | | |
| 4/11/2001 | 8 | Kidney Infection | | |
| 4/12-4/13/01 | 16 | Kidney Infection | | |
| 4/26/2001 | 8 | Kidney Infection | | |
| 6/12/2001 | 8 | Kidney Infection | | |
| 6/13/2001 | 8 | Kidney Infection | | |
| 6/14/2001 | 8 | Kidney Infection | | |
| 6/15/2001 | 8 | Kidney Stones | | |
| 6/18/2001 | 8 | Kidney Stones | | |
| 6/19/2001 | 8 | Kidney Stones | | |
| 6/20-6/22/01 | 24 | Kidney Stones | | |
| 6/25-6/29/01 | 40 | Kidney Stones | | |
| 10/18/2001 | 7 | Stomach-Sore Throat | | |
| 10/19/2001 | 8 | Stomach Flu | | |
| 11/7/2001 | 8 | Hospital | | |
| 11/26/2001 | | | 10 | Left Foot ( ) |
| 11/28/2001 | | | 8 | Workers Compensation |
| 12/13/2001 | | | 4 | Injury - Job |
| 12/14/2001 | | | 8 | Workers Compensation |
| 12/18/2001 | | | 3 | Physical Therapy |
| 12/19/2001 | | | 2 | Physical Therapy |
| 12/21/2001 | | | 4 | Doctor Appointment |
| 12/26/2001 | | | 8 | Foot Injury |
| 12/27/2001 | | | 8 | Foot Injury |

TOTALS   279 Sick Hours                55 Workers Comp. hours
         176 Hours Maternity Leave

NAME: _Tonya Cobb_    DATE NOTIFIED: _____ TIME NOTIFIED: _____

BUREAU: _Operations_    DIVISION: _____ SWORN: _✓_ NON-SWORN: _____

DATES ABSENT: FROM _4/1_ TO _4/22/01_ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _128_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _✓_ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _✓_ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | OTHER: _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | RECOVERING AT _____ HOME _____ HOSPITAL |
| | | COMMENTS _maternity leave_ |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_on leave_
EMPLOYEE SIGNATURE

_Sue LeMay_
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Myra Cobb

BUREAU: Operations     DIVISION: _____     SWORN: ✓  NON-SWORN: _____

DATES ABSENT: FROM 1/23/01 TO 1/26/01     DATE NOTIFIED: 1/24/01     TIME NOTIFIED: _____

HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____     TOTAL HOURS 40  32

*Already have S/P for 1/23/01*

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: ✓ | WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| NON-JOB | FUNERAL LEAVE | OTHER: | RECOVERING AT | HOME | HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | COMMENTS: Myra Cobb | |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_Myra Cobb_     _Sue Lemon_
EMPLOYEE SIGNATURE     SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb

BUREAU: Operations    DIVISION: _____ SWORN: ✓ NON-SWORN: _____

DATES ABSENT: FROM 1/29/01 TO 1/30/01    DATE NOTIFIED: _____ TIME NOTIFIED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: _____ TOTAL HOURS 16

**REASON FOR ABSENCE:** (Describe below)

___✓___ ILLNESS    TIME COMING    SICK LEAVE PAY: _____ WORKER'S COMP _____

_____ INJURY JOB    VACATION    SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB    FUNERAL LEAVE    OTHER: _____ RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID    PERSONAL DAY    COMMENTS: Maternity leave

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    HOLIDAY

_____ COURT    TOTAL

_____ 
EMPLOYEE SIGNATURE

TIME KEEPER

_____ 
SUPERVISOR'S SIGNATURE

Revised 9/67

SCANNED ON @ 08/27/2008

NAME: Tonya Cobb

DATE NOTIFIED 3/5/01    TIME NOTIFIED 0615

BUREAU: Operations    DIVISION _____    SWORN: _____    NON-SWORN _____

DATES ABSENT: FROM 3/5/01 _____ TO _____    HOURS USED _____ 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 _____ TO 1600 _____    TOTAL HOURS 8

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | ____ TIME COMING | SICK LEAVE PAY: ____    WORKER'S COMP ____ |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | RECOVERING AT ____    HOME ____    HOSPITAL ____ |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | OTHER: ____ |
| | | COMMENTS ____ FLU |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

Phone - In

_____
EMPLOYEE SIGNATURE

_____
TIME KEEPER

Sgt. My Cobb
_____
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 002/29/2008

NAME: Tonja Obb

BUREAU: Operations    DIVISION: Comm Serv    SWORN: X    NON-SWORN:

DATES ABSENT: FROM 03-26    TO ___    HOURS USED: 8

DATE NOTIFIED 3/24/01    TIME NOTIFIED 0647

ONE FULL DAY OR LESS - HOURS: FROM 0800    TO 1600    TOTAL HOURS 8

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| X  ILLNESS | SICK LEAVE PAY: ___  WORKER'S COMP ___ |
| ___  INJURY JOB | SICK LEAVE NO PAY: ___  NO LEAVE ___  OTHER ___ |
| ___  NON-JOB | RECOVERING AT ___  HOME ___  HOSPITAL ___ |
| ___  LEAVE-UNPAID | OTHER: ___ |
| ___  PERSONAL DAY | COMMENTS: Kidney Problems |
| ___  TIME COMING | |
| ___  VACATION | |
| ___  FUNERAL LEAVE | |

