NAME: Tonya Beets

DATE NOTIFIED: 2-18-02   TIME NOTIFIED: 0810

BUREAU: Operations

DIVISION: Comm Serv   SWORN: X   NON-SWORN:

DATES ABSENT FROM 02-18-02 TO

HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600   TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| X ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ | WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ | NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT | HOME ___ HOSPITAL ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: | |

COMMENTS: Cold & cough

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

Phones in

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @1:02/29/2008

NAME: Tonja Beejs     DATE NOTIFIED: 2-19-02   TIME NOTIFIED: 0825

BUREAU: Operations     DIVISION: Comm Sery    SWORN: X   NON-SWORN:

DATES ABSENT: FROM 2-19-02 TO _____     HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600    TOTAL HOURS 8

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| ___ INJURY JOB | VACATION | SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | PERSONAL DAY | OTHER: |
| | | COMMENTS: cold & cough |

COMMENTS: cold & cough Bronchitis Infection

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_Tonja B_          _signature_

EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 01:02/29/2008

NAME: _Tonia Betts_

BUREAU: _OPS_

DATE NOTIFIED: _221002_ TIME NOTIFIED: _1115_

DIVISION: _Comm_ SWORN: _X_ NON-SWORN: _____

DATES ABSENT: FROM _221002_ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _1200_ TO _1600_ TOTAL HOURS _4_

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS

_____ INJURY JOB

_____ NON-JOB

_____ LEAVE-UNPAID

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME

_____ COURT

_____ TIME COMING

_____ VACATION

_____ FUNERAL LEAVE

_____ PERSONAL DAY

_____ HOLIDAY

_____ TOTAL

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS: _Not feeling well_

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 01:02/29/2008

NAME: TONYA BEETS

BUREAU: OPERATIONS

DATE NOTIFIED: 022102    TIME NOTIFIED: @ 700

DIVISION: Comm    SWORN: X    NON-SWORN:
Serv

DATES ABSENT: FROM 022102 TO

HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM 0800    TO 1600    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

X ILLNESS    ____ TIME COMING

____ INJURY JOB    ____ VACATION

____ NON-JOB    ____ FUNERAL LEAVE

____ LEAVE-UNPAID    ____ PERSONAL DAY

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: Flu

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 002/29/2008

SCANNED ON @ 02/29/2008

NAME: TONYA BEETS

BUREAU: OPERATIONS    DATE NOTIFIED: 022202    TIME NOTIFIED: 0630

DIVISION: COMM SRV    SWORN: X    NON-SWORN:

DATES ABSENT: FROM 022202 TO

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600    HOURS USED: 8    TOTAL HOURS: 8

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: |

WORKER'S COMP

NO LEAVE    OTHER

HOME    HOSPITAL

COMMENTS: Bronchitis

**TOTAL COMP HOURS TO BE PAID:**

OVERTIME    HOLIDAY

COURT    TOTAL

_Phoned in_
EMPLOYEE SIGNATURE

TIME KEEPER

_Sgt. Book_
SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: _Tonya Beets_

BUREAU: _OPS_    DATE NOTIFIED: _4002_    TIME NOTIFIED: _1141_

DIVISION: _Seef_    SWORN: _X_    NON-SWORN: _____    COMM: _____

DATES ABSENT: FROM _040902_ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _1500_ TO _1600_    TOTAL HOURS _1_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _____ ILLNESS | _____ TIME COMING | |
| _X_ INJURY JOB | _____ VACATION | |
| _____ NON-JOB | _____ FUNERAL LEAVE | |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | |

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _Hydro Therapy_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_[signature]_
EMPLOYEE SIGNATURE

_[signature]_
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @:@:02/29/2008

NAME: Tonya Beets

BUREAU: OPS

DATES ABSENT: FROM 04 10 02 TO _____

DA _ _OTIFIED: 04 10 02 TIME NOTIFIED: 0640

DIVISION: _____ Comm SWORN: X NON-SWORN: _____
                            Serv

HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600 TOTAL HOURS 400

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ☒ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: CALLED in Sick

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_____
EMPLOYEE SIGNATURE

TIME KEEPER

_____
SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON 09/29/2008

NAME: Tonya Beets

BUREAU: Operations    DATE NOTIFIED: 4/11/02    TIME NOTIFIED: 0640

DIVISION: Comm Serv    SWORN: X    NON-SWORN: ___

DATES ABSENT: FROM 04/11/02 TO ___    HOURS USED: 8    TOTAL HOURS 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600    1600    800

REASON FOR ABSENCE: (Describe below)

ILLNESS X    TIME COMING ___
INJURY JOB ___    VACATION ___
NON-JOB ___    FUNERAL LEAVE ___
LEAVE-UNPAID ___    PERSONAL DAY ___

SICK LEAVE PAY: ___    WORKER'S COMP ___
SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER ___
RECOVERING AT ___    HOME ___    HOSPITAL ___
OTHER: ___
COMMENTS: Sore Throat - Sinus

TOTAL COMP HOURS TO BE PAID:
OVERTIME ___    HOLIDAY ___
COURT ___    TOTAL ___

Phoned in
EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Beers    DATE JUSTIFIED: 4-12-02 TIME NOTIFIED: 0800

BUREAU: DPS    DIVISION: comm SWORN: __ NON-SWORN: X

DATES ABSENT: FROM 4-12-02 TO __    HOURS USED: 1

ONE FULL DAY OR LESS - HOURS: FROM 1500 TO 1600 TOTAL HOURS __

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ___ ILLNESS | ___ TIME COMING |
| X INJURY JOB | ___ VACATION |
| ___ NON-JOB | ___ FUNERAL LEAVE |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

SICK LEAVE PAY: __    WORKER'S COMP __

SICK LEAVE NO PAY: __    NO LEAVE __    OTHER 411

RECOVERING AT    HOME __    HOSPITAL __

OTHER: __

COMMENTS: Phy. Ther.

