NAME: T. Reed

DATE NOTIFIED: 3/24/07    TIME NOTIFIED: 0845

BUREAU: OPI    DIVISION: VERIFIED SWORN: ✓    NON-SWORN:

DATES ABSENT: FROM 3/24/07 TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ___ ILLNESS | ___ TIME COMING | ___ SICK LEAVE PAY: ___ WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | ___ SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | ___ RECOVERING AT ___ HOME ___ HOSPITAL ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ |
| | | COMMENTS: WORK TOTAL ENFORCED |

TOTAL COMP HOURS TO BE PAID:

| | | |
|---|---|---|
| ___ OVERTIME | ___ HOLIDAY | |
| ___ COURT | ___ TOTAL | |

THOMAS REED
EMPLOYEE SIGNATURE

[Supervisor's signature] #112
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: T Beers

BUREAU: Operation                          DATE NOTIFIED: 4-2-03 TIME NOTIFIED: 1000

                                           DIVISION: Short    SWORN:    NON-SWORN:

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 1000    TO 1530    TOTAL HOURS 5½

REASON FOR ABSENCE: (Describe below)

X  ILLNESS              _____ TIME COMING        SICK LEAVE PAY:  X  WORKER'S COMP

_____ INJURY JOB      _____ VACATION           SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB         _____ FUNERAL LEAVE       RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID    _____ PERSONAL DAY        OTHER: _____

                                                  COMMENTS: Bacon chills Infection

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME        _____ HOLIDAY

_____ COURT           _____ TOTAL

EMPLOYEE SIGNATURE                                SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _TONYA BEED_    DATE NOTIFIED: 4/3/03  TIME NOTIFIED: 0630

BUREAU: _OPS_    DIVISION: Comm. Service  SWORN: ✓   NON-SWORN _____

DATES ABSENT: FROM 4/3/03  TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0730  TO 1530    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)    SICK LEAVE PAY: _____ WORKER'S COMP _____

✓ ILLNESS        _____ TIME COMING     SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ INJURY JOB    _____ VACATION      RECOVERING AT _____ HOME _____ HOSPITAL

_____ NON-JOB       _____ FUNERAL LEAVE   OTHER: _____

_____ LEAVE-UNPAID  _____ PERSONAL DAY   COMMENTS: _Chest infection_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME     _____ HOLIDAY

_____ COURT        _____ TOTAL

_P Haved   DW_                          _(signature)  #12_
EMPLOYEE SIGNATURE                        SUPERVISOR'S SIGNATURE

                    TIME KEEPER                      Revised 9/87

---

**SWEDISHAMERICAN MEDICAL GROUP/MIDTOWN**
1309 2nd Avenue • Rockford, Illinois 61104
Phone (815) 967-5353

D. William Edgren,

Name _____     BEETS, TONYA Y      4-2-03      0000460134
Address _____  3807 CASSANDRA DR

                     ROCKFORD, IL.            61104

→ Seen for illness; off 1-2 days;

REFILL _____ TIME(S)                                    _____ M.D.
☐ DISPENSE AS WRITTEN
☐ MAY SUBSTITUTE           DEA # _____

NAME: T. BELT

BUREAU: CPS

DATE NOTIFIED: 9/4/03   TIME NOTIFIED: 0630

DIVISION: Comm. Jackson   SWORN: ✓   NON-SWORN: _____

DATES ABSENT: FROM 4/4/03 TO _____   HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____   TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: | WORKER'S COMP |
| _____ INJURY JOB | VACATION | SICK LEAVE NO PAY: | NO LEAVE _____ OTHER |
| _____ NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL | |
| _____ LEAVE-UNPAID | PERSONAL DAY | OTHER: | |
| | | COMMENTS: CHEST COLD | |

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_____    EMPLOYEE SIGNATURE

_____    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _____

BUREAU: _____ Division:

DATES ABSENT - FROM: 4-18-03 TO _____

REASON FOR ABSENCE: (Describe below)

ONE FULL DAY OR LESS - HOURS FROM: 0730 TO 1530

ILLNESS _____ TIME COMING _____

INJURY JOB _____ VACATION _____

NON-JOB _____ FUNERAL LEAVE _____

LEAVE-UNPAID _____ PERSONAL DAY _____

TOTAL COMP HOURS TO BE PAID:

OVERTIME _____ HOLIDAY _____

COURT _____ TOTAL _____

_____
EMPLOYEE SIGNATURE

DATE NOTIFIED: 4/5/63    TIME NOTIFIED: _____

SWORN: ✓    NON-SWORN: _____

HOURS USED _____ 8    TOTAL HOURS _____ 8

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: ✓    NO LEAVE _____ OTHER _____

RECOVERING AT: _____ HOME _____ HOSPITAL

OTHER: _____

COMMENTS: FMLA - hrsbrg

_____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Peals

BUREAU: Community Services Operators    DIVISION: _____    SWORN: ✓ NON-SWORN: ___

___ DATE NOTIFIED: 4/15/03 TIME NOTIFIED: ___

DATES ABSENT: FROM 4-33-03 TO ___    HOURS USED: 16    TOTAL HOURS 10

ONE FULL DAY OR LESS - HOURS: FROM 0630 TO 1630

REASON FOR ABSENCE: (Describe below)

