UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beets

DATE NOTIFIED: 05/28/04    TIME NOTIFIED: _____

BUREAU: DP    DIVISION: CRU    SWORN: ____    NON-SWORN: X

DATES ABSENT: FROM 5/24/04 TO 06/04/04    HOURS USED: 80    TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS: _____

REASON FOR ABSENCE: (Describe below)

X ILLNESS            ____ TIME COMING      ____ SICK LEAVE PAY: X       ____ WORKER'S COMP

____ INJURY JOB      ____ VACATION         ____ SICK LEAVE NO PAY: ____ NO LEAVE    ____ OTHER

____ NON-JOB         ____ FUNERAL LEAVE    RECOVERING AT ____ HOME    ____ HOSPITAL

____ LEAVE-UNPAID    ____ PERSONAL DAY     OTHER: _____

                                          COMMENTS: FMLA-Self
                                                    feet

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME        ____ HOLIDAY

____ COURT           ____ TOTAL

EMPLOYEE SIGNATURE _____

Sgt K MWoster #4258    SUPERVISOR'S SIGNATURE

80    4:20
      8:00

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Beets

BUREAU: _____ DIVISION: _____

DATES ABSENT: FROM 4/14/04 TO _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

DATE NOTIFIED: _____ TIME NOTIFIED: _____

SWORN: X    NON-SWORN: _____

HOURS USED: _____ TOTAL HOURS: 8    R100

REASON FOR ABSENCE: (Describe below)

X ILLNESS    _____ TIME COMING    _____ HOLIDAY

_____ INJURY JOB    _____ VACATION    _____ TOTAL

_____ NON-JOB    _____ FUNERAL LEAVE

_____ LEAVE-UNPAID    _____ PERSONAL DAY

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ FMLA

RECOVERING AT X HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS: Swelling Pain in
          Lt dr tomorrow

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME

_____ COURT

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Boets

BUREAU: OP                    DATE NOTIFIED: 05/08/04    TIME NOTIFIED:

DIVISION: CRO    SWORN: X    NON-SWORN:

DATES ABSENT: FROM 4/7/04 TO 4/18/04    HOURS USED: 80

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | _____ TIME COMING | SICK LEAVE PAY: X |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE/NO PAY: _____ NO LEAVE _____ OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT: _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER X |

WORKER'S COMP X

COMMENTS: FMLA - seek Surgon Foot

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_____
EMPLOYEE SIGNATURE

Sgt KMiller #4/08
SUPERVISOR'S SIGNATURE

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Betts_

BUREAU: _Operations_

DATE NOTIFIED: _4/10_    TIME NOTIFIED: _1200_

DIVISION: _CPD_    SWORN: _✓_   NON-SWORN: ____

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1500_ TO _1600_   HOURS USED: ____   TOTAL HOURS: _1_

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| _✓_ ILLNESS | ____ TIME COMING | |
| ____ INJURY JOB | ____ VACATION | |
| ____ NON-JOB | ____ FUNERAL LEAVE | |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | |

SICK LEAVE PAY: ____   WORKER'S COMP ____

SICK LEAVE NO PAY: ____   NO LEAVE ____   OTHER ____

RECOVERING AT ____ HOME ____ HOSPITAL ____

OTHER: ____

COMMENTS: _Dr. Appointment_

**TOTAL COMP HOURS TO BE PAID:**

| | | |
|---|---|---|
| ____ OVERTIME | ____ HOLIDAY | |
| ____ COURT | ____ TOTAL | |

_[signature]_   EMPLOYEE SIGNATURE

_Sue LaMar_   SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Beets

BUREAU: _____ DIVISION: _____ DATE NOTIFIED: _____ TIME NOTIFIED: _____ SWORN: ___ NON-SWORN: X

DATES ABSENT: FROM 4/15 TO 6/16/04 _____ HOURS USED _____ TOTAL HOURS 16

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

X ILLNESS _____ TIME COMING _____ SICK LEAVE PAY: _____ WORKER'S COMP _____

_____ INJURY JOB _____ VACATION _____ SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ NON-JOB _____ FUNERAL LEAVE _____ RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID _____ PERSONAL DAY _____ OTHER: _____

COMMENTS: foot problem — too ch

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME _____ HOLIDAY

_____ COURT _____ TOTAL

EMPLOYEE SIGNATURE

mc team son
SUPERVISOR'S SIGNATURE

42.00
R

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Betts

DATE NOTIFIED: 5/22/04    TIME NOTIFIED: _____

BUREAU: _____    DIVISION: CRU    SWORN: X    NON-SWORN: _____

DATES ABSENT: FROM 06/21/04 TO 07/02/04    HOURS USED: 80

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

SICK LEAVE PAY: X    WORKER'S COMP _____

X  ILLNESS            SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

____ INJURY JOB       RECOVERING AT: _____    HOME _____    HOSPITAL _____

____ TIME COMING

____ VACATION

____ FUNERAL LEAVE    OTHER: _____

____ NON-JOB          COMMENTS: per Paula Self

____ PERSONAL DAY          Surgery on foot

____ LEAVE-UNPAID

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME

____ HOLIDAY

____ COURT

____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE  Sgt K McIntosh #4693



**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _Pamela Beck_

BUREAU: _Operations_

DATE NOTIFIED: _7/1_    TIME NOTIFIED: _____

DIVISION: _CPD_    SWORN: _____    NON-SWORN: _____

DATES ABSENT: FROM _7/9_ TO _0800_ HOURS: FROM _0800_ TO _1600_    HOURS USED: _____    TOTAL HOURS: _8_

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS

___ INJURY JOB

___ NON-JOB

___ LEAVE-UNPAID

___ TIME COMING

___ VACATION

___ FUNERAL LEAVE

___ PERSONAL DAY

SICK LEAVE PAY: _____    NO LEAVE: _____    OTHER: _____

SICK LEAVE NO PAY: _____

RECOVERING AT    HOME: _____    HOSPITAL: _____

WORKER'S COMP

OTHER: _____

COMMENTS: _Dr. Appointment_
_Foot_
_fitting for a foot appliance_
_Dr. Cerny_    _Illinois, Ill_

