UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T Beets

BUREAU: _____ DATE NOTIFIED: 8/15 TIME NOTIFIED: _____

DATES ABSENT: FROM 08/22 TO 8/22 DIVISION: CID SWORN: ___ NON-SWORN: X

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: _____ TOTAL HOURS: 40

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: _____ |

TOTAL COMP HOURS TO BE PAID:

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

COMMENTS: PAID

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE  87 C Hulster #708

2007/6/7/08

Revised 9/07

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Betts

BUREAU: OP    DATE NOTIFIED: 8/15    TIME NOTIFIED: 8/15

DIVISION: OPO    SWORN: X    NON-SWORN:

DATES ABSENT: FROM 8/29 TO 9/2    HOURS USED: 40    TOTAL HOURS: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | TIME COMING | SICK LEAVE PAY: _____ |
| INJURY JOB | VACATION | SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____ |
| NON-JOB | FUNERAL LEAVE | RECOVERING AT _____   HOME _____   HOSPITAL _____ |
| LEAVE-UNPAID | PERSONAL DAY | OTHER: _____ M |
| | | COMMENTS: FMLA |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| OVERTIME | HOLIDAY |
| COURT | TOTAL |

WORKER'S COMP _____

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE: Sgt. C. Walk #404    2007/67/20

Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Betts

BUREAU: OP     DATE NOTIFIED: _____     TIME NOTIFIED: _____

DIVISION: OEU     SWORN: X     NON-SWORN: _____

DATES ABSENT: FROM 9/6 TO 9/9     HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____     TOTAL HOURS 46 32

REASON FOR ABSENCE: (Describe below)

SICK LEAVE PAY: _____     WORKER'S COMP _____

X ILLNESS     _____ TIME COMING

_____ INJURY JOB     _____ VACATION     SICK LEAVE NO PAY: _____     NO LEAVE _____     OTHER _____

_____ NON-JOB     _____ FUNERAL LEAVE     RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID     _____ PERSONAL DAY     OTHER: _____

COMMENTS: FMLA

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME     _____ HOLIDAY

_____ COURT     _____ TOTAL

_____     _____
EMPLOYEE SIGNATURE     SUPERVISOR'S SIGNATURE

Revised 9/97

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: Beets, Tonya

BUREAU: DP  9/12 TO 9/16

DATE NOTIFIED: _____ TIME NOTIFIED: _____

DIVISION: CRU    SWORN: ___ NON-SWORN: X

DATES ABSENT: FROM 9/12 TO 9/16    HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 1700    TOTAL HOURS

**REASON FOR ABSENCE: (Describe below)**

X ILLNESS
___ INJURY JOB
___ NON-JOB
___ LEAVE-UNPAID

___ TIME COMING
___ VACATION
___ FUNERAL LEAVE
___ PERSONAL DAY

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____

RECOVERING AT ___ X HOME ___ HOSPITAL

OTHER: _____

COMMENTS: FMLA

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME    ___ HOLIDAY
___ COURT    ___ TOTAL

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE: Sgt. K. McQuoter #405

TIME ENTERED 2007/09/20 12:2  Revised 9/87

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beets, Tonya

BUREAU: OP    DATE NOTIFIED: _____    TIME NOTIFIED: _____

DIVISION: CRW    SWORN: 40    NON-SWORN: _____

DATES ABSENT: FROM 9/19 TO 9/23    HOURS USED: 1700    TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 1700

REASON FOR ABSENCE: (Describe below)

X  ILLNESS
___  INJURY JOB
___  NON-JOB
___  LEAVE-UNPAID

___  TIME COMING
___  VACATION
___  FUNERAL LEAVE
___  PERSONAL DAY

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____

RECOVERING AT X HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: FMLA

TOTAL COMP HOURS TO BE PAID:

___  OVERTIME
___  COURT

___  HOLIDAY
___  TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE    Sgt K McAlester 4798

2007/07/08

Revised 9/87

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beets, Tonya

BUREAU: DP    9/26 TO 9/30

DATES ABSENT: FROM ___ TO ___

DATE NOTIFIED: CCJ    TIME NOTIFIED: ___

DIVISION: CCJ    SWORN: X    NON-SWORN: ___

HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 1700    TOTAL HOURS: ___

**REASON FOR ABSENCE: (Describe below)**

- X ILLNESS
- ___ INJURY JOB
- ___ NON-JOB
- ___ LEAVE-UNPAID
- ___ TIME COMING
- ___ VACATION
- ___ FUNERAL LEAVE
- ___ PERSONAL DAY

SICK LEAVE PAY: ___

SICK LEAVE NO PAY: ___

RECOVERING AT: X    HOME ___    HOSPITAL ___

OTHER: ___

WORKER'S COMP ___

NO LEAVE ___    OTHER ___

COMMENTS: FMLA

**TOTAL COMP HOURS TO BE PAID:**

- ___ OVERTIME
- ___ COURT
- ___ HOLIDAY
- ___ TOTAL

EMPLOYEE SIGNATURE ___

SUPERVISOR'S SIGNATURE ___

Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beets, Tonya

DATE NOTIFIED: _____    TIME NOTIFIED: _____

BUREAU: OP    DIVISION: CRU    SWORN: _____    NON-SWORN: 40

DATES ABSENT: FROM 10/3    TO 10/7    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM 0900    TO 1700    TOTAL HOURS: _____

REASON FOR ABSENCE: (Describe below)

