UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beers, Ryan

BUREAU: Field Services

DATES ABSENT: FROM 11/6 TO 11/10

DATE NOTIFIED: 11-1-06    TIME NOTIFIED: 1500

DIVISION: CCU    SWORN: ✓    NON-SWORN:

HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____ TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

✓ ILLNESS _____ TIME COMING

_____ INJURY JOB _____ VACATION

_____ NON-JOB _____ FUNERAL LEAVE

_____ LEAVE-UNPAID _____ PERSONAL DAY

SICK LEAVE PAY: ✓    WORKER'S COMP _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT: ✓ HOME _____ HOSPITAL _____

OTHER: Recovering from

COMMENTS: Surgery from ses

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME _____ HOLIDAY

_____ COURT _____ TOTAL

EMPLOYEE SIGNATURE: N/A

SUPERVISOR'S SIGNATURE: Sgt Black

SCANNED ON 2007 0318 0 ... Revised 9/97

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: Beets, Tonya

BUREAU: Field Services    DATE NOTIFIED: 11-9-06    TIME NOTIFIED: 1500

DATES ABSENT: FROM 11/13 TO 11/17    DIVISION: CR4    SWORN: ✓    NON-SWORN:

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    HOURS USED: 40    TOTAL HOURS: _____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: ✓    WORKER'S COMP |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT ✓    HOME _____    HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ Non Job Surgery |

COMMENTS: Recovering from surgery

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

N/A

EMPLOYEE SIGNATURE

Sgt Beck

SUPERVISOR'S SIGNATURE

SCANNED ON 0120018 Revised 4/97

SCANNED 2008 NO OI

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beets, Tonya DATE NOTIFIED: NA TIME NOTIFIED: NA

BUREAU: Field Services Unit DIVISION: CRU SWORN: ✓ NON-SWORN ____

DATES ABSENT: FROM 11/20 TO 11/22/06 HOURS USED: 24

ONE FULL DAY OR LESS - HOURS: FROM ____ TO ____ TOTAL HOURS ____

REASON FOR ABSENCE: (Describe below)

____ ILLNESS         ____ TIME COMING      SICK LEAVE PAY: ____        WORKER'S COMP ✓

✓ INJURY JOB         ____ VACATION          SICK LEAVE NO PAY: ✓       NO LEAVE ____      OTHER ____

____ NON-JOB         ____ FUNERAL LEAVE     RECOVERING AT ✓ HOME ____    HOSPITAL ____

____ LEAVE-UNPAID    ____ PERSONAL DAY      OTHER: ____

for Non-Job

COMMENTS: Recovering from Surgery Related Injury

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME        ____ HOLIDAY

____ COURT           ____ TOTAL

Dr. note                                    Sgt Block
EMPLOYEE SIGNATURE                          SUPERVISOR'S SIGNATURE

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Beets, Tonya

BUREAU: Field Services  DIVISION: CRU  DATE NOTIFIED: NA  TIME NOTIFIED: NA  SWORN: ✓  NON-SWORN: ____

DATES ABSENT: FROM 11/24/08 TO ____  HOURS USED: 8

ONE FULL DAY OR LESS - HOURS: FROM ____ TO ____  TOTAL HOURS: ____

### REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ____ ILLNESS | ____ TIME COMING |
| ____ INJURY JOB | ____ VACATION |
| ✓ NON-JOB | ____ FUNERAL LEAVE |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY |

____ SICK LEAVE PAY:  ____ WORKER'S COMP

____ SICK LEAVE NO PAY:  ____ NO LEAVE  ____ OTHER

____ RECOVERING AT  ____ HOME  ____ HOSPITAL

OTHER: ____

COMMENTS: Recovering from non-job related injury (surgery)

### TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

Doctor's Note

EMPLOYEE SIGNATURE

Sgt Block

SUPERVISOR'S SIGNATURE

SCANNED ON 2008 @ 2008 ON

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: Beets, Doug

BUREAU: Field Services

DATE NOTIFIED: N/A   TIME NOTIFIED: N/A

DIVISION: CRU   SWORN: ✓   NON-SWORN: 40

DATES ABSENT: FROM 11/27 TO 12/01/06   HOURS USED: _____ TOTAL HOURS _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS        _____ TIME COMING
_____ INJURY JOB     _____ VACATION
✓ NON-JOB           _____ FUNERAL LEAVE
_____ LEAVE-UNPAID   _____ PERSONAL DAY

SICK LEAVE PAY: _____   WORKER'S COMP _____
SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____
RECOVERING AT _____   HOME _____   HOSPITAL _____

OTHER: _____

COMMENTS: Recovering from Non-Job Surgery

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME   _____ HOLIDAY
_____ COURT      _____ TOTAL

Att Doctors Note

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE   S A Block

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _T. BEETS_

DATE NOTIFIED: _12-11-06_    TIME NOTIFIED: _____

BUREAU: _FIELD OPERATIONS_    DIVISION: _PATROL_    SWORN: _✓_    NON-SWORN: _____

DATES ABSENT: FROM _12-4-06_ TO _12-8-06_    HOURS USED: _40 HRS_    TO _____    TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM _____    TO _____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| _✓_ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____    WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____    HOME _____    HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: _WORST INJURYS_

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

SCANNED ON 2009 0

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _I. BEETS_

BUREAU: _FIELD OPERATIONS_    DATE NOTIFIED: _12-11-06_    TIME NOTIFIED: _____

DIVISION: _PATROL_    SWORN: ___    NON-SWORN: ___

DATES ABSENT: FROM _12-8-06_ TO _12-15-06_    HOURS USED: _40 HRS_

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✓ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: ___ WORKER'S COMP ___ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER ___ |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME ___ HOSPITAL ___ |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: _____ |

COMMENTS: _WRIST INJURY_

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

SCANNED ON: 06/07/2008 @ 10:00

Revised 9/07

SCANNED ON ___ @ ___
Revised 9/87

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Bects

BUREAU: Operations

DATE NOTIFIED: 12/28/06    TIME NOTIFIED: _____

DIVISION: Patrol    SWORN: X    NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM Dec. 18 Thru 21st TO _____    HOURS USED: _____    TOTAL HOURS 72hr

REASON FOR ABSENCE: (Describe below)

| _____ ILLNESS | _____ TIME COMING |
| _____ INJURY JOB | _____ VACATION |
| X NON-JOB | _____ FUNERAL LEAVE |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY |

SICK LEAVE PAY: X    WORKER'S COMP _____

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT: _____    HOME _____    HOSPITAL _____

OTHER: _____

COMMENTS: Dec. 25th off due to holiday.

