| | | | |
|---|---|---|---|
| 119:3,23; 123:19; 164:18; 169:21; 171:8; 176:1,3; 177:17; 178:13; 180:5 | rejecting 136:22 relate 168:14 related 35:8; 51:14; 77:21; 93:12; 141:6; 144:9; 151:2,3; 169:4; 172:16; 186:11; 207:3; 209:20; 210:2; 211:17; 212:6,7; 217:9 | 206:15 requires 53:20; 54:8 requiring 10:24 res 94:21 reserve 177:6 reserves 108:6 resolution 6:1 resolved 5:24; 95:5 resources 97:11 respect 6:16; 29:2; 38:24; 44:7; 60:11; 68:15; 90:22; 91:10; 92:4; 93:6; 108:12; 127:5; 136:13; 140:22; 141:8,22; 149:19; 150:8; 168:9; 175:21; 177:2; 212:5 respective 70:19 respond 10:5; 51:14; 82:23; 92:20; 121:15 respondent 3:24; 188:22 Respondent's 40:5; 159:14; 186:3 responds 95:2 response 15:9; 27:19; 88:9; 174:21; 182:16; 184:21; 215:24 responsibilities 100:14,18 responsibility 217:13 responsive 50:4 rest 67:18; 145:21; 146:12; 191:13; 210:21 rested 106:15; 214:4 resting 67:21 restrictions 18:20; 53:3; 158:6 result 9:22; 60:21; 123:12; 138:17; 179:23; 193:11; 200:2,10; 201:6; 208:23; 213:20 resulted 135:22; 154:19; 155:8 retake 192:12 retaliate 208:9 retaliation 208:5,20 retaliatory 11:8; 36:22 retired 105:1 retiring 105:13 return 46:20; 87:15; 105:12; 109:10; 111:5,8, 12; 123:5,13; 154:7; 155:20; 157:8; 158:5; 175:21; 187:19; 188:1; 199:12 returned 105:3; 149:24; 151:9 returning 124:4; 150:4,20; 157:19 returns 157:9 review 17:16; 100:18; 117:12; 140:21; 141:15; 142:7; 193:3,12 reviewed 139:17; 192:23 reviewing 126:8 reviews 109:5 revisal 117:6 revised 117:6 revisions 8:7 revisit 5:13; 7:3; 183:1 right-hand 34:3 rights 36:10; 94:16; 102:24; 103:15,17,21; 205:24; 206:8,13,15,19,20 Rita 203:23 ROCKFORD 1:1,6.5,7,12.5, 14.5,16,24; 6:18; 7:11; 12:5; 13:20,22; 15:18; 16:3,10,14; 18:12; 25:19; 33:11; 43:22; 44:5,12,18, | 24; 45:12; 48:16,22,24; 49:6; 55:7,19; 56:11,12, 15,16,23; 59:8; 60:8; 61:15; 79:13; 89:16; 90:14; 115:19; 116:3,18; 125:18; 127:15; 129:2; 131:21,23; 132:1; 133:12; 134:3; 142:2; 165:19; 176:15; 182:21,23; 184:9; 186:9; 188:22; 192:17; 204:7,17; 210:7; 217:16 Rockford's 7:17 role 50:6; 54:3; 90:12,23 room 68:24; 69:5; 74:7; 131:16 root 141:21 rule 72:8; 75:1 ruled 4:6; 199:12 rules 7:16; 55:23; 75:2,6, 8; 104:2 ruling 94:15 run 76:21; 124:12 running 57:3; 132:23; 191:19 rushed 138:11 Ryan 97:9 Ryan's 97:10; 98:19; 147:17 |
| recognized 147:16 recognizes 166:13 recollection 58:24; 59:4; 195:20,21 recommendation 112:2,13 recommended 133:10; 154:4 reconvene 192:4; 214:13 reconvened 215:5 reconvening 214:7; 215:4 record 3:7,8; 6:16,22; 7:9,10; 8:2,12; 15:12; 16:24; 17:2; 30:24; 31:1, 2; 37:18; 39:11; 41:12; 46:21,22; 47:11,21,24; 48:2,5,12; 69:17; 78:15; 89:5; 107:17; 110:8; 115:18; 128:23; 129:2,11; 131:2; 146:2; 149:3; 166:12; 170:22; 194:16; 198:4; 199:15; 203:21; 206:4; 211:13; 213:6; 214:11; 215:1 records 12:16; 16:9,13; 17:9,12,14,16,18; 18:2; 19:3; 28:24; 141:11; 142:1; 192:23,24; 193:3; 195:16; 197:22; 198:13; 211:3,15,23 recover 212:8 recovers 91:14 recovery 173:12 recross 2:8,11.5,15.5,19; 65:11; 108:21 RECROSS-EXAMINATION 65:14; 108:23; 127:11; 188:10 red 206:4 redid 30:7,8 redirect 2:7.5,11,12,15, 18.5; 45:23; 62:7,10; 107:21; 108:1; 109:14; 115:13; 126:13,15; 185:11 refer 185:20 referenced 198:11 referral 115:7 referred 52:21; 114:16 referring 151:14,15 reflect 6:16,22; 48:2; 59:4; 137:23; 141:17; 142:9; 170:23 reflected 110:24 reflection 146:7 refresh 58:24; 194:5,7 refreshes 195:19,21 regard 116:6; 121:2,8,9 regarding 3:18; 19:21; 20:1; 24:11,23; 62:12,14; 63:5; 116:17; 117:22; 119:11; 123:15; 126:7; 144:13; 157:6; 159:21; 180:4; 184:22; 186:18; 188:12,20; 190:6; 193:2; 207:1,5; 209:10 regardless 77:15; 195:20; 209:24 regs 55:23 regular 9:19; 35:6; 52:9; 104:14; 158:6; 203:17; 204:8; 207:23 regularity 202:20 regularly 9:10; 18:12; 25:20; 200:11 regulation 75:1 regulations 7:16; 75:3,6, 8; 104:2 reiterate 72:4; 213:13 | relating 144:13 Relations 13:19; 93:19; 199:5 release 160:17; 161:3; 162:1 released 111:15; 113:3; 119:7 releasing 161:8 relevance 30:18; 35:1; 40:7; 59:12; 65:21; 79:4; 161:6,16; 166:14,16; 186:20 relevancy 98:7 relevant 31:11; 38:5,10; 98:8; 142:23; 165:21; 167:1,4,15,19 reliability 55:4; 167:20 reliable 55:16; 204:22; 210:6 relied 33:20; 41:5; 43:23; 143:6 remain 215:8 remains 172:16 remember 59:20; 60:15,16; 61:12; 80:20; 82:5; 152:20; 163:17; 164:2,7; 175:19; 176:2,21; 183:21; 200:22 removed 141:21 removing 154:17 rendered 75:20 renders 75:20; 78:5 repair 151:21 repeated 9:11 repeatedly 121:11 repercussions 201:16,18,19 rephrase 29:4 replace 54:12; 201:20,22 replacing 54:18 report 51:13; 100:18; 110:17,20,22,24; 114:11; 117:16; 123:17,23; 124:1, 12,17; 125:3,4; 129:15; 202:20 reported 1:22; 69:2; 150:6 reporter 2:24; 3:14; 69:3; 217:3,19.5 reporting 1:23; 49:16; 52:15,16; 53:3,16,19; 54:6; 83:3; 99:13 reports 30:5; 52:19,20,23; 24; 133:11; 170:24 represent 3:23; 8:23; 32:13; 120:14 representation 61:21; 86:8,14 representative 74:11; 153:15 represented 5:15; 23:13; 25:9 represents 25:24 reproduced 217:14 request 7:3; 69:5; 84:22; 98:7; 148:21; 152:12 requested 123:5; 156:9; 163:5 require 173:16; 206:14 required 51:22; 52:18; 147:5 requirement 203:17; 204:9; | | S S-w-e-e-n-e-y 110:9 Safety 82:7 salary 54:2 same 33:14; 43:13; 54:11; 55:13; 61:24; 64:12; 79:3; 111:17; 119:4; 139:8; 147:2,3; 157:6; 158:12; 175:18; 182:7; 205:6; 215:8 sat 105:6 Saturday 5:18; 6:17,23 save 24:4 saw 96:21; 213:4 saying 61:10,12; 69:9,12, 20; 70:1; 71:10; 73:17; 79:2; 81:6; 87:16; 88:8; 98:5; 132:20; 176:21; 215:19 says 4:17; 27:6; 33:19; 34:10; 63:3,20,22; 64:4; 66:18; 67:1; 91:13; 96:23; 97:13,16,17; 98:12; 101:1; 104:11; 117:14; 151:15; 161:8; 182:5; 188:13,16,21; 190:8; 196:23; 212:15 scale 165:10; 168:22; 172:10; 179:17; 181:2 scandalous 208:12 scene 132:19 schedule 5:21 scheduled 6:23; 9:10; 18:13; 20:10; 21:2; 25:20; 200:11 schedules 214:16 school 66:16; 162:15; 203:23 schools 173:16 scope 106:11,20; 113:10; 119:5,21 screw 212:24 seal 217:15 seat 48:11; 89:4; 110:7; 131:1 second 1:18.5; 35:4; 36:1; 45:22; 68:12,17; 69:22; 84:1,16,20; 85:3; 87:14, |

