IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TONYA Y. BEETS, ) | |
| ) | NO. |
| *Plaintiff,* ) | |
| ) | In the Circuit Court of the 17th |
| vs. ) | Judicial Circuit, Winnebago County, |
| ) | Illinois, Cause No. 2008-MR-2 |
| ) | |
| CHET EPPERSON, as Chief of Police for the ) | |
| City of Rockford, and the CITY OF ROCKFORD ) | |
| BOARD OF FIRE AND POLICE ) | |
| COMMISSIONERS, ) | |
| *Defendants.* ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  Thomas A. Klein                         Attorney Brendan A. Maher
     Winnebago County Circuit Clerk          WilliamsMcCarthy LLC
     Winnebago County Courthouse             P.O. Box 219
     400 West State Street                   Rockford, Illinois 61105
     Rockford, Illinois 61101

     Attorney Todd S. Reese
     Reese & Reese
     979 N. Main Street
     Rockford, Illinois 61103

      You are hereby notified that CHET EPPERSON, as Chief of Police for the City of Rockford, a defendant in the above entitled cause, filed his verified Notice of Removal of the case of "*Tonya Y. Beets v. Chet Epperson and the City of Rockford Board of Fire And Police Commissioners*", which case was recently pending in the Circuit Court of the 17th Judicial Circuit, Winnebago County, under Cause No. 2008-MR-2, with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, a true

and correct copy of which Notice of Removal is attached hereto and served upon you and that said Notice of Removal was filed on September 16, 2008.

        CHET EPPERSON,
        As Chief of Police for the City of Rockford,
        Defendant
        By CITY OF ROCKFORD DEPARTMENT OF LAW

        By:_____/s/ John P. Giliberti_____

CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on September 16, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Mail the document without Exhibit A (the state court file) to:

| | |
|---|---|
| Thomas A. Klein | Attorney Brendan A. Maher |
| Winnebago County Circuit Clerk | WilliamsMcCarthy LLC |
| Winnebago County Courthouse | P.O. Box 219 |
| 400 West State Street | Rockford, Illinois 61105 |
| Rockford, Illinois 61101 | |

Attorney Todd S. Reese
Reese & Reese
979 N. Main Street
Rockford, Illinois 61103

_____/s/ John P. Giliberti_____

John P. Giliberti
City Attorney
CITY OF ROCKFORD DEPARTMENT OF LAW
425 East State Street
Rockford, Illinois 61104
815-987-5540