U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

The Construction Industry Welfare Fund of Rockford, Illinois; The
Construction Industry Retirement Fund of Rockford, Illinois
v.
Dobnick Trucking & Excavating, Inc., Also Known as Dobnick
Exculvating & Trucking, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Construction Industry Welfare Fund of Rockford, Illinois; The Construction Industry Retirement Fund of Rockford, Illinois

| NAME (Type or print) |
| --- |
| Marc M. Pekay |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Marc M. Pekay |
| FIRM |
| Marc M. Pekay, P.C. |
| STREET ADDRESS |
| 30 N. LaSalle St., Ste. 2426 |
| CITY/STATE/ZIP |
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 02167131 | (312) 606-0980 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |