# EXHIBIT

# A

Case 1:07-cv-59999   Document 141-2   Filed 09/17/2008   Page 1 of 3

## MOTION OF IDEAL DECORATING TO DISQUALIFY CHARLES ANDERSON

Ideal Decorating, Inc. ("ID") respectfully moves the Joint Trade Board ("JTB") to disqualify Charles Anderson from serving and/or otherwise participating as a member on the JTB in connection with charges against ID because he is and demonstrated his bias and/or prejudice against ID and its shareholders and/or a real or apparent conflict of interest exists between Charles Anderson and ID and/or ID's shareholders (Mark McKulski and/or Steve King) for the following reasons:

1. Mark McKulski appeared before the Painters District Council No. 30 Joint TradeBoard ("JTB") on July 2, 2008 in response to Charges filed by James Stelmasek against Ideal Decorating, Inc. ("ID").

2. At the hearing before the JTB, Charles Anderson was the person who conducted a majority of the interrogation of McKulski. During the course of the hearing, Charles Anderson told McKulski that McKulski was heading down the same path as Michael Schmidt. The hearing was continued to Agust 21, 2008.

3. Upon information and belief, Michael Schmidt was sentenced to prison. Michael Schmidt is the brother of Deborah King. Deborah King is married to Steve King. Steve King and McKulski are equal shareholders of ID.

4. There is also a dispute pending by and between Charles Anderson as Trustee of the Painters District Council No. Welfare Fund ("Fund"), on the one hand, and ID and Steve King, on the other hand.

5. On or about June 6, 2008, the Fund suspended King's health insurance coverage retroactive to September 2007. King disputes the propriety of the Fund's actions and requested information from the Fund but has not received it. In addition, on July 12, 2008 ID made a claim

EXHIBIT A

PAGE TWO
August 21, 2008

for a refund of contributions from the Fund if the Fund believes contributions should not have been paid on Mr. King's behalf. ID has not received a refund and remains in a dispute with Charles Anderson as Trustee of the Welfare Fund.

6. On or about July 7, 2008, Charles Anderson sent letters to McKulski and King wherein Anderson "instructed" them to appear at the hearing on August 21, 2008.

7. The foregoing action and conduct of Charles Anderson coupled with the threats made by him against ID, McKulski and/or King as well as the disputes which exist by and between them demonstrate that Charles Anderson should be disqualified from serving and/or otherwise participating as a member on the Joint Trade Board since he is biased and/or otherwise prejudiced and a real or apparent conflict of interest exists between him and ID and/or ID's shareholders (Mark McKulski and/or Steve King).

WHEREFORE, Ideal Decorating, Inc. respectfully requests the JTB to disqualify Charles Anderson from serving and/or otherwise participating as a member on the Joint Trade Board in connection with charges filed against Ideal Decorating, Inc. and for such other relief that is appropriate.

Ideal Decorating, Inc.

By: _____