**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                  Case Number:

Ideal Decorating, Inc.

Vs

Painters District Council No. 30

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

       IDEAL DECORATING, INC.

| |
|---|
| NAME (Type or print)<br>    Joseph P. Berglund |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Joseph P. Berglund |
| FIRM<br>    Berglund & Mastny, P.C. |
| STREET ADDRESS<br>    1010 Jorie Blvd., Suite 370 |
| CITY/STATE/ZIP  Oak Brook, Illinois  60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06202851 | 630-990-0234 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X          NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES          NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  X    NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