# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number:

Ideal Decorating, Inc.

Vs

Painters District Council No. 30

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

       IDEAL DECORATING, INC.

| | |
|---|---|
| NAME (Type or print) Kenneth M. Mastny | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Joseph P. Berglund | |
| FIRM   Berglund & Mastny, P.C. | |
| STREET ADDRESS   1010 Jorie Blvd., Suite 370 | |
| CITY/STATE/ZIP Oak Brook, Illinois  60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06202851 | 630-990-0234 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐    NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |