IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TONYA Y. BEETS, <br>           Plaintiff, <br><br> vs. <br><br> CHET EPPERSON, as Chief of Police for the City of Rockford, and the CITY OF ROCKFORD BOARD OF FIRE AND POLICE COMMISSIONERS, <br>           Defendants. | NO. <br><br> In the Circuit Court of the 17th Judicial Circuit, Winnebago County, Illinois, Cause No. 2008-MR-2 |

**NOTICE OF FILING OF SUPPLEMENT**

TO:    Attorney Brendan A. Maher          Attorney Todd S. Reese
        WilliamsMcCarthy LLC             Reese & Reese
        120 West State Street, Suite 400     979 N. Main Street
        P.O. Box 219                                 Rockford, Illinois 61103
        Rockford, Illinois 61105-0219

        You are hereby notified that CHET EPPERSON, as Chief of Police for the City of Rockford, a defendant in the above entitled cause, filed a supplement consisting of Plaintiff's First Amended Complaint, to his verified Notice of Removal of the case of "*Tonya Y. Beets v. Chet Epperson and the City of Rockford Board of Fire And Police Commissioners*", which case was recently pending in the Circuit Court of the 17th Judicial Circuit, Winnebago County, under Cause No. 2008-MR-2, with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, a true and correct copy of said supplement is attached hereto and served upon you and that said supplement was filed on September 19, 2008.

CHET EPPERSON,
As Chief of Police for the City of Rockford,
Defendant
By CITY OF ROCKFORD DEPARTMENT OF LAW

By:_____/s/ John P. Giliberti_____

2

CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on September 19, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Mail the document to:

| | |
|---|---|
| Attorney Brendan A. Maher | Attorney Todd S. Reese |
| WilliamsMcCarthy LLC | Reese & Reese |
| 120 West State Street, Suite 400 | 979 N. Main Street |
| P.O. Box 219 | Rockford, Illinois 61103 |
| Rockford, Illinois 61105-0219 | |

              /s/ John P. Giliberti

John P. Giliberti
City Attorney
CITY OF ROCKFORD DEPARTMENT OF LAW
425 East State Street
Rockford, Illinois 61104
815-987-5540