**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:

New York Life Insurance Company, et al. v. Pamela Clark, Eric Clark, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

New York Life Insurance Company, A Mutual Company and New York Life Insurance and Annuity Corporation, A Delaware Corporation

| | |
|---|---|
| NAME (Type or print) | Suzanne Rollier |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/Suzanne Rollier |
| FIRM | Holland & Knight LLP |
| STREET ADDRESS | 131 South Dearborn Street, 30th Floor |
| CITY/STATE/ZIP | Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6283865 | TELEPHONE NUMBER 312 263-3600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | No |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | No |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | No |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | No |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL        APPOINTED COUNSEL | |

# 5611556_v1