# Exhibit 2

**INSURED –** FRANK CLARK SR
**POLICY NUMBER –** 62 938 654
**POLICY DATE –** JULY 13, 2005

# New York Life Insurance and Annuity Corporation

(A Delaware Corporation)

**The Corporation** will pay the benefits of this policy in accordance with its provisions. The pages that follow are also a part of this policy.

**Right to Examine Policy.** Please examine your policy. Within 10 days after delivery, you can return the policy to the ~~Corporation or to the agent through whom it was purchased~~ with a written request for a refund of premium. Upon such a request, the policy will be void from the start, and a full premium refund will be made.

**Payment of Premiums.** While this policy is in force, premiums can be paid at any time before the Policy Anniversary on which the Insured is age 121, and while the Insured is living. They can be paid at any interval or by any method we make available, subject to any limitations set forth in the Premiums section. The amount and interval of Planned Premiums, as stated in the application for this policy, are shown on the Policy Data page.

**Effective Date of Coverage.** Life insurance benefit coverage under this policy will take effect on the later of the Policy Date or the date we receive your initial premium payment.

**Illustrative Report to Owner.** On request, we will furnish you with an illustrative report which, based on the then current non-guaranteed factors, shows the results for at least the next 20 years, but not beyond the Policy Anniversary nearest the Insured's age 121. Each report will take into account the Cash Value of the policy when the report is prepared, the interest rates, the maximum Cost of Insurance Rates, and any other fees and charges in effect at that time. This report will also give you other facts required by state law or regulation. We can charge a reasonable fee for this report.

*(signature)*

President

*(signature)*

Secretary

**Universal Life Insurance Policy**

Adjustable Life Insurance Benefits-Flexible Premium Payments.
Proceeds Payable at Insured's Death.
Interest Credited on Cash Value at Rate Set by Corporation.
No Premiums Payable on or After Age 121.

Policy is Non-Participating.

305-51.36

INSURED -- FRANK CLARK SR

INSURED'S AGE
AT ISSUE -- 49   MALE

POLICY NUMBER -- 62 938 654

POLICY DATE -- JULY 13, 2005
ISSUE DATE -- JULY 19, 2005

INSURED'S CLASS
OF RISK -- SELECT STANDARD

PLAN -- NYLIAC PROTECTOR® 2005

INITIAL FACE AMOUNT --        $150,000.00

LIFE INSURANCE BENEFIT OPTION -- 1

OWNER-- INSURED

BENEFICIARY (subject to change)
AS DESIGNATED ON APPLICATION, OR AS SUBSEQUENTLY CHANGED
IN ACCORDANCE WITH THE CHANGE OF BENEFICIARY PROVISIONS

ADDITIONAL BENEFITS

ACCELERATED BENEFITS (AB)
MONTHLY DEDUCTION WAIVER (MDW)
UPROMISE ACCOUNT-CONTRIBUTION AMOUNT*****-$25.00

*****A $25.00 CONTRIBUTION TO YOUR UPROMISE ACCOUNT WILL BE MADE IF YOU
HAVE REGISTERED THIS POLICY WITH UPROMISE WITHIN 90 DAYS OF THE POLICY'S
DELIVERY DATE. PLEASE SEE THE UPROMISE RIDER ATTACHED TO THIS POLICY FOR
DETAILS. THIS UPROMISE CONTRIBUTION AMOUNT IS NOT TAXABLE BUT WILL BE
REFLECTED WHEN DETERMINING YOUR TAXABLE GAIN IF YOU SURRENDER OR
PARTIALLY SURRENDER THIS POLICY.

**POLICY NUMBER -- 62 938 654**                    **INSURED --  FRANK CLARK SR**

INITIAL PREMIUM PAID (INCLUDING THE FIRST PLANNED PREMIUM, IF APPLICABLE) –     $1,085.76

PLANNED PREMIUM: $0.00              PAYABLE AT NO              INTERVALS *
BEGINNING AS OF           00-00-0000
TARGET PREMIUM**:        $2,661.50


PERCENT OF PREMIUM EXPENSE CHARGE NOT TO EXCEED 10% OF ANY PREMIUM PAID

MONTHLY DEDUCTION CHARGE CONSISTS OF:
        -MONTHLY COST OF INSURANCE FOR BASE POLICY
        -AN ADMINISTRATIVE FEE NOT TO EXCEED $12.00
        - A MONTHLY PER THOUSAND FACE AMOUNT CHARGE NOT TO EXCEED $.10 PER THOUSAND OF
         FACE AMOUNT OF THE BASE POLICY.
         HOWEVER, IN NO EVENT WILL THIS CHARGE EXCEED $10.00 PER MONTH.
        -MONTHLY COST FOR ANY RIDERS


MONTHLY DEDUCTION DAY  THIRTEENTH DAY OF EACH CALENDAR MONTH.

   *   **PREMIUM PAYMENTS:**
        PREMIUM PAYMENTS CANNOT BE MADE ON OR AFTER THE POLICY ANNIVERSARY ON WHICH
        THE INSURED IS AGE 121, WHICH IS  JULY 13, 2077
        UNLESS A COVERAGE PROTECTION BENEFIT IS IN EFFECT, COVERAGE WILL EXPIRE WHEN THE CASH
        VALUE LESS SURRENDER CHARGES AND LESS ANY UNPAID LOAN AND ACCRUED  LOAN INTEREST
        IS INSUFFICIENT TO COVER A MONTHLY DEDUCTION.

  **   **TARGET PREMIUM:**
        THE TARGET PREMIUM IS USED TO DETERMINE THE AMOUNT OF PREMIUM EXPENSE CHARGE
        DEDUCTED FROM YOUR POLICY PREMIUM PAYMENTS DURING EACH POLICY YEAR.
        THE TARGET PREMIUM WILL CHANGE IF THE FACE AMOUNT OF THIS POLICY IS INCREASED
        OR DECREASED.

**POLICY NUMBER -- 62 938 654**              **INSURED -- FRANK CLARK SR**

**INTEREST CREDITING:**

**GUARANTEED INTEREST RATE: 3%**

**CURRENT INTEREST RATE:**
A BASE INTEREST RATE WILL BE DECLARED BY THE COMPANY PERIODICALLY AND ADDITIONAL
AMOUNTS WILL BE ADDED TO THE BASE RATE DEPENDING ON THE POLICY YEAR AND BAND. THE TABLE
BELOW SHOWS THE ADDITIONAL AMOUNTS TO BE ADDED TO THE BASE RATE PROVIDED THE BASE
RATE IS AT LEAST 3 % FOR ALL BANDS AND YEARS.
IN THE EVENT WE DECLARE A BASE RATE BELOW 3%, THE ADDITIONAL AMOUNTS SHOWN BELOW WILL
NOT APPLY AND THE INTEREST RATE CREDITED AT ANY POLICY YEAR OR BAND IS GUARANTEED TO BE
AT LEAST 3%.

| Policy Year | Face Amount Band $25,000-99,999 | Face Amount Band $100,000-499,999 | Face Amount Band $500,000-999,999 | Face Amount Band $1,000,000 & over |
|---|---|---|---|---|
| 1-15 | 0.00% | 0.10% | 0.30% | 0.30% |
| 16+ | 1.40% | 1.50% | 1.60% | 1.60% |

**INTEREST RATES ABOVE 3% ARE NOT GUARANTEED.**

**CASH VALUE AND LOANS:**
THE PORTION OF THE CASH VALUE THAT SECURES THE AMOUNT OF ANY UNPAID LOAN WILL RECEIVE
INTEREST AT A RATE THAT IS NEVER LESS THAN 2% LOWER THAN THE EFFECTIVE ANNUAL LOAN INTEREST
RATE. THE INTEREST RATE CAN BE CHANGED PERIODICALLY BUT IN NO EVENT WILL IT
BE LESS THAN THE MINIMUM GUARANTEED RATE OF 3%.

IF THE INSURED'S ISSUE AGE IS 18 OR OVER, THE MORTALITY TABLE REFERRED TO IN SECTION 8.14 IS THE
COMMISSIONERS' 2001 STANDARD ORDINARY MALE OR FEMALE, SMOKER OR NONSMOKER, TABLES OF
MORTALITY, ANB.  FOR ISSUE AGES UNDER 18 THE MORTALITY TABLE IS THE COMMISSIONERS'
2001 STANDARD ORDINARY MALE OR FEMALE, COMPOSITE TABLE OF MORTALITY, ANB.

THE INTEREST RATE REFERRED TO IN SECTION 8.14 IS 3% PER YEAR.

THE MINIMUM FACE AMOUNT FOR THIS POLICY IS $25,000.

POLICY NUMBER -- 62 938 654                    INSURED -- FRANK CLARK SR

SURRENDER CHARGE PREMIUM:    $4,537.50      @

## TABLE OF MAXIMUM SURRENDER CHARGES

| Policy Year | Percentage Applied | Maximum Surrender Charges |
|---|---|---|
| 1 | 50% | $4,537.50 |
| 2 | 50% | $4,537.50 |
| 3 | 50% | $4,537.50 |
| 4 | 50% | $4,537.50 |
| 5 | 47.5% | $4,310.63 |
| 6 | 45% | $4,083.75 |
| 7 | 42.5% | $3,856.88 |
| 8 | 40% | $3,630.00 |
| 9 | 37.5% | $3,403.13 |
| 10 | 35% | $3,176.25 |
| 11 | 32.5% | $2,949.38 |
| 12 | 30% | $2,722.50 |
| 13 | 27.5% | $2,495.63 |
| 14 | 25% | $2,268.75 |
| 15 | 20% | $1,815.00 |
| 16 | 17.5% | $1,588.13 |
| 17 | 15% | $1,361.25 |
| 18 | 10% | $907.50 |
| 19 | 7.5% | $680.63 |
| 20 | 0% | $0.00 |

THIS TABLE APPLIES TO THE INITIAL FACE AMOUNT FOR THE NUMBER OF YEARS SHOWN ABOVE. ADDITIONAL CHARGES WILL APPLY TO EACH INCREASE IN THE INITIAL FACE AMOUNT AFTER THE EFFECTIVE DATE OF THE INCREASE.  A NEW TABLE WILL BE PROVIDED IF THE FACE AMOUNT IS INCREASED.

