# Exhibit 3

Case 1:07-cv-59999   Document 143-6   Filed 09/19/2008   Page 1 of 6

STATE OF ILLINOIS ) 
) SS: 
COUNTY OF COOK )

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**DOMESTIC RELATIONS DIVISION**

IN RE THE MARRIAGE OF: )
)
Pamela Clark PETITIONER )
)  CASE NO.
-AND- )  06 D 630 785
)
Frank Clark )
)
RESPONDENT )

**JUDGMENT FOR DISSOLUTION OF MARRIAGE**

This cause coming on to be heard on the Petition for Dissolution of Marriage filed by the Petitioner, Pamela Clark, and it appearing to the Court that the Respondent, Frank Clark, was served notice of the pendency of this suit by proper service of Summons and has filed an appearance and answer to the Petition, and the Court having heard testimony taken under oath in open court in support of said Petition, and the Court being fully advised in the premises, finds as follows:

1. That this Court has jurisdiction of the parties to, and of the subject matter of, this cause.

2. That the Petitioner was domiciled in the State of Illinois at the commencement of this action and has been an actual resident of this State for a period in excess of ninety days immediately preceding the making of these findings.

1.

3. That the parties were lawfully joined in Marriage on the __3__ day of __July, 1963__, and the Marriage was registered in the County of __Cook__, State of __Illinois__.

4. That __4__ children were born as a result of the Marriage, no children were adopted and the Wife is not now pregnant. The names and ages of the children are as follows:

   __all adults__

   _____

   _____

5. That the Petitioner by competent evidence has met the grounds for Dissolution of Marriage as set forth in the Petition filed herein.

THEREFORE, BY VIRTUE OF THE STATUTES OF THE STATE OF ILLINOIS AND ON MOTION OF THE PETITIONER, IT IS HEREBY ORDERED:

A. That the bonds of matrimony heretofore existing between the Petitioner, _____ and the Respondent, _____, be dissolved as to for the Parties.

B. Custody of the minor children is awarded to the __N__ 

C. Child support shall be paid by the __N__ in the amount of $ _____ per _____, which represents _____ % of their net monthly income.

D. The issue of visitation with the minor children is reserved/ or non-custodial parent will have visitation as follows: __X__

2.

E. The non-custodial parent shall obtain and maintain a policy of health insurance covering the minor children until their emancipation. ~~N/A~~

F. The non-custodial parent shall maintain life insurance on their life for the benefit of the minor children.

G. Each party is awarded those items of personal property that are now in their possession as their property absolutely.

H. Each party shall be responsible for and pay any debt incurred by them subsequent to the separation of the parties.

I. Each party is awarded any interest they may have in any pension or retirement plan registered in their own name. *Real estate at 1614 Oakwood Dr. Hanover Park, Ill.*

J. ~~There is no marital real estate to be divided.~~

K. _____ Maintenance is barred as to both parties, or _____ Maintenance is reserved as to the _____ Maintenance shall be paid to the _____ as follows: _____

~~L. That the wife be granted the use of her maiden name of~~

M. That this Court expressly retains jurisdiction of this cause for the purpose of enforcing all the terms of this Judgment of Dissolution of Marriage.

ENTER:

NAME:

ADDRESS:

CITY:

PHONE:

ENTERED
OCT 3 – 2005
JUDGE
PATRICK MURPHY-1891

I hereby certify that the document to which this certification is affixed is a true copy.

Date 6-26-2008

Dorothy Brown
Clerk of the Circuit Court
of Cook County, IL