STATE OF ILLINOIS )
County of Cook )

DAVID ORR, County Clerk

OCT 09 2007

David Orr, County Clerk of the County of Cook, in the State aforesaid, and Keeper of the Records and Files of said County do hereby certify that the attached is the true and correct copy of the original Record on file, all of which appears from the records and files in my office.

IN WITNESS THEREOF, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office in the City of Chicago, in said County.

*[Signed] David Orr*
COUNTY CLERK

## STATE OF ILLINOIS — MEDICAL CERTIFICATE OF DEATH

DECEDENT'S BIRTH NO.
REGISTRATION DISTRICT NO. **16.0**
REGISTERED NUMBER:
STATE FILE NUMBER:

Type or Print in PERMANENT INK - see Funeral Directors, Hospital, or Physicians Handbook for INSTRUCTIONS

1. DECEASED-NAME: FIRST **Frank** MIDDLE — LAST **Clark**
2. SEX: **Male**
3. DATE OF DEATH: **September 22, 2007**
4. COUNTY OF DEATH: **Cook**
5a. AGE-LAST BIRTHDAY (YRS): **51**
5b. UNDER 1 YEAR (MOS/DAYS): —
5c. UNDER 1 DAY (HOURS/MIN): —
5d. DATE OF BIRTH: **July 20, 1956**
6a. CITY, TOWN, TWP, OR ROAD DISTRICT NUMBER: **Calumet City**
6b. HOSPITAL OR OTHER INSTITUTION - NAME (IF NOT IN EITHER, GIVE STREET AND NUMBER): **323 Oglesby**
6c. IF HOSP. OR INST. INDICATE D.O.A. OP/EMER ROOM/INPATIENT (SPECIFY):
7. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY): **Chicago, Il**
8a. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY): **Divorced**
8b. NAME OF SURVIVING SPOUSE (MAIDEN NAME, IF WIFE): **None**
9. WAS DECEASED EVER IN U.S. ARMED FORCES? (YES/NO): **No**
10. SOCIAL SECURITY NUMBER: **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**
11a. USUAL OCCUPATION: **Photographer**
11b. KIND OF BUSINESS OR INDUSTRY: **General**
12. EDUCATION (SPECIFY ONLY HIGHEST GRADE COMPLETED): Elementary/Secondary (0-12) **12** / College (1-4 or 5+)
13a. RESIDENCE (STREET AND NUMBER): **323 Oglesby**
13b. CITY, TOWN, TWP, OR ROAD DISTRICT NO.: **Calumet City**
13c. INSIDE CITY (YES/NO): **Yes**
13d. COUNTY: **Cook**
13e. STATE: **IL**
13f. ZIP CODE: **60409**
14a. RACE: **Black**
14b. OF HISPANIC ORIGIN?: **NO**
15. FATHER-NAME: **Frank Hoover Clark**
16. MOTHER-NAME: **Georgia Russell** (MAIDEN LAST)
17a. INFORMANT'S NAME: **Andrew Leak**
17b. RELATIONSHIP: **Records**
17c. MAILING ADDRESS: **7838 S. Cottage Grove Chicago, IL 60619**

18. PART I. Enter the diseases, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

Immediate Cause (Final disease or condition resulting in death)
(a) **BLADDER CANCER**

CONDITIONS, IF ANY WHICH GIVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST.
DUE TO, OR AS A CONSEQUENCE OF:
(b)
DUE TO, OR AS A CONSEQUENCE OF:
(c)

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH:

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

19a. AUTOPSY (YES/NO): **No**
19b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH (YES/NO): **No**
20a. DATE OF OPERATION, IF ANY: —
20b. MAJOR FINDINGS OF OPERATION: —
20c. IF FEMALE, WAS THERE A PREGNANCY IN PAST THREE MONTHS?: —

21a. I (DID) (DID NOT) ATTEND THE DECEASED AND LAST SAW HIM/HER ALIVE ON (MONTH, DAY, YEAR):
21b. WAS CORONER OR MEDICAL EXAMINER NOTIFIED? (YES/NO):
21c. HOUR OF DEATH: **10:45 A.M.**

TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSE(S) STATED.

22a. SIGNATURE: *[signed] Chandra*
22b. DATE SIGNED: **10/2/07**
22c. NAME AND ADDRESS OF CERTIFIER (TYPE OR PRINT): **LOKESH CHANDRA, MD / 10718 S. Ewing Ave. Chicago, Il 60617**
22d. ILLINOIS LICENSE NUMBER: **036-092076**
23. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER:

NOTE: IF AN INJURY WAS INVOLVED IN THIS DEATH THE CORONER OR MEDICAL EXAMINER MUST BE NOTIFIED.

24a. BURIAL, CREMATION, REMOVAL (SPECIFY): **Burial**
24b. CEMETERY OR CREMATORY-NAME: **Restvale**
24c. LOCATION CITY OR TOWN, STATE: **Alsip, Illinois**
24d. DATE: **9-29-07**
25a. FUNERAL HOME NAME: **Leak and Sons Funeral Home**
25b. STREET AND NUMBER OR R.F.D., CITY OR TOWN, STATE, ZIP: **7838 s Cottage Grove Chicago, Illinois 60619**
25c. FUNERAL DIRECTOR'S SIGNATURE: *[signed]*
FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: **031-007489**
26a. LOCAL REGISTRAR'S SIGNATURE: *[signed] David Orr / V. Colon*
26b. DATE FILED BY LOCAL REGISTRAR: **OCT 09 2007**

VR200 (Rev. 5/89)    Illinois Department of Public Health—Division of Vital Records    (BASED ON 1989 U.S. STANDARD CERTIFICATE)