# Exhibit 5

☐ NEW YORK LIFE INSURANCE COMPANY
☐ NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION (A Delaware Corp.)
☐ NYLIFE INSURANCE COMPANY OF ARIZONA (Not licensed in every state)

*Office Received Stamp*

## CHANGE OF BENEFICIARY REQUEST

*Please print clearly in ink or use a typewriter. (See pages 2 and 4 before completing this form.)*

Policy Number(s) __62938654__

Insured/Annuitant __Frank Clark Sr.__
(First Name, Middle Name, Last Name)

Other Insured *(only applies to Survivorship Life plans)* _____
(First Name, Middle Name, Last Name)

*Enter Beneficiaries' Full Name, Residence Address, Social Security Number & Relationship to the Insured(s) (if Life plan) or to the Policyowner (if Annuity plan). See Instructions on Page 2 for an explanation of why we request the Beneficiary's Social Security Number.*

**SECTION I**  Unless specified in Section III, this change of beneficiary will be effective for all coverage in my name under this policy. For proceeds payable because of the death of: 1) the Insured(s) under a Life plan or 2) the first insured covered under a New York Life Family Protection policy; or 3) the Annuitant or Policyowner under an Annuity plan, unless specified otherwise in the policy.

First Beneficiary: __Eric M. Clark   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   SON__
__8334 S. Cottage Grove Apt #3N Chicago, IL 60619__

Second Beneficiary: __Derrick T. Clark   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   SON__
__323 Oglesby Calumet City, IL 60409__

Third Beneficiary: _____

**SECTION II**  For proceeds payable because of the death of: 1) the second insured covered under a New York Life Family Protection policy; or 2) the Spouse covered under an SCI rider or Family life insurance policy.

First Beneficiary: _____

Second Beneficiary: _____

Third Beneficiary: _____

**SECTION III** - For proceeds payable under life insurance because of the death of:
a) ☐ A Child covered under an SCI, CI rider, or Family Insurance policy
b) ☐ _____ covered under the:
   (First Name, Middle Name, Last Name)
   ☐ Other Covered Insured Rider (O.C.I)   ☐ 5 Yr. Term Rider   ☐ 7 Yr. Term Rider
c) ☐ For the first insured covered under a First-to-Die Rider under the:
   ☐ Increasing Term Rider (ITR) on a Survivorship Whole Life (SWL) policy
   ☐ Level Term First-To-Die Rider (LFD) on a Survivorship Whole Life (SWL) policy
   ☐ Level Term First-To-Die Rider (LFD) on a Survivorship Variable Universal Life (SVUL) policy
d) ☐ Any child covered under a New York Life Family Protection policy

First Beneficiary: _____

Second Beneficiary: _____

Third Beneficiary: _____

*I understand and agree that the "PROVISIONS RELATING TO BENEFICIARY DESIGNATION" and, if applicable, the "NOTICE REGARDING TESTAMENTARY TRUST UNDER LAST WILL AND TESTAMENT", on page 4 of this form are made a part of the above beneficiary designation. Beneficiary changes to all life and variable annuity policies issued in MASSACHUSETTS require the signature of a witness below. The witness can be anyone over the age of 18 who is not the Insured, Annuitant, Policyowner or designated beneficiary.*

X __F. Clark__   __7/17/07__        X __Gaylord H. Richardson__ P.O.A.   __7/24/07__
SIGNATURE OF POLICYOWNER   DATE        ADDITIONAL SIGNATURE, IF REQUIRED   DATE

X _____   _____        X _____   _____
SIGNATURE OF OFFICER   OFFICER'S TITLE        SIGNATURE OF OFFICER   OFFICER'S TITLE

*If the indicated policy is corporate owned then two Officer's Signatures must be provided as well as their respective Titles*

21131 (08/06)                               Page 3 of 4

☐ NEW YORK LIFE INSURANCE COMPANY
☐ NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION (A Delaware Corp.)
☐ NYLIFE INSURANCE COMPANY OF ARIZONA (Not licensed in every state)

*Office Received Stamp*

## CHANGE OF BENEFICIARY REQUEST

*Please print clearly in ink or use a typewriter. (See pages 2 and 4 before completing this form.)*

Policy Number(s): 46323072

Insured/Annuitant: Frank Clark Sr.
(First Name, Middle Name, Last Name)

Other Insured (*only applies to Survivorship Life plans*): _____
(First Name, Middle Name, Last Name)

*Enter Beneficiaries' Full Name, Residence Address, Social Security Number & Relationship to the Insured(s) (if Life plan) or to the Policyowner (if Annuity plan). See Instructions on Page 2 for an explanation of why we request the Beneficiary's Social Security Number.*

**SECTION I** Unless specified in Section III, this change of beneficiary will be effective for all coverage in my name under this policy. For proceeds payable because of the death of: 1) the Insured(s) under a Life plan or 2) the first insured covered under a New York Life Family Protection policy; or 3) the Annuitant or Policyowner under an Annuity plan, unless specified otherwise in the policy.

First Beneficiary: Eric M. Clark  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  SON
8334 S. Cottage Grove Apt # Chicago, IL 60619

Second Beneficiary: Derrick T. Clark  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  SON
323 Oglesby  Calumet City, IL 60409

Third Beneficiary: _____

**SECTION II** For proceeds payable because of the death of: 1) the second insured covered under a New York Life Family Protection policy; or 2) the Spouse covered under an SCI rider or Family life insurance policy.

First Beneficiary: _____

Second Beneficiary: _____

Third Beneficiary: _____

**SECTION III** — For proceeds payable under life insurance because of the death of:

a) ☐ A Child covered under an SCI, CI rider, or Family Insurance policy
b) ☐ _____ covered under the:
   (First Name, Middle Name, Last Name)
   ☐ Other Covered Insured Rider (O.C.I)   ☐ 5 Yr. Term Rider   ☐ 7 Yr. Term Rider
c) ☐ For the first insured covered under a First-to-Die Rider under the:
   ☐ Increasing Term Rider (ITR) on a Survivorship Whole Life (SWL) policy
   ☐ Level Term First-To-Die Rider (LFD) on a Survivorship Whole Life (SWL) policy
   ☐ Level Term First-To-Die Rider (LFD) on a Survivorship Variable Universal Life (SVUL) policy
d) ☐ Any child covered under a New York Life Family Protection policy

First Beneficiary: _____

Second Beneficiary: _____

Third Beneficiary: _____

*I understand and agree that the "PROVISIONS RELATING TO BENEFICIARY DESIGNATION" and, if applicable, the "NOTICE REGARDING TESTAMENTARY TRUST UNDER LAST WILL AND TESTAMENT", on page 4 of this form are made a part of the above beneficiary designation. Beneficiary changes to all life and variable annuity policies issued in MASSACHUSETTS require the signature of a witness below. The witness can be anyone over the age of 18 who is not the Insured, Annuitant, Policyowner or designated beneficiary.*

X [signature]                 9/21/07        X Evelyn H Richardson POA    9/21/07
SIGNATURE OF POLICYOWNER      DATE           ADDITIONAL SIGNATURE, IF REQUIRED  DATE

X _____                                     X _____
SIGNATURE OF OFFICER    OFFICER'S TITLE      SIGNATURE OF OFFICER    OFFICER'S TITLE
*If the indicated policy is corporate owned then two Officer's Signatures must be provided as well as their respective Titles*

21131 (08/06)                    Page 3 of 4