# Exhibit 7

# Individual Claim Form   Print clearly

NEW YORK LIFE

Return this Claim Form and a certified copy of the death certificate in the envelope provided
or mail to: New York Life, Cleveland Service Center, PO Box 6916, Cleveland, OH 44101-1916

## 1. Please list all life and annuity policy numbers for your claim.

46323072          62938654          ORIGINAL

Is this claim being made for any Accidental Death Benefit?   ☐ Yes   ☑ No
If yes, complete all sections below including Section 7. Please send us copies of police or coroner's reports and
any descriptive news articles, if available.

## 2. Please tell us about the Deceased.

Name   FRANK   Clark
 _First_    _Middle Initial_    _Last_

State of Residence
at Time of Death   IL

Nickname or
Maiden Name

Date of Death   9  22  07
 _Month_  _Day_  _Year_

How long was
the deceased ill?   1 - 2007
 _Months_  _Years_

Manner of Death:
☑ Natural
☐ Accident
☐ Homicide
☐ Suicide
☐ Unknown
☐ Other

Date of Birth   7  20  56
 _Month_  _Day_  _Year_

Place of Birth   CHICAGO
 _State_  _Country_

## 3. Please tell us about the Claimant.

Name   PAMELA   CLARK
 _First_    _Middle Initial_    _Last_

Sex:   ☐ Male   ☑ Female

Residential
Address   17614   OAKWOOD   DR
 _Street_                                _Apartment No._

Home Phone ( 708 ) 955 - 9040

HAZEL   CREST   IL.   60429-2168
 _City_         _State_       _Zip_

Business Phone (      )

Mailing (if different)
Address.
 _Street_                                _Apartment No._

Date of Birth   6 - 15 - 58
 _Month_  _Day_  _Year_

 _City_         _State_       _Zip_

Claimant SS# or Tax ID#   348 - 60 - 2365

I have **not** been notified by the Internal Revenue Service that I am subject to back-up withholding as a result of failure to report all interest or
dividends, or I am exempt. **Cross out this statement if you have been so notified.**

In what capacity are you making this claim?   ☑ Beneficiary   ☐ Executor   ☐ Trustee   ☐ Assignee   ☐ Other:_____
Claimant's Relationship to the Deceased:   ☑ Spouse   ☐ Child   ☐ Grandchild   ☐ Parent   ☐ Other:_____
       ℞ 8 P.C. 10-1-07

## 4. For Annuities Only: Surviving Spouse Election

If you are a surviving spouse, and a primary beneficiary of an individual tax-deferred annuity, please check one:
☐ I want to continue the annuity contract(s) and defer taxes. Please continue the contract(s) in my name.
☐ I do not wish to take advantage of the special spousal tax-deferral option. I recognize that income taxes may
    be payable, and taxes may be withheld on some or all of the funds I receive.

## 5. Settlement Options (skip if Continued Interest Account desired)

You are automatically eligible for the Continued Interest Account if you are a named beneficiary and your proceeds are
$5,000 or more; if the policyowner had not pre-selected an alternate option; and if the terms of the policy provide for a
lump sum payment. You may choose another settlement option as listed in the policy or in the enclosed Settlement
Alternatives sheet. If you would like to elect another settlement option, please indicate that choice here:

**(For NYLIFE Insurance Company of Arizona policies, the only settlement options available are the Continued Interest Account and Lump Sum.)**

## 6. Claimant's Signature

**Any person who knowingly, with intent to defraud an insurance company or other persons, files an application for insurance
or statement of claim containing any materially false information, or conceals for the purpose of misleading, information
concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil
penalty not to exceed five thousand dollars and the stated value of the claim for each such violation. ALL residents of states
other than New York, kindly refer to the enclosed page entitled STATE VARIATIONS OF FRAUD WARNINGS.**

I certify, under penalty of perjury, that the Social Security or Taxpayer Identification Number and back-up withholding status information in
Section 3 are correct. I further certify that I am a U.S. person, including a U.S. resident alien (non-U.S. person must complete form W8-BEN).
I understand that my signature will be used for signature verification for my Continued Interest Account if I select it as the method of payment.

Signature   Pamela F. Clark          Date   10 - 3 - 07

## 7. Medical Information and Authorization

Complete this section ONLY IF the life insurance coverage began within two years of the death of the insured or if you are making a claim for an Accidental Death Benefit.

**MEDICAL INFORMATION:** Please provide the names and addresses of all physicians and hospitals who treated the insured within the last five years. If necessary, use a separate sheet of paper.

| Physician or hospital name | Address | Dates | Condition |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### MEDICAL AUTHORIZATION

I give my permission to release information concerning _FRANK  CLARK SR._ who died on
_Name of Insured_

_____ to New York Life Insurance Company, New York Life Insurance and Annuity Corporation and/or NYLIFE
_Date of Death_
Insurance Company of Arizona including their agents, parent or subsidiary companies and attorneys, reinsurers, insurance support groups and independent administrators who are acting on their behalf. Information released may include records of medical advice, medical care, medical treatment, treatment of AIDS or AIDS-related diseases, mental illness, drug or alcohol use, other insurance coverage, financial and employment history. This information may be released by medical professionals or facilities, pharmacies, government offices, employers, insurance companies, insurance support groups, group policyholders or benefit plan administrators. When requesting information from any of the sources named above, a copy of this form is as good as the original. I am aware that any information obtained will be used to judge my claim. Either I, or a person I choose, may request a copy of this authorization. This authorization is valid until the claim is resolved or until ____ / ____ / ____ . I know I have the right to revoke this authorization at any time by notifying New York Life in writing. I understand that the revocation will not apply to information that has already been released in response to this authorization.

_Pamela J. Clark_ _____  _EX Spouse_  _10-3-07_
Signature                              Relationship to Insured         Date

## 8. Surviving Children Certification

Complete this section ONLY IF the beneficiary is named as "Children of the Insured" or if a claim is being made under a policy with coverage for other family members. *Please list all children.*

| Name | Adopted (yes or no) | Date of Birth | Date of Death | Marital Status |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

I certify that the information I have provided regarding the surviving children of

and _____ is correct.   _Insured_
    _Spouse_

_____  _____  _____
Signature                              Relationship to Insured/Annuitant         Date

## 9. Surviving Spouse (If Policy Contains the Spouses's Paid-Up Insurance Option [SPPO])

Subject to the time limits set forth in the insurance policy and if the primary beneficary is the Insured's spouse or an eligible third party (such as a Trust or an individual who is both the policyowner and the beneficiary), the primary beneficiary may be able to purchase a fully paid-up life insurance policy on the spouse's life without underwriting or any medical questions regardless of health. This option may also be available if the Insured's spouse dies at the same time as the Insured or within certain time limits, resulting in additional life insurance benefits. Please check here if you would like additional information. ☐

*Return this Claim Form and a certified copy of the death certificate in the envelope provided or mail to:*
*New York Life, Cleveland Service Center*
*PO Box 6916, Cleveland, OH 44101-1916.*



*The Company You Keep®*

20838A-CLV (906)