# EXHIBIT 8

Feb 11, 2008

Attention
Alana Elfast

From Pamela Clark

Policy # 62-938-654

my Fax # 708-331-0966
my Phone - 708-955-9040

Legal Department
To Whom it May Conceen

I am writting this letter in responds to my inquire as to why I had not received my husband Frank Clark Death Benefits.

I was informed that due to the Statement that was fax to you from a family member stating "he" had changed his benefit. The Death Benfit were being held up.

Hopefully this letter will clear up any Doubt you may have in regarded to who should receive the Death Benefits. Mr. Frank Clark and I was married for 24 years we had 4 Boys, frank had a Chronic illness which was call Ulcerative Colitis. His wife Pamela F. Clark took care of him and I Love him through his Sickness. In March of 2006 I was informed that my husband had been having an affair by his mistress for most of our marriage. Naturally I was crushed. We went thru a Divorce, But I still took Care of Him & Remain friends with him.

After the Divorce, he stayed at his Sister House until he Could get him a place, but he was not able to live alone anymore. He started Lossing weight and he would come to our Home I would drive him to the doctor, Cook for him, take him to the store make sure he eat, talk to the doctor about his care. And

My husband (Frank Clark) told me he was very sorry for the affair that he had, and He wanted to make up for all he had put me through. Frank also told his two son that stay with me, that he wanted Mama to be taken care of. On Jan 30, 2007 Frank found out he had Metastic Bladder Cancer. Frank started to go downhill.

He began to tell me Pam you know how my sister are. Frank let me know that his family his sister Evelyn that he was staying with, was jealous of me. And Frank told me not to tell his family what he was doing. He told me to keep our business, and not to tell his family what he was doing for me. Frank told me that his sister Evelyn, that he was staying with, didn't care about him.

Frank knew he was not going to live much longer, Frank was concern about me being taken care in our home, he wanted me to have. He was trying in the end to make things right as much as he could. And for him to know that I would have the insurance money, help him to feel better knowing what he had done. Frank knew he had a good wife and had mess up dearly, and didn't want me to be left with nothing. I had been an housewife for 24 years. Part of the money that Frank had received from the Accelerated Benefits he had me to put the money in another Bank under my name. He then gave me money to keep our family home which had went in foreclosure. Now those funds have exhausted

themselves. and I am in need of the insurance Money, because I do not want to go back in Foreclosure,

I was always the Beneficiary on the Policy. Even after we were Divorce, Frank never took my name of it. Frank wanted and intended for that money to go to me. and Frank knew that if our children needed I would help them. Our insurance agent William,

Mr. William Johnson came to our Home and took Care of all the Paper work he is our witness that Frank wanted me his wife to be the Beneficiary. Frank and I shop for his suit together that he was bury in. Frank was still staying at his sister house during this time of his last days. He began very weak, loss his appetite, and was hospitalize several time before his Death, I would stay with him all night, pray for him. He would tell how sorry he was for what he had done. Frank became weaker and I saw that a hospital Bed was sent to his Sister house and also that he receive meals on wheels deliver to his home.

Frank and I were member of A Apostolic Faith Church Which upon his Confession of Sin had to be Dis Fellowship according to the Scripture 1st Com Chapter 5 verses 4 and 5. His sister were not Church people and Love to Gambling at the Boat.

As Frank became weaker he was unable to hold a Conversation with me for any period of time. He would get short of Breath. He was in the Hospital in Hospic Care in Sept 2007, I stayed with him, he was to weak to turn over, lift his Arm, or legs he could only look at me and mummer a few words. His eyes were yellow and he was unable to control his Bodily function. He was sent back to his sister house. When I would call him he was to weak to talk to me anymore, He would mummer a few words and ask me what did I say. Frank wanted me around in the end and only me. And I was there through it all because I care about him. To whom it may concerns I am a mother and a good mother knows her children. And I know the ones that sent in that paper. My son is my twin Boys Eric and Derrick have been my trouble children. They are not concern about me. But only what they can get. And what they have done in order to stop me from recieving my funds, you plainly can see they mean me no good and it dosen't Show Love. So if there was any question in your minds who should receive this insurance money. I hope this clear up every things. I pray that God will lead you to do what is right.

