# EXHIBIT 9

# Individual Claim Form   Print clearly



Return this Claim Form and a certified copy of the death certificate in the envelope provided or mail to: New York Life, Cleveland Service Center, PO Box 6916, Cleveland, OH 44101-1916.

## 1. Please list all life and annuity policy numbers for your claim.

4632307 2     62938654

**Is this claim being made for any Accidental Death Benefit?**   ☐ Yes   ☑ No

If yes, complete all sections below including Section 7. Please send us copies of police or coroner's reports and any descriptive news articles, if available.

## 2. Please tell us about the Deceased.

**Name**: Frank   H.   Clark
  _First_   _Middle Initial_   _Last_

**Nickname or Maiden Name**:

**State of Residence at Time of Death**: IL

**Date of Death**: 9 / 22 / 2007
  _Month_ _Day_ _Year_

**How long was the deceased ill?** ___ Months ___ Years

**Manner of Death**: Cancer
☐ Natural   ☐ Suicide
☐ Accident   ☐ Unknown
☐ Homicide   ☐ Other

**Date of Birth**: 7 / 20 / 1956
  _Month_ _Day_ _Year_

**Place of Birth**: IL   Cook
  _State_   _Country_

## 3. Please tell us about the Claimant.

**Name**: Eric   M.   Clark
  _First_   _Middle Initial_   _Last_

**Residential Address**: 8334 S. Cottage   3N
  _Street_   _Apartment No._
Chicago   IL   60619
  _City_   _State_   _Zip_

**Mailing (if different) Address**: _____   _____
  _Street_   _Apartment No._
_____   _____   _____
  _City_   _State_   _Zip_

**Sex**: ☑ Male   ☐ Female

**Home Phone**: (773) 803-3464

**Business Phone**: (   )

**Date of Birth**: 3 - 4 - 84
  _Month_ _Day_ _Year_

**Claimant SS# or Tax ID#**: 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

I have **not** been notified by the Internal Revenue Service that I am subject to back-up withholding as a result of failure to report all interest or dividends, or I am exempt. Cross out this statement if you have been so notified.

**In what capacity are you making this claim?**   ☑ Beneficiary   ☐ Executor   ☐ Trustee   ☐ Assignee   ☐ Other: ___

**Claimant's Relationship to the Deceased:**   ☐ Spouse   ☑ Child   ☐ Grandchild   ☐ Parent   ☐ Other: ___

## 4. For Annuities Only: Surviving Spouse Election

If you are a surviving spouse, and a primary beneficiary of an individual tax-deferred annuity, please check one:

☐ I want to continue the annuity contract(s) and defer taxes. Please continue the contract(s) in my name.

☐ I do not wish to take advantage of the special spousal tax-deferral option. I recognize that income taxes may be payable, and taxes may be withheld on some or all of the funds I receive.

## 5. Settlement Options (skip if Continued Interest Account desired)

You are automatically eligible for the Continued Interest Account if your proceeds are $5,000 or more; if the policyowner had not pre-selected an alternate option; and if the terms of the policy provide for a lump sum payment. You may choose another settlement option as listed in the policy or in the enclosed Settlement Alternatives sheet. If you would like to elect another settlement option, please indicate that choice here: ___

(For NYLIFE Insurance Company of Arizona policies, the only settlement options available are the Continued Interest Account and Lump Sum.)

## 6. Claimant's Signature

Any person who knowingly, with intent to defraud an insurance company or other persons, files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation. ALL residents of states other than New York, kindly refer to the enclosed page entitled STATE VARIATIONS OF FRAUD WARNINGS.

I certify, under penalty of perjury, that the Social Security or Taxpayer Identification Number and back-up withholding status information in Section 3 are correct. I further certify that I am a U.S. person, including a U.S. resident alien (non-U.S. person must complete form W8-BEN). I understand that my signature will be used for signature verification for my Continued Interest Account if I select it as the method of payment.

**Signature**: Eric M. Clark       **Date**: 6-4-08