**TOTAL COMP HOURS TO BE PAID:**

___  OVERTIME

___  HOLIDAY

Court    ___  TOTAL
8800-7N

EMPLOYEE SIGNATURE                    SUPERVISOR'S SIGNATURE

TIME KEEPER                    Revised 9/87

SCANNED ON @ 002/29/2008

NAME: Tonya Cobb

BUREAU: Operations                    DIVISION: Comm Serv    SWORN: X    NON-SWORN:

DATE NOTIFIED: 4/9/01    TIME NOTIFIED: 0715

DATES ABSENT: FROM 04-02    TO 04-02    HOURS USED: 16

ONE FULL DAY OR LESS - HOURS: FROM _____    TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS    ____ TIME COMING    ____ SICK LEAVE PAY: ____ WORKER'S COMP

____ INJURY JOB    ____ VACATION    ____ SICK LEAVE NO PAY: ____ NO LEAVE    ____ OTHER

____ NON-JOB    ____ FUNERAL LEAVE    ____ RECOVERING AT    ____ HOME    ____ HOSPITAL

____ LEAVE-UNPAID    ____ PERSONAL DAY    OTHER: _____

                                        COMMENTS: Kidney Infection

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

Tonya Jn                              Sgt. [signature]
EMPLOYEE SIGNATURE                    SUPERVISOR'S SIGNATURE

                TIME KEEPER

                                        Revised 9/87

SCANNED ON 01/02/29/2008

NAME: Todd Cobb

BUREAU: Operations          DIVISION: Comm. Serv. SWORN: X NON-SWORN: _____

DATE NOTIFIED: 4/4/01  TIME NOTIFIED: 0630

DATES ABSENT: FROM 4/4/01 TO 0800          HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600          TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _____ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: Kidney Infection |

TOTAL COMP HOURS TO BE PAID:

| | | |
|---|---|---|
| _____ OVERTIME | _____ HOLIDAY | |
| _____ COURT | _____ TOTAL | |

Hone-In

EMPLOYEE SIGNATURE          TIME KEEPER          Sgt. J.W. Quinn

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 1 02/26/2008

NAME: _TANYA COBB_ ........ DATE NOTIFIED: _4/5/01_ TIME NOTIFIED: _0430_

BUREAU: _OPERATIONS_ DIVISION: _Comm Serv_ SWORN: _X_ NON-SWORN

DATES ABSENT: FROM _4/5/01_ TO _____ HOURS USED: _____

ONE FULL DAY OF LESS - HOURS: FROM _0800_ TO _1600_ TOTAL HOURS _8_

**REASON FOR ABSENCE: (Describe below)**

_X_ ILLNESS

____ INJURY JOB

____ NON-JOB

____ LEAVE-UNPAID

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME

____ COURT

____ TIME COMING

____ VACATION

____ FUNERAL LEAVE

____ PERSONAL DAY

____ HOLIDAY

____ TOTAL

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS: _Kidney Infection_

_8 hours TN_

EMPLOYEE SIGNATURE

TIME KEEPER

_Sgt _____ SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: Tonya Cobb

DATE NOTIFIED: 4/6/01 TIME NOTIFIED: 0630

BUREAU: Operations

DIVISION: Comm Serv SWORN: X NON-SWORN

DATES ABSENT: FROM 4/6/01 TO _____ HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600 TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

X ILLNESS _____ TIME COMING _____ SICK LEAVE PAY: _____ WORKER'S COMP _____

_____ INJURY JOB _____ VACATION _____ SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB _____ FUNERAL LEAVE OTHER: _____ RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID _____ PERSONAL DAY COMMENTS _____ Kidney Problems

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME _____ HOLIDAY

_____ COURT _____ TOTAL

Home - In

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 04/29/2008

NAME: Tonya Cobb _____ DATE NOTIFIED: 4/9/01 TIME NOTIFIED: 0630

BUREAU: Operations _____ DIVISION: Comm Serv SWORN: X ___ NON-SWORN: ___

DATES ABSENT FROM: 4/9/01 ___ TO _____ HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM: 0800 ___ TO 1600 ___ TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | ___ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP: ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: Kidney Problems |

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

1 HOUR - IN

_____          Sgt. _____
EMPLOYEE SIGNATURE               SUPERVISOR'S SIGNATURE

TIME KEEPER                       Revised 9/87

SCANNED ON 02/29/2008

NAME: Tonja Cobb

BUREAU: Operations    DIVISION: Comm Serv    SWORN X    NON-SWORN

DATE NOTIFIED 4/10/01    TIME NOTIFIED 0430

DATES ABSENT: FROM 4/10/01    TO _____    HOURS USED ____ 8

ONE FULL DAY OR LESS - HOURS: FROM 0800    TO 1600    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: Kinsey Rogers |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

Phone-In

EMPLOYEE SIGNATURE    Sgt K. Rogers    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 10/26/2006