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 02/29/2008

SCANNED ON @ 02/29/2008

NAME: Tonya Beets

DATE NOTIFIED: 4-22-02    TIME NOTIFIED: 0640

BUREAU: Operations

DIVISION: Comm Serv    SWORN: ___    NON-SWORN: X

DATES ABSENT: FROM 4-22-02 TO ___    HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600    TOTAL HOURS: 8

**REASON FOR ABSENCE: (Describe below)**

X  ILLNESS                    ___  TIME COMING

___  INJURY JOB              ___  VACATION

___  NON-JOB                 ___  FUNERAL LEAVE

___  LEAVE-UNPAID           ___  PERSONAL DAY

**TOTAL COMP HOURS TO BE PAID:**

___  OVERTIME               ___  HOLIDAY

___  COURT                  ___  TOTAL

SICK LEAVE PAY: ___    WORKER'S COMP ___

SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER ___

RECOVERING AT ___    HOME ___    HOSPITAL ___

OTHER: ___

COMMENTS: Not Feeling Well

Phoned in
_____
EMPLOYEE SIGNATURE

_____
Sgt Rush
SUPERVISOR'S SIGNATURE

Revised 9/87

TIME KEEPER

408

NAME: _Tonya Daers_

BUREAU: _Operation_

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _8 1100_ TO _8 1100_

**REASON FOR ABSENCE: (Describe below)**

_____ ILLNESS                        _____ TIME COMING

__X__ INJURY JOB                     _____ VACATION

_____ NON-JOB                        _____ FUNERAL LEAVE

_____ LEAVE-UNPAID                   _____ PERSONAL DAY

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME                       _____ HOLIDAY

_____ COURT                          _____ TOTAL

_____
EMPLOYEE SIGNATURE

E NOTIFIED _4/28/07_ TIME NOTIFIED: _0800_

DIVISION _Gun Son_ SWORN: _____ NON-SWORN: _____

HOURS USED: _1600_

_____ TOTAL HOURS _3_

SICK LEAVE PAY: _____   WORKER'S COMP: __X__   OTHER _____

SICK LEAVE NO PAY: _____   NO LEAVE _____

RECOVERING AT _____   HOME _____   HOSPITAL _____

OTHER: _____

COMMENTS: _City Dr App. IU_
_Downtown GSO_

_____
SUPERVISOR'S SIGNATURE

**TIME KEEPER**

Revised 9/87

NAME: Tom Beets

BUREAU: Operation

DATE NOTIFIED: 4-23-02    TIME NOTIFIED: 0500

DIVISION: Palm Serv.    SWORN: _____    NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 1100 TO 1600    TOTAL HOURS: 5

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ILLNESS | TIME COMING | |
| X INJURY JOB | VACATION | |
| NON-JOB | FUNERAL LEAVE | |
| LEAVE-UNPAID | PERSONAL DAY | |

**SICK LEAVE PAY:** _____    **WORKER'S COMP** X

**SICK LEAVE NO PAY:** _____    **NO LEAVE** _____    **OTHER** _____

**RECOVERING AT** _____    **HOME** _____    **HOSPITAL** _____

**OTHER** _____

COMMENTS: Downtown also
moving with injury.

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

EMPLOYEE SIGNATURE _____ #32

SUPERVISOR'S SIGNATURE _____

TIME KEEPER

Revised 9/87

SCANNED ON @ 8:08 2/29/2008

SCANNED ON 02/29/2008

NAME: _Brian Blair_

BUREAU: _Operations_

DATE NOTIFIED: _4-26-07_  TIME NOTIFIED: _1815_

DIVISION: _____ SWORN: _X_  NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1500_ TO _1600_    HOURS USED: _____    TOTAL HOURS _1_

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| _X_ ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| | _____ PERSONAL DAY |

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _4 hrs_

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_____
EMPLOYEE SIGNATURE

TIME KEEPER

_____
SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: Tonya Bell

BUREAU: Operation

DATE NOTIFIED: 4-30-02    TIME NOTIFIED: 1800

DIVISION: Detail/Assignment    SWORN: ✓    NON-SWORN:

DATES ABSENT: FROM 4-30-02 TO 1400    HOURS USED:

ONE FULL DAY OR LESS - HOURS: FROM 1400 TO 1600    TOTAL HOURS 2

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS                    _____ TIME COMING
✓ INJURY JOB                     _____ VACATION
_____ NON-JOB                    _____ FUNERAL LEAVE
_____ LEAVE-UNPAID               _____ PERSONAL DAY

SICK LEAVE PAY: _____    NO LEAVE _____    WORKER'S COMP ✓    OTHER ✓

SICK LEAVE NO PAY: _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY
_____ COURT       _____ TOTAL