___ ILLNESS ___ TIME COMING    SICK LEAVE PAY: ___    NO LEAVE ___    OTHER ___

___ INJURY JOB ___ VACATION    RECOVERING AT ___    HOME ___    HOSPITAL ___

___ NON-JOB ___ FUNERAL LEAVE    OTHER: ___

___ LEAVE-UNPAID ___ PERSONAL DAY    COMMENTS: FMLA - husband

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME ___ HOLIDAY

___ COURT ___ TOTAL

_____
EMPLOYEE SIGNATURE

TIME KEEPER

_____
SUPERVISOR'S SIGNATURE

SICK LEAVE PAY: ___    WORKER'S COMP

Revised 9/87

425
R101

NAME: _M Paula Bean_    DATE NOTIFIED: _5/12/03_ TIME NOTIFIED: _0630_

BUREAU: _OPS_    DIVISION: _Comm Center_ SWORN: _✓_ NON-SWORN: ____

DATES ABSENT- FROM _5/12/03_ TO _____ HOURS USED _____

ONE FULL DAY OR LESS - HOURS FROM _____ TO _____ TOTAL HOURS _8_

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| _✓_ ILLNESS | ____ TIME COMING | ____ SICK LEAVE PAY: |
| ____ INJURY JOB | ____ VACATION | ____ RECOVERING AT ____ HOME ____ HOSPITAL |
| ____ NON-JOB | ____ FUNERAL LEAVE | ____ OTHER: |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | ____ COMMENTS: _item care_ |

____ WORKER'S COMP

____ SICK LEAVE NO PAY: ____ NO LEAVE ____ OTHER ____

**TOTAL COMP HOURS TO BE PAID:**

| | | |
|---|---|---|
| ____ OVERTIME | ____ HOLIDAY | |
| ____ COURT | ____ TOTAL | |

_PBailey Bea_      _[signature]_

EMPLOYEE SIGNATURE      SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: Tonya Bert

BUREAU: OB

DATES ABSENT: FROM 5/27/03 TO _____

DATE NOTIFIED: 5/27/03 TIME NOTIFIED: 0630

DIVISION: Comm JBG     SWORN: ✓ NON-SWORN

HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0230 TO 0830     TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: _____     WORKER'S COMP _____ |
| _____ INJURY JOB | VACATION | SICK LEAVE NO PAY: _____     NO LEAVE _____     OTHER _____ |
| _____ NON-JOB | FUNERAL LEAVE | RECOVERING AT _____     HOME _____     HOSPITAL _____ |
| _____ LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ |

COMMENTS: On Apt

TOTAL COMP HOURS TO BE PAID:

Continue shot for foot

| | |
|---|---|
| _____ OVERTIME | HOLIDAY |
| _____ COURT | TOTAL |

_____ (Employee signature)
EMPLOYEE SIGNATURE

_____ (Timekeeper signature)
TIME KEEPER

_____ (Supervisor signature)
SUPERVISOR'S SIGNATURE

Revised.

NAME: _____

BUREAU: _____     DIVISION: _____     SWORN: _____     NON-SWORN: _____

DATE NOTIFIED: _____     TIME NOTIFIED: _____

DATES ABSENT - FROM _____ TO _____     HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____     TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS          _____ TIME COMING          SICK LEAVE PAY: _____          WORKER'S COMP _____

_____ INJURY JOB       _____ VACATION             SICK LEAVE NO PAY: _____       NO LEAVE _____     OTHER _____

_____ NON-JOB          _____ FUNERAL LEAVE        RECOVERING AT _____     HOME _____     HOSPITAL _____

_____ LEAVE-UNPAID     _____ PERSONAL DAY         OTHER: _____

                                                  COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME         _____ HOLIDAY

_____ COURT            _____ TOTAL

_____                          _____
EMPLOYEE SIGNATURE                       SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _Tonya Beets_

BUREAU: _Patrol_    DIVISION: _____    DATE NOTIFIED: _070903_ TIME NOTIFIED: _0515_

DATES ABSENT: FROM _07/09/03_ TO _____    SWORN: _X_ NON-SWORN _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _0600_    HOURS USED: _____10_____

REASON FOR ABSENCE: (Describe below)    TO _1600_    TOTAL HOURS _10_

| | | | |
|---|---|---|---|
| _X_ ILLNESS | | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| ____ INJURY JOB | ____ TIME COMING | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| ____ NON-JOB | ____ VACATION | RECOVERING AT _____ | HOME _____ HOSPITAL |
| ____ LEAVE-UNPAID | ____ FUNERAL LEAVE | OTHER: _____ | |
| | ____ PERSONAL DAY | COMMENTS: _OFF FOR SORE FOOT PER_ | |

TOTAL COMP HOURS TO BE PAID: _____    _DOCTOR'S INSTRUCTIONS_

| | |
|---|---|
| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

(_PHONED IN BY DEWAYNE BEETS_)

_____    _____S.A.W._____#4483
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/97

NAME: T. Betts

BUREAU: DP    DATE NOTIFIED: ___    TIME NOTIFIED: ___

DIVISION: SCHOOLS CRU    SWORN: X    NON-SWORN: ___

DATES ABSENT: FROM 7/22/03 TO 7/25/03    HOURS USED: 40    40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

____ ILLNESS    ____ TIME COMING    SICK LEAVE PAY: ____    WORKER'S COMP ____

⊘ INJURY JOB    ____ VACATION    SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____

____ NON-JOB    ____ FUNERAL LEAVE    RECOVERING AT ____ X ____    ____
                                      HOME    HOSPITAL