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Betts

BUREAU: Operations    DIVISION: _____    SWORN: X    NON-SWORN: _____

DATE NOTIFIED: _____    TIME NOTIFIED: _____

DATES ABSENT: FROM 7/9/04    TO _____

HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____    TO _____    TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

SICK LEAVE PAY: X    WORKER'S COMP _____

| | | |
|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____ |
| INJURY JOB | VACATION | RECOVERING AT _____    HOME _____    HOSPITAL _____ |
| NON-JOB | FUNERAL LEAVE | OTHER: _____ |
| LEAVE-UNPAID | PERSONAL DAY | COMMENTS: fitted for foot appliance — As planned |

TOTAL COMP HOURS TO BE PAID:

OVERTIME _____    HOLIDAY _____

COURT _____    TOTAL _____

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _Sue Wilson_

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tony Beas

BUREAU: _____

DATE NOTIFIED: 7/21/04    TIME NOTIFIED: 1800

DIVISION: _____    SWORN: X    NON-SWORN _____

DATES ABSENT: FROM 7/21    TO 1500    TO 1600    TOTAL HOURS 1

ONE FULL DAY OR LESS - HOURS: FROM _____    HOURS USED: 1600

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: _____    WORKER'S COMP _____ |
| X INJURY JOB | VACATION | SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT _____    HOME _____    HOSPITAL _____ |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ |

COMMENTS: Not Workers Comp

illness

TOTAL COMP HOURS TO BE PAID:

OVERTIME _____    HOLIDAY _____

COURT _____    TOTAL 0054D

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Beets

BUREAU: _____ DIVISION: _____

DATES ABSENT: FROM 8/3/04 TO _____

DATE NOTIFIED: _____ TIME NOTIFIED: _____

SWORN: _____  NON-SWORN: X

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: _____ TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

X ILLNESS
___ INJURY JOB
___ NON-JOB
___ LEAVE-UNPAID

___ TIME COMING
___ VACATION
___ FUNERAL LEAVE
___ PERSONAL DAY

SICK LEAVE PAY: X          WORKER'S COMP _____

SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

RECOVERING AT: X  HOME _____  HOSPITAL _____

OTHER: _____

COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME
___ COURT

___ HOLIDAY
___ TOTAL

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Betts_

BUREAU: _____  DIVISION: _____

DATES ABSENT: FROM _8/4/04_ TO _8/6/04_  DATE NOTIFIED: _____  TIME NOTIFIED: _____  SWORN: X  NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  HOURS USED: _____  TOTAL HOURS: _24_

### REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| X ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

SICK LEAVE PAY: X  WORKER'S COMP _____

SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

RECOVERING AT: X HOME _____  HOSPITAL _____

OTHER: _____

COMMENTS: _upper respitory inf_
_Sinus infection_

### TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_husband called_

EMPLOYEE SIGNATURE

_Sue LeMay_

SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tony Beets

BUREAU: _____  DATE NOTIFIED: _____  TIME NOTIFIED: _____

DATES ABSENT: FROM 9/9/04 TO _____  DIVISION: _____  SWORN: _____  NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  HOURS USED: _____  TOTAL HOURS 1.5

REASON FOR ABSENCE: (Describe below)

X  ILLNESS              _____ TIME COMING        SICK LEAVE PAY: _____    WORKER'S COMP _____ 4:00

____ INJURY JOB         _____ VACATION           SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

____ NON-JOB            _____ FUNERAL LEAVE      RECOVERING AT _____  HOME _____  HOSPITAL _____

____ LEAVE-UNPAID       _____ PERSONAL DAY       OTHER: _____

                                                   COMMENTS: Dr appt _____

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME           _____ HOLIDAY

____ COURT              _____ TOTAL

_____              _____
EMPLOYEE SIGNATURE                           Sue LaMay
                                             SUPERVISOR'S SIGNATURE



**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: Tonya Beans

BUREAU: Operation     DIVISION: CB     DATE NOTIFIED: 9/7/04     TIME NOTIFIED: _____     SWORN: X     NON-SWORN: _____

DATES ABSENT: FROM 9-7-04 TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 0900     TOTAL HOURS: 1

**REASON FOR ABSENCE:** (Describe below)

| | | | |
|---|---|---|---|
| X ILLNESS | _____ TIME COMING | _____ SICK LEAVE PAY: | _____ WORKER'S COMP |
| _____ INJURY JOB | _____ VACATION | _____ SICK LEAVE NO PAY: | _____ NO LEAVE     _____ OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | _____ RECOVERING AT | _____ HOME     _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | _____ OTHER: | _____ |

COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME     _____ HOLIDAY

_____ COURT     _____ TOTAL

_____     _____
EMPLOYEE SIGNATURE                     SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Linda Beets

DATE NOTIFIED: 9/9/04     TIME NOTIFIED: 6900

BUREAU: _____     DIVISION: _____     SWORN: _____     NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM 1400 TO 1600     HOURS USED: 1600     TOTAL HOURS: 2

REASON FOR ABSENCE: (Describe below)

| | | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
|---|---|---|---|
| ✓ ILLNESS | TIME COMING | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| INJURY JOB | VACATION | RECOVERING AT _____ | HOME _____ HOSPITAL _____ |
| NON-JOB | FUNERAL LEAVE | OTHER: _____ | |
| LEAVE-UNPAID | PERSONAL DAY | COMMENTS: DR. APP. | |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: Tonya Betz

BUREAU: _____     DATE NOTIFIED: 9/13/04     TIME NOTIFIED: _____

DATES ABSENT: FROM 9/13/04 TO _____     DIVISION: _____     SWORN: ___     NON-SWORN: X

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____     HOURS USED: _____     TOTAL HOURS: 8

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | ___ TIME COMING | SICK LEAVE PAY: 8 |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT X |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ |

WORKER'S COMP ___

NO LEAVE ___     OTHER ___

HOME ___     HOSPITAL ___

COMMENTS: pain from dental procedure

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME     ___ HOLIDAY

___ COURT     ___ TOTAL

Tonya Betz
EMPLOYEE SIGNATURE

Sue Larson
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Betts

BUREAU: _____  DATE NOTIFIED: _____  TIME NOTIFIED: _____

DATES ABSENT: FROM 9/14/04 TO _____  DIVISION: _____  SWORN: _X_  NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  HOURS USED: _____  TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS          _____ TIME COMING       SICK LEAVE PAY: _X_       WORKER'S COMP _____

_____ INJURY JOB     _____ VACATION          SICK LEAVE NO PAY: _____  NO LEAVE _____   OTHER _____

_____ NON-JOB        _____ FUNERAL LEAVE     RECOVERING AT _X_  HOME _____  HOSPITAL _____

_____ LEAVE-UNPAID   _____ PERSONAL DAY      OTHER: _____

                                            COMMENTS: root removed from
                                                      tooth

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME       _____ HOLIDAY

_____ COURT          _____ TOTAL

EMPLOYEE SIGNATURE: called in

SUPERVISOR'S SIGNATURE: _____

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Beets

BUREAU: _____ DATE NOTIFIED: 9/15 TIME NOTIFIED: 10:18

DATES ABSENT: FROM 9/15/04 TO _____ DIVISION: _____ SWORN: _____ NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: _____ TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| X ILLNESS | _____ TIME COMING | | |
| _____ INJURY JOB | _____ VACATION | | |
| _____ NON-JOB | _____ FUNERAL LEAVE | | |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | | |

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _X_ HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS: root canal - tooth hurts - infection

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME     _____ HOLIDAY

_____ COURT        _____ TOTAL

_____
EMPLOYEE SIGNATURE
Mrs. Diane Beets

_____
SUPERVISOR'S SIGNATURE

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Jayn Biers_

BUREAU: _Operations_

DATE NOTIFIED: _9/16/04_    TIME NOTIFIED: _0800_

DIVISION: _CRU_    SWORN: _X_    NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1400_ TO _1600_    HOURS USED: _____    TOTAL HOURS: _2_

**REASON FOR ABSENCE:** (Describe below)

| | | |
|---|---|---|
| _0_ ILLNESS | _____ TIME COMING | |
| _____ INJURY JOB | _____ VACATION | |
| _____ NON-JOB | _____ FUNERAL LEAVE | |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | |

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _____ Drew Beits _____

BUREAU: _____ DATE NOTIFIED: _____ TIME NOTIFIED: _____

DATES ABSENT: FROM _01/20/04_ TO _____ DIVISION: _____ SWORN: _X_ NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: _____ TOTAL HOURS: _8_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _X_ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: _To Dr - Nues, et al_

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_____ Sue LaMar _____
EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Beets_

DATE NOTIFIED: _10/14/04_    TIME NOTIFIED: _____

BUREAU: _____    DIVISION: _____    SWORN: _____    NON-SWORN: _X_

DATES ABSENT: FROM _10/14/04_ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS            _____ TIME COMING        SICK LEAVE PAY: _____        WORKER'S COMP _____

_____ INJURY JOB       _____ VACATION          SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

_____ NON-JOB          _____ FUNERAL LEAVE      RECOVERING AT _____        HOME _____    HOSPITAL _____

_____ LEAVE-UNPAID     _____ PERSONAL DAY       OTHER: _____

                                                COMMENTS: _to dr - out of town_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT       _____ TOTAL

_____         _____
EMPLOYEE SIGNATURE                       SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Betts

BUREAU: _____ DATE NOTIFIED: _____ TIME NOTIFIED: _____

DATES ABSENT: FROM 10/12/04 TO _____ DIVISION: _____ SWORN: _____ NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: _____ TO _____ TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

SICK LEAVE PAY: _____ WORKER'S COMP _____

X ILLNESS _____ TIME COMING          SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_____ INJURY JOB _____ VACATION          RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ NON-JOB _____ FUNERAL LEAVE          OTHER: _____