X ILLNESS    ___ TIME COMING    SICK LEAVE PAY: _____    WORKER'S COMP _____

___ INJURY JOB    ___ VACATION    SICK LEAVE NO PAY: ___ NO LEAVE    ___ OTHER _____

___ NON-JOB    ___ FUNERAL LEAVE    RECOVERING AT: X ___ HOME    ___ HOSPITAL

___ LEAVE-UNPAID    ___ PERSONAL DAY    OTHER: _____

TOTAL COMP HOURS TO BE PAID:    COMMENTS: _____

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

EMPLOYEE SIGNATURE    Sgt K McIntosh #08

SUPERVISOR'S SIGNATURE

2007/67/20 : 2    Revised 9/87

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Betts Tonya

BUREAU: DP    DATE NOTIFIED: 10/10 TO 10/14    DIVISION: CEU    TIME NOTIFIED: ___ SWORN: X  NON-SWORN: ___

DATES ABSENT: FROM ___ TO ___    HOURS USED: 40    TOTAL HOURS ___

ONE FULL DAY OR LESS - HOURS: FROM ___ TO ___

**REASON FOR ABSENCE: (Describe below)**

| ___ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ | WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ | ___ NO LEAVE    ___ OTHER |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ | ___ HOME    ___ HOSPITAL |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: ___ | |

COMMENTS: pregnancy complications

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

EMPLOYEE SIGNATURE ___

SUPERVISOR'S SIGNATURE  Sgt K Wietz #498

THIS FORM 8802/67/7021 B    Revised 9/97

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Betts Toryia

BUREAU: OP _____ DATE NOTIFIED: _____ TIME NOTIFIED: _____

DIVISION: CNW _____ SWORN: X _____ NON-SWORN: _____

DATES ABSENT: FROM 10/17 TO 10/21 _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS: _____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | _____ TIME COMING | _____ SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | _____ SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | _____ RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: Pregnancy Complications

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME          _____ HOLIDAY

_____ COURT             _____ TOTAL

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

2007/67/708:2    Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beets Tonya

BUREAU: OP    DATE NOTIFIED: _____ TIME NOTIFIED: _____

DATES ABSENT: FROM 10/24 TO 10/25    DIVISION: CEN    SWORN: ____ NON-SWORN: X

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: 40    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

____ ILLNESS
____ INJURY JOB
____ NON-JOB
____ LEAVE-UNPAID

____ TIME COMING
____ VACATION
____ FUNERAL LEAVE
____ PERSONAL DAY

SICK LEAVE PAY: _____ WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS: Pregnancy complications

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME
____ COURT
____ HOLIDAY
____ TOTAL

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

Revised 9/87

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Betts Tonya

BUREAU: _OD_    DIVISION: _OUD_    SWORN: _____ NON-SWORN: _X_

DATES ABSENT: FROM _10/31_ TO _11/4_    HOURS USED: _40_    TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| _✓_ ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

_____ SICK LEAVE PAY: _____    WORKER'S COMP _____

_____ SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _Pregnancy Complications_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _Sgt. K Winston #406_

DATE SIGNED: 10/31/2008

Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beats, Tonya

BUREAU: OP    TO: 11/7    DATE NOTIFIED:    TIME NOTIFIED:

DATES ABSENT: FROM 11/7    TO 11/11    DIVISION: CRU    SWORN: ✓    NON-SWORN:

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    HOURS USED: 40    TOTAL HOURS:

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ✓ ILLNESS | ___ TIME COMING |
| ___ INJURY JOB | ___ VACATION |
| ___ NON-JOB | ___ FUNERAL LEAVE |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY |

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: Pregnancy Complications

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE Sgt K Muncey #4908

Revised 9/87

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beets Tonya

BUREAU: P  DIVISION: OIC  SWORN: X  NON-SWORN:

DATES ABSENT: FROM 11/14 TO 11/8  HOURS USED: 40  TOTAL HOURS:

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS:

DATE NOTIFIED: _____  TIME NOTIFIED: _____

### REASON FOR ABSENCE: (Describe below)

X ILLNESS          _____ TIME COMING
_____ INJURY JOB   _____ VACATION
_____ NON-JOB      _____ FUNERAL LEAVE
_____ LEAVE-UNPAID _____ PERSONAL DAY

SICK LEAVE PAY: _____          WORKER'S COMP _____

SICK LEAVE NO PAY: _____       NO LEAVE _____  OTHER _____

RECOVERING AT _____            HOME _____      HOSPITAL _____

OTHER: _____

COMMENTS: Pregnancy Complications

### TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME  _____ HOLIDAY
_____ COURT     _____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE  Sgt K Helwig 7425
8007/47/7201 R  Revised 9/87

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beats Tonya

DATE NOTIFIED: _____    TIME NOTIFIED: _____

BUREAU: OP    DIVISION: CPD    SWORN: X    NON-SWORN: _____

DATES ABSENT: FROM 11/21 TO 11/25    HOURS USED: _____    40 _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

_____ ILLNESS    _____ TIME COMING    SICK LEAVE PAY: _____    WORKER'S COMP _____

_____ INJURY JOB    _____ VACATION    SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

_____ NON-JOB    _____ FUNERAL LEAVE    RECOVERING AT _____    HOME _____    HOSPITAL _____

_____ LEAVE-UNPAID    _____ PERSONAL DAY    OTHER: _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY    COMMENTS: Pregnancy Complication

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

Revised 9/87

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Betts_ T _____

BUREAU: _DB_ _____  DATE NOTIFIED: _Crew_ _____  TIME NOTIFIED: _____

DATES ABSENT: FROM _11/28_ TO _12/2_ _____  DIVISION: _Crew_ _____  SWORN: _X_  NON-SWORN _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  HOURS USED: _40_  TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

_X_ ILLNESS _____ TIME COMING     SICK LEAVE PAY: _____  WORKER'S COMP _____

_____ INJURY JOB _____ VACATION     SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

_____ NON-JOB _____ FUNERAL LEAVE     RECOVERING AT _____  HOME _____  HOSPITAL _____

_____ LEAVE-UNPAID _____ PERSONAL DAY     OTHER: _____

COMMENTS: _Sick - Diagnosed_ _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME _____ HOLIDAY     _with_ _____

_____ COURT _____ TOTAL

_____  _____
EMPLOYEE SIGNATURE      SUPERVISOR'S SIGNATURE _Sgt K Milhouse_ _12/2/08_

PKE REFEREE 8002/62/20 1:2  Form 9/07

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _T. Bects_

BUREAU: _08_ DATE NOTIFIED: _Chu_ TIME NOTIFIED: _____

DATES ABSENT: FROM _12/5_ TO _12/5_ DIVISION _Chu_ SWORN _X_ NON-SWORN _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: _40_ TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