TOTAL COMP HOURS TO BE PAID:

| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

SUPERVISOR SIGNATURE _____

EMPLOYEE SIGNATURE _____

EXHIBIT

2007

| | 2007 | | | | |
|---|---|---|---|---|---|
| | **ILLNESS** | | | **JOB INJURY** | |
| | SICK HOURS | REASON | | HOURS | REASON |
| 1/2/2007 | 0.25 | Physical Therapy | | | |
| 1/4/2007 | 0.33 | Physical Therapy | | | |
| 1/5/2007 | 8 | Pink Eye - Sent Home | | | |
| 1/8/2007 | 5.75 | Vomiting | | | |
| 1/9/2007 | 8 | Flu | | | |
| 1/10/2007 | 8 | Stomach Virus | | | |
| 1/16/2007 | 0.5 | Physical Therapy | | | |
| 1/23/2007 | 0.5 | Physical Therapy | | | |
| 1/24/2007 | 0.5 | Physical Therapy | | | |
| 1/25/2007 | 2 | Doctor Appointment | | | |
| 1/30/2007 | 0.5 | Doctor Appointment | | | |
| 1/31/2007 | 0.5 | Physical Therapy | | | |
| 2/6/2007 | 0.5 | Physical Therapy | | | |
| 2/13/2007 | 0.5 | Physical Therapy | | | |
| 2/14/2007 | 0.5 | Physical Therapy | | | |
| 2/15/2007 | 0.5 | Physical Therapy | | | |
| 2/20/2007 | 1 | Doctor Appointment | | | |
| 3/1/2007 | 8 | Pre-Op Test | | | |
| 3/2/2007 | 8 | Surgery | | | |
| 3/5-3/9/07 | 40 | Surgery Recovery | | | |
| 3/12-3/16/07 | 40 | Surgery Recovery | | | |
| 3/19-3/23/07 | 40 | Surgery Recovery | | | |
| 3/26-4/6/07 | 80 | Surgery Recovery | | | |
| 4/9-4/20/07 | 80 | Surgery Recovery | | | |
| 4/23-5/4/07 | 80 | Surgery Recovery | | | |
| 5/7-5/11/07 | 40 | Surgery Recovery | | | |
| 5/14-5/18/07 | 40 | Surgery Recovery - Rt. Hand Surgery | | | |
| 5/21-5/25/07 | 40 | Surgery Recovery | | | |
| 5/29-6/1/07 | 32 | Surgery Recovery | | | |
| 6/4-6/8/07 | 40 | Surgery Recovery | | | |
| 6/11-6/15/07 | 40 | Surgery Recovery | | | |
| 6/18-6/22/07 | 40 | Surgery Recovery | | | |
| 6/25-6/29/07 | 40 | Surgery Recovery | | | |
| 7/2-7/13/07 | 72 | Surgery Recovery | | | |
| 7/16-7/20/07 | 40 | Surgery Recovery | | | |
| 7/23-7/27/07 | 40 | Surgery Recovery | | | |
| 7/30-8/3/07 | 40 | Surgery Recovery | | | |

**29.75 Sick Hours**

**888.00 Off Duty Injury**

SCANNED ON @ 02/29/2008

SCANNED ON 010

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _Joseph Betts_

BUREAU: _Operations_

DATE NOTIFIED: _01/02/07_    TIME NOTIFIED: _0800_

DIVISION: _024_    SWORN: ___    NON-SWORN: _X_    ③

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1545_ TO _1600_

HOURS USED: _____    TOTAL HOURS _15 mins._

**REASON FOR ABSENCE: (Describe below)**

|  |  |
|---|---|
| ___ ILLNESS | ___ TIME COMING |
| ___ INJURY JOB | ___ VACATION |
| _X_ NON-JOB | ___ FUNERAL LEAVE |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY |

___ SICK LEAVE PAY:    ___ WORKER'S COMP

___ SICK LEAVE NO PAY:    ___ NO LEAVE    ___ OTHER

___ RECOVERING AT    ___ HOME    ___ HOSPITAL

___ OTHER: _____

COMMENTS: _Physical Therapy_

**TOTAL COMP HOURS TO BE PAID:**

|  |  |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_[signature]_
( EMPLOYEE SIGNATURE )

_[signature]_    08/07/07
SUPERVISOR'S SIGNATURE

SCANNED OHO @ 2001 07 12 2009

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Smith_

BUREAU: _Operations_    DATE NOTIFIED: _01/04/07_    TIME NOTIFIED: _0800_

DIVISION: _CRU_    SWORN: _____    NON-SWORN: _X_

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1540_ TO _1600_    HOURS USED: _____    TOTAL HOURS _20 / 4 hrs_

### REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ___ ILLNESS | ___ TIME COMING |
| _X_ INJURY JOB | ___ VACATION |
| _X_ NON-JOB | ___ FUNERAL LEAVE |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY |

| | |
|---|---|
| ___ SICK LEAVE PAY: | ___ WORKER'S COMP |
| ___ SICK LEAVE NO PAY: | ___ NO LEAVE    ___ OTHER |
| RECOVERING AT | ___ HOME    ___ HOSPITAL |

OTHER: _____

COMMENTS: _Physical therapy_

### TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

_[signature]_
EMPLOYEE SIGNATURE

_[signature]_
SUPERVISOR'S SIGNATURE

SCANNED ON

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: Tonya Beebs

BUREAU: Field Services     DATE NOTIFIED: 1/5/07   TIME NOTIFIED:

DATES ABSENT: FROM 1/5/07   TO _____   DIVISION: _____   SWORN: X   NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _____   TO _____   HOURS USED: _____   TOTAL HOURS: 8

**REASON FOR ABSENCE: (Describe below)**

SICK LEAVE PAY: X   WORKER'S COMP _____

X   ILLNESS   _____ TIME COMING   SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____

_____ INJURY JOB   _____ VACATION   RECOVERING AT _____   HOME _____   HOSPITAL _____

_____ NON-JOB   _____ FUNERAL LEAVE   OTHER: _____

_____ LEAVE-UNPAID   _____ PERSONAL DAY   COMMENTS: Pink Eye · sent home

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME   _____ HOLIDAY

_____ COURT   _____ TOTAL

sent home
EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Beets

BUREAU: Field Services

DATE NOTIFIED: 1/8/07     TIME NOTIFIED: 10:15

DIVISION: _____     SWORN: _____     NON-SWORN: _____

DATES ABSENT: FROM 1/8/07 TO 10:15

ONE FULL DAY OR LESS - HOURS: FROM 10:15 TO 16:00     HOURS USED: _____     TOTAL HOURS 5.75

REASON FOR ABSENCE: (Describe below)

X ILLNESS _____ TIME COMING

_____ INJURY JOB _____ VACATION

_____ NON-JOB _____ FUNERAL LEAVE

_____ LEAVE-UNPAID _____ PERSONAL DAY

SICK LEAVE PAY: X     WORKER'S COMP _____

SICK LEAVE NO PAY: _____     NO LEAVE _____     OTHER _____

RECOVERING AT _____     HOME _____     HOSPITAL _____

OTHER: _____

COMMENTS: Vomiting

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME _____ HOLIDAY

_____ COURT _____ TOTAL

_____
Per Officer
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

SCANNED ON 01/08/2007 10:27:32

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Beets_

BUREAU: _FS_

DATE NOTIFIED: _1/9/07_  TIME NOTIFIED: _____

DIVISION: _____  SWORN: ___  NON-SWORN: _____

DATES ABSENT: FROM _1/9/07_ TO _____  HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  TOTAL HOURS: _8_

### REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _X_ ILLNESS | ____ TIME COMING | |
| ____ INJURY JOB | ____ VACATION | |
| ____ NON-JOB | ____ FUNERAL LEAVE | |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | |

SICK LEAVE PAY: _X_  WORKER'S COMP _____

SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

RECOVERING AT _____  HOME _____  HOSPITAL _____

OTHER: _____

COMMENTS: _flu-like symptoms_

### TOTAL COMP HOURS TO BE PAID:

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

_husband called_
EMPLOYEE SIGNATURE

_Sue LaMay_
SUPERVISOR'S SIGNATURE

SCANNED OHIO 01/31/2007

SCANNED ON

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Beefs

BUREAU: _____    DIVISION: _____    SWORN: __X__ NON-SWORN: _____

DATE NOTIFIED: 1/10/07    TIME NOTIFIED: 5:00

DATES ABSENT: FROM 1/10/07    TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____    TO _____    TOTAL HOURS 8

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _X_ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____    HOME _____    HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: Went to dr yesterday
Stomach virus

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

husband called
_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _Tom Butts_

BUREAU: _Operation_    DIVISION: _____    DATE NOTIFIED: _1/14/07_   TIME NOTIFIED: _1500_

    SWORN: _X_   NON-SWORN: _____

DATES ABSENT: FROM _____ TO _____    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _1530_ TO _1600_    TOTAL HOURS _1/2 HR_

**REASON FOR ABSENCE: (Describe below)**

_X_ ILLNESS          _____ TIME COMING       _____ SICK LEAVE PAY: _____   _____ WORKER'S COMP _____

_____ INJURY JOB     _____ VACATION          _____ SICK LEAVE NO PAY: _____   _____ NO LEAVE   _____ OTHER _____

_____ NON-JOB        _____ FUNERAL LEAVE     _____ RECOVERING AT _____ HOME _____ HOSPITAL _____

_____ LEAVE-UNPAID   _____ PERSONAL DAY      _____ OTHER: _____

**TOTAL COMP HOURS TO BE PAID:**      COMMENTS:

_____ OVERTIME       _____ HOLIDAY

_____ COURT          _____ TOTAL

EMPLOYEE SIGNATURE                    SUPERVISOR'S SIGNATURE

SCANNED on 09100 PM

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _Taylor Baus_

BUREAU: _Operations_

DATE NOTIFIED: _01/23/07_   TIME NOTIFIED: _0800_

DIVISION: _CRU_   SWORN: X   NON-SWORN: ___

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1530_ TO _1600_   HOURS USED: _____   TOTAL HOURS: _½_

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| ___ ILLNESS | ___ TIME COMING |
| ___ INJURY JOB | ___ VACATION |
| ___ NON-JOB | ___ FUNERAL LEAVE |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY |

SICK LEAVE PAY: _____

SICK LEAVE NO PAY: _____

RECOVERING AT: _____

OTHER: _____

COMMENTS: _____

WORKER'S COMP

NO LEAVE _____   OTHER _____

HOME _____   HOSPITAL _____

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

SCANNED ON @ 18 02

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tony Ambers_

BUREAU: _Operations_

DATE NOTIFIED: _01/24/07_  TIME NOTIFIED: _0800_

DIVISION: _PRU_  SWORN: ___  X NON-SWORN

DATES ABSENT: FROM _____ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1530_ TO _1630_  HOURS USED: _____

TOTAL HOURS _½_

**REASON FOR ABSENCE: (Describe below)**

SICK LEAVE PAY: _____    WORKER'S COMP _____

_____ ILLNESS     _____ TIME COMING

_____ INJURY JOB  _____ VACATION

SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

RECOVERING AT _____    HOME _____    HOSPITAL

_____ NON-JOB     _____ FUNERAL LEAVE

_____ LEAVE-UNPAID _____ PERSONAL DAY

OTHER: _____

COMMENTS: _Transport_

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME   _____ HOLIDAY

_____ COURT      _____ TOTAL

EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

SCANNED ON 2 0 0 8 ON QEHHAJS

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Coagh Beebs_

BUREAU: _Field Services_    DIVISION: _____    SWORN: _X_    NON-SWORN: _____

DATE NOTIFIED: _____    TIME NOTIFIED: _____

DATES ABSENT: FROM _1/25/07_ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1400_ TO _1600_    HOURS USED: _____    TOTAL HOURS _2 HRS_