15; 88:5,6; 97:6; 106:1;
118:18; 139:12; 140:1,5;
143:17; 145:14; 148:15;
156:15; 159:2,5; 189:21;
190:2; 209:2,6; 210:23;
215:15,16
**seconded** 215:17
**seconds** 84:14,19
**secretary** 1:10.5; 3:5,13;
4:2,15,19; 5:4; 6:10,15,
21; 8:8,11,21,22; 12:6;
14:18,24; 15:4,11,14,16;
17:4,7; 18:9; 21:19;
23:12,18,23; 24:7; 26:19;
27:24; 28:21; 29:1,11;
30:17,20; 31:13,17;
32:18; 35:4; 36:5,17,20;
37:10,15; 38:8,22; 39:9;
40:6,13,16; 41:12,17;
42:4,14,18; 43:1; 45:22;
46:1,4,8,11,18,20; 47:5,
10,20; 48:11,14; 56:3;
57:16,19,21; 58:1,18;
59:13; 62:7; 65:11,23;
67:12,15,20,23; 68:10,18,
22; 69:4; 70:3,6; 72:2,
20; 73:2,6,16,20,23;
74:8,18,24; 75:6,12,17;
76:1,7,10,17; 77:2,6,9,
12; 78:11,13; 79:1,11,14,
23; 80:18; 81:6,16,20;
83:3,17,22; 84:9,11,14,
18; 85:3,12,17,19,22;
86:6,13,16,19; 87:3,8,15,
22; 88:5,7,10,14,19,22,
24; 89:4,8; 93:4; 94:20;
95:6,13,17; 96:2; 98:9,
24; 103:3,8; 106:15,19,
23; 107:6,10,12,16,22;
108:21; 109:21,23; 110:3,
7; 111:9,18,20,24; 113:6,
8; 114:9,23; 115:10,13;
119:8,15; 124:22; 125:21;
126:13; 127:9; 128:9,12,
14,19,22; 129:4,12,20,23;
130:7,13,17,19; 131:1;
133:16; 134:6,12,19,21;
135:11; 143:1,9,15,18,20;
144:5,15,21; 145:9,23;
146:10,14,17; 148:19;
149:3,17; 151:7; 153:14;
155:10,12,14,18; 156:24;
161:17; 164:9,12; 166:8;
167:22; 168:5,18; 170:20,
22; 171:4; 176:24;
177:13; 183:5,8; 184:18;
186:20; 187:8,22; 188:3,
6; 189:12,14,20; 190:1;
191:2,5,8,11,14,17,22;
192:13; 195:13,17; 197:5;
198:2,16,23; 199:14,18;
213:12,24; 214:19; 215:1,
15,17,23; 216:1
**section** 7:18; 10:11,12;
75:7; 81:11; 85:8,9;
100:21; 102:18; 103:17,
23; 117:10,11,14; 163:22;
165:5,7,13; 169:3; 172:3;
6,10; 174:1,10,15; 178:6,
9; 179:15; 180:23; 181:1,
6,24; 182:7; 202:13;
206:8; 215:3
**see** 5:3; 12:18; 14:6;
20:7; 40:6; 59:20; 62:2;
65:21; 70:11; 74:4; 98:7;
127:17; 133:2; 139:3;
140:2; 144:1; 148:22;
150:12; 160:22; 167:12;

170:8; 190:10; 197:6
**seeing** 67:2; 152:23;
176:21; 177:2
**seek** 137:16
**seems** 154:9
**seen** 30:3; 33:3; 93:23;
94:2; 96:19; 97:14;
115:7; 134:17; 195:8;
212:12
**sees** 116:9
**send** 211:7
**seniority** 92:9
**sense** 47:20
**sensing** 83:18
**sent** 8:7; 110:17; 125:8;
152:9,11; 211:5
**separate** 70:2; 159:18;
189:4,6
**separated** 30:7
**September** 4:9; 111:14;
113:4; 144:3; 146:12;
156:11,15,16; 157:13;
163:4; 175:2,5; 176:6
**sequential** 42:7
**sergeant** 74:1,2; 90:2,3;
164:6,21,23; 165:7,11,14;
168:21,23; 169:3; 173:1,
4,11; 174:11,18,23;
175:6,11; 177:19; 178:2,
8; 196:18
**Sergeants** 170:14; 171:20;
172:11,14; 202:11
**servants** 207:24
**serve** 81:13
**served** 90:13; 91:8
**service** 10:6; 54:11;
55:11; 82:12; 117:15;
121:16; 201:15
**services** 1:23; 48:22;
49:4,10,23,24; 50:2,8;
51:4,8,18; 52:7; 117:24;
118:14,23; 126:1,5;
127:22; 129:8; 183:18;
205:21
**session** 68:12,23; 69:2;
71:1,24; 83:20; 87:9,13;
16,21,23; 192:3,8;
214:10; 215:10
**set** 5:5,9,22; 6:4,14,17;
7:4; 95:10,24
**sets** 198:4
**settle** 134:3; 159:7;
212:16
**settled** 161:9; 189:10
**settlement** 13:1; 40:1;
158:20; 159:12,17,19,21;
186:5; 188:12,14; 189:23;
190:2
**settlements** 40:8; 158:22;
159:18; 188:7; 189:6;
199:8
**seven** 116:9; 131:19;
135:24
**seventh** 1:14; 137:4;
203:15,22,24; 209:10,16
**several** 7:13; 8:16; 12:23;
59:18; 83:14; 105:5;
117:6; 119:12; 124:2;
136:1; 137:3; 208:17;
211:4
**Shakes** 6:19; 45:16; 128:10
**shall** 91:6; 99:9; 100:23;
101:1,22; 108:9
**share** 55:14; 154:9
**shattered** 150:5
**She'll** 153:16
**sheet** 35:10; 62:16; 63:5;
64:2; 194:2,16