@ THE SURRENDER CHARGE PREMIUM IS AN AMOUNT BASED ON EACH $1000 OF INITIAL FACE AMOUNT OF INSURANCE.  IT IS USED TO CALCULATE THE MAXIMUM SURRENDER CHARGE. THE SURRENDER CHARGE PREMIUM WILL CHANGE IF THE FACE AMOUNT OF THIS POLICY IS INCREASED OR DECREASED.

THE SURRENDER CHARGE IS CALCULATED AS THE LESSER OF:
(A) FIFTY PERCENT OF THE FOLLOWING: CUMULATIVE PREMIUMS PAID LESS THE CUMULATIVE MONTHLY ADMINISTRATIVE CHARGES TAKEN AND LESS ANY CUMULATIVE COVERAGE PROTECTION BENEFIT RIDER CHARGES TAKEN, OR
(B) THE APPLICABLE SURRENDER CHARGE PERCENTAGE (AS SHOWN IN THE ABOVE TABLE) OF TWO TIMES THE SURRENDER CHARGE PREMIUM.

A $25.00 SERVICE CHARGE IS TAKEN FOR EACH PAYMENT OF PARTIAL CASH SURRENDER VALUE BENEFITS. THE MINIMUM PARTIAL SURRENDER AMOUNT IS $500.00.

**POLICY NUMBER –62 938 654**                    **INSURED –** FRANK CLARK SR

TABLE OF PERCENTAGES FOR LIFE INSURANCE BENEFIT
FOR COMPLIANCE WITH IRC SECTION 7702
GUIDELINE PREMIUM TEST

| INSURED'S AGE ON POLICY ANNIVERSARY | PERCENT OF CASH VALUE | INSURED'S AGE ON POLICY ANNIVERSARY | PERCENT OF CASH VALUE |
|---|---|---|---|
| 0-40 | 250% | 68 | 117% |
| 41 | 243% | 69 | 116% |
| 42 | 236% | 70 | 115% |
| 43 | 229% | 71 | 113% |
| 44 | 222% | 72 | 111% |
| 45 | 215% | 73 | 109% |
| 46 | 209% | 74 | 107% |
| 47 | 203% | 75 | 105% |
| 48 | 197% | 76 | 105% |
| 49 | 191% | 77 | 105% |
| 50 | 185% | 78 | 105% |
| 51 | 178% | 79 | 105% |
| 52 | 171% | 80 | 105% |
| 53 | 164% | 81 | 105% |
| 54 | 157% | 82 | 105% |
| 55 | 150% | 83 | 105% |
| 56 | 146% | 84 | 105% |
| 57 | 142% | 85 | 105% |
| 58 | 138% | 86 | 105% |
| 59 | 134% | 87 | 105% |
| 60 | 130% | 88 | 105% |
| 61 | 128% | 89 | 105% |
| 62 | 126% | 90 | 105% |
| 63 | 124% | 91 | 104% |
| 64 | 122% | 92 | 103% |
| 65 | 120% | 93 | 102% |
| 66 | 119% | 94 | 101% |
| 67 | 118% | 95 & over | 100% |

**POLICY NUMBER -- 62 938 654**                    **INSURED --   FRANK CLARK SR**

TABLE OF GUARANTEED MAXIMUM MONTHLY COST OF INSURANCE RATES
(PER $1,000 OF NET AMOUNT AT RISK)


MALE


SELECT STANDARD CLASSIFICATION


| POLICY YEAR | | POLICY YEAR | |
|---|---|---|---|
| 001 | 0.50000 | 041 | 18.59000 |
| 002 | 0.54000 | 042 | 20.28000 |
| 003 | 0.58000 | 043 | 21.85000 |
| 004 | 0.64000 | 044 | 23.47000 |
| 005 | 0.71000 | 045 | 25.19000 |
| 006 | 0.79000 | 046 | 27.01000 |
| 007 | 0.89000 | 047 | 29.08000 |
| 008 | 0.98000 | 048 | 30.95000 |
| 009 | 1.08000 | 049 | 32.97000 |
| 010 | 1.16000 | 050 | 35.16000 |
| 011 | 1.26000 | 051 | 37.54000 |
| 012 | 1.37000 | 052 | 40.14000 |
| 013 | 1.51000 | 053 | 42.16000 |
| 014 | 1.68000 | 054 | 44.35000 |
| 015 | 1.87000 | 055 | 46.72000 |
| 016 | 2.06000 | 056 | 49.28000 |
| 017 | 2.25000 | 057 | 52.71000 |
| 018 | 2.44000 | 058 | 56.53000 |
| 019 | 2.62000 | 059 | 60.80000 |
| 020 | 2.81000 | 060 | 65.59000 |
| 021 | 2.99000 | 061 | 71.01000 |
| 022 | 3.22000 | 062 | 77.19000 |
| 023 | 3.48000 | 063 | 83.33000 |
| 024 | 3.82000 | 064 | 83.33000 |
| 025 | 4.17000 | 065 | 83.33000 |
| 026 | 4.52000 | 066 | 83.33000 |
| 027 | 4.93000 | 067 | 83.33000 |
| 028 | 5.37000 | 068 | 83.33000 |
| 029 | 5.88000 | 069 | 83.33000 |
| 030 | 6.48000 | 070 | 83.33000 |
| 031 | 7.16000 | 071 | 83.33000 |
| 032 | 7.90000 | 072 | 83.33000 |
| 033 | 8.73000 | | |
| 034 | 9.58000 | | |
| 035 | 10.48000 | | |
| 036 | 11.47000 | | |
| 037 | 12.66000 | | |
| 038 | 13.97000 | | |
| 039 | 15.41000 | | |
| 040 | 16.96000 | | |


THESE MAXIMUMS WILL BE INCREASED BY ANY FLAT EXTRA CHARGES THAT APPLY.


PAGE 2A        POLICY DATA   NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION
0551-2A

**POLICY NUMBER -- 62 938 654**         **INSURED -- FRANK CLARK SR**

TABLE OF GUARANTEED MAXIMUM MONTHLY COST OF INSURANCE RATES
FOR MONTHLY DEDUCTION WAIVER (MDW)
(PER $1,000)

MALE

| POLICY YEAR | | POLICY YEAR | |
|---|---|---|---|
| 001 | 0.04000 | 041 | 0.00000 |
| 002 | 0.05000 | 042 | 0.00000 |
| 003 | 0.06000 | 043 | 0.00000 |
| 004 | 0.08000 | 044 | 0.00000 |
| 005 | 0.10000 | 045 | 0.00000 |
| 006 | 0.13000 | 046 | 0.00000 |
| 007 | 0.16000 | 047 | 0.00000 |
| 008 | 0.21000 | 048 | 0.00000 |
| 009 | 0.26000 | 049 | 0.00000 |
| 010 | 0.31000 | 050 | 0.00000 |
| 011 | 0.38000 | 051 | 0.00000 |
| 012 | 0.18000 | 052 | 0.00000 |
| 013 | 0.18000 | 053 | 0.00000 |
| 014 | 0.17000 | 054 | 0.00000 |
| 015 | 0.14000 | 055 | 0.00000 |
| 016 | 0.07000 | 056 | 0.00000 |
| 017 | 0.00000 | 057 | 0.00000 |
| 018 | 0.00000 | 058 | 0.00000 |
| 019 | 0.00000 | 059 | 0.00000 |
| 020 | 0.00000 | 060 | 0.00000 |
| 021 | 0.00000 | 061 | 0.00000 |
| 022 | 0.00000 | 062 | 0.00000 |
| 023 | 0.00000 | 063 | 0.00000 |
| 024 | 0.00000 | 064 | 0.00000 |
| 025 | 0.00000 | 065 | 0.00000 |
| 026 | 0.00000 | 066 | 0.00000 |
| 027 | 0.00000 | 067 | 0.00000 |
| 028 | 0.00000 | 068 | 0.00000 |
| 029 | 0.00000 | 069 | 0.00000 |
| 030 | 0.00000 | 070 | 0.00000 |
| 031 | 0.00000 | 071 | 0.00000 |
| 032 | 0.00000 | 072 | 0.00000 |
| 033 | 0.00000 | | |
| 034 | 0.00000 | | |
| 035 | 0.00000 | | |
| 036 | 0.00000 | | |
| 037 | 0.00000 | | |
| 038 | 0.00000 | | |
| 039 | 0.00000 | | |
| 040 | 0.00000 | | |

THESE MAXIMUMS WILL BE INCREASED BY ANY FLAT EXTRA CHARGES THAT APPLY.

PAGE 2-MDW   POLICY DATA   NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION
**0551-2-MDW**

**WE & YOU**

In this policy, the words "we", "our" or "us" refer to New York Life Insurance and Annuity Corporation, and the words "you" or "your" refer to the Owner of this policy.

When you write to us, please include the policy number, the Insured's full name, and your current address.