Respectly Submitted

By Mrs. Clark

Feb 11, 2008

Attention
Alana Elfast

From Pamela Clark

Policy # 62-938-654

my Fax# 708-331-0966
my Phone - 708-955-9040

Legal Department
To Whom it May Concern:

I am writing this letter in responds to my inquire as to why I had not received my husband Frank Clark Death Benefits.

I was informed that due to the statement that was fax to you from a family member stating he had changed his benefit. The Death Benefit were being held up.

Hopefully this letter will clear up any Doubt you may have in regarded to who should receive the Death Benefits. Mr. Frank Clark and I was married for 24 years we had 4 Boys, Frank had a Chronic illness which was call Ulcerative Colitis. I his wife Pamela E. Clark took care of him and I Love him through his Sickness. In March of 2006 I was informed that my husband had been having an affair by his mistress for most of our marriage, naturally I was crushed. We went thru a Divorce, But I still took Care of Him & Remain friends with him.

After the Divorce, he stayed at his Sister House until we could get him a place, but he was not able to live alone anymore. He started Lossing weight and he would come to our Home. I would drive him to the doctor, Cook for him, take him to the store, make sure he eat, talk to the doctors about his case, and

My husband (Frank Clark) told me he was very sorry for the affair that he had, and He wanted to make up for all he had put me through. Frank also told his two son that stay with me, that he wanted Mama to be taken care of. On Jan 30, 2007 Frank found out he had Me tastie Bladder Cancer. Frank started to go downhill.

He began to tell me Pam you know how my sister are. Frank let me know that his family his sister Evelyn that he was staying with was jeouly of me. and Frank told me not to tell his family what he was doing. He told me to keep our business, and not to tell his family what he was doing for me. Frank told me that his sister Evelyn, that he was staying with didn't care about him.

Frank Knew he was not going to live much longer, Frank was concern about me being taken care in our home he wanted me to have. He was trying in the end to make things right as much as he could, and for him to Know that I would have the insurance money, help him to feel better knowing what he had done. Frank Knew he had a good wife and had mess up dearly, and didn't want me to be left with nothing. I had been an housewife for 24 years. Part of the money that Frank had received from the Accelerated Benefits he had me to put them in another Bank under my name. He them gave me money to Keep our family home which had went in foreclosure. Now those funds have exhausted

themselves. And I am in need of the insurance Money, because I do not want to go back in Foreclosure.

I was always the Beneficiary on the Policy. Even after we were Divorce, Frank never took my name off of it. Frank wanted and intended for that money to go to me. And Frank knew that if our Children needed I would help them. Our insurance agent

Mr. William Johnson came to our Home and took Care of all the paper work he is our witness that Frank wanted me his wife to be the Beneficiary. Frank and I shop for his suit together that he was bury in. Frank was still staying at his sister house during this time of his last days. He began very weak, loss his appetite, and was hospitalize several time before his Death, I would Stay with him all night, pray for him. He would tell how sorry he was for what he had done. Frank became weaker and I saw that a hospital Bed was sent to his Sister house and also that he receive meals on wheels deliver to his home.

Frank and I were member of A Apostolic Faith Church, Which upon his Confession of Sin had to be Disfellowship according to the Scripture 1st Corn Chapter 5 verses 4 and 5. His sister were not Church people and Love to Gambling at the Boat.

As Frank became weaker he was unable to hold a Conversation with me for any period of time. He would get short of Breath. He was in the Hospital in Hospic Care in Sept 2007, I stayed with him, he was to weak to turn over, lift his Arm, or legs he could only look at me and mummer a few words. His eyes were yellow and he was unable to control his Bodily function. He was sent back to his sister house. When I would call him he was to weak to talk to me anymore, he would mummer a few words and ask me what did I say. Frank wanted me around in the end and only me. And I was there through it all because I care about him. To whom it my concerns I am a mother and a good mother knows her children. And I know the ones that sent in that paper. My sons my twin Boys Eric and Derrick have been my trouble children. They are not concern about me. But only what they can get. And what they have done in order to stop me from recieveing my funds, you plainly can see, they mean me no good and it dosen't show Love. So if there was any question in your minds who should receive this insurance money. I hope this clear up every things. I Pray that God will lead you to do what is right.

Respectly Submitted

By Mrs. Clark