NAME: T. Cobb

BUREAU: Operations                DIVISION: Comm. Support & Non-sworn

DATE NOTIFIED: 4/11     TIME NOTIFIED:

DATES ABSENT: FROM 4/11/01     TO _____     HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____     TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

| | | SICK LEAVE PAY: ✓ | WORKER'S COMP |
| --- | --- | --- | --- |
| ✓ ILLNESS | TIME COMING | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| INJURY JOB | VACATION | RECOVERING AT | HOME | HOSPITAL |
| NON-JOB | FUNERAL LEAVE | OTHER: | | |
| LEAVE-UNPAID | PERSONAL DAY | COMMENTS: Has a Doctv's | | |
| | | appointment ref a | | |
| | | kidney disorder. | | |

TOTAL COMP HOURS TO BE PAID:

OVERTIME _____ HOLIDAY _____

COURT _____ TOTAL _____

Phone

EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Cobb

DATE NOTIFIED: 4/12/01  TIME NOTIFIED: 0700

BUREAU: OPERATIONS

DIVISION: Comm. Serv  SWORN: X  NON-SWORN

DATES ABSENT: FROM 4/12/01 TO 4/13/01

HOURS USED: 16

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600  TOTAL HOURS 16

**REASON FOR ABSENCE: (Describe below)**

| | | | |
|---|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: | WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: | NO LEAVE  OTHER |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT | HOME  HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: | |

COMMENTS: Kidney Problems

**TOTAL COMP HOURS TO BE PAID:**

| | | |
|---|---|---|
| OVERTIME | HOLIDAY | |
| COURT | TOTAL | |

Tonya - IN

_____
EMPLOYEE SIGNATURE

Sgt. _____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 8/29/2008

NAME: Tonya Cobb

BUREAU: Operations                    DIVISION: Comm Serv    SWORN: _____ NON-SWORN: _____

DATE NOTIFIED: 4/26/01 TIME NOTIFIED: _____

DATES ABSENT: FROM 4/30/01 TO _____ HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600 TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | ___ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: Kidney Problems Dr Appt |

TOTAL COMP HOURS TO BE PAID:

| ___ OVERTIME | ___ HOLIDAY |
|---|---|
| ___ COURT | ___ TOTAL |

EMPLOYEE SIGNATURE                    SUPERVISOR'S SIGNATURE

TIME KEEPER:

Revised 9/87

SCANNED ON 01/02/29/2008

NAME: _COBB_     DATE NOTIFIED: _6/12/01_ TIME NOTIFIED: _0700_

BUREAU: _OPS_     DIVISION: _PATROL_ SWORN: _X_ NON-SWORN _____

DATES ABSENT: FROM _6-12_ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_ TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)     SICK LEAVE PAY: _X_ WORKER'S COMP _____

_X_ ILLNESS     _____ TIME COMING     SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ INJURY JOB     _____ VACATION     RECOVERING AT _X_ HOME _____ HOSPITAL

_____ NON-JOB     _____ FUNERAL LEAVE     OTHER: _____

_____ LEAVE-UNPAID     _____ PERSONAL DAY     COMMENTS: _OFF BEETS CALLED._
_TONYA HAS THE FLU._

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME     _____ HOLIDAY

_____ COURT     _____ TOTAL

EMPLOYEE SIGNATURE     SUPERVISOR'S SIGNATURE

TIME KEEPER     Revised 9/87

---

### UNSCHEDULED TIME OFF / COMP PAY REQUEST

_DUPLICATE - KEEP BY SUPERVISOR_

NAME: _TONYA COBB_     DATE NOTIFIED: _6/12/01_ TIME NOTIFIED: _0700_

BUREAU: _OPS - PATROL_     DIVISION: _Comm Serv_ SWORN: _X_ NON-SWORN _____

DATES ABSENT: FROM _06/12/01_ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)     SICK LEAVE PAY: _____ WORKER'S COMP _____

_X_ ILLNESS     _____ TIME COMING     SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ INJURY JOB     _____ VACATION     RECOVERING AT _____ HOME _____ HOSPITAL

_____ NON-JOB     _____ FUNERAL LEAVE     OTHER: _____

_____ LEAVE-UNPAID     _____ PERSONAL DAY     COMMENTS: _PAIN IN LOWER_
_BACK - KIDNEYS? DR_
_1130_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME     _____ HOLIDAY

_____ COURT     _____ TOTAL

_PHONE - ANS MACHINE_

EMPLOYEE SIGNATURE     SUPERVISOR'S SIGNATURE

TIME KEEPER     Revised 9/87

OFF / COMP PAY REQUEST

NAME: _____ T COBB _____

BUREAU: _____ OB _____

DATES ABSENT: FROM _6-13_ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _0800_ TO _1600_

DATE NOTIFIED _6-13-0/_ TIME NOTIFIED _0615_

DIVISION _PATROL_ SWORN: _X_ NON-SWORN _____

HOURS USED: _____ TOTAL HOURS _8_

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| _X_ ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

SICK LEAVE PAY: _X_   WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _X_ HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS: _OFF BEES NOISES_
_TONYA IS STILL SUFFERING_
_FROM KIDNEY DISORDER_