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @1:02/29/2008

NAME: _Tonya Beets_

BUREAU: _Operations_

DATE NOTIFIED: _5-1-02_  TIME NOTIFIED: _1400_

DIVISION: _School Patrol_  SWORN: ___  NON-SWORN: _✓_

DATES ABSENT: FROM _____ TO _____ HOURS USED:

ONE FULL DAY OR LESS - HOURS: FROM _500_ TO _1400_ TOTAL HOURS _411_

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| _X_ ILLNESS | ___ TIME COMING |
| ___ INJURY JOB | ___ VACATION |
| ___ NON-JOB | ___ FUNERAL LEAVE |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

SICK LEAVE PAY: _____  WORKER'S COMP _✓_

SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

RECOVERING AT _____  HOME _____  HOSPITAL _____

OTHER: _____

COMMENTS: _Physical Therapy_

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE  _9/27_

TIME KEEPER

Revised 9/87

SCANNED ON @:@02/29/2008

NAME: _Johnadeis_

BUREAU: _Operation_    DATE NOTIFIED: _5802_  TIME NOTIFIED: _0810_

DIVISION: _SLW_  SWORN: _____ NON-SWORN: _____

DATES ABSENT: FROM _____ TO _1500_

ONE FULL DAY OR LESS - HOURS: FROM _1500_ TO _1000_  HOURS USED: _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

___ ILLNESS    ___ TIME COMING

___ INJURY JOB    ___ VACATION

___ NON-JOB    ___ FUNERAL LEAVE

___ LEAVE–UNPAID    ___ PERSONAL DAY

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

SICK LEAVE PAY: _____

SICK LEAVE NO PAY: ___ NO LEAVE    ___ OTHER

RECOVERING AT ___ HOME    ___ HOSPITAL

OTHER: _____

COMMENTS: _____

WORKER'S COMP _____

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: _Tonya Betz_

BUREAU: _Operations_    DATE NOTIFIED: _5300_ TIME NOTIFIED: _0800_

DIVISION: _Metro_ SWORN: _____ NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _1300_ TO _1530_ TOTAL HOURS _25_ *look at sheet*

**REASON FOR ABSENCE: (Describe below)**

| | | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
|---|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| _____ INJURY JOB | VACATION | RECOVERING AT _____ HOME _____ HOSPITAL | |
| _____ NON-JOB | FUNERAL LEAVE | OTHER: _____ | |
| _____ LEAVE-UNPAID | PERSONAL DAY | COMMENTS: _Dr. Appointment_ | |

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL _232_

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

SCANNED ON @10:02/29/2008

NAME: _T. Beets_

BUREAU: _Operations_

DATES ABSENT: FROM _6-18-02_ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS: _10 hr_

DATE NOTIFIED: _6/18_    TIME NOTIFIED: _____

DIVISION: _Patrol_    SWORN: _X_    NON-SWORN: _____

HOURS USED: _____

**REASON FOR ABSENCE: (Describe below)**

_____ ILLNESS
_____ INJURY JOB
_____ NON-JOB
_____ LEAVE-UNPAID

_____ TIME COMING
_____ VACATION
_____ FUNERAL LEAVE
_____ PERSONAL DAY

WORKER'S COMP _____

SICK LEAVE PAY: _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _400_

RECOVERING AT _____ HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS: _Had a Dr's note_ _Shea would not be_ _at work in lt'd_

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY
_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _C.F. Hayes_

TIME KEEPER

Revised 9/87

NAME: _BEETS TONYA_ DATE NOTIFIED: _7-3_ TIME NOTIFIED: _0510_

BUREAU: _OPERATIONS_ DIVISION: _PATROL_ SWORN: _X_ NON-SWORN: _____

DATES ABSENT: FROM _7-3_ THRU _7-4_ TO _7-5_ HOURS USED: _30_ _00_ TOTAL HOURS _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

**REASON FOR ABSENCE: (Describe below)**

_X_ ILLNESS _____ TIME COMING SICK LEAVE PAY: _X_ WORKER'S COMP _____

_____ INJURY JOB _____ VACATION SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB _____ FUNERAL LEAVE RECOVERING AT _X_ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID _____ PERSONAL DAY OTHER: _____

COMMENTS: _DOCTOR'S EXCUSE TO BE_
_OFF WORK 3 DAYS DUE TO_
**TOTAL COMP HOURS TO BE PAID:** _INFLAMED CHEST WALL_ _ONLY 2 DAYS_

_____ OVERTIME _____ HOLIDAY _(HUSBAND CALLED IN) SHE IS OFF_

_____ COURT _____ TOTAL _Lt. Hanson on 7-3_

_____ _____
EMPLOYEE SIGNATURE SUPERVISOR'S SIGNATURE

TIME KEEPER Revised 9/87

SCANNED ON @ 1002/29/2008

NAME: _Tonya Beets_

BUREAU: _Operations_

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1330_ TO _1600_

DATE NOTIFIED _8-15-02_ TIME NOTIFIED: _1330_

DIVISION: _School Liaison_ SWORN: _____ NON-SWORN: _____

HOURS USED: _____ TOTAL HOURS _2.5_

**REASON FOR ABSENCE: (Describe below)**

_/_ ILLNESS          _____ TIME COMING

_X_ INJURY JOB       _____ VACATION

_____ NON-JOB      _____ FUNERAL LEAVE

_____ LEAVE-UNPAID _____ PERSONAL DAY

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME     _____ HOLIDAY

_____ COURT        _____ TOTAL  _#32_

_[signature]_
EMPLOYEE SIGNATURE

SICK LEAVE PAY: _____          WORKER'S COMP _____

SICK LEAVE NO PAY: _____       NO LEAVE _____    OTHER _____

RECOVERING AT _____            HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _Drs Appointment_

_[signature]_
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 8002/92/9008

NAME: TONYA BEAN

BUREAU: OR

DATES ABSENT: FROM 8/9/02 TO

DATE NOTIFIED: 8/19/02 TIME NOTIFIED: 0600
Comm.