____ LEAVE-UNPAID    ____ PERSONAL DAY    OTHER: ____

TOTAL COMP HOURS TO BE PAID:    COMMENTS: foot surgery

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL    Not W.C. per Sue 1/2

_____    _____
EMPLOYEE SIGNATURE         SL McCloster 4428
TIME KEEPER                SUPERVISOR'S SIGNATURE

Revised 9/07

SINGLEDECK TIME OFF / COMP PAY REQUEST

NAME: T. Beets

BUREAU: OP                                    DATE NOTIFIED: ___    TIME NOTIFIED: ___

DIVISION: Schools                    SWORN: X    NON-SWORN: ___
Crew

DATES ABSENT: FROM 7/30 ___ TO 8/3 ___        HOURS USED: SD

ONE FULL DAY OR LESS - HOURS: FROM ___ TO ___        TOTAL HOURS ___

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ___ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ | WORKER'S COMP ___ |
| X INJURY JOB old | ___ VACATION | SICK LEAVE NO PAY: ___ | ___ NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT X HOME ___ HOSPITAL | |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ | |
| | | COMMENTS: surgery | |

TOTAL COMP HOURS TO BE PAID:

| | | |
|---|---|---|
| ___ OVERTIME | ___ HOLIDAY | |
| ___ COURT | ___ TOTAL | |

___ EMPLOYEE SIGNATURE          S/ K Milletor #428
                                SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

off
board
surg
means
done

NAME: T. Bats

BUREAU: OP

DATES ABSENT: FROM 8/7 TO 8/11

DATE NOTIFIED: 8/7/03  TIME NOTIFIED:

DIVISION: School Crew  SWORN: X  NON-SWORN

TIME NOTIFIED:

HOURS USED: 50

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

X ILLNESS _____ TIME COMING  SICK LEAVE PAY: _____  WORKER'S COMP _____

____ INJURY JOB _____ VACATION  SICK LEAVE NO PAY: _____  NO LEAVE _____ OTHER _____

____ NON-JOB _____ FUNERAL LEAVE  RECOVERING AT X HOME _____ HOSPITAL _____

____ LEAVE-UNPAID _____ PERSONAL DAY  OTHER: _____

COMMENTS: recovering from foot surgery

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME _____ HOLIDAY

____ COURT _____ TOTAL

EMPLOYEE SIGNATURE

TIME KEEPER

Sgt McAllester 11/08

SUPERVISOR'S SIGNATURE

Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Boots

BUREAU: OP                          DIVISION: CPD SCHOOLS    SWORN: X    NON-SWORN

DATE NOTIFIED: _____    TIME NOTIFIED: _____

DATES ABSENT: FROM 8/15  TO  8/8/16    HOURS USED: 48 20

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

___ X ___ ILLNESS              _____ TIME COMING        SICK LEAVE PAY: _____    WORKER'S COMP _____

_____ INJURY JOB         _____ VACATION          SICK LEAVE NO PAY: ___ NO LEAVE ___    OTHER _____

_____ NON-JOB            _____ FUNERAL LEAVE      RECOVERING AT ___ X ___ HOME _____ HOSPITAL

_____ LEAVE-UNPAID       _____ PERSONAL DAY       OTHER: _____

TOTAL COMP HOURS TO BE PAID:                                 COMMENTS: recovering from
                                                             foot surgery

_____ OVERTIME           _____ HOLIDAY

_____ COURT              _____ TOTAL

_____                    _____
EMPLOYEE SIGNATURE                                 Sgt McElroy  #1285
                                                   SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

UNDERSCORED TIME OFF / COMP PAY REQUEST

NAME: Tanya Bent

BUREAU: CAS                    DIVISION: Comm. Serviced SWORN: ✓ NON-SWORN: ___

DATE NOTIFIED: 8/1/03    TIME NOTIFIED: ___

DATES ABSENT: FROM 8/18/03 TO 8/21/03    HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM ___ TO ___    TOTAL HOURS: ___

**REASON FOR ABSENCE:** (Describe below)

| | | | |
|---|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: ___ | WORKER'S COMP ___ |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: ___ NO LEAVE ___ | OTHER ___ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT ___ HOME ___ | HOSPITAL ___ |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: ___ | |
| | | COMMENTS: For Surgery | |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| OVERTIME | HOLIDAY ___ |
| COURT | TOTAL ___ |

EMPLOYEE SIGNATURE

TIME KEEPER

_____
SUPERVISOR'S SIGNATURE

Revised 9-87

NAME: _Ronald Beth_

BUREAU: _OPS_                                    DATE NOTIFIED: _2/2_    TIME NOTIFIED: _____

                                                 DIVISION: _Comm. SERVICE_ SWORN: _____ NON-SWORN: _____

DATES ABSENT: FROM _2/21/01_ TO _2/22/01_        HOURS USED: _40_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

**REASON FOR ABSENCE:** (Describe below)

| | | | |
|---|---|---|---|
| ☑ ILLNESS | TIME COMING | SICK LEAVE PAY: | WORKER'S COMP |
| ___ INJURY JOB | VACATION | SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | PERSONAL DAY | OTHER: |
| | | COMMENTS: _Foot surgery_ |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | HOLIDAY |
| ___ COURT | TOTAL |

_____        _____
EMPLOYEE SIGNATURE                      SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: T.J.A Beck

BUREAU: _____  DIVISION: _____  SWORN: _____ NON-SWORN: _____

DATES ABSENT: FROM 9/2/03 TO 9/5/03 _____ DATE NOTIFIED: 9/2 TIME NOTIFIED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  HOURS USED 32  TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: | WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: |
| | | COMMENTS: Foot Surgery |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

EMPLOYEE SIGNATURE    TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: _i. Bed_

BUREAU: _CR_    DATE NOTIFIED: _9/_    TIME NOTIFIED: _____

DIVISION: _C.Pm. Employee_    SWORN: _✓_    NON-SWORN _____

DATES ABSENT: FROM _9/8/02_ TO _9/12/02_    HOURS USED: _40_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _✓_ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____    WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____    HOME _____    HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____    COMMENTS: _Foot Surgery_ |