_____ LEAVE-UNPAID _____ PERSONAL DAY          COMMENTS: to dentist

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME _____ HOLIDAY

_____ COURT _____ TOTAL

Called in

EMPLOYEE SIGNATURE          SUPERVISORS SIGNATURE

EXHIBIT
2005 - 1

### 2005

| | ILLNESS | | | JOB INJURY | |
|---|---|---|---|---|---|
| | SICK HOURS | REASON | | HOURS | REASON |
| 1/5/2005 | | | | 4 | Doctor Appointment |
| 2/4/2005 | | | | 3 | Doctor Appointment |
| 2/18/2005 | | | | 8 | Doctor Appointment - Morton Grove Orthopaedic |
| 3/21/2005 | | | | 8 | Doctor Appointment - Morton Grove Orthopaedic |
| 3/23/2005 | 5 | Dental Apoointment | | | |
| 3/30/2005 | 8 | Root Canal | | | |
| 3/31/2005 | 8 | Root Canal | | | |
| 4/14/2005 | 8 | Root Canal | | | |
| 4/15/2005 | 8 | Root Canal | | | |
| 6/1/2005 | 8 | Leg Swelling | | | |
| 6/6/2005 | 8 | Doctor Appointment - Leg Swelling | | | |
| 6/13/2005 | | | | 1.5 | Doctor Appointment - Orthopaedic |
| 6/16/2005 | | | | 1.5 | Physical Therapy |
| 6/17/2005 | | | | 8 | Cortizone Injection |
| 6/20/2005 | | | | 1 | Physical Therapy |
| 6/29/2005 | | | | 1.5 | Doctor Appointment |
| 6/27/2005 | | | | 3 | Doctor Appointment |
| 7/5/2005 | 8 | Illness - FMLA | | | |
| 7/6-7/8/05 | 24 | Illness - FMLA | | | |
| 7/8/2005 | 8 | Illness - FMLA | | | |
| 7/11/2005 | 8 | Illness - FMLA | | | |
| 7/12-7/13/05 | 16 | Illness - FMLA | | | |
| 7/14-7/15/05 | 16 | FMLA | | | |
| 7/18-7/22/05 | 40 | FMLA | | | |
| 7/25-7/29/05 | 40 | FMLA | | | |
| 8/1-8/5/05 | 40 | FMLA | | | |
| 8/8-8/12/05 | 40 | FMLA | | | |
| 8/15-8/19/05 | 40 | FMLA | | | |
| 8/22-8/26/05 | 40 | FMLA | | | |
| 8/29-9/2/05 | 40 | FMLA | | | |
| 9/6-9/9/05 | 32 | FMLA | | | |
| 9/12-9/16/05 | 40 | FMLA | | | |
| 9/19-9/23/05 | 40 | FMLA | | | |
| 9/26/2005 | 8 | FMLA | | | |
| 9/27-9/30/05 | 32 | FMLA | | | |
| 10/3-10/7/05 | 40 | Pregnanacy Comp. | | | |
| 10/10-10/14/05 | 40 | Pregnanacy Comp. | | | |
| 10/17-10/21/05 | 40 | Pregnanacy Comp. | | | |
| 10/24-10/28/05 | 40 | Pregnanacy Comp. | | | |
| 10/31-11/4/05 | 40 | Pregnanacy Comp. | | | |
| 11/7-11/11/05 | 40 | Pregnanacy Comp. | | | |
| 11/14-11/18/05 | 40 | Pregnanacy Comp. | | | |
| 11/21-11/25/05 | 32 | Pregnanacy Comp. | | | |

**EXHIBIT**

2005 - 2

Page 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| 11/28-12/2/05 | 40 | Pregnanacy Comp. | | | |
| 12/5-12/9/05 | 40 | Pregnanacy Comp. | | | |
| 12/12-12/16/05 | 40 | Pregnanacy Comp. | | | |
| 12/19-12/23/05 | 40 | Pregnanacy Comp. | | | |
| 12/27-12/30/05 | 32 | Pregnanacy Comp. | | | |
| | **53 Hours Sick Time** | | | **39.5 Hours Workers Comp.** | |
| | **977 Hours FMLA/Pregnancy** | | | | |

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _Tonya Bird_

BUREAU: _Operations_

DATE NOTIFIED: _01/15/05_    TIME NOTIFIED: _0800_

DIVISION: _C10_    SWORN: _1_    NON-SWORN: _1_

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1200_ TO _1600_    HOURS USED: _1600_    TOTAL HOURS _4_

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| _X_ ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT: _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _Dr. Appointment_

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_____ EMPLOYEE SIGNATURE

_____ SUPERVISOR'S SIGNATURE

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Burns

BUREAU: Operations 2/4

DATE NOTIFIED: 3/4/05    TIME NOTIFIED: 0700

DIVISION: CRU    SWORN: _____  NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM 1400 TO 1700    HOURS USED: _____    TOTAL HOURS: 3

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS          _____ TIME COMING        SICK LEAVE PAY: _____        WORKER'S COMP _____

_____ INJURY JOB       _____ VACATION           SICK LEAVE NO PAY: _____    NO LEAVE _____   OTHER _____

_____ NON-JOB          _____ FUNERAL LEAVE       RECOVERING AT _____  HOME _____   HOSPITAL _____

_____ LEAVE-UNPAID     _____ PERSONAL DAY        OTHER: _____

COMMENTS: Dr. Appointment

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT       _____ TOTAL

_____
EMPLOYEE SIGNATURE

39 Walker #498
SUPERVISOR'S SIGNATURE

Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beets

DATE NOTIFIED: 2-18-05  TIME NOTIFIED: 0810

BUREAU: Operations

DIVISION: CRU    SWORN: ___    NON-SWORN: ___

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS FROM 02.21.05 TO _____    HOURS USED: _____    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