_X_ ILLNESS          _____ TIME COMING          SICK LEAVE PAY: _____     WORKER'S COMP _____

_____ INJURY JOB     _____ VACATION             SICK LEAVE NO PAY: _____  NO LEAVE _____   OTHER _____

_____ NON-JOB        _____ FUNERAL LEAVE        RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID   _____ PERSONAL DAY         OTHER: _____

**TOTAL COMP HOURS TO BE PAID:**                COMMENTS: _Sick / pregnancy_

_____ OVERTIME       _____ HOLIDAY

_____ COURT          _____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _Sgt K Mchester 12/08_

DATE NEEDED _2007/12/08_

Revised 9/87

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _T. Beers_

BUREAU: _DB_    DATE NOTIFIED: _12/12_    TO _12/16_

DIVISION: _CPD_    SWORN: _X_ NON-SWORN: _____    TIME NOTIFIED: _____

DATES ABSENT: FROM _____    TO _____    HOURS USED: _40_    TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM _____    TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS

_____ INJURY JOB

_____ NON-JOB

_____ LEAVE-UNPAID

_X_ TIME COMING

_____ VACATION

_____ FUNERAL LEAVE

_____ PERSONAL DAY

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _Sick pregnancy_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _Sgt. K. Waters #708_

TIME KEEPER 2008/07/28 01:06    ANN HERRIN

Revised 9/97

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _T. Beus_____

DATE NOTIFIED: _____ TIME NOTIFIED: _____

BUREAU: _OB_____  DIVISION: _CPU_  SWORN _X_  NON-SWORN _____

DATES ABSENT: FROM _12/19_ TO _12/23_  HOURS USED: _40_  TO _____ TOTAL HOURS _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS          _____ TIME COMING          SICK LEAVE PAY: _____          WORKER'S COMP _____

_____ INJURY JOB     _____ VACATION             SICK LEAVE NO PAY: _____       NO LEAVE _____     OTHER _____

_____ NON-JOB        _____ FUNERAL LEAVE        RECOVERING AT _____            HOME _____        HOSPITAL _____

_____ LEAVE-UNPAID   _____ PERSONAL DAY         OTHER: _____

TOTAL COMP HOURS TO BE PAID:                    COMMENTS: _Sick / Pregnancy_

_____ OVERTIME       _____ HOLIDAY

_____ COURT          _____ TOTAL

EMPLOYEE SIGNATURE _____          SUPERVISOR'S SIGNATURE _S. K. Mauter_ 4/28

8007/67/7001

Revised 9/97

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _T. Beats_

BUREAU: _OiP_ DATE NOTIFIED: _____ TIME NOTIFIED: _____

DATES ABSENT: FROM _12/27_ TO _12/30_ DIVISION: _OiU_ SWORN: _X_ NON-SWORN _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ HOURS USED: _32_ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS _____ TIME COMING          SICK LEAVE PAY: _____  WORKER'S COMP _____

_____ INJURY JOB _____ VACATION          SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

_____ NON-JOB _____ FUNERAL LEAVE          RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID _____ PERSONAL DAY          OTHER: _____

TOTAL COMP HOURS TO BE PAID:          COMMENTS: _Sick/Pregnancy_

_____ OVERTIME _____ HOLIDAY

_____ COURT _____ TOTAL

EMPLOYEE SIGNATURE          SUPERVISORS SIGNATURE _Sgt. K Miller #425_

_THRE DEBEB 2007/67/7_

Revised 9/87

**EXHIBIT**

tabbies  2006

2006

| | ILLNESS SICK HOURS | REASON | | JOB INJURY HOURS | REASON |
|---|---|---|---|---|---|
| 1/3-1/6/06 | 32 | Sick/Pregnancy | | | |
| 1/9-1/13/06 | 40 | Sick/Pregnancy | | | |
| 1/17-1/20/06 | 40 | Sick/Pregnancy | | | |
| 1/23-1/27/06 | 40 | Sick/Pregnancy | | | |
| 1/30-2/3/06 | 40 | Sick/Pregnancy | | | |
| 2/6-2/10/06 | 40 | Sick/Pregnancy | | | |
| 2/13-2/17/06 | 40 | Sick/Pregnancy | | | |
| 2/20-2/24/06 | 40 | Sick/Pregnancy | | | |
| 2/27-3/3/06 | 40 | Sick/Pregnancy | | | |
| 3/6-3/10/06 | 40 | Maternity Leave (Baby Born 2/27/06) | | | |
| 3/13-3/17/06 | 40 | Maternity Leave | | | |
| 3/20-3/24/06 | 40 | Maternity Leave | | | |
| 3/27-3/31/06 | 40 | Maternity Leave | | | |
| 4/3-4/7/06 | 40 | Maternity Leave | | | |
| 4/10-4/14/06 | 40 | Maternity Leave | | | |
| 4/17-4/21/06 | 40 | Maternity Leave | | | |
| 8/14/2006 | 5 | Right Wrist Injury | | | |
| 8/15/2006 | 8 | Right Wrist Injury | | | |
| 8/16-8/25/06 | 64 | Right Wrist Injury | | | |
| 8/28-9/1/06 | 40 | Right Wrist Injury | | | |
| 9/5-9/8/06 | 32 | Right Wrist Injury | | | |
| 9/11-9/15/06 | 40 | Right Wrist Injury | | | |
| 9/18-9/22/06 | 40 | Right Wrist Injury | | | |
| 9/25-9/29/06 | 40 | Right Wrist Injury | | | |
| 10/2/2006 | 8 | Right Wrist Injury | | | |
| 10/3-10/6/06 | 32 | Right Wrist Injury | | | |
| 10/9-10/13/06 | 40 | Right Wrist Injury | | | |
| 10/16-10/20/06 | 40 | 10/18 - Surgery | | | |
| 10/23-10/27/06 | 40 | Surgery Recovery | | | |
| 10/29-11/4/06 | 40 | Surgery Recovery | | | |
| 11/6-11/10/06 | 40 | Surgery Recovery | | | |
| 11/13-11/17/06 | 40 | Surgery Recovery | | | |
| 11/20-11/22/06 | 24 | Surgery Recovery | | | |
| 11/24/2006 | 8 | Surgery Recovery | | | |
| 11/27-12/1/06 | 40 | Surgery Recovery | | | |
| 12/4-12/8/06 | 40 | Surgery Recovery | | | |
| 12/11-12/15/06 | 40 | Surgery Recovery | | | |
| 12/18-12/27/06 | 72 | Surgery Recovery | | | |