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

WORKER'S COMP _____

NO LEAVE _____    OTHER _____

HOME _____    HOSPITAL _____

COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE

SUPERVISOR'S/DESIGNEE SIGNATURE

TIME KEEPER

Revised 9/97

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Beers_

BUREAU: _Operations_

DATES ABSENT: FROM _1/30/07_ TO _1530_ TO _1600_

ONE FULL DAY OR LESS - HOURS: FROM

DATE NOTIFIED: _130_ TIME NOTIFIED: _0800_

DIVISION: _____ SWORN: _____ NON-SWORN: _____

HOURS USED: _____ TOTAL HOURS _½_

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS                    _____ TIME COMING

_X_ INJURY JOB                   _____ VACATION

_____ NON-JOB                    _____ FUNERAL LEAVE

_____ LEAVE-UNPAID               _____ PERSONAL DAY

SICK LEAVE PAY: _____            WORKER'S COMP _____

SICK LEAVE NO PAY: _____         NO LEAVE _____ OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL

OTHER: _____

COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME                   _____ HOLIDAY

_____ COURT                      _____ TOTAL

_Tonya Beers_
EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED ON 2010 @

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Terry Scotts_

BUREAU: _Operations_

DATE NOTIFIED: _1/31_    TIME NOTIFIED: _0800_

DIVISION: _____  SWORN: _X_  NON-SWORN: _____

DATES ABSENT: FROM _1/31/07_ TO _____  HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _1530_ TO _1600_  TOTAL HOURS: _1/2_

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| _____ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| _X_ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| _X_ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ | HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | |

COMMENTS: _Physical Therapy on leave_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

_Terry M Scotts_
EMPLOYEE SIGNATURE

SUPERVISOR'S SIGNATURE

TIME KEEPER    Revised 9/87

SCANNED ON 2008 ® 20086 NO CANNED

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _Tony Roberts_

DATE NOTIFIED: _2/6_    TIME NOTIFIED: _0800_

BUREAU: _____    DIVISION: _____    SWORN: _____    NON-SWORN: _____

DATES ABSENT: FROM _2/6_ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _1520_ TO _1600_    TOTAL HOURS _½_

**REASON FOR ABSENCE: (Describe below)**

| | | | |
|---|---|---|---|
| _____ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| _X_ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____    OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ | HOME _____    HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | |

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

COMMENTS: _Physical Therapy_

EMPLOYEE SIGNATURE _Tony Roberts_

SUPERVISOR'S SIGNATURE _McLean_

Revised 9/87

SCANNED ON 2002/2/28

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _Joseph Boys_

BUREAU: _Patrolman_    DIVISION: _CPD_    SWORN: _X_ NON-SWORN: ____

DATES ABSENT: FROM _2/19_ TO ____

ONE FULL DAY OR LESS - HOURS: FROM _1530_ TO _1600_

DATE NOTIFIED: _2/19_    TIME NOTIFIED: ____

HOURS USED: _1600_    TOTAL HOURS: _72_

REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| ____ ILLNESS | ____ TIME COMING |
| ____ INJURY JOB | ____ VACATION |
| _X_ NON-JOB | ____ FUNERAL LEAVE |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY |

____ SICK LEAVE PAY:    ____ WORKER'S COMP

____ SICK LEAVE NO PAY:    ____ NO LEAVE    ____ OTHER

____ RECOVERING AT    ____ HOME    ____ HOSPITAL

____ OTHER:

COMMENTS: _Physical Therapy_

_(signature)_
SUPERVISOR'S SIGNATURE

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

_(signature)_
EMPLOYEE SIGNATURE

TIME KEEPER

Revised 9/87

SCANNED NO 20018

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Timothy Betts_

BUREAU: _Operations_          DATE NOTIFIED: _02/14_   TIME NOTIFIED: _0800_

DATES ABSENT: FROM _2/14/07_ TO _____   DIVISION: _CRU_   SWORN: _X_   NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM _1530_ TO _1600_   HOURS USED: _____   TOTAL HOURS: _1/2_

### REASON FOR ABSENCE: (Describe below)

_____ ILLNESS                    _____ TIME COMING          _____ SICK LEAVE PAY:           _____ WORKER'S COMP

__X__ INJURY JOB                 _____ VACATION             _____ SICK LEAVE NO PAY:        _____ NO LEAVE        _____ OTHER

_____ NON-JOB                    _____ FUNERAL LEAVE        _____ RECOVERING AT             _____ HOME           _____ HOSPITAL

_____ LEAVE-UNPAID               _____ PERSONAL DAY         _____ OTHER:

                                                           COMMENTS: _Physical Therapy_

### TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME                   _____ HOLIDAY

_____ COURT                      _____ TOTAL

_____                              _____
EMPLOYEE SIGNATURE                                     SUPERVISOR'S SIGNATURE

Revised 0/97

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Donie Beets_

BUREAU: _Operation_

DATE NOTIFIED: _2/15_   TIME NOTIFIED: _0800_

DIVISION: _CRU_   SWORN: _X_   NON-SWORN: _____

DATES ABSENT: FROM _2/15_ TO _____ HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _1530_ TO _1600_   TOTAL HOURS _1/2_

REASON FOR ABSENCE: (Describe below)

_____ ILLNESS          _____ TIME COMING        SICK LEAVE PAY: _____   WORKER'S COMP _____

_X_ INJURY JOB         _____ VACATION           SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _X_