**sheets** 42:22; 62:14;
193:7,23; 196:3
**shift** 66:14,16; 121:12;
196:7,10,17,21
**shooting** 152:5
**short** 74:15; 110:17;
122:11; 214:8
**short-term** 126:6
**shortage** 53:20; 54:7;
121:14,18
**shorthand** 217:3,6,19.5
**shoulder** 42:6; 150:11,15,
23; 151:4,18,20,21,23,24;
153:1; 205:5,7
**shouldn't** 30:4,6; 31:9;
68:24; 77:24
**show** 9:4,8,10; 10:22;
11:2,4,7,14,19,23; 29:22;
32:13; 33:1; 35:13;
38:19; 39:15,16; 46:21;
47:21; 48:4; 58:16;
93:21; 96:18; 107:13,16;
129:12; 130:19; 133:14;
134:10; 144:4; 147:14;
164:4; 169:18; 174:22;
175:23; 180:2; 183:6;
186:3; 199:23; 201:8;
202:15
**showed** 63:6; 132:19
**showing** 24:14; 38:18;
40:19; 56:6; 101:15;
103:5; 116:23; 119:2;
123:18; 167:4; 171:7;
172:22; 175:24; 177:11,
15; 178:11; 183:12; 194:9
**shown** 144:14
**shows** 38:21; 58:22; 66:10;
77:2; 78:18; 133:21;
135:3; 137:8; 138:2;
139:23; 141:2,20; 142:12;
145:18; 146:7; 149:19;
151:2; 152:7; 210:3
**shutting** 138:14
**sic** 115:13
**sick** 9:12,15; 12:11,20;
13:12,14; 14:16; 16:9,13;
17:14; 18:6; 19:2,3,4,15,
22; 20:4,11; 21:13,23;
22:11,20; 23:4; 24:14,24;
25:7,8; 26:14; 27:3,5,6,
13,17; 28:5,8; 29:15;
30:4,6,9; 31:7,9,23;
32:3,4,5,6,8,9,12,14;
33:7,10; 34:4,6,7,10,13,
14,17,18,22; 35:6,12,13,
19; 36:16; 37:17,22;
40:19; 41:4,16,22; 42:12,
22,23; 43:16; 44:2,6,8,
13,19; 45:1,4,6,9,13,17,
20; 50:13,17; 51:1,7,16;
52:4; 57:5; 59:21; 61:13,
15,16,23; 62:3; 65:1;
66:11,17,18,23; 67:1,6;
68:6; 71:22; 75:20;
76:22; 77:3; 78:18; 81:3,
10; 85:20; 86:9,11,19;
90:22,24; 91:6,10; 93:7;
94:5; 96:7; 97:14,15,20;
98:1; 99:9,12,17; 100:1,
4,6,10,13,14,17,19,23;
101:1,22; 104:21; 105:8;
106:22; 108:9,13; 109:1,
2,6; 110:23; 112:3;
113:15; 114:3,11,21;
116:3,17; 117:9,13,20;
118:24; 119:12,17,19;
120:8,10,14,17,20,23;
121:5,20,23; 122:2,15;

123:9; 125:19; 126:2,11;
127:2,7,13,15; 134:24;
135:14,19; 137:8,11;
139:18,19,23; 140:17,22;
141:2,20; 142:12; 143:3;
144:4; 145:2; 148:1,4,5,
12,13,23; 149:8,20;
152:15; 165:8; 169:5;
171:21,22,24; 172:7,15,
17; 174:11,12; 178:9,22;
179:11; 180:17,18;
181:12; 193:8; 194:11;
196:9,11; 197:18; 200:5,
8,12,13; 205:18; 210:21;
211:16,17; 212:23
**sick-unlimited** 97:13; 98:1
**side** 5:22; 62:14; 74:12;
109:21; 138:10
**sides** 5:14; 69:18
**sign** 14:4; 102:6
**signature** 96:16,23,24;
97:2,6,8; 98:19,20;
122:17; 129:7; 147:17,19,
20; 176:7
**signatures** 147:15; 149:4,5
**signed** 12:19; 13:2; 14:9;
40:7,8,11; 98:1; 113:15;
130:1; 166:6; 172:24;
186:8; 212:22; 217:12
**significant** 94:22; 201:19
**signify** 87:16; 88:8;
215:19
**signs** 13:2
**silence** 85:4
**simple** 75:18; 78:9;
200:20; 210:5
**simplistic** 74:23
**simply** 11:15; 69:4; 77:18;
95:7; 98:18; 207:17
**since** 8:6; 10:8; 18:11;
21:4; 27:10; 33:11,12;
49:5; 54:21; 61:22;
89:23; 118:13,19,22;
125:24; 126:5; 127:13;
157:21; 166:5; 197:20,22
**single** 24:4; 69:10
**sinus** 141:21
**sir** 58:20; 59:3; 60:18;
61:6; 89:15; 93:22; 97:4;
127:7
**sit** 108:16; 111:2; 126:22
**site** 206:23
**sits** 42:15; 65:19; 72:16
**sitting** 17:24; 72:15
**situation** 10:20; 205:20;
206:6; 213:21
**situations** 51:14; 104:12
**six** 13:20; 37:9; 78:23;
79:8,9; 93:11; 149:21;
163:6
**sixth** 138:9
**size** 23:17
**skill** 175:13
**skipped** 198:17
**slacker** 154:17; 212:19
**slash** 209:15
**slice** 200:14
**slip** 27:5; 28:5; 29:15;
32:3; 45:6; 113:21;
132:6; 199:6
**slips** 18:7; 19:2,3; 27:3,
4; 31:23; 32:4,5,6,8,10,
12,14; 33:7,10,11; 34:6,
13,17; 35:12; 40:19;
41:4,16,22; 42:12,23;
43:16; 44:2,6,8,13,19;
45:1,5,21; 59:21; 61:16;
112:3; 113:15; 114:3;