## CONTENTS

| SECTION | PROVISIONS | PAGE |
|---|---|---|
| | POLICY DATA PAGES | |
| ONE | LIFE INSURANCE BENEFITS | 4 |
| TWO | OWNER AND BENEFICIARY | 5 |
| THREE | POLICY CHANGES | 6 |
| FOUR | PREMIUMS | 7 |
| FIVE | CASH VALUE AND LOANS | 10 |
| SIX | CALCULATION OF COST OF INSURANCE | 13 |
| SEVEN | PAYMENT OF POLICY PROCEEDS | 14 |
| EIGHT | GENERAL PROVISIONS | 15 |

APPLICATION - Attached to the Policy

RIDERS OR ENDORSEMENTS
(IF ANY) - Attached to the Policy

**Note:** This policy is a legal contract between the policyowner and the Corporation.
**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

## SECTION ONE - LIFE INSURANCE BENEFITS

1.1    **Life Insurance Benefit** We will pay the life insurance proceeds to the beneficiary promptly when we have proof that the Insured died on or after the Effective Date of this policy, subject to all of this policy's provisions. A claim for the life insurance proceeds must be made in writing to our Service Office or any other location that we indicate to you in writing.

1.2    **Amount Of Life Insurance Proceeds** The amount of life insurance proceeds payable under this policy consists of the Life Insurance Benefit of the policy, defined in Section 1.3 below, plus the death benefit payable under any riders in effect on the Insured on the date of the Insured's death, less any unpaid loan and accrued loan interest. The Life Insurance Benefit is based on the Life Insurance Benefit Option in effect and the policy's initial Face Amount shown on the Policy Data page, and will also reflect any changes to the Face Amount made in accordance with the provisions of this policy.

1.3    **Age 121 Policy Anniversary** Beginning on the Policy Anniversary on which the Insured is age 121:
-    If the Cash Value is less than the Life Insurance Benefit, it will be increased to equal the Life Insurance Benefit. The Life Insurance Benefit will not be changed.
-    No further Planned or Unplanned Premiums will be allowed and no further monthly deductions will be made from the Cash Value.
-    The Cash Value will continue to accumulate at interest.
-    Loan interest will continue to accrue at the current loan interest rate but no new policy loans can be requested.
-    Partial surrenders will continue to be allowed.
-    Changes to the Life Insurance Benefit Option will not be allowed.
-    The policy can be surrendered for its Cash Surrender Value proceeds by submitting to us a signed written request that gives us the information we need.
-    Any insurance on an Other Covered Insured, provided by a rider attached to the policy, that is still in effect, will end. However, if an Other Covered Insured is younger than age 70 when the rider ends, the owner can convert the term insurance at that time as described in the rider.
-    Any other riders attached to the policy will also end.

1.4    **Life Insurance Benefit Options** The Life Insurance Benefit payable under this policy will be determined in accordance with one of the following options. See Policy Data Page 2.2 for a table of the percentages referenced below.

**Option 1** - This option provides a Life Insurance Benefit equal to the greater of the Face Amount of the policy or a percentage of the Cash Value equal to the minimum necessary for this policy to qualify as life insurance under Section 7702 of the Internal Revenue Code, as amended.
**Option 2** - This option provides a Life Insurance Benefit equal to the greater of the Face Amount of the policy plus the Cash Value or a percentage of the Cash Value equal to the minimum necessary for this policy to qualify as life insurance under Section 7702 of the Internal Revenue Code, as amended.
**Option 3** - This option provides a Life Insurance Benefit equal to the greater of the Face Amount of the policy plus the Adjusted Total Premium, or a percentage of the Cash Value equal to the minimum necessary for this policy to qualify as life insurance under Section 7702 of the Internal Revenue Code, as amended. See Section 4.6 for an explanation of the Adjusted Total Premium.

# SECTION TWO - OWNER AND BENEFICIARY

**2.1**   **Owner** The owner of this policy is shown on the Policy Data page.  In this policy, the words "you" and "your" refer to the owner.

**2.2**   **Change Of Ownership** You can change the owner of this policy in a form we provide.  The form and any other requirements must be completed and signed by you.  This change will take effect as of the date you signed the form, subject to any payment we made or action we took before recording the change.  When this change takes effect, all rights of ownership will pass to the new owner.  Changing the owner or successor owner cancels any prior choice of owner or successor owner, but does not change the beneficiary.

**2.3**   **Successor Owner** A successor owner can be named in the application, or in a form we provide.  The form and any other requirements must be completed and signed by you.   If you die before the successor owner, the successor owner will become the new owner.  If no successor owner survives you and you die before the Insured, your estate becomes the new owner.

**2.4**   **Beneficiary** The beneficiary for any life insurance proceeds is the person or entity named in the application, or in a notice you sign that gives us the information we need.  If more than one beneficiary is named, they can be classed as first, second, and so on.  If 2 or more are named in a class, their share in the proceeds is equal, unless you state otherwise.  The stated shares will be paid to any first beneficiaries who survive the Insured.  If no first beneficiaries survive, payment will be made to any beneficiary surviving in the second class, and so on.

If no beneficiary for either all or part of the proceeds survives the Insured, the right to those proceeds will pass to you.  If you are deceased, this right will pass to your estate.

**2.5**   **Change Of A Beneficiary** While the Insured is living, you can change a beneficiary by notifying us in writing.  The notice must clearly state the beneficiary designation, be signed by you, and include the policy number and the name of the Insured.  This change will take effect as of the date you signed the notice, subject to any payment we made or action we took before recording the change. For example, if we make any payment before we record the change, we will not have to make the payment again.

**2.6**   **Simultaneous Death Of Owner And Beneficiary** Unless stated otherwise in the policy or in your signed notice that is in effect at the Insured's death, if any beneficiary dies at the same time as the Insured or within 15 days after the Insured but before we receive proof of the Insured's death, we will pay the proceeds as though that beneficiary died first.

# SECTION THREE - POLICY CHANGES

**3.1**  **Policy Changes** You can apply in writing to increase or decrease the policy Face Amount (without changing the Life Insurance Benefit Option), or to change the Life Insurance Benefit Option within the limits stated in Section 3.4. Changes can only be made while the Insured is living, and only if this policy would continue to qualify as Life Insurance as defined under Section 7702 of the Internal Revenue Code, as amended. See Section 5.5 for further information regarding decreases in Face Amount and changes in the Life Insurance Benefit Option.

**3.2**  **Policy Face Amount Increases** You can increase the policy Face Amount, only once per policy year, subject to a $5,000 minimum and a maximum not to exceed our policy retention limits. To increase the Face Amount, you must send us your written application, also signed by the Insured, together with any proof of insurability that we require. Any increase will take effect on the Monthly Deduction Day on or next following the date we approve the application for the increase.

The Cost of Insurance for each increase will be based on the Insured's age, gender, and class of risk at the time the increase takes effect. A new set of Surrender Charges will apply to the increased Face Amount. They will be shown on new Policy Data pages we will send you when the increase takes effect. New Contestable and Suicide Exclusion periods will apply for the increase, beginning on the effective date of the increase. See Sections 8.3 and 8.4.

**3.3**  **Policy Face Amount Decreases** You can decrease the policy Face Amount, only once per policy year, provided the new Face Amount meets the minimum face amount requirements shown on the Policy Data page. Any decrease will take effect on the Monthly Deduction Day on or next following the date we receive your signed request.

The decrease will first be applied to reduce the most recent Face Amount increase. It will then be applied to reduce other Face Amount increases in the reverse order in which they took place, and then to decrease the initial Face Amount.

When the Face Amount is decreased, we will deduct any applicable Surrender Charge from the Cash Value. The Surrender Charge deduction will be equal to the difference between the Surrender Charge immediately before the decrease and the Surrender Charge immediately after the decrease. In assessing this Surrender Charge, we first take into account the Surrender Charge associated with any Face Amount increases in the reverse order made, and then the initial Face Amount.

## SECTION THREE - POLICY CHANGES (Continued)

**3.4**     **Life Insurance Benefit Option Changes** Life Insurance Benefit Option changes will take effect on the Monthly Deduction Day on or next following the date we receive your signed request.

If you change from Option 1 to Option 2, the Face Amount of the policy will be decreased by the Cash Value, and any applicable Surrender Charge will be deducted.

If you change from Option 2 to Option 1, the Face Amount will be increased by the Cash Value.

Changes to Option 3 will not be allowed at any time. However, you can change from Option 3 to Options 1 or 2. If you change from Option 3 to Option 1 the Face Amount will be increased by the Adjusted Total Premium. If you change from Option 3 to Option 2 the Face Amount will be increased by the Adjusted Total Premium and decreased by the Cash Value, and any applicable Surrender Charge will be deducted. The Adjusted Total Premium is described in more detail in Section 4.6.

You can change the Life Insurance Benefit Option of this policy only once per policy year. Changes in the Life Insurance Benefit Option that would cause the Face Amount to fall below the minimum amount requirement for this policy shown on the Policy Data page will not be permitted.

# SECTION FOUR – PREMIUMS

**4.1**     **Premium Payments** You can make premium payments at any interval or by any method we make available at any time before the Policy Anniversary on which the Insured is age 121, and while the Insured is living. You can pay Planned Premiums and/or Unplanned Premiums. See Sections 4.2 and 4.3. Premiums are payable at our Service Office or at any other location that we indicate to you in writing. The Cash Value and Life Insurance Benefit under this policy are based on the amount and interval of the premiums that have been received by us. Please refer to the Cash Value and Loans section of this policy for full details.

**4.2**     **Planned Premium** Planned Premium refers to the amount and frequency of premium payments you selected for your premium payment schedule. The amount and interval of any Planned Premiums, as stated in the application, are shown on the Policy Data pages. The first Planned Premium is payable as of the Policy Date. A Planned Premium does not have to be paid to keep this policy in force provided the Cash Surrender Value is sufficient to cover the charges made on the Monthly Deduction Day. Payment of a Planned Premium does not guarantee that coverage will remain in force. The amount and frequency of any Planned Premium can be increased or decreased subject to the limits we set. However, in no event can the Planned Premium be an amount that would jeopardize the policy continuing to qualify as Life Insurance, as defined under Section 7702 of the Internal Revenue Code, as amended. Planned Premiums cannot be paid on or after the Policy Anniversary on which the Insured is age 121.