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_____
EMPLOYEE SIGNATURE

TIME KEEPER

_____
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @:@02/29/2008

... :D TIME OFF / COMP PAY REQUEST

NAME: _Erica Cobb_

BUREAU: _OPS_

DATES ABSENT: FROM _6/16_ TO _____    DIVISION _Patrol_    SWORN: _X_    NON-SWORN: ____

DATE NOTIFIED _6/16/__    TIME NOTIFIED _0800_

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_    HOURS USED ____

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS

____ INJURY-JOB                    ____ TIME COMING        ____ SICK LEAVE PAY: _X_    ____ TOTAL HOURS _8_

____ NON-JOB                       ____ VACATION           ____ SICK LEAVE NO PAY:     WORKER'S COMP

____ LEAVE-UNPAID                  ____ FUNERAL LEAVE       ____ RECOVERING AT _X_ ____ NO LEAVE ____ OTHER ____
                                                                 HOME        HOSPITAL

TOTAL COMP HOURS TO BE PAID:       ____ PERSONAL DAY        OTHER: ____

                                                            COMMENTS: _OFF BLESS CALLED-_

____ OVERTIME                      ____ HOLIDAY             _KIDNEY TROUBLE TO SEE DR_

____ COURT                         ____ TOTAL              _TODAY_

_____            _____
EMPLOYEE SIGNATURE                 TIME KEEPER

                                   _____
                                   SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: _Tonya Cobb_

BUREAU: _CIB_     DIVISION: _Patrol_ SWORN: _X_ NON-SWORN: ___

DATES ABSENT: FROM _6-15_ TO ___    DATE NOTIFIED: _6-15-04_ TIME NOTIFIED: _0340_

ONE FULL DAY OR LESS - HOURS: FROM _0830_ TO _1600_ HOURS USED ___    TIME NOTIFIED _0340_

TOTAL HOURS _8_

**REASON FOR ABSENCE: (Describe below)**

_X_ ILLNESS    ___ TIME COMING    SICK LEAVE PAY: ___ _X_ WORKER'S COMP ___

___ INJURY JOB    ___ VACATION    SICK LEAVE NO PAY: ___ _X_ NO LEAVE ___ OTHER ___

___ NON-JOB    ___ FUNERAL LEAVE    RECOVERING AT _X_ HOME ___ HOSPITAL ___

___ LEAVE–UNPAID    ___ PERSONAL DAY    OTHER: ___

COMMENTS: _OFF BLEES ADVISES_
_Tonya HAS Kidney Stones_
_CE AW INFECTION_

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

_____     _____
EMPLOYEE SIGNATURE         SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 02/29/2008 @ 01:02

TIME OFF / COMP PAY REQUEST

NAME: _T. GLOVER_

DATE NOTIFIED: _6/8/01_     TIME NOTIFIED: _0645_

BUREAU: _OPERATIONS_

DIVISION: _COMM SERV_     SWORN: _X_     NON-SWORN: _____

DATES ABSENT: FROM _06-18_ _____ TO _____

HOURS USED: ___8___

ONE FULL DAY OR LESS - HOURS: FROM __0800__ TO __1600__     TOTAL HOURS __8__

**REASON FOR ABSENCE: (Describe below)**

_X_ ILLNESS                      ___ TIME COMING         ___ SICK LEAVE PAY:     ___ WORKER'S COMP

___ INJURY JOB            ___ VACATION       ___ SICK LEAVE NO PAY:   ___ NO LEAVE      ___ OTHER

___ NON-JOB               ___ FUNERAL LEAVE  ___ RECOVERING AT   ___ HOME   ___ HOSPITAL

___ LEAVE-UNPAID          ___ PERSONAL DAY   ___ OTHER:

**TOTAL COMP HOURS TO BE PAID:**               COMMENTS:

___ OVERTIME              ___ HOLIDAY         _Kidney Stones_

_(COURT)_ _Phone-In_      ___ TOTAL

EMPLOYEE SIGNATURE        _Scott McCain_     SUPERVISOR'S SIGNATURE

_TIME KEEPER_

Revised 9/87

SCANNED ON @ 1002/29/2008

NAME: _Tonya Cobb_

BUREAU _Operations_

DATE NOTIFIED _4/9/01_ TIME NOTIFIED _0730_

DIVISION _Comm Serv_ SWORN: _X_ NON-SWORN _____

DATES ABSENT: FROM _06-19-01_ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_ HOURS USED: _____ TOTAL HOURS _8_

**REASON FOR ABSENCE:** (Describe below)

_X_ ILLNESS

_____ TIME COMING

_____ SICK LEAVE PAY: _____ WORKER'S COMP _____

_____ INJURY JOB

_____ VACATION

_____ SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB

_____ FUNERAL LEAVE

_____ RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID

_____ PERSONAL DAY

OTHER: _____

COMMENTS: _Kidney Stones_

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME

_____ HOLIDAY

_____ COURT

_____ TOTAL

_Tonya - IV_

EMPLOYEE SIGNATURE

TIME KEEPER

_____ (signature) _____

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON 8:02 29/2008

COURT PAY REQUEST

NAME: Tonya Cobb

DATE NOTIFIED: _____   TIME NOTIFIED: _____

BUREAU: Operations                          DIVISION: Comm Srv   SWORN X   NON-SWORN ____