DIVISION: SERVICE SWORN: ✓ NON-SWORN

HOURS USED:

ONE FULL DAY OR LESS - HOURS: FROM 0600 TO 1600 TOTAL HOURS 10
P. 400

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: | NO LEAVE | OTHER |
| INJURY JOB | VACATION | (SICK LEAVE NO PAY:) | | |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT | HOME | HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: | | |

WORKER'S COMP

COMMENTS: SORE I SWELLED FEET,
INVOLUME IF WORKOUT Camp?

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 01002/29/2008

SCANNED ON @:@02/29/2008

NAME: _Tonya Been_

BUREAU: _OB_

DATES ABSENT: FROM _08/20/02_ TO _____

DATE NOTIFIED: _08/20/02_ TIME NOTIFIED: _6am_

Conn.

DIVISION: _Serviss_ SWORN: _✓_ NON-SWORN: _____

HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0600_ TO _1600_ TOTAL HOURS _10_

REASON FOR ABSENCE: (Describe below)

_✓_ ILLNESS _____ TIME COMING

_____ INJURY JOB _____ VACATION

_____ NON-JOB _____ FUNERAL LEAVE

_____ LEAVE-UNPAID _____ PERSONAL DAY

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS: _Sore Foot_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME _____ HOLIDAY

_____ COURT _____ TOTAL

_Tonya Be_
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @10/29/2008

NAME: TONYA BEDY

BUREAU: ORS

DATES ABSENT: FROM 08/21/02 TO

ONE FULL DAY OR LESS - HOURS: FROM 0600 TO 1600   TOTAL HOURS 10

DATE NOTIFIED: 8/21/02   TIME NOTIFIED: 0500

DIVISION: Comm. Services   SWORN: ✓   NON-SWORN

HOURS USED:

REASON FOR ABSENCE: (Describe below)

✓ ILLNESS ___ TIME COMING

___ INJURY JOB ___ VACATION

___ NON-JOB ___ FUNERAL LEAVE

___ LEAVE-UNPAID ___ PERSONAL DAY

SICK LEAVE PAY: ___   WORKER'S COMP ___

SICK LEAVE NO PAY: ___   NO LEAVE ___   OTHER ___

RECOVERING AT ___   HOME ___   HOSPITAL ___

OTHER: ___

COMMENTS: SORE FOOT

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME ___ HOLIDAY

___ COURT ___ TOTAL

_[signature]_ EMPLOYEE SIGNATURE

_[signature]_ SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Bear

BUREAU: OPS

DATES ABSENT: FROM 8/22 TO 8/30

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

**REASON FOR ABSENCE: (Describe below)**

_____ ILLNESS          _____ TIME COMING

_____ INJURY-JOB       _____ VACATION

_____ NON-JOB          _____ FUNERAL LEAVE

_____ LEAVE-UNPAID     _____ PERSONAL DAY

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME         _____ HOLIDAY

_____ COURT            _____ TOTAL

_____
EMPLOYEE SIGNATURE

DATE NOTIFIED: 8/22/06    TIME NOTIFIED: _____

DIVISION: Comm operate    SWORN: ✓    NON-SWORN _____

HOURS USED: 98 50    TO _____    TOTAL HOURS _____ 400

SICK LEAVE PAY: _____    **WORKER'S COMP** _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: For ordeurs