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE    TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: _____ BELL _____

BUREAU: _____ CID _____ DIVISION: _____ Comm _____ SWORN: ✓ NON-SWORN: _____

DATE NOTIFIED: _____ 9 _____ TIME NOTIFIED: _____

DATES ABSENT: FROM 9/15 TO 9/15 HOURS USED: 8/0 TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

- ✓ ILLNESS
- _____ TIME COMING
- _____ SICK LEAVE PAY: _____ WORKER'S COMP: _____
- _____ INJURY JOB
- _____ VACATION
- _____ SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER
- _____ NON-JOB
- _____ FUNERAL LEAVE
- _____ OTHER: _____ RECOVERING AT _____ HOME _____ HOSPITAL
- _____ LEAVE-UNPAID
- _____ PERSONAL DAY
- COMMENTS: _____ For further _____

TOTAL COMP HOURS TO BE PAID:

- _____ OVERTIME
- _____ HOLIDAY
- _____ COURT
- _____ TOTAL

_____         _____
EMPLOYEE SIGNATURE            SUPERVISOR'S SIGNATURE

Revised 9/87

NAME: _____

BUREAU: _____    DATE NOTIFIED: _____  TIME NOTIFIED: _____

DIVISION: _____    SWORN: _____  NON-SWORN: _____

DATES ABSENT: FROM _9/23/03_ TO _9/26/03_    HOURS USED: _40_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)    SICK LEAVE PAY: _____  WORKER'S COMP _____

_____ ILLNESS    _____ TIME COMING    SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

_____ INJURY JOB    _____ VACATION    RECOVERING AT    HOME _____  HOSPITAL _____

_____ NON-JOB    _____ FUNERAL LEAVE    OTHER: _____

_____ LEAVE-UNPAID    _____ PERSONAL DAY    COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: _____ Bell _____

BUREAU: ___ CID ___   DIVISION: __ Comm Tech __   SWORN: __ ✓ __  NON-SWORN: _____

DATES ABSENT: FROM __ 9/29/03 __ TO __ 10/3/03 __ HOURS USED: _____ TOTAL HOURS ____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER ✓ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: _____ FOOT SURGERY |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

NAME: T. Bean

BUREAU: OPI                          DIVISION: Comm. Intel.          SWORN: _____ NON-SWORN: _____

DATE NOTIFIED: _____ TIME NOTIFIED: _____

DATES ABSENT: FROM 10/6/02 TO 10/12

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: 40 TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT: HOME HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: FMLA |
| | | COMMENTS: Foot Surgery |

TOTAL COMP HOURS TO BE PAID:

| | | |
|---|---|---|
| _____ OVERTIME | _____ HOLIDAY | |
| _____ COURT | _____ TOTAL | |

40 PAID

EMPLOYEE SIGNATURE _____

TIME KEEPER

SUPERVISOR'S SIGNATURE _____

Revised 9/87

NAME: _____ Reed _____

BUREAU: _____ CMA _____   DIVISION: _____ Intel _____   DATE NOTIFIED: _____   TIME NOTIFIED: _____

SWORN: ✓   NON-SWORN: _____

DATES ABSENT: FROM: _10/14_ TO _10/17_   HOURS USED: _40_   TOTAL HOURS _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: _FOR FMLA?_ |

WORKER'S COMP _____

NO LEAVE _____   OTHER _____

HOME _____   HOSPITAL _____

FMLA

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

FMLA
RTOD
RTOD

_____
EMPLOYEE SIGNATURE

**TIME KEEPER**

_____
SUPERVISOR'S SIGNATURE

Revised 9/87

UNSCHEDULED TIME OFF / REQUEST FOR ABSENCE

NAME: Tonya Reed

BUREAU: OPS    DIVISION: Comm    SWORN: ___ NON-SWORN: ___

DATE NOTIFIED: Comm    TIME NOTIFIED: ___

DATES ABSENT: FROM 10/2/08    TO 10/6/08    HOURS USED: 40    TOTAL HOURS: ___

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| ✓ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ | WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ | |
| ___ NON-JOB | ___ FUNERAL LEAVE | NO LEAVE | OTHER ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | RECOVERING AT: HOME HOSPITAL | |
| | | OTHER: ___ | |
| | ___ COMMENTS | FMLA | |

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9-87

NAME: I. Reed

BUREAU: OH

DATES ABSENT: FROM 10/23/02 37 TO 10/25/02 31

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

___ ILLNESS

___ INJURY JOB

___ NON-JOB

___ LEAVE-UNPAID

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME

___ COURT

DATE NOTIFIED: _____    TIME NOTIFIED: _____

DIVISION: _____    SWORN: ✓    NON-SWORN: _____

HOURS USED: 80    TOTAL HOURS: 420.00

___ TIME COMING

___ VACATION

___ FUNERAL LEAVE

___ PERSONAL DAY

___ HOLIDAY

___ TOTAL

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT: _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: F.M.L.A.
First Pattern

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

Revised 9/97

UNSIGNED TIME SLIP WILL BE RETURNED

NAME: ___ L. Bell ___

BUREAU: ___ OA ___ DIVISION: ___ Comn. ___ SWORN ✓ NON-SWORN ___

DATE NOTIFIED: _____ TIME NOTIFIED: _____

DATES ABSENT: FROM ___ 11/3/03 ___ TO ___ 11/7/03 ___ HOURS USED ___ 40 ___

ONE FULL DAY OR LESS - HOURS, FROM _____ TO _____ TOTAL HOURS _____

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: ___ FMLA ___ |

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME ___ HOLIDAY

___ COURT ___ TOTAL

EMPLOYEE SIGNATURE _____ SUPERVISOR'S SIGNATURE _____

TIME KEEPER

Revised 9/87

NAME: T. Reed

BUREAU: 8/8

DATES ABSENT: FROM 11/0/07 TO 11/14 HOURS USED: 60

DATE NOTIFIED: 11/0/07 TIME NOTIFIED: ___

DIVISION: C.A.A. SWORN: ✓ NON-SWORN: ___

SERU.