SICK LEAVE PAY: _____    WORKER'S COMP _____

| | | |
|---|---|---|
| _2_ ILLNESS | ___ TIME COMING | SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER ___ |
| ___ INJURY JOB | ___ VACATION | RECOVERING AT ___    HOME ___    HOSPITAL ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | OTHER: ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | COMMENTS: ___ |

Dr. Appointment
Matons Grove II

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_(signature)_ EMPLOYEE SIGNATURE

_(signature)_ K Webster #498 SUPERVISOR'S SIGNATURE

Revised 9/87

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Linda Beets_

BUREAU: _Operations_

DATE NOTIFIED: _3/15_    TIME NOTIFIED: _0800_

DIVISION: _PKD_    SWORN: _X_    NON-SWORN: _____

DATES ABSENT: FROM _3-21-05_ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1700_    TOTAL HOURS _8_

HOURS USED: _____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| _X_ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | WORKER'S COMP _____ |

OTHER: _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

COMMENTS: _DRS Appointment for_
_8 hours_

EMPLOYEE SIGNATURE

Sgt K Miller #4pP
SUPERVISOR'S SIGNATURE

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _Jocelyn Beers_

BUREAU: _Operations_    DATE NOTIFIED: _3/22_    TIME NOTIFIED: _1100_

DIVISION: _CPU_    SWORN: _X_    NON-SWORN: _____

DATES ABSENT: FROM _3/23_ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _1200_ TO _/ 200_    TOTAL HOURS _5_

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| _X_ ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

Sgt K. McClusky #428

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T Beets

BUREAU: OP    DATE NOTIFIED: 0730    TIME NOTIFIED: 3/30/05

DIVISION: CRU    SWORN: X    NON-SWORN:

DATES ABSENT: FROM 3/30 TO

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 1700    HOURS USED:

TOTAL HOURS 8

**REASON FOR ABSENCE: (Describe below)**

X ILLNESS _____    TIME COMING _____

INJURY JOB _____    VACATION _____

NON-JOB _____    FUNERAL LEAVE _____

LEAVE-UNPAID _____    PERSONAL DAY _____

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: Dental Problem - Root Canal

**TOTAL COMP HOURS TO BE PAID:**

OVERTIME _____    HOLIDAY _____

COURT _____    TOTAL _____

by _____ _____
EMPLOYEE SIGNATURE

Sgt K McIntosh 4/4/08
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beets

DATE NOTIFIED: 3/3/05    TIME NOTIFIED: 0230

BUREAU: OP/Patrol    DIVISION: CRD    SWORN: X    NON-SWORN:

DATES ABSENT: FROM 3/31 TO ____    HOURS USED: ____

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 1700    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | SICK LEAVE PAY: ____ | WORKER'S COMP ____ |
| X ILLNESS | ____ TIME COMING | SICK LEAVE NO PAY: ____ | NO LEAVE ____ OTHER ____ |
| ____ INJURY JOB | ____ VACATION | RECOVERING AT ____ | HOME ____ HOSPITAL ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | OTHER: ____ | |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | COMMENTS: | |

COMMENTS: Complications ref. Root Canal

TOTAL COMP HOURS TO BE PAID:

| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

by phone
EMPLOYEE SIGNATURE

Sgt K McIntyre 9408
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Betts

BUREAU: OP    DATE NOTIFIED: /·14    TIME NOTIFIED: 2200

DIVISION: CRU    SWORN: X    NON-SWORN:

DATES ABSENT: FROM 4/14 TO 05:00

ONE FULL DAY OR LESS - HOURS: FROM 05:00 TO 17:00    HOURS USED:    TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

X ILLNESS
_____ TIME COMING
_____ INJURY JOB
_____ VACATION
_____ NON-JOB
_____ FUNERAL LEAVE
_____ LEAVE-UNPAID
_____ PERSONAL DAY

SICK LEAVE PAY: _____    WORKER'S COMP _____
SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____
RECOVERING AT _____    HOME _____    HOSPITAL _____
OTHER: _____

COMMENTS: Rest and asleep    complications

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME
_____ HOLIDAY
_____ COURT
_____ TOTAL

by phone
EMPLOYEE SIGNATURE

Sgt K McMaster 4/25
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Betts

BUREAU: OP                          DATE NOTIFIED: 4/15    TIME NOTIFIED: 0800

DIVISION: CID    SWORN: X    NON-SWORN:

DATES ABSENT: FROM 4/15 TO

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 1700    HOURS USED:    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

X ILLNESS              ____ TIME COMING         SICK LEAVE PAY: ____    WORKER'S COMP ____

____ INJURY JOB        ____ VACATION            SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____

____ NON-JOB           ____ FUNERAL LEAVE       RECOVERING AT ____    HOME ____    HOSPITAL ____

____ LEAVE-UNPAID      ____ PERSONAL DAY        OTHER: ____

                                                COMMENTS: Left hand complications

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME          ____ HOLIDAY

____ COURT             ____ TOTAL

by phone                                        Sgt K Miller #48
EMPLOYEE SIGNATURE                              SUPERVISOR'S SIGNATURE

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Belts

BUREAU: OP DATE NOTIFIED: 6/1 TIME NOTIFIED: 0900

DATES ABSENT: FROM 6/1 TO DIVISION: CIU SWORN: X NON-SWORN:

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 0900 HOURS USED: 1700 TOTAL HOURS: 8

### REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: |

SICK LEAVE PAY: WORKER'S COMP

SICK LEAVE NO PAY: NO LEAVE OTHER

RECOVERING AT HOME HOSPITAL

OTHER:

COMMENTS:  Swelling / bruising to leg

### TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_____ _____
EMPLOYEE SIGNATURE  SUPERVISOR'S SIGNATURE

Sgt. K McAllister #4428

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beats Tonya

BUREAU: OP    DATE NOTIFIED: 6/6/05    TIME NOTIFIED:

DATES ABSENT: FROM 6/6    DIVISION: 0900    SWORN: X    NON-SWORN:

ONE FULL DAY OR LESS - HOURS: FROM 0900    TO 1700    TOTAL HOURS: 8

HOURS USED:

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| X ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ | HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | |

COMMENTS: Dr Appt -
Leg Swelling

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

Tonya Beats _____
EMPLOYEE SIGNATURE

Sgt K Oleastes #405
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonia Beets_

BUREAU: _Operations_  DATE NOTIFIED: _6/13_  TIME NOTIFIED: _0750_

DIVISION _CID_  SWORN: _Y_  NON-SWORN _____

DATES ABSENT: FROM _____ TO _____  HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _1530_ TO _1700_  TOTAL HOURS _1.5_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _____ ILLNESS | _____ TIME COMING | |
| _____ INJURY JOB | _____ VACATION | |
| _____ NON-JOB | _____ FUNERAL LEAVE | |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | |

SICK LEAVE PAY: _____  WORKER'S COMP _____

SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

RECOVERING AT _____  HOME _____  HOSPITAL _____

OTHER: _____

COMMENTS: _____ _Dr. Appointment_

_Orthopedic_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME  _____ HOLIDAY

_____ COURT  _____ TOTAL

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beets, Tonia

BUREAU: OP      DIVISION: OEV      DATE NOTIFIED: _____   TIME NOTIFIED: _____   SWORN: X   NON-SWORN: _____

DATES ABSENT: FROM 6/11/6     TO _____

ONE FULL DAY OR LESS - HOURS: FROM 0900     TO 1030     HOURS USED: _____   TOTAL HOURS 1.5

REASON FOR ABSENCE: (Describe below)

X ILLNESS          _____ TIME COMING          SICK LEAVE PAY: _____          WORKER'S COMP _____

_____ INJURY JOB          _____ VACATION          SICK LEAVE NO PAY: _____    NO LEAVE _____   OTHER N

_____ NON-JOB          _____ FUNERAL LEAVE          RECOVERING AT _____    HOME _____   HOSPITAL _____

_____ LEAVE-UNPAID          _____ PERSONAL DAY          OTHER: _____

TOTAL COMP HOURS TO BE PAID:          COMMENTS: Physical Therapy

_____ OVERTIME          _____ HOLIDAY

_____ COURT          _____ TOTAL

_____          _____
EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

Revised 9/97

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _TONYA BEETS_

BUREAU: _OPS_    DIVISION: _PATROL_    SWORN: ___ NON-SWORN: _X_

DATES ABSENT: FROM _6-17-05_ TO _____

DATE NOTIFIED: _6-17-05_    TIME NOTIFIED: _0200_

ONE FULL DAY OR LESS - HOURS: FROM _0900_ TO _1700_    HOURS USED: _____    TOTAL HOURS _8_

**REASON FOR ABSENCE: (Describe below)**

_X_ ILLNESS    ___ TIME COMING    SICK LEAVE PAY: _____    WORKER'S COMP _____

___ INJURY JOB    ___ VACATION    SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

___ NON-JOB    ___ FUNERAL LEAVE    RECOVERING AT _____    HOME _____    HOSPITAL _____

___ LEAVE-UNPAID    ___ PERSONAL DAY    OTHER: _____

COMMENTS: _CONTINUING INVESTIGATION TODAY_

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

_Tonya Beets_
EMPLOYEE SIGNATURE

_S.L. McMaster #438_
SUPERVISOR'S SIGNATURE
_0807 1832 ...._

Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Burts_

BUREAU: _Operations_

DATES ABSENT: FROM _6/20/05_ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1130_ TO _1230_

DATE NOTIFIED: _6/20_ TIME NOTIFIED: _0900_

DIVISION: _____ SWORN: _X_ NON-SWORN: _____

HOURS USED: _____

TOTAL HOURS: _1 1/2_

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS          _____ TIME COMING

_____ INJURY JOB       _____ VACATION

_____ NON-JOB          _____ FUNERAL LEAVE

_____ LEAVE-UNPAID     _____ PERSONAL DAY

_____ SICK LEAVE PAY:           _____ WORKER'S COMP

_____ SICK LEAVE NO PAY:        _____ NO LEAVE    _____ OTHER

_____ RECOVERING AT _____ HOME    _____ HOSPITAL

_____ OTHER: _1 1/2_

COMMENTS: _Physical Therapy_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME        _____ HOLIDAY

_____ COURT           _____ TOTAL

_230_

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

TIME CHECKER

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: Tonya Belts

DATE NOTIFIED: 6900   TIME NOTIFIED: 6/29/05

BUREAU: Detention t Lits   DIVISION: CRU   SWORN: X   NON-SWORN: ___

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 1100   HOURS USED: _____   TOTAL HOURS: 2.0