**TOTALS 1,405 HOURS**

632 Hours Pregnancy Relate

773 Hours Wrist Injury

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beets

BUREAU: _____ DATE NOTIFIED: _____ TIME NOTIFIED: _____

DIVISION: Crew    SWORN: X    NON-SWORN

DATES ABSENT: FROM 1/3/06 TO 1/6/06    HOURS USED: 32

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS: _____

REASON FOR ABSENCE: (Describe below)

X ILLNESS          _____ TIME COMING

_____ INJURY JOB   _____ VACATION

_____ NON-JOB      _____ FUNERAL LEAVE

_____ LEAVE-UNPAID _____ PERSONAL DAY

_____ SICK LEAVE PAY:          _____ WORKER'S COMP

_____ SICK LEAVE NO PAY:    _____ NO LEAVE    _____ OTHER

_____ RECOVERING AT    _____ HOME    _____ HOSPITAL

_____ OTHER: _____

COMMENTS: Sick / pregnancy

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT       _____ TOTAL

_____
EMPLOYEE SIGNATURE

Sgt Choate  1/7/08
_____
SUPERVISOR'S SIGNATURE

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Beits T_

DATE NOTIFIED: _1/06_    TIME NOTIFIED: _____

BUREAU: _Of_    DIVISION: _Ced_    SWORN: _X_    NON-SWORN _____

DATES ABSENT: FROM _1/9_    TO _1/13_    HOURS USED: _____    _40_

ONE FULL DAY OR LESS - HOURS: FROM _____    TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| X ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____    OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ | HOME _____    HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | |

COMMENTS: _____

_Pregnancy Comp._

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_Sgt K McQuister #4/38_

_____    SUPERVISOR'S SIGNATURE
EMPLOYEE SIGNATURE

# UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Boots, T

BUREAU: DR    DATE NOTIFIED: 1/06    TIME NOTIFIED:

DATES ABSENT: FROM 1/18  TO 1/20    DIVISION: CRU    SWORN: X  NON-SWORN:

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    HOURS USED: 35:40    TOTAL HOURS:

REASON FOR ABSENCE: (Describe below)

| | SICK LEAVE PAY: _____    WORKER'S COMP _____ |
|---|---|
| X ILLNESS    ____ TIME COMING | SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____ |
| ____ INJURY JOB    ____ VACATION | RECOVERING AT _____    HOME _____    HOSPITAL _____ |
| ____ NON-JOB    ____ FUNERAL LEAVE | OTHER: _____ |
| ____ LEAVE-UNPAID    ____ PERSONAL DAY | COMMENTS: _____ |

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME    ____ HOLIDAY    _____ mommny comp

____ COURT    ____ TOTAL

_____
EMPLOYEE SIGNATURE

Sgt K Holster 4438
_____
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Boots, T.

DATE NOTIFIED: 1/06    TIME NOTIFIED: _____

BUREAU: DB    DIVISION: OCU    SWORN: X    NON-SWORN: _____

DATES ABSENT: FROM 1/23 TO 1/27    HOURS USED: 40    TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS: _____

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | _____ TIME COMING | _____ SICK LEAVE PAY: | _____ WORKER'S COMP |
| _____ INJURY JOB | _____ VACATION | _____ SICK LEAVE NO PAY: | _____ NO LEAVE    _____ OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | _____ RECOVERING AT | _____ HOME    _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | _____ OTHER: | |

COMMENTS: pregnancy comp.

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE  Sgt K Melvoker 4/26/08

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Bolts, T

BUREAU: OP     DATE NOTIFIED: 1/06     TIME NOTIFIED: _____

DIVISION: CIU     SWORN: X     NON-SWORN _____

DATES ABSENT: FROM 1/30 TO 2/3     HOURS USED: 40     TOTAL HOURS _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

### REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____     WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: pregnancy comp.

### TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_____     Sgt McCoster #408
EMPLOYEE SIGNATURE           SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/97

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _Louts, T_

BUREAU: _OP_     DATE NOTIFIED: _1/06_  TIME NOTIFIED: _____

DATES ABSENT: FROM _2/6_  TO _2/10_     DIVISION: _CEU_  SWORN: ____  NON-SWORN: _X_

ONE FULL DAY OR LESS - HOURS: FROM _____  TO _____  HOURS USED: _____     40 _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |

_X_ ILLNESS     _____ TIME COMING     SICK LEAVE NO PAY: _____     NO LEAVE _____     OTHER _____

_____ INJURY JOB     _____ VACATION     RECOVERING AT _____     HOME _____     HOSPITAL _____

_____ NON-JOB     _____ FUNERAL LEAVE     OTHER: _____

_____ LEAVE-UNPAID     _____ PERSONAL DAY     COMMENTS: _Pregnancy Comp_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME     _____ HOLIDAY

_____ COURT     _____ TOTAL

_____     _____
EMPLOYEE SIGNATURE     _Sgt K Webster  4/4/06_  SUPERVISOR'S SIGNATURE

TIME KEEPER     Revised 9/97

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: Betts, T.