_X_ NON-JOB            _____ FUNERAL LEAVE       RECOVERING AT _____   HOME _____   HOSPITAL _____

_____ LEAVE-UNPAID     _____ PERSONAL DAY        OTHER: _____

                                                 COMMENTS: _Physical Therapy_

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME         _____ HOLIDAY

_____ COURT            _____ TOTAL

_____                        _____
EMPLOYEE SIGNATURE                               SUPERVISOR'S SIGNATURE

SCANNED ON 2008

SCANNED ON O12832

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: _Ralph Beers_

BUREAU: _Operations_

DATES ABSENT: FROM _1500_ TO _1500_

ONE FULL DAY OR LESS - HOURS: FROM _1500_ TO _1600_    TOTAL HOURS _____

DATE NOTIFIED: _2/20_  TIME NOTIFIED: _0800_

DIVISION: _CRU_  SWORN: ___  NON-SWORN: _X_

HOURS USED: _____

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| ___ ILLNESS | ___ TIME COMING |
| ___ INJURY JOB | ___ VACATION |
| _X_ NON-JOB | ___ FUNERAL LEAVE |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY |

___ SICK LEAVE PAY:

___ SICK LEAVE NO PAY:

___ RECOVERING AT ___ HOME ___ HOSPITAL

___ OTHER:

___ WORKER'S COMP

___ NO LEAVE ___ OTHER

COMMENTS: _Dr appointment_

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

EMPLOYEE SIGNATURE _(signature)_

SUPERVISOR'S SIGNATURE _(signature)_

TIME VERIFIED

Revised 9/87

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tom Betts

BUREAU: Operations    DATE NOTIFIED: 2/28    TIME NOTIFIED: 0800

DATES ABSENT: FROM 3/01/07 TO 3/02/07    DIVISION: CRO    SWORN: X    NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1000    HOURS USED: 16    TOTAL HOURS 16

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| _____ ILLNESS | _____ TIME COMING | _____ SICK LEAVE PAY: | X WORKER'S COMP |
| X INJURY JOB | _____ VACATION | _____ SICK LEAVE NO PAY: | _____ NO LEAVE    _____ OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | _____ RECOVERING AT | _____ HOME    _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | _____ OTHER: | |

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

COMMENTS: 3/01/07
Reod test w/ DR
Dilan & Talkin Pushaw
3/02/07 Surger Date

T. Br Corey

EMPLOYEE SIGNATURE                SUPERVISORS SIGNATURE

TIME LIBRARY

Revised 9/87

SCANNED ON 7/00/10 DM

SCANNED ON 2007 (illegible)

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tanya Beets

DATE NOTIFIED: 3/1/07    TIME NOTIFIED: _____

BUREAU: FSA    DIVISION: CRU    SWORN: _____ NON-SWORN: ✓

DATES ABSENT: FROM 3/5/07 TO 3/9/07    HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS 40

### REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ✗ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ |
| _____ INJURY JOB | _____ VACATION | _____ SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

WORKER'S COMP

COMMENTS: Surgery Recovery

### TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

SCANNED ON 8/2/2008

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tania Beeth

BUREAU: FSB

DATE NOTIFIED: 3/4/07    TIME NOTIFIED:

DIVISION: CRU    SWORN: ✓    NON-SWORN:

DATES ABSENT: FROM 3/8/07 TO 3/4/07    HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS: 40

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | ___ TIME COMING | |
| ___ INJURY JOB | ___ VACATION | |
| ___ NON-JOB | ___ FUNERAL LEAVE | |
| ___ LEAVE-UNPAID | ___ PERSONAL DAY | |

SICK LEAVE PAY: _____    WORKER'S COMP: _____

SICK LEAVE NO PAY: _____    NO LEAVE _____ OTHER _____

RECOVERING AT _____    HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS: Surgery Recovery

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

SCANNED ON 20010 NO REDDER

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beeb

BUREAU: FSB

DATE NOTIFIED: _____    TIME NOTIFIED: _____

DIVISION: CRU    SWORN: ✓    NON-SWORN: _____

DATES ABSENT: FROM 3/19/07 TO 3/23/07    HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 1200    TOTAL HOURS 40

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | TIME COMING _____ | SICK LEAVE PAY: _____    WORKER'S COMP _____ |
| ____ INJURY JOB | VACATION _____ | SICK LEAVE NO PAY: ____    NO LEAVE ____    OTHER ____ |
| ____ NON-JOB | FUNERAL LEAVE _____ | RECOVERING AT ____    HOME ____    HOSPITAL ____ |
| ____ LEAVE-UNPAID | PERSONAL DAY _____ | OTHER: _____ |
| | | COMMENTS: _____ |

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

_____    _____
EMPLOYEE SIGNATURE                  SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. BEETS

DATE NOTIFIED: 4/3/07    TIME NOTIFIED: 1112

BUREAU: FS    DIVISION: CRM    SWORN: ✓    NON-SWORN: _____

DATES ABSENT: FROM 3-26-07 TO 4-6-07    HOURS USED: 80

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

REASON FOR ABSENCE: (Describe below)

| | | | | |
|---|---|---|---|---|
| ☒ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ | |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | _____ NO LEAVE | _____ OTHER |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT | _____ HOME | _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | | |

COMMENTS: 3/26 - 3/30  40hrs
4/2 - 4/6  40hrs

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

N/A

EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE  T. Bishop #414

SCANNED ON  8/8/2001  NO CHANGES
Revised 9/97

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Betts

BUREAU: FSB          DIVISION: CBU          SWORN: ___  NON-SWORN: ___

DATE NOTIFIED: _____      TIME NOTIFIED: _____

DATES ABSENT FROM 4/9/07 TO 4/29/07          HOURS USED: 80     TOTAL HOURS: 0

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600          TOTAL HOURS: 0

### REASON FOR ABSENCE: (Describe below)

| | |
|---|---|
| X  ILLNESS | SICK LEAVE PAY: _____          WORKER'S COMP _____ |
| ___  TIME COMING | SICK LEAVE NO PAY: _____     NO LEAVE _____     OTHER _____ |
| ___  VACATION | RECOVERING AT _____     HOME _____     HOSPITAL _____ |
| ___  INJURY JOB | |
| ___  NON-JOB | OTHER: _____ |
| ___  FUNERAL LEAVE | |
| ___  LEAVE-UNPAID | COMMENTS: _____ |
| ___  PERSONAL DAY | |