| | | | |
|---|---|---|---|
| 119:17; 135:19; 137:9; 139:19; 140:22; 144:4; 196:12; 197:18; 211:17 | 16; 139:4; 162:5; 193:9 starting 6:17; 62:19; 63:12; 145:11; 201:1 | summaries 45:21 summarize 26:13 summary 16:23; 17:10; 18:23; 21:11; 35:10; 40:20; 58:21; 133:19; 134:23,24; 140:22; 141:15; 145:7,10; 200:8 | talks 47:18; 68:5; 117:16 targeting 6:3 tasks 82:2,4 tax 202:4 taxpayers 202:7 TC 27:6 |
| smaller 23:16 | starts 103:14 | | technically 70:7; 83:22 |
| so-and-so 196:11 | state 1:13.5,23.5; 7:18; 15:11,23; 30:17; 48:11; 89:5; 91:5; 110:7; 217:5 | | teeth 141:4 |
| somebody 15:4; 30:11; 80:16; 84:14; 122:10,11; 166:3; 182:19; 196:9; 209:4 | | | telephone 52:20 |
| | stated 38:5; 61:9,22; 68:4; 170:18; 171:1; 177:5; 196:20; 206:9 | supervised 49:19; 50:12; 51:1,17; 52:5,8; 61:6; 105:22 | tells 202:14 |
| somebody's 116:7,9; 167:20 | | | ten 9:8; 10:20; 11:3,17, 21; 27:13; 54:22; 55:1,4, 5; 68:24; 111:7; 112:6; 157:15; 200:6,9; 202:22, 23; 203:3; 205:4; 207:13; 208:3,19; 210:3; 213:16 |
| somehow 81:12 | statement 8:20; 12:7,9; 74:23; 153:13,16; 165:22 | supervision 49:12 | |
| someone 11:15; 14:3; 15:7; 28:19; 29:7; 36:9; 45:10; 65:19; 76:14; 165:23; 184:14; 202:15,16,17; 204:22 | states 36:1; 74:15; 108:4, 9; 111:5; 172:9,21; 182:5; 203:16; 206:11; 209:6 | supervisor 32:1; 34:13; 35:14; 49:10; 58:8,10; 59:7,18; 60:12,17; 100:14; 105:24; 106:12; 164:21; 169:23; 171:20; 173:1,10,21; 174:19; 179:9; 180:15 | |
| | | | ten-hour 66:14 |
| | stating 131:2; 184:15; 197:17 | | tendency 122:12 |
| something 5:10; 10:9; 17:5,6; 38:12; 72:9,16; 78:22; 79:7; 80:14; 82:5; 97:21; 132:22; 143:11; 150:5; 153:5; 167:6; 194:5; 195:19 | | | tendered 41:13; 42:15; 43:15,21; 44:5,12,18,24; 95:8; 119:9; 197:7; 198:12 |
| | status 3:4,9; 6:4; 7:4; 73:17; 118:12; 125:17; 127:20; 175:21 | supervisors 113:16,17; 121:12; 196:21 | |
| | | supplement 53:6 | |
| | statutory 36:9 | supplemented 12:16 | tenders 57:24; 58:18; 102:2; 107:15; 133:16; 134:12; 135:11; 149:17; 151:7; 160:23; 183:10; 190:11 |
| sometime 4:8 | stay 13:7; 107:4; 168:13 | supplied 133:11 | |
| sometimes 9:12; 53:10,12; 72:16; 196:5; 202:5 | stem 139:6 | support 68:3 | |
| | stemmed 170:5 | supported 108:14 | |
| somewhere 198:14 | step 90:16; 191:17; 196:8 | suppose 74:2 | |
| son 138:2,15 | stepped 90:19 | supposed 34:14 | term 18:15; 80:21,22; 81:8; 136:15; 137:5,19; 154:23; 213:8 |
| soon 196:9 | steps 123:14; 137:19; 180:19 | Supreme 36:8 | |
| sore 33:17; 64:2; 65:5; 128:6,7 | | surgeon 151:10 | |
| | Steve 164:6,21; 175:20 | surgeries 12:23; 128:7; 205:7; 211:5 | terminate 13:23; 14:2; 36:9; 87:6; 206:17 |
| sorry 9:6; 26:15; 54:15; 65:3; 67:23; 77:9; 107:22; 120:22; 123:1; 128:20; 134:20; 136:24; 139:18,20; 140:2,10,20; 153:2; 156:4; 174:4; 189:13; 205:14; 214:21 | sticker 161:1 | | |
| | stickers 46:12 | surgery 133:8; 136:23; 141:8; 150:8,14,24; 151:13,16,17; 153:1,8; 154:4,5; 159:10; 161:13, 14; 173:12; 185:21; 211:6,9; 212:15 | terminated 112:11; 200:20; 207:17; 210:8 |
| | sticks 72:10 | | terminating 209:13 |
| | still 31:10; 36:2; 54:13, 16; 102:11; 123:13; 145:2,5; 162:24; 167:24; 174:19; 181:13; 187:2; 192:14; 195:11; 200:1; 201:20; 204:23; 205:8,14, 15 | | termination 14:11; 59:10; 76:5; 81:13; 87:4; 117:20; 205:24 |
| | | Susan 1:22.5; 217:3,19 | |
| | | suspect 132:13,21; 139:10; 195:10 | terms 7:22; 37:15; 42:9; 67:20; 73:16; 98:9; 106:16; 143:6,21; 144:6; 146:15 |
| sort 189:5; 193:3 | | suspend 104:6 | |
| sorted 144:19 | | sustain 38:22; 65:23; 106:23; 111:9; 114:23; 124:22; 161:17; 166:15; 176:24; 195:17 | |
| sorts 208:17 | stipulated 149:7 | | terrible 200:16 |
| sounds 213:19 | stipulation 80:13 | | territory 145:4 |
| source 35:19; 60:1 | stomach 63:1; 64:2; 135:14 | | test 151:16 |
| South 1:7,18.5 | Stomach/sore 62:22 | | testified 15:20; 28:23; 38:6; 40:19; 48:18; 57:6, 9; 89:11; 98:5,10; 99:8; 104:9,13; 110:12; 126:18; 129:9; 130:1; 131:7; 138:21; 166:12; 168:3; 192:19,22; 197:18; 210:10; 212:4,21 |
| speaks 191:4 | stones 59:19; 138:6 | sustained 28:21; 31:17; 93:4; 111:24; 113:6,13; 125:21; 144:24; 162:3; 177:5; 184:18; 187:22; 188:3; 198:7,14 | |
| Special 49:15 | story 202:8,14 | | |
| specific 49:21; 50:3; 52:19; 59:1; 65:21; 189:23 | straightened 211:8,10 | | |
| | street 1:7,13.5,18.5,23.5; 55:15; 121:13,14; 122:11 | SWEENEY 2:13,20; 3:19,20; 14:11; 17:23; 48:8; 73:15; 110:5,9,10,16; 115:18; 119:11,23; 123:18; 125:24; 129:17; 138:21; 152:12,18,23; 153:10,14; 156:9; 157:18; 177:7; 190:23,24; 191:16; 192:11,13,16,22; 204:23; 205:10,17; 208:14; 210:10; 211:5,7 | |
| specifically 36:10; 106:21; 157:24; 182:1 | streets 18:19; 56:16; 204:19 | | testifies 153:18 |
| | stretching 10:19 | | testify 12:12; 36:22; 37:4; 58:7; 147:16; 166:4,6; 167:16; 195:22; 208:14; 213:4 |
| speculation 187:20 | stricken 195:12 | | |
| speed 4:4 | strictly 11:11; 113:17; 196:22; 207:15 | | |
| Spell 15:14 | strike 9:6; 31:22; 66:9; 93:3; 94:8; 117:22; 174:17 | | testifying 3:14 |
| spelled 16:1 | | | testimony 5:16; 9:18; 10:7; 15:6; 37:1; 39:13; 72:5; 80:20; 83:4; 98:4; 119:16; 125:22; 126:22; 145:17; 168:9; 177:1,4; 195:7; 196:24; 207:12; 214:2 |
| split 86:4 | | | |
| spoke 194:17 | string 212:12 | Sweeney's 45:18; 129:7 | |
| Sports 160:19 | stuff 82:24 | swelling 112:10; 150:10,11 | |
| sprained 139:9 | subject 14:22; 23:19; 36:21; 67:19; 75:3; 107:3,19; 129:13; 130:20; 185:13,14; 188:23 | swollen 33:18 | |
| spring 152:18 | | sworn 15:10,19; 48:10,17; 89:3,11,18; 110:6,12; 130:24; 131:7; 192:19; 212:11 | |
| St. 203:23 | | | |
| staff 12:12 | | | That'd 97:24; 125:14 |
| staffed 83:6 | submit 203:20 | system 13:13; 91:4; 93:8, 10; 95:1; 203:22; 204:2 | themselves 3:7; 7:8; 34:13; 53:11; 214:10 |
| stage 67:18 | submitted 161:22; 186:23; 211:23 | | |
| stance 204:12 | | ------------------------- | theory 30:16; 37:6; 80:2, 19,20 |
| stand 74:3; 126:19; 130:1; 134:20; 204:8 | submitting 10:13; 203:14; 209:8 | T ------------------------- | |
| standard 75:13 | subsequent 42:19; 113:9 | table 13:17; 91:2; 92:23; 94:9 | therapy 60:24; 133:7,10; 194:1 |
| standing 31:12; 38:3; 98:6; 168:2; 170:17,23; 198:9 | substantial 9:12 | | |
| | succinctly 167:10; 206:9 | | there'd 91:24 |
| standpoints 70:20 | suffer 136:3 | talked 63:14; 80:21; 97:18; 100:21; 104:18,21; 158:8; 207:5,6 | there's 5:11,20; 7:1; 8:6; 10:10,11; 24:3; 34:21; 37:4; 39:1,14; 40:11; 53:11; 54:7; 62:15,22; |
| stands 157:17; 184:3; 208:9 | sufficient 95:19 | | |
| start 8:4; 13:13; 51:23; 116:11; 121:23; 131:2; 138:14 | suggest 68:11 | | |
| | suggesting 61:8; 69:19 | | |
| | Suite 1:23.5 | | |
| started 27:14,15; 51:19; 132:21; 136:2,22; 138:10, | Sum 188:15 | | |