## SECTION FOUR - PREMIUMS (Continued)

**4.3**    **Unplanned Premiums** Unplanned Premiums are premium payments you can make in addition to or in place of a Planned Premium. You can make an Unplanned Premium payment up to 12 times per policy year provided the Unplanned Premium payment is at least $50. It cannot be an amount that would jeopardize the policy continuing to qualify as Life Insurance as defined under Section 7702 of the Internal Revenue Code, as amended. This limitation is further described in Section 4.4 below. The Insured must be living and payment must be made prior to the Policy Anniversary on which the Insured is age 121. If an Unplanned Premium payment would result in an increase in the Life Insurance Benefit greater than the increase in the Cash Value, we will require proof of insurability before accepting that payment and applying it to the policy.

**4.4**    **Premium Payment Limitations** In addition to the limits described in Sections 4.1, 4.2 and 4.3, Premium Payments are also limited by the premium test choice you made when you applied for this policy. These premium tests are used to determine whether an insurance policy meets the definition of life insurance under Section 7702 of the Internal Revenue Code, as amended.

1. The Guideline Premium Test (or GPT) allows you to maintain a higher level of Cash Value in relation to the death benefit. If you chose this test and the premium you pay during any policy year exceeds the maximum permitted under this Internal Revenue Code test, we will return any such excess within 60 days after the end of the policy year, with interest at a rate of not less than the guaranteed rate shown on the Policy Data page.
2. The Cash Value Accumulation Test (or CVAT) allows you to maintain a higher level of death benefit in relation to Cash Value.

The test you chose is shown on Policy Data Page 2.2 and cannot be changed.

**4.5**    **Premium Expense Charge** A Premium Expense Charge is deducted from each Planned and Unplanned Premium when that payment is received. This charge will not exceed the percentage shown on the Policy Data page.

**4.6**    **Adjusted Total Premium** The Adjusted Total Premium is equal to the total Planned and Unplanned Premium payments made, less the total partial surrenders taken under the policy. Reductions in premium payments due to partial surrenders will never cause this amount to be less than zero. The Adjusted Total Premium is used to calculate the Life Insurance Benefit under Life Insurance Benefit Option 3.

## SECTION FOUR - PREMIUMS (Continued)

**4.7**  **Late Period** If, on a Monthly Deduction Day, the Cash Surrender Value is less than the Monthly Deduction Charge for the next policy month, the policy will continue for a Late Period of 62 days after that Monthly Deduction Day. If we do not receive payment before the end of the Late Period, the policy will end and there will be no more benefits under the policy or any attached riders. To inform you of this event, we will mail a notice to you at your last known address at least 31 days before the end of the Late Period. We will also mail a copy of the notice to the last known address of any assignee on our records.

If the Insured dies during the Late Period, we will pay the life insurance proceeds to the beneficiary. These proceeds will be reduced by the amount of any unpaid loan and accrued loan interest and the Monthly Deduction Charges for the full policy month or months that run from the beginning of the Late Period through the policy month in which the Insured died.

**4.8**  **Reinstatement** Within 5 years after this policy has ended, you can apply, in writing, to reinstate the policy (and any other benefits provided by riders) if you did not surrender it. If the required payment is made within 31 days after the end of the Late Period, no proof of insurability is required. If not, when you apply for reinstatement, you must provide proof of insurability that is acceptable to us.

To reinstate this policy, a payment that is sufficient to keep this policy in force for at least 2 months must be made. This payment will be in lieu of the payment of all premiums in arrears. Any unpaid loan must also be repaid, together with loan interest at the current loan interest rate compounded once each year from the end of the Late Period to the date of reinstatement.

If this policy is reinstated, we will reinstate the Cash Value and Surrender Charge corresponding to the date of reinstatement. The Table of Maximum Surrender Charges and the Surrender Charge that are applicable at the time of reinstatement will be the same as they would have been had the policy not lapsed.

The date of reinstatement is the Monthly Deduction Day on or next following the date we approve your signed request for reinstatement.

# SECTION FIVE - CASH VALUE AND LOANS

**5.1**    **Cash Value** On the Policy Date, the Cash Value is determined by subtracting the Monthly Deduction Charge and the Premium Expense Charge from the initial premium, if the initial premium was paid by the Policy Date.

On each Monthly Deduction Day after the Policy Date, the Cash Value is determined as follows:
1.  From the Cash Value as of the prior Monthly Deduction Day, subtract any partial Cash Surrender Value benefits paid, less any service or other charges made since that day.
2.  Add all premium payments received since the prior Monthly Deduction Day less any Premium Expense Charges.
3.  Add to this sum any interest credited for the prior month.
4.  Subtract the Monthly Deduction Charge.

On any other day, the Cash Value is determined as follows:
1.  From the Cash Value, as of the prior Monthly Deduction Day, subtract any partial Cash Surrender Value benefits paid, less any service or other charges made since that day.
2.  Add all premium payments received since the prior Monthly Deduction Day, less any Premium Expense Charge.
3.  Add to this sum any interest credited to the Cash Value for the number of days since the prior Monthly Deduction Day.

**5.2**    **Interest Crediting** Interest is credited to the Cash Value.  This interest is based on a rate(s) of interest that we declare periodically.  Such rate(s) will be declared at least once annually and will never be less than the guaranteed rate shown on the Policy Data page.

We begin crediting interest on any premium payment, after deducting the applicable Premium Expense Charge, on the date that the premium payment is received by our Service Office.

**5.3**    **Full Surrender** When this policy has Cash Value, and while the Insured is living, you can surrender it for the Cash Surrender Value.  The Cash Surrender Value is equal to the Cash Value less any Surrender Charges that may apply, less any unpaid loan and accrued loan interest.  A Table of Maximum Surrender Charges is shown on Policy Data page 2.1.  The Cash Value and the Surrender Charges will be calculated as of the date on which we receive your signed request.  All insurance will end on the date we receive your surrender request.

**5.4**    **Partial Surrender** You can request a partial surrender by sending us your signed request at our Service Office.  This request must be received while the Insured is living. The lesser of $500 of Cash Surrender Value or an amount equal to 2 Monthly Deduction Charges must remain after we pay this amount.  The minimum partial surrender amount is shown on the Policy Data page.

## SECTION FIVE - CASH VALUE AND LOANS (Continued)

When you take a partial surrender, the Cash Value and Cash Surrender Value will be reduced by the amount of the surrender.

For policies where Life Insurance Benefit Option 1 is in effect, the Face Amount will be reduced by the difference between:
(a) the amount of the surrender; and
(b) the greater of:
  (i)  the Cash Value of the policy immediately prior to the surrender, minus the Face Amount divided by the applicable percentage, as shown on Policy Data page 2.2, for the Insured's age at the time of surrender, or
  (ii) zero.
If the above results in zero or a negative amount, there will be no adjustment in the Face Amount.

For policies where Life Insurance Benefit Option 2 is in effect, a partial surrender will not affect the Face Amount.

If Life Insurance Benefit Option 3 is in effect, the Adjusted Total Premium will be reduced by the amount of the surrender proceeds. A reduction of the Adjusted Total Premium will never cause the Adjusted Total Premium to be less than zero.

For policies where Life Insurance Benefit Option 3 is in effect and the Adjusted Total Premium amount is less than the amount of the surrender, the Face Amount of the policy will be reduced by the difference between:
(a) the amount of the surrender less the Adjusted Total Premium amount immediately prior to the surrender; and
(b) the greater of:
  (i)  the Cash Value of the policy immediately prior to the surrender, less the Adjusted Total Premium, minus the Face Amount divided by the applicable percentage shown on Policy Data Page 2.2, for the Insured's age at the time of surrender, or
  (ii) zero.
If the above results in zero or a negative amount, there will be no adjustment in the Face Amount.

Any decrease in Face Amount caused by payment of this benefit will first be applied against the most recent increase in the Face Amount. It will then be applied to other increases in the Face Amount in the reverse order in which they took place, and then to the initial Face Amount.

Proceeds from a partial surrender will be determined as of the date we receive your signed request at our Service Office in any method acceptable to us. Each time you make a partial surrender of the Cash Surrender Value, we will deduct a service charge from the Cash Value that remains under this policy. If a partial surrender would cause the policy Face Amount to drop below our minimum Face Amount, we reserve the right to require a full surrender. The amount of the service charge and the minimum Face Amount are shown on the Policy Data page.

5.5    **Surrender Charge** For the number of years shown on Policy Data page 2.1, a Surrender Charge will be deducted from the Cash Value when there is a full surrender and any time the Face Amount is decreased, whether due to a partial surrender of the Cash Surrender Value, a change in the Life Insurance Benefit Option or requested decreases in the Face Amount. The Surrender Charge applied will be based on a percent of premiums paid but will never be more than the maximum charges shown in the Table of Maximum Surrender Charges on Policy Data page 2.1. A separate Surrender Charge is calculated for the initial Face Amount and for each increase in the Face Amount.

## SECTION FIVE - CASH VALUE AND LOANS (Continued)

After the policy has been in force for 5 years, we will not apply a Surrender Charge to any partial surrender of the Cash Surrender Value. Rather, we will hold any applicable Surrender Charges in escrow until the end of the Surrender Charge period or until you surrender your policy for its Cash Value during the Surrender Charge period. If you surrender your policy at any time before the end of the Surrender Charge period the charges held in escrow will be deducted from our payment. The amount of charges we may be holding in escrow will not reduce the Cash Value of your policy, but will reduce the Cash Surrender Value.