DATES ABSENT: FROM Aug 20 ____ TO Aug 22 ____   HOURS USED 24

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____   TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

X  ILLNESS              ____ TIME COMING       SICK LEAVE PAY: ____   WORKER'S COMP ____

____ INJURY JOB        ____ VACATION          SICK LEAVE NO PAY: ____   NO LEAVE ____   OTHER ____

____ NON-JOB           ____ FUNERAL LEAVE     RECOVERING AT ____   HOME ____   HOSPITAL ____

____ LEAVE-UNPAID      ____ PERSONAL DAY      OTHER: ____

TOTAL COMP HOURS TO BE PAID:                  COMMENTS: Kidney Ailment

____ OVERTIME          ____ HOLIDAY

____ COURT             ____ TOTAL

_____                    _____
EMPLOYEE SIGNATURE                           SUPERVISOR'S SIGNATURE

                    TIME KEEPER

Revised 9/87

NAME: Tonya Cobb

BUREAU: Operations                          DATE NOTIFIED: _____ TIME NOTIFIED: _____

DIVISION: Comm Serv  SWORN X  NON-SWORN _____

DATES ABSENT, FROM 06-25 ___ TO 06-29 ___ HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| X ILLNESS | _____ TIME COMING | _____ SICK LEAVE PAY: | _____ WORKER'S COMP |
| _____ INJURY JOB | _____ VACATION | _____ SICK LEAVE NO PAY: | _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | _____ RECOVERING AT | _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | |

COMMENTS: Kidney Ailment

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 08/29/2008

NAME: Tony COBB (Brush)    DATE NOTIFIED 10-18-01 TIME NOTIFIED: 0930

BUREAU: Operations    DIVISION: Illinois Park SWORN:    NON-SWORN

DATES ABSENT: FROM 10-8-01 TO [REDACTED]    HOURS USED: 7

ONE FULL DAY OR LESS - HOURS: FROM 0930 TO 1600    TOTAL HOURS 7

REASON FOR ABSENCE: (Describe below)

___ ILLNESS    ___ TIME COMING    SICK LEAVE PAY: ___    WORKER'S COMP ___

X  INJURY JOB    ___ VACATION    SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER ___

___ NON-JOB    ___ FUNERAL LEAVE    RECOVERING AT ___ HOME ___ HOSPITAL ___

___ LEAVE-UNPAID    ___ PERSONAL DAY    OTHER: ___

TOTAL COMP HOURS TO BE PAID:    COMMENTS: Stomach - Sore Throat

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

_[signature]_    _[signature] #269_
EMPLOYEE'S SIGNATURE    TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 18:02/29/2008

NAME: Tonya Cobb (Beas)

BUREAU: Operations

DIVISION: Own Seav

DATE NOTIFIED: 10-18-01    TIME NOTIFIED: 0648

SWORN: X    NON-SWORN

DATES ABSENT: FROM 10-18-01    TO _____    HOURS USED _____ 8    TOTAL HOURS 8

ONE FULL DAY OR LESS - HOURS: FROM 0800    TO 1600

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| X ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: Stomach Flu

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

Phone (w)

EMPLOYEE SIGNATURE

TIME KEEPER

_Sgt DeRozbo_
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 09/29/2008

NAME: _Louis Bails_    DATE NOTIFIED: _11-7-01_ TIME NOTIFIED: _1000_

BUREAU: _Operation_    DIVISION: _Comm. Serv._ SWORN: _____ NON-SWORN: _____

DATES ABSENT: FROM _11-7-01_ TO _11-7-01_    HOURS USED: _8_

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_    TOTAL HOURS _8_

**REASON FOR ABSENCE:** (Describe below)

| | |
|---|---|
| _____ ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

SICK LEAVE PAY: _X_    WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _____ HOME _X_ HOSPITAL _____

OTHER: _____

COMMENTS: Hospital for Blood

work test Med work

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_[signature]_    _[signature]_
EMPLOYEE SIGNATURE    TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 02/29/2008