8/22 - 10 hrs

8/26-8/30 - 8 hrs each

_____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON @ 10:02/29/2008

NAME: TONYA REED    DATE NOTIFIED: 9/2/62 TIME NOTIFIED: _____

BUREAU: OS    DIVISION: Comm. Ser SWORN: _____ NON-SWORN: _____

DATES ABSENT: FROM 9/3/62 TO 9/6/62    HOURS USED: 32

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

✓ ILLNESS _____    TIME COMING _____    SICK LEAVE PAY: _____    WORKER'S COMP _____

____ INJURY JOB _____    VACATION _____    SICK LEAVE NO PAY: _____    NO LEAVE _____ OTHER _____

____ NON-JOB _____    FUNERAL LEAVE _____    OTHER: _____

____ LEAVE-UNPAID _____    PERSONAL DAY _____    COMMENTS: _____ feel better

____ RECOVERING AT _____    HOME _____    HOSPITAL

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME _____    HOLIDAY _____

____ COURT _____    TOTAL _____

EMPLOYEE SIGNATURE                    SUPERVISOR'S SIGNATURE

**TIME KEEPER**

Revised 9/87

NAME: _Tonya Read_

DATE...TIFIED: _____    TIME NOTIFIED: _____

BUREAU: _CP_    DIVISION: _Comm._    SWORN: _✓_    NON-SWORN: _____

DATES ABSENT: FROM _9/9/02_ TO _9/13/02_    HOURS USED: _60_    TOTAL HOURS

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

**REASON FOR ABSENCE: (Describe below)**

✓ ILLNESS _____    TIME COMING _____    SICK LEAVE PAY: _____    WORKER'S COMP _____

____ INJURY JOB    VACATION _____    SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

____ NON-JOB    FUNERAL LEAVE _____    RECOVERING AT _____    HOME _____    HOSPITAL _____

____ LEAVE-UNPAID    PERSONAL DAY _____    OTHER: _____

COMMENTS: _Bol McGury_

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME    HOLIDAY _____

____ COURT    TOTAL _____

EMPLOYEE SIGNATURE _____

TIME KEEPER _____    SUPERVISOR'S SIGNATURE _____

Revised 9/87

NAME: TONYA REED

BUREAU: _____

DATES ABSENT: FROM 9/16/02 TO 9/20/02

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

DATE NOTIFIED: 9/16/02 TIME NOTIFIED: _____

DIVISION: Patrol    SWORN _____ NON-SWORN _____

HOURS USED: 40    TOTAL HOURS 40

**REASON FOR ABSENCE: (Describe below)**

| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: For Inclusion

**TOTAL COMP HOURS TO BE PAID:**

| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

EMPLOYEE SIGNATURE _____

**TIME KEEPER**

SUPERVISOR'S SIGNATURE _____

Revised 9/87

NAME: _Tonya Bell_

BUREAU: _Ops_

DATES ABSENT: FROM _9/23/02_ TO _9/27/02_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _40_

DATE JUSTIFIED: _9/23/02_    TIME NOTIFIED: _____

DIVISION: _Comm. Group_    SWORN: _✓_    NON-SWORN: _____

HOURS USED: _____

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| _✓_ ILLNESS | TIME COMING |
| ____ INJURY JOB | VACATION |
| ____ NON-JOB | FUNERAL LEAVE |
| ____ LEAVE-UNPAID | PERSONAL DAY |

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _Foot Surgery_

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ____ OVERTIME | HOLIDAY |
| ____ COURT | TOTAL |

_____
EMPLOYEE SIGNATURE

TIME KEEPER

_____
SUPERVISOR'S SIGNATURE

Revised 9/87

540 /

NAME: Donna Reed

BUREAU:                                    DIVISION:                    NOTIFIED: 9/23/02  TIME NOTIFIED:

DATES ABSENT: FROM 9/30/02 TO 10/4/02                        SWORN:        NON-SWORN:

ONE FULL DAY OR LESS - HOURS: FROM                TO                HOURS USED: 40        TOTAL HOURS 40

REASON FOR ABSENCE: (Describe below)

___✓___ ILLNESS                        ___ TIME COMING              SICK LEAVE PAY:        WORKER'S COMP

___ INJURY JOB                        ___ VACATION                  SICK LEAVE NO PAY:        NO LEAVE        OTHER

___ NON-JOB                          ___ FUNERAL LEAVE             RECOVERING AT:  ___ HOME  ___ HOSPITAL

___ LEAVE-UNPAID                      ___ PERSONAL DAY              OTHER:

                                                                   COMMENTS: ___ Foot Injury

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME                         ___ HOLIDAY

___ COURT                            ___ TOTAL

EMPLOYEE SIGNATURE                   _____ SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Lowust Dist 8_

BUREAU: _OPERATIONS_    DIVISION: _SU_    SWORN: _____ NON-SWORN: _____

D... NOTIFIED: 10-10-02    TIME NOTIFIED: _930_

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____ TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ 930 _____ TO _____ 330

REASON FOR ABSENT:

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS:

_Not w/c per Sue Ramirez 10/11/02_

_TIME KEEPER_

_SUPERVISOR'S SIGNATURE_

Revised 9/87

NAME: _Jamm Bus Chandos_

BUREAU: _____

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1300_ TO _1530_

DA_ NOTIFIED: _____ TIME NOTIFIED: _____

DIVISION: _____ SWORN: _____ NON-SWORN: _____

HOURS USED: _____ TOTAL HOURS _2.5_

**REASON FOR ABSENCE: (Describe below)**

| | | | |
|---|---|---|---|
| ___ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ | ___ WORKER'S COMP |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ | ___ NO LEAVE ___ OTHER |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL | |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ | |
| | | COMMENTS: | |

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME ___ HOLIDAY

___ COURT ___ TOTAL

EMPLOYEE SIGNATURE                    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _____

BUREAU: _____

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM ___1400___ TO ___15:30___

REASON FOR ABSENCE: (Describe below)

___X___ ILLNESS            _____ TIME COMING           SICK LEAVE PAY: _____

_____ INJURY JOB         _____ VACATION              SICK LEAVE NO PAY: _____

_____ NON-JOB            _____ FUNERAL LEAVE          RECOVERING AT _____

_____ LEAVE-UNPAID       _____ PERSONAL DAY           OTHER: _____

TOTAL COMP HOURS TO BE PAID:                              COMMENTS:

_____ OVERTIME           _____ HOLIDAY

_____ COURT              _____ TOTAL

DA... NOTIFIED: _____ TIME NOTIFIED: _____

DIVISION _____ SWORN: _____ NON-SWORN: _____

HOURS USED: _____ TOTAL HOURS: _____

WORKER'S COMP

NO LEAVE _____ OTHER _____

HOME _____ HOSPITAL _____

EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: T. BEEN

BUREAU: OR

DATES ABSENT: FROM 10/28/06 TO _____

DATE NOTIFIED: 10/28 TIME NOTIFIED: 0100

DIVISION: CREWS SWORN: ✓ NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM 0700 TO 1530