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

___ ILLNESS              ___ TIME COMING           SICK LEAVE PAY: _____ WORKER'S COMP _____

___ INJURY JOB          ___ VACATION              SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER ✓

___ NON-JOB             ___ FUNERAL LEAVE         RECOVERING AT _____ HOME _____ HOSPITAL

___ LEAVE-UNPAID        ___ PERSONAL DAY          OTHER: _____

                                                 COMMENTS: FMLA

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME            ___ HOLIDAY

___ COURT               ___ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

TIME KEEPER

Revised 9/87

420
R100

NAME: _Donald Betts_

BUREAU: _Operations_    DIVISION: _Scheduling_    SWORN: _✓_    NON-SWORN: _____

DATE NOTIFIED: _12-5-03_    TIME NOTIFIED: _1045_

DATES ABSENT: FROM _12-5_    TO _____    HOURS USED _____

ONE FULL DAY OR LESS - HOURS: FROM _1430_    TO _1600_    TOTAL HOURS _1.5_

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| X    ILLNESS | TIME COMING | SICK LEAVE PAY: _X_    WORKER'S COMP |
| Btz    INJURY JOB | VACATION | SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____ |
| _____ NON-JOB | FUNERAL LEAVE | RECOVERING AT _____    HOME _____    HOSPITAL _____ |
| _____ LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ |

**TOTAL COMP HOURS TO BE PAID:** _____

COMMENTS: _to dr_    _See/Filed_    _m-us_

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_430_
_RWD_

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

**TIME KEEPER**

Revised 9/87

NAME: _Carvill Beets_

BUREAU: _Corrections_  DIVISION: _Scheduling_  SWORN: _X_  NON-SWORN: _____  DATE NOTIFIED: _12-5-03_  TIME NOTIFIED: _1015_

DATES ABSENT - FROM _12/8/03_ TO _____  HOURS USED: _____  TOTAL HOURS: _8_

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS          _____ TIME COMING          _____ SICK LEAVE PAY: _X_          _____ WORKER'S COMP

_____ INJURY JOB      _____ VACATION             RECOVERING AT          _____ NO LEAVE          _____ OTHER

_____ NON-JOB         _____ FUNERAL LEAVE        _____ OTHER:            _____ HOME             _____ HOSPITAL

_____ LEAVE-UNPAID    _____ PERSONAL DAY         COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME        _____ HOLIDAY

_____ COURT           _8_ TOTAL

_____          _____
EMPLOYEE'S SIGNATURE                    SUPERVISOR'S SIGNATURE

TIME KEEPER                             Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Linda Betts_

BUREAU: _Operations_

DATE NOTIFIED: _12/16/05_    TIME NOTIFIED: _1800_

DIVISION: _____    SWORN: _X_    NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM* _1408 830_    TO _1400_

HOURS USED: _20_    TOTAL HOURS _2.5_

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS _____ TIME COMING    SICK LEAVE PAY: _X_    WORKER'S COMP _420_

_____ INJURY JOB    _____ VACATION    RECOVERING AT _____ HOME _____ HOSPITAL    SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ 8100

_____ NON-JOB    _____ FUNERAL LEAVE    OTHER: _____

_____ LEAVE-UNPAID    _____ PERSONAL DAY    COMMENTS: _FMLA - SELF_ _m_

TOTAL COMP HOURS TO BE PAID: _____    _BS ADJUSTMENT_

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE

TIME KEEPER    SUPERVISOR'S SIGNATURE

Revised 9/87

EXHIBIT

2004

Page 1 of 1

| | ILLNESS | | | JOB INJURY | |
| | SICK HOURS | REASON | | HOURS | REASON |
|---|---|---|---|---|---|
| 1/5/2004 | 4.5 | Nauseau | | | |
| 1/6/2004 | 8 | Flu | | | |
| 1/21/2004 | | | | 3 | Doctor Appointment |
| 1/30/2004 | | | | 8 | Foot Pain |
| 2/6-2/13/04 | | | | 48 | Foot Surgery |
| 2/16-2/20/04 | | | | 40 | Foot Surgery |
| 2/23-2/27/04 | | | | 40 | Foot Surgery |
| 3/1-3/5/04 | | | | 40 | Foot Surgery |
| 3/8-3/12/04 | | | | 40 | Foot Surgery |
| 3/15-3/19/04 | | | | 40 | Foot Surgery |
| 3/22-3/27/04 | | | | 40 | Foot Surgery |
| 3/29-4/2/04 | | | | 40 | Foot Surgery |
| 4/4-4/10/04 | | | | 40 | Foot Surgery |
| 4/11-4/17/04 | | | | 40 | Foot Surgery |
| 4/18-4/24/04 | | | | 40 | Foot Surgery |
| 4/25-5/1/04 | | | | 40 | Foot Surgery |
| 5/3-5/7/04 | | | | 40 | Foot Surgery |
| 5/10-5/14/04 | | | | 40 | Foot Surgery   F |
| 5/17-5/21/04 | | | | 40 | Foot Surgery   F |
| 5/24-6/4/04 | | | | 80 | Foot Surgery   F |
| 6/10/2004 | | | | 1 | Doctor Appointment   F |
| 6/14/2004 | | | | 8 | Swollen Foot   F |
| 6/15-6/16/04 | | | | 16 | Foot Problem   F |
| 6/21-7/2/04 | | | | 80 | Foot Problem   F |
| 7/9/2004 | | | | 8 | Foot Appliance |
| 7/19/2004 | | | | 8 | Foot Appliance |
| 7/21/2004 | 1 | Illness | | | |
| 8/3/2004 | 8 | Flu | | | |
| 8/4-8/6/04 | 24 | Sinus Infection | | | |
| 8/19/2004 | | | | 1.5 | Doctor Appointment |
| 9/7/2004 | | | | 1 | Doctor Appointment |
| 9/9/2004 | | | | 2 | Doctor Appointment |
| 9/13/2004 | 8 | Dental Pain | | | |
| | | Root Removed | | | |
| 9/14/2004 | 8 | From Tooth | | | |
| 9/15/2004 | 8 | Tooth Infection | | | |
| 9/16/2004 | 2 | Dental Appointment | | | |
| 9/20/2004 | | | | | Foot Doctor in Niles |
| 10/4/2004 | | | | | Foot Doctor out of town |
| 10/12/2004 | 8 | Dentist | | | |
| | **79.5 Sick Hours** | | | **840.5 Hours Workers Comp.** | |