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| X ILLNESS | ___ TIME COMING |
| ___ INJURY JOB | ___ VACATION |
| ___ NON-JOB | ___ FUNERAL LEAVE |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY |

SICK LEAVE PAY: _____   WORKER'S COMP _____

SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____

RECOVERING AT: _____   HOME _____   HOSPITAL _____

OTHER: _____

COMMENTS: DR Appointment

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

EMPLOYEE SIGNATURE

Sgt. K McAster #2108

SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Betts Tonya

BUREAU: _____  DATE NOTIFIED: _____  TIME NOTIFIED: _____

DIVISION: 6/20  SWORN: ___  NON-SWORN: X

DATES ABSENT: FROM 6/27  TO 1400  HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 1400  TO 1700  TOTAL HOURS: 3

REASON FOR ABSENCE: (Describe below)

| | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| X ILLNESS ___ TIME COMING | SICK LEAVE NO PAY: _____ | NO LEAVE ___ OTHER ___ |
| ___ INJURY JOB ___ VACATION | RECOVERING AT _____ | HOME ___ HOSPITAL ___ |
| ___ NON-JOB ___ FUNERAL LEAVE | OTHER: _____ | |
| ___ LEAVE-UNPAID ___ PERSONAL DAY | COMMENTS: Dr. appt | |

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME ___ HOLIDAY

___ COURT ___ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

Revised 9/97

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beets, Tonya    DATE NOTIFIED: 7/5/05    TIME NOTIFIED: 0830

BUREAU: DP    DIVISION: CRU    SWORN: X    NON-SWORN: ____

DATES ABSENT: FROM 7/5 TO ____    HOURS USED: ____

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 1700    TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | ____ TIME COMING | SICK LEAVE PAY: ____    WORKER'S COMP ____ |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | RECOVERING AT ____    HOME ____    HOSPITAL ____ |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | OTHER: ____ |

COMMENTS: Dr. appt. /illness

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

by phone

EMPLOYEE SIGNATURE

Sgt K Webster #498

SUPERVISOR'S SIGNATURE

FMLA

Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Betts, Tanya

BUREAU: OP   DATE NOTIFIED: 7/6   TIME NOTIFIED: 7/6

DIVISION: CRU   SWORN: X   NON-SWORN:

DATES ABSENT: FROM 7/6   TO 7/8   HOURS USED: 24

ONE FULL DAY OR LESS - HOURS: FROM 0900   TO 1700   TOTAL HOURS:

REASON FOR ABSENCE: (Describe below)

X ILLNESS   ___ TIME COMING   SICK LEAVE PAY: ___   WORKER'S COMP ___

___ INJURY JOB   ___ VACATION   SICK LEAVE NO PAY: ___   NO LEAVE ___   OTHER ___

___ NON-JOB   ___ FUNERAL LEAVE   RECOVERING AT ___   HOME ___   HOSPITAL ___

___ LEAVE-UNPAID   ___ PERSONAL DAY   OTHER: ___

COMMENTS: EMEA not FMLA pay 7/6am

FMLA   at + this point

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME   ___ HOLIDAY

___ COURT   ___ TOTAL

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE Sgt K McCooter #438

Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beets, Tonya

BUREAU: OF              DATE NOTIFIED: 7/11/05    TIME NOTIFIED: _____

DATES ABSENT: FROM 7/11    TO              DIVISION: CID    SWORN: X    NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM 0600    TO 1700    HOURS USED: _____    TOTAL HOURS: 8

REASON FOR ABSENCE: (Describe below)

X ILLNESS              _____ TIME COMING              SICK LEAVE PAY: _____    WORKER'S COMP _____

_____ INJURY JOB      _____ VACATION                SICK LEAVE NO PAY: _____  NO LEAVE _____    OTHER _____

_____ NON-JOB         _____ FUNERAL LEAVE           RECOVERING AT _____    HOME _____    HOSPITAL _____

_____ LEAVE-UNPAID    _____ PERSONAL DAY            OTHER: _____

TOTAL COMP HOURS TO BE PAID:                          COMMENTS: _____

_____ OVERTIME        _____ HOLIDAY

_____ COURT           _____ TOTAL

EMPLOYEE SIGNATURE                                    SUPERVISOR'S SIGNATURE

Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beers, Tonya

BUREAU: OP     DATE NOTIFIED: 7/12     TIME NOTIFIED: _____

DATES ABSENT: FROM 7/12 TO 7/13     DIVISION: CIU     SWORN: X     NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____     HOURS USED: 16     TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

SICK LEAVE PAY: _____     WORKER'S COMP _____

____ X ILLNESS          ____ TIME COMING          SICK LEAVE NO PAY: _____     NO LEAVE _____     OTHER _____

____ INJURY JOB       ____ VACATION               RECOVERING AT _____     HOME _____     HOSPITAL _____

____ NON-JOB          ____ FUNERAL LEAVE        OTHER: _____

____ LEAVE-UNPAID   ____ PERSONAL DAY          COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:                    FMLA FMLA not Entire Day Pem

____ OVERTIME         ____ HOLIDAY                 Pem 7-12-c at this point

____ COURT              ____ TOTAL

_____     Sgt K McWhorter #4405
EMPLOYEE SIGNATURE                  SUPERVISOR'S SIGNATURE

8007/67/2032  2    Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beets, Donna