BUREAU: OP    DATE NOTIFIED: 01/06    TIME NOTIFIED: _____

DATES ABSENT: FROM 2/13 TO 2/17    DIVISION: ORU    SWORN: X  NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    HOURS USED: 40    TOTAL HOURS: _____

**REASON FOR ABSENCE: (Describe below)**

X ILLNESS          ____ TIME COMING      ____ SICK LEAVE PAY:        ____ WORKER'S COMP ____

____ INJURY JOB    ____ VACATION         ____ SICK LEAVE NO PAY:     ____ NO LEAVE ____    OTHER ____

____ NON-JOB       ____ FUNERAL LEAVE    ____ RECOVERING AT          ____ HOME ____    HOSPITAL ____

____ LEAVE-UNPAID  ____ PERSONAL DAY     OTHER:

                                         COMMENTS: Pregnancy Comp.

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME    ____ HOLIDAY

____ COURT       ____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE  Sgt Helmstetter #4/op

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Betts, T_____

BUREAU: _OP_____ DATE NOTIFIED: _1/06_____ TIME NOTIFIED: _____

DIVISION: _CEU_____ SWORN: _X_ NON-SWORN _____

DATES ABSENT: FROM _2/20_ TO _2/24_ HOURS USED: _32 40_ TO _____ TOTAL HOURS _____

ONE FULL DAY OR LESS - HOURS: FROM _____

REASON FOR ABSENCE: (Describe below)

_X_ ILLNESS          _____ TIME COMING          SICK LEAVE PAY: _____          WORKER'S COMP _____

_____ INJURY JOB     _____ VACATION            SICK LEAVE NO PAY: _____       NO LEAVE _____ OTHER _____

_____ NON-JOB        _____ FUNERAL LEAVE        RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID   _____ PERSONAL DAY         OTHER: _____

                                              COMMENTS: _Pregnancy Comp_____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT       _____ TOTAL

_____          _Sgt K McClain 4/19_____
EMPLOYEE SIGNATURE                     SUPERVISOR'S SIGNATURE

TIME KEEPER

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: Beets T.

BUREAU: OP    DATE NOTIFIED: 1/06    TIME NOTIFIED: _____

DIVISION: CRU    SWORN: X    NON-SWORN: _____

DATES ABSENT: FROM 2/27    TO 3/3    HOURS USED: 46

ONE FULL DAY OR LESS - HOURS: FROM _____    TO _____    TOTAL HOURS: _____

REASON FOR ABSENCE: (Describe below)

X ILLNESS _____    TIME COMING _____    SICK LEAVE PAY: _____    WORKER'S COMP _____

_____ INJURY JOB _____    VACATION _____    SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

_____ NON-JOB _____    FUNERAL LEAVE _____    RECOVERING AT _____    HOME _____    HOSPITAL _____

_____ LEAVE-UNPAID _____    PERSONAL DAY _____    OTHER: _____

COMMENTS: Pregnancy comp

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME _____    HOLIDAY _____

_____ COURT _____    TOTAL _____

EMPLOYEE SIGNATURE _____

Sgt K McOster #10P
SUPERVISOR'S SIGNATURE

TIME KEEPER _____

Revised 9/87

SCANNED 2008 NO CERTIFIED

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Betts, Tanya

BUREAU: DP    DIVISION: CPU    SWORN: X    NON-SWORN: ___

DATES ABSENT: FROM 3/8    TO 3/10    HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM ___    TO ___    TOTAL HOURS ___

### REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| X ILLNESS | ___ TIME COMING |
| ___ INJURY JOB | ___ VACATION |
| ___ NON-JOB | ___ FUNERAL LEAVE |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY |

___ SICK LEAVE PAY:    ___ WORKER'S COMP

___ SICK LEAVE NO PAY:    ___ NO LEAVE    ___ OTHER

RECOVERING AT    ___ HOME    ___ HOSPITAL

OTHER: ___

COMMENTS: Maternity leave

Had baby 2-27-06

### TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_____
EMPLOYEE SIGNATURE

Jack McIntoC
SUPERVISOR'S SIGNATURE

DATE NOTIFIED: ___    TIME NOTIFIED: ___

SCANNED ON 2008 [illegible]

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: Beets, Dave

BUREAU: OP   DATE NOTIFIED: _____   TIME NOTIFIED: _____

DATES ABSENT: FROM 3/13 TO 3/18   DIVISION: CRU   SWORN: X   NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____   HOURS USED: 40   TOTAL HOURS: _____

**REASON FOR ABSENCE:** (Describe below)

| | | | |
|---|---|---|---|
| X ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____   OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ | HOME _____   HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | |

COMMENTS: Maternity leave

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME   _____ HOLIDAY

_____ COURT   _____ TOTAL

EMPLOYEE SIGNATURE _____   SUPERVISOR'S SIGNATURE S.J.K. McIntyre 4/08

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beets, Tonya

BUREAU: DP     DATE NOTIFIED: _____     TIME NOTIFIED: _____

DIVISION: CRJ     SWORN: _____  X NON-SWORN

DATES ABSENT: FROM 3/20 TO 3/24     HOURS USED: 40     TOTAL HOURS _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| X ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____  OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ | HOME _____  HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | |

COMMENTS: Maternity leave

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE Sgt K Melcher 4/2/08

SCANNED ON @1802320605

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Betts, Tonya

BUREAU: OP  DATE NOTIFIED: CRU  TIME NOTIFIED: ___  DIVISION: ___  SWORN: X  NON-SWORN: ___

DATES ABSENT: FROM 3/25  TO 4F 3/31/06 HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM ___ TO ___ TOTAL HOURS ___

### REASON FOR ABSENCE: (Describe below)

X ILLNESS ___  TIME COMING ___  SICK LEAVE PAY: ___  WORKER'S COMP ___

INJURY JOB ___  VACATION ___  SICK LEAVE NO PAY: ___  NO LEAVE ___  OTHER C

NON-JOB ___  FUNERAL LEAVE ___  RECOVERING AT ___  HOME ___  HOSPITAL ___

LEAVE-UNPAID ___  PERSONAL DAY ___  OTHER: ___

COMMENTS: ___

### TOTAL COMP HOURS TO BE PAID:

OVERTIME ___  HOLIDAY ___

COURT ___  TOTAL ___

EMPLOYEE SIGNATURE ___  SUPERVISOR'S SIGNATURE Sgt McAlester #495

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T Beets

BUREAU: OB    TO    4/3    4/7

DATES ABSENT: FROM _____ TO _____

DATE NOTIFIED: C2U    TIME NOTIFIED: _____

DIVISION: _____    SWORN: X    NON-SWORN _____

HOURS USED: 40    TOTAL HOURS _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below):