### TOTAL COMP HOURS TO BE PAID:

___  OVERTIME          ___  HOLIDAY

___  COURT          ___  TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: T. Beets

BUREAU: FSB

DATES ABSENT: FROM 4/23/07 TO 5/4/07

DATE NOTIFIED: 4/23/07   TIME NOTIFIED: _____

DIVISION: CID   SWORN: _____   NON-SWORN: _____

ONE FULL DAY OR LESS - HOURS: FROM 0900 TO 1700   HOURS USED: 80   TOTAL HOURS: 40

**REASON FOR ABSENCE: (Describe below)**

| | |
|---|---|
| ✓ ILLNESS | ____ TIME COMING |
| ____ INJURY JOB | ____ VACATION |
| ____ NON-JOB | ____ FUNERAL LEAVE |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY |

SICK LEAVE PAY: _____   WORKER'S COMP _____

SICK LEAVE NO PAY: ____ NO LEAVE ____ OTHER ____

RECOVERING AT ____ HOME ____ HOSPITAL

OTHER: _____

COMMENTS: 4/23 - 4/30  48hrs
5/1 - 5/4  32hrs

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| ____ OVERTIME | ____ HOLIDAY |
| ____ COURT | ____ TOTAL |

_T.A. On Note_
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beeb

BUREAU: FSB

DATES ABSENT: FROM 5/7/07 TO 5/11/07

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600 TOTAL HOURS 40

DATE NOTIFIED: _____ TIME NOTIFIED: _____

DIVISION: OS SWORN: _____ NON-SWORN: _____

HOURS USED: 40

REASON FOR ABSENCE: (Describe below)

SICK LEAVE PAY: _____ WORKER'S COMP _____

| X | ILLNESS | | TIME COMING | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| | INJURY JOB | | VACATION | RECOVERING AT | HOME | HOSPITAL |
| | NON-JOB | | FUNERAL LEAVE | OTHER: | | |
| | LEAVE-UNPAID | | PERSONAL DAY | COMMENTS: | | |

TOTAL COMP HOURS TO BE PAID:

| | OVERTIME | | HOLIDAY |
| | COURT | | TOTAL |

EMPLOYEE SIGNATURE _____        SUPERVISOR'S SIGNATURE _____

SCANNED ON 2018 C0010 NO SCANNED
Revised 9/87

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beeb

BUREAU: FSB

DATE NOTIFIED: _____  TIME NOTIFIED: _____

DIVISION: CRU  SWORN: _____  NON-SWORN: _____

DATES ABSENT: FROM 5/14/07 TO 5/18/07  HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM 0820 TO 1600  TOTAL HOURS: 40

### REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| X ILLNESS | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| _____ TIME COMING | SICK LEAVE NO PAY: _____ | NO LEAVE _____  OTHER _____ |
| _____ VACATION | RECOVERING AT _____ | HOME _____  HOSPITAL _____ |
| _____ INJURY JOB | | |
| _____ NON-JOB | OTHER: _____ | |
| _____ FUNERAL LEAVE | | |
| _____ LEAVE-UNPAID | COMMENTS: _____ | |
| _____ PERSONAL DAY | | |

### TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME  _____ HOLIDAY

_____ COURT  _____ TOTAL

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

SCANNED □ NO COSTS □ NO

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Beets

BUREAU: Field Services    DATE NOTIFIED: _____    TIME NOTIFIED: _____

DIVISION: CRU    SWORN: ____    NON-SWORN: X

DATES ABSENT: FROM 5-21-07 TO 5-25-07    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS 40

REASON FOR ABSENCE: (Describe below)

____ ILLNESS    ____ TIME COMING    SICK LEAVE PAY: _____    WORKER'S COMP _____

____ INJURY JOB    ____ VACATION    SICK LEAVE NO PAY: _____    NO LEAVE _____    OTHER _____

____ NON-JOB    ____ FUNERAL LEAVE    RECOVERING AT _____    HOME _____    HOSPITAL _____

____ LEAVE-UNPAID    ____ PERSONAL DAY    OTHER: _____

COMMENTS: _____

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME    ____ HOLIDAY

____ COURT    ____ TOTAL

_____    Sgt. David Kirke
EMPLOYEE SIGNATURE    SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Beets

BUREAU: Field Services    DATE NOTIFIED: _____  TIME NOTIFIED: _____

DIVISION: CRU    SWORN: X    NON-SWORN: _____

DATES ABSENT: FROM 5-29-07 TO 6-1-07    HOURS USED: 32

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS _____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ✓ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ |
| _____ INJURY JOB | _____ VACATION | _____ SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____  HOME _____  HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |

COMMENTS: 5/29 - 5/31  24 hrs
6/1  8 hrs

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE Sgt David Noska

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Bsn

BUREAU: FSB

DATES ABSENT: FROM 6/4/07 TO 6/8/07

DATE NOTIFIED: _____ TIME NOTIFIED: _____

DIVISION: CLJ SWORN: ✓ NON-SWORN: _____

HOURS USED: 40 TOTAL HOURS: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____

REASON FOR ABSENCE: (Describe below)

| | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| ILLNESS | | |
| | TIME COMING | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| INJURY JOB | VACATION | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| NON-JOB | FUNERAL LEAVE | OTHER: _____ |
| LEAVE-UNPAID | PERSONAL DAY | COMMENTS: _____ |

TOTAL COMP HOURS TO BE PAID:

| OVERTIME | HOLIDAY |
| COURT | TOTAL |

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beeb

BUREAU: FSB                    DIVISION: C.I.   SWORN: 40   NON-SWORN ____

DATES ABSENT: FROM 6/11/07 TO 6/15/07   HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM ____ TO ____ TOTAL HOURS ____

DATE NOTIFIED: ____   TIME NOTIFIED: ____

REASON FOR ABSENCE: (Describe below)

| X ILLNESS | TIME COMING | SICK LEAVE PAY: | SICK LEAVE NO PAY: | NO LEAVE | OTHER |
| INJURY JOB | VACATION | RECOVERING AT | HOME | HOSPITAL | WORKER'S COMP |
| NON-JOB | FUNERAL LEAVE | OTHER: | | | |
| LEAVE-UNPAID | PERSONAL DAY | COMMENTS: | | | |