| 63:1,11,15,17; 69:6,17; 70:13; 72:9; 74:14; 80:3; 96:23; 98:12,16; 100:1; 102:17,18; 113:22; 123:16; 128:3,17; 129:18; 146:4; 147:19; 151:16; 163:14; 166:14; 169:12; 177:4; 189:21; 190:3; 197:19; 198:9; 201:18; 204:7; 205:5; 206:4; 207:9,21; 208:19
**therein** 104:3
**They'll** 14:22
**they've** 33:14; 134:15; 144:23; 166:22; 167:23; 191:24; 205:9
**thing** 72:2,14; 77:2; 78:21; 79:3; 81:15; 122:21; 147:3; 205:3; 211:4
**things** 4:4,24; 52:21; 53:14; 55:17; 70:2; 75:2; 76:2; 95:5; 155:3; 193:24; 213:5
**third** 140:7,8,9
**Thirty-six** 131:11
**Thirty-two** 121:3
**though** 80:16; 151:12; 157:8; 162:2; 187:1
**thousands** 9:12
**three** 4:21,23; 12:21; 20:24; 21:1; 66:8; 70:14; 79:7; 83:19; 90:18; 154:15; 159:24; 185:20; 211:19
**throat** 33:18; 62:23
**throat/sinus** 65:5
**throughout** 10:7; 80:23; 167:6; 193:20
**throw** 206:19
**Thursday** 6:14; 197:14
**tie** 36:24; 65:20
**till** 50:19; 111:10
**Tim** 3:22; 24:18; 70:9; 101:12
**time-off** 78:5; 196:12
**timekeeper** 16:8; 27:2; 196:4
**TIMOTHY** 1:18
**tired** 187:17; 210:14
**tissue** 133:9; 151:18,20
**title** 102:18
**titled** 86:9
**Tobacco** 206:22
**today** 17:19; 102:11; 108:16; 111:1,2; 131:16
**together** 5:7; 67:2; 193:23
**tolerate** 213:20
**tomorrow** 113:19; 214:16, 18,19,21; 215:6
**tonight** 9:3,18; 12:9,12; 39:7; 40:2; 98:8; 142:24; 196:24; 210:2,10
**TONYA** 1:4.5,20.5; 2:16.5; 3:18,23,24; 7:7,12; 9:1; 12:20; 13:24; 14:12,16; 16:14; 30:9; 33:17; 47:24; 49:6; 58:8; 66:13; 78:23; 89:11; 96:12; 110:12,21; 111:15; 112:2; 113:3; 114:7; 118:1; 130:23; 131:3,5,10; 133:18; 134:23; 135:22; 137:14,20; 139:3; 140:21; 141:14; 142:7; 147:14; 154:9; 155:9,19; 187:17; 190:7; 194:11; 210:16,24
**Tonya's** 60:12; 169:4;

| 172:15,18; 211:13; 212:12
**took** 31:23; 32:4,9; 50:17; 81:3; 107:14; 110:24; 132:22,23; 142:4; 200:11, 23
**tooth** 141:21
**top** 25:24; 42:16; 50:16; 101:8; 165:7; 174:14; 183:24
**topic** 79:14
**total** 18:11; 19:5,14,17, 21; 20:4,19; 24:15; 25:1, 12,14; 26:3; 28:13; 30:4, 6; 34:11; 50:10; 77:3; 78:3,19; 85:16; 86:9; 143:3; 193:19; 195:2; 200:8; 213:16
**totaled** 194:24; 200:7
**totals** 195:1
**tough** 204:12
**towards** 5:23; 181:12
**track** 47:19; 78:21; 198:22
**trade** 210:16
**training** 162:9,14,16,18,19
**TRANSCRIBED** 1:22
**transcript** 1:6; 217:6
**transcripts** 217:12
**translate** 120:13
**transmitted** 18:3
**treatment** 133:6,7; 137:15
**tried** 211:19
**true** 60:12; 125:11; 133:19; 134:24; 152:13; 157:12; 159:6; 217:6
**truth** 95:10; 208:13
**try** 13:23; 47:18; 110:16; 210:13
**trying** 11:15; 14:1,16; 36:8,11,14; 68:7; 95:5; 176:20; 212:24; 213:1,7
**turn** 4:13; 7:6; 53:11; 156:13; 172:5; 173:24; 179:14; 203:12
**turned** 4:24; 5:3; 156:7, 12; 157:21; 158:16; 196:3; 199:24
**turning** 153:19; 200:4
**Twenty-four** 147:7
**Twenty-one** 16:6
**twice** 147:6; 156:1
**twist** 132:22
**two** 10:14; 11:13; 13:5; 34:3; 62:2,3; 67:2,21; 70:2; 92:14; 94:13; 105:11; 106:3,5; 107:12; 112:7; 129:24; 147:15; 150:10; 155:8; 157:21; 158:21,22; 159:18; 161:14; 167:14; 180:18; 186:5; 188:24; 189:4,6, 23; 190:7; 198:24; 199:7; 200:12; 204:5; 211:6,18
**two-thirds** 148:4
**twofold** 3:3
**type** 5:16; 81:15
**types** 55:17
**typically** 69:21

---
U
---
**ULP** 93:16
**ultimately** 78:17; 112:21; 134:3; 135:15,22; 150:8; 151:12
**unable** 19:11,22; 20:2; 22:5,17; 23:1,9; 28:14; 109:9; 112:7; 118:20; 123:13; 200:18

| **unacceptably** 169:5; 171:22; 172:16
**unaccepted** 193:15
**unanimous** 84:4
**unanimously** 88:14,24
**unanswered** 54:9
**unavailable** 165:24
**undependable** 207:18
**under** 13:10; 36:14; 45:14, 16,17; 63:11,13; 81:2; 103:20; 116:18; 117:10, 11,14,16; 144:17; 148:10; 164:24; 165:6,13; 169:2; 171:16,20; 172:14; 173:4, 10,21; 174:11; 175:6,10; 178:1; 179:5,9,14,20; 180:11,15; 181:1,24; 184:12; 188:13,15; 189:2; 190:7; 192:14; 193:17; 205:23,24; 206:6,7; 211:16; 215:10; 217:14
**undergo** 136:23
**understand** 4:23; 34:21; 43:1; 79:2; 95:6; 154:24; 155:3; 191:22; 192:4,13; 198:9
**understanding** 5:10,23; 31:8; 35:3,5; 39:14; 130:8; 198:5; 214:4
**understood** 83:4
**unequivocally** 212:4
**unfair** 93:17,18
**unfortunate** 154:10,16
**unfortunately** 213:2
**uniform** 138:16
**unilaterally** 14:15
**union** 6:14; 10:17; 13:11, 15; 29:22; 33:1; 38:16; 46:14,21; 80:22; 90:8,12, 15,23; 91:8,9; 92:3,17; 93:1,14,21; 94:11,16; 96:6,18; 102:4; 105:18; 127:4,5; 156:12; 199:4,6, 7,11; 206:23
**Union's** 80:18; 199:3
**unique** 10:19,21; 206:6; 207:14
**unit** 1:20; 49:15,16,21,23, 24; 50:2,8,9; 51:3,4,8, 18,21,24; 52:7,15,16; 53:4,9,16,19; 54:6; 55:13; 66:16; 83:3; 89:10; 90:14; 110:11; 175:13; 181:9
**unless** 5:20; 46:12; 60:9; 65:20; 73:20; 87:3; 98:12
**unlimited** 12:19; 13:12; 45:13,16; 81:10; 91:24; 93:6; 97:15,19; 108:13; 109:1; 125:19; 127:2,15; 148:1,5,12,23; 149:8; 212:23
**unnecessary** 206:12
**unpaid** 97:16
**unrebutted** 212:21
**unrelated** 171:23
**unreliability** 9:19
**unrestricted** 157:19; 176:12
**unscheduled** 173:14
**until** 14:10; 91:11; 98:15; 104:11; 106:7; 137:4; 149:20; 159:8; 172:5; 178:19,24
**unusual** 72:8; 118:10; 132:9
**unusually** 67:9
**up** 4:4; 5:10; 6:19; 10:9;

| 17:5; 18:24; 19:4; 21:18, 21,22; 23:13; 32:10; 36:24; 51:22; 65:12; 67:3; 73:10,12,23; 74:5; 75:14; 78:14,18; 79:6; 82:23; 97:13; 111:10; 120:17; 122:12; 132:19; 137:1,4; 138:12; 150:4, 11,17; 152:7; 177:12; 185:1; 188:4; 201:8; 202:15; 204:21; 208:12; 211:8,20; 213:7
**update** 144:7
**updated** 116:13
**upper** 81:4
**upset** 153:1,3
**upstairs** 106:1
**usage** 114:11; 118:24; 119:12; 120:8,17; 121:20, 23; 165:8; 171:21; 172:15; 178:9
**using** 69:5; 116:14; 146:8
**utilize** 59:9
**utilized** 43:11,17; 44:6, 13,19; 45:1; 143:22