5.6    **Loan Value** You can borrow any amount up to the loan value of this policy using this policy as sole security. The loan value on any given date is equal to the Cash Surrender Value, less one Monthly Deduction Charge, and less loan interest on the new loan and any outstanding loans to the next Monthly Deduction Day.

5.7    **Loan Interest** Loan interest accrues each day and is payable on the anniversary, the date of death, the date of surrender, the date the policy ends, or on the date of a loan increase or loan repayment and any other date we specify. Loan interest not paid when due will be become part of the loan and will also bear interest.

5.8    **Loan Interest Rate** Unless we set a lower rate for any period, the effective annual loan interest rate is 6%, which is payable in arrears. Loan interest for the policy year in which a loan is taken will be due on the next policy anniversary.

If we have set a rate lower than 6% per year, any subsequent increase in the interest rate will be subject to the following conditions:

(1) The effective date of any increase in the interest rate shall not be earlier than one year after the effective date of the establishment of the previous rate.
(2) The amount by which the interest rate can be increased will not exceed one percent per year, but the rate of interest shall in no event ever exceed 6%.
(3) We will give notice of the interest rate in effect when a loan is made and when sending notice of loan interest due.
(4) If a loan is outstanding 40 days or more before the effective date of an increase in the interest rate, we will notify you of that increase at least 30 days prior to the effective date of the increase.
(5) We will give notice of any increase in the interest rate when a loan is made during the 40 days before the effective date of the increase.

5.9    **Loan Repayments** All or part of an unpaid loan and accrued loan interest can be repaid before the Insured's death or before we pay the full Cash Surrender Value benefit. We will deduct any unpaid loan and accrued loan interest when life insurance or full Cash Surrender Value proceeds are paid.

If a loan is outstanding when full Cash Surrender Value proceeds are paid, the Cash Surrender Value reflects a deduction of any outstanding policy loan and accrued loan interest. It may happen in a given policy year that, based on the loan interest rate in effect when that year began (ignoring any subsequent increase in the rate during that year), any unpaid loan plus accrued loan interest exceeds the Cash Value of this policy less Surrender Charges. In that event, we will mail a notice to you at your last known address, and a copy to the last known assignee on our records. If the excess of the unpaid loan plus accrued loan interest over the Cash Value less Surrender Charges is not paid within that 31 days, all insurance will end 31 days after the date on which we mail that notice to you.

However, if a higher interest rate or rates take effect during the policy year, this policy will not end any sooner than it would have if the rate had not changed.

## SECTION FIVE - CASH VALUE AND LOANS (Continued)

**5.10    Loan and Surrender Payment Deferral** We can defer paying you any partial or full Cash Surrender Value benefits, or defer any loan proceeds except to pay a premium due us, for up to 6 months from the date we receive your request.  Interest will be paid on any amount deferred beyond that date.  We will set the interest rate to a rate that will not be less than required by law.

# SECTION SIX - CALCULATION OF COST OF INSURANCE

**6.1    Monthly Deductions** On each Monthly Deduction Day, the following deductions are made:

(a) the monthly Cost of Insurance for this policy;
(b) the monthly cost for any riders attached to this policy;
(c) the monthly per thousand Face Amount charge that will not exceed the amount shown on the Policy Data pages;
(d) an administrative fee that will not exceed the amount shown on the Policy Data pages.

In some cases, an extra deduction may be required due to an Insured's medical condition, occupation, motor vehicle or aviation record.  These deductions are referred to as flat extras.  The amount and duration of these flat extras, if any, are shown in a footnote on the Policy Data pages.

The Monthly Deduction Day for this policy is shown on the Policy Data pages.  The first Monthly Deduction Day is the Issue Date of the policy.  If the Issue Date and the Policy Date of the policy are different, deductions made on the Issue Date will include the monthly deductions that would have been made on each Monthly Deduction Day for the period from the Policy Date to the Issue Date, as if the policy were issued on the Policy Date.

**6.2    Cost Of Insurance Calculation** The Cost of Insurance is calculated each month on each Monthly Deduction Day.  We do this even if a premium payment is not made in that month.  The monthly Cost of Insurance for the initial Face Amount of insurance and for each subsequent increase in this amount is calculated separately.  The monthly Cost of Insurance for each such amount of insurance is equal to (1) multiplied by the result of (2) minus (3), where:

(1) is the monthly Cost of Insurance rate per $1,000 of insurance;
(2) is the number of thousands of Life Insurance Benefit (as defined in the applicable Option 1, Option 2 or Option 3 in Section One) divided by 1.00246627; and
(3) is the number of thousands of Cash Value as of the Monthly Deduction Day (before this Cost of Insurance and the monthly cost of any Monthly Deduction Waiver rider, and after any applicable administrative fee and the monthly cost of any other riders, are subtracted).
The Net Amount at Risk is (2) minus (3).

If there have been one or more increases in the Face Amount, the Cash Value is part of the Life Insurance Benefit based on the initial Face Amount.  If the Cash Value exceeds this benefit, the excess shall then be considered part of each additional increase in the Face Amount in the order that these increases were made.

## SECTION SIX - CALCULATION OF COST OF INSURANCE
### (Continued)

6.3      **Cost Of Insurance Rate** The rates used to calculate the Cost of Insurance for the initial Face Amount and for each increase in the Face Amount are based on the Insured's age, gender and class of risk at the time the Face Amount or increase took effect. The monthly rates that apply to the Cost of Insurance for the initial Face Amount at all ages will not be greater than the maximum rates shown in the Table of Guaranteed Maximum Monthly Cost of Insurance Rates attached to this policy. The actual rate will be set by us, in advance, at least once a year. Any change in the Cost of Insurance rate will be on a uniform basis for Insureds of the same classification, such as attained age, gender and risk classification. Any change in these rates will be based on future expectations for items such as investment earning, mortality, persistency and expenses.

6.4      **Monthly Rider Costs** The monthly cost of any rider attached to this policy is described on the Policy Data pages.

## SECTION SEVEN - PAYMENT OF POLICY PROCEEDS

7.1      **Payment of Policy Proceeds** The proceeds of this policy will be paid in one sum, or if elected, all or part of these proceeds can be placed under any of the options described in this section.

     Any life insurance proceeds paid in one sum will bear interest compounded each year from the Insured's death to the date of payment. We set the interest rate each year to a rate that will not be less than required by law.

     When any payment under an option would be less than $100, we can pay any unpaid amount or present value in one sum.

7.2      **Proceeds At Interest Options 1A and 1B** The policy proceeds can be left with us at interest. We will set the interest rate each year. This rate will be at least 3% per year.

     For the Interest Accumulation Option (Option 1A), we credit interest each year on the amount we still have. This amount can be withdrawn at any time in sums of $100 or more. We pay interest to the date of withdrawal on sums withdrawn.

     For the Interest Payment Option (Option 1B), we pay interest once each month, every 3 months, every 6 months, or once each year, as chosen, based on the amount we still have.

7.3      **Choosing An Optional Method of Payment** While the Insured is living, you can elect or change an option. You can also elect or change the beneficiaries who will be the payee or payees under that option.

     After the Insured dies, any person who is to receive proceeds in one sum (other than an assignee) can elect an option and name payees. The person who elects an option can also name one or more successor payees to receive any amount remaining at the death of the payee. Naming these payees cancels any prior choice of successor payees.

     A payee who did not elect the option does not have the right to advance or assign payments, take the payments in one sum, or make any other change. However, the payees can be given the right to do one or more of these things if the person who elects the option allows it in writing and we agree.

## SECTION SEVEN - PAYMENT OF POLICY PROCEEDS
### (Continued)

**7.4**    **Optional Method of Payment Changes** If we agree, a payee who elects Option 1A or 1B can later elect to have any amount we still have, or the present value of any elected payments, placed under the other option described in this section.

**7.5**    **Payees** Only individuals who are to receive payments on their own behalf can be named as payees or successor payees, unless we agree. We may require proof of the age or the survival of a payee.

**7.6**    **Death Of The Payee** If we have an unpaid amount, or there are some payments that remain to be paid when the last surviving payee dies, we will pay the unpaid amount with interest to the date of payment, or pay the present value of the remaining payments to that payee's estate in one sum. The present value of the remaining payments is based on the interest rate used to compute them, and is always less than the sum of the remaining payments.

## SECTION EIGHT - GENERAL PROVISIONS

**8.1**    **Entire Contract** The entire contract consists of this policy, any attached riders or endorsements, and the attached copy of the application. Also, any application used to apply for increases in the policy Face Amount will be attached to and made a part of this policy. Only our Chairman, President, Secretary, or one of our Vice Presidents is authorized to change the contract, and then, only in writing. No change will be made to this contract without your consent. No agent is authorized to change this contract.

**8.2**    **Information Provided In The Application** In issuing this policy, we have relied on the statements made in the application. All such statements are deemed to be representations and not warranties. We assume these statements are true and complete to the best of the knowledge and belief of those who made them. No statement made in connection with the application will be used by us to void this policy unless that statement is a material misrepresentation and is part of the application.

**8.3**    **Contestable Period** We will not contest this policy, based on the initial Face Amount, after this policy has been in force during the lifetime of the Insured for 2 years from the Issue Date.

It may happen that the Face Amount of this policy is increased as described in the Policy Changes section. In this case, the 2 year contestable period for each increase will begin on the effective date of such increase. We can contest the payment of that amount only on the basis of those statements made in the application for such increase in Face Amount. No new contestable period will apply if the Face Amount increase was due solely to a change in the Life Insurance Benefit Option.

If this policy ends, and is reinstated, we will not contest this policy after it has been inforce during the lifetime of the Insured for 2 years from the date of reinstatement.