| 2002 | | | | |
|---|---|---|---|---|
| | **ILLNESS** | | **JOB INJURY** | |
| | **SICK HOURS** | **REASON** | **HOURS** | **REASON** |
| 1/2-1/3/02 | | | 16 | Foot Injection |
| 1/4/2002 | | | 8 | Foot Injection |
| 1/10/2002 | | | 5 | Appointment w/Orthopod |
| 1/16-1/17/02 | 16 | Colonoscopy | | |
| 1/18/2002 | 8 | Testing | | |
| 1/21/2002 | 8 | Not Feeling Well | | |
| 1/23/2002 | | | 8 | Foot Injection |
| 1/28-1/29/02 | 16 | Medical Tests | | |
| 1/30/2002 | 8 | Sore Stomach | | |
| 1/31-2/1/02 | 16 | Intestinal | | |
| 2/5/2001 | | | 1.5 | City IME |
| 2/8/2002 | | | 2 | Orthopod |
| 2/12/2002 | | | 8 | Foot Injection |
| 2/13/2002 | | | 8 | Not Given |
| 2/18/2002 | 8 | Cold & Cough | | |
| 2/19/2002 | 8 | Cold & Cough | | |
| 2/20/2002 | 4 | Not Feeling Well | | |
| 2/21/2002 | 8 | Flu | | |
| 2/22/2002 | 8 | Bronchitis | | |
| 4/9/2002 | | | 1 | Hydrotherapy |
| 4/10/2002 | 8 | Called in Sick | | |
| 4/11/2002 | 8 | Sore Throat - Sinus | | |
| 4/12/2002 | | | 1 | Physical Therapy |
| 4/22/2002 | 8 | Not Feeling Well | | |
| 4/23/2002 | | | 5 | City IME |
| 4/26/2002 | | | 1 | Physical Therapy |
| 4/30/2002 | | | 2 | Workers Compensation - Physical Therapy |
| 5/1/2002 | | | 1 | Physical Therapy |
| 5/8/2002 | | | 1 | Physical Therapy |
| 5/30/2002 | | | 2.5 | Doctor Appointment |
| 6/18/2002 | 10 | Doctor's Excuse | | |
| 7/3-7/4/02 | 20 | Doctor's Excuse | | |
| 8/15/2002 | | | 2.5 | Doctor Appointment |
| 8/19/2002 | | | 10 | Swollen Foot |
| 8/20/2002 | | | 10 | Swollen Foot |
| 8/21/2002 | | | 10 | Swollen Foot |
| 8/22-8/30/02 | | | 50 | Foot Surgery |
| 9/3-9/6/02 | | | 32 | Foot Surgery |
| 9/9-9/13/02 | | | 40 | Foot Surgery |
| 9/16-9/20/02 | | | 40 | Foot Surgery |
| 9/23-9/27/02 | | | 40 | Foot Surgery |
| 9/30-10/4/02 | | | 40 | Foot Surgery |
| 10/10/2002 | | | 6 | Swelling in Foot |
| 10/15/2002 | | | 2.5 | Doctor Appointment |
| 10/21/2002 | | | 1.5 | Doctor Appointment |
| 10/28/2002 | | | 8 | Foot Swelling |
| 10/29/2002 | | | 1.5 | Doctor Appointment |

SCANNED ON @:02/29/2008

| Date | Sick Hours | Reason | | Workers Comp Hours | Reason |
|------|-----------|--------|--|---------------------|--------|
| 11/12/2002 | | | | 10 | Pain From Surgery |
| 11/25/2002 | 8 | Head Cold | | | |
| 11/26/2002 | 2 | Doctor Appointment | | | |
| 12/16/2002 | | | | 1.5 | Doctor Appointment |
| | **100 Sick Hours** | | | **376.5 Hours Workers Comp.** | |

SCANNED ON @:02/29/2008

NAME: Tonya Beers

DATE NOTIFIED: 010201   TIME NOTIFIED: 070

BUREAU: Operations    DIVISION: Comm Serv   SWORN: X   NON-SWORN: ___

DATES ABSENT: FROM 010202 TO 010302    HOURS USED: 16

ONE FULL DAY OR LESS - HOURS: FROM ___ TO ___    TOTAL HOURS ___

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: ___   WORKER'S COMP ___ |
| ___ INJURY JOB | VACATION | SICK LEAVE NO PAY: ___   NO LEAVE ___   OTHER X |
| ___ NON-JOB | FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | PERSONAL DAY | OTHER: ___ |
| | | COMMENTS: IN VERION IN FBI |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_Tonya B_ _____
EMPLOYEE SIGNATURE

_____ (signature)
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 02/29/2008

NAME: Tonya Beers    Da...NOTIFIED: 01/02/01  TIME NOTIFIED: 1530

BUREAU: Operations    DIVISION: _____    SWORN: _____  NON-SWORN: _____

DATES ABSENT: FROM 01/04/02 TO _____    HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

___ ILLNESS          ___ TIME COMING       SICK LEAVE PAY: _____  WORKER'S COMP X

___ INJURY JOB       ___ VACATION          SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

___ NON-JOB          ___ FUNERAL LEAVE     RECOVERING AT _____  HOME _____  HOSPITAL _____

___ LEAVE-UNPAID     ___ PERSONAL DAY      OTHER: _____

                                          COMMENTS: Recovering from
                                          Foot injection

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME         ___ HOLIDAY

___ COURT            ___ TOTAL

Phoned in

EMPLOYEE SIGNATURE                        SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 01:02/29/2008

NAME: _Joseph Kaetis_

BUREAU: _Operations_

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1100_ TO _1600_

DAT... NOTIFIED: _1-10-02_    TIME NOTIFIED: _0800_

DIVISION _Gang Sbl._    SWORN: _____    NON-SWORN: _____

HOURS USED: _____    TOTAL HOURS _3_

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ___ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___    WORKER'S COMP ___ X ___ |
| X INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___    HOME ___    HOSPITAL ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ |

COMMENTS: _Dr. Appointments_
_w/Orthopedic + Surgeon_

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

_[signature]_
EMPLOYEE SIGNATURE

TIME KEEPER

_[signature]_
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @1@02/29/2008

NAME: _Jonya Beek_

BUREAU: _Corrections_    DIVISION: _Comm. Sv._ SWORN: ____ NON-SWORN: ____

DATE NOTIFIED: _01-14-02_ TIME NOTIFIED: _0000_

DATES ABSENT: FROM _01-16-02_ TO _01-17-02_    HOURS USED: _16_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: ____ WORKER'S COMP ____ |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: ____ NO LEAVE ____ OTHER ____ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT ____ HOME ____ HOSPITAL ____ |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ |

COMMENTS: _Colonoscopy - 01-17-02_
_01-16-02 PREP FOR PROCEDURE_
_Refractascopy passages_

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

_[signature]_    _Sgt M. Bell_
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @1@02/29/2008

NAME: __Tonya Beets__

BUREAU: __Operations__     DIVISION: __Sorey__     DA. NOTIFIED __1-17-07__ TIME NOTIFIED __1530__

SWORN: __X__ NON-SWORN __

DATES ABSENT: FROM __011804__ TO _____     HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM __0800__ TO __1600__     TOTAL HOURS: __8__

REASON FOR ABSENCE: (Describe below)

| | | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
|---|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| INJURY JOB | VACATION | RECOVERING AT _____ HOME _____ HOSPITAL |
| NON-JOB | FUNERAL LEAVE | OTHER: |
| LEAVE-UNPAID | PERSONAL DAY | COMMENTS: __Additional Testing__ |

TOTAL COMP HOURS TO BE PAID:

| OVERTIME | HOLIDAY |
|---|---|
| COURT | TOTAL |

__Claimed in__
EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 0 02/29/2008

NAME: TONYA BEETS

DATE NOTIFIED: 1-21-02 TIME NOTIFIED: 0620

BUREAU: OPERATIONS

DIVISION: COMM SERV    SWORN: X    NON-SWORN:

DATES ABSENT: FROM 1-21-02 TO _____ HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600 TOTAL HOURS 8

**REASON FOR ABSENCE: (Describe below)**

X ILLNESS _____ TIME COMING _____ SICK LEAVE PAY: _____ WORKER'S COMP _____

_____ INJURY JOB _____ VACATION _____ SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB _____ FUNERAL LEAVE _____ RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID _____ PERSONAL DAY _____ OTHER: _____

COMMENTS: Not feeling well

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME _____ HOLIDAY

_____ COURT _____ TOTAL

_Phoned in_

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

**TIME KEEPER**

Revised 9/87

SCANNED ON 01:02/29/2008

NAME: _Leon va Beets_

BUREAU: _Operations_     DIVISION: _Comm Sec_     DA...NOTIFIED: 1-23-0 TIME NOTIFIED: _0640_     SWORN: _X_     NON-SWORN ____

DATES ABSENT: FROM _01-23-02_ TO ____     HOURS USED ____     _8_

ONE FULL DAY OR LESS - HOURS: FROM _0700_ TO _1600_     TOTAL HOURS _8_

**REASON FOR ABSENCE:** (Describe below)

| | | SICK LEAVE PAY: ____ | WORKER'S COMP ____ |
| _X_ ILLNESS | TIME COMING ____ | SICK LEAVE NO PAY: ____ | **NO LEAVE** ____ | OTHER _X_ |
| INJURY JOB ____ | VACATION ____ | RECOVERING AT ____ HOME ____ HOSPITAL ____ |
| NON-JOB ____ | FUNERAL LEAVE ____ | OTHER: ____ |
| LEAVE-UNPAID ____ | PERSONAL DAY ____ | COMMENTS: _Full Intention_ |

**TOTAL COMP HOURS TO BE PAID:**

| OVERTIME ____ | HOLIDAY ____ |
| COURT ____ | TOTAL ____ |

_Plewsed in_
EMPLOYEE SIGNATURE

**TIME KEEPER**

_Signature_
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 01/29/2008

NAME: TONYA BESTS

BUREAU: OPERATIONS    DIVISION: COMM    SWORN: X    NON-SWORN:
    SCAN

DATE NOTIFIED: 1-28-02 TIME NOTIFIED: 0640

DATES ABSENT: FROM 01-28-02 TO 01-29-02    HOURS USED: 16

ONE FULL DAY OR LESS - HOURS: FROM 0800    TO 1600    TOTAL HOURS: 16

TOTAL HOURS: 0640

REASON FOR ABSENCE: (Describe below)

| X ILLNESS | TIME COMING | SICK LEAVE PAY: | WORKER'S COMP |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: | NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: |
|  |  | COMMENTS MEDICAL TESTS |

TOTAL COMP HOURS TO BE PAID:

| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

Phoned in

EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER    Revised 9/87

SCANNED ON @:02/28/2008

NAME: _Tonya Beets_

BUREAU: _Operations_    DIVISION: _Osman Sear_    DATE NOTIFIED: _1-30-02_    TIME NOTIFIED: _0711_    SWORN: _X_ NON-SWORN: ___