HOURS USED: _____ TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: _____ FOOT SWELLING |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_____
EMPLOYEE SIGNATURE

TIME KEEPER

_____
SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: _Tonya Beets_

BUREAU: _Operations_ DIVISION _Comm. Serv._ SWORN: _____ NON-SWORN _____

DATE NOTIFIED _10-24-04_ TIME NOTIFIED: _0800_

DATES ABSENT- FROM _____ TO _____ HOURS USED: _____ TOTAL HOURS _____

ONE FULL DAY OR LESS - HOURS: FROM _1400_ TO _1530_

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS

_____ INJURY JOB

_____ NON-JOB

_____ LEAVE-UNPAID

_____ TIME COMING

_____ VACATION

_____ FUNERAL LEAVE

_____ PERSONAL DAY

_____ SICK LEAVE PAY: _____ WORKER'S COMP _____

_____ SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ RECOVERING AT _____ HOME _____ HOSPITAL

_____ OTHER:

COMMENTS: _DR APPOINTMENT_

TOTAL HOURS _1.5_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME     _____ HOLIDAY

_____ COURT        _____ TOTAL

EMPLOYEE SIGNATURE        SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _____ GREEN, TANYA _____ DATE NOTIFIED: 11/12 _____ TIME NOTIFIED: 0500

BUREAU: _____ OPS _____ DIVISION: _____ DETAILED _____ SWORN: ✓ ___ NON-SWORN ___
                                              Comm

DATES ABSENT: FROM _____ 11/12/02 _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ 0600 _____ TO _____ 1600 _____ TOTAL HOURS _____ 10 _____

**REASON FOR ABSENCE: (Describe below)**

| ✓ | ILLNESS | _____ | TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| _____ | INJURY JOB | _____ | VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____ | OTHER _____ |
| _____ | NON-JOB | _____ | FUNERAL LEAVE | RECOVERING AT _____ | HOME _____ | HOSPITAL _____ |
| _____ | LEAVE-UNPAID | _____ | PERSONAL DAY | OTHER: _____ |

COMMENTS: _____ PAIN FROM SURGERY ON

_____ MONDAY

**TOTAL COMP HOURS TO BE PAID:**

| _____ | OVERTIME | _____ | HOLIDAY |
| _____ | COURT | _____ | TOTAL |

Tanya Green _____ signature

EMPLOYEE SIGNATURE _____ SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Tanya Betts_

BUREAU: _OPS_    DIVISION: _ISR 8255_    SWORN: _✓_    NON-SWORN: ____

DATE NOTIFIED: _11/25_    TIME NOTIFIED: _06.30_    Comm.

DATES ABSENT: FROM _11/25/02_    TO ____    HOURS USED: ____

ONE FULL DAY OR LESS - HOURS: FROM _0730_    TO _1030_    TOTAL HOURS _2_

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| _✓_ ILLNESS | ____ TIME COMING | SICK LEAVE PAY: ____    WORKER'S COMP ____ |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | OTHER: ____    RECOVERING AT ____    HOME ____    HOSPITAL |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | COMMENTS: _HEAD COLD_ |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

_Tanya Betts_    _(signature)_
EMPLOYEE SIGNATURE

_(signature)_
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Sonya Beers_

BUREAU: _Operations_                           DIVISION: _Comm Ser_ SWORN: ___ NON-SWORN: ___

DATE NOTIFIED: _11/26_  TIME NOTIFIED: _1200_

DATES ABSENT: FROM ___ TO ___  HOURS USED ___

ONE FULL DAY OR LESS - HOURS: FROM _1330_ TO _1530_  TOTAL HOURS _2_

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| X̶ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ WORKER'S COMP ___ |
| X̶ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER X̶ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ |
| | | COMMENTS: _DR APPOINTMENT_ |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_____          _____
EMPLOYEE SIGNATURE                    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: T. Beets

BUREAU: Chatsworth          DIVISION: Comm. Serv.    SWORN: ___  NON-SWORN: ___

DATE NOTIFIED: 12-6-02  TIME NOTIFIED: 1000

DATES ABSENT: FROM ___ TO ___          HOURS USED: ___

ONE FULL DAY OR LESS - HOURS: FROM 1400 TO 1530    TOTAL HOURS 1.5

REASON FOR ABSENCE: (Describe below)