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Cobb Beets

BUREAU: _____  DIVISION: _____  SWORN: _____  NON-SWORN: X

DATE NOTIFIED: _____  TIME NOTIFIED: _____

DATES ABSENT: FROM 1/5/04 TO _____

ONE FULL DAY OR LESS - HOURS: FROM 11:30 TO 11:00    HOURS USED: _____  TOTAL HOURS: 4.5

REASON FOR ABSENCE: (Describe below)

| X | ILLNESS | _____ | TIME COMING |
| _____ | INJURY JOB | _____ | VACATION |
| _____ | NON-JOB | _____ | FUNERAL LEAVE |
| _____ | LEAVE-UNPAID | _____ | PERSONAL DAY |

SICK LEAVE PAY: _____    WORKER'S COMP: _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT X HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: nauseated

TOTAL COMP HOURS TO BE PAID:

| _____ | OVERTIME | _____ | HOLIDAY |
| _____ | COURT | _____ | TOTAL |

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _Sue LeMay_

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Mike Beeb_

DATE NOTIFIED: _1/6/04_  TIME NOTIFIED: _____

BUREAU: _____  DIVISION: _____  SWORN: _X_  NON-SWORN: _____

DATES ABSENT - FROM _1/6/04_ TO _____  HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  TOTAL HOURS: _____

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| _X_ ILLNESS | TIME COMING | SICK LEAVE PAY: | WORKER'S COMP |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: _X_ | NO LEAVE | OTHER |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT: _X_ HOME | HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ | |
| | | COMMENTS: _____ | |

TOTAL COMP HOURS TO BE PAID:

OVERTIME _____  HOLIDAY _____

COURT _____  TOTAL _____

_____
EMPLOYEE SIGNATURE

_Sue LaMarr_
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _____

BUREAU: _____    DATE NOTIFIED: _____ TIME NOTIFIED: _____

DIVISION: _____ SWORN _____ NON-SWORN

DATES ABSENT: FROM _____ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS          _____ TIME COMING          _____ SICK LEAVE PAY:         _____ WORKER'S COMP

_____ INJURY JOB       _____ VACATION             _____ SICK LEAVE NO PAY:      _____ NO LEAVE          _____ OTHER

_____ NON-JOB          _____ FUNERAL LEAVE        _____ RECOVERING AT           _____ HOME             _____ HOSPITAL

_____ LEAVE-UNPAID     _____ PERSONAL DAY         _____ OTHER:

                                                      COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME         _____ HOLIDAY

_____ COURT            _____ TOTAL

_____                    _____
EMPLOYEE'S SIGNATURE                        SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Bouts

DATE NOTIFIED: 1/30/04     TIME NOTIFIED: 0750

BUREAU: DB     DIVISION: CRU     SWORN: X     NON-SWORN

DATES ABSENT: FROM 1/30     TO _____

ONE FULL DAY OR LESS - HOURS: FROM 0800     TO 1600     HOURS USED _____     TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____     WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____     NO LEAVE _____     OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____     HOME _____     HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: LT DOTY 0800-1600 HRS

Extreme pain in foot

TOTAL COMP HOURS TO BE PAID:

| _____ OVERTIME | _____ HOLIDAY |
|---|---|
| _____ COURT | _____ TOTAL |

by phone
EMPLOYEE SIGNATURE

Sgt L Elliott #408
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Beets

BUREAU: OPS                          DIVISION: _____ DATE NOTIFIED: _____ TIME NOTIFIED: _____
                                                                          SWORN: X  NON-SWORN: _____

DATES ABSENT FROM 2/6 TO 2/13/04          HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____          TOTAL HOURS: 48

REASON FOR ABSENCE: (Describe below)

X ILLNESS          _____ TIME COMING          SICK LEAVE PAY: _____          WORKER'S COMP _____

_____ INJURY JOB     _____ VACATION            SICK LEAVE NO PAY: _____        NO LEAVE _____    OTHER _____

_____ NON-JOB        _____ FUNERAL LEAVE       RECOVERING AT _____   HOME _____    HOSPITAL _____

_____ LEAVE-UNPAID   _____ PERSONAL DAY        OTHER: _____

                                               COMMENTS: foot surgery - recovery

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME       _____ HOLIDAY                              _____ (signature)