DATE NOTIFIED: 7/14    TIME NOTIFIED: 1330

BUREAU: OP    7/14    TO    7/15    DIVISION: ___    SWORN: X    NON-SWORN ___

DATES ABSENT: FROM ___    TO ___    HOURS USED: 16    TOTAL HOURS ___

ONE FULL DAY OR LESS - HOURS: FROM ___    TO ___

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___    ___ NO LEAVE    ___ OTHER |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___    ___ HOME    ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ |

TOTAL COMP HOURS TO BE PAID:

| | | |
|---|---|---|
| ___ OVERTIME | ___ HOLIDAY | WORKER'S COMP ___ |
| ___ COURT | ___ TOTAL | COMMENTS: ___ dentures |

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE    7/28

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beeks Tonya

BUREAU: OP  DATE NOTIFIED: 7/18  TIME NOTIFIED: 7/19

DATES ABSENT: FROM 7/18  TO 7/22  DIVISION: CRU  SWORN: X  NON-SWORN:

ONE FULL DAY OR LESS - HOURS: FROM ____ TO ____  HOURS USED: ____  TOTAL HOURS: 40

____ MING  SICK LEAVE PAY: ____  WORKER'S COMP ____

____ IN  SICK LEAVE NO PAY: ____  NO LEAVE ____  OTHER ____

____ LEAVE  RECOVERING AT ____  HOME ____  HOSPITAL ____

____ AL DAY  OTHER: ____

COMMENTS: FMLA

(EMPLOYEE SIGNATURE)

Sgt K McAlister #49f
SUPERVISOR'S SIGNATURE

**TIME KEEPER**

Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Bears, Tanya_

DATE NOTIFIED: _7/25_   TIME NOTIFIED: _____

BUREAU: _OP_ _7/25_   DIVISION: _020_   SWORN _X_   NON-SWORN _____

DATES ABSENT: FROM _7/25_ TO _____   HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0900_ TO _1700_   TOTAL HOURS _10_

**REASON FOR ABSENCE: (Describe below)**

_____ ILLNESS                    _____ TIME COMING          SICK LEAVE PAY: _____

_____ INJURY JOB                 _____ VACATION            SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____

_____ NON-JOB                    _____ FUNERAL LEAVE       RECOVERING AT _____   HOME _____   HOSPITAL

_____ LEAVE-UNPAID               _____ PERSONAL DAY        OTHER: _____

                                                           COMMENTS: _____

                                                           WORKER'S COMP _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME                   _____ HOLIDAY

_____ COURT                      _____ TOTAL

_____          _____
EMPLOYEE SIGNATURE                      SUPERVISOR'S SIGNATURE

Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beats Tonya

BUREAU: OP     DATE NOTIFIED: 8/1     DIVISION: CEU     TIME NOTIFIED: ___     SWORN: X     NON-SWORN ___

DATES ABSENT: FROM 8/1     TO 8/5

ONE FULL DAY OR LESS - HOURS: FROM ___     TO ___     HOURS USED: ___     TOTAL HOURS: 40

REASON FOR ABSENCE: (Describe below)

X ILLNESS     ___ TIME COMING

___ INJURY JOB     ___ VACATION

___ NON-JOB     ___ FUNERAL LEAVE

___ LEAVE-UNPAID     ___ PERSONAL DAY

SICK LEAVE PAY: ___     WORKER'S COMP ___

SICK LEAVE NO PAY: ___     NO LEAVE ___     OTHER ___

RECOVERING AT ___     HOME ___     HOSPITAL ___

OTHER: ___

COMMENTS: FMLA

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME     ___ HOLIDAY

___ COURT     ___ TOTAL

EMPLOYEE SIGNATURE ___

SUPERVISOR'S SIGNATURE Sgt. K. McAllister #28

Revised 9/87

0540 Betts Tanya

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: Betts Tanya   DATE NOTIFIED: 8/2   TIME NOTIFIED: _____

BUREAU: OP   DIVISION: OCU   SWORN: X   NON-SWORN: _____

DATES ABSENT: FROM 8/8   TO 8/12   HOURS USED: 10

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| _____ ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

_____ SICK LEAVE PAY:     _____ WORKER'S COMP

_____ SICK LEAVE NO PAY:     _____ NO LEAVE     _____ OTHER

_____ RECOVERING AT     _____ HOME     _____ HOSPITAL

_____ OTHER:

COMMENTS: FMLA

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_____
EMPLOYEE SIGNATURE

Sgt. K. McGerty #438
SUPERVISOR'S SIGNATURE

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: T. Betts

BUREAU: D/A    DIVISION: CIU    SWORN: X    NON-SWORN:

DATES ABSENT: FROM 8/15 TO 8/19    DATE NOTIFIED: 8/15    TIME NOTIFIED:

ONE FULL DAY OR LESS - HOURS: FROM ____ TO ____ HOURS USED: ____ TOTAL HOURS: 40

**REASON FOR ABSENCE: (Describe below)**

X ILLNESS

____ INJURY JOB

____ NON-JOB

____ LEAVE-UNPAID

____ TIME COMING

____ VACATION

____ FUNERAL LEAVE

____ PERSONAL DAY

SICK LEAVE PAY: ____    WORKER'S COMP: ____

SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____

RECOVERING AT ____    HOME ____    HOSPITAL ____

OTHER: ____

COMMENTS: PMLA

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

EMPLOYEE SIGNATURE ____

SUPERVISOR'S SIGNATURE  Sgt C Miller  8/19/04

8007/67/7081 @  Revised 9/87