X ILLNESS    _____ TIME COMING    SICK LEAVE PAY: _____    WORKER'S COMP _____

_____ INJURY JOB    _____ VACATION    SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

_____ NON-JOB    _____ FUNERAL LEAVE    RECOVERING AT _____ HOME _____ HOSPITAL

_____ LEAVE-UNPAID    _____ PERSONAL DAY    OTHER: _____

COMMENTS: Maternity leave

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE _____    SUPERVISOR'S SIGNATURE Sgt K McAlester #7488

SCANNED

#00276272001 NO

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Butts

BUREAU: OP    DATES ABSENT: FROM 4/10 TO 4/14

DATE NOTIFIED: _____ TIME NOTIFIED: _____

DIVISION: CRU    SWORN: X    NON-SWORN: _____

HOURS USED: 40    TO _____ _____ TOTAL HOURS

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| _____ ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| _____ NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

SICK LEAVE PAY: _____    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_____
EMPLOYEE SIGNATURE

Sgt KMcClester 4/08
_____
SUPERVISOR'S SIGNATURE

SCANNED ON: 5/20/2008

SCANNED ON

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beets

BUREAU: OP     DATE NOTIFIED: _____  TIME NOTIFIED: _____

DIVISION: CREW     SWORN: X     NON-SWORN _____

DATES ABSENT: FROM 4/17     TO 4/21     HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____  TO _____     TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ____ ILLNESS | ____ TIME COMING | SICK LEAVE PAY: _____  WORKER'S COMP _____ |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____ NO LEAVE ____ OTHER ____ |
| ____ NON-JOB | ____ FUNERAL LEAVE | RECOVERING AT ____ HOME ____ HOSPITAL |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | OTHER: _____ |

COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME     ____ HOLIDAY

____ COURT     ____ TOTAL

_____     _____
EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

SCANNED ON @ @ 2 2 3 2008

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. BEETS

BUREAU: FIELD SERVICES    DATE NOTIFIED: 8/14-06    TIME NOTIFIED: 0850

DATES ABSENT: FROM 8-14-06 TO    DIVISION: CR4    SWORN: ✓    NON-SWORN:

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 1200    HOURS USED:

(HAD 1st 3hrs TC)    TOTAL HOURS 8.5

REASON FOR ABSENCE: (Describe below)    SICK LEAVE PAY: _____    WORKER'S COMP _____

_____ ILLNESS    _____ TIME COMING    SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

_____ INJURY JOB    _____ VACATION    RECOVERING AT _____    HOME _____    HOSPITAL _____

✓ NON-JOB (Injury)    _____ FUNERAL LEAVE    OTHER: _____    INJURED RIGHT

_____ LEAVE-UNPAID    _____ PERSONAL DAY    COMMENTS: WRIST - POSSIBLY FRACTURED

( IS SEEING DOCTOR )

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

Phones (w)

EMPLOYEE SIGNATURE    Sgt Block

SUPERVISOR'S SIGNATURE

SCANNED ON 09/02/2010 @ 09:00 NO SCANNED

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beets

BUREAU: Field Service     DATE NOTIFIED: 8-14-06     TIME NOTIFIED: 0800

DIVISION: CRU     SWORN: ✓     NON-SWORN: ___

DATES ABSENT: FROM 8-15-06     TO ___     HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM ___     TO ___     TOTAL HOURS ___

**REASON FOR ABSENCE: (Describe below)**

___ ILLNESS          ___ TIME COMING       SICK LEAVE PAY: ✓        ___ WORKER'S COMP

___ INJURY JOB       ___ VACATION          SICK LEAVE NO PAY: ___   ___ NO LEAVE        ___ OTHER

✓ NON-JOB           ___ FUNERAL LEAVE     RECOVERING AT ✓          ___ HOME            ___ HOSPITAL

___ LEAVE-UNPAID     ___ PERSONAL DAY      OTHER: ___

COMMENTS: Sprained Right Wrist

Seeing Doctor

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME     ___ HOLIDAY

___ COURT        ___ TOTAL

Ffreed W
EMPLOYEE SIGNATURE

Sgt Black
SUPERVISORS SIGNATURE

SCANNED - NO DOCUMENT 9/27/2007 (Internal Only)

**UNSCHEDULED TIME OF _____ PAY REQUEST**

NAME: T. Beets

BUREAU: Field Services

DATES ABSENT: FROM 8/21 TO 8/25

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

**REASON FOR ABSENCE: (Describe below)**

_____ ILLNESS          _____ TIME COMING

_____ INJURY JOB       _____ VACATION

✓ NON-JOB             _____ FUNERAL LEAVE

_____ LEAVE-UNPAID     _____ PERSONAL DAY

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME         _____ HOLIDAY

_____ COURT            _____ TOTAL

Phoned in

EMPLOYEE SIGNATURE

---

DATE NOTIFIED: 8/16/04     TIME NOTIFIED: 1000

DIVISION: CRU     SWORN: ___ NON-SWORN: ✓

HOURS USED: 40 = 64

_____ TO _____     _____ TOTAL HOURS

SICK LEAVE PAY: ✓     _____ WORKER'S COMP

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER

RECOVERING AT ✓ HOME _____ HOSPITAL

**OTHER:**

**COMMENTS:** Doctors note to
be off work through
8/25/06 (sprained
right wrist)

SUPERVISOR'S SIGNATURE: SGT Block

SCANNED ON @ 2007 @ 1002

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _TANYA BEETS_

BUREAU: _FIELD OPERATIONS_     DATE NOTIFIED: _8-25-06_     TIME NOTIFIED: _____

DIVISION: _PATROL_     SWORN: _✓_     NON-SWORN: _____

DATES ABSENT: FROM _8-25-06_ TO _____     HOURS USED: _8 HRS._

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____     TOTAL HOURS: _____

### REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ☒ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____  WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____  HOME _____  HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

### TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME     _____ HOLIDAY

_____ COURT     _____ TOTAL

COMMENTS: _MS. BEETS IS GOING TO THE DR. MAY BE BROKEN BONES IN HER NATURAL WRIST._

_____     _____
EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _BEETS, TONYA_    DATE NOTIFIED: _N/A_    TIME NOTIFIED: _N/A_

BUREAU: _FIELD SERVICES_    DIVISION: _CRU_    SWORN: _✓_    NON-SWORN: _____

DATES ABSENT: FROM _8/28_ TO _9/1/06_    HOURS USED: _40_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

_____ ILLNESS          _____ TIME COMING      SICK LEAVE PAY: _✓_      WORKER'S COMP _____

_____ INJURY JOB       _____ VACATION           SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

_✓_ NON-JOB        _____ FUNERAL LEAVE    RECOVERING AT _✓_ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID   _____ PERSONAL DAY    OTHER: _____

                                     COMMENTS: _NON - JOB INJURY_

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME      _____ HOLIDAY

_____ COURT         _____ TOTAL

_DOCTOR'S NOTE_

EMPLOYEE SIGNATURE             _Sgt Blake 9-3-06_

SUPERVISOR'S SIGNATURE

SCANNED - NO IMAGE - 9/10/2008

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Beets, Tonya_    DATE NOTIFIED: _N/A_    TIME NOTIFIED: _N/A_

BUREAU: _Field Services_    DIVISION: _CRU_    SWORN: _✓_  NON-SWORN: ____

DATES ABSENT: FROM _9/5_ TO _9/8/06_    HOURS USED: _32_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

SICK LEAVE PAY: _✓_    WORKER'S COMP ____

SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____

RECOVERING AT: ____    HOME ____    HOSPITAL ____

**REASON FOR ABSENCE: (Describe below)**

____ ILLNESS        ____ TIME COMING

____ INJURY JOB     ____ VACATION

_✓_ NON-JOB        ____ FUNERAL LEAVE

____ LEAVE-UNPAID   ____ PERSONAL DAY

OTHER: _____

COMMENTS: _Non-Job Injury_    _(m) 9/4_

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME    ____ HOLIDAY

____ COURT       ____ TOTAL

_Doctor's note_

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _Sgt Bleck 9-3-06_

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _BETS TONYA_    DATE NOTIFIED: _N/A_    TIME NOTIFIED: _N/A_

BUREAU: _Field Services_    DIVISION: _CRU_    SWORN: _✓_    NON-SWORN: ____

DATES ABSENT: FROM _9/11_ TO _9/15_    HOURS USED: _40_

ONE FULL DAY OR LESS - HOURS: FROM ____ TO ____    TOTAL HOURS ____

REASON FOR ABSENCE: (Describe below)

____ ILLNESS         ____ TIME COMING      SICK LEAVE PAY: _✓_    WORKER'S COMP ____

____ INJURY JOB      ____ VACATION         SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____

_✓_ NON-JOB          ____ FUNERAL LEAVE    RECOVERING AT ____ HOME ____    HOSPITAL ____

____ LEAVE-UNPAID    ____ PERSONAL DAY     OTHER: ____

                                           COMMENTS: _DOCTORS NOTE_

TOTAL COMP HOURS TO BE PAID:                         _DATED 8/28/06 INDICATES_

____ OVERTIME        ____ HOLIDAY          _"NO WORK FOR 4 WEEKS"_

____ COURT           ____ TOTAL

_Doctors NOTE_                              _Sgt Block_

EMPLOYEE SIGNATURE                          SUPERVISOR'S SIGNATURE

SCANNED ON 07/20/2010

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: BEETS TONYA

BUREAU: FIELD SERVICES

DATE NOTIFIED: N/A     TIME NOTIFIED: N/A

DIVISION: PATROL     SWORN: ✓     NON-SWORN:

DATES ABSENT: FROM 9/18 TO 9/22     HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____     TOTAL HOURS: _____

**REASON FOR ABSENCE: (Describe below)**

_____ ILLNESS          _____ TIME COMING

_____ INJURY JOB       _____ VACATION

✓ NON-JOB              _____ FUNERAL LEAVE

_____ LEAVE-UNPAID     _____ PERSONAL DAY

SICK LEAVE PAY: _____     ✓ WORKER'S COMP

SICK LEAVE NO PAY: _____     NO LEAVE _____     OTHER _____

RECOVERING AT ✓     HOME _____     HOSPITAL _____

OTHER: _____

COMMENTS: Doctors Note Dated 8/28/06 Indicates "No work for 4 weeks"

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME     _____ HOLIDAY

_____ COURT        _____ TOTAL

DOCTORS NOTE

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

SCANNED 2010 NO

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _BEETS, T_

BUREAU: _FIELD OPERATION_    DATE NOTIFIED: _4-26-06_    TIME NOTIFIED: _____

DATES ABSENT: FROM _9/28/06_    TO _9/29/06_    DIVISION: _PATROL_    SWORN: _____    NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____    TO _____    HOURS USED: _40_    TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

_____ ILLNESS    _____ TIME COMING    _____ SICK LEAVE PAY: _____    _____ WORKER'S COMP

_____ INJURY JOB    _____ VACATION    _____ SICK LEAVE NO PAY: _____    _____ NO LEAVE    _____ OTHER _____

_____ NON-JOB    _____ FUNERAL LEAVE    _____ RECOVERING AT    _____ HOME    _____ HOSPITAL

_____ LEAVE-UNPAID    _____ PERSONAL DAY    OTHER: _____

COMMENTS: _WRIST INJURY_

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

SCANNED OR COPIED
700876720018 NO
TIME ENTERED

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Beets T._

BUREAU: _Field Operations_    DIVISION: _Patrol_    SWORN: _✓_    NON-SWORN: _____