TOTAL COMP HOURS TO BE PAID:

____ OVERTIME   ____ HOLIDAY

____ COURT      ____ TOTAL

EMPLOYEE SIGNATURE ____

SUPERVISOR'S SIGNATURE ____

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T REED

BUREAU: FB

DATE NOTIFIED: _____    TIME NOTIFIED: _____

DIVISION: CRU    SWORN: _____    NON-SWORN: _____

DATES ABSENT: FROM 4/6/07 TO 6/22/07    HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM Open TO Open    TOTAL HOURS 40

REASON FOR ABSENCE: (Describe below)

X ILLNESS

_____ INJURY JOB

_____ NON-JOB

_____ LEAVE-UNPAID

_____ TIME COMING

_____ VACATION

_____ FUNERAL LEAVE

_____ PERSONAL DAY

SICK LEAVE PAY: _____

SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____

RECOVERING AT _____ HOME _____ HOSPITAL _____

OTHER: _____

COMMENTS: _____

WORKER'S COMP _____

TOTAL COMP HOURS TO BE PAID:

_____ OVERTIME

_____ COURT

_____ HOLIDAY

_____ TOTAL

_____
EMPLOYEE SIGNATURE

_____
SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Beers #0540

DATE NOTIFIED: 6-25-07    TIME NOTIFIED: 1245

BUREAU: E/5    DIVISION: PATROL    SWORN: _____    NON-SWORN: _____

DATES ABSENT: FROM 6-25-07 TO 6-28-07    HOURS USED: _____

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____    TOTAL HOURS 40

REASON FOR ABSENCE: (Describe below)

| | | | |
|---|---|---|---|
| X ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ | WORKER'S COMP _____ |
| _____ INJURY-JOB | _____ VACATION | SICK LEAVE NO PAY: _____ | NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ | |

COMMENTS: Recovering

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT N/A | _____ TOTAL |

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____ #0010    0411

TIME KEEPER _____

SCANNED   NO OK

SCANNED ON 09/10/2010

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: T Beeb

BUREAU: FSB

DATE NOTIFIED: _____   TIME NOTIFIED: _____

DIVISION: CID   SWORN: ___   NON-SWORN: ___

DATES ABSENT: FROM 7/2/67 TO 7/13/07   HOURS USED: 72

ONE FULL DAY OR LESS - HOURS: FROM 0820 TO 1200   TOTAL HOURS 72

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| X ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____   WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____   NO LEAVE _____   OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____   HOME _____   HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: 7/4 mandatory holiday off |

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME   _____ HOLIDAY

_____ COURT   _____ TOTAL

_____   _____
EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

**UNSCHEDULED TIME OFF / COMP PAY REQUEST**

NAME: T. Beets

BUREAU: FSB                DIVISION: CRU

DATE NOTIFIED: 7/16/07   TIME NOTIFIED: ____  SWORN: ____  NON-SWORN: ____

DATES ABSENT: FROM 7/16/07 TO 7/20/07

ONE FULL DAY OR LESS - HOURS: FROM ____ TO ____   HOURS USED: 40   TOTAL HOURS: ____

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ☒ ILLNESS | ____ TIME COMING | |
| ____ INJURY JOB | ____ VACATION | |
| ____ NON-JOB | ____ FUNERAL LEAVE | |
| ____ LEAVE-UNPAID | ____ PERSONAL DAY | |

SICK LEAVE PAY: ____   WORKER'S COMP ____

SICK LEAVE NO PAY: ____   NO LEAVE ____   OTHER ____

RECOVERING AT ____   HOME ____   HOSPITAL ____

OTHER: ____

COMMENTS: ____

**TOTAL COMP HOURS TO BE PAID:**

____ OVERTIME        ____ HOLIDAY

____ COURT           ____ TOTAL

_____        _____
EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Beets_

BUREAU: _____  DIVISION: _____  SWORN: _____  NON-SWORN: _____

DATES ABSENT: FROM _7/23/07_ TO _7/27/07_  HOURS USED: _____  40

ONE FULL DAY OR LESS - HOURS: FROM _____ TO _____  TOTAL HOURS: _____

**REASON FOR ABSENCE: (Describe below)**  SICK LEAVE PAY: _✓_  WORKER'S COMP _____

_____ ILLNESS  _____ TIME COMING  SICK LEAVE NO PAY: _____  NO LEAVE _____  OTHER _____

_____ INJURY JOB  _____ VACATION  RECOVERING AT _____  HOME _____  HOSPITAL _____

_____ NON-JOB  _____ FUNERAL LEAVE  OTHER: _____

_____ LEAVE-UNPAID  _____ PERSONAL DAY  COMMENTS: _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME  _____ HOLIDAY

_____ COURT  _____ TOTAL

_____       _____
EMPLOYEE SIGNATURE                SUPERVISOR'S SIGNATURE

SCANNED ON 01/08/08

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Beets_

BUREAU: _____  DATE NOTIFIED: _7/26/07_  TIME NOTIFIED: _____

DIVISION: _____  SWORN: _____  NON-SWORN: ___8___

DATES ABSENT: FROM _7/26/07_ TO _7/26/07_

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _____  HOURS USED: _1400_  TOTAL HOURS: _8_

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ___ ILLNESS | ___ TIME COMING | ___ SICK LEAVE PAY ___ WORKER'S COMP |
| ___ INJURY JOB | ___ VACATION | ___ SICK LEAVE NO PAY: ___ NO LEAVE ___ OTHER |
| ___ NON-JOB | ___ FUNERAL LEAVE | ___ RECOVERING AT ___ HOME ___ HOSPITAL |
| _✓_ LEAVE-UNPAID | ___ PERSONAL DAY | ___ OTHER: |
| | | ___ COMMENTS: |