---
V
---
**vacation** 20:10,16,22; 27:6; 124:4; 150:4,20; 153:6; 205:1
**vacations** 20:15
**valid** 117:17
**value** 148:22; 161:11; 208:1,3
**variety** 126:6; 128:3,5
**various** 63:11,17; 179:22
**veer** 175:17
**verbatim** 176:21
**verdict** 68:13; 69:4,8,15, 20; 70:2,5; 71:8; 74:9; 80:4; 83:18,23; 84:1,9, 11; 85:4; 87:24; 88:2
**version** 47:23
**versions** 23:16
**versus** 7:12; 65:19
**vertical** 26:3
**vice** 156:12
**view** 209:21
**violate** 209:12
**violated** 75:13
**violating** 13:22
**violation** 75:1
**viruses** 65:18
**visits** 60:23
**vote** 84:2,22; 85:1
**voted** 13:19; 88:20,22
**vs** 209:1
**vs.** 203:21,23,24; 204:2; 206:22; 209:15

---
W
---
**wages** 120:14
**wait** 54:8; 80:8; 104:11; 172:4
**waiting** 95:4
**waive** 24:17; 122:20
**walk** 52:19
**walking** 57:2
**wall** 17:23; 112:10
**wanted** 91:15; 105:14; 150:13; 154:21,22; 208:7
**wants** 72:5; 167:17
**warn** 118:23; 121:19
**warned** 205:10
**warning** 119:12
**watch** 126:11; 196:8

```
way 11:7; 21:19; 24:7;
  63:13; 70:7,13; 71:10,16;
  84:4; 95:1; 105:13;
  112:22; 113:23; 119:4;
  136:21; 137:4; 148:4;
  195:15; 208:5
WC 189:19,22; 190:3,4,7
weapon 187:24
Wednesday 212:11
week 72:4; 144:8; 145:11;
  150:10; 197:16
weekly 152:12
weeks 13:21; 20:24; 21:1;
  37:9; 59:19; 78:23; 79:7,
  8; 136:8; 149:21; 162:12,
  13,17; 197:15
weight 168:8
Westlaw 206:24
whatever 19:1; 27:6; 35:7;
  47:18; 99:15; 103:6;
  108:6; 196:19,22; 200:14,
  17,19; 210:6; 213:18
whether 15:2; 70:9,15;
  71:5; 74:20; 75:14,18,19;
  78:3,5; 79:6; 81:8;
  85:24; 96:8; 100:1;
  111:7; 119:7; 137:17;
  143:12; 165:18,19;
  166:22,23; 167:2; 195:20;
  205:22; 206:2; 214:15
white 25:12
who's 45:10; 76:12,14;
  165:23; 184:14
whoever 196:5
whole 46:7; 61:14; 122:4,
  21; 139:21; 202:14
wholly 51:9,10
Whom 131:14
whomever 81:19
will 3:3,19; 4:14; 5:8;
  6:8,17; 7:2,10,21,23;
  9:3,8,10,18; 10:4,7,22;
  11:2,4,7,14; 12:2; 14:6,
  14; 16:21; 23:16; 24:7;
  36:22; 39:2; 41:6; 42:3;
  46:20; 48:2,9; 58:16;
  67:18; 69:15,21; 70:21,
  22; 73:21; 79:1; 80:1;
  87:12; 89:1; 95:22,23;
  98:17; 101:13; 107:4;
  110:1; 117:15; 122:15;
  164:7; 184:11; 186:19,22;
  187:14; 192:2; 193:14;
  196:7,14; 203:14,20;
  206:10; 209:7; 212:7;
  214:9,15; 215:5,7,8,9,10
willing 204:23
win 69:14
Winnebago 186:24; 208:24;
  217:4,20.5
wins 70:18
wiped 213:6
Wisconsin 166:3
wisdom 141:4
wish 41:8; 58:20
withdraw 130:15,18
withdrawing 40:13
withdrew 92:23
within 26:24; 94:16;
  119:20; 175:13; 215:4
without 18:20; 39:20;
  46:23; 47:22; 53:2; 69:9;
  94:5; 107:17; 129:5,13;
  146:13; 153:20,23; 158:6;
  162:2; 199:1,10; 206:14
witness 2:3,5.5,9,13,16.5,
  20; 5:16; 8:1; 14:20;
  15:10,13,15,18; 21:18,21;
  31:16,20; 32:19; 36:6;
  37:1,24; 38:5,21; 41:20,
  24; 44:11; 45:20; 47:1,18;
  48:4,6,10,13,16; 56:2,8;
  59:1; 61:20,22; 62:6;
  66:1,12,21; 67:14,19;
  69:10; 70:11; 72:4,7,9,
  11; 73:18; 84:6; 88:16;
  89:3,6,10; 93:24; 96:20;
  98:23; 99:24; 102:2;
  103:2,13; 105:7; 110:1,2,
  6,9,11; 122:24; 125:22;
  128:11; 129:17; 130:22,
  24; 131:3,6; 133:15;
  134:11; 149:6,7; 155:22;
  156:1,4,16,20; 169:20;
  174:13; 176:2,20; 180:1,
  24; 182:10; 183:10,16;
  187:9; 189:13,18,21;
  190:2; 191:18; 192:12,15,
  17; 195:19
witness's 115:1; 177:1
witnesses 3:8,12,19; 15:6;
  36:22; 37:2,3; 38:18;
  67:19,21; 69:13; 70:10;
  80:6; 128:12; 187:10;
  191:12; 198:1; 214:1
WL 206:24
Wolf 206:9
wonder 83:15
wondered 82:17
word 31:24; 41:6; 62:14;
  101:3; 200:15; 213:12
words 13:14; 57:1; 80:3;
  104:8; 108:5; 143:11;
  144:23; 168:11
work 5:8; 6:5; 9:10,16;
  10:23; 11:3; 13:14;
  18:13; 19:12,22; 20:2;
  22:5,17; 23:1,9; 25:20;
  28:14,20,23; 42:10; 52:2;
  53:2,3,5,7; 77:15,21;
  82:6,21; 83:12; 91:11,13;
  103:22; 104:12; 105:15;
  109:10; 111:5,8,10,12,15;
  112:7; 113:1,2,3; 118:20;
  119:7; 122:10; 123:13;
  124:14; 125:1; 132:11;
  134:24; 136:6; 137:2,24;
  139:14; 141:18; 142:10;
  151:9; 154:3,7,15,18,20;
  155:4,20; 157:14; 158:5;
  161:9,15; 163:7,8;
  166:18; 170:4; 173:13,15;
  181:14; 182:4; 185:16,18;
  187:5; 199:12; 200:11,18;
  201:5; 202:2; 204:10,19,
  24; 205:12,15; 206:8,14;
  208:4,15; 211:1,9;
  212:15; 213:1
work- 35:7; 77:19,20
work-related 11:10; 36:3;
  77:20; 153:4
worked 9:15; 16:4; 19:5,
  17; 20:18,19; 24:15,16;
  25:1,12,14,22; 26:7,11,
  14; 28:13; 48:24; 53:15;
  92:1; 115:19; 120:19;
  121:17; 145:22; 176:12;
  181:10; 183:19; 200:10;
  203:11; 205:2; 213:16
Workers 206:22
workers' 11:10; 13:1;
  14:3; 34:4,7,14,18,22;
  35:7,14,23; 36:10,18;
  37:5,17,22; 40:1,8; 45:7;
  60:13; 61:2,17; 62:3;
  76:7; 77:12,14; 78:4;
  86:21; 110:23; 114:2;
  133:21; 134:1; 135:3;
  140:3,5; 141:5,22;
  142:15; 158:8,12,17;
  159:23; 160:7; 167:8;
  174:12; 179:23; 183:1;
  184:8,12; 186:6; 187:2,
  10; 188:13,14; 192:23;
  193:14,17,18,19,24;
  194:3,12,19,21,23; 195:3;
  196:13,22; 197:1,20;
  199:7,8; 208:6,10; 209:5
working 5:23; 9:9; 11:16;
  18:15; 54:21; 55:13;
  66:13; 74:19; 118:6;
  162:5; 182:11,13; 202:17
workload 9:24; 55:14;
  182:13; 201:7,9; 202:18
workloads 181:8
workmen's 71:22; 87:1;
  155:2
works 6:7; 95:1; 112:22;
  131:23
world 210:16
wrist 150:5,9,11,22;
  151:4,24; 204:24; 205:1,
  5; 211:20
write 121:2,8; 171:21;
  172:15; 181:19
writes 175:11; 179:10,21
writing 129:22
written 113:18; 116:16;
  120:3; 176:19; 197:17
wrote 74:5; 148:23; 149:8;
  165:14; 169:3,7; 173:16;
  175:20; 180:16; 181:23;
  182:6; 201:12,13
----------------------
           X
----------------------
X-ray 150:12
----------------------
           Y
----------------------
yanked 13:16
year 9:13,16; 10:10;
  13:10,18; 18:13; 19:4,9;
  21:3,8,12; 22:10,16,20,
  21; 23:4; 26:11; 27:12;
  37:8; 41:22; 42:3,9,12;
  60:1; 61:1; 66:11,17,22;
  67:3,7; 68:5; 89:23;
  91:15; 93:12; 95:16;
  106:2; 118:14; 120:24;
  125:13; 133:19; 137:11;
  138:5; 139:2,23; 141:2,
  18; 142:10,13; 146:13;
  150:23; 151:3; 169:4;
  170:13; 172:22,24;
  174:18; 177:10; 180:6;
  189:18; 193:3,17; 199:16;
  201:3; 203:12; 204:24;
  205:7,8; 210:20,22
yearly 20:1; 163:11;
  180:18
years 9:8; 10:20; 11:3,13,
  17,21; 12:13; 14:7; 16:6;
  19:10; 20:6; 24:1,24;
  25:3,13,17; 26:6; 40:18;
  49:2; 54:22; 55:1,4,5;
  66:6,8; 78:9; 89:19;
  90:4; 91:7; 105:5; 111:7;
  112:6,7; 115:20; 118:4;
  119:12; 124:3; 131:19;
  157:23; 161:14; 176:19;
  194:23; 195:1,4; 200:6,9,
  12; 201:18; 202:22,23;
  203:3; 205:4; 207:14;
  208:3,19; 210:3; 212:10,
  11; 213:17
yellow 27:5; 193:7; 203:21
yourself 154:15; 212:23
yourselves 70:24; 71:6
YVETTE 2:16.5; 131:3,5
----------------------
           Z
----------------------
Zero 26:12
----------------------

----------------------

          217:18.5
```