## SECTION EIGHT - GENERAL PROVISIONS (Continued)

**8.4**    **Suicide Exclusion** Suicide of the Insured, while sane or insane, within 2 years of the Issue Date, is not covered by this policy. In that event, this policy will end and the only amount payable will be the premiums paid to us, less any unpaid loan and accrued loan interest and any partial surrender benefits paid.

It may happen that the Face Amount of this policy is increased as described in the Policy Changes section. In this case, the 2 year suicide exclusion period for each increase will begin on the effective date of such increase. If the suicide exclusion period applies to such an increase, the only amount payable with respect to that increase will be the total Cost of Insurance we deducted for the increase. No new suicide exclusion period will apply if the Face Amount increase was due solely to a change in the Life Insurance Benefit Option.

**8.5**    **Policy Date** The Policy Date is the date from which premiums and charges are calculated and become due. The Monthly Deduction Day for this policy will be the same calendar day each month, as determined by the Policy Date. The Policy Date is also the date from which policy years, months and anniversaries are measured, unless otherwise stated.

The Policy Date is determined as follows:

(1) If you paid the initial premium with your application and obtained a temporary coverage agreement, the Policy Date will be the date of the temporary coverage agreement;
(2) If you did not pay the initial premium and therefore no temporary coverage agreement was obtained, the Policy Date will be the date the policy is issued by the Company for delivery, known as the Issue Date.

Both the Policy Date and the Issue Date are shown on the Policy Data pages.

The Effective Date of coverage is described on the cover page of this policy and is the date you paid your first premium. If the policy was issued prior to the date you paid your first premium, the Policy Date will be earlier than the Effective Date of coverage. In this situation, the Policy Date can be changed to correspond to the Effective Date of coverage.

**8.6**    **Calculation of Age** When we refer to a person's age in this policy on a Policy Anniversary, we mean his or her age on the birthday that is nearest that date. At any other time, age means the age on the birthday nearest to the previous Policy Anniversary.

**8.7**    **Misstatement Of Age Or Gender** If you misstate the age or gender of the Insured, we will adjust the proceeds, up or down, to reflect the correct age or gender. The amount of the Life Insurance Benefit will be the amount that would be purchased by the most recent mortality charge at the correct age and gender.

**8.8**    **Assignment** While the Insured is living, you can assign this policy, or any interest in it. If you do this, your interest, and anyone else's is subject to that of the assignee. As owner, you still have the rights of ownership that have not been assigned.

An assignee cannot change the owner or beneficiary of this policy, and cannot elect or change an optional method of payment of proceeds. Any amount payable to the assignee will be paid in one sum.

You must provide us with a copy of the assignment. We are not responsible for the validity of any assignment. Any assignment will be subject to any payment we make or other action we take before we record the assignment.

## SECTION EIGHT - GENERAL PROVISIONS (Continued)

**8.9**    **Protection Against Creditors** Payments we make under this policy are, to the extent the law permits, exempt from the claims, attachments, or levies of any creditors.

**8.10**    **Payments to Company** Any payment made to us by check or money order must be payable to New York Life Insurance and Annuity Corporation. When asked, we will provide a countersigned receipt, signed by our President or Secretary, for any premium paid to us.

**8.11**    **Conformity with Law** This policy is subject to all laws that apply.

**8.12**    **Dividends** This is a non-participating policy on which no dividends are payable.

**8.13**    **Policy Report** Each policy year after the first, while this policy is in force and the Insured is living, we will send a written report to you within 30 days after the Policy Anniversary. It will show, as of that Anniversary, the Cash Value, the Cash Surrender Value and the amount of any unpaid loan and accrued loan interest. This report will also give you any other facts required by state law or regulation.

**8.14**    **Basis For Computation Of Policy Values** All minimum Cash Surrender Values and maximum Cost of Insurance rates referred to in this policy are based on the mortality table referred to on Policy Data page 2. This mortality table applies if the Insured is in a standard or better risk class. Separate scales of maximum Cost of Insurance rates apply to substandard risk classes. Continuous functions are used, with interest as stated on the Policy Data pages. We have filed a statement with the insurance official in the state or district in which this policy is delivered. It describes, in detail, how we compute policy benefits and Cash Surrender Values.

**NEW YORK LIFE INSURANCE COMPANY (NYLIC)**
**NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION (NYLIAC-A DELAWARE CORP.)**

# ENDORSEMENT

**MODIFICA-TION OF SPOUSES' PAID-UP INSURANCE PURCHASE OPTION (SPPO) RIDER**

This endorsement is made a part of the policy to which it is attached.

It may happen that the Owner of this policy is a beneficiary for life insurance proceeds under this policy, and is not the Insured's spouse. In this case, even if the SPPO Rider attached to this policy states otherwise, the Owner-beneficiary has the right to purchase paid-up life insurance on the life of the spouse. This purchase must be made within the 90 days after the Insured's death, in accordance with the provisions of the rider. The application for this insurance, signed by the Insured's spouse, must be received by the Company while the spouse is living. If it is not so received, and even if the SPPO Rider states otherwise, no paid-up life insurance will be payable under this endorsement or the rider, even if the Insured's spouse dies within the 90 days after the Insured's death.

It may happen that a Trust is the Owner and is a beneficiary for life insurance proceeds under this policy, and is authorized by the terms of the Trust instrument to purchase insurance on the life of the Insured's spouse. In this case, even if the SPPO Rider states otherwise, the Trust may purchase the paid-up life insurance. This purchase must be made in accordance with the provisions of the rider and as described in this endorsement. The Company has the right to obtain a copy of the Trust instrument.

Unless stated otherwise in this policy or in the policy for the paid-up insurance described in this endorsement, the beneficiary for that insurance will be the Owner, if living; otherwise, the estate of the Owner.

**NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION**

By _____
                                         President

_____
                                         Secretary

**NEW YORK LIFE INSURANCE COMPANY**

By _____
                                         President

_____
                                         Secretary

5933-83

# ENDORSEMENT

# NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION

# RIDER

# MONTHLY DEDUCTION WAIVER (MDW)

**1. What Is Your Benefit?** This rider provides for the waiver of monthly deduction charges, made against the policy's cash value, in the event the Insured becomes totally disabled, while this rider is in effect.

**2. What Monthly Deductions Will Be Waived?** The monthly deductions for this policy which we will waive on each Monthly Deduction Day are:

> (a) the cost of insurance for each portion of the face amount of this policy on the Monthly Deduction Day on or just prior to the day on which disability began, for which a charge for this waiver rider was deducted;

> (b) the monthly administrative fee; and

> (c) the monthly cost of any riders in effect on that Monthly Deduction Day.

**3. When Will Monthly Deductions Be Waived?** We will start to waive the monthly deductions for this policy as defined above, when proof is furnished that the Insured's total disability has gone on for at least 6 months in a row.

If a total disability starts on or prior to the anniversary on which the Insured is age 60, we will waive all of the monthly deductions which we would have made during that total disability. If it goes on until the anniversary on which the Insured is age 65, we will waive, without further proof of total disability, all of the monthly deductions which we would have made if that total disability had continued until this policy ends.

If a total disability starts after the anniversary on which the Insured is age 60, we will waive only those monthly deductions which we would make up to the anniversary on which the Insured is age 65.

After we start to waive monthly deductions for a period of total disability, we will adjust the cash value of the policy to the level it would have been had the amount of any monthly deductions that we had already subtracted during that period had not been made.

**4. How Is "Total Disability" Defined?** "Total Disability" means that, during the first two years of disability, the Insured cannot do any of the essential acts and duties of his or her job because of disease or bodily injury. After the first two years of total disability, "Total Disability" means that the Insured, because of disease or bodily injury, cannot do any of the essential acts and duties of his or her job, or any other job for which he or she is suited based on schooling, training, or experience. If the Insured can do some but not all of these acts and duties, disability is not total and premiums will not be waived.

If the Insured is a minor and is required by law to attend school, "Total Disability" means that because of disease or bodily injury, he or she is not able to attend school.

"Total Disability" also means the Insured's total loss, starting while this rider is in effect, of the sight of both eyes or the use of both hands, both feet, or one hand and one foot.

898-225.30

## MONTHLY DEDUCTION WAIVER (MDW)
## (continued)

**5. What Are The Total Disabilities For Which Monthly Deductions Are Not Waived?** We will not waive monthly deductions in connection with any of these total disabilities:

1. Those that start prior to the fifth birthday of the Insured, or start at a time when this rider is not in effect.

2. Those that are caused by an injury that is self-inflicted on purpose.

3. Those that are caused by any kind of war, declared or not, or by any act incident to a war or an armed conflict involving the armed forces of one or more countries while the Insured is a member of those armed forces.

4. Those that start on or after the policy anniversary on which the Insured is age 65.

**6. How Is Proof Of Total Disability Established?** Written notice and proof of this condition must be given to us, while the Insured is living and totally disabled, or as soon as it can reasonably be done.

**7. For How Long May Proof Be Required?** As long as we waive monthly deductions, we may require proof from time to time of the Insured's total disability. After we have waived monthly deductions for 2 years in a row, we will not need to have this proof more than once each year. As part of the proof, we may have the Insured examined, at our own expense, by a doctor we approve.

**8. What Is The Monthly Cost for This Rider?** The monthly cost for this rider, on account of the face amount of this policy, is (1) multiplied by the result of (2) minus (3), where:

(1) the monthly cost of this rider per $1,000 of life insurance;

(2) the number of thousands of life insurance benefit (as defined in the applicable Option 1 or Option 2 in the Life Insurance Benefits section of the policy), and for which this rider applies, divided by the number shown in item (2) of section 6.2 of the policy; and

(3) the number of thousands of cash value as of the Monthly Deduction Day (before the cost of insurance and the cost of this Monthly Deduction Waiver rider are subtracted).