DATES ABSENT: FROM _1-30-02_ TO ___    HOURS USED: _8_    TOTAL HOURS _8_

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_

**REASON FOR ABSENCE: (Describe below)**

[X] ILLNESS ___    TIME COMING ___    SICK LEAVE PAY: ___    WORKERS' COMP ___

___ INJURY JOB ___    VACATION ___    SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER ___

___ NON-JOB ___    FUNERAL LEAVE ___    RECOVERING AT ___    HOME ___    HOSPITAL ___

___ LEAVE-UNPAID ___    PERSONAL DAY ___    OTHER: ___

COMMENTS: _Sore Stomach_

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME ___    HOLIDAY ___

___ COURT ___    TOTAL ___

_Phoned in_
EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 1/02/29/2008

NAME: Tonya Beets

BUREAU: Operations

DATES ABSENT: FROM 013102 TO 020102

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600

DA... NOTIFIED: 1-3-02 TIME NOTIFIED: 1630

DIVISION: Comm Serv    SWORN: X    NON-SWORN

HOURS USED 16    TOTAL HOURS 16

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: | WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT | HOME | HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: | | |

COMMENTS: INTESTINAL INFLAMMATION

TOTAL COMP HOURS TO BE PAID:

OVERTIME _____ HOLIDAY _____

COURT _____ TOTAL _____

_Phoned in_
EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @ 102/29/2008

NAME: _Doug Beels_

BUREAU: _Operations_    DIVISION: _Comm. Sec._ SWORN: ____ NON-SWORN: ____

DATE NOTIFIED: _2-5-01_ TIME NOTIFIED: _0000_

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _1430_ TO _1400_    TOTAL HOURS _1.5_

**REASON FOR ABSENCE:** (Describe below)

____ ILLNESS    ____ TIME COMING    SICK LEAVE PAY: ____

__X__ INJURY JOB    ____ VACATION    SICK LEAVE NO PAY: ____ (NO LEAVE)    (WORKER'S COMP)

____ NON-JOB    ____ FUNERAL LEAVE    RECOVERING AT ____ HOME ____ HOSPITAL

____ LEAVE-UNPAID    ____ PERSONAL DAY    OTHER: ____

**TOTAL COMP HOURS TO BE PAID:**

COMMENTS: _Dr Appointment 06_
_Dr St Anthonys_

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

_Doug Beels #232_
EMPLOYEE SIGNATURE

_Sgt. Beel_
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Beets

BUREAU: Operation        DIVISION: Comm. Serv    SWORN: _____ NON-SWORN: _____

DATE NOTIFIED: 2802 TIME NOTIFIED: 1600

DATES ABSENT: FROM _____ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 1400 TO 1600    TOTAL HOURS 2

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS            _____ TIME COMING        SICK LEAVE PAY: _____    _____ WORKER'S COMP _____

X INJURY JOB             _____ VACATION           _____ SICK LEAVE NO PAY:    _____ NO LEAVE    OTHER X

_____ NON-JOB            _____ FUNERAL LEAVE       RECOVERING AT _____ HOME _____ HOSPITAL

_____ LEAVE-UNPAID       _____ PERSONAL DAY        OTHER: _____

TOTAL COMP HOURS TO BE PAID:                       COMMENTS: With Apportment
                                                   With Appropriate

_____ OVERTIME           _____ HOLIDAY

_____ COURT              _____ TOTAL

EMPLOYEE SIGNATURE #532          SUPERVISOR'S SIGNATURE Sgt. Bi...

TIME KEEPER

Revised 9/87

SCANNED ON @ 08/29/2008

NAME: Tonja Beets

BUREAU: Operation

DATES ABSENT: FROM 2-12-02 TO

DA...OTIFIED: 2-11-02   TIME NOTIFIED: 0800

DIVISION: 714th SWORN: _____ NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1100 HOURS USED: 8

TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS              _____ TIME COMING         _____ SICK LEAVE PAY:        _____ WORKER'S COMP

__X__ INJURY JOB             _____ VACATION            _____ SICK LEAVE NO PAY:     _____ NO LEAVE        _____ OTHER

_____ NON-JOB              _____ FUNERAL LEAVE       RECOVERING AT _____ HOME _____ HOSPITAL

_____ LEAVE-UNPAID         _____ PERSONAL DAY        OTHER:

                                                         COMMENTS: Doctor appointment for

TOTAL COMP HOURS TO BE PAID:                             Doctor/nurse  Injections

_____ OVERTIME             _____ HOLIDAY

_____ COURT                _____ TOTAL

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 1002/29/2008

NAME: TONYA BEETS

DATE NOTIFIED: 2-13-02 TIME NOTIFIED: 0640

BUREAU: OPERATIONS

DIVISION: _____ SWORN: _____ NON-SWORN: _____

DATES ABSENT: FROM 02/13/02 TO _____ HOURS USED: 8 TOTAL HOURS 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600

**REASON FOR ABSENCE: (Describe below)**

| X ILLNESS | TIME COMING | SICK LEAVE PAY: | WORKER'S COMP _____ |
| _____ INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER X |
| _____ NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: _____ |

**TOTAL COMP HOURS TO BE PAID:**

| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

phoNeD iN

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 1:02/29/2008