SICK LEAVE PAY: ___          WORKER'S COMP ___

___ ILLNESS          ___ TIME COMING          SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER ___

___ INJURY JOB          ___ VACATION          RECOVERING AT ___ HOME ___ HOSPITAL ___

___ NON-JOB          ___ FUNERAL LEAVE          OTHER: ___

___ LEAVE-UNPAID          ___ PERSONAL DAY          COMMENTS: Dr. Appointment

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME          ___ HOLIDAY

___ COURT          ___ TOTAL

EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

EXHIBIT

2003

## 2003

| | ILLNESS | | | JOB INJURY | |
|---|---|---|---|---|---|
| | SICK HOURS | REASON | | HOURS | REASON |
| 1/16/2003 | | | | 2 | Doctor Appointment |
| 1/21/2003 | 10 | Eye Infection | | | |
| 1/22/2003 | 10 | Eye Infection | | | |
| 1/23/2003 | 10 | Eye Infection | | | |
| 1/24/2003 | 10 | Eye Infection | | | |
| 2/24/2003 | 8 | Injured Knee | | | |
| 3/7/2003 | | | | 1 | Doctor Appointment |
| 3/18/2003 | 8 | Toothache | | | |
| 3/19/2003 | 8 | Toothache | | | |
| 3/20/2003 | 8 | Impacted Wisdom Tooth | | | |
| 3/21/2003 | 8 | Impacted Wisdom Tooth | | | |
| 3/24/2003 | 8 | Wisdom Tooth Extraction | | | |
| 4/2/2003 | 5.5 | Bronchitis | | | |
| 4/3/2003 | 8 | Bronchitis | | | |
| 4/4/2003 | 8 | Chest Cold | | | |
| 4/15/2003 | 8 | FMLA-Husband | | | |
| 5/12/2003 | 8 | Head Cold | | | |
| 5/27/2003 | | | | 8 | Doctor Appointment - Cortizone |
| 7/8/2003 | | | | 6.5 | Doctor Appointment |
| 7/9/2003 | | | | 10 | Foot- Dr Instruction |
| 7/22-7/25/03 | | | | 40 | Foot Surgery |
| 7/30-8/3/03 | | | | 50 | Foot Surgery |
| 8/7-8/11/03 | | | | 50 | Foot Surgery |
| 8/15-8/18/03 | | | | 20 | Foot Surgery |
| 8/18-8/21/03 | | | | 40 | Foot Surgery |
| 8/25-8/29/03 | | | | 40 | Foot Surgery |
| 9/2-9/5/03 | | | | 32 | Foot Surgery |
| 9/8-9/12/03 | | | | 40 | Foot Surgery |
| 9/15-9/19/03 | | | | 40 | Foot Surgery |
| 9/22-9/26/03 | | | | 40 | Foot Surgery |
| 9/29-10/3/03 | | | | 40 | Foot Surgery |
| 10/6-10/10/03 | | | | 40 | Foot Surgery |
| 10/14-10/17/03 | | | | 40 | Foot Surgery   F |
| 10/20-10/24/03 | | | | 40 | Foot Surgery   F |
| 10/27-10/31/03 | | | | 40 | Foot Surgery   F |
| 11/3-11/7/03 | | | | 40 | Foot Surgery   F |
| 11/10-11/14/03 | | | | 40 | Foot Surgery   F |
| 12/5/2003 | | | | 1.5 | Doctor Appointment |
| 12/8/2003 | | | | 8 | Doctor Appointment |
| 12/16/2003 | | | | 2.5 | Doctor Appointment |

**125.5 Sick Hours**               **671.5 Hours Workers Comp.**

NAME: Joshua Fields

BUREAU: Operations

DATE NOTIFIED: 1/14/02   TIME NOTIFIED: 0630

DIVISION: Street Unit   SWORN: _____   NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____   HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 1430 TO 1630 TOTAL HOURS 2

REASON FOR ABSENCE: (Describe below)

- ILLNESS
- INJURY JOB
- NON-JOB
- LEAVE-UNPAID

- TIME COMING
- VACATION
- FUNERAL LEAVE
- PERSONAL DAY

- WORKER'S COMP
- SICK LEAVE PAY: _____
- SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____
- RECOVERING AT _____   HOME _____   HOSPITAL _____

OTHER: _____

COMMENTS: DR. APPOINTMENT FOLLOW UP

TOTAL COMP HOURS TO BE PAID:

- OVERTIME
- COURT

- HOLIDAY
- TOTAL

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Tonya Bess_

BUREAU: _OPS_ _1/21/03_ TO _____

DATE NOTIFIED: _1/21/03_ TIME NOTIFIED: _0600_

Comm.

DIVISION: _Patrol_ SWORN: _✓_ NON-SWORN _____

DATES ABSENT: FROM _1/21/03_ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0600_ TO _1600_ TOTAL HOURS _10_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _✓_ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: _EYE INFECTION_

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_Tonya D._
EMPLOYEE SIGNATURE

_Stephanie Baker_ _#122_
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Tonya Beets_

BUREAU: _OPS_

DATES ABSENT. FROM _01/22/03_ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

DATE NOTIFIED: _1/22/03_ TIME NOTIFIED: _0600_

DIVISION. _Comm Verizrs_ SWORN: _✓_ NON-SWORN _____

_____ HOURS USED: _10_

**REASON FOR ABSENCE:** (Describe below)

| | |
|---|---|
| _✓_ ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS. _Eye Infection_

_Phroso Di_ _____
EMPLOYEE SIGNATURE

TIME KEEPER

_____
SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: _Tanya Reed_

BUREAU: _OPS_

DATES ABSENT: FROM _01/23/03_ TO _____

DATE NOTIFIED: _1/23/03_ TIME NOTIFIED: _0600_
Comm.