_____ COURT          _____ TOTAL                               Sue LaMar
                                                               SUPERVISOR'S SIGNATURE

EMPLOYEE SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Beck_

BUREAU: _DPS_     TO _2/20/04_     DIVISION: ___     SWORN: _X_     NON-SWORN: ___

DATES ABSENT: FROM _2/16_     TO ___     HOURS USED: ___

ONE FULL DAY OR LESS - HOURS: FROM ___     TO ___     TOTAL HOURS _40_

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS     ___ TIME COMING     SICK LEAVE PAY: ___     WORKER'S COMP ___

___ INJURY JOB     ___ VACATION     SICK LEAVE NO PAY: ___     NO LEAVE ___     OTHER ___

___ NON-JOB     ___ FUNERAL LEAVE     RECOVERING AT ___     HOME ___     HOSPITAL ___

___ LEAVE-UNPAID     ___ PERSONAL DAY     OTHER: ___

COMMENTS: _good surgery - recovering_

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME     ___ HOLIDAY

___ COURT     ___ TOTAL

_____     _____
EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Betts

BUREAU: _____

DATES ABSENT FROM: 2/23 TO 2/27

DATE NOTIFIED: _____

DIVISION: _____

TIME NOTIFIED: _____

HOURS USED: _____

SWORN: X NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

TOTAL HOURS: 40

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

WORKER'S COMP

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

COMMENTS: _____

_____ EMPLOYEE SIGNATURE

_____ SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Baets

BUREAU: OP    DATE NOTIFIED: 3/1    TO    3/5    TIME NOTIFIED: ____

DIVISION: CRU    SWORN: X    NON-SWORN: ____

DATES ABSENT: FROM    3/1    TO    3/5    HOURS USED: ____

ONE FULL DAY OR LESS - HOURS: FROM ____    TO ____    TOTAL HOURS 40

REASON FOR ABSENCE: (Describe below)

____ ILLNESS
____ INJURY JOB
____ NON-JOB
____ LEAVE-UNPAID

____ TIME COMING
____ VACATION
____ FUNERAL LEAVE
____ PERSONAL DAY

____ SICK LEAVE PAY:
____ SICK LEAVE NO PAY:
____ RECOVERING AT

____ WORKER'S COMP
____ NO LEAVE
____ HOME    HOSPITAL    OTHER

OTHER: ____

COMMENTS: recovering from surgery

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME
____ COURT

____ HOLIDAY
____ TOTAL

_____
EMPLOYEE SIGNATURE

Sst. K. McJester
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beets

BUREAU: OP                    DATE NOTIFIED: CRW     TIME NOTIFIED: _____

DATES ABSENT: FROM 3/8 TO 3/13/04     DIVISION: CRW     SWORN: X     NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____     HOURS USED: 40     TOTAL HOURS: _____

REASON FOR ABSENCE: (Describe below)

X ILLNESS                    _____ TIME COMING          _____ SICK LEAVE PAY:        _____ WORKER'S COMP
_____ INJURY JOB            _____ VACATION             _____ SICK LEAVE NO PAY:     X NO LEAVE          _____ OTHER
_____ NON-JOB               _____ FUNERAL LEAVE        _____ RECOVERING AT:         _____ HOME          _____ HOSPITAL
_____ LEAVE-UNPAID          _____ PERSONAL DAY         _____ OTHER:

TOTAL COMP HOURS TO BE PAID:                             COMMENTS: recovering from surgery

_____ OVERTIME              _____ HOLIDAY
_____ COURT                 _____ TOTAL

_____                          Sgt. C McQuester 4/08
EMPLOYEE SIGNATURE                                       SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beats

BUREAU: OP    DATE NOTIFIED: _____    TIME NOTIFIED: _____

DIVISION: Crew    SWORN: X    NON-SWORN: _____

DATES ABSENT: FROM 3/15 TO 3/26    HOURS USED: 40    TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

**REASON FOR ABSENCE:** (Describe below)

X ILLNESS

_____ INJURY JOB    _____ TIME COMING

_____ NON-JOB    _____ VACATION

_____ LEAVE-UNPAID    _____ FUNERAL LEAVE

    _____ PERSONAL DAY

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: Recovering from surgury

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_____    Sgt. K. Malvor 1149
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Betts

BUREAU: _____ DIVISION: _____ SWORN: X NON-SWORN: _____

DATES ABSENT: FROM 3/22 TO 3/27/04 HOURS USED: _____

DATE NOTIFIED: _____ TIME NOT FIED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS 40

REASON FOR ABSENCE: (Describe below)

| | | | | |
|---|---|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: | WORKER'S COMP | |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT | HOME | HOSPITAL |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: | | |

COMMENTS: Recovering from Surgery

TOTAL COMP HOURS TO BE PAID:

OVERTIME _____ HOLIDAY _____

COURT _____ TOTAL _____

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Betts_

BUREAU: _____  DATE NOTIFIED: _____  TIME NOTIFIED: _____

DATES ABSENT: FROM _3/24_  TO _4/3/04_  DIVISION: _____  SWORN: _X_ NON-SWORN _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: _____ TOTAL HOURS: _40_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _X_ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _X_ HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: _Mommma first_
_surgery_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Beets

BUREAU: _____ DIVISION: _____ DATE NOTIFIED: _____ TIME NOTIFIED: _____ SWORN: _X_ NON-SWORN: _____

DATES ABSENT: FROM 4/4 TO 4/10/04 HOURS USED: _____ TOTAL HOURS 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS          _____ TIME COMING          SICK LEAVE PAY: _____ WORKER'S COMP _____