DATES ABSENT: FROM _10-2-06_ TO _____    HOURS USED: _8 HRS._

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

DATE NOTIFIED: _10-4-06_    TIME NOTIFIED: _____

**REASON FOR ABSENCE:** (Describe below)

| | TIME COMING | | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |

_____ ILLNESS

_____ INJURY JOB        _____ VACATION        SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

_____ NON-JOB        _____ FUNERAL LEAVE        RECOVERING AT _____    HOME _____    HOSPITAL _____

_____ LEAVE-UNPAID        _____ PERSONAL DAY        OTHER: _____

COMMENTS: _West Injury_

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME        _____ HOLIDAY

_____ COURT        _____ TOTAL

EMPLOYEE SIGNATURE _____    SUPERVISOR'S SIGNATURE _____

SCANNED ON

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Beers_

BUREAU: _Field Services_    DATE NOTIFIED: _10-5-06_    TIME NOTIFIED: _N/A_

DIVISION: _CRU_    SWORN: _____ NON-SWORN: _✓_

DATES ABSENT: FROM _10/3_ TO _10/6/06_    HOURS USED: _32 hrs_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**    SICK LEAVE PAY: _✓_    WORKER'S COMP _____

| | | | |
|---|---|---|---|
| _____ ILLNESS | _____ TIME COMING | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| _____ INJURY JOB | _____ VACATION | RECOVERING AT _✓_ | HOME _____ HOSPITAL _____ |
| _✓_ NON-JOB | _____ FUNERAL LEAVE | OTHER: _____ | |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | COMMENTS: _____ | |

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_DR. note_

EMPLOYEE SIGNATURE _____    SUPERVISOR'S SIGNATURE _Sgt Blake_

THIS NEEDED

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _BYERS TONYA_    DATE NOTIFIED: _0/23_    TIME NOTIFIED: _10:30_

BUREAU: _FIELD SERVICES_    DIVISION: _CPU_    SWORN: _X_    NON-SWORN: ___

DATES ABSENT: FROM _10-9_ TO _10-13_    HOURS USED: _40_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

_X_ ILLNESS    ___ TIME COMING    SICK LEAVE PAY: ___    WORKER'S COMP ___

___ INJURY JOB    ___ VACATION    SICK LEAVE NO PAY: ___    NO LEAVE ___    OTHER ___

___ NON-JOB    ___ FUNERAL LEAVE    RECOVERING AT ___    HOME ___    HOSPITAL ___

___ LEAVE-UNPAID    ___ PERSONAL DAY    OTHER: _____

COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME    ___ HOLIDAY

___ COURT    ___ TOTAL

_____    _____
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

SCANNED ON 2008 @ NO SCANNED

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. BEETS

DATE NOTIFIED: 10-13-06     TIME NOTIFIED: 15:30

BUREAU: FIELD SERVICES     DIVISION: CRU     SWORN: ✓ NON-SWORN: ____

DATES ABSENT: FROM 10/16 TO 10/20     HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ____ ILLNESS | ____ TIME COMING | SICK LEAVE PAY: ✓     WORKER'S COMP ____ |
| ____ INJURY JOB | ____ VACATION | SICK LEAVE NO PAY: ____     NO LEAVE ____     OTHER ____ |
| ✓ NON-JOB | ____ FUNERAL LEAVE | RECOVERING AT: ✓ HOME ____     HOSPITAL ____ |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | OTHER: _____ |

COMMENTS: STILL OFF FOR KNEE CURRENT

AND IS SCHEDULED FOR SURGERY

on THE 18TH of OCTOBER.     (M)

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME     ____ HOLIDAY

____ COURT     ____ TOTAL

PHONED IN                          St. Black

EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

SCANNED NO COPIES MADE

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _T. BEETS_

DATE NOTIFIED: _10-13-06_    TIME NOTIFIED: _1500_

BUREAU: _FIELD SERVICES_    DIVISION: _CPU_    SWORN: _✓_    NON-SWORN: ____

DATES ABSENT: FROM _10/23_ TO _10/29/06_    HOURS USED: _40_

ONE FULL DAY OR LESS - HOURS: FROM ____ TO ____    TOTAL HOURS ____

**REASON FOR ABSENCE: (Describe below)**

SICK LEAVE PAY: ____    WORKER'S COMP _✓_

____ ILLNESS    ____ TIME COMING    SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____

____ INJURY JOB    ____ VACATION    RECOVERING AT _✓_    HOME ____    HOSPITAL ____

_✓_ NON-JOB    ____ FUNERAL LEAVE    OTHER: ____

____ LEAVE-UNPAID    ____ PERSONAL DAY    COMMENTS: _Recovery from Oct 18th_
_Surgery_

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

_Phoned in_    _Sgt Black_
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

SCANNED ON 2008 10 00 NO SCANNED

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _Beets Tonya_

DATE NOTIFIED: _10-30-6_   TIME NOTIFIED: _na_

BUREAU: _Field services_

DIVISION: _CRU_   SWORN: _____   NON-SWORN: _____

DATES ABSENT: FROM _10/29_ TO _11/4_   HOURS USED: _40_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____   TOTAL HOURS: _____

**REASON FOR ABSENCE: (Describe below)**

✓ ILLNESS   _____ TIME COMING

_____ INJURY JOB   _____ VACATION

✓ NON-JOB   _____ FUNERAL LEAVE

_____ LEAVE-UNPAID   _____ PERSONAL DAY

SICK LEAVE PAY: _✓_   WORKER'S COMP _____

SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____

RECOVERING AT _____   HOME _____   HOSPITAL _____

OTHER: _____

COMMENTS: _Recovering from surgery_

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME   _____ HOLIDAY

_____ COURT   _____ TOTAL

_Doctors note_

EMPLOYEE SIGNATURE

_Sgt Block_

SUPERVISOR'S SIGNATURE

SCANNED   NO   0ID0   Z00IS