**TOTAL COMP HOURS TO BE PAID:**

___ OVERTIME      ___ HOLIDAY

___ COURT         ___ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

901
R330
No Pay
Unexcused

Revised 9/8

SCANNED 200 MAY @2 2008





## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. BEED

BUREAU: FSB          DIVISION: CLU          SWORN: ✓   NON-SWORN: ____

DATE NOTIFIED: _____   TIME NOTIFIED: _____

DATES ABSENT: FROM 7/23/07 TO 7/27/07          HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600          TOTAL HOURS: 40

### REASON FOR ABSENCE: (Describe below)

☒ ILLNESS          ____ TIME COMING

____ INJURY JOB          ____ VACATION

____ NON-JOB          ____ FUNERAL LEAVE

____ LEAVE-UNPAID          ____ PERSONAL DAY

SICK LEAVE PAY: ____   WORKER'S COMP ____

SICK LEAVE NO PAY: ____   NO LEAVE ____   OTHER ____

RECOVERING AT   HOME ____   HOSPITAL ____

OTHER: ____

COMMENTS: ____

### TOTAL COMP HOURS TO BE PAID:

____ OVERTIME          ____ HOLIDAY

____ COURT          ____ TOTAL

_____          _____
EMPLOYEE SIGNATURE          SUPERVISOR'S SIGNATURE

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tonya Beets_

BUREAU: _Patrol_

DATE NOTIFIED: _____ TIME NOTIFIED: _____

DIVISION: _____ SWORN: _____ NON-SWORN: _X_

DATES ABSENT: FROM _7/3/07_ TO _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_ HOURS USED: _____ TOTAL HOURS: _8_

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| _____ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ |
| _✓_ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME |
| _✓_ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: _____ |
| | | COMMENTS: _____ |

WORKER'S COMP _____

NO LEAVE _____ OTHER _____

HOSPITAL _____

**TOTAL COMP HOURS TO BE PAID:**

_____ OVERTIME    _____ HOLIDAY

_____ COURT    _____ TOTAL

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

(handwritten notes: 100% no pay, R330, no pay, unexcuse)

SCANNED ON 2008

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: Tonya Beets

BUREAU: Patrol    DATE NOTIFIED: 7/24/07    TIME NOTIFIED: 7/24/07

DIVISION: ___    SWORN: ___    NON-SWORN: X

DATES ABSENT: FROM 7/24/07 TO ___

ONE FULL DAY OR LESS - HOURS: FROM 0800 TO 1600    HOURS USED: 8    TOTAL HOURS 8

**REASON FOR ABSENCE: (Describe below)**

- ___ ILLNESS                     ___ TIME COMING
- ___ INJURY JOB                  ___ VACATION
- ___ NON-JOB                     ___ FUNERAL LEAVE
- ✓ LEAVE-UNPAID                 ___ PERSONAL DAY

SICK LEAVE PAY: ___

SICK LEAVE NO PAY: ___

RECOVERING AT ___ HOME ___ HOSPITAL

OTHER: ___

COMMENTS: ___

WORKER'S COMP ___

NO LEAVE ___    OTHER unexcused

901
no pay
unexcuse

R330

no pay
unexcused

**TOTAL COMP HOURS TO BE PAID:**

- ___ OVERTIME    ___ HOLIDAY
- ___ COURT       ___ TOTAL

EMPLOYEE SIGNATURE ___

SUPERVISOR'S SIGNATURE #401

Revised 9/87

SCANNED ON 01/08



UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: _Tanya Beets_

BUREAU: _____  DIVISION: _____  SWORN: ___  NON-SWORN: _X_

DATES ABSENT: FROM _7/25/07_ TO _7/25/07_  DATE NOTIFIED: _7/25/07_  TIME NOTIFIED: _____

ONE FULL DAY OR LESS - HOURS: FROM _0800_ TO _1600_  HOURS USED: _____  TOTAL HOURS _8_

REASON FOR ABSENCE: (Describe below)

| | | |
|---|---|---|
| ___ ILLNESS | ___ TIME COMING | SICK LEAVE PAY: _____  WORKER'S COMP _____ |
| ___ INJURY JOB | ___ VACATION | SICK LEAVE NO PAY: ___ NO LEAVE  ___ OTHER |
| ___ NON-JOB | ___ FUNERAL LEAVE | RECOVERING AT ___ HOME  ___ HOSPITAL |
| _X_ LEAVE-UNPAID | ___ PERSONAL DAY | OTHER: _____  COMMENTS: _____ |

TOTAL COMP HOURS TO BE PAID:

| | |
|---|---|
| ___ OVERTIME | ___ HOLIDAY |
| ___ COURT | ___ TOTAL |

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____

Revised 9/87

SCANNED ON 01-01-2021

## UNSCHEDULED TIME OFF / COMP PAY REQUEST

NAME: T. Brett

BUREAU: FSB

DATE NOTIFIED: 7/2/07   TIME NOTIFIED: 0820

DIVISION: CRU   SWORN: _____ NON-SWORN: _____

DATES ABSENT: FROM 0800 TO 1600   HOURS USED: 40

ONE FULL DAY OR LESS - HOURS: FROM 7/23/07 TO 8/3/07   TOTAL HOURS 40

**REASON FOR ABSENCE: (Describe below)**

| | | |
|---|---|---|
| ✗ ILLNESS | _____ TIME COMING | SICK LEAVE PAY: _____ WORKER'S COMP _____ |
| _____ INJURY JOB | _____ VACATION | SICK LEAVE NO PAY: _____ NO LEAVE _____ OTHER _____ |
| _____ NON-JOB | _____ FUNERAL LEAVE | RECOVERING AT _____ HOME _____ HOSPITAL _____ |
| _____ LEAVE-UNPAID | _____ PERSONAL DAY | OTHER: 7/30 - 7/31 16 |
| | | 8/1 - 8/3 24 |

**TOTAL COMP HOURS TO BE PAID:**

| | |
|---|---|
| _____ OVERTIME | _____ HOLIDAY |
| _____ COURT | _____ TOTAL |

COMMENTS: _____

EMPLOYEE SIGNATURE _____

SUPERVISOR'S SIGNATURE _____