CITY OF ROCKFORD

BOARD OF FIRE AND POLICE COMMISSIONERS

IN RE MATTER OF:              )
                              )                **ORIGINAL**
POLICE OFFICER TONYA BEETS    )

       Transcript of proceedings had in the above-entitled action at the Rockford Fire Department Headquarters, 201 South First Street, Rockford, Illinois, on December 1, 2007, at 9:00 a.m.

**BEFORE:**    **LORAYNE LOGAN**, Chairperson
          **HENRIETTA DOTSON-WILLIAMS**, Commissioner
          **GARY CARUANA**, Commissioner
          **ATTORNEY BRENDAN A. MAHER**, Secretary

**APPEARANCES:**

    CITY OF ROCKFORD DEPARTMENT OF LAW
    By **ATTORNEY JOHN P. GILIBERTI**
    425 East State Street
    Seventh Floor
    Rockford, Illinois  61104

       appeared on behalf of the City
       of Rockford and Police Chief Chet
       Epperson;

    FOOTE, MEYERS, MIELKE & FLOWERS
    By **ATTORNEY TIMOTHY D. O'NEIL**
    416 South Second Street
    Geneva, Illinois  60134

       appeared on behalf of PBPA Unit 6
       and Police Officer Tonya Beets.

**REPORTED AND TRANSCRIBED BY:**
Amy R. Campos, RPR
Elite Reporting Services, Ltd.
5301 East State Street, Suite 315
Rockford, IL  61108

5301 EAST STATE STREET · SUITE 315
ROCKFORD, ILLINOIS 61108

**Elite**
REPORTING SERVICES, LTD.

PHONE 815.229.8787
FAX 815.229.8737

1   COMMISSIONER LOGAN: Good morning, everyone.

2   SECRETARY MAHER: Good morning.

3   COMMISSIONER LOGAN: We'll call the meeting to
4   order.

5   Our first act of business is to announce the
6   finding in Officer Beets' case.

7   SECRETARY MAHER: Before turning this back to
8   the Commission for announcement of the order, just let
9   the record reflect that this matter came before the
10  Board of Fire and Police on November 5, 2007, for a
11  hearing at an open meeting of the Board on the amended
12  complaint filed by Police Chief Chet Epperson in his
13  official capacity against Police Officer Tonya Beets.

14  A verbatim transcript of that by a certified
15  court reporter was taken. Officer Beets and the City's
16  representative, Lori Sweeney, were present at the
17  hearing and both parties were represented by counsel.

18  Following the open meeting on November 5,
19  2007, the Commission again met in closed session
20  on November 6, 2007, at which point the case was
21  deliberated.

22  During those deliberations the Commission
23  reached a consensus decision with respect to the matter
24  of Officer Tonya Beets and turned the matter over to

1   the Secretary of the Board for the preparation of the
2   written findings and order of the Commission.
3         Those written findings and order are prepared
4   and ready for entry this morning, and the Commission
5   will now take action on those findings and order in open
6   session.
7         COMMISSIONER LOGAN: And I will read a portion
8   of the findings for the record and for Officer Beets.
9         The Board finds that Officer Beets' excessive
10  absenteeism and the amount of time she has spent working
11  in light-duty assignments as detailed in the findings
12  and order has prevented her from efficiently performing
13  the duties and responsibilities of a full-time police
14  officer with the Rockford Police Department.
15        The Board also finds that Officer Beets'
16  excessive absenteeism during 2006 and 2007 combined
17  with her testimony that she had only been released to
18  return to a light-duty assignment as of the time of her
19  hearing is enough standing alone to conclude that she
20  has not been effectively performing the duties and
21  responsibilities of a full-time police officer with
22  the Rockford Police Department.
23        Therefore, based on the foregoing and the
24  authority granted to the Board under the law, we order

```
 1    that Officer Beets' employment with the Rockford Police
 2    Department be terminated effective immediately this
 3    1st day of December 2007.
 4              SECRETARY MAHER:  Do we have a motion to adopt
 5    the findings and order of the Board?
 6              COMMISSIONER CARUANA:  Motion.
 7              COMMISSIONER LOGAN:  Second.
 8              SECRETARY MAHER:  All those in favor of
 9    adopting the orders and -- written findings and order by
10    the Board signify by saying aye.
11              COMMISSIONER LOGAN:  Aye.
12              COMMISSIONER CARUANA:  Aye.
13              SECRETARY MAHER:  Commissioner Dotson-Williams
14    has voted not to approve the findings and order of
15    the Board.
16              Note for the record that Commissioner
17    Dotson-Williams has appended a written dissent to the
18    order of the Board.
19              And I believe Commissioner Dotson-Williams
20    wanted to make a couple of comments regarding the
21    decision.
22              COMMISSIONER DOTSON-WILLIAMS:  Even though
23    I agree with Section B, C, D and E -- I join in those
24    four sections without reservations -- I disagree with
```

1   Section F because I would not vote to terminate
2   Officer Beets at this time.
3   　　　　In my opinion, Officer Beets should not be
4   penalized for the many health- and pregnancy-related
5   problems, including an on-the-job injury, she has
6   experienced over the past ten years.
7   　　　　I reviewed the performance evaluations that
8   were introduced in evidence at the hearing, and it
9   appeared to me that she was generally regarded as an
10  excellent police officer when she was on the job.
11  　　　　I believe that the evidence at the hearing
12  showed that she had been released by her doctor to
13  return to work in a light-duty capacity which could
14  result in her being assigned to the front desk until
15  she is totally healthy.
16  　　　　Simply stated, regardless of her past history,
17  I believe Officer Beets deserves a second chance; if
18  she continues to be unable to work in full capacity as
19  a full-time police officer over the next year that she
20  be released to start work again -- I'm sorry -- over
21  the next year now that she has been released to start
22  working again on light duty, I would vote to terminate
23  her at that time.
24  　　　　Thank you.  That's all.