The per $1,000 monthly cost for this rider in (1) above, and the costs for this rider on account of any other riders in effect under this policy, are shown in a separate table or tables on the Policy Data page. The total monthly cost of this rider is deducted on each Monthly Deduction Day when this rider is in effect, except during a period of total disability.

It may happen that a period of total disability starts during a late period. In this case, before we will approve any claim, we will require that sufficient cash value be available to pay the monthly deduction charges for the policy month or months that run from the beginning of the late period until the policy month in which total disability began.

98225.30-2

## MONTHLY DEDUCTION WAIVER (MDW)
### (continued)

**9. Does This Rider Have Cash Or Loan Values?** This rider does not have cash or loan values.

**10. Is This Rider Part Of The Contract?** This rider, when paid for, is made a part of the policy, based on the application for the rider.

**11. Will We Be Able To Contest This Rider?** We have no right to contest this rider after it has been in force during the lifetime of the Insured for 2 years from its date of issue, unless the Insured is totally disabled at some time within 2 years of the date of issue.

**12. What Is The Rider's Date Of Issue?** When this rider is issued at the same time as the policy, the rider and the policy have the same date of issue. When this rider is added to a policy which is already in force, we also put in an add-on rider. The add-on rider shows the date of issue.

**13. When Does This Rider End?** You can cancel this rider at any time. To do this, you must send the policy and your signed notice to us. This rider will end on the Monthly Deduction Day on or next following the date we receive your request. If this rider is still in effect on the anniversary on which the Insured is age 65, it will end on that date.

This rider ends if the policy ends or is surrendered.

NEW YORK LIFE INSURANCE
AND ANNUITY CORPORATION

_____
Secretary

_____
President

98225.30-3

# NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION

## RIDER

## UPROMISE ACCOUNT

### DEFINED TERMS

**UPromise Contribution Amount** -- An amount that we will deposit into your UPromise Account according to the terms of this Rider.  This amount is shown on the Policy Data page.

### PROVISIONS

1. **What Benefit Is Provided By This Rider?**  This rider provides for the one-time deposit of the UPromise Contribution Amount by us into the UPromise Account that you designate.

2. **What Do You Need To Do To Be Eligible For This Benefit?**  In order to be eligible for the deposit of the UPromise Contribution Amount you must do all of the following: a) at the time of application for the policy have a valid UPromise Account, or open one within 90 days of the policy Delivery Date; and b) within 90 days of the policy Delivery Date, register with UPromise the policy to which this rider is attached.

3. **When Will The UPromise Contribution Amount Be Deposited?**  After we have verified your eligibility under Provision 2, we will deposit the UPromise Contribution Amount into your UPromise Account.  The deposit will be made no sooner than 30 days but no later than 60 days from the date you register the policy with UPromise, provided the policy is in force.

4. **How Can This Rider Be Terminated?**  This Rider will automatically terminate 90 days after the policy Delivery Date if you do not have a valid UPromise Account in accordance with Provision 2a, and you fail to register your policy in accordance with Provision 2b. This rider will also automatically terminate immediately if UPromise (or a successor organization) ceases operation before the UPromise Contribution Amount is deposited into the UPromise Account.

5. **Does This Rider Have Cash Or Loan Values?**  No, this rider does not have cash or loan values.

6. **May The UPromise Contribution Amount Be Deposited Into More Than One UPromise Account?**  No. The UPromise Contribution Amount will be deposited into only one UPromise Account.

7. **Is This Rider Part Of The Policy?**  Yes. This rider is made part of the policy to which it is attached at issue of the policy.

8. **Does UPromise Receive Any Fee In Connection With This Rider?**  We pay an administrative fee to UPromise. This fee is not deducted from your policy.

9. **Is There A Cost For This Rider?** There is no added cost for this rider.

**NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION**

_Catherine a Marrion_

_Theodore A Mathas_

_____
Secretary

_____
President

303-800

# RIDER

## ACCELERATED BENEFITS (AB)

RECEIPT OF ACCELERATED BENEFITS MAY BE TAXABLE OR MAY AFFECT YOUR ELIGIBILITY FOR BENEFITS UNDER STATE OR FEDERAL LAW. YOU SHOULD CONSULT WITH YOUR PERSONAL TAX ADVISOR. DEATH BENEFITS, AND ANY CASH OR LOAN VALUES, WILL BE REDUCED IF AN ACCELERATED BENEFIT IS PAID.

**Benefit** This is a life insurance rider which pays accelerated death benefits as described below. Provided the policy is in force on the date we receive an election under this rider, we will make a payment of these death benefits in a single sum to you as the Owner, when we have proof that the Insured under the basic policy has a life expectancy of 12 months or less.

The amount payable under this rider will equal: the Percentage Elected multiplied by the Eligible Proceeds; multiplied by the Interest Factor; minus an Administrative Fee of up to $150; minus the elected percentage of any unpaid policy loan.

**Eligible Proceeds** The total amount of Eligible Proceeds will be determined as of the date we receive your application for benefits under this rider and shall equal:

(a) the life insurance benefit; plus
(b) any paid-up insurance additions or other benefits provided under the basic policy; plus
(c) the amount payable under any rider providing a level amount of insurance on the Insured.

However, any level term insurance rider shall not be considered part of the Eligible Proceeds under this rider, if its expiration date is within one year of the date we receive your application. Instead, such rider will continue to its expiry date.

**Percentage Elected** You can elect to receive the minimum accelerated death benefit of 25% of the Eligible Proceeds. You may also elect to receive an accelerated death benefit based on 50%, 75% or 100% of the Eligible Proceeds. However, in no event can this benefit be less than $25,000, or exceed $250,000 under all of our policies on the Insured. You may elect to receive an accelerated death benefit based on another percentage, or based on Eligible Proceeds in excess of $250,000, only if we agree.

**Interest Factor** The Interest Factor shall be an adjustment which reduces the Eligible Proceeds.

This adjustment will be based on our assumptions of the life expectancy of the Insured. We also will determine, based on these assumptions, the appropriate adjustments for interest on any cash value, or for any monthly costs of insurance or scheduled premiums.

These adjustments are based upon procedures and standards on file with, or required by, the Insurance Department of the state in which this rider is delivered.

**Application for Benefits** You must provide us with a written application for benefits under this rider specifying the Percentage Elected along with the policy. You must also provide evidence of the Insured's reduced life expectancy which is satisfactory to us. Such evidence must include a certification from a licensed physician that the Insured's life expectancy is 12 months or less. In addition, we reserve the right to have the Insured examined by a physician of our choice, at our expense.

If the policy is subject to an irrevocable beneficiary designation or an assignment, you must provide us with a written consent by any such beneficiary or assignee to any payment under this rider.

Your application for benefits under this rider must be received by us more than one year prior to the expiration date of the policy.

**Continuation of Policy Coverage** The face amount of any insurance which stays in force after a payment under the terms of this rider must meet our minimum amount limits for the plan of insurance under the policy or $25,000, whichever is greater.

Upon our making payment under the terms of this rider, the basic policy's face amount and any other death benefits, the basic policy premiums, monthly costs of insurance, and any cash values, paid-up insurance additions or unpaid policy loan will be reduced based on the Percentage Elected. The amount of any insurance under a rider which is part of the Eligible Proceeds shall also be reduced based on the Percentage Elected.

(over)

929-495.10

**ACCELERATED BENEFITS (AB) (continued)**

All policy and rider benefits, premiums, monthly costs of insurance and any cash values, shall also be adjusted, based on our rules in effect at that time for determining applicable benefits, premiums, monthly costs of insurance and values. All such adjustments will be made effective as of the date your application for benefits under this rider is received by us.

**Continuation of Riders** All riders attached to the policy, except an Accidental Death Benefit rider, a Waiver of Premium Benefit or Monthly Deduction Waiver rider or a decreasing term insurance rider, shall end when we make a partial payment under the terms of this rider, unless we agree otherwise. In the case of a partial payment, any Waiver of Premium Benefit or Monthly Deduction Waiver rider and the full amount of any Accidental Death Benefit rider shall continue in accordance with its terms. In addition, if the policy contains a decreasing term rider, such rider can not be accelerated. Instead, it shall be continued to its expiry date.

**Coverage on Another Insured** Any rider providing a level amount of insurance on the life of another Insured not covered under the basic policy can be accelerated. However, we must have proof that the other Insured has a life expectancy of 12 months or less. Such rider must be accelerated 100%, unless we agree to a lower percentage.

**Restoration of Death Benefit** If we have proof that the Insured died within 60 days after the payment of an Accelerated Benefit under this rider, we will refund to the beneficiary, the Administrative Fee and the amount of the Interest Factor adjustment that we deducted when benefits were accelerated.

**Values** This rider does not have any cash or loan value. It is not eligible for dividends.

**Contract** This rider is made a part of the policy to which it is attached at issue of the policy. If added to a policy which is already in force, this rider is made a part of that policy, based on the application for this rider.

**Effective Date of Rider** This rider and the policy to which it is attached have the same date of issue, unless the rider is added to a policy which is already in force. In this case, the date of issue of this rider is shown in an add-on rider which we put in the policy.

**Protection Against Creditors and Government Agencies** Payments we make under this rider are, to the extent applicable law permits, exempt from the claims, attachments or levies of creditors or government agencies. If you are required by a government agency to use this option in order to apply for, obtain, or keep a government benefit or entitlement, you are not eligible for this benefit.

**When Rider Ends** Unless we agree otherwise, this rider ends when we receive an application for benefits under this rider. This rider also ends if the policy is surrendered or if it lapses, even if it is continued as extended term or reduced paid-up insurance. You may cancel this rider on any date by sending us a signed written request which will be effective when we receive it.

**NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION**

By _____
President

_____
Secretary

929-495.10

# NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION

## RIDER

## INSURANCE EXCHANGE (IE)

1. **What Is Your Benefit?** On or after the first policy anniversary and while this rider is in force, you may exchange this policy for a new policy on the life of another person in whom you have an insurable interest. This person will be the new Insured under the new policy, if he or she is acceptable under our then current issue rules for the insurance applied for.

2. **What Is The Date Of Exchange?** The date of exchange will be the Monthly Deduction Day of this policy which is on or next following the date on which we have received all of the following at our Home Office:

   1)   The application for the new policy, signed by you and the new Insured;
   2)   this policy;
   3)   proof, acceptable to us, of the insurability of the person to be Insured;
   4)   proof of your insurable interest in that person;
   5)   any loan repayment, as required by Item 7 of this rider;
   6)   any extra payment we may require in connection with the exchange, as required by Item 6 of this rider.

   The new policy will take effect on the date of exchange, which will be the issue date of the new policy. No insurance will be provided under this policy on or after that date. If an assignment is in effect under this policy on the date of exchange, we shall require that the assignee give a written consent to the exchange.

3. **What Type Of Insurance Will The New Policy Provide?** The new policy must be on the same plan of insurance as this policy on the date of exchange. Riders may not be made a part of the new policy, unless we agree. The face amount of the new policy cannot be higher or lower than what we allow, based on our rules on the date of exchange.

   The policy date of the new policy will be the policy date of this policy if the successor Insured was born on or before that date; otherwise, the policy date of the new policy will be the policy anniversary of this policy which first follows the successor Insured's date of birth. The cost of insurance charges for the new policy will be based on the new Insured's age and sex on the policy date of the new policy, as well as the duration since that date, and on the new Insured's class of risk and our cost of insurance rate scale in effect as of the date of exchange.

   The new policy will be the same edition and will have the same provisions and limitations as policies being issued by the Corporation on the policy date of the new policy. In addition, the new policy will have any limitations on the Corporation's liability which are generally included in policies being issued by the Corporation on the date of exchange.

4. **When Do The Incontestability And Suicide Exclusion Periods Begin For The New Policy?** The periods of time described in the Incontestability or Suicide Exclusion provisions of the new policy will be measured from the date of issue of the new policy.

898-470

## INSURANCE EXCHANGE (IE)
## (continued)

5. **When Does The Surrender Charge Period Begin For The New Policy?** The period during which the surrender charges, if any, apply under the new policy will be measured from the policy date of this policy.

6. **How Do We Determine The Amount Of Any Required Extra Payment?** The cash value of the new policy will be the same as the cash value of this policy at the time of exchange. However, the cash surrender value of the new policy may be different than that of this policy if different surrender charges are applicable to the new Insured. At the time exchange is requested, we may require an extra payment to be paid no later than the date of exchange. The method we use to determine this extra payment is as follows:

   a) If the cash surrender value of this policy is less than the cash surrender value of the new policy, then a payment equal to 103% of the difference between these two values is required.

   b) It may happen that the cash surrender value after the exchange would be zero or less than zero. In this event, we will require a payment in an amount sufficient to bring the cash surrender value up to zero plus an amount equivalent to two monthly deductions.

7. **What Happens If this Policy Has An Unpaid Loan?** If this policy has an unpaid loan and that loan, including accrued interest, exceeds the loan value of the new policy on the date of exchange, the part of the loan which exceeds that loan value must be repaid to us before the exchange can take effect. At the time of exchange the part of any unpaid loan under this policy which is equal to or less than the loan value of the new policy will be charged against the new policy as a loan, as stated in the new policy's provisions for loans.

8. **Does This Rider Have Cash Or Loan Values?** This rider does not have cash value or loan value.

9. **Is There A Charge For This Rider?** There is no charge for this rider.

10. **Is This Rider Part Of The Contract?** This rider is made a part of the policy to which it is attached.

11. **When Does This Rider End?** You can cancel this rider by sending us your signed notice. This rider ends at the death of the Insured or if this policy ends or is surrendered.

    This rider will also end when the right to exchange this policy for one on the life of a new Insured is exercised in accordance with the rider's provisions.

**NEW YORK LIFE INSURANCE
AND ANNUITY CORPORATION**

_Catherine a Marrion_

_Theodore A Mathas_

| | |
|---|---|
| Secretary | President |

98470-2

**New York Life Insurance and Annuity Corporation**

51 Madison Avenue
New York, N.Y.  10010

A Stock Company Incorporated in Delaware

**Universal Life Insurance Policy**

Adjustable Life Insurance Benefits-Flexible Premium Payments.  Proceeds Payable at Insured's Death.  Interest Credited on Cash Value at Rate Set by Corporation. No Premiums Payable on or After Age 121.

Policy is Non-Participating

**305-51.36**

# RIDER

## SPOUSE'S PAID-UP INSURANCE PURCHASE OPTION (SPPO)

**Definitions**  Any reference to an Insured under this rider includes both the Insured under the basic policy and any Other Covered Insured under any Term Insurance on Other Covered Insured rider attached to this policy.

**Benefit**  If this rider is in effect at an Insured's death, the person who at that time is that Insured's spouse, has the right to purchase, without proof of insurability, a level amount of new paid-up life insurance on his or her own life, in accordance with the provisions of this rider. That Insured's spouse must be a beneficiary to whom all or part of the life insurance proceeds resulting from that Insured's death under this policy or its riders will be payable in one sum.

**How Much Insurance May Be Purchased**
The largest amount of paid-up life insurance which may be purchased is the amount of the insurance proceeds, applicable to that Insured, which is payable in one sum, to that Insured's spouse who is the beneficiary. The amount of insurance refers to amounts provided by the basic plan of insurance and/or by any Term Insurance on Other Covered Insured rider attached to the policy, plus any insurance (excluding accidental death benefits) from riders or dividends and which is payable in one sum (prior to deducting any unpaid loan). However, the amount of paid-up insurance which may be purchased will be reduced by any increase in the life insurance benefit resulting from any unscheduled premiums paid under the basic policy during the 24 month period prior to the date of the Insured's death.

In addition, the actual amount which can be purchased on any one person must meet our minimum amount requirements.

The maximum amount of insurance which can be purchased on any one person can never be greater than the lesser of: (a) the amount which can be purchased by the life insurance proceeds (prior to deducting any unpaid loan) which the Insured's spouse is entitled to receive in one sum because of that Insured's death, or (b) 5 million dollars.

**Premium for New Insurance**  The single premium rate for the new paid-up life insurance is based on the spouse's age and sex on the date the new insurance takes effect. This rate will not be more than 105% of the net single premium for paid-up life insurance, defined in the Values provision of this rider.

**Purchase of New Insurance**  The Insured's spouse can apply to purchase the new paid-up life insurance before we have paid life insurance proceeds under the policy to him or her. However, he or she must apply within the 90 days after the Insured's death.

The new paid-up life insurance will be available in a policy issued by New York Life Insurance Company or by one of its affiliated companies. It will have the same provisions as are in the series of policies being issued by the new insuring company on its policy date.

The paid-up life insurance will take effect on the date when all three of the following events have taken place:

1. The spouse's signed application is received by us while he or she is living.

2. We determine the life insurance proceeds payable to the spouse.

3. The entire single premium for the paid-up life insurance purchased under this rider has been received by us.

We will reduce the life insurance proceeds in Item 2 to pay the single premium for the paid-up life insurance. If these proceeds are not sufficient to pay that entire single premium, then the balance of that premium must be paid to us before any such insurance will take effect.

It may happen that an Insured's spouse, who has the right to apply for paid-up life insurance under this rider, dies at the same time as that Insured, or within 90 days after that date and before that paid-up insurance takes effect. In these cases, provided the Insured's spouse's death did not result from suicide, while sane or insane, we will pay the maximum amount of

(over)

919-385

**SPOUSE'S
PAID-UP
INSURANCE
PURCHASE
OPTION
(continued)**

paid-up life insurance that the spouse could have applied for under this rider, less the applicable single premium for that insurance.

The beneficiary for any paid-up life insurance payable under a policy issued in connection with this rider will be the estate of that Insured's spouse, unless stated otherwise in the policy for that insurance.

**Availability of Riders**  Riders may not be included with the new paid-up life insurance.

**Suicide Exclusion**  Suicide of the Insured's spouse, while sane or insane, within two years after the date of the Insured's death, is not covered by this rider. In the event of the spouse's suicide within that two year period, any single premium paid for any new paid-up life insurance will be refunded.

**Values**  The new paid-up life insurance has cash value and loan value, and is eligible for dividends. However, it is not expected that any dividends will be payable on this insurance.

The net single premiums and the cash values for the paid-up insurance are based on the 1980 CSO Tables of Mortality. Continuous functions are used. Interest is compounded each year at 4%.

**Contract**  The rider is made a part of the policy to which it is attached at issue of the policy. If added to a policy which is already in force, this rider is made a part of that policy, based on the application for the rider.

**Incontestability of Rider**  We will not contest this rider if it is attached at issue of the policy.

If this rider is added to a policy which is already in force, we will not contest the rider after it has been in force during the lifetime of the Insured for 2 years from the date of issue of the rider.

**Dates**  This rider and the basic policy have the same date of issue, unless the rider is added to a policy which is already in force. In this case, the date of issue of this rider is shown in an add-on rider which we put in the basic policy.

**When Rider Ends**  You can cancel this rider as of any date. To do this, a signed notice must be sent to us within 31 days of that date. This rider ends if the basic policy ends, is surrendered, or is exchanged for a new policy.

**NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION**

By

_____
President

_____
Secretary