DIVISION: _VRPUZE_ SWORN: ✓ NON-SWORN: _____

HOURS USED: _10_ TO _____ TOTAL HOURS _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ | HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | |

COMMENTS: _EYE AND DRug_
_INFECTION_

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_Paged R_
EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: Tonita Bell

BUREAU: OPS

DATES ABSENT: FROM _1/29/03_ TO _____

DATE NOTIFIED: 1/29/03 TIME NOTIFIED: am
Comm
DIVISION _STATES_ SWORN: ✓ NON-SWORN: _____

HOURS USED _10_ TO _____ TOTAL HOURS _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: EYE I DOKR
DIFECRW

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_(signature)_
EMPLOYEE SIGNATURE

_TIME KEEPER_

_(signature)_
SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: _Donna Redd_

BUREAU: _DA_

DATES ABSENT FROM _033_ TO _1530_

ONE FULL DAY OR LESS - HOURS, FROM _____ TO _____ TOTAL HOURS _____

DATE NOTIFIED: _2/4/02_ TIME NOTIFIED: _063_

DIVISION: _Traffic_ SWORN: _____ NON-SWORN _____

_2/4/02_ _8_
HOURS USED

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ✓ ILLNESS | TIME COMING |
| INJURY JOB | VACATION |
| NON-JOB | FUNERAL LEAVE |
| LEAVE-UNPAID | PERSONAL DAY |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_Donna Redd_
EMPLOYEE SIGNATURE

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS: _Injured Knee_

_Non - Job  Related_

_____ (signature) _____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: T. Reed

BUREAU: _____    DATE NOTIFIED: 3/7/03    TIME NOTIFIED: _____

DATES ABSENT: FROM 3/7/03 _____    DIVISION _____    SWORN: _____    NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM 0730    TO _____    HOURS USED _____

ONE FULL DAY OR LESS - HOURS: FROM 0730    TO 0830    TOTAL HOURS 1

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| ___ TIME COMING | SICK LEAVE NO PAY: _____ | NO LEAVE _____    OTHER _____ |
| ___ INJURY JOB | RECOVERING AT _____ | HOME _____    HOSPITAL _____ |
| ___ VACATION | OTHER: _____ | |
| ___ NON-JOB | | |
| ___ FUNERAL LEAVE | COMMENTS: DRS APPOINTMENT | |
| ___ LEAVE-UNPAID | | |
| ___ PERSONAL DAY | | |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: T. Been

BUREAU: OG

DATE NOTIFIED: 3/18/63   TIME NOTIFIED: 0635

DIVISION: Comm   SERVICE SWORN: ✓   NON-SWORN:

DATES ABSENT: FROM 3/18/63   TO ___   HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM ___ TO 0733   TO ___ TOTAL HOURS ___

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ILLNESS | TIME COMING |
| INJURY JOB | VACATION |
| NON-JOB | FUNERAL LEAVE |
| LEAVE-UNPAID | PERSONAL DAY |

SICK LEAVE PAY: ___   WORKER'S COMP ___

SICK LEAVE NO PAY: ___   NO LEAVE ___   OTHER ___

RECOVERING AT ___   HOME ___   HOSPITAL ___

OTHER: ___

COMMENTS: Tooth Ache

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

Proven By ___
EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: _T. Bℰℰℕ_

BUREAU: _OℐS_

DATE NOTIFIED: _3/18/63_ TIME NOTIFIED: _0260_

DIVISION: _Comm-SERℐℐℂℰS_ SWORN: _✓_ NON-SWORN: _____

DATES ABSENT: FROM _3/18/63_ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _073_ TO _0230_ TOTAL HOURS _8_

**REASON FOR ABSENCE:** (Describe below)

| | |
|---|---|
| _✓_ ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

**SICK LEAVE PAY:** _____   **WORKER'S COMP** _____

**SICK LEAVE NO PAY:** _____   **NO LEAVE** _____   **OTHER** _____

**RECOVERING AT** _____   **HOME** _____   **HOSPITAL** _____

**OTHER:** _____

COMMENTS: _TOOTH ACHE_

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_Proven DW_
EMPLOYEE SIGNATURE

_[signature]_
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: T. REED

BUREAU: OPS     DATE NOTIFIED: 3/24/01  TIME NOTIFIED: 07cm

Com

DIVISION: CRMES  SWORN: ✓  NON-SWORN:

DATES ABSENT: FROM 3/24/01  TO _____  HOURS USED _____

ONE FULL DAY OR LESS - HOURS: FROM 0720  TO 1530  TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ✓ ILLNESS | ___ TIME COMING |
| ___ INJURY JOB | ___ VACATION |
| ___ NON-JOB | ___ FUNERAL LEAVE |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY |

SICK LEAVE PAY: _____   WORKER'S COMP _____

SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____

RECOVERING AT _____   HOME _____   HOSPITAL _____

OTHER: _____

COMMENTS: INJURED WISDOM TOOTH

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_T. Reed D_     EMPLOYEE SIGNATURE

_[signature]_     SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

INDIVIDUAL TIME OFF / COMP PAY REQUEST

NAME: T Bass

DATE NOTIFIED: 3/21/03    TIME NOTIFIED:

BUREAU: OPS

DIVISION: SERGEANT SWORN: ✓    NON-SWORN:    Comm.

DATES ABSENT: FROM 3/21/03    TO    HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM    TO    TOTAL HOURS

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ✓ ILLNESS | TIME COMING |
| INJURY JOB | VACATION |
| NON-JOB | FUNERAL LEAVE |
| LEAVE-UNPAID | PERSONAL DAY |

SICK LEAVE PAY:    WORKER'S COMP

SICK LEAVE NO PAY:    NO LEAVE    OTHER ✓

RECOVERING AT    HOME    HOSPITAL

OTHER:

COMMENTS: DENTAL Problem

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

EMPLOYEE SIGNATURE

TIME KEEPER

SUPERVISOR'S SIGNATURE

Revised 9/87