_____ INJURY JOB   _____ VACATION            SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB      _____ FUNERAL LEAVE        RECOVERING AT _X_ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID _____ PERSONAL DAY         OTHER: _____

                                                   COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME     _____ HOLIDAY

_____ COURT        _____ TOTAL

EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beets

BUREAU: OP    4/11    TO    4/17

DATE NOTIFIED: _____    TIME NOTIFIED: _____

DIVISION: OPU.    SWORN: X    NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____    HOURS USED: 40    TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

X  ILLNESS    _____ TIME COMING    SICK LEAVE PAY: _____    WORKER'S COMP _____

_____ INJURY JOB    _____ VACATION    SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

_____ NON-JOB    _____ FUNERAL LEAVE    RECOVERING AT _____    HOME _____    HOSPITAL _____    BK - 4/16

_____ LEAVE-UNPAID    _____ PERSONAL DAY    OTHER: _____

COMMENTS: recovering from surgery

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_____    Sgt K Mc Ivster #438
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Betts

BUREAU: DR   TO   4/24

DATES ABSENT: FROM 4/18

DATE NOTIFIED: _____   TIME NOTIFIED: _____

DIVISION: CRU   SWORN X   NON-SWORN _____

HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

X ILLNESS   _____ TIME COMING   SICK LEAVE PAY: _____   WORKER'S COMP _____

_____ INJURY JOB   _____ VACATION   SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____

_____ NON-JOB   _____ FUNERAL LEAVE   RECOVERING AT _____   HOME _____   HOSPITAL _____

_____ LEAVE-UNPAID   _____ PERSONAL DAY   OTHER: _____

TOTAL COMP HOURS TO BE PAID:   COMMENTS: recovering from surgery

_____ OVERTIME   _____ HOLIDAY   _____

_____ COURT   _____ TOTAL   _____

EMPLOYEE SIGNATURE   Sgt. K. Whoten #4428   BK-4/16

SUPERVISOR'S SIGNATURE

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _T. Boels_

BUREAU: _DP_ ___ 4/25 ___ TO ___ 5/1 ___

DATE NOTIFIED: ____ TIME NOTIFIED: ____

DIVISION: _CICO_ SWORN: ____ NON-SWORN: _X_

DATES ABSENT: FROM ____ TO ____ HOURS USED: _40_

ONE FULL DAY OR LESS - HOURS: FROM ____ TO ____ TOTAL HOURS: ____

**REASON FOR ABSENCE: (Describe below)**

_X_ ILLNESS ____ TIME COMING

____ INJURY JOB ____ VACATION

____ NON-JOB ____ FUNERAL LEAVE

____ LEAVE-UNPAID ____ PERSONAL DAY

SICK LEAVE PAY: ____     WORKER'S COMP ____

SICK LEAVE NO PAY: ____     NO LEAVE ____     OTHER ____

RECOVERING AT ____     HOME ____     HOSPITAL ____

OTHER: ____

COMMENTS: _Recovering from Surgery_

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME     ____ HOLIDAY

____ COURT     ____ TOTAL

_____ EMPLOYEE SIGNATURE

_Sgt. K Mock - 4/25_ SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Beets

BUREAU: _____ DIVISION: _____ SWORN: _____ NON-SWORN: _____

DATES ABSENT: FROM 5/3 TO 5/7

DATE NOTIFIED: _____ TIME NOTIFIED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: _____ TOTAL HOURS: 40 120 R100

REASON FOR ABSENCE: (Describe below)

☒ ILLNESS                 _____ TIME COMING

_____ INJURY JOB        _____ VACATION

_____ NON-JOB           _____ FUNERAL LEAVE

_____ LEAVE-UNPAID      _____ PERSONAL DAY

SICK LEAVE PAY: _____        WORKER'S COMP _____

SICK LEAVE NO PAY: ☒        NO LEAVE _____ OTHER _____

RECOVERING AT ☒        HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME         _____ HOLIDAY

_____ COURT            _____ TOTAL

_____         _____
EMPLOYEE SIGNATURE               SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Betts

BUREAU: OP    DIVISION: 02U    TIME NOTIFIED: _____    DATE NOTIFIED: _____    SWORN X    NON-SWORN _____

DATES ABSENT: FROM 5/10    TO 5/14    HOURS USED: 4D

ONE FULL DAY OR LESS - HOURS: FROM _____    TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

X ILLNESS    _____ TIME COMING

_____ INJURY JOB    _____ VACATION

_____ NON-JOB    _____ FUNERAL LEAVE

_____ LEAVE-UNPAID    _____ PERSONAL DAY

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT: _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: FMLA - Self

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T Betts

BUREAU: DP

DATES ABSENT: FROM 5/17 TO

DATE NOTIFIED: 5/21 TO

TIME NOTIFIED:

DIVISION: CRU

SWORN: X  NON-SWORN:

HOURS USED: 40

TOTAL HOURS:

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| X ILLNESS | TIME COMING |
| INJURY JOB | VACATION |
| NON-JOB | FUNERAL LEAVE |
| LEAVE-UNPAID | PERSONAL DAY |

SICK LEAVE PAY: _____  WORKER'S COMP: _____

SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

RECOVERING AT: _____  HOME _____  HOSPITAL _____

OTHER: _____

COMMENTS: FMLA - Self

TOTAL COMP HOURS TO BE PAID:

OVERTIME _____  HOLIDAY _____

COURT _____  TOTAL _____

EMPLOYEE SIGNATURE

Sgt K Wolverton #4158
SUPERVISOR'S SIGNATURE