1  SECRETARY MAHER: That concludes the portion
2  of the meeting devoted to the taking of official action
3  on the matter of Tonya Beets.

# CERTIFICATE

I, AMY R. CAMPOS, Certified Shorthand Reporter and Registered Professional Reporter, in and for the County of Winnebago and the State of Illinois, do hereby that the foregoing is a true and correct transcript of my shorthand notes so taken as aforesaid.

I FURTHER CERTIFY that I am not counsel for nor related to any of the parties herein nor am I interested, financially or otherwise, in the outcome hereof.

I FURTHER CERTIFY that my certificate annexed hereto applies only to the signed and certified transcripts. I assume no responsibility for the accuracy of any reproduced copies not made under my control or direction.

Dated and affixed with my seal of office at Rockford, Illinois, on February 7, 2008.

*Amy R. Campos, RPR*

Amy R. Campos
Certified Shorthand Reporter
Registered Professional Reporter
License No. 084-003516
Winnebago County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

| | | |
|---|---|---|
| TONYA Y. BEETS, | ) | |
| | ) | FILED |
| Plaintiff, | ) | Date: 3/18/08 |
| | ) | NO. 08 MR 2 |
| vs. | ) | Clerk of the Circuit Court |
| | ) | By _____ Deputy |
| CHET EPPERSON, as Chief of Police for | ) | Winnebago County, IL |
| the City of Rockford, and the CITY OF | ) | **MOTION FOR** |
| ROCKFORD BOARD OF FIRE AND | ) | **PROTECTIVE ORDER** |
| POLICE COMMISSIONERS, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant, the CITY OF ROCKFORD BOARD OF FIRE AND POLICE COMMISSIONERS ("the Board"), by its Attorneys, WILLIAMSMCCARTHY LLP, moves this Court for a protective order pursuant to Illinois Supreme Court Rule 201(c)(1) prohibiting discovery outside of the administrative record. In support of its motion, the Board states as follows:

1. The Board joins fully in the motion for protective order filed on or about March 13, 2008, by Defendant Chet Epperson, in his capacity as the Chief of Police for the City of Rockford, and adopts the legal arguments contained in that motion as its own.

WHEREFORE, the defendant, the CITY OF ROCKFORD BOARD OF FIRE AND POLICE COMMISSIONERS, respectfully requests that this Court enter an order prohibiting the Plaintiff from issuing any discovery outside the administrative record in this matter and including, but not limited to, the materials referenced at paragraphs 32(a) through 32(n) of Plaintiff's complaint for administrative review.

CITY OF ROCKFORD BOARD OF FIRE AND POLICE COMMISSIONERS, One of the Defendants
By: WILLIAMSMCCARTHY LLP, Its Attorneys

By: /s/ Brendan A. Maher
      Brendan A. Maher

PROOF OF SERVICE

The undersigned hereby certifies that on March 18, 2008 at 120 West State Street, Suite 400, Rockford, Illinois, he telefaxed a copy of the foregoing instrument to the following:

Attorney Gary S. Reese
Reese & Reese
979 North Main Street
Rockford, IL 61103

Attorney John P. Giliberti
City of Rockford Legal Department
425 East State Street
Rockford, IL 61104

/s/ Brendan A. Maher

Brendan A. Maher (#4819)
WILLIAMSMCCARTHY LLP (#450)
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815-987-8900

Motion.Protect.Order.wpd(dg)      2

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

| | | |
|---|---|---|
| TONYA Y. BEETS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 MR 2 |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE** |
| CHET EPPERSON, as Chief of Police for the City of Rockford, and the CITY OF ROCKFORD BOARD OF FIRE AND POLICE COMMISSIONERS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

FILED
Date: 3/18/08
Thomas J. Klein
Clerk of the Circuit Court
By_____Deputy
Winnebago County, IL

TO:  Attorney Gary S. Reese    Attorney John P. Giliberti
     Reese & Reese              City of Rockford Legal Department
     979 North Main Street      425 East State Street
     Rockford, IL 61103         Rockford, IL 61104

YOU ARE HEREBY notified that on the **19th** day of **March, 2008, at 9:00 o'clock A.M.**, or soon thereafter as Counsel may be heard, I shall appear before his Honor, Judge J. Edward Prochaska presiding, in the room usually occupied by him as a Court Room, or in his absence, before any other Judge that may be presiding in said Court Room, in the Court House in Winnebago County at Rockford, Illinois, and then and there: **Present Motion for Protective Order.**

At which time and place you may appear, if you so desire.

Dated: March 18, 2008.

WILLIAMSMCCARTHY LLP

By /s/ Brendan Maher

Brendan A. Maher (#4819)
WILLIAMSMCCARTHY LLP (#450)
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219

815-987-8900
STATE OF ILLINOIS           )
                            ) SS.
COUNTY OF WINNEBAGO         )

      Diane K. Griffey, being first duly sworn on oath, deposes and says that she served the within notice upon the within named

Attorney Gary S. Reese<br>
Reese & Reese<br>
979 North Main Street<br>
Rockford, IL 61103<br>
(815-968-8344)

Attorney John P. Giliberti<br>
City of Rockford Legal Department<br>
425 East State Street<br>
Rockford, IL 61104<br>
(815-967-6949)

by telefaxing a true and correct copy of said notice to each addressed as is shown above at or about 2:00 p.m. on March 18, 2008.

                                                */s/ Diane K. Griffey*

Subscribed and sworn to before
me on March 17, 2008.

*/s/ Sheila Lee*
Notary Public

"OFFICIAL SEAL"
SHEILA LEE
Notary Public, State of Illinois
My Commission Expires 10/25/2009

Notice.Hrg.2.wpd(dg)                            2

*Do not patch this Envelope*

STATE OF ILLINOIS
CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

FILED
Date: FEB 2 9 2008
*Thomas A. Klein*
Clerk of the Circuit Court
By _____ MA _____ Deputy
Winnebago County, IL

TONYA Y. BEETS, )
 )
    Plaintiff, )  NO. 08 MR 2
 )
vs. )
 )
CHET EPPERSON, as Chief of Police for )  **FILED UNDER SEAL**
the City of Rockford, and the CITY OF )  (Not Public Record)
ROCKFORD BOARD OF FIRE AND )
POLICE COMMISSIONERS, )
 )
    Defendants. )

### CONTENTS:

THE FOLLOWING <u>SEALED</u> ENVELOPE CONTAINS THE FOLLOWING DOCUMENT:

### IV. Transcript of Proceeding in Closed Session

| Date | Item |
|---|---|
| 11 06 07 | Transcript (Disciplinary hearing) (certified original) |

This document is being filed under seal in that it contains confidential information not subject to public disclosure. This envelope containing said document is filed in this case by defendant, the CITY OF ROCKFORD BOARD OF FIRE AND POLICE COMMISSIONERS, and should be held in confidence <u>under seal</u> and should not be opened, nor the contents thereof to be displayed or revealed, except by Order of this Court.

**Filed By**:
Brendan A. Maher (#4819)
WILLIAMSMCCARTHY LLP (#450)
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815-987-8900